UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CAREFIRST OF MARYLAND, INC., GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., CAREFIRST BLUECHOICE, INC., and CFA, LLC d/b/a CAREFIRST ADMINISTRATORS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON and JANSSEN BIOTECH, INC.,<br><br>Defendants. | Case No. 2:23-cv-00629-JKW-LRL<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS JOHNSON & JOHNSON AND JANSSEN BIOTECH, INC.'S
MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

Defendants Johnson & Johnson and Janssen Biotech, Inc. (collectively, "J&J") hereby move pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) to dismiss CareFirst of Maryland, Inc., Group Hospitalization and Medical Services, Inc., CareFirst BlueChoice, Inc., and CFA, LLC d/b/a CareFirst Administrators' Amended Class Action Complaint. In support of its Motion, J&J submits the following:

1. Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint and accompanying State Law Claim Appendix.

2. Declaration of Christina Sarchio in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint and accompanying exhibit.

WHEREFORE, J&J respectfully requests that the Court schedule oral argument on its Motion at the Court's convenience.

WHEREFORE, J&J respectfully requests that the Court dismiss the Amended Class Action Complaint pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) with prejudice.

Dated: March 5, 2024                      Respectfully submitted,

*/s/ Christina Guerola Sarchio*
George G. Gordon *(pro hac vice)*
Julia E. Chapman *(pro hac vice)*
Carla G. Graff *(pro hac vice)*
**DECHERT LLP**
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994 4000
Fax: (215) 994-2222
george.gordon@dechert.com
julia.chapman@dechert.com
carla.graff@dechert.com

Christina Guerola Sarchio (VSB No. 87166)
Victoria King *(pro hac vice)*
**DECHERT LLP**
1900 K Street, NW
Washington, DC 20006
Tel.: (202) 261-3300
Fax: (202) 261-3333
christina.sarchio@dechert.com
victoria.king@dechert.com

Katherine A. Helm *(pro hac vice)*
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel.: (212) 698-3500
Fax: (212) 698-3599
khelm@dechert.com

*Counsel for Defendants Johnson & Johnson and Janssen Biotech, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2024, I caused to be served a copy of the foregoing Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint on all counsel of record via the Court's CM/ECF system.

> */s/ Christina Guerola Sarchio*
> Christina Guerola Sarchio, Esq.
> VSB No. 87166
> **DECHERT LLP**
> 1900 K Street, NW
> Washington, DC 20006
> Tel.: (202) 261-3300
> Fax: (202) 261-3333
> christina.sarchio@dechert.com
>
> *Counsel for Defendants Johnson & Johnson and Janssen Biotech, Inc.*