# EXHIBIT A

**Exhibit A**

| State | Cases Applying AGC | Harmonization Provision |
|---|---|---|
| Alabama | N/A | *Vandenberg v. Aramark Educ. Servs., Inc.*, 81 So. 3d 326, 333 (Ala. 2011) |
| Arizona | *Luscher v. Bayer A G*, No. CV 2004-014835, 2005 WL 6959406 (Ariz. Super. Sep. 16, 2005) | Ariz. Rev. Stat. § 44-1412 |
| California | *Wholesale Electricity Antitrust Cases I & II*, 55 Cal. Rptr. 3d 253, 265 (Cal. Ct. App. 2007); *Vinci v. Waste Mgmt., Inc.*, 43 Cal. Rptr. 2d 337, 339 (Cal. Ct. App. 1995) | Cal. Bus. & Prof. Code § 16721.6 |
| Connecticut | *Tremont Pub. Advisors, LLC v. Conn. Res. Recovery Auth.*, 333 Conn. 672, 692 (Conn. 2019) (Connecticut Supreme Court) | Conn. Gen. Stat. Ann. § 35-44b; *Vacco v. Microsoft Corp.*, 793 A.2d 1048, 1064 (Conn. 2002); *Brown v. Hartford Healthcare Corp.*, No. X03-CV-22-6152239-S, 2023 WL 7150051, at *7 (Conn. Super. Ct. Oct. 26, 2023) |
| District of Columbia | *Peterson v. Visa U.S.A., Inc.*, 2005 WL 1403761, at *5 (D.C. Super. Ct. Apr. 22, 2005) | D.C. Code § 28-4515 |
| Hawaii | N/A | Haw. Rev. Stat. Ann. § 480-3; *Davis v. Four Seasons Hotel Ltd.*, 228 P.3d 303, 310 (Haw. 2010) (analyzing federal antitrust standing law when applying HRS § 480–13) |
| Illinois | N/A | 740 Ill. Comp. Stat. 10/11; *Cnty. of Cook v. Phillip Morris, Inc.*, 817 N.E.2d 1039, 1045-46 (Ill. App. Ct. 2004) |
| Iowa | *Southard v. Visa U.S.A. Inc.*, 734 N.W.2d 192, 198 (Iowa 2007) (Iowa Supreme Court) | Iowa Code Ann. § 553.2 |
| Kansas | *Wrobel v. Avery Dennison Corp.*, No. 05CV1296, 2006 WL 7130617, at *2 (Kan. Dist. Ct. Feb. 01, 2006) | Kan. Stat. Ann. § 50–163(b); *O'Brien v. Leegin Creative Leather Prods., Inc.*, 321 P.3d 799, at *5 (Kan. Ct. App. 2014); *Smith v. Philip Morris Cos., Inc.*, 335 P.3d 644, 652 (Kan. Ct. App. 2014) |
| Maine | *Knowles v. Visa U.S.A., Inc.*, 2004 WL 2475284, *5 (Me. Super. Ct. 2004) | *Tri-State Rubbish, Inc. v. Waste Mgmt., Inc.*, 998 F.2d 1073, 1081 (1st Cir. 1993) |

| | | |
|---|---|---|
| Maryland | N/A | Md. Code Ann., Com. Law § 11-202; *State v. Jonathan Logan, Inc.*, 301 Md. 63, 67-68 (Md. App. Ct. 1984); *In re Mid-Atlantic Toyota Antitrust Litig.*, 541 F. Supp. 62, 64 (D. Md. 1981) |
| Mississippi | N/A | *Harrah's Vicksburg Corp. v. Pennebaker*, 812 So.2d 163 (Miss. 2002) |
| Michigan | *Stark v. Visa U.S.A. Inc.*, 2004 WL 1879003, at *4 (Mich. Cir. Ct. July 23, 2004) | Mich. Comp. Laws § 445.784(2) |
| Nebraska | *Kanne v. Visa U.S.A. Inc.*, 723 N.W.2d 293, 299 (Neb. 2006) (Nebraska Supreme Court) | Neb. Rev. Stat. § 59-829 |
| Nevada | *Nevada Recycling & Salvage, Ltd. v. Reno Disposal Co., Inc.*, 423 P.3d 605, 608 (Nev. 2018) (Nevada Supreme Court) | Nev. Rev. Stat. Ann. § 598A.050 |
| New Hampshire | N/A | N.H. Rev. Stat. Ann. § 356:14 |
| New Mexico | *Nass-Romero v. Visa U.S.A. Inc.*, 279 P.3d 772, 776 (N.M. Ct. App. 2012) | N.M. Stat. Ann. § 57-1-15 |
| New York | *Ho v. Visa U.S.A., Inc.*, No. 112316/00, 2004 WL 1118534, at *2 (N.Y. Sup. Ct. 2004), *aff'd*, 793 N.Y.S.2d 8 (N.Y. App. Div. 2005) | *X.L.O. Concrete Corp. v. Rivergate Corp.*, 83 N.Y.2d 513, 518 (N.Y. 1994) |
| North Carolina | *Crouch v. Crompton*, 2004 WL 2414027, *18 (N.C. Superior Ct.2004) | N/A |
| North Dakota | *Beckler v. Visa U.S.A., Inc.*, 2004 WL 2115144, *2–3 (N.D.Dist.2004) | N/A |
| Oregon | N/A | Or. Rev. Stat. § 646.715(2) |
| Puerto Rico | N/A | *The Shell Co. (Puerto Rico), Ltd. v. Los Frailes Service Station, Inc.*, 551 F. Supp. 2d 127, 135 (D. P. R. 2007) |
| Rhode Island | N/A | R.I. Gen. Laws § 6-36- 2(b); *ERI Max Enterm't, Inc. v. Streisand*, 690 A.3d 1351, 1335 n.1 (R.I. 1997) |
| South Dakota | *Cornelison v. Visa U.S.A., Inc.*, No. CIV 03-1350 (S.D. Cir. Ct. Sep. 28, 2004) | S.D. Codified Laws § 37-1-22 |

| | | |
|---|---|---|
| Tennessee | N/A | *State ex rel Leech v. Levi Strauss & Co.*, No. 79-722-Ill, 1980 WL 4696, at *2 n.2 (Tenn. Ch. Ct. 1980); *Tenn. Med. Ass'n v. BlueCross BlueShield of Tenn., Inc.*, 229 S.W.3d 304 (Tenn. Ct. App. 2007) |
| Utah | N/A | Utah Code Ann. § 76-10-3118 |
| Vermont | *Fucile v. Visa U.S.A.*, Inc., No. S1560-03 CNC, 2004 WL 3030037, at *3 (Vt. Super. Dec. 27, 2004) | Vt. Stat. Ann. Tit. 9, § 2453(b) |
| West Virginia | N/A | W.Va. Code § 47-18-16; *Aikens v. Debow*, 541 S.E.2d 576, 582 (W. Va. 2000) |
| Wisconsin | *Strang v. Visa*, 2005 WL 1403769, *3 (Wis. Cir. Ct. 2005) | *Ashley Furniture Indus., Inc. v. Packaging Corp. of Am.*, 275 F.Supp.3d 957, 968-69 (W.D. Wis. 2017) |