# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| CAREFIRST OF MARYLAND, INC., GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., and CAREFIRST BLUECHOICE, INC., on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>JOHNSON & JOHNSON and JANSSEN BIOTECH, INC.,<br><br>   Defendants. | Case No. 2:23-cv-00629-JKW-LRL |

**DECLARATION OF KATHERINE UNGER DAVIS IN SUPPORT OF DEFENDANTS JOHNSON & JOHNSON AND JANSSEN BIOTECH, INC.'S MOTION FOR SUMMARY JUDGMENT**

Katherine Unger Davis hereby declares pursuant to 28 U.S.C. § 1746 as follows:

I am a partner at the law firm Dechert LLP ("Dechert") and counsel to Johnson & Johnson and Janssen Biotech, Inc. (collectively, "J&J"). I am a member of the bar of the State of Pennsylvania and have been admitted *pro hac vice* to this Court. I submit this Declaration in support of J&J's Motion for Summary Judgment. I have personal knowledge of the facts asserted herein and could testify to those facts if called to do so.

1. Attached as Exhibit 1 is a true and correct copy of US Patent No. 10,961,307, produced at JNJ-STELARA_002035386 and marked as PX148 in this matter.

2. Attached as Exhibit 2 is a true and correct copy of "Ustekinumab in the Treatment of Psoriasis and Psoriatic Arthritis" by Savage et al., as marked as Exhibit 22 to the Deposition of Lisa Matovcik in this matter.

3. Attached as Exhibit 3 is a true and correct copy of PX 187, produced at JNJ-STELARA_002475746 in this matter.

4. Attached as Exhibit 4 is a true and correct copy of PX46, produced at JNJ-STELARA_002717878 in this matter.

5. Attached as Exhibit 5 is a true and correct copy of excerpts of the Opening Expert Report of Aruna Dontabhaktuni, dated March 3, 2025, as served in this matter

6. Attached as Exhibit 6 is a true and correct copy of excerpts of the Rebuttal Expert Report of Dr. Sue Lim, dated April 28, 2025, as served in this matter.

7. Attached as Exhibit 7 is a true and correct copy of excerpts of the Expert Report of Byron Cryer, M.D., dated April 24, 2025, as served in this matter.

8. Attached as Exhibit 8 is a true and correct copy of excerpts of the Deposition of Robert W. Bahr, dated June 25, 2025, as taken in this matter.

9. Attached as Exhibit 9 is a true and correct copy "A Study to evaluate the Safety And Efficacy of Ustekinumab Induction and Maintenance Therapy in Participants with Moderately to Severely Active Ulcerative Colitis (UNIFI)" from website ClinicalTrials.gov dated May 20, 2025, as marked as Exhibit 7 to the Deposition of Aruna Dontabhaktuni deposition, in this matter.

10. Attached as Exhibit 10 is a true and correct copy of Exhibit 11 from the 06/25/2025 deposition of Robert Bahr as marked in this matter.

11. Attached as Exhibit 11 is a true and correct copy of excerpts of the Deposition of Kimberly Shields-Tuttle, dated March 7, 2025, as taken in this matter.

12. Attached as Exhibit 12 is a true and correct copy of PX151, produced at JNJ-STELARA_002258134 in this matter.

13. Attached as Exhibit 13 is a true and correct copy of PX406, produced at JNJ-STELARA_003705739 in this matter.

14. Attached as Exhibit 14 is a true and correct copy of PX407, Janssen Clinical Study Report, as marked in this matter.

15. Attached as Exhibit 15 is a true and correct copy of excerpts of the Deposition of Richard Strauss, M.D., dated January 16, 2025, as taken in this matter.

16. Attached as Exhibit 16 is a true and correct copy of excerpts of the Deposition of Philippe Szapary, dated January 28, 2025, as taken in this matter.

17. Attached as Exhibit 17 is a true and correct copy of excerpts of the Deposition of Colleen Marano, Ph.D., dated February 13, 2025, as taken in this matter.

18. Attached as Exhibit 18 is a true and correct copy of excerpts of the Deposition of Christopher O'Brien, dated February 7, 2025, as taken in this matter.

19. Attached as Exhibit 19 is a true and correct copy of Exhibit 8 to the Deposition of Aruna Dontabhaktuni, Ph.D., produced at JNJ-STELARA 001332751 in this matter.

20. Attached as Exhibit 20 is a true and correct copy of excerpts of the Deposition of Aruna Dontabhaktuni, PH.D., dated June 17, 2025, as taken in this matter.

21. Attached as Exhibit 21 is a true and correct copy of excerpts of the Expert Report of Lisa Matovcik, Ph.D., J.D., dated March 3, 2025, as served in this matter.

22. Attached as Exhibit 22 is a true and correct copy of excerpts of PX307, USSN 16/580,509 file history to US Patent 10,961,307.

23. Attached as Exhibit 23 is a true and correct copy of excerpts of the Deposition of Brian C. Carey, dated January 24, 2025, as taken in this matter.

3

24. Attached as Exhibit 24 is a true and correct copy of excerpts of the Deposition of Eric Dichter, dated February 20, 2025, as taken in this matter.

25. Attached as Exhibit 25 is a true and correct copy of excerpts of the Deposition of Luis A. Ralat., dated May 14, 2025, as taken in this matter.

26. Attached as Exhibit 26 is a true and correct copy of excerpts of the Rebuttal Expert Report of Andrew Hirshfeld, dated April 28, 2025, as served in this matter.

27. Attached as Exhibit 27 is a true and correct copy of excerpts of the Opening Expert Report of Robert W. Bahr, dated March 3, 2025, as served in this matter.

28. Attached as Exhibit 28 is a true and correct copy of excerpts of Plaintiffs' Supplemental Objections and Responses to J&J's First Set of Interrogatories as served June 30, 2025, in this matter.

29. Attached as Exhibit 29 is a true and correct copy of excerpts of the Reply Expert Report of Lisa Matovcik, Ph.D., J.D., dated June 10, 2025, as served in this matter.

30. Attached as Exhibit 30 is a true and correct copy of excerpts of the Deposition of Lisa Matovcik, Ph.D., dated July 2, 2025, as taken in this matter.

31. Attached as Exhibit 31 is a true and correct copy of excerpts of the Deposition of Paul B. Warfield, M.D., A.G.A.F., dated June 20, 2025, as taken in this matter.

32. Attached as Exhibit 32 is a true and correct copy of excerpts of the Deposition of Dr. Thomas Ochsenkühn, dated February 6, 2025, as taken in this matter.

33. Attached as Exhibit 33 is a true and correct copy of excerpts of the Deposition of Katherine Li, dated February 14, 2025, as taken in this matter.

34. Attached as Exhibit 34 is a true and correct copy of PX51, produced at JNJ-STELARA_002105554 in this matter.

35. Attached as Exhibit 35 is a true and correct copy of PX153, produced at JNJ-STELARA_002107076 in this matter.

36. Attached as Exhibit 36 is a true and correct copy of PX155, produced at JNJ-STELARA_000279366 in this matter.

37. Attached as Exhibit 37 is a true and correct copy of PX162, produced at JNJ-STELARA_002458809 in this matter.

38. Attached as Exhibit 38 is a true and correct copy of PX163, produced at JNJ-STELARA_003414381 in this matter.

39. Attached as Exhibit 39 is a true and correct copy of PX165, produced at JNJ-STELARA_000353945 in this matter.

40. Attached as Exhibit 40 is a true and correct copy of excerpts of the Deposition of Michael Genus, dated February 13, 2025, as taken in this matter.

41. Attached as Exhibit 41 is a true and correct copy of Exhibit 7 to the Deposition of Michael Genus, produced at JNJ-STELARA 001998129 in this matter.

42. Attached as Exhibit 42 is a true and correct copy of Exhibit 1 to the Deposition of Michael Genus, produced at JNJ-STELARA 000113493 in this matter.

43. Attached as Exhibit 43 is a true and correct copy of Exhibit 6 to the Deposition of Michael Genus, produced at JNJ-STELARA 001753247 in this matter.

44. Attached as Exhibit 44 is a true and correct copy of excerpts of the Deposition of Melissa Miller, Ph.D., dated February 12, 2025, as taken in this matter.

45. Attached as Exhibit 45 is a true and correct copy of PX172, produced at JNJ-STELARA_003664648 in this matter.

46. Attached as Exhibit 46 is a true and correct copy of excerpts of the Expert Declaration of Douglas Miller, Ph.D., dated April 30, 2025, as served in this matter.

47. Attached as Exhibit 47 is a true and correct copy of excerpts of the Opening Expert Report of Tiffany D. Rau, Ph.D., dated March 3, 2025, as served in this matter.

48. Attached as Exhibit 48 is a true and correct copy of excerpts of the Expert Declaration of Debbie Feinstein, dated May 5, 2025, as served in this matter.

49. Attached as Exhibit 49 is a true and correct copy of Exhibit 4 to the Deposition of Anthony A. Gaspari, titled "Approval Package for: Application Number: 761430Orig1s000", as marked in this matter.

50. Attached as Exhibit 50 is a true and correct copy of excerpts of the Deposition of Tiffany Rau, Ph.D., dated June 27, 2025, as taken in this matter.

51. Attached as Exhibit 51 is a true and correct copy of excerpts of the Expert Report of Jeffrey Way, dated March 3, 2025, as served in this matter.

52. Attached as Exhibit 52 is a true and correct copy of excerpts of the Deposition of Douglas Miller, Ph.D., dated June 30, 2025, as taken in this matter.

53. Attached as Exhibit 53 is a true and correct copy of excerpts of the Deposition of Denise W. DeFranco, dated February 25, 2025, as taken in this matter.

54. Attached as Exhibit 54 is a true and correct copy of excerpts of the Deposition of Aaron S. Kesselheim, M.D., J.D., M.P.H., dated June 18, 2025, as taken in this matter.

55. Attached as Exhibit 55 is a true and correct copy of excerpts of the Deposition of Todd Clark, MBA, MS, dated March 3, 2025, as taken in this matter.

56. Attached as Exhibit 56 is a true and correct copy of PX318, produced at JNJ-STELARA_003443557 in this matter.

57. Attached as Exhibit 57 is a true and correct copy of PX325, produced at JNJ-STELARA_000699013 in this matter.

58. Attached as Exhibit 58 is a true and correct copy of PX330, produced at JNJ-STELARA_000721474 in this matter.

59. Attached as Exhibit 59 is a true and correct copy of PX333, produced at JNJ-STELARA_000699029 in this matter.

60. Attached as Exhibit 60 is a true and correct copy of PX336, produced at JNJ-STELARA_003646866 in this matter.

61. Attached as Exhibit 61 is a true and correct copy of PX338, produced at JNJ-STELARA_000699001 in this matter.

62. Attached as Exhibit 62 is a true and correct copy of PX340, produced at JNJ-STELARA_000699061 in this matter.

63. Attached as Exhibit 63 is a true and correct copy of excerpts of the Expert Report of Li Wang, dated March 3, 2025, as served in this matter.

64. Attached as Exhibit 64 is a true and correct copy of excerpts of the Deposition of Li Wang dated July 2, 2025, as taken in this matter.

65. Attached as Exhibit 65 is a true and correct copy of excerpts of the Deposition of Breanna Burkes, Ph.D., dated March 20, 2025, as taken in this matter.

66. Attached as Exhibit 66 is a true and correct copy of excerpts of the Rebuttal Expert Report of Robert W. Bahr, dated June 10, 2025, as served in this matter.

67. Attached as Exhibit 67 is a true and correct copy of excerpts of the Opening Expert Report of Paul Warfield, M.D., dated March 3, 2025, as served in this matter.

68. Attached as Exhibit 68 is a true and correct copy of Janssen Research & Development Scientific Advice Briefing Document approved January 7, 2015, produced at JNJ-STELARA_002258338 in this matter.

69. Attached as Exhibit 69 is a true and correct copy of Janssen Research & Development Response to FDA Non-hold Comments approved July 15, 2015, produced at JNJ-STELARA_002258381 in this matter.

70. Attached as Exhibit 70 is a true and correct copy of Janssen Research & Development Clinical Protocol approved July 14, 2015, produced at JNJ-STELARA_002258135 in this matter.

71. Attached as Exhibit 71 is a true and correct copy of PX140, produced at JNJ-STELARA_001831063 in this matter.

72. Attached as Exhibit 72 is a true and correct copy of PX144, produced at JNJ-STELARA_001822449 in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of August, 2025, in Philadelphia, PA.

Respectfully submitted,

*/s/ Katherine Unger Davis*
Katherine Unger Davis *(pro hac vice)*
**DECHERT LLP**
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994 4000
Fax: (215) 994-2222
katherine.ungerdavis@dechert.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2025, I caused to be served a copy of the foregoing Declaration in Support of J&J's Motion for Summary Judgment on all counsel of record via the Court's CM/ECF system.

*/s/ Christina Guerola Sarchio*
Christina Guerola Sarchio, Esq.
VSB No. 87166
**DECHERT LLP**
1900 K Street, NW
Washington, DC 20006
Tel.: (202) 261-3300
Fax: (202) 261-3333
christina.sarchio@dechert.com

*Counsel for Defendants Johnson & Johnson and Janssen Biotech, Inc.*