# EXHIBIT 5

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| CAREFIRST OF MARYLAND, INC., GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., and CAREFIRST BLUECHOICE, INC., on behalf of themselves and all others similarly situated,<br><br>                         Plaintiffs,<br><br>          v.<br><br>JOHNSON & JOHNSON and JANSSEN BIOTECH, INC.<br><br>                         Defendants. | Civil Action No. 2:23-cv-00629-JKW-LRL |

## OPENING EXPERT REPORT OF ARUNA DONTABHAKTUNI[1]

---

[1] Some material referenced or quoted in this report refers to material that has been designated as Confidential Information and Highly Confidential—Attorneys' Eyes Only Information. It is the responsibility of each party to confirm that all such material has been properly redacted before sharing it with parties to this litigation who would not be able to view such materials under the governing Confidentiality Order entered in this action.



**Figure 1: The Drug Development Process: From Screening to Approval – Success Rates, Approximate Time Spent in Each Phase and Clinical Trails Phases - Number of Volunteers per-Phase.**

14.      If promising, the drug sponsor submits an Investigational New Drug (IND) application to regulatory agencies like the FDA, seeking approval to begin clinical trials in humans. Clinical trials occur in three phases over 6–7 years:

- Phase 1: Tests safety in 20–100 volunteers. Safety refers to how free a treatment is from causing harmful side effects or risks. It is assessed by monitoring adverse events during a trial, ensuring that the benefits of the treatment outweigh any potential harm to patients.

- Phase 2: Evaluates efficacy and dosing in 100–500 patients. Efficacy is the ability of a treatment to produce the intended beneficial effect. It is measured by comparing improvements in patient outcomes between those receiving the treatment and those receiving a placebo or standard therapy.

- Phase 3: Confirms efficacy and monitors side effects in 1,000–5,000 patients.

**What is a Clinical Trial?**

15.        A clinical trial is a research study conducted in humans to test the safety and effectiveness of a new drug, vaccine, medical device, or treatment. Before a clinical trial can begin, extensive laboratory (preclinical) testing must be done to evaluate the potential benefits and risks of the new product. This testing includes studies in cells and animals to understand how the drug works, how it is processed in the body, and whether it causes harm.[2]

16.        Once preclinical research shows promising results, researchers must submit an Investigational New Drug (IND) application to the U.S. Food and Drug Administration (FDA). The IND includes data on how the drug was developed, its safety profile, and plans for testing in humans. If the FDA approves the IND, the drug can move into clinical trials.[3]

17.        Clinical trials occur in four phases:

- Phase 1 tests safety in a small group of healthy volunteers.

- Phase 2 evaluates effectiveness and side effects in patients.

- Phase 3 involves large-scale testing to confirm benefits and monitor safety.

- Phase 4 occurs after FDA approval to assess long-term effects.[4]

---

[2] U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *Clinical Development Programs for Drugs, Devices, and Biological Products for the Treatment of Rheumatoid Arthritis (RA)* (Feb. 1999), https://www.fda.gov/media/71145/download.

[3] U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *E2F Development Safety Update Report* (Aug. 2011), https://www.fda.gov/media/71255/download

[4] U.S. Department of Health and Human Services Food & Drug Administration, guidance for sponsors, investigators, and institutional review boards *Questions and Answers on Informed Consent Elements, 21 C.F.R. § 50.25(c) (Small Entity Compliance Guide)* (Feb. 2012), https://www.fda.gov/media/82634/download#page=1

18.    These trials follow strict Good Clinical Practice (GCP) guidelines to ensure ethical treatment of participants and reliable results.[5]

**What is Phase 1 Clinical Trial?**

19.    A Phase 1 clinical trial is the first stage of testing a new drug or treatment in humans. Before initiating a Phase 1 clinical trial, a sponsor must submit an Investigational New Drug (IND) application to the FDA. This application is essential for gaining approval to test a new drug in humans. The IND must include:

- Preclinical Data: Results from animal studies, including safety and toxicity data, to demonstrate that the drug is safe to test in humans.

- Clinical Protocol: A detailed plan outlining the trial's design, including objectives, participant selection, dosage, and monitoring procedures.

- Chemistry, Manufacturing, and Control (CMC) Information: Data on how the drug is produced, its composition, and quality controls.

- Investigator's Brochure: A document providing detailed safety and preclinical data, along with instructions for trial conduct and risk mitigation.

20.    Phase 1 studies, which often involve healthy volunteers or select patients with the target condition, aim to assess initial safety and tolerability and pharmacokinetics (absorption, distribution, metabolism, and excretion of the drug). These studies determine the safe dose range,

---

[5] U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *E6(R2) Good Clinical Practice: Integrated Addendum to ICH E6(R1)* (Mar. 2018), https://www.fda.gov/media/93884/download ; Int'l Council for Harmonisation of Tech. Req. for Pharm. for Hum. Use, E6(R3) Good Clinical Practice (GCP) (Draft Guideline) (May 19, 2023), https://www.fda.gov/media/169090/download#page=1.

the drug's adverse reactions, and how it behaves in the body, using single- and multiple-dose administrations.[6]

21.        If the FDA does not object within 30 days of receiving the IND, the sponsor can proceed with the trial. However, the FDA can issue a clinical hold if there are concerns about safety or study design. This approval is crucial for advancing from preclinical studies to human trials.[7]

**What is a Phase 2 Clinical Trial?**

22.        A Phase 2 clinical trial evaluates a drug's efficacy and safety in 100–300 patients with the target condition. It determines the optimal dose, therapeutic effect, and short-term side effects. Phase 2 is often divided into Phase 2a (dosing, pharmacodynamics) and Phase 2b (efficacy).[8]

23.        FDA Approval is Required to Move to Phase 2 during which the FDA looks for the following information:

- Successful Phase 1 Completion: Data must confirm safety and tolerability at tested doses.

---

[6] U.S. Department of Health and Human Services Food & Drug Administration,guidance for industry *Expansion Cohorts: Use in First-in-Human Clinical Trials to Expedite Development of Oncology Drugs and Biologics* (Mar. 2022), https://www.fda.gov/media/115172/download.

[7] U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *E8(R1) General Considerations for Clinical Studies* (Apr. 2022), https://www.fda.gov/media/157560/download#page=1; U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *Clinical Development Programs for Drugs, Devices, and Biological Products for the Treatment of Rheumatoid Arthritis (RA)* (Feb. 1999), https://www.fda.gov/media/71145/download#page=1.

[8] U.S. Department of Health and Human Services Food & Drug Administration,guidance for industry *End-of-Phase 2A Meetings* (Sept. 2009), https://www.fda.gov/media/72211/download#page=1.

- Investigational New Drug (IND) Amendment: The sponsor submits a protocol amendment to the FDA, updating the IND with Phase 1 results and Phase 2 study design.

- FDA Review and Clearance: The FDA evaluates the data to ensure the drug is safe to proceed to Phase 2. If there are concerns, the FDA may impose a clinical hold.

- Institutional Review Board (IRB) Approval: An IRB ensures the trial meets ethical and patient safety standards.

- Good Manufacturing Practice (GMP) Compliance: The drug must be produced under GMP standards to ensure quality and consistency.

24.     Once all approvals are in place, the Phase 2 trial can begin, potentially leading to Phase 3 if results are positive. They also solidify a total drug development strategy to ensure that all necessary information for registration is gathered, including an appropriate safety database and clinical pharmacology data.[9]

**What is Phase 3 Clinical Trial?**

25.     A Phase 3 clinical trial is conducted to confirm a drug's efficacy, safety, and long-term side effects in a large patient population. The primary objective is to demonstrate that the

---

[9] U.S. Dep't of Health & Human Servs. Food & Drug Admin., guidance for industry *Clinical Development for Drugs, Devices, and Biological Products for the Treatment of Rheumatoid Arthritis (RA), supra* note 1, at 15;

U.S. Department of Health and Human Services Food & Drug Administration, *Recurrent Herpes Labialis:Developing Drugs for Treatment and Prevention Guidance for Industry* (Nov. 2017), https://www.fda.gov/media/99233/download#page=1.

drug is both effective and safe compared to a placebo or standard treatment. These trials are often multinational, randomized, and double-blinded to ensure reliability.

26.     Once approved, Phase 3 trials begin, with successful results leading to a New Drug Application (NDA) submission for market approval. Advancing to a Phase 3 clinical trial requires extensive data sharing and regulatory approval from the FDA. These large-scale studies are designed to confirm a drug's efficacy, safety, and long-term side effects in a broad patient population, often through multinational, randomized, and double-blinded trials to ensure reliability.

28.     Before a Phase 3 trial can begin, sponsors must obtain FDA approval by meeting several key requirements. *First*, successful completion of Phase 2 is essential, with data demonstrating statistically significant efficacy and an acceptable safety profile. *Next*, an Investigational New Drug (IND) amendment must be submitted, followed by an End-of-Phase 2 (EOP2) meeting with the FDA to discuss the trial's design, endpoints, and safety measures.

29.     A comprehensive Phase 3 trial protocol must also be provided, detailing the study design, patient population, dosing regimen, expected duration, and statistical analysis plan. The FDA then reviews this submission, often requesting modifications before granting clearance. Additionally, Institutional Review Board (IRB) approval is required to ensure ethical compliance and patient safety.

30.     Given these rigorous requirements, moving to Phase 3 involves a significant exchange of information with the FDA, ensuring that the trial is well-structured, scientifically sound, and ethically conducted before proceeding.[10]

**What are the costs associated with each phase?**

31.     As seen in Table 1 (below), as clinical trials progress through different phases, the number of subjects, cost, and duration increase significantly. Phase 1 trials involve a small group of participants and lower costs, while Phase 3 trials require thousands of patients and hundreds of millions of dollars, often taking several years to complete. Despite the high investment, the failure rate remains substantial. The majority of drugs fail Phase 1 due to safety concerns (~85%) in Phase 2 (~60%), primarily due to a lack of efficacy, while Phase 3 failures are relatively fewer.

32.     The total cost of a failed phase 3 trial consists of three subparts: (1) the cost associated with the trial itself; (2) the cost of all prior trials; and (3) the cost of lost time, which might otherwise have been spent pursuing a potentially viable alternative.[11] So while the costs of trials represented in Table 1 (below) are substantial, the total cost to a company like Janssen of a failure at any phase, but particularly at phase 3, is substantially higher.

---

[10] U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *Developing Medical Imaging Drug and Biological Products Part 3: Design, Analysis, and Interpretation of Clinical Studies* (June 2004), https://www.fda.gov/media/71237/download#page=1.

[11] Fogel DB. Factors associated with clinical trials that fail and opportunities for improving the likelihood of success: A review. *Contemporary Clinical Trials Communications*, 2018 Aug 7;11:156-164. https://doi.org/10.1016/j.conctc.2018.08.001.

safety concerns. Based on my experience, it is my view that Janssen's pattern of clinical trial progression reflects the company's strategic prioritization, focusing its Phase 3 investments only on candidates with the highest probability of success.

**What is a clinical trial protocol?**

35.     A clinical trial protocol is a detailed, written plan that outlines the objectives, design, methodology, statistical considerations, and organization of a clinical trial. According to the FDA, the protocol ensures that the trial is conducted in a scientifically valid and ethically sound manner. It serves as the blueprint for the entire study and provides a framework for the consistent implementation of the trial, including the recruitment of participants, the dosage of treatments, the monitoring of safety, and the evaluation of the trial's outcomes.

36.     The protocol typically includes the following key components:

a) Trial Objectives: Clear descriptions of the purpose of the trial, whether it's to assess safety, efficacy, or both.

b) Study Design: Information about the type of trial (e.g., randomized, double-blind, placebo-controlled) and how it will be structured.

c) Inclusion and Exclusion Criteria: Detailed criteria for selecting participants, ensuring the right population is studied.

d) Treatment Regimen: A description of the intervention(s), including dosing schedules and duration of treatment.

e) End Points: Clearly defined primary and secondary endpoints to evaluate the drug or treatment's effectiveness and safety.

f) Data Collection and Analysis: Methods for collecting data and conducting statistical analyses to assess the trial outcomes.

- 13 -

g)  Safety Monitoring: Protocols for monitoring adverse events, ensuring patient safety
    throughout the trial.

h)  Rationale: A detailed explanation of the scientific and clinical rationale for the study,
    including why the selected population, endpoints, and study design are appropriate
    for achieving the trial's objectives.

i)  Sample Size and Statistical Justification: Information on the estimated number of
    participants needed, along with a statistical rationale for how this sample size will
    provide sufficient power to detect meaningful outcomes.

j)  Randomization and Blinding Methods: Description of how participants will be
    assigned to treatment groups (e.g., randomization) and whether blinding will be used
    to reduce bias (e.g., double-blind, single-blind).

k)  Ethical Considerations: Details on informed consent processes, compliance with
    ethical guidelines, and approval from Institutional Review Boards (IRBs) or Ethics
    Committees (ECs).

l)  Risk Management: Identification of potential risks to participants, along with
    mitigation strategies and safety measures to minimize those risks.

m)  Compliance and Quality Control: Procedures to ensure adherence to the protocol,
    regulatory requirements, and quality standards, including monitoring and auditing
    processes.

n)  Regulatory and Administrative Information: Documentation of approvals, trial
    registration, and the roles and responsibilities of the study team, including data
    management and reporting timelines.

37.     The FDA requires that the protocol be submitted as part of the Investigational

New Drug (IND) application or clinical trial application for approval before the trial can begin.

This ensures regulatory oversight and adherence to the required ethical standards for conducting

human clinical research.[13]

**What are clinical endpoints?**

38.     Clinical endpoints are specific, measurable outcomes used to assess the

effectiveness of a treatment or intervention in a clinical trial.[14] They serve as the primary

indicators of whether a therapy is achieving its intended goals, such as improving a patient's

health or reducing the risk of disease progression. Clinical endpoints are carefully selected based

on the objectives of the trial and should provide reliable evidence to answer the key research

questions.[15]

---

[13] International Council for Harmonisation of Technical Requirements for Pharmaceuticals for Human Use, guideline for industry *E3 Structure and Content of Clinical Study Reports* (July 1996), https://www.fda.gov/media/71271/download.

[14] International Council for Harmonisation of Technical Requirements for Pharmaceuticals for Human Use, ICH harmonised guideline *Good Clinical Practice (GCP) E6(R3)* (Draft Version) (May 19, 2023), *https://www.fda.gov/media/169090/download#page=1*;

U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *Master Protocols: Efficient Clinical Trial Design Strategies to Expedite Development of Oncology Drugs and Biologics* (Mar. 2022), https://www.fda.gov/media/120721/download#page=1;

U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry, clinical investigators, institutional review boards and food and drug administration staff *Design Considerations for Pivotal Clinical Investigations for Medical Devices* (Nov. 7, 2023),  https://www.fda.gov/media/87363/download#page=1.

[15] U.S. Department of Health and Human Services Food & Drug Administration, *E8(R1) General Considerations for Clinical Studies Guidance for Industry* (Apr. 2022), https://www.fda.gov/media/157560/download#page=1;

U.S. Department of Health and Human Services Food & Drug Administration, *Design Considerations for Pivotal Clinical Investigations for Medical Devices Guidance for Industry, Clinical Investigators, Institutional Review Boards and Food and Drug Administration Staff* (Nov. 7, 2023), https://www.fda.gov/media/87363/download#page=1;

39.     There are two main types of clinical endpoints:

- Primary Endpoints: These are the most important outcomes that the trial is designed to assess. The primary endpoint directly evaluates the main objective of the study, such as the improvement in survival rates, symptom relief, or disease progression. For example, in a cancer trial, the primary endpoint might be overall survival or progression-free survival.

- Secondary Endpoints: These are additional outcomes that are of interest but not the main focus of the trial. They help provide a more comprehensive picture of the treatment's effect. Secondary endpoints might include measures of quality of life, time to disease progression, or biomarker changes. While secondary endpoints are not the trial's primary focus, they can provide valuable insights into the treatment's broader impact.

40.     Clinical endpoints must be clearly defined in the clinical trial protocol and chosen to align with the trial's objectives, ensuring they are relevant, measurable, and capable of providing meaningful evidence. The FDA and other regulatory agencies often require that endpoints be validated and supported by scientific evidence to ensure the trial's findings are robust and applicable.[16]

---

U.S. Department of Health and Human Services Food & Drug Administration, *Multiple Endpoints in Clinical Trials Guidance for Industry* (Oct. 2022), https://www.fda.gov/media/162416/download#page=1; U.S. Department of Health and Human Services Food & Drug Administration, *Patient-Reported Outcome Measures: Use in Medical Product Development to Support Labeling Claims Guidance for Industry* (Dec. 2009), https://www.fda.gov/media/77832/download#page=1.

[16] U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry and food and drug administration staff *Non-Clinical and Clinical Investigation of Devices Used for the Treatment of Benign Prostatic Hyperplasia (BPH)* (Dec. 27, 2021), https://www.fda.gov/media/79397/download#page=1.

**What does it mean for a clinical trial to succeed?**

41.     For a clinical trial to succeed, it means that the trial achieves its predefined objectives, as outlined in the study protocol, and provides credible evidence about the safety and effectiveness of the treatment being tested. Success can be evaluated based on several factors, including the following:

- **Achievement of Primary Endpoints**: The treatment should meet the primary objectives of the trial, typically related to its effectiveness, such as demonstrating improved outcomes like survival rates, symptom relief, or disease progression compared to the control or placebo group.

- **Safety and Tolerability**: The treatment should have an acceptable safety profile, meaning that any adverse effects should be manageable and not severe enough to outweigh the benefits of the intervention. If the treatment leads to severe or unacceptable side effects, the trial may be deemed unsuccessful.

- **Statistical Significance**: The trial should generate statistically significant results, meaning that the observed effects of the treatment are unlikely to have occurred by chance. The results must meet the required thresholds for significance, ensuring the findings are reliable and meaningful.

- **Clinical Relevance**: The endpoints must be clinically relevant, reflecting how a patient feels, functions, or survives. Clinical benefit endpoints are considered the most credible response measurements.

- **Secondary Endpoints**: While secondary endpoints are not the primary focus of the trial, achieving positive outcomes for these additional measures—such as

- 17 -

improved quality of life, reduced hospitalizations, or biomarker changes—can

further support the success of the trial.

- **Regulatory Approval**: The endpoints and results must be acceptable to

  regulatory authorities, ensuring that the interpretation of the trial's success is

  consistent across regions and among regulatory bodies.

42.    In summary, a clinical trial is considered successful when it demonstrates that the

treatment is both effective and safe, meets the primary and sometimes secondary objectives, and

produces statistically significant data that could lead to further development or regulatory

approval.[17] Success is often defined by the goals of those conducting the test. For example, in

this case, Janssen's clear goal was speed to market and therefore regulatory approval.[18]

**What is a Direct-To-Phase 3 Clinical Trial?**

43.    The U.S. Food and Drug Administration (FDA) may accept a Direct-To-Phase 3

clinical trial design under specific circumstances, particularly when early-phase studies provide

compelling evidence of a drug's safety and efficacy. This approach is often considered for drugs

intended to treat serious or life-threatening conditions where existing treatments are inadequate.

The FDA's guidance on "INDs for Phase 2 and Phase 3 Studies" outlines that the decision to

proceed directly to Phase 3 should be based on robust preclinical data and early clinical trial

---

[17] U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *Clinical Trial Endpoints for the Approval of Cancer Drugs and Biologics* (Dec. 2018), https://www.fda.gov/media/71195/download#page=1; U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *E17 General Principles for Planning and Design of Multiregional Clinical Trials* (July 2018), https://www.fda.gov/media/99974/download#page=1; U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *Exposure-Response Relationships¾Study Design, Data Analysis, and Regulatory Applications* (Apr. 2003), https://www.fda.gov/media/71277/download#page=1.

[18] *See e.g.* JNJ-STELARA_002476258 at Slides 20, 31, 38, 40-41.

- 18 -

results demonstrating substantial evidence of effectiveness and safety.[19] Additionally, the FDA's "New Drug Application" guidelines emphasize the necessity for substantial evidence from adequate and well-controlled investigations to support the approval of new drugs.[20] Therefore, while the FDA does not have a formal policy for Direct-To-Phase 3 trials, it may accept such designs when the available data justify the approach.

44.      The FDA may allow Direct-To-Phase 3 in the following scenarios:

a) Repurposed Drugs with Established Safety Profiles: Drugs that have already been approved for another indication, like Stelara, and where safety, dosing, and pharmacokinetics are well understood may be eligible for Direct-To-Phase 3. For example, hydroxychloroquine was considered for Direct-To-Phase 3 trials in COVID-19 because of its prior approval for malaria and lupus. And, in this case, Stelara was considered for direct-to-phase 3 trials based on the robust safety and efficacy data from Stelara's other indications and from the CD study data given the shared biology between CD and UC.

b) Emergency Situations (Pandemics, Public Health Crises): In cases of urgent unmet medical needs such as COVID-19 or Ebola, the FDA may fast-track the drug development process and allow companies to proceed directly to Phase 3. Certain

---

[19] U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *INDs for Phase 2 and Phase 3 Studies Chemistry, Manufacturing, and Controls Information* (May 2003), https://www.fda.gov/media/70822/download#page=1.

[20] U.S. Department of Health and Human Services Food & Drug Administration, guidance for clinical investigators, sponsors, and IRBs *Investigational New Drug Applications (INDs) - Determining Whether Human Research Studies Can Be Conducted Without an IND* (Sept. 2013), https://www.fda.gov/media/79386/download#page=1.

COVID-19 vaccine candidates, including some mRNA vaccines, received approval to
start large-scale trials rapidly based on prior preclinical and early human data.

c) Rare or Life-Threatening Diseases (Orphan Drugs): For rare diseases with no existing
treatments, or diseases where patient populations are small, the FDA may waive
early-phase trials if strong preclinical data supports efficacy. For instance, certain
gene therapies for spinal muscular atrophy (SMA) moved directly into Phase 3 based
on compelling preclinical models demonstrating potential efficacy.

**Considerations Before Going Direct-To-Phase 3:**

45.     Major pharmaceutical companies, like Janssen, are highly risk-averse when it
comes to seeking FDA approval, particularly when considering the Direct-To-Phase 3 route for
clinical trials. This cautious approach is due to the significant challenges and high costs
associated with advancing a drug through the later stages of development.

46.     Before pursuing a Direct-To-Phase 3 strategy, pharmaceutical companies weigh
several critical factors. These include the drug's safety profile, which could be informed by
previous approvals for different indications or through thorough preclinical studies. They also
evaluate the availability of biomarkers to predict therapeutic response, the feasibility of large-
scale trials without prior dose-ranging studies, and whether the disease being targeted has a high
unmet need that would justify an expedited approach. In this context, regulatory precedent—such
as prior FDA approvals of similar drugs under Direct-To-Phase 3 conditions—becomes a key
consideration.

47.     Although Direct-To-Phase 3 offers a quicker path to market, it carries inherent
risks, particularly as early-phase data on dosing, efficacy, and safety are often limited. The
success rate for Phase 3 trials is around 50-60% on average, but it can be lower for certain

disease areas like oncology (~40%) or higher for others like infectious diseases (~70%). Risks of

failure often stem from lack of efficacy, unexpected safety concerns, or difficulty in showing a

meaningful clinical benefit. Given the potential for delays or even program termination if safety

issues arise, companies like Janssen carefully calculate these risks, ensuring they have strong

scientific justification and regulatory alignment to increase the likelihood of success. This

strategic planning and risk mitigation have been essential in their long-term development goals.[21]

48.



**What is required for regulatory approval after a successful phase 3 trial?**

49.     After a successful phase 3 clinical trial, a New Drug Application (NDA) or Biologics License

Application (BLA) is submitted for regulatory review. NDAs are filed for small-molecule

---

[21] U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *INDs for Phase 2 and Phase 3 Studies Chemistry, Manufacturing, and Controls Information* (May 2003), https://www.fda.gov/media/70822/download#page=1 ; U.S. Department of Health and Human Services Food & Drug Administration, guidance for clinical investigators, sponsors, and IRBs *Investigational New Drug Applications (INDs) - Determining Whether Human Research Studies Can Be Conducted Without an IND* (Sept. 2013), https://www.fda.gov/media/79386/download#page=1; U.S. Department of Health and Human Services Food & Drug Administration, *Content and Format of Investigational New Drug Applications (INDs) for Phase 1 Studies of Drugs, Including Well-Characterized, Therapeutic, Biotechnology-derived Products* (Nov. 1995), https://www.fda.gov/media/71203/download#page=1.

[22]                                        (JNJ-STELARA_002725083).

**Negotiations with the FDA on a Direct-To-Phase 3 Study for the Use of Stelara for UC:**

76.     On November 20, 2014, Janssen requested a "Type B Pre-IND/pre-Phase 3 meeting with the FDA" to discuss developing "STELARA (ustekinumab) for the treatment of patients with moderately to severely active Ulcerative Colitis" and its plan to "initiate a phase 3 development program in UC."[42]

77.     On December 18, 2014, in anticipation of its Pre-IND meeting, Janssen submitted a "Briefing Document for Pre-IND/Pre-Phase 3 Meeting" in which Janssen provided its rationale for the direct-to-phase 3 approach, arguing that extensive data and successful results in clinical trials testing the use of Stelara to treat CD warranted such an approach.[43] Janssen detailed the success of those trials, noting ████████████████████████████ ████████████████████████████ ████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████

_____

[42] ██████ (JNJ-STELARA_001404726)

[43] ████████████████████████████████ (JNJ-STELARA_002258134, at -268).

[44] *Id.* at -276

[45] *Id.* at -279

[46] *Id.* at -282.

78.      On January 7, 2015 Janssen submitted to the FDA a, "Scientific Advice Briefing Document," which represented that ████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████  ████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████

79.      On January 21, 2015, Janssen and the FDA held a telephonic Pre-IND meeting. The meeting minutes show that Janssen argued that it should be permitted to leverage its CD trial data to go Direct-To-Phase 3 and ██████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

80.      Janssen's clinical protocol offers additional scientific rationale for the direct-to-phase 3 study of Stelara for UC based on the safety and efficacy data obtained in the CD studies.

_____

[47] *Id.* at -343.

[48] *Id.* at -350.

[49] *Id.* at -319 (emphasis added).

100.     Based on my review of both studies and my expertise in clinical trial design and regulatory strategy, I conclude that there is no material difference between what the HOPE study and NCT 236 disclose in terms of the use of an already approved drug to treat a new indication. However, NCT 236 provides more detailed disclosures, particularly regarding dose, administration, and regulatory objectives. Unlike HOPE, which aimed to assess secondary benefits of an already approved drug, NCT 236 was conducted specifically to support an sBLA for a new indication of ustekinumab. Given this distinction, NCT 236 represents a more detailed and structured regulatory study than the HOPE trial.

Dated:  March 3, 2025

_____
Aruna Dontabhaktuni