# EXHIBIT 9

Case 2:23-cv-00629-JKW-LRL   Document 444-10   Filed 08/06/25   Page 2 of 19 PageID# 19490

## ClinicalTrials.gov



 The U.S. government does not review or approve the safety and science of all studies listed on this website.

Read our full disclaimer (https://clinicaltrials.gov/about-site/disclaimer) for details.

**Completed** 

# A Study to Evaluate the Safety and Efficacy of Ustekinumab Induction and Maintenance Therapy in Participants With Moderately to Severely Active Ulcerative Colitis (UNIFI)

**ClinicalTrials.gov ID** ⓘ NCT02407236

**Sponsor** ⓘ Janssen Research & Development, LLC

**Information provided by** ⓘ Janssen Research & Development, LLC (Responsible Party)

**Last Update Posted** ⓘ 2025-04-29

# Record History Tab

## Study Record Versions

- This table shows all the versions of this study record arranged in order by submitted date.
    - To view one version of the study record, click the submitted date.
    - To compare two versions, select them using the check boxes and click "Compare" at the bottom of the list.

| | | | |
|---|---|---|---|
| ☐ | 1 | 2015-03-30 | • None (earliest version on record) |
| ☐ | 2 | 2015-04-20 | • Study Status |
| ☐ | 3 | 2015-05-11 | • Study Status |
| ☐ | 4 | 2015-06-01 | • Study Status |
| ☐ | 5 | 2015-07-14 | • Study Status |
| ☐ | 6 | 2015-08-11 | • Study Status<br>• Contacts/Locations |
| ☐ | 7 | 2015-09-23 | • Study Status<br>• Contacts/Locations |
| ☐ | 8 | 2015-10-16 | • Recruitment Status<br>• Study Status<br>• Contacts/Locations |

Compare

**EXHIBIT 7**

|  | 9 | [2015-11-06]() | - Study Status<br>- Contacts/Locations |
|---|---|---|---|
|  | 10 | [2015-11-27]() | - Study Status<br>- Contacts/Locations |
|  | 11 | [2015-12-21]() | - Study Status<br>- Contacts/Locations |
|  | 12 | [2016-01-12]() | - Study Status<br>- Contacts/Locations |
|  | 13 | [2016-02-02]() | - Study Status<br>- Contacts/Locations |
|  | 14 | [2016-02-23]() | - Study Status<br>- Contacts/Locations |
|  | 15 | [2016-03-15]() | - Study Status<br>- Contacts/Locations |
|  | 16 | [2016-04-05]() | - Study Status<br>- Contacts/Locations |
|  | 17 | [2016-04-22]() | - Study Status<br>- Contacts/Locations |
|  | 18 | [2016-05-13]() | - Study Status<br>- Contacts/Locations |
|  | 19 | [2016-06-01]() | - Study Status<br>- Contacts/Locations |
|  | 20 | [2016-06-22]() | - Study Status<br>- Contacts/Locations |
|  | 21 | [2016-07-13]() | - Study Status<br>- Contacts/Locations |
|  | 22 | [2016-08-03]() | - Study Status<br>- Contacts/Locations |
|  | 23 | [2016-08-24]() | - Study Status<br>- Contacts/Locations |
|  | 24 | [2016-10-14]() | - Study Status<br>- Contacts/Locations |
|  | 25 | [2016-11-12]() | - Study Status<br>- Contacts/Locations |

| | | | |
|---|---|---|---|
| ☐ | 26 | 2016-12-12 | <ul><li>Study Status</li><li>Contacts/Locations</li></ul> |
| ☐ | 27 | 2017-02-10 | <ul><li>Study Status</li><li>Contacts/Locations</li></ul> |
| ☐ | 28 | 2017-03-10 | <ul><li>Study Status</li><li>Contacts/Locations</li></ul> |
| ☐ | 29 | 2017-03-21 | <ul><li>Study Status</li><li>Contacts/Locations</li></ul> |
| ☐ | 30 | 2017-04-20 | <ul><li>Study Status</li><li>Oversight</li><li>Contacts/Locations</li></ul> |
| ☐ | 31 | 2017-05-16 | <ul><li>Study Status</li><li>Contacts/Locations</li></ul> |
| ☐ | 32 | 2017-06-13 | <ul><li>Study Status</li><li>Contacts/Locations</li></ul> |
| ☐ | 33 | 2017-07-11 | <ul><li>Study Status</li><li>Contacts/Locations</li></ul> |
| ☐ | 34 | 2017-08-08 | <ul><li>Study Status</li><li>Contacts/Locations</li></ul> |
| ☐ | 35 | 2017-09-06 | <ul><li>Recruitment Status</li><li>Study Status</li><li>Study Design</li><li>Contacts/Locations</li></ul> |
| ☐ | 36 | 2017-11-28 | <ul><li>Study Status</li><li>Contacts/Locations</li></ul> |
| ☐ | 37 | 2018-02-26 | <ul><li>Study Status</li><li>Contacts/Locations</li></ul> |
| ☐ | 38 | 2018-03-21 | <ul><li>Study Status</li><li>Study Design</li></ul> |
| ☐ | 39 | 2018-08-13 | <ul><li>Study Status</li><li>Study Design</li></ul> |
| ☐ | 40 | 2018-10-03 | <ul><li>Study Status</li></ul> |
| ☐ | 41 | 2018-10-31 | <ul><li>Study Status</li><li>Study Design</li></ul> |
| ☐ | 42 | 2018-11-28 | <ul><li>Study Status</li></ul> |

| | | | |
|---|---|---|---|
| | | | • Study Design |
| ☐ | 43 | 2019-03-21 | • Study Status<br>• Study Design |
| ☐ | 44 | 2019-04-18 | • Study Status<br>• Contacts/Locations |
| ☐ | 45 | 2019-05-16 | • Study Status<br>• Study Design |
| ☐ | 46 | 2019-06-13 | • Study Status |
| ☐ | 47 | 2019-08-08 | • Study Status |
| ☐ | 48 | 2019-08-26 | • Study Status<br>• Arms and Interventions |
| ☐ | 49 | 2019-10-31 | • Study Status<br><br>**Results Submission Events (1)** |
| ☐ | 50 | 2019-12-20 | • Study Status<br>• Study Design<br>• Outcome Measures<br>• Document Section<br>• Participant Flow<br>• Baseline Characteristics<br>• Outcome Measures (Results)<br>• Adverse Events<br>• More Information |
| ☐ | 51 | 2020-01-21 | • Study Status |
| ☐ | 52 | 2020-02-18 | • Study Status<br>• Contacts/Locations |
| ☐ | 53 | 2020-03-17 | • Study Status |
| ☐ | 54 | 2020-04-14 | • Study Status<br>• Contacts/Locations |
| ☐ | 55 | 2020-05-12 | • Study Status |
| ☐ | 56 | 2020-07-07 | • Study Status |
| ☐ | 57 | 2020-09-29 | • Study Status<br>• Contacts/Locations |
| ☐ | 58 | 2020-10-27 | • Study Status |

5/20/25, 9:41 AM    Case 2:23-cv-00629-JKW-LRL   Document 444-10   Filed 08/06/25   Page 6 of 19
Record History | Version 91 of 113 | NCT02407236 | ClinicalTrials.gov
PageID# 19494

| | Version | Date submitted (YYYY-MM-DD) | Changes |
|---|---|---|---|
| ☐ | 59 | 2020-11-24 | • Study Status |
| ☐ | 60 | 2020-12-22 | • Study Status<br>• Contacts/Locations |
| ☐ | 61 | 2021-01-19 | • Study Status |
| ☐ | 62 | 2021-03-16 | • Study Status |
| | Version | Date submitted (YYYY-MM-DD) | Changes |
| ☐ | 64 | 2021-05-11 | • Study Status |
| ☐ | 65 | 2021-06-07 | • Study Status |
| ☐ | 66 | 2021-07-06 | • Study Status |
| ☐ | 67 | 2021-08-03 | • Study Status<br>• Contacts/Locations |
| ☐ | 68 | 2021-08-31 | • Study Status |
| ☐ | 69 | 2021-09-28 | • Study Status |
| ☐ | 70 | 2021-10-26 | • Study Status |
| ☐ | 71 | 2021-11-23 | • Study Status |
| ☐ | 72 | 2022-02-02 | • Recruitment Status<br>• Study Status |
| ☐ | 73 | 2022-08-02 | • Study Status<br>• Contacts/Locations |
| ☐ | 74 | 2022-11-29 | • Study Status<br>• Document Section |
| | Version | Date submitted (YYYY-MM-DD) | Changes |
| | | | • Adverse Events<br>• More Information |
| ☐ | 75 | 2023-01-03 | • Study Status |
| ☐ | 76 | 2025-01-31 | • Study Status<br>• Contacts/Locations |
| ☐ | 77 | 2025-02-10 | • Study Status |
| ☐ | 78 | 2025-03-29 | • Study Status |
| ☐ | 79 | 2025-04-25 | • Study Status |



Viewing **V39** (2018-08-13)

## Study Details

### Study Identification

| | |
|---|---|
| **Unique Protocol ID** | |
| CR106920 | |
| **Brief Title** | |
| A Study to Evaluate the Safety and Efficacy of Ustekinumab Induction and Maintenance Therapy in Participants With Moderately to Severely Active Ulcerative Colitis | |
| **Official Title** | |
| A Phase 3, Randomized, Double-blind, Placebo-controlled, Parallel-group, Multicenter Protocol to Evaluate the Safety and Efficacy of Ustekinumab Induction and Maintenance Therapy in Subjects With Moderately to Severely Active Ulcerative Colitis | |
| **Secondary IDs** | |
| 2014-005606-38, CNTO1275UCO3001 | |

### Study Status

**Record Verification**
2018-08

| Version | Date submitted (YYYY-MM-DD) | Changes |
|---|---|---|

**Study Start**
2015-07-10 [Actual]

**Primary Completion**
2018-08-10 [Actual]

**Study Completion**
2021-11-26 [Estimated]

**First Submitted**
2015-03-30

**First Submitted that Met QC Criteria**
2015-03-30

**First Posted**

| |
|---|
| 2015-04-02 [Estimated] |

| Certification/Extension First Submitted |
|---|
| 2019-08-08 |

| Last Update Submitted that Met QC Criteria |
|---|
| 2018-08-13 |

| Last Update Posted |
|---|
| 2018-08-14 [Actual] |

## Sponsor/Collaborators

| Sponsor |
|---|
| Janssen Research & Development, LLC |

| Responsible Party |
|---|
| Sponsor |

| Collaborators |
|---|
|  |

## Oversight

| U.S. FDA-regulated Drug |
|---|
|  |

| U.S. FDA-regulated Device |
|---|
| No |

| Data Monitoring |
|---|

| Version | Date submitted (YYYY-MM-DD) | Changes |
|---|---|---|

## Study Description

| Brief Summary |
|---|
| The purpose of this study is to evaluate the efficacy and safety of ustekinumab as intravenous (IV: into the vein) infusion in induction study in participants with moderately to severely active Ulcerative Colitis (UC) and as subcutaneous (SC) administration in maintenance study in participants with moderately to severely active Ulcerative Colitis (UC) who have demonstrated a clinical response to Induction treatment with IV ustekinumab. |

| Detailed Description |
|---|
| This is a Phase 3, randomized (assignment of study drug by chance), double-blind (neither the participant or study staff will know the identity of study drugs), placebo-controlled (placebo is an inactive substance that is compared with a drug to test whether the drug has a real effect in a clinical trial), parallel-group (a medical research study comparing the response in 2 or more groups of participants receiving different interventions), multi-center (more than one clinical site will work on a medical research study), protocol of ustekinumab. The protocol will consist of 2 studies: an Induction study and a |

Maintenance study with unique endpoints. Screening period will be up to 8 Weeks. Induction study will be at least 8 weeks duration for each participant. Participant with clinical response in the Induction study will be eligible for the Maintenance study. The Maintenance study will be 44 weeks duration. After completion of the maintenance study, a long term extension will follow eligible participants for an additional 3 years. Clinical remission will be evaluated at Week 8 in the Induction study. Clinical remission among ustekinumab Induction responders will be evaluated at week 44 in the Maintenance study. Participants' safety will be monitored throughout.

## Conditions

| Condition |
|---|
| Colitis, Ulcerative |
| Inflammatory Bowel Diseases |

| Keywords |
|---|
| Ustekinumab |
| Inflammatory Bowel Diseases (IBD) |
| Colitis, Ulcerative |

## Study Design

| Study Type |
|---|
| Interventional |

| Primary Purpose |
|---|
|  |

| Study Phase |
|---|
| Phase 3 |

| Interventional Study Model |
|---|
| Parallel Assignment |

| Version | Date submitted (YYYY-MM-DD) | Changes |
|---|---|---|

10

| Masking |
|---|
| Double (Participant, Investigator) |

| Allocation |
|---|
| Randomized |

| Enrollment |
|---|
| 971 [Actual] |

## Arms and Interventions

| Arms | Assigned Interventions |
|---|---|

| | |
|---|---|
| Placebo Comparator: Induction Study - Placebo Intravenous (IV)<br><br>Participants will be randomized to receive single dose of placebo as Intravenous (IV: into the vein) infusion at Week 0. Participants with clinical response at Week 8 will be eligible to enter the Maintenance study, but will not be randomized. | Drug: Placebo IV<br><br>• Placebo will be administered as intravenous infusion. |
| Experimental: Induction Study - Ustekinumab 130 milligram (mg) IV<br><br>Participants will be randomized to receive single dose of ustekinumab 130 mg as IV infusion at Week 0. Participants with clinical response at Week 8 will be eligible to enter the Maintenance study and will be randomized. | Drug: Ustekinumab IV<br><br>• Ustekinumab will be administered as intravenous infusion at Week 0 or Week 8 in Induction Study. |
| Experimental: Induction Study - Ustekinumab 6 mg/kg IV<br><br>Participants will be randomized to receive ustekinumab approximating 6 mg/kg of body weight, as intravenous infusion at Week 0. Participants with clinical response at Week 8 will be eligible to enter the Maintenance study and will be randomized. | Drug: Ustekinumab IV<br><br>• Ustekinumab will be administered as intravenous infusion at Week 0 or Week 8 in Induction Study. |
| Other: Induction Study- Placebo- Nonresponsders at Week 8<br><br>Participants without clinical response to placebo at Week 8 will receive a single IV infusion of ustekinumab approximating 6mg/kg along with matching subcutaneous (SC) placebo (to maintain the blind). Participants in clinical response at Week 16 will be eligible to enter Maintenance study and will be randomized. | Drug: Ustekinumab IV<br><br>• Ustekinumab will be administered as intravenous infusion at Week 0 or Week 8 in Induction Study. |
| Other: Induction study-Ustekinumab Nonresponders at Week 8<br><br>Participants without clinical response to ustekinumab (130 mg or 6 mg/kg [IV]) at Week 8 will receive a single dose of ustekinumab 90 mg subcutaneously along with matching placebo intravenously (to maintain the blind). Participants in clinical response at Week 16 (that is, delayed responders) will be eligible to enter Maintenance study, but will not be randomized. | Drug: Ustekinumab SC<br><br>• Ustekinumab will be administered as subcutaneously. |
| Placebo Comparator: Maintenance Study - Placebo Subcutaneous (SC)<br><br>Participants in clinical response (at Week 8 or Week 16) to Induction treatment with single IV infusion of Ustekinumab will be randomized to receive placebo subcutaneously, beginning Week 0 of Maintenance study through Week 44. | Drug: Placebo SC<br><br>• Placebo will be administered Subcutaneously. |
| Experimental: Maintenance Study - Ustekinumab 90mg SC every 12 weeks | Drug: Ustekinumab SC |

| | |
|---|---|
| Participants in clinical response (at Week 8 or Week 16) to Induction treatment with single IV infusion of Ustekinumab will be randomized to receive ustekinumab 90 mg subcutaneously every 12 weeks, beginning Week 0 of Maintenance study through Week 44. | • Ustekinumab will be administered as subcutaneously. |
| Experimental: Maintenance Study - Ustekinumab 90mg SC every 8 weeks (q8w)<br><br>Participants in clinical response (at Week 8 or Week 16) to Induction treatment with single IV infusion of Ustekinumab will be randomized to receive ustekinumab 90 mg subcutaneously every 8 weeks, beginning Week 0 of Maintenance study through Week 44. | Drug: Ustekinumab SC<br><br>• Ustekinumab will be administered as subcutaneously. |
| Other: Maintenance Study - Placebo IV - Responder - Placebo SC<br><br>Participants in clinical response to Induction treatment with IV Placebo will receive placebo subcutaneously, beginning Week 0 of Maintenance study through Week 44. Participants are not randomized. | Drug: Placebo SC<br><br>• Placebo will be administered Subcutaneously. |
| Other: Maintenance Study-Delayed Responder-Ustekinumab 90mg SC q8w<br><br>Participants without clinical response to induction treatment ustekinumab (130 mg or 6 mg/kg [IV]) at Week 8 but in clinical response at Week 16 after receiving Induction Ustekinumab at week 8 (delayed responders) will receive ustekinumab 90 mg subcutaneously every 8 weeks, beginning Week 0 of Maintenance study through Week 44. Participants are not randomized. | Drug: Ustekinumab SC<br><br>• Ustekinumab will be administered as subcutaneously. |

## Outcome Measures

**Primary Outcome Measures**

1. Induction Study - Number of Participants With Clinical Remission
The global definition of Clinical remission is defined as Mayo score less than or equal to (<=) 2 points, with no individual subscore greater than (>) 1, for countries outside the United States (US). For the US, Clinical remission is defined as absolute stool number <=3, a rectal bleeding subscore of 0, and a Mayo endoscopy subscore of 0 or 1. The Mayo score is a tool designed to measure disease activity for ulcerative colitis. The Mayo score ranges from 0 to 12 points and consists of 4 subscores (stool frequency, rectal bleeding, findings on flexible sigmoidoscopy and physician's global assessment), each subscore is graded from 0 to 3 with the higher score indicating more severe disease activity.
[Time Frame: Week 8]

2. Maintenance Study - Number of Participants with Clinical Remission Among Participants in Clinical Response to IV Ustekinumab Induction Treatment
The global definition of Clinical remission is defined as Mayo score less than or equal to (<=) 2 points, with no individual subscore greater than (>) 1, for countries outside the United States (US). For the US Clinical remission is defined as absolute stool number <=3, a rectal bleeding subscore of 0, and a Mayo endoscopy subscore of 0 or 1. The Mayo score is a tool designed to measure disease activity for ulcerative colitis. The Mayo score ranges from 0 to 12 points and consists of 4

subscores (stool frequency, rectal bleeding, findings on flexible sigmoidoscopy and physician's global assessment), each subscore is graded from 0 to 3 with the higher score indicating more severe disease activity.
[Time Frame: Week 44]

**Secondary Outcome Measures**

1. Induction Study - Number of Participants with Clinical Response
   Clinical response is defined as a decreased from Induction baseline in the Mayo score by greater than or equal to (>=) 30 percent (%) and >=3 points, with either a decrease from induction baseline in the rectal bleeding subscore >=1 or rectal bleeding subscore = 0 or 1.
   [Time Frame: Week 8]

2. Induction Study - Number of Participants With Endoscopic Healing
   Endoscopic healing is improvement in the endoscopic appearance of the mucosa. It will be defined as Mayo endoscopic subscore = 0 or 1.
   [Time Frame: Week 8]

3. Induction Study - Mean Change From Baseline in Inflammatory Bowel Disease Questionnaire (IBDQ) Score
   The IBDQ is a 32-item questionnaire for participants with Inflammatory Bowel Disease (IBD) that will be used to evaluate the disease-specific health-related quality of life across 4 dimensional scores: bowel (loose stools, abdominal pain), systemic (fatigue, altered sleep pattern), social (work attendance, need to cancel social events), and emotional (anger, depression, irritability). The total score ranges from 32 to 224 with higher scores indicating better quality of life.
   [Time Frame: Week 8]

4. Maintenance Study - Number of Participants with Clinical Response Among Participants in Clinical Response to IV Ustekinumab Induction Treatment
   Clinical response is defined as a decreased from Induction baseline in the Mayo score by greater than or equal to (>=) 30 percent (%) and >=3 points, with either a decrease from Induction baseline in the rectal bleeding subscore >=1 or rectal bleeding subscore = 0 or 1.
   [Time Frame: Through Week 44]

5. Maintenance Study - Number of Participants with Endoscopic Healing Among Participants in Clinical Response to IV Ustekinumab Induction Treatment
   Endoscopic healing is improvement in the endoscopic appearance of the mucosa. It will be defined as Mayo endoscopic subscore = 0 or 1.
   [Time Frame: Week 44]

6. Maintenance Study - Number of Participants with Clinical Remission Among those who Achieved Clinical Remission at Maintenance Study Baseline
   The global definition of Clinical remission is defined as Mayo score less than or equal to (<=) 2 points, with no individual subscore greater than (>) 1, for countries outside the United States (US). For the US Clinical remission is defined as absolute stool number <=3, a rectal bleeding subscore of 0, and a Mayo endoscopy subscore of 0 or 1. The Mayo score is a tool designed to measure disease activity for ulcerative colitis.
   [Time Frame: Through Week 44]

7. Maintenance Study - Number of Participants with Clinical Remission and not Receiving Concomitant Corticosteroids Among those Receiving Concomitant Corticosteroids at Maintenance Baseline
   The global definition of Clinical remission is defined as Mayo score less than or equal to (<=) 2 points, with no individual subscore greater than (>) 1, for countries outside the United States (US). For the US Clinical remission is defined as absolute stool number <=3, a rectal bleeding subscore of 0, and a Mayo endoscopy subscore of 0 or 1. The Mayo score is a tool designed to measure disease activity for ulcerative colitis.
   [Time Frame: Week 44]

## Eligibility

| Minimum Age |
|---|
| 18 Years |

| Maximum Age |
|---|
|  |

| Sex |
|---|
| All |

| Gender-based Eligibility |
|---|
|  |

| Gender Eligibility Description |
|---|
|  |

| Accepts Healthy Volunteers |
|---|
| No |

| Criteria |
|---|
| Inclusion Criteria:<br><br>- Has a clinical diagnosis of Ulcerative Colitis (UC) at least 3 months before Screening<br>- Has moderately to severely active UC, defined as a Baseline (Week 0) Mayo score of 6 to 12, including a Screening endoscopy subscore of the Mayo score greater than or equal to (>=) 2 as determined by a central reading of the video endoscopy<br>- Have failed biologic therapy, that is, have received treatment with 1 or more tumour necrosis factor (TNF) antagonists or vedolizumab at a dose approved for the treatment of UC, and have a documented history of failure to respond to or tolerate such treatment; OR Be naïve to biologic therapy (TNF antagonists or vedolizumab) or have received biologic therapy but have not demonstrated a history of failure to respond to, or tolerate, a biologic therapy and have a prior or current UC medication history that includes at least 1 of the following: a. Inadequate response to or failure to tolerate current treatment with oral corticosteroids or immunomodulators (6-mercaptopurine [6-MP] or azathioprine [AZA]) OR b. History of failure to respond to, or tolerate, at least 1 of the following therapies: oral or IV corticosteroids or immunomodulators (6-MP or AZA) OR c. History of corticosteroid dependence (that is, an inability to successfully taper corticosteroids without a return of the symptoms of UC)<br>- Before the first administration of study agent, the following conditions must be met: vedolizumab must have been discontinued for at least 4 months and anti-tumor necrosis factors (TNFs) for at least 8 weeks<br><br>Exclusion Criteria:<br><br>- Has severe extensive colitis and is at imminent risk of colectomy<br>- Has UC limited to the rectum only or to < 20 centimeters (cm) of the colon<br>- Presence of a stoma or history of a fistula<br>- Participants with history of extensive colonic resection (for example, less than 30 cm of colon remaining) that would prevent adequate evaluation of the effect of study agent on clinical disease activity<br>- Participants with history of colonic mucosal dysplasia. Participants will not be excluded from the study because of a pathology finding of "indefinite dysplasia with reactive atypia" |

## Contacts/Locations

| Central Contact Person |
|---|

## Study Officials

- Name
  Janssen Research & Development, LLC Clinical Trial

  Role
  Study Director

  Affiliation
  Janssen Research & Development, LLC

## Location

- Birmingham, Alabama, United States
- La Mirada, California, United States
- Los Angeles, California, United States
- Newport Beach, California, United States
- Torrance, California, United States
- Vallejo, California, United States
- Lone Tree, Colorado, United States
- Farmington, Connecticut, United States
- Washington, District of Columbia, United States
- Gainesville, Florida, United States
- Largo, Florida, United States
- Miami, Florida, United States
- Port Orange, Florida, United States
- Tampa, Florida, United States
- Winter Park, Florida, United States
- Zephyrhills, Florida, United States
- Atlanta, Georgia, United States
- Decatur, Georgia, United States
- Macon, Georgia, United States
- Suwanee, Georgia, United States
- Idaho Falls, Idaho, United States
- Chicago, Illinois, United States
- Evanston, Illinois, United States
- Urbana, Illinois, United States
- Indianapolis, Indiana, United States
- Pratt, Kansas, United States
- Crestview Hills, Kentucky, United States
- Lexington, Kentucky, United States
- Louisville, Kentucky, United States
- Houma, Louisiana, United States
- Shreveport, Louisiana, United States
- Columbia, Maryland, United States
- Boston, Massachusetts, United States
- Ann Arbor, Michigan, United States
- Chesterfield, Michigan, United States
- Troy, Michigan, United States
- Ypsilanti, Michigan, United States
- Rochester, Minnesota, United States
- Jackson, Mississippi, United States
- Marlton, New Jersey, United States
- Morristown, New Jersey, United States
- Bronx, New York, United States
- Brooklyn, New York, United States
- Mineola, New York, United States
- New York, New York, United States

- Poughkeepsie, New York, United States
- Rochester, New York, United States
- Cincinnati, Ohio, United States
- Mentor, Ohio, United States
- Portland, Oregon, United States
- Doylestown, Pennsylvania, United States
- Hershey, Pennsylvania, United States
- Philadelphia, Pennsylvania, United States
- Sayre, Pennsylvania, United States
- Germantown, Tennessee, United States
- Nashville, Tennessee, United States
- Dallas, Texas, United States
- Houston, Texas, United States
- Irving, Texas, United States
- San Antonio, Texas, United States
- Southlake, Texas, United States
- Tyler, Texas, United States
- Salt Lake City, Utah, United States
- West Jordan, Utah, United States
- Chesapeake, Virginia, United States
- Fairfax, Virginia, United States
- Roanoke, Virginia, United States
- Seattle, Washington, United States
- Bedford, Australia
- Clayton, Australia
- Concord N/A, Australia
- Fitzroy, Australia
- Five Dock, Australia
- Garran, Australia
- Heidelberg, Australia
- Liverpool, Australia
- Melbourne, Australia
- South Brisbane, Australia
- Salzburg, Austria
- Wien, Austria
- Antwerpen, Belgium
- Gent, Belgium
- Kortrijk, Belgium
- Leuven, Belgium
- Liège, Belgium
- Roeselaere, Belgium
- Pleven, Bulgaria
- Rousse, Bulgaria
- Sevlievo, Bulgaria
- Sofia, Bulgaria
- Varna, Bulgaria
- Vancouver, British Columbia, Canada
- Victoria, British Columbia, Canada
- Brandon, Manitoba, Canada
- Winnipeg, Manitoba, Canada
- London, Ontario, Canada
- Sudbury, Ontario, Canada
- Montreal, Quebec, Canada
- Hradec Kralove, Czechia
- Plzen, Czechia
- Prague 4, Czechia
- Praha 5, Czechia

- Praha 7, Czechia
- Praha 9, Czechia
- Aarhus, Denmark
- Odense, Denmark
- Amiens, France
- Bordeaux, France
- Lille, France
- Lyon, France
- Marseille, France
- Montpellier, France
- Pierre-Benite, France
- Reims, France
- Rennes, France
- Saint-Etienne, France
- Toulouse, France
- Berlin, Germany
- Essen, Germany
- Freiburg, Germany
- Hannover, Germany
- Kiel, Germany
- Leipzig, Germany
- Lüneburg, Germany
- Mannheim, Germany
- Minden, Germany
- Münster, Germany
- Balatonfüred, Hungary
- Budapest, Hungary
- Békéscsaba, Hungary
- Debrecen, Hungary
- Miskolc, Hungary
- Mosonmagyarovar, Hungary
- Szekszárd, Hungary
- Szombathely, Hungary
- Székesfehérvár, Hungary
- Vac, Hungary
- Beersheba, Israel
- Haifa, Israel
- Holon, Israel
- Jerusalem, Israel
- Kfar-Saba, Israel
- Nahariya, Israel
- Petach Tikvah, Israel
- Tel Aviv, Israel
- Tel Hashomer, Israel
- Ageo-Shi, Japan
- Asahikawa, Japan
- Bunkyo-Ku, Japan
- Chiba, Japan
- Chikushinoshi, Japan
- Fujiidera, Japan
- Fukuoka-Ken, Japan
- Higashi-Ibaraki, Japan
- Hirosaki, Japan
- Hiroshima, Japan
- Isesaki, Japan
- Iwate, Japan
- Izumo, Japan

- Kagawa, Japan
- Kagoshima, Japan
- Kahoku, Japan
- Kobe-Shi, Japan
- Kochi, Japan
- Kurume, Japan
- Kyoto, Japan
- Midori-Ku, Japan
- Nagasaki, Japan
- Nara, Japan
- Nishinomiya, Japan
- Oita, Japan
- Osaka, Japan
- Saga-Ken, Japan
- Saga, Japan
- Saitama, Japan
- Sakura, Japan
- Sapporo, Japan
- Sendai, Japan
- Shizuoka, Japan
- Sunto-Gun, Japan
- Takamatsu, Japan
- Tokyo, Japan
- Toyama, Japan
- Toyota, Japan
- Tsuchiura, Japan
- Tsu, Japan
- Wakayama, Japan
- Yamanashi, Japan
- Daegu, Korea, Republic of
- Guri-Si, Korea, Republic of
- Seoul, Korea, Republic of
- Suwon-Si, Korea, Republic of
- Amsterdam, Netherlands
- Maastricht, Netherlands
- Auckland, New Zealand
- Christchurch, New Zealand
- Dunedin, New Zealand
- Lower Hutt, New Zealand
- Milford, New Zealand
- Gdansk, Poland
- Krakow, Poland
- Lodz, Poland
- Pulawy, Poland
- Sopot, Poland
- Szczecin, Poland
- Warszawa, Poland
- Wroclaw, Poland
- Bucuresti, Romania
- Oradea, Romania
- Romania, Romania
- Timisoara, Romania
- Irkutsk, Russian Federation
- Kazan, Russian Federation
- Moscow, Russian Federation
- Novosibirsk, Russian Federation
- Rostov-On-Don, Russian Federation

- Ryazan, Russian Federation
- Saint Petersburg, Russian Federation
- St Petersburg, Russian Federation
- St.-Petersburg, Russian Federation
- Stavropol, Russian Federation
- Ufa, Russian Federation
- Belgrade, Serbia
- Kragujevac, Serbia
- Nis, Serbia
- Vojvodina, Serbia
- Bratislava, Slovakia
- Presov, Slovakia
- Chernivtsi, Ukraine
- Dnipropetrovsk, Ukraine
- Ivano-Frankivsk, Ukraine
- Kharkiv, Ukraine
- Kiyv, Ukraine
- Kyiv, Ukraine
- Lviv, Ukraine
- Odessa, Ukraine
- Sumy, Ukraine
- Uzhgorod, Ukraine
- Vinnytsia, Ukraine
- Zaporizhzhia, Ukraine
- Zhaporozhia, Ukraine
- Birmingham, United Kingdom
- Cambridge, United Kingdom
- Coventry, United Kingdom
- Doncaster, United Kingdom
- Edinburgh, United Kingdom
- Liverpool, United Kingdom
- London, United Kingdom
- Salford, United Kingdom
- Southampton, United Kingdom
- Sutton In Ashfield, United Kingdom

## IPD Sharing

| IPD information |
|---|
|  |

## References

| Citations |
|---|
|  |

| Links |
|---|
|  |

| Available IPD/Information |
|---|
|  |

**Document Section**