**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

CAREFIRST OF MARYLAND, INC., GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., and CAREFIRST BLUECHOICE, INC., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

JOHNSON & JOHNSON and JANSSEN BIOTECH, INC.,

Defendants.

Case No. 2:23-cv-00629-JKW-LRL

Judge Jamar K. Walker

Magistrate Judge Lawrence R. Leonard

**NOTICE OF SUBMISSION OF EXHIBITS 12-21 TO THE DECLARATION OF KATHERINE UNGER DAVIS**

Defendants Johnson & Johnson and Janssen Biotech, Inc. ("J&J") respectfully submit this Notice of Submission of Exhibits 12-21 as attachments to the Declaration of Katherine Unger Davis in Support of J&J's Motion for Summary Judgment in the above-captioned matter.

Dated: August 6, 2025

Respectfully submitted,

*/s/ Christina Guerola Sarchio*
Christina Guerola Sarchio VSB No. 87166
**DECHERT LLP**
1900 K Street, NW
Washington, DC 20006
Tel.: (202) 261-3300
Fax: (202) 261-3333
christina.sarchio@dechert.com

George G. Gordon *(pro hac vice)*
Julia E. Chapman *(pro hac vice)*

Katherine Unger Davis *(pro hac vice)*
Forrest E. Lovett (*pro hac vice)*
Judah Bellin (*pro hac vice)*
**DECHERT LLP**
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax: (215) 994-2222
george.gordon@dechert.com
julia.chapman@dechert.com
katherine.ungerdavis@dechert.com
forrest.lovett@dechert.com
judah.bellin@dechert.com

Katherine A. Helm *(pro hac vice)*
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel.: (212) 698-3500
Fax: (212) 698-3599
khelm@dechert.com

Amanda K. Antons *(pro hac vice)*
**DECHERT LLP**
230 Northgate Street #209
Lake Forest, IL 60045
Tel.: (312) 656-5800
Fax: (312) 646-5858
Amanda.antons@dechert.com

*Counsel for Defendants Johnson & Johnson and Janssen Biotech, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2025, I caused to be served a true and correct copy of the foregoing on all counsel of record via the Court's CM/ECF system.

*/s/ Christina Guerola Sarchio*
Christina Guerola Sarchio, Esq.
VSB No. 87166
**DECHERT LLP**
1900 K Street, NW
Washington, DC 20006
Tel.: (202) 261-3300
Fax: (202) 261-3333
christina.sarchio@dechert.com

*Counsel for Defendants Johnson & Johnson and Janssen Biotech, Inc*