## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA

CAREFIRST OF MARYLAND, INC.,
GROUP HOSPITALIZATION AND
MEDICAL SERVICES, INC., and
CAREFIRST BLUECHOICE, INC., on
behalf of themselves and all others similarly
situated,

                        Plaintiffs,

                  v.

JOHNSON & JOHNSON and JANSSEN
BIOTECH, INC.

                      Defendants.

Civil Action No. 2:23-cv-00629

District Judge Jamar K. Walker

Magistrate Judge Lawrence R. Leonard

### DECLARATION OF HANNAH W. BRENNAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE CERTAIN EXPERT TESTIMONY

I, Hannah W. Brennan, pursuant to 28 U.S.C § 1746, declare as follows:

I am a partner at the law firm of Hagens Berman Sobol Shapiro LLP, attorneys for plaintiffs CareFirst of Maryland, Inc., Group Hospitalization and Medical Services, Inc., and CareFirst BlueChoice, Inc. (collectively, the plaintiffs) and Court-appointed interim lead class counsel. ECF No. 168. I submit this declaration in support of Plaintiffs' Motion for Partial Summary Judgment and Motions to Exclude Certain Expert Testimony. I have personal knowledge of the facts asserted herein and could testify to those facts if called to do so.

1.      Attached as **Exhibit 1** is a true and accurate copy of the Expert Declaration of Byron Cryer (April 24, 2025).

2.      Attached as **Exhibit 2** is a true and accurate copy of excerpts from the transcript of the deposition of Byron Cryer (June 24, 2025).

3.      Attached as **Exhibit 3** is a true and accurate copy of the Rebuttal Expert Report of Andrew Hirshfeld (April 28, 2025).

4.      Attached as **Exhibit 4** is a true and accurate copy of the Rebuttal Expert Report of Robert W. Bahr (June 10, 2025).

5.      Attached as **Exhibit 5** is a true and accurate copy of the Expert Report of Anupam Jena (April 28, 2025).

6.      Attached as **Exhibit 6** is a true and accurate copy of the Expert Report of Nicole Maestas (March 3, 2025).

7.      Attached as **Exhibit 7** is a true and accurate copy of the Expert Rebuttal Report Nicole Maestas (June 10, 2025).

8.      Attached as **Exhibit 8** is a true and accurate copy of the Expert Report of Jeffrey Way (March 3, 2025).

9.      Attached as **Exhibit 9** is a true and accurate copy of the Rebuttal Expert Report of Jeffrey Way (June 10, 2025).

10.      Attached as **Exhibit 10** is a true and accurate copy of JNJ-STELARA_001830718–28 as produced in this litigation, Joint Motion to Terminate, *Biocon Biologics Inc. v. Janssen Biotech, Inc.*, IPR2023-01444 (PTAB Mar. 1, 2024), Paper No. 7.

11.      Attached as **Exhibit 11** is a true and accurate copy of excerpts from the transcript of the deposition of Brian Smith (February 20, 2025).

2

12. Attached as **Exhibit 12** is a true and accurate copy of Defendants' Objections & Responses to Plaintiffs' Second Set of Requests for Admission, *Carefirst of Maryland, Inc., et al. v. Johnson & Johnson, et al.*, No. 2:23-cv-00629-JKW-LRL (January 29, 2025).

13. Attached as **Exhibit 13** is a true and accurate copy of JNJ-STELARA_000132102–03 as produced in this litigation (designated plaintiffs' exhibit PX00216), an email from M. Genus to B. Fitzsimons & D. Brooks re "M&A Candidate" (April 1, 2019).

14. Attached as **Exhibit 14** is a true and accurate copy of JNJ-STELARA_003434937–5047 as produced in this litigation (designated plaintiffs' exhibit PX00219), First Amended Complaint, *Janssen Biotech, Inc. v. Amgen Inc.*, No. 22-1549-MN (D. Del. February 21, 2023).

15. Attached as **Exhibit 15** is a true and accurate copy of JNJ-STELARA_002035496–516 as produced in this litigation (designated plaintiffs' exhibit PX00301), U.S. Patent No. 8,852,889 (B2).

16. Attached as **Exhibit 16** is a true and accurate copy of JNJ-STELARA_002035517–38 as produced in this litigation (designated plaintiffs' exhibit PX00302), U.S. Patent No. 9,217,168 (B2).

17. Attached as **Exhibit 17** is a true and accurate copy of JNJ-STELARA_002035539–60 as produced in this litigation (designated plaintiffs' exhibit PX00303), U.S. Patent No. 9,475,858 (B2).

18. Attached as **Exhibit 18** is a true and accurate copy of JNJ-STELARA_002035561–83 as produced in this litigation (designated plaintiff's exhibit PX00304), U.S. Patent No. 9,663,810 (B2).

19.    Attached as **Exhibit 19** is a true and accurate copy of Plaintiffs' Objections & Responses to J&J's First Set of Requests for Admission, *Carefirst of Maryland, Inc., et al. v. Johnson & Johnson, et al.*, No. 2:23-cv-00629-JKW-LRL (January 29, 202[5]).

20.    Attached as **Exhibit 20** is a true and accurate copy of excerpts from the transcript of the deposition of Melissa Miller (February 12, 2025).

21.    Attached as **Exhibit 21** is a true and accurate copy of JNJ-STELARA_003641525 as produced in this litigation (designated plaintiffs' exhibit PX00176), a J&J excel document titled "IP Portfolio (V2) – 7.15.20" (July 7, 2020).

22.    Attached as **Exhibit 22** is a true and accurate copy of JNJ-STELARA_001818875–88 as produced in this litigation (designated plaintiffs' exhibit PX00179), a Momenta document titled "MNTA Biosimilars IP Overview: Prepared by MNTA counsel" (July 3, 2020).

23.    Attached as **Exhibit 23** is a true and accurate copy of an excerpt of JNJ-STELARA_003640732–45 as produced in this litigation, an email from A. Rana to M. Genus re "Project Mars" with attachments (August 18, 2020).

24.    Attached as **Exhibit 24** is a true and accurate copy of Defendants' First Supplemental Responses & Objections to Plaintiffs' First Set of Interrogatories, *Carefirst of Maryland, Inc., et al. v. Johnson & Johnson, et al.*, No. 2:23-cv-00629-JKW-LRL (December 20, 2024).

25.    Attached as **Exhibit 25** is a true and accurate copy of JNJ-STELARA_001997665–754 as produced in this litigation (designated plaintiffs' exhibit PX00173), Attachment 3(b): Agreement and Plan of Merger by and among Johnson & Johnson, Vigor Sub, Inc. and Momenta Pharmaceuticals, Inc. (August 27, 2020).

4

26.     Attached as **Exhibit 26** is a true and accurate copy of JNJ-STELARA_003664648–803 as produced in this litigation (designated plaintiffs' exhibit PX00172), Company Disclosure Letter to Agreement and Plan of Merger by and among Johnson & Johnson, Vigor Sub, Inc. and Momenta Pharmaceuticals, Inc. (August 19, 2020).

27.     Attached as **Exhibit 27** is a true and accurate copy of excerpts from the transcript of the deposition of Denise DeFranco (February 25, 2025).

28.     Attached as **Exhibit 28** is a true and accurate copy of excerpts from the transcript of the deposition of Michael Genus (February 13, 2025).

29.     Attached as **Exhibit 29** is a true and accurate copy of Defendants' First Supplemental Objections & Responses to Plaintiffs' Second Set of Requests for Admission, *Carefirst of Maryland, Inc., et al. v. Johnson & Johnson, et al.*, No. 2:23-cv-00629-JKW-LRL (February 25, 2025).

30.     Attached as **Exhibit 30** is a true and accurate copy of excerpts from the transcript of the deposition of Douglas Miller (June 30, 2025).

31.     Attached as **Exhibit 31** is a true and accurate copy of an excerpt of JNJ-STELARA_003642951–3377 as produced in this litigation, transcript of the deposition of Holly Prentice (April 17, 2023), *Janssen Biotech, Inc. v. Amgen Inc.*, No. 22-1549-MN (D. Del.).

32.     Attached as **Exhibit 32** is a true and accurate copy of JNJ-STELARA_003436445–79 as produced in this litigation, Memorandum in Support of Janssen's Motion for a Preliminary Injunction, *Janssen Biotech, Inc. v. Amgen Inc.*, No. 22-1549-MN (D. Del. March 1, 2023).

33.     Attached as **Exhibit 33** is a true and accurate copy of JNJ-STELARA_003443809–33 as produced in this litigation, Opening Brief in Support of Janssen's

Motion for a Preliminary Injunction, *Janssen Biotech, Inc. v. Amgen Inc.*, No. 22-1549-MN (D. Del. March 6, 2023).

34.     Attached as **Exhibit 34** is a true and accurate copy of JNJ-STELARA_000036434–565 as produced in this litigation, Declaration of Matthew S. Croughan, Ph.D. in Support of Janssen's Motion for Preliminary Injunction, *Janssen Biotech, Inc. v. Amgen Inc.*, No. 22-1549-MN (D. Del. March 1, 2023).

35.     Attached as **Exhibit 35** is a true and accurate copy of an excerpt of JNJ-STELARA_003456758–905 as produced in this litigation, transcript of the deposition of Matthew S. Croughan (April 20, 2023), *Janssen Biotech, Inc. v. Amgen Inc.*, No. 22-1549-MN (D. Del.).

36.     Attached as **Exhibit 36** is a true and accurate copy of a JNJ-STELARA_001722041–61 as produced in this litigation, an email from K. McLaughlin to T. Lawver, et al., re "Latest messaging" and attachments (August 19, 2020).

37.     Attached as **Exhibit 37** is a true and accurate copy of an excerpt of JNJ-STELARA_003643378–674 as produced in this litigation, transcript of the deposition of John Jarosz (April 20, 2023), *Janssen Biotech, Inc. v. Amgen Inc.*, No. 22-1549-MN (D. Del.).

38.     Attached as **Exhibit 38** is a true and accurate copy of the Opening Expert Report of Tiffany D. Rau (March 3, 2025).

39.     Attached as **Exhibit 39** is a true and accurate copy of JNJ-STELARA_000699013–28 as produced in this litigation (designated plaintiffs' exhibit PX00325), Settlement and License Agreement between J&J and Alvotech regarding ustekinumab (June 9, 2023).

40.    Attached as **Exhibit 40** is a true and accurate copy of JNJ-STELARA_000721474–91 as produced in this litigation (designated plaintiffs' exhibit PX00330), Settlement and License Agreement between J&J and Samsung Bioepis regarding ustekinumab (July 25, 2023).

41.    Attached as **Exhibit 41** is a true and accurate copy of JNJ-STELARA_000699029–42 as produced in this litigation (designated plaintiffs' exhibit PX00333), Settlement and License Agreement between J&J and Celltrion regarding ustekinumab (July 26, 2023).

42.    Attached as **Exhibit 42** is a true and accurate copy of JNJ-STELARA_003433683–88 as produced in this litigation (designated plaintiffs' exhibit PX00335), an email from D. DeFranco to A. James re "Ustekinumab – Fresenius Kabi/Formycon" with attachment (June 22, 2023).

43.    Attached as **Exhibit 43** is a true and accurate copy of JNJ-STELARA_003646866–97 as produced in this litigation (designated plaintiffs' exhibit PX00336), an email from V. Langer to D. DeFranco re "Completed: For Info with DocuSign: EXECUTED VERSION Fresenius Draft Settlement and License Agreement (saved to pdf)" with attachments (July 27, 2023).

44.    Attached as **Exhibit 44** is a true and accurate copy of JNJ-STELARA_000699001–12 as produced in this litigation (designated plaintiffs' exhibit PX00338), Settlement and License Agreement between J&J and Accord regarding ustekinumab (September 20, 2023).

45.    Attached as **Exhibit 45** is a true and accurate copy of JNJ-STELARA_000699061–77 as produced in this litigation (designated plaintiffs' exhibit

PX00340), Settlement and License Agreement between J&J and Biocon regarding ustekinumab (February 27, 2024).

46.    Attached as **Exhibit 46** is a true and accurate copy of JNJ-STELARA_003456294–757 as produced in this litigation (designated plaintiffs' exhibit PX00312), Complaint, *Janssen Biotech, Inc. v. Amgen Inc.*, No. 22-1549-MN (D. Del. November 29, 2022).

47.    Attached as **Exhibit 47** is a true and accurate copy of JNJ-STELARA_003448361–62 as produced in this litigation, Stipulation Regarding Agreement as to U.S. Patent No. 6,902,734 (B2), *Janssen Biotech, Inc. v. Amgen Inc.*, No. 22-1549-MN (D. Del. January 23, 2023).

48.    Attached as **Exhibit 48** is a true and accurate copy of JNJ-STELARA_000093752–63 as produced in this litigation, U.S. Patent and Trademark Office's assignment abstract of title for Application No. 13/829,333 (February 2, 2023).

49.    Attached as **Exhibit 49** is a true and accurate copy of JNJ-STELARA_002034480–81 as produced in this litigation, a letter from Janssen to Momenta re "Cooperation with Regard to Patent Matters" (February 2, 2023).

50.    Attached as **Exhibit 50** is a true and accurate copy of JNJ-STELARA_001833921–23 as produced in this litigation, Janssen's Motion for a Preliminary Injunction, *Janssen Biotech, Inc. v. Amgen Inc.*, No. 22-1549-MN (D. Del. March 1, 2023).

51.    Attached as **Exhibit 51** is a true and accurate copy of JNJ-STELARA_003443557–98 as produced in this litigation (designated plaintiffs' exhibit PX00318), U.S./Ireland Ustekinumab Settlement Agreement between J&J and Amgen (May 19, 2023).

52.     Attached as **Exhibit 52** is a true and accurate copy of JNJ-STELARA_003434348–50 as produced in this litigation (designated plaintiffs' exhibit PX00401), an email from D. DeFranco to M. Cottler and C. Ragan re "Ustekinumab discussions – FRE 408" with attachment (December 3, 2022).

53.     Attached as **Exhibit 53** is a true and accurate copy of JNJ-STELARA_003455739–42 as produced in this litigation, an email from M. Cottler to D. DeFranco re "Meeting on Friday 3/3" with attachment (February 24, 2023).

54.     Attached as **Exhibit 54** is a true and accurate copy of JNJ-STELARA_003434572–73 as produced in this litigation (designated plaintiffs' exhibit PX00405), an email from D. DeFranco to S. Son re "Ustekinumab Rule 408" (June 15, 2023).

55.     Attached as **Exhibit 55** is a true and accurate copy of JNJ-STELARA_003634365–66 as produced in this litigation, an email from A. Clayton to A. Pathak & D. DeFranco re "Ustekinumab (Stelara) biosimilar – Accord litigation settlement proposal – Confidential Rule 408 Settlement communication" (August 9, 2023).

56.     Attached as **Exhibit 56** is a true and accurate copy of Plaintiffs' Second Amended Notice of Deposition of Denise DeFranco in her Individual Capacity and as a Rule 30(b)(6) Designee, *Carefirst of Maryland, Inc., et al. v. Johnson & Johnson, et al.*, No. 2:23-cv-00629-JKW-LRL (February 5, 2025) as served in this litigation (designated plaintiffs' exhibit PX00311).

57.     Attached as **Exhibit 57** is a true and accurate copy of JNJ-STELARA_002739658–59 as produced in this litigation, a letter from D. DeFranco to the Federal Trade Commission and Department of Justice re "Filing Pursuant to Section 1112(a) of

the Medicare Prescription Drug, Improvement, and Modernization Act" concerning the Celltrion Stelara settlement (August 3, 2023).

58.    Attached as **Exhibit 58** is a true and accurate copy of JNJ-STELARA_002739682–83 as produced in this litigation, a letter from D. DeFranco to the Federal Trade Commission and Department of Justice re "Filing Pursuant to Section 1112(a) of the Medicare Prescription Drug, Improvement, and Modernization Act" concerning the Fresenius Kabi Stelara settlement (August 3, 2023).

59.    Attached as **Exhibit 59** is a true and accurate copy of JNJ-STELARA_002739716–17 as produced in this litigation, a letter from D. DeFranco to the Federal Trade Commission and Department of Justice re "Filing Pursuant to Section 1112(a) of the Medicare Prescription Drug, Improvement, and Modernization Act" concerning the Samsung Bioepis Stelara settlement (August 3, 2023).

60.    Attached as **Exhibit 60** is a true and accurate copy of JNJ-STELARA_002739594–611 as produced in this litigation, an email from D. DeFranco to the Federal Trade Commission and the Department of Justice re "MMA Agreements Submission – Janssen (Stelara Accord)" with attachments (October 3, 2023).

61.    Attached as **Exhibit 61** is a true and accurate copy of JNJ-STELARA_002739612–13 as produced in this litigation, a letter from D. DeFranco to the Federal Trade Commission and Department of Justice re "Filing Pursuant to Section 1112(a) of the Medicare Prescription Drug, Improvement, and Modernization Act" re the Biocon Stelara Settlement (March 12, 2024).

62.    Attached as **Exhibit 62** is a true and accurate copy of the Defendants' First Supplemental Objections and Responses to Plaintiffs' Second Set of Interrogatories, *Carefirst of*

*Maryland, Inc., et al. v. Johnson & Johnson, et al.*, No. 2:23-cv-00629-JKW-LRL (December 3, 2024), as served in this litigation.

63.    Attached as **Exhibit 63** is a true and accurate copy of excerpts from the transcript of the deposition of Luis Ralat (May 14, 2025).

64.    Attached as **Exhibit 64** is a true and accurate copy of excerpts from JNJ-STELARA_001693362–494 as produced in this litigation, U.S. Patent and Trademark Office's certified file wrapper for U.S. Patent Application No. 16/580,509 (issued as U.S. Patent No. 10,962,307) (April 24, 2024).

65.    Attached as **Exhibit 65** is a true and accurate copy of the Opening Expert Report of Robert W. Bahr (March 3, 2025).

66.    Attached as **Exhibit 66** is a true and accurate copy of the Opening Expert Report of Lisa Matovcik (March 3, 2025).

67.    Attached as **Exhibit 67** is a true and accurate copy of JNJ-STELARA_002035386–450 as produced in this litigation (designated plaintiffs' exhibit PX00148), U.S. Patent No. 10,961,307 (B2) (the '307 patent).

68.    Attached as **Exhibit 68** is a true and accurate copy of Version 35 of the NCT02407236 posting on ClinicalTrials.gov (dated September 6, 2017), located at https://clinicaltrials.gov/study/NCT02407236?a=35&tab=history.

69.    Attached as **Exhibit 69** is a true and accurate copy of the HOPE Study Investigators, *The HOPE (Heart Outcomes Prevention Evaluation) Study: The Design of a Large, Simple Randomized Trial of an Angiotensin-Converting Enzyme Inhibitor (Ramipril) and Vitamin E in Patients at High Risk of Cardiovascular Events*, 12 Canadian J. of Cardiology 2, 127-37 (February 1996).

70.     Attached as **Exhibit 70** is a true and accurate copy of the U.S. Patent and Trademark Office's certified patent application for U.S. Patent Application No. 18/383,310 (January 27, 2025).

71.     Attached as **Exhibit 71** is a true and accurate copy of JNJ-STELARA_003433137 as produced in this litigation (designated plaintiffs' exhibit PX00323), an email from M. Cottler to D. DeFrance re "Ustekinumab – yesterday's settlement news" (May 23, 2023).

72.     Attached as **Exhibit 72** is a true and accurate copy of the Expert Declaration of Debbie Feinstein (May 5, 2025).

73.     Attached as **Exhibit 73** is a true and accurate copy of the Expert Report of Todd Clark (March 3, 2025).

74.     Attached as **Exhibit 74** is a true and accurate copy of an excerpt of the docket in *In re Solodyn (Minocycline Hydrochloride) Antitrust Litig.*, No. 1:14-md-02503-DJC (D. Mass.).

75.     Attached as **Exhibit 75** is a true and accurate copy of JNJ-STELARA_001997639–64 as produced in this litigation (designated plaintiffs' exhibit PX00169), J&J's Notification and Report Form for Certain Mergers and Acquisitions pursuant to 16 C.F.R 803 (August 27, 2020).

76.     Attached as **Exhibit 76** is a true and accurate copy of JNJ-STELARA_002428527–29 as produced in this litigation (designated plaintiffs' exhibit PX00115), an email from R. Strauss to L. Greenbaum re "UC Stelara discussion-action item" (May 1, 2014).

77.     Attached as **Exhibit 77** is a true and accurate copy of the Opening Expert Report of Aruna Dontabhaktuni (March 3, 2025).

12

78.     Attached as **Exhibit 78** is a true and accurate copy of the Reply Expert Report of Aruna Dontabhaktuni (June 10, 2025).

79.     Attached as **Exhibit 79** is a true and accurate copy of the Rebuttal Expert Report of Sue Lim (April 28, 2025).

80.     Attached as **Exhibit 80** is a true and accurate copy of the Expert Declaration of Douglas Miller (April 30, 2025).

81.     Attached as **Exhibit 81** is a true and accurate copy of the Opening Expert Report of Paul Warfield (March 3, 2025).

82.     Attached as **Exhibit 82** is a true and accurate copy of Reply Expert Report of Lisa Matovcik (June 10, 2025).

83.     Attached as **Exhibit 83** is a true and accurate copy of A. Jena & T. Philipson, *Cost-Effectiveness as a Price Control*, Health Aff. (Millwood) (May/June 2007).

84.     Attached as **Exhibit 84** is a true and accurate copy of excerpts from JNJ-STELARA_001800360–65 as produced in this litigation, an email from C. Green to G. Ruan, et al., re "STELARA PVI Forecast" and attachment (May 16, 2023).

85.     Attached as **Exhibit 85** is a true and accurate copy of JNJ-STELARA_001406291–423 as produced in this litigation, Janssen Research and Development's Clinical Protocol for CNTO1275UCO3001; Phase 3 (Amendment 1) (July 14, 2015).

86.     Attached as **Exhibit 86** is a true and accurate copy of JNJ-STELARA_003431036–41 as produced in this litigation, an email from D. DeFranco to R. Chin, et al., re "Disclosure of Application Pursuant to 42 U.S.C. § 262(I)(2)" with attachment (July 7, 2023).

87.    Attached as **Exhibit 87** is a true and accurate copy of JNJ-STELARA_000252541–70 as produced in this litigation, an email from C. Marano to C. Contre, et al., re "Request from the French team – Stelara UC HTA evaluation" and attachments (June 24, 2020).

88.    Attached as **Exhibit 88** is a true and accurate copy of JNJ-STELARA_001404737–85 as produced in this litigation, Janssen Research and Development's Briefing Document for Pre-IND/Pre-Phase 3 Meeting re Phase 3 Development Program for Ustekinumab for the Treatment of Moderately to Severely Active Ulcerative Colitis: Stelara (December 18, 2014).

89.    Attached as **Exhibit 89** is a true and accurate copy of JNJ-STELARA_001832449–62 as produced in this litigation, B.E. Sands, et al., *Ustekinumab as Induction and Maintenance Therapy for Ulcerative Colitis*, 381 N. Engl. J. Med 13, 1201-14 (September 26, 2019).

90.    Attached as **Exhibit 90** is a true and accurate copy of JNJ-STELARA_001830626–709 as produced in this litigation, Petition for *Inter Parties Review* of U.S. Patent No. 10,961,307, *Biocon Biologics Inc. v. Janssen Biotech, Inc.*, IPR2023-01444 (PTAB Nov. 22, 2023), Paper No. 2.

91.    Attached as **Exhibit 91** is a true and accurate copy of the Petition for *Inter Parties Review* of U.S. Patent No. 10,961,307, *Samsung Bioepis Co., Ltd. v. Janssen Biotech, Inc.*, IPR2023-01103 (PTAB June 21, 2023), Paper No. 2.

92.    Attached as **Exhibit 92** is a true and accurate copy of the Joint Motion to Terminate, *Samsung Bioepis Co., Ltd. v. Janssen Biotech, Inc.*, IPR2023-01103 (PTAB Aug. 3, 2023), Paper No. 7.

93.    Attached as **Exhibit 93** is a true and accurate copy of A. Bratulic, "J&J, Amgen settle patent dispute over Stelara biosimilar," FirstWord Pharma (May 23, 2023).

Dated: August 6, 2025                    Respectfully submitted,


_____
Hannah W. Brennan *(admitted pro hac vice)*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
One Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
hannahb@hbsslaw.com


Dated: August 6, 2025             /s/ William H. Monroe, Jr.
                                  William H. Monroe, Jr. (VSB No. 27441)
                                  Marc C. Greco (VSB No. 41496)
                                  Kip A. Harbison (VSB No. 38648)
                                  Michael A. Glasser (VSB No. 17651)
                                  **GLASSER AND GLASSER, P.L.C.**
                                  Crown Center, Suite 600
                                  580 East Main Street
                                  Norfolk, VA 23510
                                  Telephone: (757) 625-6787
                                  bill@glasserlaw.com
                                  marcg@glasserlaw.com
                                  kip@glasserlaw.com
                                  michael@glasserlaw.com

                                  Thomas M. Sobol *(pro hac vice)*
                                  Abbye R. K. Ognibene *(pro hac vice)*
                                  Whitney E. Street *(pro hac vice)*
                                  Rebekah Glickman-Simon *(pro hac vice)*
                                  **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                  One Faneuil Hall Square, 5th Floor
                                  Boston, MA 02109
                                  Telephone: (617) 482-3700

15

tom@hbsslaw.com
abbyeo@hbsslaw.com
whitneyst@hbsslaw.com
rebekahgs@hbsslaw.com

Peter D. St. Phillip (*pro hac vice*)
Uriel Rabinovitz (*pro hac vice*)
Raymond Girnys (*pro hac vice*)
Noelle Ruggiero (*pro hac vice*)
Alexis Castillo (*pro hac vice*)
Thomas Griffith *(pro hac vice)*
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
PStPhillip@lowey.com
URabinovitz@lowey.com
RGirnys@lowey.com
NRuggiero@lowey.com
ACastillo@lowey.com
tgriffith@lowey.com

John Radice (*pro hac vice*)
April Lambert (*pro hac vice*)
Kenneth Pickle (*pro hac vice*)
Charles Kopel (*pro hac vice*)
**RADICE LAW FIRM, P.C.**
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
jradice@radicelawfirm.com
alambert@radicelawfirm.com
kpickle@radicelawfirm.com
ckopel@radicelawfirm.com

*Counsel for Plaintiffs CareFirst of Maryland, Inc.,*
*Group Hospitalization and Medical Services, Inc.,*
*and CareFirst BlueChoice, Inc.*

16

**CERTIFICATE OF SERVICE**

I, William H. Monroe, Jr., certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record, and parties may access the filing through the Court's system.

Dated: August 6, 2025

/s/ William H. Monroe, Jr.
William H. Monroe, Jr. (VSB No. 27441)