# EXHIBIT 8

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

CAREFIRST OF MARYLAND, INC.,
GROUP HOSPITALIZATION AND
MEDICAL SERVICES, INC., and
CAREFIRST BLUECHOICE, INC.,
on behalf of themselves and all others
similarly situated,

                           Plaintiffs,

        v.

JOHNSON & JOHNSON and JANSSEN
BIOTECH, INC.,

                        Defendants.

Civil Action No. 2:23-cv-00629-JKW-LRL

## EXPERT REPORT OF JEFFREY WAY[1]

---

[1] Some material referenced or quoted in this report refers to material that has been designated as "Highly Confidential—Attorneys' Eyes Only Information." It is the responsibility of each party to confirm that all such material has been properly redacted before sharing it with parties to this litigation who would not be able to view such materials under the governing Confidentiality Order entered in this action.

**TABLE OF CONTENTS**

I.    QUALIFICATIONS ................................................................................................ 1

      A.    Educational and Professional Background ................................................ 1

      B.    Materials Considered ................................................................................ 2

      C.    Prior Testimony ........................................................................................ 2

      D.    Compensation ........................................................................................... 3

II.   ASSIGNMENT AND SUMMARY OF OPINION ............................................. 3

III.  BACKGROUND ................................................................................................. 4

      A.    Important Terminology .............................................................................. 5

      B.    How Ustekinumab Works ......................................................................... 7

      C.    Drug Biochemistry Background ................................................................ 9

            1.    What is a biologic drug? ................................................................ 9

            2.    What is a biosimilar drug? .......................................................... 10

      D.    How to Develop Biologic and Biosimilar Drugs ................................... 10

            1.    How to make a biologic drug. ..................................................... 12

            2.    How to make a biosimilar drug. .................................................. 16

IV.   WHAT THE BIOSIMILAR MANUFACTURING PATENTS COVER ......................... 17

      A.    The Putrescine Patents ............................................................................ 18

      B.    The Lysine Patents .................................................................................. 21

V.    OPINIONS: THE BIOSIMILAR MANUFACTURING PATENTS
      CLAIM  TECHNOLOGIES THAT ARE PRIMARILY USEFUL FOR
      MANUFACTURING BIOSIMILAR DRUGS ................................................................ 25

## I.     QUALIFICATIONS

1.     I am a molecular biologist and developer of protein therapeutics. I am the co-founder, President, and Chief Executive Officer of General Biologics, Inc., which is located in Boston, Massachusetts.

### A.     Educational and Professional Background

2.     I received my undergraduate and Ph.D. degrees from Harvard University in the Biochemistry and Molecular Biology Department, in 1978 and 1984, respectively. My research focus was on transposable genetic elements in bacteria.

3.     I did my post-doctoral research at Columbia University.  This research focused on the development of the nervous system of the nematode *C. elegans.*  I concluded this research in 1988.

4.     From 1989-1996, I was first a senior research associate at Princeton University (1.5 years), and then was an assistant professor at Rutgers University.  During this time, I continued to work on development of the *C. elegans* nervous system. Thereafter, in 1996, I began working on pharmaceutical development, which has been my focus ever since. From 1998 to 2008, I was employed at EMD Lexigen Research Center, a company that specialized in anticancer treatments including, in particular, antibody fusion proteins and some plain antibodies. EMD Lexigen was taken over by Merck KGaA in 1998. While at Lexigen/Merck I had two titles: Director of Intellectual Property and Director of Structural Biology. One of my roles in these capacities was that I served as a project manager for a particular protein drug, which gave me a deep familiarity with the workflow of protein drug development.

5.     As Director of Intellectual Property at EMD Lexigen, I was involved in drafting patent applications and worked closely with both the scientists and the patent attorneys to

incorporate scientific data into the applications and to represent the data during patent prosecution.

6.      In 2008 I moved from Merck KGaA to Harvard Medical School and specifically to Harvard's Wyss Institute for Biologically Inspired Evolution, where I served as a Senior Staff Scientist from 2009 to 2018.

7.      In 2016, I co-founded General Biologics, Inc., a biotech company that is developing an engineered protein drug as a treatment for hypoxic disorders such as chronic obstructive pulmonary disease. The drug, which includes amino acid sequences derived from an antibody, also addresses other health challenges such as altitude sickness.

8.      In 2018, I left the Wyss Institute to focus on drug development with General Biologics and specifically on projects relating to protein therapeutics, sustainability, and synthetic biology. I have worked with General Biologics through the present.  I have also continued to maintain my appointment as a part-time Lecturer at Harvard Medical School through the present.

9.      My curriculum vitae is attached as Exhibit A.

**B.      Materials Considered**

10.      I have had access to the entire discovery record in this case and reviewed materials as I saw fit in preparing this report.  In addition, I was provided with other materials at my request. A list of the materials that I considered in developing my opinions is attached as Exhibit B.

**C.      Prior Testimony**

11.      In the past four years, I have not testified as an expert witness at either a deposition or at trial.

**D.     Compensation**

12.     I am being compensated for my time in this proceeding at my customary rate of $500 per hour. I am also being reimbursed for my reasonable expenses associated with my work on this case.

13.     My compensation is not dependent upon the substance of my opinion I provide here or the outcome of this case.

**II.     ASSIGNMENT AND SUMMARY OF OPINION**

14.     I have been retained in this matter by the plaintiffs: CareFirst of Maryland, Inc., Group Hospitalization and Medical Services, Inc., and CareFirst Bluechoice, Inc.. The plaintiffs have asked me to discuss biologic and biosimilar drug development and manufacturing, four Biosimilar Manufacturing patents (as defined further below), and to provide my opinion as to whether the technologies described in the Biosimilar Manufacturing patents are directed primarily at the development of biosimilar drug products.

15.     It is my opinion, to a reasonable degree of certainty in the field of biologic and biosimilar development and manufacturing, and based on my experience, education, training, and review of the materials considered, that the technologies described in the Biosimilar Manufacturing patents would be primarily useful for developing biosimilar drugs.

16.     I reserve the right to amend or supplement my opinions in view of additional evidence, court orders, information, or arguments that may be provided to me or presented by the defendants, their experts, or other testimony provided at a later date.

### III.    BACKGROUND

17.     At issue in this case are Johnson & Johnson's[2] branded drug Stelara and the development of "biosimilar" versions of Stelara.[3] Stelara is a "biologic" drug[4] that has been sold by J&J since 2009, first as a treatment for plaque psoriasis and later as a treatment for psoriatic arthritis, Crohn's Disease, and ulcerative colitis.[5] The active ingredient of Stelara is a molecule called ustekinumab.[6]

18.     Based on my review of materials produced and documents filed in this case, I understand the following facts: in 2022, a prospective competitor company, Amgen, Inc., informed J&J[7] of its intention to sell a biosimilar version of Stelara.[8] In November 2022, J&J sued Amgen, claiming that Amgen's biosimilar version of ustekinumab would infringe certain of

---

[2] Johnson & Johnson and its corporate subsidiary, Janssen Biotech, Inc., (collectively "J&J") are the defendants in this case.

[3] I will address what a "biosimilar" drug is later in this report – it is much like a "generic" version of a biologic drug.

[4] I will explain what a "biologic" drug is in Section C.1, below.

[5] Yang, K., Oak, A.S.W., Elewski, B.E, Use of IL-23 Inhibitors for the Treatment of Plaque Psoriasis and Psoriatic Arthritis: A Comprehensive Review. American Journal of Clinical Dermatology (2021) 22:173–192; Pugliese, D., et al., Targeting IL12/23 in ulcerative colitis: update on the role of ustekinumab, Therap. Adv. Gastroenterol. (2022), 15: 1–17.

[6] Jacqueline M. Benson, David Peritt, Bernard J. Scallon, George A. H.  Discovery and mechanism of ustekinumab: A human monoclonal antibody targeting interleukin-12 and interleukin-23 for treatment of immune-mediated disorders, MAbs 3(6), 535-545 (November/December 2011).

[7] For simplicity, throughout this report, I will refer to J&J and Janssen collectively as J&J.

[8] JNJ-STELARA_003456294 at -295.

J&J's patents.[9] In February 2023, J&J amended its complaint to add four additional patents (the Biosimilar Manufacturing patents) it claimed Amgen was infringing.[10]

19.    The four patents were all invented by a scientist named Holly Prentice.[11] At the time she invented the technologies in these patents, Dr. Prentice worked at a company called Momenta Pharmaceuticals and she assigned Momenta to be the owner of those patents.[12]

20.    In 2020, Momenta Pharmaceuticals was acquired by Johnson & Johnson,[13] which is how the patents become part of the story in this case.[14] I will refer to the four patents collectively as the "Biosimilar Manufacturing patents."

A.    **Important Terminology**

21.    Throughout my report I will be using certain terms to describe biologic drug manufacturing and biology. Before I reach my opinions, I first define each of these terms.

22.    What is a molecule? A molecule is any collection of atoms that are chemically bonded to each other.

23.    What is an atom? Atoms are the building blocks of everything. The periodic table is a list of all the different kinds of atoms that have been identified.

---

[9] JNJ-STELARA_003456294.

[10] JNJ-STELARA_003434937. The four patents that Janssen claimed Amgen's ustekinumab product infringed in that lawsuit are U.S. Patents Nos. 8,852,889, 9,217,168, 9,475,858, and 9,663,810.

[11] U.S. Patents Nos. 8,852,889, 9,217,168, 9,475,858, and 9,663,810.

[12] *Id*.

[13] JNJ-STELARA_003434937 at -938.

[14] Second Amended Class Action Complaint, ¶¶ 174–189.

24.     What is a cell? A cell is the smallest living organism and makes up all living organisms and tissues in the body. It typically has three main components: the cell membrane (what surrounds the cell and controls what goes in and out of it), the nucleus, and the cytoplasm.

25.     What is a protein? A protein is a type of molecule. All proteins are composed of amino acids.

26.     What is an amino acid? Amino acids are organic compounds that function as the building blocks of proteins.

27.     What is an antibody? An antibody is a type of protein molecule. All antibodies are proteins, but not all proteins are antibodies. Antibodies are produced by the immune system, and they bind to a target molecule to identify and neutralize foreign substances within the body, such as bacteria or viruses.

28.     What is DNA? DNA is a molecule containing the genetic information (*i.e.* an instruction manual) for a particular organism's development and function. DNA is present in all living cells.

29.     What are interleukins? Interleukins are protein molecules that regulate immune responses by sending signals between cells in the body.

30.     What is a cell culture medium? It's a liquid, gel, or semi-solid substance that provides nutrients supporting cell growth. A cell is placed in the medium to obtain the nutrients it needs to grow.

31.     What is efficacy in the context of pharmaceutical products? Efficacy in that context means effectiveness for the purpose intended. In other words, that a particular drug works to treat the condition it is intended to treat.

**B.    How Ustekinumab Works**

32.    Ustekinumab is an example of an antibody biologic drug. It is possible for drug developers to create artificial (meaning not naturally created in the body) antibodies that will bind to any chosen molecule, preventing that molecule from binding to, for example, an incoming virus.  Preventing the binding of a molecule to an unwanted substance, like a virus, can be very beneficial in warding off disease. For example, a smallpox antibody binds to proteins on the smallpox virus, and this effectively prevents the smallpox from infecting other cells in the body and provides immunity against the disease.

33.    Ustekinumab works by binding to a protein in the human body called the p40 subunit (turquoise in Figure 1 below), which is a subpart of two different molecules: interleukin-12 and interleukin-23 (called IL-12 and IL-23), as shown in **Figure 1** below.[15]

**Figure 1:**



---

[15] I will discuss the role of oligosaccharides later in my report.



34.     As noted above, interleukins are proteins that the body creates to send signals between cells.  Specifically, when there is a threat to some part of the body from a harmful substance – like bacteria, viruses, and/or other micro-organisms that may cause disease – interleukins get activated and send signals that alert other cells and proteins that an infection may be in process and that something must be done.  The interleukins allow these responding cells and proteins to recognize any harmful molecules that are abundant in the vicinity of the infection.

35.     Interleukins, such as IL-12 and IL-23, are part of the immune system by which the body defends itself against disease.  When you get a cut, for example, the immune system activates to fend off bacteria or viruses that may enter through the skin.

36.     Unfortunately, the immune system sometimes overreacts, leading the antibodies to attack healthy parts of your own body (such as cells, tissues, or organs).  Ustekinumab is

useful in certain of these instances, including for people who have inflammatory bowel diseases like Crohn's disease and ulcerative colitis.

37.    When the immune system is functioning correctly, it recognizes the body's own tissues as "self" (not foreign) and does not attack them. However, this does not always work perfectly, and sometimes the immune system does attack the body's own tissues, such as the gut (Crohn's disease and ulcerative colitis) or the skin (psoriasis). Depending on the individual and their disease, IL-12 and IL-23 can play a central role in the attack on normal tissues by the immune system. By binding to IL-12 and IL-23, ustekinumab can block their activity and limit the immune system's attack on normal tissues.

## C.    Drug Biochemistry Background

38.    As noted above, Stelara (the brand name for ustekinumab) is a biologic drug. This section of my report explains what biologic drugs are and how they are different from other kinds of drugs.

### 1.    What is a biologic drug?

39.    There are two main categories of drugs products that are legally sold in the U.S.: the first is small molecule drugs, like aspirin or ibuprofen and most oral dosage form prescription drugs on the market; the second is biologic drugs. Small molecule drugs have a very long history in the pharmaceutical industry, and they are still the majority of drugs made today. Small molecule drugs are typically created using chemicals such as petroleum byproducts. By contrast, biologics are made from living organisms, such as plants, animals, or microorganisms, and they include drugs like vaccines, insulin, stem cell treatments, and gene therapies.

40.    Not only are biologic drugs and small molecule drugs made from different kinds of substances, but the processes by which they are made differ. A small molecule drug is produced through a chemical process—meaning a scientist does the work of putting the different

components of the molecule together.  By contrast, a biologic drug is produced through a biological process such as manufacturing in cells—meaning a living cell is doing the work of putting the different components of the molecule together.

41.      Small molecule drugs and biologic drugs also differ greatly in size. For example, Aspirin is a small molecule drug that contains about 21 atoms. By contrast, Stelara, a biologic drug, is made up of roughly 20,000 atoms.

42.      Although ustekinumab is a complicated molecule, scientists have been able to map ustekinumab's exact molecular structure, as shown in **Figure 1**. As a result, it can be replicated with relative ease, just as small molecule drugs can.

### 2.      What is a biosimilar drug?

43.      A "biosimilar" drug is a version of an original branded biologic drug that is similar to the relation between a "generic" version of a drug and its original brand name small molecule drug. In other words, a "generic" drug references a brand name small molecule drug when seeking approval, whereas a "biosimilar" drug references a brand name biologic drug. In both cases, under federal law and regulations, manufacturers of the follow-on version (i.e., the generic or biosimilar) do not typically need to repeat the full clinical studies that had already been conducted on the original biologic drug (known as a reference drug or reference biologic drug). Instead, manufacturers of follow-on drugs prove their safety and efficacy to FDA's satisfaction by demonstrating their generic's or biosimilar's similarity to the reference biologic drug through detailed comparative studies.

### D.      How to Develop Biologic and Biosimilar Drugs

44.      There is an important difference between the manufacturing and quality control processes between first-to-market brand biologics and biosimilar biologics.

45.    For a protein drug such as an antibody, there is always some variation from molecule to molecule in the drug material in the vial that sits on the shelf in a pharmacy. The molecules in each vial all come from a single "batch" of the drug, but within each batch and between different batches there is often variation. Brand biologic companies that develop new biologic drugs are required to run clinical trials and to demonstrate that these variations (molecule-to-molecule and batch-to-batch) do not affect the efficacy and safety of the medicine. Levels of variation in a brand biologic drug are acceptable so long as the amount of variation has been approved by the FDA. As a result, once the FDA approves a drug's variation, a brand biologic company does not need to do additional work to further control manufacturing variations post-approval. In other words, some level of variation is acceptable and standard with antibody drugs.

46.    However, because a biosimilar company must manufacture its biosimilar in such a way that its final product is chemically and physically as close as possible to the branded biologic drug, it must attend to molecule-to-molecule variations. In other words, regardless of whether any particular variation is necessary for the drug's efficacy, the biosimilar should copy it. As long as the manufacturer of the biosimilar can do this, they are not required to perform the same extensive testing as was required of the branded biologic version of the drug. As Momenta Pharmaceuticals wrote in a 2019 SEC filing: "The greater the similarity, the less uncertainty and the more likely the FDA will authorize an applicant to conduct targeted [rather than full] clinical trials or use extrapolation in support of demonstrating biosimilarity and interchangeability."[16]

---

[16] Momenta 2019 SEC Filing 10-K, available at:
https://www.sec.gov/Archives/edgar/data/1235010/000123501020000003/mnta1231201910k.ht m.

**1.      How to make a biologic drug.**

47.      The process for manufacturing a protein drug can be described by categorizing the workflow into eight simplified steps. To describe this process, I will use the analogy of a jewelry factory that manufactures beaded necklaces. The goal is to build a necklace with a particular design—i.e., to manufacture a protein biologic drug with a particular molecular structure.

48.      To better understand the analogy, imagine a large factory with a big conveyor belt inside. The pieces of the necklace arrive at the factory in packages and are assembled as they move along the conveyor belt. Key components in this process include: (a) the factory itself (the cell), (b) the instructions to make the necklace (the DNA), (c) round beads (amino acids), (d) square beads (sugars), and (e) the conveyor belt itself (the path the protein moves along as it is constructed within the cell).

49.      To build a Stelara protein, the following steps take place: (1) genetic engineers design a piece of DNA that contains the instructions for making the Stelara (ustekinumab) protein; (2) the DNA is inserted into a mammalian cell, where the protein will be constructed; (3) the cell, now equipped with the genetically engineered DNA, is placed into a culture medium full of protein building blocks, like amino acids; (4) the cell reads the DNA instructions and assembles amino acids into a "beads-on-a-string" sequence that forms the protein; (5) the cell makes additional modifications, such as adding sugars to the protein string; (6) the cell secretes the protein into the culture medium; (7) depending on the composition of the cell culture medium, the last amino acid on the protein string may be clipped off; and (8) the finishing touches: scientists separate the cells from the culture medium, purify the protein, add stabilizing agents, put the solution into vials, and ship it to pharmacies. With this summary background, I will proceed to explain these steps in greater detail.

50.    **Step One**: **The DNA is made**. A scientist in a laboratory creates a specific DNA sequence that will instruct the cell how to build the target protein drug.

51.    Using our analogy, the DNA is an instruction manual for how to make a specific necklace. It describes the order in which the beads need to be placed on the necklace and how they are to be attached.

52.    **Step Two**: **The DNA is placed in the cell**. The scientist takes the DNA and inserts it into a mammalian cell.

53.    Using our analogy, the instruction manual (DNA) is sent to the factory (the cell) so the specific necklace can be constructed.

54.    **Step Three**: **The cell is placed in the culture medium**. The scientist places the mammalian cell, with the DNA already inside it, into a cell culture medium containing amino acids. The amino acids are the building blocks from which the cell will construct the protein.

55.    Using our analogy, again the cell is the factory, and the medium is the world surrounding the factory. The amino acids are round beads that will be used to construct a necklace. At this stage in the development, the round beads are being shipped from the outside world to the factory.

56.    **Step Four**: **Translation**. The cell reads the DNA instructions and selects the necessary amino acids from the cell culture medium.[17] Following the DNA instructions, the amino acids are linked into a long chain, forming the protein. This process is called "translation."

---

[17] This process has been substantially simplified for the purpose of this report. In reality, DNA is located in the nucleus, where it is transcribed into a molecule called RNA. This RNA then exits the nucleus and enters the cytoplasm, where ribosomes attach to it and read the genetic instructions to assemble amino acids into proteins. As the ribosomes read the RNA, the corresponding amino acids are brought into the cell and linked together in the correct sequence to form the protein. For the purpose of this analysis, the reader only needs to understand that

57.     Using our analogy, step four is when the beads are strung onto the necklace. The instruction manual is read aloud and packages with the requisite round beads are delivered to the factory. Once delivered, on a conveyor belt in the factory, the round beads are assembled one by one in the correct order as specified in the instructions.

58.     **Step Five**: **Post-translation modifications**. Once the amino acids are assembled in the correct order, the protein is constructed (but it is still incomplete). It then begins to move from the cytoplasm (the gelatinous liquid inside the cell) toward the outside of the cell. This marks the beginning of the secretion process—the movement of the protein from inside the cell to the outside. During this process, the protein undergoes a series of modifications that refine its structure. These modifications are called post-translational modifications because they occur after the translation process (the process that makes the protein using the DNA instructions, which is discussed above).

59.     Using our analogy, now that the necklace has the round beads in the correct order, it begins to move down the conveyor belt. There, the necklace will undergo some additional changes according to the instructions. For our purposes, during this process, square beads will be added and one or two of the round beads may be removed.

60.     Here I need to explain the first type of post-translational modification that is relevant to my report. The first is called glycosylation.

61.     **Glycosylation** is a naturally occurring process through which sugars are added to the amino acid chain to complete the construction of the protein. Often, glycosylation results in multiple sugars branching off in various configurations that look like trees. When manufacturing

---

DNA contains the instructions for protein synthesis, and the cell uses these instructions to arrange the amino acids in the proper order.

antibodies, there are generally five types of sugar trees involved. The exact structure of these trees—which type of sugars and how many—varies from molecule-to- molecule. I describe the five types of sugar trees and this variation in more detail later in my report.[18]

62.    Using our analogy, further along the conveyer belt, square beads are added. The square beads are glued to the middle of the necklace, on top of certain round beads in particular configurations. Often, there are multiple square beads linked together creating tree-like shapes.

63.    **Step Six**: **Secretion**. Now that the amino acids and sugars are all arranged in the correct order according to the DNA instructions, the protein is complete, glycosylation has taken place, and the protein is finally released (or secreted) out of the cell.

64.    Using our analogy, the necklace is all assembled—the round beads and square beads have been added, and the necklace is removed from the conveyor belt and ready to be packaged up.

65.    Now I explain the second type of post-translational modification that is relevant to my analysis: cleavage.

66.    **Step Seven**: **Cleavage** is a naturally occurring process through which the last amino acid on a chain—which is called a lysine—is severed from the molecule. Cleavage happens after the protein has been secreted out of the cell and is floating in the cell culture medium. While it is floating, the protein interacts with certain enzymes in the cell culture medium, which clip off the one or two lysine amino acids from the end of the molecule. Not all antibody molecules lose one or both of the lysines from the end of each molecule. As a result, antibody molecules may have no lysines, one lysine, or two lysines at the end of each molecule. I describe this variation in more detail later in my report.

---

[18] *See* Section IV.A *infra.*

67. Using our analogy, again, at this stage, the round and square beads on the necklace have been fully strung. The necklace has been removed from the conveyor belt and is about to be sent into the world. However, just before it is shipped, someone may decide to remove one or two of the last round beads from the necklace.

68. **Step Eight**: **Purification and Stabilization.** After cleavage does (or does not) take place, the protein is ready to be purified from the cell culture medium, formulated to enhance its stability, and put into vials that can be stored in a refrigerator. After this process is complete, the protein can finally be used to treat patients.

69. Using our analogy, once the necklace has been fully formed, removed from the conveyor belt, packaged (one or two of the last round bead(s) may have been removed), it is shipped to the customers.

## 2. How to make a biosimilar drug.

70. Biosimilar drugs are produced using the same general process as the one used to make the reference biologic drugs they are modeled after. First, a scientist inserts DNA instructions into a cell. The DNA instructs the cell as to what type of protein to produce. Then, the cell reads the DNA and constructs the protein, putting the amino acids in the sequence dictated by the DNA. If the reference biologic drug is an antibody, like ustekinumab, the biosimilar version may also go through post-translational modifications—like glycosylation and/or cleavage.

71. Because the biosimilar company's key interest is copying the reference biologic drug as closely as possible, it may employ additional processes in the post-translational modification phase to help ensure the copy is correct. Specifically, these processes help the biosimilar company match the same molecule-to-molecule variation as the reference biologic drug and thereby help the biosimilar company copy the reference biologic drug more reliably and

- 16 -

with fewer differences than it otherwise could. As I explain further below, the four Biosimilar

Manufacturing patents that J&J accused Amgen of infringing cover two such processes—one

related to glycosylation and one related to cleavage.

72.     One last point on how to manufacture a biosimilar drug. Again, the goal is to

develop a biosimilar drug that matches the reference biologic drug closely enough that the final

product is essentially identical. In other words, it doesn't matter whether the manufacturing

process is identical, so long as the result is effectively identical. The end matters, not the means.

As an example, in the case of Stelara, the ustekinumab molecule is manufactured in cells taken

from a mouse. But one biosimilar maker, Amgen, chose to use cells taken from hamsters

(specifically Chinese hamster ovary cells, known as "CHO" cells). So long as the end drug

product is the same and works the same, it doesn't matter which animal the cells were harvested

from. As I explain further below, the four Biosimilar Manufacturing patents that J&J accused

Amgen of infringing describe methods that help a biosimilar company copy an original brand

biologic drug more reliably and with fewer differences from the original drug.

## IV.    WHAT THE BIOSIMILAR MANUFACTURING PATENTS COVER

73.     The processes covered by the Biosimilar Manufacturing patents, which I describe

in detail below, all occur in the post-translational phase. This is after the amino acids have

already been strung together (*i.e.*, after all of the round beads have been added to the necklace in

the correct order).

74.     The Biosimilar Manufacturing patents fall into two groups, the "putrescine

patents," and the "lysine/arginine patents." Both sets of patents cover the addition of either

putrescine or lysine/arginine to the cell culture medium in an effort to control variations in the

post-translational modifications. I describe each set in more detail now.

## A.     The Putrescine Patents

75.     The "putrescine patents" – meaning the '168 and '810 patents – concern the addition of a certain amount of a substance called putrescine to the culture medium for the purpose of modifying the distribution of the oligosaccharides (sugars trees) on the protein. Before I describe this process in more detail, I want to explain more about what I mean by sugar trees.

76.     There are five types of sugar trees relevant to the '168 and '810  patents (and generally relevant for manufacturing antibody biosimilar drugs): (1) high-mannose (Sugar Tree Type 1); (2) fucosylated, but not galactosylated (Sugar Tree Type 2);[19] (3) singly galactosylated (Sugar Tree Type 3);[20] doubly galactosylated (Sugar Tree Type 4);[21] and sialylated (Sugar Tree Type 5). The '168 patent covers the distribution of Sugar Tree Types 1, 3-5, while the '810 patent covers the distribution of Sugar Tree Type 2.

77.     These sugar trees are important to scientists and protein biologic drug manufacturers because, in the functioning of the immune system, the exact makeup of particular sugar tree can help make antibody drugs more effective for particular uses.

78.     In practice, during construction of an antibody molecule, the first type of sugar tree that is added to the amino acid chain is Sugar Tree Type 1 (high-mannose). Shortly thereafter, the configuration of Type 1 changes (some sugars are trimmed away and another type of sugar is added) and evolves into Sugar Tree Type 2 (fucosylated, but not galactosylated). This

---

[19] This is represented as G0F in the '168 and '810 patents.

[20] This is represented as G1F in the '168 and '810 patents.

[21] This is represented as G2F in the '168 and '810 patents.

process may repeat three more times resulting first in Sugar Tree Type 3 (singly galactosylated), then Sugar Tree Type 4 (doubly galactosylated), and finally, Sugar Tree Type 5 (sialylated).

79.    **Figure 2** below describes this process in an antibody protein:



80.    However, during antibody construction, not every sugar tree actually evolves all the way from Sugar Tree Type 1 to Sugar Tree Type 5.[22] As a result, certain antibody molecules within a batch have Sugar Tree Type 1, others have Sugar Tree Type 2 or 3 or 4 or 5. In other words, there is a distribution of sugar tree types within the batch, and so long as that distribution is approved by the FDA, it is not a problem. For example, the FDA may have approved a protein drug to have 10% or less of its molecules be Sugar Tree Type 1 (high-mannose).

---

[22] Think of an assembly line at a car factory—sometimes, workers get distracted and forget to add a piece to the car. As a result, some cars may have many fancy features while others may only have a handful and others may not have any.

81.    As their inventor, Dr. Prentice, described in the '168 and '810 patents, using different amounts of putrescine in the cell culture medium enables scientists to obtain different distributions of sugars trees within protein molecules in each batch.[23] For biosimilar manufacturers that must replicate the structure of a particular reference drug, this discovery would be very useful because it would help the manufacturer to replicate the distribution of sugar trees to match those in the original drug.

82.    In relevant part, the technologies claimed in the '168 patent describe a method for making a protein with sugar trees (such as ustekinumab) where (a) the producing cells are grown in a culture medium that contains a certain amount of putrescine (between 0.1 mg/L and 10 mg/L), (b) the goal of the manufacturing process is to achieve a certain distribution of sugar trees, and (c) either (i) the amount of either galactosylated sugar trees (Sugar Tree Type 3 or Type 4) or sialylated sugar trees (Sugar Tree Type 5) is at least 10% higher than if the same protein was made from cell culture medium that had no putrescine (or an amount of putrescine outside the prescribed range) or (ii) the amount of high-mannose sugar trees (Sugar Tree Type 1) is at least 10% lower than if the same protein was made from cell culture medium that had no putrescine (or an amount of putrescine outside the prescribed range).

83.    The decrease in percentage of molecules with Sugar Tree Type 1 (high-mannose) and the corresponding increase in percentage of molecules with Sugar Tree Type 5 (sialylated) as the amount of putrescine increases is reflected below in **Figure 3** (which is adapted from a figure in the '168 and '810 patents):

---

[23] US Patent No. 9,217,168 page 3-4, and Example, page 20-21; U.S. Patent No. 9,663,810 pages 4-5, and Example, page 22.

- 20 -



84.     The other putrescine patent, the '810 patent, covers the addition of the same amount of putrescine, but it relates to the distribution of fucosylated sugar trees (Sugar Tree Type 2).[24]

**B.     The Lysine/Arginine Patents**

85.     The last amino acid (round bead) on an antibody (necklace) is lysine. Once the amino acids are strung together to create a protein, but before the post-translational phase, there are two lysines at the end of the molecule.

---

[24] Specifically, the processes in the patent cover a method for making a protein with sugar trees where (a) the producing cells are grown in a cell culture medium that contains a certain amount of putrescine (between 0.1 mg/L and 10 mg/L), (b) the goal of the manufacturing process is to achieve a certain distribution of sugar trees, and (c) the amount of fucosylated sugar trees (Sugar Tree Type 2) is at least 10% higher than if the same protein was made from cell culture medium that had no putrescine (or putrescine in an amount outside the prescribed range).

86.    As shown in **Figure 4**, during post-translational modification, one or both of the lysines may be clipped off by enzymes in the cell culture medium.  As noted above, this process is known as "cleavage." (Molecular biologists use the letter "K" to represent lysine).

**Figure 4:**



87.    The lysine/arginine patents – i.e. the '889 and '858 patents – describe methods for controlling the removal of one or both lysines from the end of an antibody molecule.

88.    Matching the distribution of molecules that do and do not have lysine at the end of an antibody molecule is an important goal for biosimilar manufacturers in trying to replicate a reference biologic product as closely as possible.

89.    The lysine/arginine patents help to do that. By using a certain amount of either lysine or arginine in the cell culture medium, a biosimilar manufacturer can match the

distribution of molecules with either zero, one, or two lysines at the end of the antibody molecule more accurately.

In relevant part, the processes covered by the '889 patent include (a) adding a particular amount (1.5 g/L to 20 g/L) of lysine or arginine to the cell culture medium, and (b) isolating the antibody (i.e. purifying it), and (c) resulting in an alteration of the number and distribution of lysines on the ends of the molecule. The '858 patent is very similar to the '889 patent, except that the range of covered lysine or arginine concentrations in the cell culture medium is narrower (2 g/L to 8 g/L) and this may produce a different number and distribution of lysines at the end.



90.     **Figure 5** above is adapted from a chart included in the '889 and '858 patents. It is a graphic representation of how the technologies described by those patents work.

91.     The Control column on the left reflects the distribution of molecules with one or two lysines in a sample of purified antibodies from cells that were grown in culture medium that

has only a low level of arginine and lysine. In this sample, slightly less than 1% of the antibody molecules had even a single lysine at the end of the molecule, and essentially none have two lysines.

92.    The Reference column reflects the distribution of molecules with one or two lysines in a particular reference biologic drug product.[25] This chart shows that about 15% of the reference sample is comprised of antibody molecules that have one lysine and about 4% is comprised of antibody molecules that have two lysines.

93.    The Lysine Feed column shows the distribution of molecules with one or two lysines in a sample of purified antibodies from cells grown in 10 g/L lysine. In this sample, about 15% of the antibody molecules had one lysine and about 6% had two lysines.  The "Lysine Feed" is a cell culture medium that contains high level of lysine as a free amino acid (i.e., where the lysine is not bonded to anything else and not part of a protein).  The lysine on the antibody molecule is different in that it is chemically bonded to the rest of the antibody.

94.    The Arginine Feed column reflects the distribution of molecules with one or two lysines in a sample of purified antibodies from cells grown in 10 g/L arginine. In this sample, about 11% of the antibody molecules had one lysine and about 5% had two.

95.    In short, this graph illustrates how using certain amounts of lysine or arginine in the cell culture medium enables biosimilar manufacturers to match the level of lysines in a brand biologic product.

96.    Thus, the patents '858 and '889 are particularly useful for manufacturing biosimilar products.

---

[25] Here, the reference product shown is Humira, which is an antibody drug used to treat rheumatoid arthritis and similar diseases.

**V.    OPINION: The technologies described in the four Biosimilar Manufacturing patents are primarily useful for manufacturing biosimilar drugs.**

97.    It is my opinion, based on my experience, education, and training, as well as my review of the materials I have considered, that the technologies claimed in the Biosimilar Manufacturing patents could be useful in developing and manufacturing certain kinds of biosimilar drugs, including biosimilars of Stelara.

98.    It is my further opinion that the technologies in these patents would primarily be useful for biosimilar drug development and manufacturing.

99.    As I explained above, the key objective of biosimilar manufacturers is to mimic the molecular characteristics of the reference biologic drug as closely as possible. The technologies and processes covered by the Biosimilar Manufacturing patents allow scientists to do just that.

100.    First, the processes covered by the '168 and '810 patents help control the structure of the sugar trees in an antibody such as ustekinumab. As a result, biosimilar manufacturers using the techniques in these patents are better able to match the structure of the sugar trees of the brand biologic than they would be without the teachings in the patents.

101.    Additionally, the technologies and processes covered by the '858 and '889 patents enable biosimilar manufacturers to better control how frequently cleavage occurs—i.e., how often the lysines at the end of the molecule are clipped off.  Like the ability to control the distribution of the sugar trees as described by the '168 and '810 patents, the '858 and the '889 patents help biosimilar manufacturers create a closer copy of the brand biologic drug through the ability to control the distribution of antibody molecules with either zero, one, or two lysines.

102.    During litigation between J&J and Amgen, Inc., Dr. Holly Prentice, the inventor of the Biosimilar Manufacturing patents, was deposed by counsel for Amgen. In that deposition,

- 25 -

Amgen's counsel questioned Dr. Prentice about one of the putrescine patents (the '168 patent) and about one of the lysine/arginine patents (the '858 patents).[26] Dr. Prentice testified that "the intent of the invention was – is that it is intended for biosimilar development."[27] Regarding the technologies described in one of the lysine patents, she stated, "[a]chieving a desired level of C-terminal lysine is important in the context of biosimilarity,"[28] noting that "in other context[s], I have never seen anyone express a desire to do so."[29]  Similarly, she testified that achieving a particular distribution of oligosaccharides (sugar trees) in antibody drugs was "especially important in the context of biosimilar development."[30]  Indeed, at several points in her deposition, Dr. Prentice emphasized that the purpose of the patents was to match a "target value," which she described as being "relative to some reference. A reference product, for example."[31] In other words, the purpose of the technologies described in the Biosimilar Manufacturing patents was to aid in copying a reference biologic drug product.

103.    J&J also understood that the Biosimilar Manufacturing patents could be, and were, useful for developing a biosimilar version of ustekinumab.  In its lawsuit against Amgen for infringement of the Biosimilar Manufacturing patents, J&J stated:

---

[26] *See generally* Deposition Transcript of Dr. Holly Prentice, April 17, 2023, JNJ-STELARA_003642951 ("Prentice Tr.").

[27] *Id*. at 268.

[28] *Id*. at 71.

[29] *Id*. at 71. When asked whether certain claims in the lysine/arginine patents would only be useful for biosimilarity, Dr. Prentice responded: "I wouldn't say that. That was the motivation for the invention. However, there may be a context at some point where someone desires to modulate C-terminal lysine variants. As I mentioned, it wasn't something I had heard about before my work at Momenta." *Id*. at 72.

[30] *Id*. at 259-260.

[31] *Id*. at 88; *see, e.g.,* 216, 263 ("The target value relates to a reference product, the way I understand this, the way that this was intended.").

> … on October 1, 2020, Janssen acquired Momenta. Momenta's research and development included a substantial focus on methods of manufacturing biosimilar antibodies, including cell culturing processes that impact attributes of recombinant antibodies. These patents are directed to enabling biosimilar manufacturers to use these processes to control attributes of the antibodies produced, thereby more precisely targeting the characteristics of the reference product—and ultimately, producing a better copy than would otherwise be produced. Janssen now owns the '858, '889, '168, and '810 patents.[32]

104.    Elsewhere in that lawsuit, J&J argued that Amgen improperly used the Biosimilar Manufacturing patents to make "as close a copy to STELARA® as possible."[33] J&J then argued that two of the Biosimilar Manufacturing patents (the '168 patent and the '858 patent)[34] "were invented for this exact purpose: to enable biosimilar manufacturers to better achieve equivalence to the originator product also called the 'reference product.'"[35]

105.    As to the technologies described in the '168 patent, J&J argued that "[c]ontrolling C-terminal variants in antibody manufacturing—i.e., controlling what fraction of the antibodies produced have either zero, one, or two lysines at the end—can help a biosimilar maker not only to achieve close similarity to the reference product, but also meet internal targets and achieve product consistency among its own lots."[36]

---

[32]JNJ-STELARA_003434937 at -944; *see also id*. at -938 (each of the Biosimilar Manufacturing patents "is directed to methods of using cell culturing process to target and control features of biosimilar antibodies to assure equivalence to a reference product.").

[33] JNJ-STELARA_003436445 at -450-51.

[34] I am aware that in its lawsuit against Amgen, J&J filed a motion for preliminary injunction. In that motion, J&J relied on two of the four Biosimilar Manufacturing patents—the '168 patent (one of the putrescine patents) and the '858 patent (one of the lysine/arginine patents). *Id*.

[35] *Id*. at -451.

[36] *Id*. at -458.

106.    As to the technologies described in the '858 patent, J&J argued that "controlling glycan profiles" (sugar tree distribution) in Amgen's ustekinumab biosimilar "through the claimed method helps Amgen achieve biosimilarity by more closely approximating the glycan profile of its biosimilar to that of STELARA®--i.e., "using STELARA®'s own glycan profile as a 'target value.'"[37]

107.    As to both the '168 and '858 patents, J&J further argued that both patents claim methods "in order to achieve desired characteristics in the resulting antibodies—either adjusting arginine to control C-terminal variants, or adjusting putrescine level to control glycans . . . *to make a biosimilar product*."[38]

108.    J&J's arguments were supported by their expert in the case against Amgen, Chemical Engineer Dr. Matthew Croughan.[39]

109.    In other words, both the inventor of the four Biosimilar Manufacturing patents, Dr. Prentice, and their current owners, Janssen Biotech, Inc. and Johnson & Johnson, have acknowledged that the core utility of the patents is to help companies manufacture biosimilar versions of protein antibody drugs to match a reference listed biologic drug as nearly as possible.

\*         \*         \*

110.    I hold all of the above opinions to a reasonable degree of professional certainty in the field of biologic and biosimilar development and manufacturing.

---

[37] *Id*. at -464.

[38] *Id*. at -458 (emphasis added).

[39] *See* citations to the Croughan declaration throughout JNJ-STELARA_003436445. The Croughan declaration can be found at JNJ-STELARA_000036434.

DATED: ___March 3___, 2025

_____
Jeffrey Way

**EXHIBIT A:**

**Curriculum Vitae of Jeffrey Way**

**JEFFREY WAY**
**108 Fayerweather St.**
**Cambridge, MA  02138**
**617-372-2019**
**jeff.way@genbiologics.com**

## A.    PROFESSIONAL EXPERIENCE

*General Biologics, Inc.*

<u>Co-Founder, President and CEO</u>                                             2016-present

- Startup biotechnology company focused on engineered fusion proteins

- Founded to commercialize IP from Harvard as well as own products

- Finalized two exclusive licensing deals for key patents

- Consulting services for protein drug companies (fusion protein construction, antibody humanization, etc.)


*Harvard Medical School*

*Laboratory of Systems Pharmacology and Dept. of Systems Biology*, Lecturer      2018-present

*Wyss Institute for Biologically Inspired Engineering*                         2009-2018

- Project Manager, DARPA and IARPA agreements; protein engineering efforts; research in synthetic biology and advanced protein therapeutics

- Lecturer, Dept. of Systems Biology; graduate-level lectures on protein engineering, and synthetic biology

- Member, Regulatory Sciences Advisory Group

- Co-founder and first president, *64x, Inc*.


*EMD Lexigen Pharmaceuticals/EMD Serono Research Institute*          1999 – 2008

<u>Director of Structural Biology</u>                                          2006-2008

- Integrated protein structure and protein engineering scientific strategies

- Led R&D on erythropoietin fusion protein from concept through preclinical development

- Managed research collaboration with MIT on anti-EGFR antibodies

- Identified technology & product opportunities, acquisition and spinoff candidates

- Scientific due diligence on licensing and acquisition targets

- Antibody deimmunization, humanization, and folding optimization; phage screening

<u>Director of Intellectual Property</u>                                            1999-2007

- Managed portfolio of over 40 patent applications;
- Built and managed IP team

- Developed patent strategy, prepared patent applications

- Performed internal and managed external prior art searches; responsible for patent due diligence

- Developed out-licensing and spinoff strategies for unused intellectual property

- Managed relations with external counsel and with Merck KGaA Patent Department

- Passed Patent Bar Exam (2004)

***Polaris Pharmaceuticals***

<u>Vice President of Biology</u>                                                  1998-1999

Start-up company based on a method for blocking protein-protein interactions. I conceptually developed and patented the methodology (U.S. Patent 6,465,192, Way 2000) and subsequently licensed it to Merck KGaA.

***Fuji ImmunoPharmaceuticals Corp***.                                          1996-1997

<u>Director of Communications, Senior Advisor to the Corporation</u>

- Wrote FIP business plan

- Wrote Nature Biotechnology paper on FIP's AIDS drug

- Managed press relations

- Identified drug development opportunities, sought corporate partnerships

- Project manager for Hoffmann-La Roche collaboration

***Rutgers University, Dept. of Biological Sciences***                            1990-1996

<u>Assistant Professor</u>

- Directed lab of graduate students, technicians, undergraduates

- Research on C. elegans neuronal development, and asymmetric cell division

*Princeton University*                                                                    1989-1990

    <u>Senior Research Associate</u>

- Research on C. elegans neuronal development, S. cerevisiae cell biology

- Awarded Merck & Co. Post-doctoral fellowship


*Columbia University*                                                                    1984-1988

    <u>Post-doctoral Fellow</u>, Laboratory of Dr. Martin Chalfie, Dept. of Biological Sciences

- Research on C. elegans neuronal development and transcription; cloned and characterized mec-3 (a defining member of the LIM domain family)


## B.    EDUCATION

Harvard College       B.A., Magna cum laude, Biochemistry and Molecular Biology    1978

Harvard University    Ph.D., Biochemistry and Molecular Biology          1984


## C.    SELECTED PUBLICATIONS AND PATENTS

<u>Publications</u>

Lim S, Reilly CB, Barghouti Z, Marelli B, Way JC, Silver PA.  Tardigrade secretory proteins protect biological structures from desiccation.  Commun Biol. 2024 May 25;7(1):633.

Kready K, Doiron K, Chan KR, Way J, Justman Q, Powe CE, Silver P.  A long-acting prolactin to combat lactation insufficiency.  bioRxiv [Preprint]. 2023 Dec 15:2023.12.15.571886.

Lim S, Yocum RR, Silver PA, Way JC.  High spontaneous integration rates of end-modified linear DNAs upon mammalian cell transfection.  Sci Rep. 2023 Apr 26;13(1):6835. doi: 10.1038/s41598-023-33862-0.

Way JC, Burrill DR, Silver PA.  Bioinspired Design of Artificial Signaling Systems. Biochemistry. 2023 Jan 17;62(2):178-186. doi: 10.1021/acs.biochem.2c00368.

Ng TL, Olson EJ, Yoo TY, Weiss HS, Koide Y, Koch PD, Rollins NJ, Mach P, Meisinger T, Bricken T, Chang TZ, Molloy C, Zürcher J, Chang RL, Mitchison TJ, Glass JI, Marks DS, Way JC, Silver PA. High-Content Screening and Computational Prediction Reveal Viral Genes That Suppress the Innate Immune Response. mSystems. 2022 Apr 26;7(2):e0146621. doi: 10.1128/msystems.01466-21. PMID: 35319251

Veling MT, Nguyen DT, Thadani NN, Oster ME, Rollins NJ, Brock KP, Bethel NP, Lim S, Baker D, Way JC, Marks DS, Chang RL, Silver PA. Natural and Designed Proteins Inspired by Extremotolerant Organisms Can Form Condensates and Attenuate Apoptosis in Human Cells. ACS Synth Biol. 2022 Mar 18;11(3):1292-1302. doi: 10.1021/acssynbio.1c00572. PMID: 35176859

Lee J, Vernet A, Gruber NG, Kready KM, Burrill DR, Way JC, Silver PA. Rational engineering of an erythropoietin fusion protein to treat hypoxia. Protein Eng Des Sel. 2021 Feb 15;34:gzab025. doi: 10.1093/protein/gzab025. PMID: 34725710

Stirling F, Naydich A, Bramante J, Barocio R, Certo M, Wellington H, Redfield E, O'Keefe S, Gao S, Cusolito A, Way J, Silver P. Synthetic Cassettes for pH-Mediated Sensing, Counting, and Containment. Cell Rep. 2020 Mar 3;30(9):3139-3148.e4. doi: 10.1016/j.celrep.2020.02.033.

Hsu BB, Plant IN, Lyon L, Anastassacos FM, Way JC, Silver PA.In situ reprogramming of gut bacteria by oral delivery. Nat Commun. 2020 Oct 6;11(1):5030. doi: 10.1038/s41467-020-18614-2. PMID: 33024097

Hsu BB, Way JC, Silver PA. Stable Neutralization of a Virulence Factor in Bacteria Using Temperate Phage in the Mammalian Gut. mSystems. 2020 Jan 28;5(1). pii: e00013-20. doi: 10.1128/mSystems.00013-20.

Lee J, Vernet A, Redfield K, Lu S, Ghiran IC, Way JC, Silver PA. Rational Design of a Bifunctional AND-Gate Ligand To Modulate Cell-Cell Interactions. ACS Synth Biol. 2020 Feb 21;9(2):191-197. doi: 10.1021/acssynbio.9b00273.

Ziesack M, Gibson T, Oliver JKW, Shumaker AM, Hsu BB, Riglar DT, Giessen TW, DiBenedetto NV, Bry L, Way JC, Silver PA, Gerber GK. Engineered Interspecies Amino Acid Cross-Feeding Increases Population Evenness in a Synthetic Bacterial Consortium. mSystems. 2019 Aug 13;4(4). pii: e00352-19. doi: 10.1128/mSystems.00352-19.

Lee J, Redfield K, Way J, Silver P. Minimizing side effects, maximizing returns: what makes a smart therapeutic design? Biochem (Lond) (2019) 41 (3): 28–32. https://doi.org/10.1042/BIO04103028.

Naydich AD, Nangle SN, Bues JJ, Trivedi D, Nissar N, Inniss MC, Niederhuber MJ, Way JC, Silver PA, Riglar DT. Synthetic Gene Circuits Enable Systems-Level Biosensor Trigger Discovery at the Host-Microbe Interface. mSystems. 2019 Jun 11;4(4). pii: e00125-19. doi: 10.1128/mSystems.00125-19.

Kim S, Kerns SJ, Ziesack M, Bry L, Gerber GK, Way JC, Silver PA. Quorum Sensing Can Be Repurposed To Promote Information Transfer between Bacteria in the Mammalian Gut. ACS Synth Biol. 2018 Sep 21;7(9):2270-2281. doi: 10.1021/acssynbio.8b00271.

Spady ES, Wyche TP, Rollins NJ, Clardy J, Way JC, Silver PA. Mammalian Cells Engineered To Produce New Steroids. Chembiochem. 2018 Sep 4;19(17):1827-1833. doi: 10.1002/cbic.201800214.

Ziesack M, Karrenbelt MAP, Bues J, Schaefer E, Silver P, Way J. Escherichia coli NGF-1, a Genetically Tractable, Efficiently Colonizing Murine Gut Isolate. Microbiol Resour Announc. 2018 Dec 6;7(22):e01416-18. doi: 10.1128/MRA.01416-18.

Ziesack M, Rollins N, Shah A, Dusel B, Webster G, Silver PA, Way JC. Chimeric Fatty Acyl-Acyl Carrier Protein Thioesterases Provide Mechanistic Insight into Enzyme Specificity and Expression. Appl Environ Microbiol. 2018 May 1;84(10). pii: e02868-17.

Kuo J, Stirling F, Lau YH, Shulgina Y, Way JC, Silver PA. Synthetic genome recoding: new genetic codes for new features. Curr Genet. 2017 Oct 5. PMID: 28983660

4

Certain LK, Way JC, Pezone MJ, Collins JJ.  Using Engineered Bacteria to Characterize Infection Dynamics and Antibiotic Effects In Vivo.  Cell Host Microbe. 2017 22(3):263-268.e4. PMID: 28867388

Riglar DT, Giessen TW, Baym M, Kerns SJ, Niederhuber MJ, Bronson RT, Kotula JW, Gerber GK, Way JC, Silver PA.  Engineered bacteria can function in the mammalian gut long-term as live diagnostics of inflammation.Nat Biotechnol. 2017 Jul;35(7):653-658. PMID:  28553941

Lau YH, Stirling F, Kuo J, Karrenbelt MAP, Chan YA, Riesselman A, Horton CA, Schäfer E, Lips D, Weinstock MT, Gibson DG, Way JC, Silver PA.  Large-scale recoding of a bacterial genome by iterative recombineering of synthetic DNA.  Nucleic Acids Res. 2017 45(11):6971-6980. PMID:  28499033

Brown DM, Chan YA, Desai PJ, Grzesik P, Oldfield LM, Vashee S, Way JC, Silver PA, Glass JI.  Efficient size-independent chromosome delivery from yeast to cultured cell lines.  Nucleic Acids Res. 2017 Apr 20;45(7):e50. PMID:  27980064

Noman N, Inniss M, Iba H, Way JC.  Pulse Detecting Genetic Circuit - A New Design Approach.PLoS One. 2016 Dec 1;11(12):e0167162.

Liu X, Lopez PA, Giessen TW, Giles M, Way JC, Silver PA.  Engineering Genetically Encoded Mineralization and Magnetism via Directed Evolution.  Sci Rep. 2016 Nov 29;6:38019.

Lee JW, Gyorgy A, Cameron DE, Pyenson N, Choi KR, Way JC, Silver PA, Del Vecchio D, Collins JJ.  Creating Single-Copy Genetic Circuits.  Mol Cell. 2016 Jul 21;63(2):329-36.

Boeke JD, Church G, Hessel A, Kelley NJ, Arkin A, Cai Y, Carlson R, Chakravarti A, Cornish VW, Holt L, Isaacs FJ, Kuiken T, Lajoie M, Lessor T, Lunshof J, Maurano MT, Mitchell LA, Rine J, Rosser S, Sanjana NE, Silver PA, Valle D, Wang H, Way JC, Yang L. The Genome Project-Write.  Science. 2016 Jul 8;353(6295):126-7.

Burrill DR, Vernet A, Collins JJ, Silver PA, Way JC.  Targeted erythropoietin selectively stimulates red blood cell expansion in vivo.  Proc Natl Acad Sci U S A. 2016 May 10;113(19):5245-50.

Liu X, Hicks WM, Silver PA, Way JC. Engineering acyl carrier protein to enhance production of shortened fatty acids.  Biotechnol Biofuels. 2016 Feb 2;9:24.

Chen JS, Colón B, Dusel B, Ziesack M, Way JC, Torella JP. Production of fatty acids in Ralstonia eutropha H16 by engineering β-oxidation and carbon storage.  PeerJ. 2015 Dec 7;3:e1468.

Ford TJ, Way JC.  Enhancement of E. coli acyl-CoA synthetase FadD activity on medium chain fatty acids. PeerJ. 2015 Jun 30;3:e1040.

Torella JP, Gagliardi CJ, Chen JS, Bediako DK, Colón B, Way JC, Silver PA, Nocera DG. Efficient solar-to-fuels production from a hybrid microbial-water-splitting catalyst system.  Proc Natl Acad Sci U S A. 2015 Feb 24;112(8):2337-42.

Robinson-Mosher A, Chen JH, Way J, Silver PA.  Designing cell-targeted therapeutic proteins reveals the interplay between domain connectivity and cell binding.  Biophys J. 2014 Nov 18;107(10):2456-66.

Torella JP, Lienert F, Boehm CR, Chen JH, Way JC, Silver PA.  Unique nucleotide sequence-guided assembly of repetitive DNA parts for synthetic biology applications.  Nat Protoc. 2014 Sep;9(9):2075-89.

Sachdeva G, Garg A, Godding D, Way JC, Silver PA.  In vivo co-localization of enzymes on RNA scaffolds increases metabolic production in a geometrically dependent manner.  Nucleic Acids Res. 2014 Aug;42(14):9493-503.

Silver PA, Way JC, Arnold FH, Meyerowitz JT. Synthetic biology: Engineering explored. Nature. 2014 May 8;509(7499):166-7.

Mattozzi MD, Voges MJ, Silver PA, Way JC. Transient gene expression in tobacco using Gibson assembly and the Gene Gun. J Vis Exp. 2014 Apr 18;(86). doi: 10.3791/51234.

Kotula JW, Kerns SJ, Shaket LA, Siraj L, Collins JJ, Way JC, Silver PA.  Programmable bacteria detect and record an environmental signal in the mammalian gut. Proc. Natl. Acad. Sci U S A. 2014 Apr 1;111(13):4838-43.

Way JC, Collins JJ, Keasling JD, Silver PA.  Integrating Biological Redesign: Where Synthetic Biology Came From and Where It Needs to Go.  Cell 2014 Mar 27.  157:151-161

Torella JP, Boehm CR, Lienert F, Chen JH, Way JC, Silver PA.  Rapid construction of insulated genetic circuits via synthetic sequence-guided isothermal assembly.  Nucleic Acids Res. 2014 Jan;42(1):681-9.

Voges MJ, Silver PA, Way JC, Mattozzi MD.  Targeting a heterologous protein to multiple plant organelles via rationally designed 5' mRNA tags.  J Biol Eng. 2013 Sep 8;7(1):20.

Torella JP, Ford TJ, Kim SN, Chen AM, Way JC, Silver PA.  Tailored fatty acid synthesis via dynamic control of fatty acid elongation. Proc Natl Acad Sci U S A. 2013 Jul 9;110(28):11290-5.

Robinson-Mosher A, Shinar T, Silver PA, Way J.  Dynamics simulations for engineering macromolecular interactions. Chaos. 2013 Jun;23(2):025110.

Mattozzi M, Ziesack M, Voges MJ, Silver PA, Way JC.  Expression of the sub-pathways of the Chloroflexus aurantiacus 3-hydroxypropionate carbon fixation bicycle in E. coli: Toward horizontal transfer of autotrophic growth.  Metab Eng. 2013 16:130-9.

Ducat DC, Avelar-Rivas JA, Way JC, Silver PA.  Rerouting carbon flux to enhance photosynthetic productivity.Appl Environ Microbiol. 2012 Apr;78(8):2660-8.

Agapakis CM, Niederholtmeyer H, Noche RR, Lieberman TD, Megason SG, Way JC, Silver PA. Towards a synthetic chloroplast. PLoS One. 2011 Apr 20;6(4):e18877.

Ducat DC, Way JC, Silver PA. Engineering cyanobacteria to generate high-value products. Trends Biotechnol. 2011 Feb;29(2):95-103.

Kosuri S, Eroshenko N, Leproust EM, Super M, Way J, Li JB, Church GM.  Scalable gene synthesis by selective amplification of DNA pools from high-fidelity microchips.  Nat Biotechnol. 2010 Dec;28(12):1295-9.

Aldaye FA, Senapedis WT, Silver PA, Way JC.  A structurally tunable DNA-based extracellular matrix. J Am Chem Soc. 2010 Oct 27;132(42):14727-9.

6

Niederholtmeyer H, Wolfstädter BT, Savage DF, Silver PA, Way JC. Engineering cyanobacteria to synthesize and export hydrophilic products. Appl Environ Microbiol. 2010; 76(11):3462-6.

Agapakis CM, Ducat DC, Boyle PM, Wintermute EH, Way JC, Silver PA. Insulation of a synthetic hydrogen metabolism circuit in bacteria. J Biol Eng. 2010; 4:3.

Taylor ND, Way JC, Silver PA, Cironi P. Anti-glycophorin single-chain Fv fusion to low-affinity mutant erythropoietin improves red blood cell-lineage specificity. Protein Eng Des Sel. 2010 Apr;23(4):251-60.

Savage D.; Way J.; Silver P. A. Defossiling Fuel: How Synthetic Biology Can Transform Biofuel Production. ACS Chem. Biol.; (In Focus); 2008; 3(1); 13-16.

Way J, Super M. The potential for cancer combination therapy with multi-targeted, single-protein pharmaceuticals. Expert Opinion on Drug Discovery. 2008; 3(2):147-152.

Silver PA, Way JC. Molecular systems biology in drug development. Clin. Pharmacol. Ther. 2007 Nov;82(5):586-90.

Silver PA, Way JC. Systems engineering without an engineer: Why we need systems biology. Complexity. 13(2):22-29.

Drubin D, Way JC, Silver PA. Designing biological systems. Genes & Development 2007 Genes Dev. 2007 Feb;21:242-54.

Way JC, Lauder S, Brunkhorst B, Kong SM, Qi A, Webster G, Campbell I, McKenzie S, Lan Y, Marelli B, Nguyen LA, Degon S, Lo KM, Gillies SD. Improvement of Fc-erythropoietin structure and pharmacokinetics by modification at a disulfide bond. Protein Eng Des Sel. 2005 18:111-8.

Silver, PA, and Way JC. Cells by design: The potential for synthetic biology. The Scientist Sept. 27, 2004: 30-31.

Kau TR, Way JC, Silver PA. Nuclear transport and cancer: from mechanism to intervention. Nat Rev Cancer. 2004 Feb;4(2):106-17.

Way JC. Second generation protein drugs: Children of the revolution. Drug Discovery World Winter 2003.

Way JC. Covalent modification as a strategy to block protein-protein interactions with small-molecule drugs. Curr Opin Chem Biol. 2000 Feb;4(1):40-6. Review.

Ono M, Wada Y, Wu Y, Nemori R, Jinbo Y, Wang H, Lo KM, Yamaguchi N, Brunkhorst B, Otomo H, Wesolowski J, Way JC, Itoh I, Gillies S, Chen LB. FP-21399 blocks HIV envelope protein-mediated membrane fusion and concentrates in lymph nodes. Nat Biotechnol. 1997 Apr;15(4):343-8.

Wang L, Way JC. Promoter sequences for the establishment of mec-3 expression in the nematode Caenorhabditis elegans. Mech Dev. 1996 May;56(1-2):183-96.

Wang L, Way JC. Activation of the mec-3 promoter in two classes of stereotyped lineages in Caenorhabditis elegans. Mech Dev. 1996 May;56(1-2):165-81.

7

Run JQ, Steven R, Hung MS, van Weeghel R, Culotti JG, Way JC.   Suppressors of the unc-73 gene of Caenorhabditis elegans.  Genetics. 1996 May;143(1):225-36.

Way JC.  The mechanism of bacterial asymmetric cell division.  Bioessays. 1996 18(2):99-101. Review.

Way JC, Wang L, Run JQ, Hung MS.  Cell polarity and the mechanism of asymmetric cell division.  Bioessays. 1994 Dec;16(12):925-31. Review.

Silver PA, Way JC.  Eukaryotic DnaJ homologs and the specificity of Hsp70 activity. Cell. 1993 Jul 16;74(1):5-6. Review.

Hamelin M, Scott IM, Way JC, Culotti JG.  The mec-7 beta-tubulin gene of Caenorhabditis elegans is expressed primarily in the touch receptor neurons.  EMBO J. 1992 Aug;11(8):2885-93.

Way JC, Run JQ, Wang AY.  Regulation of anterior cell-specific mec-3 expression during asymmetric cell division in C. elegans.  Dev Dyn. 1992 Aug;194(4):289-302.

Way JC, Wang L, Run JQ, Wang A. The mec-3 gene contains cis-acting elements mediating positive and negative regulation in cells produced by asymmetric cell division in Caenorhabditis elegans.  Genes Dev. 1991 Dec;5(12A):2199-211.

Way JC, Chalfie M.  The mec-3 gene of Caenorhabditis elegans requires its own product for maintained expression and is expressed in three neuronal cell types.  Genes Dev. 1989 Dec;3(12A):1823-33.

Way JC, Chalfie M.  Mec-3, a homeobox-containing gene that specifies differentiation of the touch receptor neurons in C. elegans.  Cell. 1988 Jul 1;54(1):5-16.

Way JC, Kleckner N.  Transposition of plasmid-borne Tn10 elements does not exhibit simple length-dependence.  Genetics. 1985 Dec;111(4):705-13.

Way JC, Davis MA, Morisato D, Roberts DE, Kleckner N.  New Tn10 derivatives for transposon mutagenesis and for construction of lacZ operon fusions by transposition.  Gene. 1984 Dec;32(3):369-79.

Way JC, Kleckner N. Essential sites at transposon Tn 10 termini.  Proc Natl Acad Sci U S A. 1984 Jun;81(11):3452-6.

Morisato D, Way JC, Kim HJ, Kleckner N.  Tn10 transposase acts preferentially on nearby transposon ends in vivo.  Cell. 1983 Mar;32(3):799-807.

Halling SM, Simons RW, Way JC, Walsh RB, Kleckner N. DNA sequence organization of IS10-right of Tn10 and comparison with IS10-left.  Proc Natl Acad Sci U S A. 1982 Apr;79(8):2608-12.

Young R, Smith Grillo D, Isberg R, Way J, Syvanen M. Transposition of the kanamycin-resistance transposon Tn903. Mol Gen Genet. 1980;178(3):681-9.

Young R, Way J, Way S, Yin J, Syvanen M.  Transposition mutagenesis of bacteriophage lambda: a new gene affecting cell lysis.  J Mol Biol. 1979 Aug 15;132(3):307-22.

Issued patents (independent filings)

1.      U.S. Patent 12,116,606. "Complement factor I-related compositions and methods."
        Inventors:  Blouse, Kumar, Knudsen, Jensen, Randers, Oldenburg, Schar, Traylor,
        Furfine, Way, Jendroszek, Sandikci, McGuire, Iyer, Le Moan.

2.      U.S. Patent 9,150,631.  "Engineered opsonin for pathogen detection and treatment."
        Inventors:  Super, Way, Ingber.

3.      U.S. Patent 8,536,308.  "Antibodies to interleukin-6."  Inventors:  Way, Liu.

4.      U.S. Patent 8,066,994.  "Proteins comprising an IgG2 domain."  Inventors: Gillies, Way,
        Lo.

5.      U.S. Patent 7,973,150.  "Reducing the immunogenicity of fusion proteins." Inventors:
        Gillies, Way, Hamilton.

6.      U.S. Patent 7,820,155.  "Methods of treating cancer comprising administering an
        interleukin-6 antibody variable region."  Inventor:  Way.

7.      U.S. Patent 7,615,217.  "Artificial proteins with reduced immunogenicity."  Inventors:
        Gillies, Carr, Jones, Carter, Hamilton, Williams, Hanlon, Watkins, Baker, Way.

8.      U.S. Patent 7,601,814.  "Reducing the immunogenicity of fusion proteins." Inventors:
        Gillies, Way, Hamilton.

9.      U.S. Patent 7,589,179.  "IL-7 variants with reduced immunogenicity." Inventors:  Gillies,
        Way.

10.     U.S. Patent 7,211,253.  "Erythropoietin forms with improved properties."  Inventors:
        Way.

11.     U.S. Patent 7,189,830.  "Anti-KSA/IL-2 fusion proteins with reduced immunogenicity."
        Inventors:  Gillies, Carr, Jones, Carter, Hamilton, Williams, Hanlon, Watkins, Baker,
        Way.

12.     U.S. Patent 6,465,192.  "Compounds and methods for the inhibition of protein-protein
        interactions."  Inventor:  Way.


Patent Applications

1.      WO2022235551A2 (Harvard case 8160).  "Fc-Fusion Protein Therapeutic for the
        Treatment of Pancreatitis". Inventors:  Way, Redfield, Lee, Bieberich, Heid, Niopek.

2.      US20220098261A1 (Harvard case 8351).  "Methods and Compositions Relating to
        Tissue-Protective Erythropoietin." Inventors: Lee, Way.

3.      WO2022235551A2 (Harvard case 8160). "Fc-Fusion Protein Therapeutic for the
        Treatment of Pancreatitis."  Inventors:  Way, Redfield, Lee, Bieberich, Heid, Niopek.
        Provisional application filed May 3, 2021.

9

4.    WO2017015141A1 (Harvard case 5834).  "Humanized anti-glycophorin A antibodies and uses thereof."  Inventors:  Way, Burrill, Hof.  (Provisional application filed July 17, 2015.)

5.    WO/2015/168474.  "Fusion proteins for treating cancer and related methods."  Inventors: Way, Robinson-Mosher, Roberts, Zhao.

6.    WO/2013/130394A1.  "Recombinant carbon utilization pathways for plants and microbes."  Inventors:  Way, Mattozzi, Boyle.

7.    WO/2014/0551951A1.  "Compositions and methods for modulating polypeptide localization in plants."  Inventors:  Way, Mattozzi, Voges.

8.    United States Patent Application 20140227723.  "Engineered microbe-targeting molecules and uses thereof."  Inventors:  Ingber, Super, Way, Cartwright, Berthet, Super, Rottman, and Watters.

9.    WO2011/029013:  "Production of secreted bioproducts from photosynthetic microbes." Inventors:  Way, Niederholtmeyer, Wolfstaedter, Savage.

10.    WO2010/141468:  "Methods and molecules for yield improvement involving metabolic engineering."  Inventors:  Way, Davis.

11.    WO0136489:  "Erythropoietin forms with improved properties."  Inventors:  Hartmann, Lo, Rieke, Way, Brandt, Gillies, and Sobel.

12.    United States Patent Application 20070274991.  Treatment of tumors expressing mutant EGF receptors.  Inventors:  Way, Chao, Cresson, Lauffenburger, Wittrup.

13.    United States Patent Application 20070178098.  "Interleukin-6 antagonists."  Inventors: Way, Gillies, Lo, Liu.

14.    United States Patent Application 20050069521.  "Enhancing the circulating half-life of interleukin-2 proteins."  Inventors:  Gillies, Lauder, Way.

15.    United States Patent Application 20050202538.  "Fc-erythropoietin fusion protein with improved pharmacokinetics."  Inventors:  Gillies, Way, Lo.

16.    United States Patent Application 20030044423.  "Expression technology for proteins containing a hybrid isotype antibody moiety."  Inventors:  Gillies, Way, Lo.

17.    WO03/038558 "Device and methods for directed synthesis of chemical libraries." Inventors:  Battersby, Miller, Trau, Way, Johnston.

10

**EXHIBIT B:**

**Materials Considered by Jeffrey Way**

**Bates Labeled Documents (by Begin Bates)**

JNJ-STELARA_003456294

JNJ-STELARA_003434937

JNJ-STELARA_003436445

JNJ-STELARA_000036434

JNJ-STELARA_003642951

1. **Publicly Available Materials:**

   a. **Dockets and Filings**

Order on Motion to Dismiss, *CareFirst of Maryland, Inc. et al., v. Johnson & Johnson, et al.*, 2:23-cv-00629 (August 16, 2024), ECF No. 119.

Stelara Plaintiffs' Amended Class Action Complaint, *CareFirst of Maryland, Inc. et al., v. Johnson & Johnson, et al.*, 2:23-cv-00629 (February 5, 2024), ECF No. 36.

Stelara Plaintiffs' Second Amended Class Action Complaint, *CareFirst of Maryland, Inc. et al., v. Johnson & Johnson, et al.*, 2:23-cv-00629 (November 19, 2024), ECF No. 184.

Proposed Second Amended Class Action Complaint, *CareFirst of Maryland, Inc. et al., v. Johnson & Johnson, et al.*, 2:23-cv-00629 (November 5, 2024), ECF No. 179-3.

   b. **Patents/Patent Applications**

U.S. Patent No. 9,217,168

U.S. Patent No. 9,663,810

U.S. Patent No. 9,475,858

U.S. Patent No. 8,852,889

   c. **Articles/Online Materials**

*Biosimilar Interchangeability FAQs*. (n.d.). Retrieved February 21, 2025, from https://biosimilarscouncil.org/wp-content/uploads/2023/12/2023-Biosimilar-Interchangeability-FAQs.pdf.

Brittain, B. (2023, May 23). Amgen settles patent lawsuit over biosimilar of J&J's big-selling Stelara. *Reuters*. https://www.reuters.com/business/healthcare-pharmaceuticals/amgen-settles-jj-patent-lawsuit-over-drug-similar-blockbuster-stelara-2023-05-23/.

2

Cantin, G., Liu, Q., Shah, B., Kuhns, S., Wikström, M., Cao, S., & Liu, J. (2023). Analytical and Functional Similarity of the Biosimilar Candidate ABP 654 to Ustekinumab Reference Product. *Drugs in R&D*, *23*(4), 421–438. https://doi.org/10.1007/s40268-023-00441-7.

Carmona-Rocha, E., & Puig, L. (2024). Ustekinumab Biosimilars. Biologics, 4(4), 407-422. https://doi.org/10.3390/biologics4040025.

D'Amico, F., Peyrin-Biroulet, L., & Danese, S. (2022). Ustekinumab in Crohn's Disease: New Data for Positioning in Treatment Algorithm. *Journal of Crohn's & colitis*, *16*(Supplement_2), ii30–ii41. https://doi.org/10.1093/ecco-jcc/jjac011.

Evaluation and Licensing Division, Pharmaceutical and Food Safety Bureau. (2010). *Report of Deliberation Results*. Japanese Ministry of Health, Labour, and Welfare.

Jacqueline M. Benson, David Peritt, Bernard J. Scallon, George A. Heavner, David J. Shealy, Jill M. Giles-Komar & Mary Ann Mascelli (2011) Discovery and mechanism of ustekinumab, mAbs, 3:6, 535-545, DOI: 10.4161/mabs.3.6.17815

Joszt, L. (2024). *CareFirst Files Lawsuit Against J&J Over Delay Tactics for Stelara Biosimilars*. AJMC. https://www.ajmc.com/view/carefirst-files-lawsuit-against-j-j-over-delay-tactics-for-stelara-biosimilars.

Luo, J., Wu, S. J., Lacy, E. R., Orlovsky, Y., Baker, A., Teplyakov, A., Obmolova, G., Heavner, G. A., Richter, H. T., & Benson, J. (2010). Structural basis for the dual recognition of IL-12 and IL-23 by ustekinumab. *Journal of molecular biology*, *402*(5), 797–812. https://doi.org/10.1016/j.jmb.2010.07.046

Markus, R., Liu, J., Ramchandani, M., Landa, D., Born, T., & Kaur, P. (2017). Developing the Totality of Evidence for Biosimilars: Regulatory Considerations and Building Confidence for the Healthcare Community. *BioDrugs : clinical immunotherapeutics, biopharmaceuticals and gene therapy*, *31*(3), 175–187. https://doi.org/10.1007/s40259-017-0218-5.

Momenta 2019 SEC Filing 10-K, available at: https://www.sec.gov/Archives/edgar/data/1235010/000123501020000003/mnta1231201910k.htm

Pugliese, D., Privitera G., Fiorani M., Parisio L., Calvez v., Papa A., Gasbarrini A., Armuzzi A. (2022), Targeting IL 12/23 in ulcerative colitis: update on the role of Ustekinumab.

Research, C. for D. E. and. (2024). 9 Things to Know About Biosimilars and Interchangeable Biosimilars. *FDA*. https://www.fda.gov/drugs/things-know-about/9-things-know-about-biosimilars-and-interchangeable-biosimilars.

*Stelara Antitrust | Hagens Berman*, https://www.hbsslaw.com/cases/stelara-antitrust (December 7, 2023).

*Ustekinumab*. (n.d.). Go.drugbank.com. https://go.drugbank.com/drugs/DB05679

J. C. Way, D. Heid, M. Theiss, S. Nørrelykke, L. Barck, L., Burger, J. A. Bredl, T. Dobbertin, P. H.,T. Stadelmann, D. Niopek, K. Redfield Chan, R. Sivaraman, A. R. Graveline, A. Vernet, M. Sanchez-Ventura and P. A. Silver, *An Fc-SPINK1 fusion protein inhibits pancreatic inflammation in a mouse model*, February 12, 2025.

Wikipedia Contributors. (2019a, March 28). *Aspirin*. Wikipedia; Wikimedia Foundation. https://en.wikipedia.org/wiki/Aspirin.

Wikipedia Contributors. (2019b, November 8). *Ulcerative colitis*. Wikipedia; Wikimedia Foundation. https://en.wikipedia.org/wiki/Ulcerative_colitis.

Wikipedia Contributors. (2025, February 18). *Ustekinumab*. Wikipedia; Wikimedia Foundation. https://en.wikipedia.org/wiki/Ustekinumab.

Xu, J., Shao, Z., Wang, Z. *et al.* Developing a medium combination to attain similar glycosylation profile to originator by DoE and cluster analysis method. *Sci Rep* **11**, 7103 (2021). https://doi.org/10.1038/s41598-021-86447-0.

Yang, K., Oak A. S. W., and Elewski B. E. (2020), Use of IL-23- *Inhibitors for the Treatment of Plaque Psoriasis and Psoriatic Arthritis: A Comprehensive Review*.

### d.  Other

WIPO International Publication No. 2021/236765 A1