# EXHIBIT 9

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

CAREFIRST OF MARYLAND, INC.,
GROUP HOSPITALIZATION AND
MEDICAL SERVICES, INC., and
CAREFIRST BLUECHOICE, INC.,
on behalf of themselves and all others
similarly situated,

                    Plaintiffs,

        v.

JOHNSON & JOHNSON and JANSSEN
BIOTECH, INC.,

                    Defendants.

Civil Action No. 2:23-cv-00629-JKW-LRL

**REBUTTAL EXPERT REPORT OF JEFFREY WAY[1]**

---

[1] Some material referenced or quoted in this report refers to material that has been designated as "Highly Confidential—Attorneys' Eyes Only Information." It is the responsibility of each party to confirm that all such material has been properly redacted before sharing it with parties to this litigation who would not be able to view such materials under the governing Confidentiality Order entered in this action.

**TABLE OF CONTENTS**

I.      INTRODUCTION ................................................................................................... 1

II.     OPINIONS .............................................................................................................. 1

        A.      Dr. Miller mischaracterizes the opinions in my opening report. ........................... 2

        B.      Dr. Miller's focus on the claims of the Biosimilar Manufacturing patents is
                misleading. ............................................................................................................ 3

        C.      Dr. Miller ignores that biosimilar development was the primary purpose
                and utility of the Biosimilar Manufacturing patents. ............................................ 8

## I.    INTRODUCTION

1.    I have been retained in this matter by the plaintiffs: CareFirst of Maryland, Inc., Group Hospitalization and Medical Services, Inc., and CareFirst Bluechoice, Inc.

2.    As laid out in my opening report, the plaintiffs asked me to discuss biologic and biosimilar drug development and manufacturing and four Biosimilar Manufacturing patents[2] originally obtained by Momenta Pharmaceuticals. The plaintiffs also asked me to provide my opinion as to whether the technologies described in those patents are directed primarily at the development of biosimilar drug products. The plaintiffs have now asked me to prepare this rebuttal report to respond to Dr. Douglas Miller's critiques of my opening report.

3.    A supplemental CV is attached here as Exhibit A.

4.    A complete list of the materials I considered in preparing this report is attached here as Exhibit B.

5.    I reserve the right to amend or supplement this rebuttal report in view of additional evidence, court orders, information, or arguments that may be provided to me or presented by the defendants, their experts, or other testimony provided at a later date.

## II.    OPINIONS

6.    I have reviewed Dr. Miller's report. His report does not change the opinions I expressed in my opening report.[3]

---

[2] The Biosimilar Manufacturing patents are U.S. Patents Nos. 8,852,889, 9,217,168, 9,475,858, and 9,663,810.

[3] In this rebuttal, I respond to parts of Sections VII.B.3-4 of Dr. Miller's report. I do not respond to Sections VII.A and B.1-2 because they are unrelated to the opinion I gave in my opening expert report.

**A.     Dr. Miller mischaracterizes the opinions in my opening report.**

7.      In paragraph 156 of his report, Dr. Miller quotes my opinion that "the technologies claimed in the Biosimilar Manufacturing patents <u>could be useful</u> in developing and manufacturing certain kinds of biosimilar drugs, including biosimilars of Stelara," and "the technologies in these patents would <u>primarily</u> be useful for biosimilar drug development and manufacturing." (My underlines.) While stating that he disagrees with that opinion,[4] the entirety of his report actually rebuts a different opinion: that the patents' claims are "<u>limited to</u> 'manufactur[ing] biosimilar versions of protein antibody drugs to match a reference listed biologic drug as nearly as possible.'"[5] This error extends throughout his discussion of my report, as Dr. Miller repeatedly "disagree[s]" that the technologies in the Biosimilar Manufacturing patents can only be used to develop—and that their utility was <u>limited</u> to the purpose of developing—biosimilars.[6]

8.      In short, Dr. Miller disagrees with opinions I do not hold and did not provide. He agrees that at least the technologies in the Biosimilar Manufacturing patents could be used to "create[e] a biosimilar product that closely matches a [branded] reference product,"[7] and he fails to counter my actual opinion: that the Biosimilar Manufacturing patents are primarily useful to biosimilar manufacturing.

---

[4] Miller Report ¶¶ 157, 210.

[5] Miller Report ¶ 158 (quoting my opening report at ¶ 109) (my underline).

[6] Miller Report ¶¶ 157-59, 163, 166, 168, 175-76, 179-82, 210 (my underlines).

[7] Miller Report ¶¶ 186, 191.

**B.    Dr. Miller's focus on the claims of the Biosimilar Manufacturing patents is misleading.**

9.    Dr. Miller muddies the waters by stating that the patents' specifications and claim language support his opinion that the patents are not limited to biosimilar development. (Again, this argument does not rebut my actual opinion that the patents would be _primarily_ useful for biosimilar development.) His interpretation is confusing, misleading, and incomplete.[8]

10.    First, Dr. Miller asserts that the claims of the patents cover "recombinant antibodies or proteins generally, and are not specific to or limited to biosimilars."[9] This is simplistic and misleading.

11.    Based on my extensive experience drafting patents, developing biologic drugs, and in the field of biochemistry and molecular biology, the fact that the patents cover development or manufacture of "recombinant antibodies" does not mean that they do not cover development or manufacture of biosimilars. A "recombinant antibody" is an antibody (a protein molecule) that is made using recombinant DNA technology.[10] Recombinant DNA technology is a procedure in which a scientist puts a piece of engineered DNA into a cell and the cell then manufactures and secretes a specific antibody of interest, which can then be purified by the

---

[8] I note that Dr. Miller does not seem to have any experience with patents, and he bases his patent interpretation on directions given to him by J&J's counsel. In contrast, I passed the patent bar and have been an inventor on over a dozen patent applications and/or issued patents, and as Director of Intellectual Property at EMD Lexigen Research Center (a subsidiary of the German drug company Merck KGaA), I drafted at least 30 patent applications on behalf of other inventors and worked closely with outside counsel to develop a strategy for each patent to enhance its commercial utility.

[9] Miller Report ¶ 159.

[10] In my opening report, I described a more detailed version of this process using the analogy of a necklace-making factory. Way Opening Report at 12-16. In my analogy, an instruction manual (the DNA) is sent to the factory (the cell). Using the instructions (the DNA), a necklace (the specific antibody) is created. It is then removed from the factory conveyor belt (secreted) and shipped to the customer (ready for purification).

scientist. This type of antibody development could be contrasted with, for example, an antibody extracted as-is from animal or human blood. In other words, calling a molecule a "recombinant antibody" merely describes how the antibody was produced. Because, as I described in my opening report, brand biologic and biosimilar drugs are both developed through recombinant technology, a "recombinant antibody" can be a brand biologic or a biosimilar drug. Ustekinumab, whether brand Stelara or biosimilar ustekinumab, is an example of a recombinant antibody.

12.    Saying that the patents "are directed to recombinant antibodies" does not refute my point that the patents are primarily useful for developing and manufacturing biosimilars.

13.    Second, Dr. Miller incorrectly opines that "[n]one of the claims of the Momenta Patents expressly recite that the methods are to be used for biosimilar development or manufacture."[11] Not only is this irrelevant (whether the patents expressly state that the covered methods should be used to develop biosimilars has no bearing on whether they are primarily useful for such development), it is wrong. The term "biosimilar" does in fact appear in the specification of the '858 and '889 patents (the lysine/arginine patents), as follows:

> As used herein, a "'corresponding recombinant antibody' means a recombinant antibody that is the same recombinant antibody as a particular antibody but produced by a different recombinant method. For example, a corresponding recombinant antibody can be a bioequivalent or a biosimilar antibody." ('858 patent, column 23, lines 20-25; '889 patent, column 22, lines 58-63.)

14.    While "recombinant antibody" is a scientific term in the field of biologic development, the phrase "corresponding recombinant antibody" is not. Here, the patents instruct that a "corresponding recombinant antibody" could be a bioequivalent or a biosimilar

---

[11] Miller Report ¶ 159.

antibody[12]—i.e., a functionally identical version of the reference recombinant antibody that is made using a different recombinant method, such as a different DNA sequence or different type of cell. In other words, the patents expressly contemplate aiding in the manufacture of biosimilars as within the scope of the inventions.

15.     Dr. Miller's own opinion aligns with this interpretation. He acknowledges that the lysine/arginine patents disclose how to control C-terminal variants at a predetermined "target value," which "is relative to a 'corresponding recombinant antibody.'"[13] Dr. Miller then adds that "[t]he specification is clear that the 'corresponding recombinant antibody' includes, but importantly is not limited to a biosimilar antibody."[14]  While I agree that the target value that is "relative to a corresponding recombinant antibody" is not limited to a biosimilar antibody, controlling C-terminal variants in a corresponding recombinant antibody is primarily useful in the context of biosimilar development.

16.     Third, the claims and specifications of the Biosimilar Manufacturing patents implicitly refer, several times, to development of biosimilar drugs. For example, the specification section of the '168 patent, under the heading "Reference Polypeptides" (column 24, line 29), includes a long list of examples of therapeutic antibodies and antibody-related proteins that may

---

[12] The terms "bioequivalent" and "biosimilar" are almost synonymous. A "bioequivalent" antibody is one that has an equivalent effect in a person on treating a disease. A biosimilar antibody is one that typically has an identical amino acid sequence and some molecule-to-molecule variation that is similar enough to the molecule-to-molecule variation that there are no practical differences between the biosimilar antibody and the branded antibody.

[13] Miller Report ¶¶ 164-66 (quoting the '889 patent).

[14] Miller Report ¶ 166 (quoting the '889 patent). Based on my experience drafting dozens of patent applications and as Director of Intellectual Property, patent specification language is often deliberately broad. This allows inventors to seek multiple patents based on the same specification. It would be uncommon for a patent drafter to word their specification (and the claims) narrowly because doing so would foreclose potential patent coverage.

be used as reference products (i.e., original biologic molecules to be copied) for the present invention. Every one of those polypeptides was either FDA-approved or in clinical development with trade names—i.e., each listed drug was an already existing innovator biologic drug at the time the application for the '168 patent was submitted. (The '810 patent has a similar long list of examples of reference products; column 1-2.) This strongly suggests that the technology claimed is predominantly directed to the manufacture of a product that is similar or equivalent to a reference drug—i.e., trying to copy it. In other words, the specifications do not suggest that the technologies claimed in the patents are designed to aid in manufacturing original, first-generation drugs, but rather to aid in manufacturing copies of already existing ones.

17.     As in its specification, claim 27 of the '168 patent also lists: "The method of any one of claims 1, 10, 13, and 16, wherein the recombinant protein[15] is selected from the group consisting of abatacept, abciximab, adalimumab, aflibercept, alefacept, alemtuzumab, basiliximab, bevacizumab, belatacept, certolizumab, cetuximab, daclizumab, eculizumab, efalizumab, entanercept, gemtuzumab, ibritumomab, infliximab, muromonab-CD3, natalizumab, omalizumab, palivizumab, panitumumab, ranibizumab, rilonacept, rituximab, tositumomab, and trastuzumab."[16] Again, the fact that every one of the listed proteins was either FDA-approved or in clinical development with trade names indicates that the claimed technologies may help in

---

[15] As stated above, a recombinant protein is a molecule made using recombinant DNA technology, in which a scientist puts engineered DNA into a cell causing the cell to produce and secret the desired antibody, which the scientist then purifies to be used in patients or for further testing.

[16] '168 Patent, claim 27.

copying reference products. In other words, Claim 27 covers use of the patent's technology in making biosimilar versions of these listed reference products.[17] Claim 6 has a similar list.

18.    The same is true for the lysine/arginine patents. Claim 30 of the '889 patent each begin with "[a] method of producing a preparation of adalimumab, comprising: . . . ." Adalimumab is a pharmaceutical product that had been on the market already for more than ten years at the time the first of these patent applications was submitted. Its trade name is Humira.[18]

19.    Even though the term "biosimilar" is not used in the claim language of the '858 and '889 patents, their language clearly describes applying the claimed technology to produce biosimilar versions of previously existing biologic drugs and provides no examples of applying it to produce new or innovator biologic products.

20.    Accordingly, Dr. Miller's statement that "[n]one of the claims of the Momenta Patents expressly recite that the methods are to be used for biosimilar development or manufacture" is misleading.[19] These patents are primarily aimed at biosimilar development and manufacture, whether they use the word in any given paragraph or not.

21.    Finally, Dr. Miller points out that in the claims of the '168 and '810 (putrescine) patents that list many approved protein drugs, ustekinumab is not listed.[20] This fact fails to support his conclusion that the Biosimilar Manufacturing patents are not limited to biosimilar development. It also does not rebut my opinion that the putrescine patents are primarily aimed at

---

[17] The same analysis applies to claims 9 and 23 of the '810 patent, which includes the same list of proteins as is included in the '168 patent. Dr. Miller incorrectly refers to claim 7. Miller Report ¶ 161.

[18] Abbott Laboratories, Annual Report Form 10-K, p. 28 ("In 2003, Abbott began the worldwide launch of *HUMIRA*, which increased its worldwide sales to $1.4 billion in 2005…"), https://www.sec.gov/Archives/edgar/data/1800/000104746906002258/a2167223z10-k.htm.

[19] Miller Report ¶ 159.

[20] Miller Report ¶¶ 161-162.

biosimilars. There are many other recombinant antibody and antibody-related protein drugs, and

the fact that not all of them are listed does not change the fact that the products Dr. Prentice

listed in the patents were all previously existing medicines that a biosimilar company might seek

to replicate.

**C.      Dr. Miller ignores that biosimilar development was the primary purpose and utility of the Biosimilar Manufacturing patents.**

22.      Dr. Miller next tries to refute the testimony of the Biosimilar Manufacturing

patents' sole inventor, Holly Prentice.[21] Interestingly, J&J designated Dr. Prentice to testify as its

corporate witness in its infringement lawsuit against Amgen. I understand from counsel that this

means she was testifying as a spokesperson for the J&J corporation. This means that Dr. Miller,

J&J's current expert, is contradicting J&J's own testimony from just over two years ago.

23.      As stated in my opening report, Dr. Prentice testified that her motivation for

inventing the technologies covered by the Biosimilar Manufacturing patents was specifically to

aid in the manufacture of biosimilar drugs.[22] Her testimony, given as J&J's corporate witness,

(along with other statements made by J&J during its litigation against Amgen[23]) supports my

conclusion that the Biosimilar Manufacturing patents are primarily useful for biosimilar

manufacturing and development. Her statement was not the sole basis for my conclusion, nor did

---

[21] Miller Report ¶¶ 176-182.

[22] JNJ-STELARA_003642951 at -3022 (cited in Miller Report ¶ 179). Also as quoted in my opening report, in its motion for preliminary injunction, this is what J&J argued: the relevant Biosimilar Manufacturing patents "were invented for this exact purpose: to enable biosimilar manufacturers to better achieve equivalence to the originator product also called the 'reference product.'" JNJ-STELARA_003436445 at -451; Way Opening Report ¶ 104.

[23] Way Opening Report ¶¶ 107-108.

her statement lead to an opinion "that the methods of the Momenta patents are exclusively for the manufacture or development of a biosimilar product," as Dr. Miller incorrectly attributes to me.[24]

24.    Dr. Miller's only rebuttal to my (accurate) characterization of Dr. Prentice's testimony is that her testimony indicates "there are other possible uses" for the patents' technologies other than biosimilar manufacturing.[25] Again, I never stated that Dr. Prentice maintained that the patents could only be used to develop biosimilars. While Dr. Prentice acknowledged that there might be a situation unrelated to biosimilars where modulation of C-terminal lysines would be important (i.e., the method covered by the lysine/arginine patents), she made clear that she could not imagine what such a situation would be.[26] Dr. Prentice considered the use of the Momenta patents outside the context of biosimilars to be only a theoretical possibility.[27]

25.    Also, as stated in my opening report, the makers of biosimilars generally try to mimic as closely as possible the structure of the first patented version of the compound that they are replicating, whereas makers of a first patented compound are not trying to match anything and thus do not need the technology of these patents.[28] Dr. Prentice's testimony reflects those distinct goals.[29]

---

[24] Miller Report ¶ 179.

[25] *Id.*

[26] JNJ-STELARA_003642951 at -3021.

[27] *Id.* at -3021-3022.

[28] Way Opening Report ¶¶ 46, 71, 72, 89.

[29] JNJ-STELARA_003642951 at -3021 ("Achieving a desired level of C-terminal lysine is important in the context of biosimilarity. Achieving a modulating C-terminal lysines in other context, I have never seen anyone express a desire to do so.").

26.     Finally, Dr. Prentice's testimony is consistent with the uses to which J&J has put

the Momenta patents in the real world since it acquired them almost five years ago, a quarter of

the patents' lifetimes—to block biosimilars makers from developing competing ustekinumab

products.[30]

27.     Dr. Miller also addresses the testimony of another J&J witness, Dr. Matthew

Croughan.  Dr. Miller asserts that "J&J's expert, Dr. Matthew S. Croughan, recognizes that the

'858 patent and the '810 patent are not limited to use in the manufacture of biosimilars."[31]

However, the paragraph that Dr. Miller cites (Croughan Declaration, paragraph 66) says nothing

about biosimilars, one way or the other.

28.     In addition, by quoting this paragraph, Dr. Miller ignores the greater context and

thrust of Dr. Croughan's declaration, which J&J submitted in support of its motion for

preliminary injunction to support J&J's argument that the patents were useful for biosimilar

development.[32]

29.     For example, Dr. Croughan referred to the use of the '858 patent as relevant in

making biosimilars elsewhere in his declaration, saying: "The '858 patent further discloses how

---

[30] The '168 patent application was filed in 2013 and the patent issued in 2015. The '810 patent application was filed in 2015 and the patent issued in 2017. The '858 patent application was filed in 2012 and the patent issued in 2016. The '889 patent application was filed in 2014 and the patent issued in 2014.

[31] Miller Report ¶ 181.

[32] *See e.g.*, JNJ-STELARA_003436445 at -464 ("controlling glycan profiles in ABP 654 through the claimed method helps Amgen achieve biosimilarity by more closely approximating the glycan profile of its biosimilar to that of STELARA ®-i.e., using STELARA ®'s own glycan profile as a 'target value.' Croughan Decl. ¶¶ 163-167."); *id*. at -458 ("Thus, both [Biosimilar Manufacturing patents] claim methods of adjusting cell growth media to contain certain amounts of ***arginine*** or ***putrescine*** in order to achieve desired characteristics in the resulting antibodies-either adjusting arginine to control C-terminal variants, or adjusting putrescine levels to control glycans . . . to make a biosimilar product.") (my underline).

such methods are applied to manufacture of an antibody preparation in connection with making a biosimilar version of a reference product."[33]

30.    Dr. Croughan similarly referred to the use of the '168 patent in making biosimilars: "The '168 patent describes that concentrations of putrescine in the culture medium may allow for the influence of the proportions of one or more mature glycans in the synthesis of polypeptides as part of making a biosimilar to a reference product."[34]

31.    Therefore, when Dr. Croughan provided a general overview of the patent disclosures, he used the word "biosimilar" to describe the type of molecule that a user of each patent's technology would be developing, which would be compared to a reference product. This accords with my view that the primary use of the Prentice patents is for biosimilars, and illustrates that Dr. Croughan, another witness retained by J&J, had the same understanding.

32.    In paragraph 182, Dr. Miller states that "[i]n the overview of both patents, he [Dr. Croughan] describes both patents as related, generally, to producing 'recombinant polypeptides.'" As noted above, "recombinant polypeptides" is a scientific term describing polypeptides (i.e. proteins) made by recombinant DNA technology and these may include biosimilars as well as branded products.  The fact that Dr. Croughan referred to "recombinant polypeptides" does not imply Dr. Croughan had any opinion about whether the patents would be useful in making biosimilars, branded products, or both. Therefore, Dr. Miller's conclusion that Dr. Croughan did not "describe the patents as strictly limited to the manufacture of biosimilars" is unhelpful since Dr. Croughan's declaration appears neutral on this point and is simply not relevant to the question of what the patents cover.

---

[33] Croughan Declaration ¶ 70, JNJ-STELARA_000036434 at -6454.

[34] Croughan Declaration ¶ 75, JNJ-STELARA_000036434 at -6455.

33.     Miller also ignores the context of J&J's own assertions about the Biosimilar

Manufacturing patents that the company made in its legal filings.  For example, in its

Memorandum in Support of Janssen's Motion for a Preliminary Injunction,"[35] J&J states:

> First, Janssen is likely to succeed on the merits. As part of its efforts to
> develop STELARA® and other innovative drugs, Janssen has
> developed and acquired various patents, including the two patents for
> using living cells to manufacture therapeutic antibodies that form the
> basis of this motion (the "Manufacturing Patents"). Amgen directly
> infringes the Manufacturing Patents because Amgen's manufacturing
> process for ABP 654 uses a cell culture medium containing the exact
> components (arginine and putrescine) within the very same ranges
> claimed by those patents, and targets and controls certain features of
> its resulting antibody drug product. . . . . This was no accident. Amgen
> used these patents to make ABP 654 as close a copy to STELARA®
> as possible. These patents were invented for this exact purpose: to
> enable biosimilar manufacturers to better achieve equivalence to the
> originator product, also called the "reference product." And Amgen
> took full advantage of those inventions, so much so that Amgen is
> seeking not only a biosimilarity designation, but also an
> "interchangeability" designation, meaning that the two products can be
> swapped without the prescribing physician's instruction or consent. In
> copying Janssen's product, Amgen infringed Janssen's patents.

34.     This paragraph from J&J asserts that, contrary to Dr. Miller's statements, the

patents were invented for the purpose of achieving equivalence to an originator product.  This

paragraph from J&J also demonstrates the company's understanding that the term "reference

product" in the patents refers to an originator product that a biosimilar manufacturer is trying to

copy.  This is contrary to Dr. Miller's report[36] which tries to argue that a "reference product"

may refer to something else and might not even be a therapeutic glycoprotein.  Thus, Dr. Miller's

view of the patents' utility is at odds with the one previously taken by Janssen/J&J and its

representatives.

---

[35] JNJ-STELARA_003436445 at -450-451 (my underline).

[36] Miller Report ¶¶ 169-73.

35.    Finally, it is notable that Dr. Miller does not provide any evidence that the Momenta patents have ever been either (a) used by J&J in manufacturing any of its marketed or pipeline products (despite owning the patents for four-and-a-half years), or (b) asserted against any entity other than biosimilar Stelara manufacturers. Rather, Dr. Miller simply opines that the technologies claimed in the Biosimilar Manufacturing patents "may be useful" in developing new J&J products, and that J&J "may seek" to use those technologies in its own research and development (and that such use would have "no connection to ustekinumab" or Stelara biosimilars).[36] While this may theoretically be true, it is not relevant here and does not refute my opinion as previously stated.

36.    Dr. Miller has presented no evidence that the patents have been the subject of any licensing deals or any lawsuits involving new, branded protein drugs or for J&J's internal research. J&J's failure to offer any evidence that it has put the Momenta patents to any other use other than delaying biosimilar entry, confirms my previous opinion that, "the technologies in these patents would primarily be useful for biosimilar drug development and manufacturing."

\*    \*    \*

37.    I hold all of the above opinions to a reasonable degree of professional certainty in the field of biologic and biosimilar development and manufacturing.

DATED: June 10, 2025

Jeffrey Way

---

[36] Miller Report ¶¶ 185, 189; *see also* Miller Report, Section VII.B.4 (¶¶ 183-210). This is the case even though J&J hired Dr. Miller as its expert, and therefore, could easily make such information about its pipeline available to Dr. Miller in a confidential manner.

- 13 -

# EXHIBIT A

**JEFFREY WAY**
**108 Fayerweather Street**
**Cambridge, MA  02138**
**(617) 372-2019**
**Email:  jeff.way@genbiologics.com**

## CURRICULUM  VITAE

## PROFESSIONAL EXPERIENCE

*General Biologics, Inc.*
Co-Founder, President and CEO                                   2016-present

- Startup biotechnology company focused on engineered fusion proteins

- Founded to commercialize IP from Harvard as well as own products

- Finalized two exclusive licensing deals for key patents

- Consulting services for protein drug companies (fusion protein construction, antibody humanization, etc.)

*Harvard Medical School*
*Laboratory of Systems Pharmacology and Dept. of Systems Biology*, Lecturer    2018-present
*Wyss Institute for Biologically Inspired Engineering*                         2009-2018

- Project Manager, DARPA and IARPA agreements; protein engineering efforts; research in synthetic biology and advanced protein therapeutics

- Lecturer, Dept. of Systems Biology; graduate-level lectures on protein engineering, and synthetic biology

- Member, Regulatory Sciences Advisory Group

- Co-founder and first president, *64x, Inc*.

*EMD Lexigen Pharmaceuticals/EMD Serono Research Institute*    1999 – 2008
Director of Structural Biology                                 2006-2008

- Integrated protein structure and protein engineering scientific strategies

- Led R&D on erythropoietin fusion protein from concept through preclinical development

- Managed research collaboration with MIT on anti-EGFR antibodies

- Identified technology & product opportunities, acquisition and spinoff candidates

- Scientific due diligence on licensing and acquisition targets

- Antibody deimmunization, humanization, and folding optimization; phage screening

<u>Director of Intellectual Property</u>                                         1999-2007

- Managed portfolio of over 40 patent applications;

- Built and managed IP team

- Developed patent strategy, prepared patent applications

- Performed internal and managed external prior art searches; responsible for patent due diligence

- Developed out-licensing and spinoff strategies for unused intellectual property

- Managed relations with external counsel and with Merck KGaA Patent Department

- Passed Patent Bar Exam (2004)

**Polaris Pharmaceuticals**
<u>Vice President of Biology</u>                                               1998-1999

- Start-up company based on a method for blocking protein-protein interactions. I conceptually developed and patented the methodology (U.S. Patent 6,465,192, Way 2000) and subsequently licensed it to Merck KGaA.

**Fuji ImmunoPharmaceuticals Corp**.                                         1996-1997
<u>Director of Communications, Senior Advisor to the Corporation</u>

- Wrote FIP business plan

- Wrote Nature Biotechnology paper on FIP's AIDS drug

- Managed press relations

- Identified drug development opportunities, sought corporate partnerships

- Project manager for Hoffmann-La Roche collaboration

**Rutgers University, Dept. of Biological Sciences**                          1990-1996
<u>Assistant Professor</u>

- Directed lab of graduate students, technicians, undergraduates

- Research on C. elegans neuronal development, and asymmetric cell division

**Princeton University**                                                      1989-1990
<u>Senior Research Associate</u>

- Research on C. elegans neuronal development, S. cerevisiae cell biology

- Awarded Merck & Co. Post-doctoral fellowship

**Columbia University**                                                       1984-1988
<u>Post-doctoral Fellow</u>, Laboratory of Dr. Martin Chalfie, Dept. of Biological Sciences

- Research on C. elegans neuronal development and transcription; cloned and characterized mec-3 (a defining member of the LIM domain family)

## EDUCATION

Harvard College        B.A., Magna cum laude, Biochemistry and Molecular Biology        1978

Harvard University    Ph.D., Biochemistry and Molecular Biology        1984

## PUBLICATIONS AND PATENTS

### Publications

Doiron K, Way JC, Silver P. (2025). Rational design of selective bispecific EPO-R/CD131 agonists. bioRxiv, 10 Apr. 2025, doi:10.1101/2025.04.10.648227.

Way JC, Heid D, Theiss M, Noerrelykke S, Barck L, Burger L, Bredl JA, Dobbertin T, Hoeflich P, Stadelmann T, Niopek D, Chan KR, Graveline AR, Vernet A, Sanchez-Ventura M, Silver PA. An Fc-SPINK1 fusion protein inhibits pancreatic inflammation in a mouse model. *bioRxiv*, 21 Feb. 2025, doi:10.1101/2025.02.21.639528.

Lim S, Reilly CB, Barghouti Z, Marelli B, Way JC, Silver PA.  Tardigrade secretory proteins protect biological structures from desiccation.  Commun Biol. 2024 May 25;7(1):633.

Kready K, Doiron K, Chan KR, Way J, Justman Q, Powe CE, Silver P.  A long-acting prolactin to combat lactation insufficiency.  bioRxiv [Preprint]. 2023 Dec 15:2023.12.15.571886.

Lim S, Yocum RR, Silver PA, Way JC.  High spontaneous integration rates of end-modified linear DNAs upon mammalian cell transfection.  Sci Rep. 2023 Apr 26;13(1):6835. doi: 10.1038/s41598-023-33862-0.

Way JC, Burrill DR, Silver PA.  Bioinspired Design of Artificial Signaling Systems. Biochemistry. 2023 Jan 17;62(2):178-186. doi: 10.1021/acs.biochem.2c00368.

Ng TL, Olson EJ, Yoo TY, Weiss HS, Koide Y, Koch PD, Rollins NJ, Mach P, Meisinger T, Bricken T, Chang TZ, Molloy C, Zürcher J, Chang RL, Mitchison TJ, Glass JI, Marks DS, Way JC, Silver PA. High-Content Screening and Computational Prediction Reveal Viral Genes That Suppress the Innate Immune Response. mSystems. 2022 Apr 26;7(2):e0146621. doi: 10.1128/msystems.01466-21. PMID: 35319251

Veling MT, Nguyen DT, Thadani NN, Oster ME, Rollins NJ, Brock KP, Bethel NP, Lim S, Baker D, Way JC, Marks DS, Chang RL, Silver PA. Natural and Designed Proteins Inspired by Extremotolerant Organisms Can Form Condensates and Attenuate Apoptosis in Human Cells. ACS Synth Biol. 2022 Mar 18;11(3):1292-1302. doi: 10.1021/acssynbio.1c00572. PMID: 35176859

Lee J, Vernet A, Gruber NG, Kready KM, Burrill DR, Way JC, Silver PA. Rational engineering of an erythropoietin fusion protein to treat hypoxia. Protein Eng Des Sel. 2021 Feb 15;34:gzab025. doi: 10.1093/protein/gzab025.  PMID: 34725710

Stirling F, Naydich A, Bramante J, Barocio R, Certo M, Wellington H, Redfield E, O'Keefe S, Gao S, Cusolito A, Way J, Silver P. Synthetic Cassettes for pH-Mediated Sensing, Counting, and Containment.  Cell Rep. 2020 Mar 3;30(9):3139-3148.e4. doi: 10.1016/j.celrep.2020.02.033.

Hsu BB, Plant IN, Lyon L, Anastassacos FM, Way JC, Silver PA.In situ reprogramming of gut bacteria by oral delivery.  Nat Commun. 2020 Oct 6;11(1):5030. doi: 10.1038/s41467-020-18614-2.  PMID: 33024097

Silver PA, Way JC. A Targeted Vaccine against COVID-19: S1-Fc Vaccine Targeting the Antigen-Presenting Cell Compartment Elicits Protection against SARS-CoV-2 Infection. Rapid Reviews: COVID-19, 11 Aug. 2020, doi:10.21428/2e3983f5.c54095d3.

Hsu BB, Way JC, Silver PA.  Stable Neutralization of a Virulence Factor in Bacteria Using Temperate Phage in the Mammalian Gut.  mSystems. 2020 Jan 28;5(1). pii: e00013-20. doi: 10.1128/mSystems.00013-20.

Lee J, Vernet A, Redfield K, Lu S, Ghiran IC, Way JC, Silver PA.  Rational Design of a Bifunctional AND-Gate Ligand To Modulate Cell-Cell Interactions.  ACS Synth Biol. 2020 Feb 21;9(2):191-197. doi: 10.1021/acssynbio.9b00273.

Ziesack M, Gibson T, Oliver JKW, Shumaker AM, Hsu BB, Riglar DT, Giessen TW, DiBenedetto NV, Bry L, Way JC, Silver PA, Gerber GK.  Engineered Interspecies Amino Acid Cross-Feeding Increases Population Evenness in a Synthetic Bacterial Consortium.  mSystems. 2019 Aug 13;4(4). pii: e00352-19. doi: 10.1128/mSystems.00352-19.

Lee J,  Redfield K, Way J, Silver P.  Minimizing side effects, maximizing returns: what makes a smart therapeutic design? Biochem (Lond) (2019) 41 (3): 28–32. https://doi.org/10.1042/BIO04103028.

Naydich AD, Nangle SN, Bues JJ, Trivedi D, Nissar N, Inniss MC, Niederhuber MJ, Way JC, Silver PA, Riglar DT.  Synthetic Gene Circuits Enable Systems-Level Biosensor Trigger Discovery at the Host-Microbe Interface.  mSystems. 2019 Jun 11;4(4). pii: e00125-19. doi: 10.1128/mSystems.00125-19.

Stirling F, Bitzan L, O'Keefe S, Redfield E, Oliver JWK, Way JC, Silver PA. Rational Design of Evolutionarily Stable Microbial Kill Switches. Mol Cell. 2018 Oct 18;72(2):395. doi:10.1016/j.molcel.2018.10.002.

Kim S, Kerns SJ, Ziesack M, Bry L, Gerber GK, Way JC, Silver PA.  Quorum Sensing Can Be Repurposed To Promote Information Transfer between Bacteria in the Mammalian Gut.  ACS Synth Biol. 2018 Sep 21;7(9):2270-2281. doi: 10.1021/acssynbio.8b00271.

Spady ES, Wyche TP, Rollins NJ, Clardy J, Way JC, Silver PA.  Mammalian Cells Engineered To Produce New Steroids.  Chembiochem. 2018 Sep 4;19(17):1827-1833. doi: 10.1002/cbic.201800214.

Ziesack M, Karrenbelt MAP, Bues J, Schaefer E, Silver P, Way J.  Escherichia coli NGF-1, a Genetically Tractable, Efficiently Colonizing Murine Gut Isolate.  Microbiol Resour Announc. 2018 Dec 6;7(22):e01416-18. doi: 10.1128/MRA.01416-18.

Ziesack M, Rollins N, Shah A, Dusel B, Webster G, Silver PA, Way JC.  Chimeric Fatty Acyl-Acyl Carrier Protein Thioesterases Provide Mechanistic Insight into Enzyme Specificity and Expression.  Appl Environ Microbiol. 2018 May 1;84(10). pii: e02868-17.

Kuo J, Stirling F, Lau YH, Shulgina Y, Way JC, Silver PA.  Synthetic genome recoding: new genetic codes for new features.  Curr Genet. 2017 Oct 5. PMID:  28983660

Stirling F, Bitzan L, O'Keefe S, Redfield E, Oliver JWK, Way JC, Silver PA. Rational Design of Evolutionarily Stable Microbial Kill Switches. Mol Cell. 2017 Nov 16;68(4):686-697.e3. doi:10.1016/j.molcel.2017.10.033.

Certain LK, Way JC, Pezone MJ, Collins JJ.  Using Engineered Bacteria to Characterize Infection Dynamics and Antibiotic Effects In Vivo.  Cell Host Microbe. 2017 22(3):263-268.e4. PMID: 28867388

Riglar DT, Giessen TW, Baym M, Kerns SJ, Niederhuber MJ, Bronson RT, Kotula JW, Gerber GK, Way JC, Silver PA.  Engineered bacteria can function in the mammalian gut long-term as live diagnostics of inflammation.Nat Biotechnol. 2017 Jul;35(7):653-658. PMID:  28553941

Lau YH, Stirling F, Kuo J, Karrenbelt MAP, Chan YA, Riesselman A, Horton CA, Schäfer E, Lips D, Weinstock MT, Gibson DG, Way JC, Silver PA.  Large-scale recoding of a bacterial genome by iterative recombineering of synthetic DNA.  Nucleic Acids Res. 2017 45(11):6971-6980. PMID:  28499033

Brown DM, Chan YA, Desai PJ, Grzesik P, Oldfield LM, Vashee S, Way JC, Silver PA, Glass JI.  Efficient size-independent chromosome delivery from yeast to cultured cell lines.  Nucleic Acids Res. 2017 Apr 20;45(7):e50. PMID:  27980064

Noman N, Inniss M, Iba H, Way JC.  Pulse Detecting Genetic Circuit - A New Design Approach.PLoS One. 2016 Dec 1;11(12):e0167162.

Liu X, Lopez PA, Giessen TW, Giles M, Way JC, Silver PA.  Engineering Genetically Encoded Mineralization and Magnetism via Directed Evolution.  Sci Rep. 2016 Nov 29;6:38019.

Lee JW, Gyorgy A, Cameron DE, Pyenson N, Choi KR, Way JC, Silver PA, Del Vecchio D, Collins JJ.  Creating Single-Copy Genetic Circuits.  Mol Cell. 2016 Jul 21;63(2):329-36.

Boeke JD, Church G, Hessel A, Kelley NJ, Arkin A, Cai Y, Carlson R, Chakravarti A, Cornish VW, Holt L, Isaacs FJ, Kuiken T, Lajoie M, Lessor T, Lunshof J, Maurano MT, Mitchell LA, Rine J, Rosser S, Sanjana NE, Silver PA, Valle D, Wang H, Way JC, Yang L. The Genome Project-Write.  Science. 2016 Jul 8;353(6295):126-7.

Burrill DR, Vernet A, Collins JJ, Silver PA, Way JC.  Targeted erythropoietin selectively stimulates red blood cell expansion in vivo.  Proc Natl Acad Sci U S A. 2016 May 10;113(19):5245-50.

Liu X, Hicks WM, Silver PA, Way JC. Engineering acyl carrier protein to enhance production of shortened fatty acids.  Biotechnol Biofuels. 2016 Feb 2;9:24.

Chen JS, Colón B, Dusel B, Ziesack M, Way JC, Torella JP. Production of fatty acids in Ralstonia eutropha H16 by engineering β-oxidation and carbon storage.  PeerJ. 2015 Dec 7;3:e1468.

Ford TJ, Way JC.  Enhancement of E. coli acyl-CoA synthetase FadD activity on medium chain fatty acids. PeerJ. 2015 Jun 30;3:e1040.

Torella JP, Gagliardi CJ, Chen JS, Bediako DK, Colón B, Way JC, Silver PA, Nocera DG. Efficient solar-to-fuels production from a hybrid microbial-water-splitting catalyst system.  Proc Natl Acad Sci U S A. 2015 Feb 24;112(8):2337-42.

Robinson-Mosher A, Chen JH, Way J, Silver PA.  Designing cell-targeted therapeutic proteins reveals the interplay between domain connectivity and cell binding.  Biophys J. 2014 Nov 18;107(10):2456-66.

Torella JP, Lienert F, Boehm CR, Chen JH, Way JC, Silver PA.  Unique nucleotide sequence-guided assembly of repetitive DNA parts for synthetic biology applications.  Nat Protoc. 2014 Sep;9(9):2075-89.

Sachdeva G, Garg A, Godding D, Way JC, Silver PA.  In vivo co-localization of enzymes on RNA scaffolds increases metabolic production in a geometrically dependent manner.  Nucleic Acids Res. 2014 Aug;42(14):9493-503.

Silver PA, Way JC, Arnold FH, Meyerowitz JT. Synthetic biology: Engineering explored. Nature. 2014 May 8;509(7499):166-7.

Mattozzi MD, Voges MJ, Silver PA, Way JC. Transient gene expression in tobacco using Gibson assembly and the Gene Gun. J Vis Exp. 2014 Apr 18;(86). doi: 10.3791/51234.

Kotula JW, Kerns SJ, Shaket LA, Siraj L, Collins JJ, Way JC, Silver PA.  Programmable bacteria detect and record an environmental signal in the mammalian gut. Proc. Natl. Acad. Sci U S A. 2014 Apr 1;111(13):4838-43.

Way JC, Collins JJ, Keasling JD, Silver PA.  Integrating Biological Redesign: Where Synthetic Biology Came From and Where It Needs to Go.  Cell 2014 Mar 27.  157:151-161

Torella JP, Boehm CR, Lienert F, Chen JH, Way JC, Silver PA.  Rapid construction of insulated genetic circuits via synthetic sequence-guided isothermal assembly.  Nucleic Acids Res. 2014 Jan;42(1):681-9.

Voges MJ, Silver PA, Way JC, Mattozzi MD.  Targeting a heterologous protein to multiple plant organelles via rationally designed 5' mRNA tags.  J Biol Eng. 2013 Sep 8;7(1):20.

Torella JP, Ford TJ, Kim SN, Chen AM, Way JC, Silver PA.  Tailored fatty acid synthesis via dynamic control of fatty acid elongation. Proc Natl Acad Sci U S A. 2013 Jul 9;110(28):11290-5.

Robinson-Mosher A, Shinar T, Silver PA, Way J.  Dynamics simulations for engineering macromolecular interactions. Chaos. 2013 Jun;23(2):025110.

Mattozzi M, Ziesack M, Voges MJ, Silver PA, Way JC.  Expression of the sub-pathways of the Chloroflexus aurantiacus 3-hydroxypropionate carbon fixation bicycle in E. coli: Toward horizontal transfer of autotrophic growth.  Metab Eng. 2013 16:130-9.

Ducat DC, Avelar-Rivas JA, Way JC, Silver PA.  Rerouting carbon flux to enhance photosynthetic productivity. Appl Environ Microbiol. 2012 Apr;78(8):2660-8.

Agapakis CM, Niederholtmeyer H, Noche RR, Lieberman TD, Megason SG, Way JC, Silver PA. Towards a synthetic chloroplast. PLoS One. 2011 Apr 20;6(4):e18877.

Ducat DC, Way JC, Silver PA. Engineering cyanobacteria to generate high-value products. Trends Biotechnol. 2011 Feb;29(2):95-103.

Kosuri S, Eroshenko N, Leproust EM, Super M, Way J, Li JB, Church GM.  Scalable gene synthesis by selective amplification of DNA pools from high-fidelity microchips.  Nat Biotechnol. 2010 Dec;28(12):1295-9.

Aldaye FA, Senapedis WT, Silver PA, Way JC.  A structurally tunable DNA-based extracellular matrix. J Am Chem Soc. 2010 Oct 27;132(42):14727-9.

Niederholtmeyer H, Wolfstädter BT, Savage DF, Silver PA, Way JC. Engineering cyanobacteria to synthesize and export hydrophilic products.  Appl Environ Microbiol. 2010; 76(11):3462-6.

Agapakis CM, Ducat DC, Boyle PM, Wintermute EH, Way JC, Silver PA.  Insulation of a synthetic hydrogen metabolism circuit in bacteria. J Biol Eng. 2010; 4:3.

Taylor ND, Way JC, Silver PA, Cironi P.  Anti-glycophorin single-chain Fv fusion to low-affinity mutant erythropoietin improves red blood cell-lineage specificity.  Protein Eng Des Sel. 2010 Apr;23(4):251-60.

Savage D.; Way J.; Silver P. A.  Defossiling Fuel: How Synthetic Biology Can Transform Biofuel Production.  ACS Chem. Biol.; (In Focus); 2008; 3(1); 13-16.

Way J, Super M.  The potential for cancer combination therapy with multi-targeted, single-protein pharmaceuticals. Expert Opinion on Drug Discovery. 2008; 3(2):147-152.

Silver PA, Way JC.  Molecular systems biology in drug development.  Clin. Pharmacol. Ther. 2007 Nov;82(5):586-90.

Silver PA, Way JC.  Systems engineering without an engineer: Why we need systems biology. Complexity. 13(2):22-29.

Drubin D, Way JC, Silver PA.  Designing biological systems.  Genes & Development 2007 Genes Dev. 2007 Feb;21:242-54.

Way JC, Lauder S, Brunkhorst B, Kong SM, Qi A, Webster G, Campbell I, McKenzie S, Lan Y, Marelli B, Nguyen LA, Degon S, Lo KM, Gillies SD.  Improvement of Fc-erythropoietin

structure and pharmacokinetics by modification at a disulfide bond.  Protein Eng Des Sel. 2005 18:111-8.

Silver, PA, and Way JC.  Cells by design:  The potential for synthetic biology.  The Scientist Sept. 27, 2004: 30-31.

Kau TR, Way JC, Silver PA.  Nuclear transport and cancer: from mechanism to intervention. Nat Rev Cancer. 2004 Feb;4(2):106-17.

Way JC.  Second generation protein drugs:  Children of the revolution.  Drug Discovery World Winter 2003.

Way JC.  Covalent modification as a strategy to block protein-protein interactions with small-molecule drugs.  Curr Opin Chem Biol. 2000 Feb;4(1):40-6. Review.

Ono M, Wada Y, Wu Y, Nemori R, Jinbo Y, Wang H, Lo KM, Yamaguchi N, Brunkhorst B, Otomo H, Wesolowski J, Way JC, Itoh I, Gillies S, Chen LB.  FP-21399 blocks HIV envelope protein-mediated membrane fusion and concentrates in lymph nodes.  Nat Biotechnol. 1997 Apr;15(4):343-8.

Wang L, Way JC.  Promoter sequences for the establishment of mec-3 expression in the nematode Caenorhabditis elegans.  Mech Dev. 1996 May;56(1-2):183-96.

Wang L, Way JC.  Activation of the mec-3 promoter in two classes of stereotyped lineages in Caenorhabditis elegans.  Mech Dev. 1996 May;56(1-2):165-81.

Run JQ, Steven R, Hung MS, van Weeghel R, Culotti JG, Way JC.   Suppressors of the unc-73 gene of Caenorhabditis elegans.  Genetics. 1996 May;143(1):225-36.

Way JC.  The mechanism of bacterial asymmetric cell division.  Bioessays. 1996 18(2):99-101. Review.

Way JC, Wang L, Run JQ, Hung MS.  Cell polarity and the mechanism of asymmetric cell division.  Bioessays. 1994 Dec;16(12):925-31. Review.

Silver PA, Way JC.  Eukaryotic DnaJ homologs and the specificity of Hsp70 activity. Cell. 1993 Jul 16;74(1):5-6. Review.

Hamelin M, Scott IM, Way JC, Culotti JG.  The mec-7 beta-tubulin gene of Caenorhabditis elegans is expressed primarily in the touch receptor neurons.  EMBO J. 1992 Aug;11(8):2885-93.

Way JC, Run JQ, Wang AY.  Regulation of anterior cell-specific mec-3 expression during asymmetric cell division in C. elegans.  Dev Dyn. 1992 Aug;194(4):289-302.

Way JC, Wang L, Run JQ, Wang A. The mec-3 gene contains cis-acting elements mediating positive and negative regulation in cells produced by asymmetric cell division in Caenorhabditis elegans.  Genes Dev. 1991 Dec;5(12A):2199-211.

Way JC, Chalfie M.  The mec-3 gene of Caenorhabditis elegans requires its own product for maintained expression and is expressed in three neuronal cell types.  Genes Dev. 1989 Dec;3(12A):1823-33.

Way JC, Chalfie M.  Mec-3, a homeobox-containing gene that specifies differentiation of the touch receptor neurons in C. elegans.  Cell. 1988 Jul 1;54(1):5-16.

Way JC, Kleckner N.  Transposition of plasmid-borne Tn10 elements does not exhibit simple length-dependence.  Genetics. 1985 Dec;111(4):705-13.

Way JC, Davis MA, Morisato D, Roberts DE, Kleckner N.  New Tn10 derivatives for transposon mutagenesis and for construction of lacZ operon fusions by transposition.  Gene. 1984 Dec;32(3):369-79.

Way JC, Kleckner N. Essential sites at transposon Tn 10 termini.  Proc Natl Acad Sci U S A. 1984 Jun;81(11):3452-6.

Morisato D, Way JC, Kim HJ, Kleckner N.  Tn10 transposase acts preferentially on nearby transposon ends in vivo.  Cell. 1983 Mar;32(3):799-807.

Halling SM, Simons RW, Way JC, Walsh RB, Kleckner N. DNA sequence organization of IS10-right of Tn10 and comparison with IS10-left.  Proc Natl Acad Sci U S A. 1982 Apr;79(8):2608-12.

Young R, Smith Grillo D, Isberg R, Way J, Syvanen M. Transposition of the kanamycin-resistance transposon Tn903. Mol Gen Genet. 1980;178(3):681-9.

Young R, Way J, Way S, Yin J, Syvanen M.  Transposition mutagenesis of bacteriophage lambda: a new gene affecting cell lysis.  J Mol Biol. 1979 Aug 15;132(3):307-22.

**<u>Issued patents</u> (Independent Filings)**

1.     U.S. Patent 12,116,606. "Complement factor I-related compositions and methods." Inventors:  Blouse, Kumar, Knudsen, Jensen, Randers, Oldenburg, Schar, Traylor, Furfine, Way, Jendroszek, Sandikci, McGuire, Iyer, Le Moan.

2.     U.S. Patent 11,795,212. "Engineered microbe-targeting molecules and uses thereof." Inventors: Ingber, Super, Way, Cartwright, Berthet, Super, Rottman, Watters.

3.     U.S. Patent 11,613,744. "Modified urokinase-type plasminogen activator polypeptides and methods of use." Inventors: Madison, Thanos, Soros, Popkov, Tipton, Traylor, Furfine, Way.

4.     U.S. Patent 11,203,623. "Engineered opsonin for pathogen detection and treatment." Inventors: Super, Way, Ingber.

5.     U.S. Patent 11,059,873. "Engineered opsonin for pathogen detection and treatment." Inventors: Super, Way, Ingber.

6.      U.S. Patent 11,059,874. "Engineered opsonin for pathogen detection and treatment."
Inventors: Super, Way, Ingber.

7.      U.S. Patent 11,014,973. "Fusion proteins for treating cancer and related methods."
Inventors: Way, Robinson-Mosher.

8.      U.S. Patent 10,907,221. "Engineered genetic enteric sensor bacteria and uses thereof."
Inventors: Ketula, Kerns, Way, Silver, Shaket.

9.      U.S. Patent 10,865,235. "Engineered microbe-targeting molecules and uses thereof."
Inventors: Ingber, Super, Way, Cartwright, Berthet, Super, Rottman, Watters.

10.     U.S. Patent 10,703,824. "Internalizing moieties." Inventors: Armstrong, Way.

11.     U.S. Patent 10,538,562. "Engineered opsonin for pathogen detection and treatment."
Inventors: Super, Way, Ingber.

12.     U.S. Patent 10,538,566. "Fusion proteins for treating cancer and related methods."
Inventors: Way, Robinson-Mosher.

13.     U.S. Patent 10,526,399. "Engineered microbe-targeting molecules and uses thereof."
Inventors: Ingber, Super, Way, Cartwright, Berthet, Super, Rottman, Watters.

14.     U.S. Patent 10,385,367. "Methods and molecules for yield improvement involving
metabolic engineering." Inventors: Way, Davis.

15.     U.S. Patent 10,308,697. "Fusion proteins for treating cancer and related methods."
Inventors: Way, Robinson-Mosher.

16.     U.S. Patent 10,221,250. "Internalizing moieties." Inventors: Armstrong, Way.

17.     U.S. Patent 10,047,405. "Engineered genetic enteric sensor bacteria and uses thereof."
Inventors: Ketula, Kerns, Way, Silver.

18.     U.S. Patent 10,017,581. "Methods and compositions for treatment of pompe disease."
Inventors: Armstrong, Way.

19.     U.S. Patent 9,593,160. "Engineered microbe-targeting molecules and uses thereof."
Inventors: Ingber, Super, Way, Cartwright, Berthet, Super, Rottman, Watters.

20.     U.S. Patent 9,150,631.  "Engineered opsonin for pathogen detection and treatment."
Inventors:  Super, Way, Ingber.

21.     U.S. Patent 8,926,973. "Reducing the immunogenicity of fusion proteins." Gillies, Way,
Hamilton.

22.     U.S. Patent 8,536,308.  "Antibodies to interleukin-6."  Inventors:  Way, Liu.

23.    U.S. Patent 8,066,994.  "Proteins comprising an IgG2 domain."  Inventors: Gillies, Way, Lo.

24.    U.S. Patent 7,973,150.  "Reducing the immunogenicity of fusion proteins." Inventors: Gillies, Way, Hamilton.

25.    U.S. Patent 7,820,155.  "Methods of treating cancer comprising administering an interleukin-6 antibody variable region."  Inventor:  Way.

26.    U.S. Patent 7,615,217.  "Artificial proteins with reduced immunogenicity."  Inventors: Gillies, Carr, Jones, Carter, Hamilton, Williams, Hanlon, Watkins, Baker, Way.

27.    U.S. Patent 7,601,814.  "Reducing the immunogenicity of fusion proteins." Inventors: Gillies, Way, Hamilton.

28.    U.S. Patent 7,589,179.  "IL-7 variants with reduced immunogenicity." Inventors:  Gillies, Way.

29.    U.S. Patent 7,211,253.  "Erythropoietin forms with improved properties."  Inventors: Way.

30.    U.S. Patent 7,189,830.  "Anti-KSA/IL-2 fusion proteins with reduced immunogenicity." Inventors:  Gillies, Carr, Jones, Carter, Hamilton, Williams, Hanlon, Watkins, Baker, Way.

31.    U.S. Patent 6,465,192.  "Compounds and methods for the inhibition of protein-protein interactions."  Inventor:  Way.

**Patent Applications**

1.    U.S. Patent Application 2025/0136965. "Complement factor I-related compositions and methods." Inventors:  Blouse, Kumar, Knudsen, Jensen, Oldenburg, Schar, Traylor, Furfine, Way, Jendroszek, Sandikci, McGuire, Iyer, Le Moan.

2.    U.S. Patent Application 2024/0309074. "Engineered microbe-targeting molecules and uses thereof." Inventors: Ingber, Super, Way, Cartwright, Berthet, Super, Rottman, Watters.

3.    U.S. Patent Application 2024/0287150. "Methods and compositions relating to tissue-protective erythropoietin." Inventors: Lee, Way.

4.    U.S. Patent Application 2024/0228585. "FC-fusion protein therapeutic for the treatment of pancreatitis." Inventors: Way, Redfield Chan, Lee, Bieberich, Heid, Niopek.

5.    U.S. Patent Application 2023/0242895. "Modified urokinase-type plasminogen activator polypeptides and methods of use." Inventors: Madison, Thanos, Soros, Popkov, Tipton, Traylor, Furfine, Way.

6.     U.S. Patent Application 2023/0038638. "Complement factor I-related compositions and methods." Inventors:  Blouse, Kumar, Knudsen, Jensen, Oldenburg, Schar, Traylor, Furfine, Way, Jendroszek, Sandikci, McGuire, Iyer, Le Moan.

7.     U.S. Patent Application 2022/0282263. "Engineered organisms and uses thereof in the production of biologics, reagents, diagnostics and research tools." Inventors: Gallagher, Rovner, Church, Way, Silver.

8.     U.S. Patent Application 2022/0267794. "Compositions, devices, and methods for treating fabry disease." Inventors: Barney, Beauregard, Carmona, Gonzalez, Heidebrecht, Johnston, Miller, O'Connor, Oberli, Peritt, Sewell, Smith, Veiseh, Way, Wotton, Yin, Makino, Fluharty, Papakosta.

9.     U.S. Patent Application 2022/0228104. "Engineered organisms and uses thereof as living medicines, research tools, food products, or environmental tools." Inventors: Gallagher, Rovner, Church, Way, Silver.

10.    U.S. Patent Application 2022/0098261. "Methods and compositions relating to improved forms of targeted erythropoietin." Inventors: Lee, Way.

11.    U.S. Patent Application 2022/0056089. "Engineered opsonin for pathogen detection and treatment." Inventors: Super, Way, Ingber.

12.    WO2022235551A2 (Harvard case 8160).  "Fc-Fusion Protein Therapeutic for the Treatment of Pancreatitis". Inventors:  Way, Redfield, Lee, Bieberich, Heid, Niopek.

13.    US20220098261A1 (Harvard case 8351).  "Methods and Compositions Relating to Tissue-Protective Erythropoietin." Inventors: Lee, Way.

14.    WO2022235551A2 (Harvard case 8160). "Fc-Fusion Protein Therapeutic for the Treatment of Pancreatitis."  Inventors:  Way, Redfield, Lee, Bieberich, Heid, Niopek. Provisional application filed May 3, 2021.

15.    U.S. Patent Application 2021/0222143. "Modified urokinase-type plasminogen activator polypeptides and methods of use." Inventors: Madison, Thanos, Soros, Popkov, Tipton, Traylor, Furfine, Way.

16.    U.S. Patent Application 2021/0155677. "Engineered microbe-targeting molecules and uses thereof." Inventors: Ingber, Super, Way, Cartwright, Berthet, Super, Rottman, Watters.

17.    U.S. Patent Application 2020/0299345. "Engineered opsonin for pathogen detection and treatment." Inventors: Super, Way, Ingber.

18.    U.S. Patent Application 2020/0291083. "Engineered opsonin for pathogen detection and treatment." Inventors: Super, Way, Ingber.

19.    U.S. Patent Application 2020/0291085. "Fusion proteins for treating cancer and related methods." Inventors: Way, Robinson-Mosher, Roberts, Zhao.

20.    U.S. Patent Application 2020/0239552. "Engineered microbe-targeting molecules and uses thereof." Inventors: Ingber, Super, Way, Cartwright, Berthet, Super, Rottman, Watters.

21.    U.S. Patent Application 2020/0208133. "Modified urokinase-type plasminogen activator polypeptides and methods of use." Inventors: Madison, Thanos, Soros, Popkov, Tipton, Traylor, Furfine, Way.

22.    U.S. Patent Application 2020/0291083. "Engineered opsonin for pathogen detection and treatment." Inventors: Super, Way, Ingber.

23.    U.S. Patent Application 2020/0095300. "Engineered opsonin for pathogen detection and treatment." Inventors: Super, Way, Ingber.

24.    U.S. Patent Application 2019/0292276. "Internalizing moieties." Inventors: Armstrong, Way.

25.    U.S. Patent Application 2019/0233492. "Fusion proteins for treating cancer and related methods." Inventors: Way, Robinson-Mosher, Roberts, Zhao.

26.    U.S. Patent Application 2019/0024192. "Engineered genetic enteric sensor bacteria and uses thereof." Inventors: Ketula, Kerns, Way, Silver.

27.    U.S. Patent Application 2018/0346867. "Device for reduced oxygen concentration culture in microfluidic systems." Inventors: Oliver, Novak, Cronce, Ingber, Way.

28.    U.S. Patent Application 2018/0251571. "Methods and compositions for treatment of pompe disease." Inventors: Armstrong, Way.

29.    U.S. Patent Application 2018/0094035. "Engineered opsonin for pathogen detection and treatment." Inventors: Super, Way, Ingber.

30.    U.S. Patent Application 2017/0362307. "Engineered microbe-targeting molecules and uses thereof." Inventors: Ingber, Super, Way, Cartwright, Berthet, Super, Rottman, Watters.

31.    U.S. Patent Application 2017/0174790. "Internalizing moieties." Inventors: Armstrong, Way.

32.    U.S. Patent Application 2017/0051030. "Fusion proteins for treating cancer and related methods." Inventors: Way, Robinson-Mosher, Roberts, Zhao.

33.    WO2017131839. "Device for reduced oxygen concentration culture in microfluidic systems." Inventors: Oliver, Novak, Cronce, Ingber, Way.

34.  WO2017015141A1 (Harvard case 5834). "Humanized anti-glycophorin A antibodies and uses thereof." Inventors: Way, Burrill, Hof. (Provisional application filed July 17, 2015.)

35.  U.S. Patent Application 2016/0312313. "Engineered genetic enteric sensor bacteria and uses thereof." Inventors: Kotula, Kerns, Way, Silver.

36.  U.S. Patent Application 2016/0200785. "Engineered opsonin for pathogen detection and treatment." Inventors: Super, Way, Ingber.

37.  U.S. Patent Application 2016/0108133. "Methods and compositions for treatment of pompe disease." Inventors: Armstrong, Way.

38.  Canadian Patent Application CA3005332. "Device for reduced oxygen concentration culture in microfluidic systems." Inventors: Oliver, Novak, Cronce, Ingber, Way.

39.  U.S. Patent Application 2015/0275207. "Composition and methods for modulating polypeptide localization in plants." Inventors: Way, Mattozzi, Voges.

40.  U.S. Patent Application 2015/0141626. "Reducing the immunogenicity of fusion proteins." Gillies, Way, Hamilton.

41.  WO/2015/168474. "Fusion proteins for treating cancer and related methods." Inventors: Way, Robinson-Mosher, Roberts, Zhao.

42.  WO/2013/130394A1. "Recombinant carbon utilization pathways for plants and microbes." Inventors: Way, Mattozzi, Boyle.

43.  WO/2014/0551951A1. "Compositions and methods for modulating polypeptide localization in plants." Inventors: Way, Mattozzi, Voges.

44.  United States Patent Application 20140227723. "Engineered microbe-targeting molecules and uses thereof." Inventors: Ingber, Super, Way, Cartwright, Berthet, Super, Rottman, and Watters.

45.  WO2011/029013. "Production of secreted bioproducts from photosynthetic microbes." Inventors: Way, Niederholtmeyer, Wolfstaedter, Savage.

46.  WO2010/141468. "Methods and molecules for yield improvement involving metabolic engineering." Inventors: Way, Davis.

47.  WO0136489. "Erythropoietin forms with improved properties." Inventors: Hartmann, Lo, Rieke, Way, Brandt, Gillies, and Sobel.

48.  United States Patent Application 20070274991. Treatment of tumors expressing mutant EGF receptors. Inventors: Way, Chao, Cresson, Lauffenburger, Wittrup.

49.    United States Patent Application 20070178098.  "Interleukin-6 antagonists."  Inventors: Way, Gillies, Lo, Liu.

50.    United States Patent Application 20050069521.  "Enhancing the circulating half-life of interleukin-2 proteins."  Inventors:  Gillies, Lauder, Way.

51.    United States Patent Application 20050202538.  "Fc-erythropoietin fusion protein with improved pharmacokinetics."  Inventors:  Gillies, Way, Lo.

52.    United States Patent Application 20030044423.  "Expression technology for proteins containing a hybrid isotype antibody moiety."  Inventors:  Gillies, Way, Lo.

53.    WO03/038558 "Device and methods for directed synthesis of chemical libraries."  Inventors:  Battersby, Miller, Trau, Way, Johnston.

# EXHIBIT B

Jeffrey Way Rebuttal Expert Report:

<u>List of Additional Materials Considered</u>

In addition to the materials listed in Exhibit B to my opening report, in preparing this rebuttal report I also considered:

**Publicly Available Materials:**

**SEC Filings:**

Abbott Laboratories, 2006 Annual Report Form 10-K.
https://www.sec.gov/Archives/edgar/data/1800/000104746906002258/a2167223z10-k.htm .

**Government Websites:**

https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm.  From this web page, I searched under of the following drug names and then identified the approval dates for each: abatacept, abciximab, adalimumab, aflibercept, alemtuzumab, basiliximab, belimumab, bevacizumab, belatacept, brentuximab vedotin, canakinumab, certolizumab, cetuximab, denosumab, denileukin diftitox, eculizumab, entanercept, golimumab, ibritumomab, infliximab, ipilimumab, natalizumab, ofatumumab, omalizumab, palivizumab, panitumumab, ranibizumab, rilonacept, rituximab, tocilizumab, and trastuzumab.

https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2003/alefbio013003L.htm (alefacept)

https://www.accessdata.fda.gov/drugsatfda_docs/nda/2003/125075_0000_Raptiva_Approv.pdf (efalizumab)

https://www.fda.gov/drugs/regulatory-science-action/novel-method-rapid-glycan-profiling-therapeutic-monoclonal-antibodies (muromonab-CD3)

https://www.accessdata.fda.gov/drugsatfda_docs/nda/2003/125011s000_Approv.pdf (tositumomab)

https://clinicaltrials.gov/study/NCT00028288?intr=daclizumab&sort=StudyFirstPostDate&rank=91#study-record-dates (daclizumab)

https://clinicaltrials.gov/study/NCT00037583?intr=gemtuzumab&page=2&rank=118 (gemtuzumab)

**Articles/Online Materials:**

2

Bing, C., Pan, H., and Flynn G.C.  C-Terminal Lysine Processing of Human Immunoglobulin G2 Heavy Chain In Vivo.  *Biotechnology and Bioengineering*, DOI 10.1002/bit.22933 (Sept. 9, 2010).

Van den Bremer, E.T.J., Beurskens, F.J., Voorhorst, M., Engelberts, P.J., de Jong, R.N., van der Boom, B.G., Cook, E.M., Lindorfer, M.A., Taylor, R.P., van Berkel, P. H.C., & Parren, W.H.I. Human IgG is produced in a pro-form that requires clipping of C-terminal lysines for maximal complement activation.  ISSN: 1942-0870, www.tandfonline.com/journals/kmab20 (June 29, 2015).