UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA    **ORIGINAL**

CAREFIRST OF MARYLAND, INC.,
GROUP HOSPITALIZATION AND
MEDICAL SERVICES, INC., and
CAREFIRST BLUECHOICE, INC., on
behalf of themselves and all others
similarly situated,

Plaintiffs,

vs.

JOHNSON & JOHNSON and JANSSEN
BIOTECH, INC.,

Defendants.

Videotaped deposition of BRIAN SMITH, as 30(b)(6)

taken in the above-captioned matter, before

Margaret M. Reihl, Registered Professional Reporter,

Certified Realtime Reporter, Certified Court

Reporter, held at the offices of Dechert LLP, Cira

Centre, 2929 North 30th Street, Philadelphia,

Pennsylvania, on Thursday, February 20, 2025,

commencing at 8:57 a.m.

the year?

A.    Yes.

MS. CHAPMAN:  Objection to form.

MR. RADICE:  36, please.

BY MR. RADICE:

Q.    I'm handing you a document that's already been used in this litigation.  It's Plaintiff 175, and you will see this is a June 2020 e-mail sent to you with a PowerPoint attached, right?

A.    Yes.



BY MR. RADICE:

Q.

BY MR. RADICE:



MS. CHAPMAN:  Objection to the form.  Objection to the extent it misstates Mr. Smith's testimony.  Go

ahead, Brian.

THE WITNESS:  In the commercial

channel, yes.

BY MR. RADICE:

MS. CHAPMAN:  Objection to form.

THE WITNESS:  Correct.

BY MR. RADICE:

Q.    R

MS. CHAPMAN:  Objection to the

form.  Objection, foundation.

THE WITNESS:  I don't know that

you can infer that from that statement.

BY MR. RADICE:

well try to line up the next break for

lunch break.  So we can go till noon.

MR. RADICE:  That's fine.  Is

that good for you?

THE WITNESS:  Good.

MR. RADICE:  I'm going to hand

you Plaintiff's 244.

(Document marked for

identification as Deposition Exhibit No.

PX00244.)

BY MR. RADICE:

Q.    Again, this document was used in

your prior deposition, you can see from the

Exhibit 5 marker.

Do you see that?

A.    I do.



Q.    And so if you look at the second page of this document, again, it's Bates ending 5092?

A.    Yeah.

Q.    And it says "[REDACTED]

MS. CHAPMAN:  Objection to form.

THE WITNESS:  Which column are you looking at?  I'm sorry.

BY MR. RADICE:

Q.    [REDACTED] the right column, the third bulletpoint.

A.    Yes.

Q.    It says "[REDACTED]



MS. CHAPMAN:  Objection to the form.

THE WITNESS:  ██████.

BY MR. RADICE:

Q.    And this 2023 document on the next page, 5093, in the second bullet in the box on the right "████████████████

████████

Do you see that?

A.    I do.

exhibit that plaintiff's marked as

Exhibit 248.  And, Mr. Smith, if you can

let me know when that's visible to you

on Zoom, we'll then proceed.

DOCUMENT TECHNICIAN:  Pulling up

in just a second.

MS. CHAPMAN:  And could we go to

the tab marked ███████████████████

BY MS. CHAPMAN:

Q.    Mr. Smith, just for the record,

what is Exhibit 248?

A.    It's an Excel spreadsheet.  If we

could make it a little bigger, that would be

helpful.  Okay.

███ ██████████████████████████

████████████████████████████████████████

███████████████████████

███ ██████████████████████████

██████.

MR. LOVETT:  I think we need to

expand again.

MS. CHAPMAN:  Yeah, can we expand

column D, hit the plus sign?

THE WITNESS:  Could you ask the

question again?  I'm sorry.

BY MS. CHAPMAN:



            MS. CHAPMAN:  And can we scroll

        down to give Mr. Smith a chance to

        review 248.

BY MS. CHAPMAN:

            MR. RADICE:  Objection.  You can

        answer.

███████████████████████████

███████████████

BY MS. CHAPMAN:

███    ███████████████

███████████████████████████

██████████████████████

███    █████████████████

Q.      Mr. Smith, stepping back just briefly, when we talk about R&D in the context of the pharmaceutical industry, what are we talking about?

MR. RADICE:  Objection.  You can answer.

THE WITNESS:  R&D is when the research and development team starts exploring new modalities, new treatments for potential diseases across a wide range.  They identify compounds or molecules and try and figure out where it may fit clinically, what diseases it may be helpful for.

BY MS. CHAPMAN:

Q.      And are there any particular principles that drive J&J's R&D efforts?

MR. RADICE:  Objection, you can

BlueBear Reporting LLC

pricing, yes.



A.    Yes.

MS. CHAPMAN:  Objection to form.
Objection, misstates Mr. Smith's
testimony.

THE WITNESS:  Can you restate the
question?

BY MR. RADICE:

Q.    You didn't know J&J's -- strike
that.

You didn't know J&J's R&D
spending on Stelara before preparing for today's
deposition, right?

MS. CHAPMAN:  Objection to form,
misstates testimony.

THE WITNESS:  Correct.

BY MR. RADICE:

Q.    Okay.  But you were involved in

BlueBear Reporting LLC

contracting and pricing for Stelara, correct?

A.    Correct.

Q.    ██████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

        MS. CHAPMAN:  Objection to form.
Objection, misstates Mr. Smith's
testimony.

        THE WITNESS:  ████████████

████████████████████████████████

████████████████████████████████

██████████████████████████████

        ████████████████████████████

██████████████████████████████████

████████████████████████████████████

██████████████████████████████████.

BY MR. RADICE:

Q.    ██████████████████████████

████████████████

        MS. CHAPMAN:  Objection to form.

        THE WITNESS:  ████████

BY MR. RADICE:

Q.    You talked about rebates paid by
J&J, right, under question from counsel?

A.      Correct.

Q.      If a product were priced at marginal cost, are you familiar with what marginal cost is?

A.      No.

Q.      Marginal cost is the cost of production, okay, let's use that definition.

MS. CHAPMAN:  Objection, outside the scope of the redirect.  And objection, lack of foundation.

BY MR. RADICE:

Q.      If I say that marginal cost equals the cost of production, do you understand what I mean?

MS. CHAPMAN:  Objection, lack of foundation.

THE WITNESS:  Could we just call it cost of production?

BY MR. RADICE:

Q.      Okay.  Sure.

If a product is priced at the cost of production, the company selling that product wouldn't be able to pay large rebates, right?

MS. CHAPMAN:  Objection to the