# EXHIBIT 67

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| CAREFIRST OF MARYLAND, INC., GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., and CAREFIRST BLUECHOICE, INC., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>JOHNSON & JOHNSON and JANSSEN BIOTECH, INC.<br><br>    Defendants. | Civil Action No. 2:23-cv-00629-JKW-LRL |

**OPENING EXPERT REPORT OF PAUL WARFIELD, M.D.**

**Submitted March 3, 2025**

**HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY INFORMATION**

168. These endpoints are well-established criteria which are among those commonly utilized in IBD studies to assess therapeutic efficacy of a specific medical treatment. As such, they are in no way unique. Rather, they represent the standard outcome measures that clinicians and researchers have used for years to evaluate treatment efficacy in ulcerative colitis. Clinical remission, endoscopic healing, mucosal healing, and reductions in Mayo scores are all widely accepted indicators of treatment success. These endpoints are commonly utilized across various clinical trials for ulcerative colitis, whether for biologic agents, small molecules, or other novel therapies.

169. That these endpoints were employed in the NCT-236 study merely suggests that the study design followed standard practice for assessing ulcerative colitis treatment outcomes.

170. In addition, given such a wide range of therapeutic endpoints from which to choose, and knowing the previously established benefit among patients being treated for Crohn's disease, I would have expected ustekinumab to have been demonstrated to be effective in treating ulcerative colitis as well.

171. In short, the endpoints specified in the claims of the '307 patent do not introduce any novel analytical methods or insights. They are simply routine measures employed in ulcerative colitis research, providing for multiple broad ways to show effectiveness of ustekinumab.

## XV. PRIOR ART REFERENCES

172. I was asked to consider whether and how one or more of the footnoted publications[98] would have informed and affected my practice regarding the potential use of ustekinumab to treat ulcerative colitis. I provide these opinions below.

---

[98] *See* footnotes 3-11, *infra*.

### 1.    The Afonso reference

173.    This publication represents an abstract from the European Journal of Hospital Pharmacology, published in 2017, reporting the use of ustekinumab therapy in patients with refractory inflammatory bowel disease. Specifically, seven patients who were unresponsive to anti-TNF therapy were treated, including two patients with ulcerative colitis, and five with Crohn's disease, and the report included patients receiving therapy from January 2012 to time of publication. The medication was effective in three of seven patients. Effectiveness was defined simply as clinical improvement.

174.    The key conclusion of the Afonso reference is that the European medical literature reported the successful use of ustekinumab to treat refractory Crohn's disease and ulcerative colitis.

175.    As a gastroenterologist treating patients with ulcerative colitis, I would have been eager and willing to use ustekinumab off-label for ulcerative colitis patients, if possible, and would have anticipated future FDA approval for use in patients with ulcerative colitis after reading the Afonso reference prior to September 24, 2018.

### 2.    The Kolios reference

176.    This publication represents a case report of paradoxical ulcerative colitis during adalimumab therapy of psoriasis which resolved upon switching therapy to ustekinumab. Treatment response endpoints were both endoscopic and histologic mucosal healing. It was accepted for publication in April 2017 and was published in the British Journal of Dermatology in 2018. The study reports psoriasis, a chronic autoimmune skin disorder, is associated with various comorbidities, including an incidence of ulcerative colitis in 0.5 to 1.4% of patients with psoriasis. The article references an ongoing Phase 3 study assessing the efficacy of ustekinumab in treatment of ulcerative colitis at the time. A review of paradoxical adverse reactions to TNF

48

inhibitors is included, and the authors report increasing evidence for the efficacy of ustekinumab in paradoxical psoriasiform reactions in patients with IBD.

177.    The key conclusion of the Kolios reference is that ustekinumab was shown in a case report to be effective in treating a unique presentation of ulcerative colitis.

178.    As a gastroenterologist treating patients with ulcerative colitis, I would have been eager and willing to use ustekinumab off-label for ulcerative colitis patients, if possible, and would have anticipated future FDA approval for use in patients with ulcerative colitis after reading the Kolios reference prior to September 24, 2018.

### 3.    The Ochsenkühn references

179.    The Ochsenkühn publications are two essentially identical abstracts from 2018 from the AGA (which hosts the Digestive Disease Week conference) as well as the Congress of the European Crohn's and Colitis Organization. The abstracts document the use of ustekinumab therapy as rescue treatment among 17 patients with refractory ulcerative colitis. Clinical remission was defined by a score of less than or equal to 5 points on the modified Truelove and Witts colitis activity index (CAI). Therapy was found to be effective, and the report expresses optimism that large clinical trials would provide confirmation of these findings, with hopes that ustekinumab would become a new therapeutic option for patients with refractory ulcerative colitis.

180.    The key conclusion of the Ochsenkühn references is that patients with ulcerative colitis refractory to currently available medical therapy may benefit from use of ustekinumab therapy.

181.    As a gastroenterologist treating patients with ulcerative colitis, I would have been eager and willing to use ustekinumab off-label for ulcerative colitis patients, if possible, and

49

would have anticipated future FDA approval for use in patients with ulcerative colitis after reading the Ochsenkühn reference prior to September 24, 2018.

### 4. The Canadian Agency reference

182. This report is from the NCBI bookshelf, from the Canadian Agency for Drugs and Technologies and Health, published April 2017. The report indicates that ustekinumab is a current therapy for plaque psoriasis and psoriatic arthritis, with a potential for use off label as a treatment for ulcerative colitis, leading to increased overall cost for this class of treatments. The report notes that the medication requires IV infusion for the induction phase, and subsequent subcutaneous administration for the maintenance phase, noting cost discrepancies between different modes of administration.

183. The key conclusion of the Canadian Agency reference is that in 2017 there was anticipation that ustekinumab would be used as off label therapy as treatment for ulcerative colitis in Canada.

184. As a gastroenterologist treating patients with ulcerative colitis, I would have considered use of ustekinumab off-label for ulcerative colitis patients, if possible, and would have anticipated future FDA approval for use in patients with ulcerative colitis after reading the Canadian Agency reference prior to September 24, 2018.

### 5. The Tarr reference

185. This continuing medical education publication from South Africa, from November 2014, reviewed biologic therapies which were currently being utilized in medical practice in South Africa. The report reviews disease-modifying anti-rheumatic drugs, including ustekinumab, which at the time in South Africa was only approved for use in psoriasis. However, the report lists approved indications elsewhere in the world for both Crohn's disease and psoriatic arthritis, and off label use of ustekinumab for ulcerative colitis.

50

186.    The key conclusion of the Tarr reference is the prospect of using ustekinumab as a possible off-label therapy for ulcerative colitis.

187.    As a gastroenterologist treating patients with ulcerative colitis, I would have been eager to use ustekinumab off-label for ulcerative colitis patients, if possible, and would have anticipated future FDA approval for use in patients with ulcerative colitis after reading the Tarr reference prior to September 24, 2018.

**6.    The Jostins letter**

188.    The Jostins letter from November 2012 reports a meta-analysis of genome-wide association scans of IBD patients. They reported a total of 163 IBD susceptibility loci and found that most of these loci were common to both Crohn's disease and ulcerative colitis.

189.    The report provides data that would predict efficacy for ustekinumab in treating ulcerative colitis, as had been demonstrated for patients with Crohn's disease.

190.    As a gastroenterologist treating patients with ulcerative colitis, I would have been eager to use ustekinumab off-label for ulcerative colitis patients, if possible, and would have anticipated future FDA approval for use in patients with ulcerative colitis after reading the Jostins letter prior to September 24, 2018.

**7.    The Granlund study**

191.    The Granlund study of February 2013 comprised a meta-analysis of a whole genome gene expression in inflamed mucosa of IBD patients, also revealing remarkably similar results for both forms of IBD.

192.    The report provides data that would predict efficacy for ustekinumab in treating ulcerative colitis, as had been demonstrated for patients with Crohn's disease.

193.    As a gastroenterologist treating patients with ulcerative colitis, I would have been eager to use ustekinumab off-label for ulcerative colitis patients, if possible, and would have

51

anticipated future FDA approval for use in patients with ulcerative colitis after reading the Granlund study prior to September 24, 2018.

### 8.    The Aggeletopoulou reference

194.    This publication reported on the significance of the IL12/IL23 pathway in the induction of inflammation among patients with Crohn's disease, outlining how ustekinumab appears to reduce intestinal inflammation.

195.    The Jostins, Granlund, and Aggeletopolulou reports in combination provide data that would predict efficacy for ustekinumab in treating ulcerative colitis, as had been demonstrated for patients with Crohn's disease.

196.    As a gastroenterologist treating patients with ulcerative colitis, I would have been eager to use ustekinumab off-label for ulcerative colitis patients, if possible, and would have anticipated future FDA approval for use in patients with ulcerative colitis after reading the Aggletopoulou reference prior to September 24, 2018.

### XVI.    CONCLUSION

197.    From 2018 to the present, there were no other drugs therapeutically interchangeable with Stelara (ustekinumab) for the treatment of Crohn's disease or ulcerative colitis, except for the biosimilar versions of Stelara that were introduced starting in January 2025.

198.    Stelara is, and from 2018 to the present has been, a clinically important drug for the treatment of Crohn's disease and ulcerative colitis.  It has specific clinical uses for patients with those conditions, and it is not therapeutically interchangeable for those uses with any other drugs used to treat those conditions.

52

March 3, 2025

Paul B. Warfield, MD, AGAF