UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

**COPY**

--------------------------x

CAREFIRST OF MARYLAND,      :

INC., GROUP HOSPITALIZATION:

and, MEDICAL SERVICES,      :

INC., CAREFIRST BLUECHOICE,:

INC., and CFA, LLC, d/b/a   :

CAREFIRST ADMINISTRATORS,   :

on behalf of themselves and:

all others similarly        :

situated,                   :

     Plaintiffs,        :

v.                          : CIVIL ACTION NO.

JOHNSON & JOHNSON and       : 2:23-cv-00629-JHW-LRL

Janssen Biotech, INC.,      :

     Defendants.        :

--------------------------x

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

30(b)(6) Videotaped Zoom Hybrid

Deposition of JOHNSON & JOHNSON

by and through MELISSA MILLER, PH.D.

Wednesday, February 12, 2025

9:04 a.m.

BEFORE: Cassandra E. Ellis, RMR, RDR, CRR, RSA

at any of the other patents?

          A.   No, not specifically.

          Q.   So Momenta is agreeing -- Momenta ultimately sold its company to Johnson & Johnson; right?

          A.   Yes.

          Q.   But you -- strike that.

          Johnson & Johnson did not buy just those two patents; right?

          A.   Correct.

          Q.   They bought all the patents; right?

          A.   Correct.

BlueBear Reporting LLC

was in charge, I really don't.

Q.    Do you know if anybody else was in charge of that lawsuit?

MR. GORDON:  Same objection.

A.    In charge -- in charge meaning running the litigation?

Q.    Yes.

A.    I don't know.  I'm not on the litigation team.





███████████████████████████████

███████████████████████████████████

███    ████████████████████████

████████████████████████████████████████

███████████████████████████████████

██████████████████████████████████

█████████████████████████████

            MR. GORDON:  Object to the form,

lack of foundation, misstates the testimony.

        A.    ████████████████████████████

█████████████████████████████████

████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████

        Q.    ████████████████████

██████████████████████████████████

██████████████████

███    █████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████████

██████████████

There's a patent -- there's patents

BY MR. ST. PHILLIP:





Q.

MR. GORDON:  Peter, when you're at a point for a break, we've been going a little bit over an hour, so --

MR. ST. PHILLIP:  Sure, I just have one other question.

Deposition of 30(b)(6) Melissa Miller, Ph.D.    Highly Confidential Attorneys' Eyes Only



Q. Okay. On my birthday, in 2020, Johnson & Johnson completed the transaction, October 1st; right?

A. Yes, it closed on October 1st.

Q. It closed?

A. Uh-huh.

Q. There was an agreement to merge or an agreement to acquire that happened previous to that, and then there was some review, and

Deposition of 30(b)(6) Melissa Miller, Ph.D.    Highly Confidential Attorneys' Eyes Only



A.    Correct.

MR. ST. PHILLIP:  Okay.  Let's do the next one.

(Exhibit No. PX00172 was marked for identification.)

MR. ST. PHILLIP:  172.

THE WITNESS:  Thank you.

BY MR. ST. PHILLIP:

Q.    This is a large document.  I'm going to direct your attention to page 39 of the document.  You can review the document for context, too, but just so that you don't have to read the whole thing.

A.    I'm sorry, which page did you say?

Q.    Page 39.

A.    Okay.

Q.    The paragraph is -- it's section 4.17?

A.    Okay.



MR. GORDON:  Are you talking about the document, itself?  You're not back at the front?

MR. ST. PHILLIP:  I'm at the front, yes.

A.    Yes.

Q.    Okay.  Have you seen this document before?

A.    At some point I got a copy of the finally executed version of this, I believe.

Q.    Did you participate in any way in -- in creating this document?

A.    I don't recall being involved in it, no.

Q.    Do you know who drafted the document?

A.    No.  Yeah, I don't even want to hazard a guess, but no.



A.    I'm sorry, was that on the page you just told me?

Q.    Yes.

A.    Okay.

Q.    3664687.

A.    Apologies, which page did you say that was.

Q.    36648 -- 4687.

A.    Okay.  Yeah, I see that, 4687.

Q.    Do you see that?

A.    Yes.

Q.    Okay.  If you go into the document, at page 3664753.

A.    Okay.

Q.    Do you see that?

A.    Yes.

MR. GORDON:  Take a moment.

BY MR. ST. PHILLIP:

A

2/12/2036 Case 2:23-cv-00629-JKW-LRL    Document 458-4    Filed 08/06/25    Page 16 of 41
PageID# 23756
Deposition of 30(b)(6) Melissa Miller, Ph.D.    Highly Confidential Attorneys' Eyes Only    Page: 125

MS. OGNIBENE:  This is tab 9.

MR. ST. PHILLIP:  Which one are we on?

173.

(Exhibit No. PX00173 was marked for identification.)

BY MR. ST. PHILLIP:

Q.   And you've seen this document before; right?

MR. GORDON:  Same objection, asked

and answered.

A.    I'm not -- I don't know if I've seen it.

Deposition of 30(b)(6) Melissa Miller, Ph.D.    Highly Confidential Attorneys' Eyes Only



Q.    Okay.

MR. GORDON:  Peter, whenever you're ready for a short break?

MR. ST. PHILLIP:  This is a good time.

THE VIDEOGRAPHER:  The time is now

like -- should we go off the record for a second?

MR. ST. PHILLIP: Yeah, let's go off the record.

THE VIDEOGRAPHER: The time is now 12:29.

We're off the record.

(Discussion held off the record.)

(Exhibit No. PX00176 was marked for identification.)

THE VIDEOGRAPHER: The time is now 12:30.

We're back on the record.

MR. ST. PHILLIP: Okay. I'm marking -- I've marked as Exhibit 176, I believe, what's called a metadata sheet.

BY MR. ST. PHILLIP:

Q. Do you see the second page of this?

A. Yes.

Q. Okay. Do you know what metadata is?

A. As a general concept, yes.

Q. That's all I know about it, either, right.

BlueBear Reporting LLC

████████████████████████████████

████████████████████████████████████

████████████████████████████████████

A.   No.   Where is that?

Q.   It's -- it's in the -- at the end of the --

A.   Oh, the file name?

Q.   Yeah, that file name.

A.   Yes, I see it.

Q.   And you see your name is in that all paths description?

A.   Custodian, yes.

Q.   As custodian, right.

So that reflects, as I understand it, that this came from your custodial files?

Did you have any reaction to that?

A.   I'm not familiar with looking at these printouts.

Q.   Okay.  That's good.

A.   So I see my name and I see custodian, yes.

Q.   I'll represent that there's an Excel file, that came from your custodial files that we're going to look at, and this is the metadata associated with that; is that clear?

A.   Yes.



Deposition of 30(b)(6) Melissa Miller, Ph.D.    Highly Confidential Attorneys' Eyes Only                    Page: 168





Q.   Well, the documents -- and if you look back at the metadata page --

A.   Mm-hmm.

Q.   -- it says you're the custodian for this Excel spreadsheet; correct?

A.   That's what it says.

Q.   So does that suggest to you that

you had this Excel spreadsheet in your custodial files as of those dates?

        A.    I'm totally unfamiliar with this format of metadata.  It says I'm the custodian.

        Q.    Okay.

        A.    Yeah, I -- I can't say anything beyond that, I don't -- I don't know.

            MR. ST. PHILLIP:  All right.  Let's do this one.

            MS. OGNIBENE:  This is tab 14, and I believe we're at PX177.

            (Exhibit No. PX00177 was marked for identification.)

BY MR. ST. PHILLIP:

        Q.    Okay.  This is an e-mail chain; do you see it?

        A.    Yes.



2/12/2026   Case 2:23-cv-00629-JKW-LRL   Document 458-4   Filed 08/06/25   Page 31 of 41
Deposition of 30(b)(6) Melissa Miller, Ph.D.   Highly Confidential Attorneys' Eyes Only   Page: 180
PageID# 23771

We're off the record.

(Recess.)

THE VIDEOGRAPHER:  The time is now 1:39.

We're back on the record.

BY MR. ST. PHILLIP:

Q.   Welcome back.

A.   You, too.

MR. ST. PHILLIP:  Let's get this document, tab 17.  Thank you.

MS. OGNIBENE:  I believe we're at 179.

(Exhibit Nos. PX00179 and PX00179A were marked for identification.)

MR. ST. PHILLIP:  Start with the metadata.

BY MR. ST. PHILLIP:

Q.   I'm going to show you what's been marked as plaintiff's Exhibit 179, which is metadata for a PowerPoint presentation.

If you'll take a look at the metadata, you'll see that the custodian is Janssen for this document; do you see that?

A.   Yes.

Take a look at that, and let me know when you're ready.

A.    Okay.



Q.   You did?  Did you see this PowerPoint in the data room?

A.   I don't recall.

Q.   And the custodian is Janssen; do
you see that?
A.   Yes.

Deposition of 30(b)(6) Melissa Miller, Ph.D.    Highly Confidential Attorneys' Eyes Only    Page: 189



BlueBear Reporting LLC



MR. ST. PHILLIP:  Okay.  Let's look at tab 19.

(Exhibit No. PX00181 was marked for identification.)

BY MR. ST. PHILLIP:



Q.

Deposition of 30(b)(6) Melissa Miller, Ph.D.   Highly Confidential Attorneys' Eyes Only



Q.   Do you know why Johnson & Johnson bought the entire company as opposed to certain assets?

MR. GORDON:   Object to the form, beyond the scope.

A.   I do not.

MR. GORDON:   Lack of foundation.

THE WITNESS:   I'm sorry.

A.   I do not, no.

BlueBear Reporting LLC



Q.   Thank you.

MR. ST. PHILLIP:  Let's do 20.

(Exhibit No. PX00182 was marked for identification.)

BY MR. ST. PHILLIP:

Q.   It's the first -- there's a couple of different slide decks in here.  The first one is --

A.   Oh, okay.

Q.   -- is what we're talking about.