0001

**ORIGINAL**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

HIGHLY CONFIDENTIAL | ATTORNEYS' EYES ONLY

-----------------------------------------x

CAREFIRST GROUP OF MARYLAND, INC.,

GROUP HOSPITALIZATION AND

MEDICAL SERVICES, INC., CAREFIRST

BLUECHOICE, INC., AND CFA, LLC d/b/a

CAREFIRST ADMINISTRATORS, on behalf

of themselves and all others

similarly situated,

     Plaintiffs,

 -against-     Civil Action No.

JOHNSON & JOHNSON and JANSSEN  2:23-cv-00629

BIOTECH, INC.,     JKW-LRL

     Defendants.

-----------------------------------------x

   VIDEOTAPED STENOGRAPHIC DEPOSITION OF:

    DENISE W. DeFRANCO as 30(b)(6)

    Tuesday, February 25, 2025

     New York, New York

    9:35 a.m. - 5:43 p.m.

    ***HYBRID DEPOSITION***

   Reported stenographically by:

  Richard Germosen, FAPR, CA CSR No. 14391

 RDR, CRR, CCR, CRCR, CSR-CA, NYACR, NYRCR

  NCRA/NJ/NY/CA Certified Realtime Reporter

    Job No. 1846

BlueBear Reporting LLC

02.25.25 | DENISE W. DeFRANCO

J&J?

A.    I don't know.  I don't think so.

Q.    And when I say J&J today, I will be referring to both the defendant, Johnson & Johnson, and the defendant, Janssen Biotech, Inc.

Do you understand?

A.    Yes, hopefully I'll remember that as the day progresses.

Q.    Which --

A.    They are different entities.

Q.    And which corporation is your employer?

A.    I work for Johnson & Johnson.

Q.    And is your position the global head of IP litigation for Johnson & Johnson?

A.    Did you say is that your title?

Q.    Is that your title?

A.    Yes.

Q.    Since when have you held this title?

A.    June of 2016.

Q.    Did you hold any other titles during your time at J&J?

02.25.25 | DENISE W. DeFRANCO

PX00312 for Identification.)

- - -

CERTIFIED STENOGRAPHER:  PX312.

ATTORNEY COHEN:  Counsel, I'm going to
assume that you have all 500 pages of the
document printed out in this package, but I
did not confirm that independently.

ATTORNEY KOPEL:  I'll represent for the
record that we produced the full document as
a -- introduced the full document as an
exhibit.

ATTORNEY COHEN:  Do you have a question
for the witness?

BY ATTORNEY KOPEL:

Q.    Ms. DeFranco, when you have
reviewed this document, I'm going to ask you
whether you recognize this document.

If this is helpful, I'll just say
that my questions won't relate to the exhibits
in the back.  So whenever you're ready, I'm
ready to question you on this document.

A.    Okay.

Q.    Great.

Ms. DeFranco, do you recognize this

Case 2:23-cv-00629-JKW-LRL    Document 458-11    Filed 08/06/25    Page 4 of 28
2/25/2025    PageID# 23813
Deposition of 30(b)(6) Denise DeFranco   Highly Confidential - Attorneys' Eyes Only                          Page: 62

02.25.25 | DENISE W. DeFRANCO

A.    I had an understanding of that term, yeah.

Q.    Okay.  So looking at this document today, do you have any reason to doubt that this is a true and correct copy of the complaint filed by Janssen Biotech, Inc. against Amgen Inc. in the District of Delaware on November 29, 2022?

ATTORNEY COHEN:  Counsel, again, I'll note this document has 500 pages in it.  I don't think the witness or any of us has time for her to confirm the accuracy of each and every page.

So I don't know if you want to rephrase the question as a result of how big the document is?

Q.    Well, my question was simply:  Do you have any reason to doubt that this is an authentic copy?

A.    I don't have any reason to doubt, and I can only speak to the complaint.  I cannot speak to the exhibits, which you said was not part of your question, so I'm not speaking to the exhibits at all.  I do see

Case 2:23-cv-00629-JKW-LRL    Document 458-11    Filed 08/06/25    Page 5 of 28
PageID# 23814
Deposition of 30(b)(6) Denise DeFranco   Highly Confidential Attorneys' Eyes Only                Page: 63

02.25.25 | DENISE W. DeFRANCO

that on Page 27, the document is signed by Dan Silver.  So I expect this to be the complaint that was filed against Amgen in November of 2022.

Q.   Okay.  And again, understanding that you have not reviewed the exhibits, does this document appear to be in the form that a legal filing would be maintained in Johnson & Johnson's business records?

ATTORNEY COHEN:  I'll object to the form of that question.

You can answer, if you follow it.

A.   I don't know how J&J -- I can't speak for J&J, how people store their documents.



02.25.25 | DENISE W. DeFRANCO

action sued -- in this action, J&J sued

Amgen Inc. for infringement of those two

patents that were named in that paragraph?

A.    That's not correct.

Q.    Do you understand that in this

action, J&J alleged that Amgen's product, if

it were to be commercialized, would infringe

those two patents?

A.    That's not correct.

Q.    So what do you understand to be the

subject of this action?

A.    Janssen Biotech, Inc. filed an

assertion against Amgen for patent

infringement.

Q.    So you're pointing out that I used

the wrong -- that I referred to the wrong

entity; is that right?

A.    Yes.

Q.    Okay.  So then I'll repeat the

question.

Is it your understanding that in

this action, Janssen Biotech, Inc. asserted

claims -- asserted a claim of patent

infringement against Amgen Inc. regarding

02.25.25 | DENISE W. DeFRANCO

ATTORNEY COHEN:  Objection to the form.

Q.    Thank you.

Do you recall when Johnson &
Johnson came into ownership of these four
patents?

ATTORNEY COHEN:  Objection.  Lacks
foundation.

A.    Yes.

Q.    Okay.  We're going to put that
aside and we'll move to the next document.

I'll actually ask you one more
question about that.  If you need to look at
the document, that's fine.

02.25.25 | DENISE W. DeFRANCO

ATTORNEY COHEN: We can keep going.

ATTORNEY KOPEL: Okay. Excellent.

So we are now up to PX330, and this is a document bearing Bates Stamp JNJ-STELARA 000721474.

- - -

(Whereupon, document JNJ Stelara_000721474 through 000721491, is received and marked as Exhibit PX00330 for Identification.)

- - -

CERTIFIED STENOGRAPHER: PX330.

A. Yes.

BY ATTORNEY KOPEL:

Q. Okay. Ms. DeFranco, do you recognize this document?

A. Yes.



02.25.25 | DENISE W. DeFRANCO

- - -

(Whereupon, document JNJ

Stelara_000699029 through 000699042, is

received and marked as Exhibit PX00333 for

Identification.)

- - -

CERTIFIED STENOGRAPHER:  PX333.

A.    Yes.

BY ATTORNEY KOPEL:

Q.    Do you recognize this document?

A.    Yes.



02.25.25 | DENISE W. DeFRANCO

ATTORNEY COHEN:  Yeah, and I'll object
to the form of that question.  Calls for a
legal conclusion and/or expert testimony.

A.

Q.

Deposition of 30(b)(6) Denise DeFranco   Highly Confidential-Attorneys' Eyes Only

02.25.25 | DENISE W. DeFRANCO



Q.   Do you see that?

A.   I see it.

Q.   And my last question for you on

02.25.25 | DENISE W. DeFRANCO



Q.      Okay.

ATTORNEY KOPEL:  I'm going to move on to the following exhibit.

I'm going to mark this as PX335, and this is a document bearing the Bates Stamp JNJ-STELARA 003433683.

-  -  -

(Whereupon, document JNJ Stelara_003433683 through 003433688, is received and marked as Exhibit PX00335 for Identification.)

02.25.25 | DENISE W. DeFRANCO

- - -

CERTIFIED STENOGRAPHER:  PX335.

A.    Okay.

BY ATTORNEY KOPEL:

Q.    Okay.  Do you recognize this document?

A.    Yes.



02.25.25 | DENISE W. DeFRANCO

02.25.25 | DENISE W. DeFRANCO

02.25.25 | DENISE W. DeFRANCO



Q.    Okay.  I'm ready to go on to the next exhibit.

ATTORNEY KOPEL:  I'm going to mark this as PX336, and this is the indictment bearing the Bates Stamp JNJ-STELARA 003646866.

- - -

(Whereupon, document JNJ

02.25.25 | DENISE W. DeFRANCO

Stelara_003646866 through 003646897, is

received and marked as Exhibit PX00336 for

Identification.)

- - -

CERTIFIED STENOGRAPHER:  PX336.

BY ATTORNEY KOPEL:

Q.    It might help to say while you're

reviewing, just again to represent for the

record that the attachment included in this

exhibit is reflected in the metadata as

attached to the email in this exhibit.

A.    Okay.

Q.    Okay.  Do you recognize this

document?

A.    Parts of it.

2/25/2025　Case 2:23-cv-00629-JKW-LRL　Document 458-11　Filed 08/06/25　Page 18 of 28
PageID# 23827
Deposition of 30(b)(6) Denise DeFranco　Highly Confidential Attorneys' Eyes Only　Page: 216

02.25.25 | DENISE W. DeFRANCO

02.25.25 | DENISE W. DeFRANCO

Q.

Deposition of 30(b)(6) Denise DeFranco   Highly Confidential - Attorneys' Eyes Only                    Page: 221



02.25.25 | DENISE W. DeFRANCO

Q.   Okay.  In that case, I'm going to continue to the next exhibit.

ATTORNEY KOPEL:  This one has already been marked in a prior deposition as PX32, and it is the document bearing the Bates Stamp JNJ Stelara 000699001.  I guess we don't need it.

So I don't know if you heard, Ray, because we don't have the 32 stamp here, we'll just mark this as PX338 and proceed on that basis.

-  -  -

(Whereupon, document JNJ Stelara_000699001 through 000699012, is received and marked as Exhibit PX00338 for

02.25.25 | DENISE W. DeFRANCO

Identification.)

                                    -   -   -

        CERTIFIED STENOGRAPHER:   Number 338.

        A.    Okay.

BY ATTORNEY KOPEL:

        Q.    Ms. DeFranco, do you recognize this
document?

        A.    Yes.

02.25.25 | DENISE W. DeFRANCO



02.25.25 | DENISE W. DeFRANCO

Q. ████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
██████████████████████████
██   ██████████████████.

Q.    Okay.

ATTORNEY KOPEL:  I'm going to continue onto the following exhibit, which we will mark as PX339, and this is a document bearing the Bates Stamp -- I'm sorry?  Oh, oh, you're right.  Thank you.

This is PX340, because we ended up marking the one before.  PX340, this is a document bearing the Bates Stamp JNJ Stelara 00699061.

- - -

(Whereupon, document JNJ Stelara_000699061 through 000699077, is received and marked as Exhibit PX00340 for Identification.)

- - -

CERTIFIED STENOGRAPHER:  PX340.

02.25.25 | DENISE W. DeFRANCO

A.    I'm sorry, was there a question?

BY ATTORNEY KOPEL:

Q.    No.

Are you -- have you reviewed the document?

A.    No.

Q.    When you are finished reviewing the document, my question will be if you recognize it?

A.    I glanced at the document.  I don't know what you mean by "reviewing."  You want me to read it?

Q.    I'll start by asking:  Do you recognize this document?

A.    Yes.

02.25.25 | DENISE W. DeFRANCO

02.25.25 | DENISE W. DeFRANCO



Q.    Do you know what?  It looks like it's going backwards again.  That's the final email.  So I'm going to -- if you can see all of them in one shot, I'm going to jump down to -- just a moment.

02.25.25 | DENISE W. DeFRANCO

02.25.25 | DENISE W. DeFRANCO

        ATTORNEY COHEN:   Object to the form.
Improper hypothesis.

        A.