HIGHLY CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

- - -

CAREFIRST OF MARYLAND,        :
INC., GROUP                   :
HOSPITALIZATION AND           :
MEDICAL SERVICES, INC.,       :
AND CAREFIRST BLUECHOICE,     :
INC., ON BEHALF OF            :
THEMSELVES AND ALL OTHERS     :
SIMILARLY SITUATED,           :
                              :CASE NO.:
            Plaintiffs,       :2:23-CV-00629-JKW-LRL
            vs.               :
                              :
JOHNSON & JOHNSON AND         :
JANSSEN BIOTECH, INC.,        :
                              :
            Defendants.       :

- - -

Thursday, February 13, 2025

- - -

HIGHLY CONFIDENTIAL

- - -

Videotaped deposition of MICHAEL GENUS, taken at the offices of Johnson & Johnson, 1125 Trenton-Harbourton Road, Titusville, New Jersey, commencing at 9:30 a.m., and recorded stenographically by Theresa F. Franco, a Court Reporter and Notary Public.

- - -

VERITEXT LEGAL SOLUTIONS
MID-ATLANTIC REGION

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL -MICHAEL GENUS

Page 8

and on video, I want to make sure that the court reporter has time to take down both my question and your answer clearly.  So just make sure you give me a minute to -- or a second to finish my question before you answer.

Does that -- does that make sense?

A.    Sure.

Q.    And since this is being recorded on video, we want to make sure we get a clear video, if you could try your best to just look forward to the camera as much as possible.  I know it will be challenging.  That would be -- that would be helpful as we create the record.

Can you do that?

A.    Sure.

Q.    Okay.  Can you introduce yourself for the record?

A.    Sure.  My name is Mike Genus.

Q.    And, Mr. Genus, where do you currently work?

A.    I work for Johnson & Johnson.

Q.    Did Johnson & Johnson used to be known as Janssen at any point in time?

A.    The pharmaceutical division used to

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL -MICHAEL GENUS

Page 9

be called Janssen.  Now it's called Johnson & Johnson Innovative Medicine.

Q.    Do you know when that changed?

A.    Approximately last year.

Q.    So if I refer to Johnson & Johnson over the course of the deposition, will you understand that I'm referring to Johnson & Johnson Innovative Medicine?

A.    Yes.

Q.    What's your current job at Johnson & Johnson?

A.    I am Vice President, Business Development.

Q.    Can you describe what your responsibilities are as Vice President, Business Development.

A.    Sure.

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL -MICHAEL GENUS

Page 14

Q.    How long have you worked at Johnson & Johnson, Mr. Genus?

A.    About 23 years.

Q.    And you're currently involved in business development at Johnson & Johnson, correct?

A.    I am.

Q.    How long have you been involved in business development at Johnson & Johnson?

A.    In various roles, 10 to 12 years.

Q.    Where did you work before coming to Johnson & Johnson?

A.    Bristol Myers Squibb.

Q.    Were you involved in business development at Bristol Meyers Squibb?

A.    I was, more from a finance and analytical side.

Q.    How many transactions have you been involved in over the course of your career?

A.    I don't have a specific number.  I would say dozens.

Q.    We've touched on this briefly, but can you explain why J&J does deals with other

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL -MICHAEL GENUS

Page 137



Q.    Who's George?

A.    George was the R&D strategy leader that was referenced this morning.

Q.    What's his last name?

A.    His last name is Vratsonos (phonetic).  I'm not exactly sure of the spelling.  It begins V-R-A-T, but I'm not sure of the spelling.  George Vratsonos.

Q.    Okay.  I think -- I think I know who you're talking about, so that's fine.

A.    Yes.

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL -MICHAEL GENUS

Page 138

MS. CHAPMAN:  Objection.  Objection to the form.

Mike, just a reminder to give me a second to object so I'm not talking over you.

THE WITNESS:  Okay.

BY MR. ST. PHILLIP:

Q.    And we'll go over some documents about this, ███████████████████████████████ ████████████████████████████

Do you know what that is?

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL -MICHAEL GENUS

Page 140



Q.     ███████████████████████████
████████████████████████████████████
██████████?

          MS. CHAPMAN:  Objection to form.

          THE WITNESS:  It may be.  ██████████
     ██████████████████████████████████
     ███████████████████████████████
     █████████████████████████████
     ██████████████████████████████████

BY MR. ST. PHILLIP:

Q.     Okay.  S███████████████████████
████████████████████████████████████████
████████████████████████████████? 

A.     ████████████

          MS. CHAPMAN:  Objection to form.

          THE WITNESS:  Right.

BY MR. ST. PHILLIP:

Q.     █████████████████████████████
████████████████████████████████████████?

A.     █████

Q.     Okay.  All right.  ████████████
████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL -MICHAEL GENUS

Page 143

form.

THE WITNESS:  I don't think we have a limit.

BY MR. ST. PHILLIP:

Q.    Okay.  But David Brooks is referencing that, it seems, right?

A.    It seems.

MS. CHAPMAN:  Objection to the form.

THE WITNESS:  It seems.

BY MR. ST. PHILLIP:

Q.    Yeah.  Is that how you interpret this?

A.    I don't know where he's getting his understanding from.

Q.    Okay.  Might be different from yours.  Okay.  That's fine.

And then he says, "███████████████
████████████████████████████████
███████████████████████████████
███████████   Do you see that?

A.    Yes.

Q.    ██████████████████████
███████████████████████████████

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL -MICHAEL GENUS



Page 144

Q.    All right.  You said, "

"

Do you see that?

A.    I do.

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL -MICHAEL GENUS

Page 168

MS. CHAPMAN:  Objection to form.



HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL -MICHAEL GENUS

Page 169



?

                MS. CHAPMAN:  Objection to form;

        foundation.

HIGHLY CONFIDENTIAL
HIGHLY CONFIDENTIAL -MICHAEL GENUS

Page 170



BY MR. ST. PHILLIP:

Q.    Do you understand my question?

A.    I understand the question.

Q.    Okay.