**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| CAREFIRST OF MARYLAND, INC., GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., and CAREFIRST BLUECHOICE, INC., on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>      v.<br><br>JOHNSON & JOHNSON and JANSSEN BIOTECH, INC.<br><br>              Defendants. | Civil Action No. 2:23-cv-00629-JKW-LRL |

**OPENING EXPERT REPORT OF TIFFANY D. RAU, PH.D[1]**

**March 3, 2025**

---

[1] Some material referenced or quoted in this report refers contains material that has been designated as Confidential Information. Highly Confidential—Attorneys' Eyes Only Information, and/or Highly Confidential – Outside Attorneys' Eyes Only Information. It is the responsibility of each party to confirm that all such material has been properly redacted before sharing it with parties to this litigation who would not be able to view such materials under the governing Confidentiality Order entered in this action.

**TABLE OF CONTENTS**

I.    QUALIFICATIONS ....................................................................................................1

II.   ASSIGNMENT ........................................................................................................3

III.  SUMMARY OF OPINIONS ....................................................................................4

IV.   BACKGROUND .....................................................................................................5

      A.    Stelara (Ustekinumab) .................................................................................5

      B.    Biologic Drugs .............................................................................................7

            1.    FDA approval process for biologic drugs .........................................8

            2.    Biologic/Biosimilar Manufacturing ................................................12

      C.    Commercial Launch Manufacturing ...........................................................27

V.    OPINION SECTIONS ...........................................................................................31

      D.    Amgen (Wezlana) .......................................................................................31

            1.    Company Overview ..........................................................................31

            2.    Ustekinumab BLA ............................................................................32

            3.    Drug Substance ................................................................................33

            4.    Drug Product ....................................................................................39

      E.    Alvotech / Teva (Selarsdi) ..........................................................................42

            1.    Company Overview: Alvotech ..........................................................42

            2.    Company Overview: Teva .................................................................44

            3.    Ustekinumab BLA ............................................................................45

            4.    Drug Substance ................................................................................46

            5.    Drug Product ....................................................................................53

      F.    Samsung Bioepis / Sandoz (Pyzchiva) ........................................................57

            1.    Company Overview: Samsung Bioepis .............................................57

2.      Company Overview: Sandoz ................................................................ 59

3.      Ustekinumab BLA ............................................................................... 59

4.      Drug Substance .................................................................................... 60

5.      Drug Product ....................................................................................... 65

G.      Fresenius / Formycon (Otulfi) ..................................................................... 68

1.      Company Overview: Formycon ........................................................... 68

2.      Company Overview: Fresenius Kabi AG ............................................. 70

3.      Ustekinumab BLA ............................................................................... 72

4.      Drug Substance .................................................................................... 72

5.      Drug Product ....................................................................................... 79

H.      Accord/Dong-A-ST (Imuldosa) .................................................................. 84

1.      Company Overview: Accord BioPharma .............................................. 84

2.      Company Overview: Dong-A-ST ......................................................... 85

3.      Company Overview: Meiji Seika Pharma ............................................ 86

4.      Ustekinumab BLA ............................................................................... 86

5.      Drug Substance .................................................................................... 87

6.      Drug Product ....................................................................................... 90

I.      Biocon (Yesintek) ....................................................................................... 95

1.      Company Overview .............................................................................. 95

2.      Ustekinumab BLA ............................................................................... 96

3.      Drug Substance .................................................................................... 97

4.      Drug Product ..................................................................................... 100

J.      Celltrion ................................................................................................... 103

1.      Company Overview ............................................................................ 103

2.      Ustekinumab BLA ............................................................................. 104

ii

3.      Drug Substance ........................................................................... 105

4.      Drug Product .............................................................................. 106

VI.     SUMMARY AND CONCLUSIONS ............................................................... 110

## I.    QUALIFICATIONS

1.    My name is Tiffany D. Rau, Ph.D., and I am the founder of Rau Consulting (US), a co-founder of Bio Pharma Technical Consulting Ltd (Ireland), and an Adjunct Professor at University College Cork in the Advanced Cell and Gene Therapy Program.

2.    I am an expert in bioprocessing and a Six Sigma Master Black Belt.[2] I have international technical and managerial experience from development stage through launch and post-commercial cGMP manufacturing. I have been instrumental in designing and leading initiatives to bring R&D and manufacturing together to increase speed to market and facilitate technology transfer and CMC success.

3.    I have advised companies on over 150 different projects in the areas of process intensification, scale-up, variability reduction, manufacturing, and continuous improvement in both traditional biotechnology and in the latest cell and gene therapies and alternative proteins/foods.

4.    Prior to founding my consulting practice in 2017, I held leadership positions at various companies with a specific focus in biologic manufacturing, including Evonik-Degussa, Eli Lilly, Pall Corporation, and GlaxoSmithKline, all focused in the areas process development, tech transfer, commercial manufacturing, and CMC strategy. I have had over 100 invited speaking engagements focused on delivering current and next-generation products from R&D to commercialization/post-commercialization.

---

[2] This is an advanced certification in a methodology to evaluate business processes within an organization, and I focus specifically on biologic manufacturing.

1

5. I am active in the scientific community and have coordinated numerous technical speaking sessions at conferences including Engineering Conferences International (ECI) Cell Culture Engineering and Microbial Engineering, American Chemical Society, Society for Industrial Microbiology and Biotechnology.

6. I currently teach at the University College Cork (UCC) in the Advanced Cell and Gene Therapy (HCI Pillar 1) post-graduate program. I have also designed "Capstone Engineering" projects in the areas of biopharmaceuticals and cell and gene therapy for several universities including the University of Pennsylvania, Vanderbilt University, Florida State and the University of Colorado.

7. I am an active participant on Vanderbilt's Chemical and Biomolecular Engineering External Advisory Board as well as Florida State's Advisory Board.

8. I hold a Bachelor of Science in Engineering degree in Chemical and Biomolecular Engineering from the University of Pennsylvania, and a Ph.D. in Chemical Engineering from Vanderbilt University.

9. A list of materials on which I considered is attached as **Exhibit A.**

10. My curriculum vitae is attached as **Exhibit B.**

11. I have not testified as an expert witness in the past four years.

12. I am being compensated for my time in this proceeding at my customary rate of $750 per hour. I am also being reimbursed for my reasonable expenses associated with my work on this case. My compensation is not dependent upon the outcome of this case.

13.     I reserve the right to amend or supplement my opinions in view of additional

evidence, court order, information, or arguments that may be provided to me or presented by the

defendants, their experts, or other testimony provided at a later date.

## II.    ASSIGNMENT

14.     Plaintiffs and members of the proposed class in this case are end payers for

Stelara who allege that the defendants Johnson & Johnson and Janssen Biotech Inc. ("J&J")

unlawfully delayed biosimilar competition for its blockbuster drug Stelara (Ustekinumab) in the

U.S. by fraudulently acquiring a method of use patent and unlawfully procuring biosimilar

manufacturing patents, and then using them to extract settlements from the Stelara biosimilar

manufacturers, delaying biosimilar competition from September of 2023 until 2025, during

which the plaintiffs were overcharged for their Ustekinumab purchases.[3]

15.     I have been asked to address the following assignments:

a.     Please describe the general process of planning for and executing the
manufacture of commercial quantities of a new monoclonal antibody sterile
injectable drug in a pre-filled syringe or vial such as a biosimilar version of
Stelara.

b.     Please assume that the jury finds J&J violated antitrust law such that, as of
the end of September 2023, J&J would have had no lawful ability to use assertions
of patent infringement to block U.S. sales of biosimilar ustekinumab. Based on
your experience, education and training, and based on your review of the materials
considered that you have identified in your report, do you have an opinion, to a
reasonable degree of certainty in the field of manufacturing biosimilar drug
products, as to whether one or more of the following biosimilar manufacturers

---

[3] Second Amended Class Action Complaint ("Complaint") ¶¶ 1-12.

would have been able to launch commercial quantities of their biosimilar versions of Stelara at or about the time that each obtained FDA final approval: (1) Amgen, (2) Alvotech/ Teva,  (3) Samsung Bioepis / Sandoz; (4) Fresenius / Formycon; (5) Accord / Dong A/Meiji; (6) Biocon; and (7) Celltrion.  If so, what is that opinion?

c.    Do you have an opinion, to reasonable degree of certainty in the field of biologic manufacturing, and based on your experience, education, and training, and your review of the materials you have considered, as to whether a reasonable company in Johnson & Johnson's position would have changed its manufacturing process for Stelara to incorporate the technologies described in the Momenta biosimilar manufacturing patents? If so, what is that opinion?

### III.    SUMMARY OF OPINIONS

16.    As directed, this opinion is premised on the assumption that the jury finds J&J violated antitrust law such that, as of the end of September 2023, J&J would have had no lawful ability to use assertions of patent infringement to block U.S. sales of biosimilar ustekinumab. Based on that assumption, and based on my experience, education and training, and on my review of the materials considered that I have identified in my report, I am of the opinion, to a reasonable degree of certainty in the field of manufacturing biosimilar drug products, that each of the following biosimilar companies would have been able to manufacture commercial quantities of their biosimilar versions of Stelara and been ready to launch from a manufacturing perspective on or about the following dates:

a.    Amgen (Wezlana):  October 31, 2023

b.    Alvotech/Teva (Selarsdi):  April 16, 2024

c.    Samsung Bioepis/Sandoz (Pyzchiva):  June 28 ,2024

d.    Fresenius/Formycon (Otulfi):  September 27, 2024

4

     e.    Accord/Dong A/Meiji Seika (Imuldosa): October 10, 2024

     f.    Biocon (Yestinek):  December 1, 2024

     g.    Celltrion (Steqeyma):  December 17, 2024

17.



.

## IV.    BACKGROUND

**A.    Stelara (Ustekinumab)**

18.    Ustekinumab is a biologic drug prescribed to treat several serious autoimmune diseases, including moderate to severe plaque psoriasis, active psoriatic arthritis, moderately to severely active Crohn's disease, and moderately to severely active ulcerative colitis. It is a monoclonal antibody that works by attaching to two of the body's signaling proteins –

Interleukin 12 (IL-12) and Interleukin 23 (IL-23) – to regulate the immune responses and reduce inflammation in the gastrointestinal tract.[4]

19.    J&J (through its predecessor Centocor) submitted its initial BLA for Stelara in November 2007.[5] On September 25, 2009, the FDA approved J&J's Biologic License Application ("BLA") for sale of Stelara (ustekinumab) to treat adults with moderate to severe plaque psoriasis and the product was launched soon thereafter.[6] Stelara was later approved to treat psoriatic arthritis in adults (2013) and moderately to severely active Crohn's Disease (2016),[7] and in additional drug product formulations (pre-filled syringes and 130mg/26mL vials).[8]

20.    For fourteen years, from Stelara's launch in September 2009 until expiration of the '734 patent covering the composition of ustekinumab on September 25, 2023, Stelara was the only version of ustekinumab on the market, and one of J&J's best-selling products, grossing over $60 billion dollars in sales worldwide, with nearly $7 billion in net U.S. sales revenue in 2023 alone.[9]

21.    In 2020, J&J acquired a company called Momenta Pharmaceuticals, and along with it, acquired certain patents describing technologies related to manufacturing biosimilar

---

[4] Complaint ¶¶ 113-116.
[5] FDA approval letter for BLA 125261/0 (Stelara), September 25, 2009. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2009/125261s000ltr.pdf.
[6] FDA approval letter for BLA 125261/0 (Stelara), September 25, 2009. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2009/125261s000ltr.pdf.
[7] Complaint ¶¶ 120-122.
[8] FDA approval letter for BLA 761044 (Stelara), September 23, 2016. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2016/761044Orig1s000ltr.pdf.
[9] Complaint ¶¶ 123-125.

6

drugs ("the Momenta biosimilar manufacturing patents").[10]  Specifically, the Momenta

biosimilar manufacturing patents focus on addition of certain amounts of cell culture media

components (putrescine and arginine/lysine) in a manner that impacts glycan profile and lysine at

the c-terminal. These post-translational modifications are often considered critical quality

attributes that must be controlled within specifications.

22.    It was widely expected by J&J, biosimilar manufacturers, and industry observers

that J&J would lose exclusivity for its Stelara sales soon after its composition patent expired in

September 2023.[11]

23.    As discussed in the opinion sections below, between 2022 and 2023, several

biosimilar manufacturers filed applications seeking approval to market biosimilar versions of

Stelara, and between October 2023 and December 2024, FDA issued final approval to at least

seven of these biosimilar versions of Stelara.

**B.    Biologic Drugs**

24.    Pharmaceutical products can be broadly divided into two categories: small

molecules and biologics. For "small molecule" drugs, the active ingredient is made from

chemical compounds in a laboratory. Brand Advil (ibuprofen) and generic versions of it are well

known examples of small molecule drugs. For biologic drugs, the active ingredient is grown or

---

[10] JNJ-STELARA_003434937 at -938 (*Janssen Biotech, Inc. v. Amgen Inc.*, First Amended Complaint, February 21, 2023). The Momenta biosimilar manufacturing patents are: U.S. Patents Nos. 8,852,889, 9,217,168, 9,475,858, and 9,663,810.

[11] Complaint ¶ 127; Fierce Pharma, J&J's crown jewel Stelara faces another potential rival as biosim player Alvotech touts trial win, May 24, 2022. Available at https://www.fiercepharma.com/pharma/alvotechs-stelara-biosimilar-finds-therapeutic-equivalence-jjs-crown-jewel.

"cultured" in a bioreactor from living cells. Stelara (Ustekinumab) is a biologic drug whose active ingredient is grown from mammalian cells.

### 1. FDA approval process for biologic drugs

25. Reference biologics and biosimilar biologics in the United States are regulated by the Center for Biologics Evaluation and Research (CBER). CBER regulates complex biological products, both investigational and "licensed" (permitted to be marketed and sold).

26. The Biologics Price Competition and Innovation Act (BPCIA) was signed into law in 2010 and gave the FDA a path to approve biosimilars in the United States.

27. BPCIA permits a biosimilar biological product to be licensed under 351(k) of the Public Health Service Act (PHS Act) based on an abbreviated data package of product-specific preclinical and clinical data. It also allows the manufacturer to leverage existing data from the reference biological thus shortening the regulatory approval process. Similar to the reference biologic, licensed under the approval requirements of 351(a) of the Public Health Service Act (PHS Act), biosimilar versions still often include extensive analytical, animal, and human clinical testing, but the goal of that testing is to prove similarity to the reference product.[12]

---

[12] FDA, Review and Approval, current as of December 13, 2022. Available at https://www.fda.gov/drugs/biosimilars/review-and-approval#data.

28.    To obtain FDA approval, both original reference biologics and their biosimilar versions must first demonstrate that they are safe and effective.[13] [14] Zarxio, licensed in 2015, was the first biosimilar that used the BPCIA-established pathway.[15]

29.    As Congress intended, by avoiding the need to repeat some of the pre-clinical and clinical studies already conducted during approval of the reference biologic, the biosimilar development and approval pathway, while still scientifically rigorous, is somewhat abbreviated and typically costs less (as shown in the figure below). Similar to generic versions of small molecule drugs, the goal of the development and approval process is to prove that the biosimilar is just as safe and effective as the reference product because of its similarity to the reference product in all clinically meaningful respects, rather than proving safety and efficacy on a "standalone" basis. And similar to generic versions of small molecule drugs, when biosimilars enter the market, they lead to more product options and lower prices.

30.    Timeline and Cost to Develop Reference Biological compared to Biosimilar:[16]

---

[13] FDA, 9 Things to Know About Biosimilars and Interchangeable Biosimilars, current as of June 20, 2024. Available at https://www.fda.gov/drugs/things-know-about/9-things-know-about-biosimilars-and-interchangeable-biosimilars.

[14] Section 7002(b)(3) of the Affordable Care Act, adding section 351(i)(2) of the PHS Act; FDA Guidance for Industry, Scientific Considerations in Demonstrating Biosimilarity to a Reference Product, April 2015. Available at https://www.fda.gov/media/82647/download; FDA presentation, FDA's Overview of the Regulatory Guidance for the Development and Approval of Biosimilar Products in the US. Available at https://www.fda.gov/files/drugs/published/FDA%E2%80%99s-Overview-of-the-Regulatory-Guidance-for-the-Development-and-Approval-of-Biosimilar-Products-in-the-US.pdf

[15] Gherghescu, I. Delgado-Charro, M.B., The Biosimilar Landscape: An Overview of Regulatory Approvals by the EMA and FDA. Pharmaceutics 2021, 13, 48. Available at https://doi.org/10.3390/ pharmaceutics13010048.

[16] Agbogbo, F., Ecker, D., Farrand, A. et al., Current Perspectives on Biosimilars. Journal of Industrial Microbiology and Biotechnology, Volume 46, Issue 9-10, October 1, 2019, Pages 1297–1311. Available at https://doi.org/10.1007/s10295-019-02216-z.

Journal of Industrial Microbiology & Biotechnology (2019) 46:1297–1311
https://doi.org/10.1007/s10295-019-02216-z

**SIMB**

**FERMENTATION, CELL CULTURE AND BIOENGINEERING - REVIEW**

## Current perspectives on biosimilars

Frank K. Agbogbo[1] · Dawn M. Ecker[2] · Allison Farrand[1] · Kevin Han[3,7] · Antoine Khoury[4] · Aaron Martin[1] · Jesse McCool[1] · Ulrike Rasche[5] · Tiffany D. Rau[6] · David Schmidt[1] · Ma Sha[7] · Nicholas Treuheit[8]

Received: 2 March 2019 / Accepted: 11 July 2019 / Published online: 17 July 2019

**Reference Biological Development Timeline and Cost**

| Discovery | Development | Preclinical | Phase 1 | Phase 2 | Phase 3 |

Total Costs: >$1 Billion

**Biosimilar Development Timeline and Cost**

| Development | Preclinical | Phase 1 | Phase 3 |

Total Costs: $100-200M

1 · 2 · 3 · 4 · 5 · 6 · 7 · 8 · 9 · 10 · 11 · 12

**Timeline (Years)**

31.    Importantly, biosimilars and reference biologics are subjected to the same exact standards in terms of ensuring they maintain product quality, are manufactured at facilities subjected to regular FDA inspections for compliance, and must maintain the same level of pharmacovigilance (e.g. a monitoring program for adverse reactions and safety concerns).[17][18][19]

---

[17] Hansberry, K., What is pharmacovigilance and why is it important? Proclinical, August 23, 2017. Available at https://www.proclinical.com/blogs/2017-8/what-is-pharmacovigilance-and-why-is-it-important.

[18] FDA Guidance for Industry, Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment, March 2005. Available at https://www.fda.gov/regulatory-information/search-fda-guidance-documents/good-pharmacovigilance-practices-and-pharmacoepidemiologic-assessment.

[19] FDA, Development of a Biosimilar 351(k) BLA Clinical Pharmacology Study Database, current as of August 12, 2021. Available at https://www.fda.gov/science-research/fda-stem-outreach-education-and-engagement/development-biosimilar-351k-bla-clinical-pharmacology-study-database.

32.    For the original biologic to obtain approval, it must demonstrate to FDA that the product is safe and effective within the defined ranges known to occur from batch to batch. For a biosimilar to obtain approval, it must also demonstrate that there are no clinically meaningful differences between the biosimilar and the original reference drug. Once a biosimilar has been granted final approval by FDA, patients can rest assured that the biosimilar is just as safe and effective as the original reference product.[20]

33.    From a manufacturing perspective, an important part of the approval process is something called "Process Validation" (PV). FDA defines process validation as "the collection and evaluation of data, from the process design stage through commercial production, which establishes scientific evidence that a process is capable of consistently delivering quality product."[21] Process validation is not a "one and done" activity but is continuously conducted throughout the product lifecycle in order to obtain assurance and proof that routine production remains in a state of control.

34.    There are three general stages in process validation:[22] [23]  **Stage 1** – Process Design: The commercial manufacturing process is developed and defined during this stage based

---

[20] FDA, Biosimilars Basics for Patients, current as of August 1, 2024. Available at https://www.fda.gov/drugs/biosimilars/biosimilars-basics-patients.

[21] FDA Guidance for Industry, Process Validation: General Principles and Practices, January 2001. Available at https://www.fda.gov/files/drugs/published/Process-Validation--General-Principles-and-Practices.pdf.

[22] FDA Guidance for Industry, Process Validation: General Principles and Practices, January 2001. Available at https://www.fda.gov/files/drugs/published/Process-Validation--General-Principles-and-Practices.pdf.

[23] Sampathkumar, K., Kerwin, B., Roadmap for Drug Product Development and Manufacturing of Biologics, Journal of Pharmaceutical Sciences, Volume 113, Issue 2, February 2024, Pages 314-331. Available at https://www.sciencedirect.com/science/article/pii/S002235492300477X#fig0002.

on knowledge gained through development and scale-up activities. **Stage 2** – Process Qualification: During this stage, the process design is evaluated to determine if the process is capable of reproducible commercial manufacturing. The manufacture of "Process Performance Qualification" (PPQ) batches occurs during this stage. These batches are at commercial scale and are manufactured at a cGMP-qualified manufacturing facility. Stages 1 and 2 must be completed prior to FDA approval. **Stage 3** – Continued Process Verification: This stage involves routine ongoing review of the manufacturing process to ensure it remains in a state of control, that there are systems to detect unplanned departures from the process, ensure cGMP conditions are maintained throughout the product lifecycle, and an ongoing program to collect and analyze process and product data.

35.    Unlike small molecules, the process validation at commercial scale must be completed prior to even filing the original application. But like small molecules, PPQ material may typically be used for a commercial launch, provided adequate shelf life remains.

### 2.    Biologic/Biosimilar Manufacturing

36.    Biosimilars are generally produced using a similar manufacturing process to the reference drug, but as long as the end molecule is sufficiently similar to the reference, there can be differences, e.g., in the living cell (or "host" cell) that is used to culture the active ingredient. In other words, all biologic products (whether reference or biosimilar) are made from living sources but not necessarily from the same living source.

37.    During development for a reference biologic or its biosimilar, an expression system is selected to produce the product. The decision on what type of living expression system to use is based on the type of product and often the company's expertise. For example,

12

therapeutic antibodies such as Ustekinumab are mainly produced in mammalian host cell lines, but there are many different cell types within the category, including NS0 murine (mouse) myeloma cells, Sp2/0 murine myeloma cells, PER.C6® human cells, and Chinese hamster ovary (CHO) cells.

38.    The CHO cell lines have become a "workhorse" for producing different types of biologics, especially therapeutic proteins. Today, many therapeutic antibody biologics are developed using CHO cell lines, but murine cell lines were some of the first cells used for production of biologics and are still used today.  Like many therapeutic antibodies, Stelara and its biosimilars (i.e., Ustekinumab) can be made from more than one type of living organism, including CHO or Sp2/0 murine myeloma cells, but the resulting medicine is similar.

39.    One can think about it this way: To make a cup of coffee, one can use Columbian beans and a hand grinder (CHO), or Indonesian beans and an electric grinder (Sp2/0 cells), but in the end both can produce a high-quality cup of coffee containing 50 mg of caffeine.

40.    Because biologics (whether reference or biosimilar) are produced from living cells, there is typically greater variation in their chemical composition than small molecule drugs.[24] As a result, there are inherent variations in the chemical composition of the biologic molecule from batch to batch (microheterogeneities), but as long as they are reproducible within the defined and approved process ranges, and the process is adequately characterized and controlled, they can meet FDA approval requirements for safety, efficacy, and quality.

---

[24] FDA, Biosimilars Info Sheet Level 1: Foundational Concepts. Available at
https://www.fda.gov/media/154913/download?attachment.

41.    Today, the production of certain categories of biologics such as monoclonal antibodies, and especially those based on IgG1, have a long track record of regulatory compliance as well as a long production history. In 1986, Orthoclone Okt3 was approved by the FDA, and it was the first IgG to gain approval and there are over 75 biologics based on IgG1 which is the same as Stelara that have been approved by the FDA over the years. Also, two well-known IgG1-based reference biologics are Remicade and Humira and they both have a number of biosimilars on the market and in the formulary of pharmacies.[25][26][27][28] The manufacturing processes to make IgG-based biologics are well understood by the manufacturers and the regulatory agencies, and have become "platform," as described further below.[29]

42.    These days, it is standard in the industry to have a platformed process as your starting point for production of any monoclonal antibody, especially those based on IgG1, which can then be modified and optimized as needed for a given molecule. Biologic manufacturers that utilize mammalian technologies to express the product, whether reference or biosimilar, typically use a platformed approach across different products. The main unit operations for the different

---

[25] CVS Specialty, Humira and Biosimilars for Humira Drug List, 2025. Available at https://www.cvsspecialty.com/content/dam/enterprise/specialty/images/resource_center/pdfs/hb_drug_list.pdf.

[26] Park, B., Several Biosimilars to Humira Now Available, Including an Interchangeable Product, MPR, July 5, 2023. Available at https://www.empr.com/home/news/several-biosimilars-to-humira-now-available-including-an-interchangeable-product/.

[27] CVS Specialty, Remicade/Remicade Biosimilars Enrollment Form, 2024. Available at https://www.cvsspecialty.com/content/dam/enterprise/specialty/enrollment_forms/us/US_Remicade.pdf.

[28] FDA, Biosimilar Product Information, current as of February 14, 2025. Available at https://www.fda.gov/drugs/biosimilars/biosimilar-product-information.

[29] Antibody Society, Antibody therapeutics approved or in regulatory review in the EU or US. Available at https://www.antibodysociety.org/resources/approved-antibodies/.

types of manufacturing processes are the same and the differences relate to how the equipment and process is run and the scale of production. This efficient approach saves time and resources.

43.    Here is an example of a platform process in everyday life: Every night you park your car in the garage; you have been doing this for years and have had different cars. One day you get a new car. You drive into your garage the same way you always do (your platform method) and discover it does not quite fit in your garage, but you are able to modify your platform by driving your car into the garage at an angle. Or you move the bicycle to a different location, etc. The general steps are still the same as before, you just slightly modified the "platform."

44.    Reference biologics and biosimilars are made similarly, and the manufacturing process includes Drug Substance (DS), Drug Product (DP), and Packaging/Labeling. The medicine that the patient will take will be produced in the DS and the DP steps of the manufacturing process as the biologic is placed in the primary package (e.g. vial or pre-filled syringe (PFS)) at the DP facility. The product (vials and PFS) must then be labeled and placed in secondary and tertiary packaging with the appropriate documentation such as inserts that contain instructions and warnings.

45.    Secondary packaging is the packaging that will contain the labeled vials and PFSs and it will also have images and text on it identifying what is in the box. This is what the patient or clinician would see when they receive the product. Here is the Stelara packaging example:

 

[30]

46.    The tertiary packaging is a third layer of packaging (typically a cardboard box) that protects the secondary packaging during shipment. The secondary and tertiary packaging is non-product contact and is similar for biologics, whether it is a cardboard box or a thermoformed tray.[31] [32] The secondary and tertiary packaging of the DP is often done at facilities that only do labeling and packaging, which is a different specialty than growing cells in a bioreactor and filling the primary packaging (e.g. vial or PFS).

47.    Note that a large number of biologics are cold chain products and the facilities that do the labeling and packaging must be able to maintain appropriate storage and processing conditions during labeling and packaging, which is standard practice at labeling and packaging

---

[30] Image of Stelara packaging. Available at
https://th.bing.com/th/id/R.4884dde006a9d3ec29dcc48de9f8771f?rik=OXa5fD4DbKPQfQ&riu=
http%3a%2f%2fwww.multivu.com%2fplayers%2fEnglish%2f7883551-janssen-stelara-crohn-s-
fda-approval%2fimage%2fproduct-photo-1-
HR.jpg&ehk=scMUvYkCGi%2fkQfJr%2bh1znKb41C4OJX13hfRGNiACr9U%3d&risl=&pid=
ImgRaw&r=0.
[31] Swiftpak, Pharmaceutical packaging: The difference between primary, secondary &
tertiary, December 2, 2022. Available at https://www.swiftpak.co.uk/insights/pharmaceutical-
packaging-primary-secondary-tertiary.
[32] Tjoapack, The Drug Packaging Process from Start to Finish. Available at
https://www.tjoapack.com/resources/the-drug-packaging-process-from-start-to-finish.

facilities. For the purposes of this report, I will focus largely on manufacturing of the DS and DP, because packaging and labeling are a very standardized and relatively minor aspect of the process that is highly unlikely to pose a rate limiting factor for any reasonable biosimilar manufacturer in the position of those assessed in this report.

48.    Stelara and its biosimilars are parenteral (introduced to the body other than through the digestive tract, typically administered intravenously, intramuscularly, or subcutaneously) monoclonal antibodies. The DS manufacturing process for such products consists of two main manufacturing steps: the "upstream" process where the monoclonal antibody (Mab) is produced using a living organism; and the "downstream" or "purification" process where it is purified, formulated, and bulk filled and stored. The DS is then transferred (under appropriate conditions) to a DP site at the same or different location where the DS is further formulated, if applicable, and then filled into PFS devices or vials.

49.    It is not unusual for the DS and DP manufacturing steps to be performed at different manufacturing sites or even by different companies. In fact, there are multiple companies that specialize in providing biologic DS and DP manufacturing services (among others) for other pharmaceutical companies under contract. These companies are called Contract Manufacturing Organizations (CMOs) or Contract Development and Manufacturing Organizations (CDMOs).

50.    The DS for Mabs is manufactured using low bioburden manufacturing techniques, while the DP manufacturing is considered sterile manufacturing.[33] Because the manufacturing of

---

[33] "Bioburden" refers to the microorganism contaminants present.  The higher the number of microorganisms, the higher the bioburden. "Sterile" means there are no living microorganisms

Mabs is considered to be platform today, the unit operations are similar, especially for IgG1 and IgG4 based biologics.[34]

51.     The upstream DS manufacturing process typically consists of the following steps: (1) Vial thaw (2) Cell Expansion – Seed Train (Shake Flasks), (3) Cell Expansion-Bioreactor(s), (4) Production Bioreactor, and (5) Harvest/Primary Clarification/Recovery.

52.     The downstream DS manufacturing process typically consists of the following steps: (6) Capture Chromatography-Protein A, (7) Viral Inactivation – Chemical or pH, (8) Cation Exchange Chromatography, (9) Anion Exchange (Mixed Mode Optional) Chromatography, (10) Viral Filtration, (11) Ultrafiltration/Diafiltration (UF/DF), (12) Excipients/Formulation, (13) Filtration of DS; (14) Filling of DS into containers, and (15) Storage of the Bulk DS (Refrigerated or Frozen).

53.     Biologics are made from living organisms and typically they are expanded into larger and larger vessels. Depending on the type of vessel, shake flasks (Erlenmeyer Flasks) or bioreactors, the amount of control in the vessel will be different. Shake flasks are placed into incubators where they are kept at a specific temperature and are shaken (orbital rotation) at a specific rotations per minute (RPM) so the cells remain in suspension and do not settle to the bottom of the flask. An image of an Erlenmeyer flask is available online.[35] The Erlenmeyer

---

present. There are well established methods for controlling bioburden or ensuring a sterile manufacturing environment.

[34] "Ig" is short for immunoglobulin, which is another word for antibody. There are several types of immunoglobulins. "IgG" refers to the most abundant type. There are also four subclasses of IgG, which is denoted by the "1" and "4" at the end of the abbreviation. They all function as part of the body's immune response. IgG1 (like Ustekinumab) and IgG4 have been known and studied in the industry the longest and are best understood.

[35] Image of Corning® Erlenmeyer cell culture flasks; 250 mL Erlenmeyer Flask w/ Vent

flasks do not have active pH and oxygen control. Shake flasks are typically used during the expansion (seed train) of the cells.

54.     Larger bioreactors are used to further increase the number of cells used to make the biologic and they are also used in the step where the cells are producing the biologic (molecule). Bioreactors are vessels that are designed to allow cells to grow and produce a product in a controlled environment. Typical parameters that are controlled in a bioreactor are pH, Dissolved Oxygen (DO), Temperature, Agitation. The trends for the parameters are tracked with sensors and available for review.

55.     Just like people, cells want the best environment to live in which facilitates both the cells growth and production of the biologic of interest. There are several styles of bioreactors that are typically used in biologics which are a rocking motion bioreactor and a stirred tank bioreactor. A rocking motion bioreactor is often called a wave bioreactor as the motion of the liquid in the plastic bag being rocked on a platform has the appearance of waves gently hitting the shoreline. An image of a rocking motion bioreactor is available online.[36] Rocking motion bioreactors are often used for scaling up the volume of cultures after the shake flasks expansion.

56.     The stirred-tank bioreactor is a vessel that has an impeller that is used to agitate/mix the contents within the vessel (cells, plus the media, i.e., the nutrient rich liquid they grow in). A stirred tank bioreactor will also have a sparger that allows gases such as CO2, Air

---

Cap, polycarbonate, sterile. Available at
https://www.sigmaaldrich.com/US/en/product/sigma/cls431144?srsltid=AfmBOoqoICG09MLXIFTQIvJG9OOhPCfY0UHPSYiRFyyZAh_gKWXpiZKA.
      [36] Image of rocking motion bioreactor. Available at
https://www.sartorius.com/resource/image/1137282/16x9/1050/590/a51b7d0e00afb4302e59bc3798931ef8/A6A9A9829D35BB9C39B849EC3CF40CA9/biostat-rm20-pd-b-0001571-sartorius-tif.jpg.

and Oxygen to be added to the stirred tank bioreactor to control pH and Dissolved Oxygen (DO)

levels in the bioreactor in addition to the control of the temperature and agitation thus optimizing

the environment the cells are in for both growth and production of the biologic of interest.

Images showing examples of single-use bioreactors,[37] their liners,[38] and stainless-steel

bioreactors[39] are available online. While rocking bioreactors are single-use, and a stirred tank

bioreactor may be either single-use (plastic for the vessel) or reuseable (stainless steel), both

types are commonly used in the production of biologics.[40] [41]

57.    Single-use equipment has become quite popular for the production of biologics,

especially if high volumes of the product are not required. Single-use production equipment does

not mean that we throw away the entire piece of equipment but only the parts that are product

contact. Cleaning qualification is minimized as one is not reusing part of the equipment that has

seen other products, and this also decreases the risk of cross contamination between products. In

addition, product and process changeovers can be optimized as changing out the consumables is

---

[37] Image of single use bioreactor. Available at
https://www.sartorius.com/resource/image/1133900/10x3/2400/720/497ce3a3b03acca5a76c5185
99c403ef/0F153C23E8611F77E558661783B1511F/biostatstr-gen3-50l-2000l-front-essential-b-
0000239-black-sa.jpg
[38] Image of operator installing single use bioreactor liner. Available at
https://www.genengnews.com/topics/bioprocessing/supplement-laying-the-foundation-for-viral-
safety/.
[39] Image of stainless-steel bioreactor. Available at https://www.pharmaceutical-
networking.com/wp-content/uploads/2019/12/Applikon-stainless-steel-bioreactors-1.png.
[40] Sartorius Science Snippets Blog, Rocking Motion vs. Stirred Tank Bioreactors - Which
Technology is Best Suited For My Cells?, November 10, 2022. Available at
https://www.sartorius.com/en/knowledge/science-snippets/blog-rocking-motion-vs-stirred-tank-
1336774.
[41] Nasi de Barros, C., Understanding Bioprocessing, Its Applications and the Role of the
Bioreactor, Technology Networks, September 30, 2024. Available at
https://www.technologynetworks.com/biopharma/articles/understanding-bioprocessing-its-
applications-and-the-role-of-a-bioreactor-391510.

quite quick compared to taking apart and cleaning stainless steel vessels. Also, for a

manufacturing facility infrastructure fewer utilities are required such as Steam and CIP (Clean in

Place) equipment. In other words, less things to qualify. Single-use technologies are commonly

used at the 2000L production scale and below, but the volumes are increasing, and 6000L

production scale equipment is now available.[42] [43] Another reason that companies, and especially

CDMOS, select single-use technologies is that the production facilities typically are lower in

capital costs, but higher in expense costs (consumables) than reusable stainless steel facilities.[44]

CDMOs pass through the consumables/expense costs to their clients, thereby saving capital.

CDMO spend overall is less, as the customers pay for the reoccurring consumables. The single-

use consumables also come with a data package that can be leveraged as part of material risk

assessments which reduces time and repeat of work as the data packages can be used for many

end-users.

58.    Stainless steel equipment (reusable) has historically been used to manufacture

biologics, and it is still used today. Large volume products tend to be manufactured in stainless

steel especially if the volume for the bioreactors needed is over 10,000L. If the production site is

not producing many products at the site, then there is minimum change over from product to

product. Thus, one does not lose manufacturing capacity due to repeated changeovers from

---

[42] Lindskog, E., Navigating in the single-use space – How to find the right cell culture
bioreactor, Cell Culture Dish, August 27, 2013. Available at
https://cellculturedish.com/navigating-single-use-space-find-right-cell-culture-bioreactor/.
[43] ABEC press release, ABEC Advances Single-Use Bioreactor Volumes to 6,000 Liters,
September 10, 2019. Available at https://www.abec.com/2019/09/10/abec-advances-single-use-
bioreactor-volumes-to-6000-liters/.
[44] Hitchcock, T., A Biotech Revolution, BioProcess International, August 19, 2022.
Available at https://www.bioprocessintl.com/sponsored-content/a-biotech-revolution.

product to product. Also, stainless steel facilities may have a lower operating cost than single-use facilities. Stainless steel facilities can be designed and operated very efficiently especially for commercials products that have high volumes.[45] [46]

59.    Hybrid facilities – which have both single-use and stainless steel/reuseable equipment – is not uncommon at manufacturing facilities today.[47] This allows the manufacturing site to select equipment that meets the needs of the process and the site. Also, it is easier to add single-use technologies to a stainless-steel facility than to convert a single use facility to a stainless-steel facility, due to the infrastructure needed for cleaning the equipment for instance.[48]

60.    There are three typical ways of conducting a process in a bioreactor: (1) batch mode, (2) fed-batch mode, and (3) perfusion mode. A bioreactor run in a batch mode is one where the nutrient rich media plus cells are added to the bioreactor at the start and no other nutrients are added (except that glucose is sometimes supplemented). A bioreactor run in a fed-batch mode is one where the nutrient rich media plus cells are added to the bioreactor at the start

---

[45] Madsen, B., Spivey, K., Single-use vs. stainless steel: The biopharmaceutical manufacturing debate, ThermoFisher Scientific, 2023. Available at https://assets.thermofisher.com/TFS-Assets/BPD/Reference-Materials/single-use-vs-stainless-steel-white-paper.pdf?cid=sud_bea_beq_r01_co_cp0000_pjt0000_col027083_0so_lnk_da_lgn_vt_s00_ss_vs_su.

[46] Haigney, S., The Case for Stainless Steel, BioPharm International, August 1, 2019. Available at https://www.biopharminternational.com/view/case-stainless-steel.

[47] Whitford, W., Szafir, P., Hybrid Design Considerations in Biomanufacturing: Leveraging Both Stainless-Steel and Single-Use Systems, BioProcess International, May 23, 2023. Available at https://www.bioprocessintl.com/facility-design-engineering/hybrid-design-considerations-in-biomanufacturing-leveraging-both-stainless-steel-and-single-use-systems.

[48]  Mirasol, F., Evaluating Uses for Both Single-Use and Stainless-Steel Bioreactors, Biopharm International, Volume 37, April 2024, pages 17-20. Available at https://cdn.sanity.io/files/0vv8moc6/biopharn/3c29542d2160ec0401d6ed54a64bdcc3f6769ae9.pdf/BP0424_Ezine_Watermark%20LINKED.pdf.

and then periodically throughout the duration of the bioreactor step other nutrients are added. A perfusion bioreactor process is one where the nutrient rich media and cells are added to the bioreactor at the start of the process and then at a defined cadence, a certain amount of media is removed from the bioreactor (cells are not removed) and fresh media is added.[49]

61.　The bioreactor production step is designed to produce the desired biological in an optimal way where quality profile is maintained, and the target yield is achieved. The fed-batch and perfusion methods replenish nutrients into the media for the cells to have access to additional nutrients which often increases the amount of product produced. Another way to think about fed-batch versus batch bioreactors processes is the following: If someone has a large meal in the morning and then goes on a hike and arrives at their destination without stopping for a snack, they're operating like a batch mode process. If someone replenishes their energy by having snacks at set times throughout the journey, they're operating like a fed-batch mode process.

62.　Stelara and its biosimilars all had bioreactors in the manufacturing process, and they were run in one of the three modes described previously. A company would select how the bioreactor step is conducted based on how the process was designed during development of the biologic.  Some reference photos with examples of the various pieces of manufacturing equipment is below.

63.　Shake flasks in a shaking incubator:[50]

---

[49] The Cookbook: Basic Concepts, Recipes, and Strategies for Bioprocesses Involving Cell Cultures and Microorganisms, INFORS HT, April 2024. Available at https://infors-ht.com/getmedia/f3d3d2ae-e01c-4039-a71f-9d75ac617619/INFORS-HT-2024-Cookbook-EN-Web.

[50] Image of shake flasks in a shaking incubator. Available at https://kuhner.com/wAssets/img/Datenbank-Bilder-PFDs-Dateien/Produkte/Z-Generation/ISF1-Z/weblication/wThumbnails/ISF1-ZC_8870-c9746db7-6e4e3d30@ll.png.



64.     Rocking bioreactor:



65.     Single use stirred tank bioreactor:



66.     Operator installing liner for a single use bioreactor:[51]



*Operator installing a single-use bag in a Mobius® 2000 L single-use bioreactor.*

67.     Reusable stainless-steel bioreactors:

---

[51] Image of operator installing liner for a single use bioreactor. Available at
https://genengnews.com/wp-content/uploads/2018/10/M9907_150313_4381082516417.jpg.



68.     Once the bulk DS has been produced and released, it can be used in the production of the DP, which is the format that the patient, clinic, or hospital will have access to. Vials have been a standard container for biologics historically, but PFSs have become very popular from an ease-of-use perspective for patients and medical personnel. In some cases, the product is administered by the patient, saving a trip to the doctor's office or hospital for administration.

69.     DP manufacturing for parenteral biologics such as Stelara and its biosimilars is considered to be sterile manufacturing, which means that the product at the end must be sterile, and the manufacturing process is also aseptic. DP manufacturing sites must conduct media fill (Aseptic Process Simulation) batches to prove that the filling of the vials or PFS is a process where sterility can be maintained. These are mock exercises that are the same as for the filling of the DS but not using DS.

70.     DP manufacturing facilities typically have the capabilities to further formulate the DS if needed before filling into vials or PFSs, but it is not unusual for the DS to arrive at the DP

facility formulated at the desired concentration, in which case it just needs to be thawed (if applicable), filtered, aseptically filled in vials or PFS, visually inspected, and stored under appropriate conditions. If the DS needs to be further formulated, and depending on the concentration, it will be diluted or concentrated, sterile filtered, aseptically filled into vials or PFS, visually inspected, and stored under appropriate conditions.

71.     Although different companies take different approaches depending on their equipment, capabilities, and expertise (single use versus reusable, fed-batch versus perfusion versus batch-mode, etc.), it is important to note that all of these approaches are capable of consistently producing high quality finished DPs that meet FDA approval requirements.

**C.      Commercial Launch Manufacturing**

72.     Part of biologic product development includes planning for commercial manufacturing and selecting a manufacturing process capable of reliably scaling up, from early development stage and clinical batches to manufacturing commercial scale batches in preparation for launch.

73.     Unlike small molecule drug manufacturers, which sometimes do not scale up to their final commercial batch size until after submitting or even obtaining approval of their application, biologic manufacturers typically complete all scale up activities and validate their commercial scale manufacturing process prior to even filing their BLA.

74.     Part of the FDA approval process requires that biosimilar applicants manufacture "Process Performance Qualification" (PPQ) batches, typically three batches under cGMP conditions at commercial scale, to demonstrate that the manufacturing process is reproducible and can consistently produce high-quality products. Although these batches must be

27

manufactured and assessed prior to final approval, if they conform to target specifications and have adequate shelf life, with FDA's permission (which is routinely granted) they can be sold commercially after FDA grants final approval.

75.    Planning for commercial launch typically involves a cross-functional team with representatives from manufacturing, regulatory, legal, sales and marketing, among others.  From a manufacturing perspective, the key drivers of the plans are the target launch date, and the projected unit demand.[52] This information is used for determining how much DS and DP needs to be produced, and by when, securing the necessary raw materials, and planning the commercial manufacturing campaign. This is especially important for multi-product sites that need to coordinate planning of manufacturing campaigns with other products being manufactured at the site.

76.    Manufacturing commercial quantities too early can result in the material expiring before it can be sold, whereas manufacturing commercial quantities too late can result in costly launch delays. Therefore, the timing of commercial manufacturing needs to be closely tailored to the expected launch date.

---

[52] E.g., 30(b)(6) Deposition of Accord Biopharma Inc., by and through George Esgro, January 10, 2025, page 37 line 7 to page 38 line 3; 30(b)(6) Deposition of Accord Biopharma Inc., by and through George Esgro, January 10, 2025, page 44 line 18 to page 45 line 5; 30(b)(6) deposition of Sandoz, Inc., by and through Christine Cannon, January 29, 2025, page 33 line 25 to page 34 line 16

77.     To further summarize, the process of planning for a commercial launch of a biosimilar is a complex and multi-year journey which involves many team members, both internal and external, to the company. At a high level, there are a number of important steps, including:

     a.    **Strategic Planning**

        i.   Market research and analysis – competitive landscape and identify medical needs

        ii.  Launch Strategy – Target markets, pricing and marketing plans

     b.    **Regulatory Preparation**

        i.   Regulatory Filings – Timeline for regulatory submissions and approvals

        ii.  Compliance – plan and practice of adhering to regulatory guidance and standards de-risks the launch

     c.    **Manufacturing Readiness**

        i.   Transfer of Process to Manufacturing – New Product Introduction

        ii.  Scale-up of Production (if applicable) to commercial quantities

        iii. Quality Control – analytical testing and control measures to ensure product safety and efficacy.

     d.    **Supply Chain Management**

        i.   Sourcing Materials – Raw Materials, Equipment, and Service (e.g. shipping vendors)

     e.    Risk Mitigation – Developing strategies for managing the risk to the supply chain and dual sourcing and also purchasing from suppliers with long track records of uninterrupted supply are strategies to de-risk. Also setting stocking minimums is part of ensuring the product arrives on time.

     f.    **Commercial Operations**

    i. Sales and Marketing – Sales team and marketing materials ready to go for launch

    ii. Distribution – Focus on how the product will arrive in the end users' "hands"

g. **Cross Functional Collaboration**

    i. Stakeholder coordination in the areas of manufacturing, regulatory, quality control, supply chain, and commercial operations

    ii. Project Management – CMC and Manufacturing launch leads to "orchestrate" the many activities between Phase 3 Clinical and Commercial Launch and beyond.

h. **Timing and Launch Execution**

    i. Reverse Planning – Based on the launch date the activities must be planned and scheduled ("work backwards" or "design with the end in mind") in a manner to meet or exceed the target launch date.

    ii. Shelf-life Management – Crucial step to ensure product is available for launch and beyond but that it does not expire before it can be used.

78. Typically, pharmaceutical companies start preparing for commercial launch 12 to 18 months before the launch date. It is also unusual for companies to build stock of DP more than 6 to 12 months before launch.[53][54] Also, manufacturing facilities are optimizing their

---

[53] Singhal, R., Mastering New Product Launch Readiness in the Pharmaceutical Industry: Technical and Operational Perspectives, Progress in Medical Sciences, Vol 7, No. 5, September 20, 2023, Page 1-4. Available at https://promedsci.org/articles/Mastering%20New%20Product%20Launch%20Readiness%20in%20the%20Pharmaceutical%20Industry%20%20Technical%20and%20Operational%20Perspectives.

[54] Kansteiner, F., Lilly banks stockpile of oral GLP-1 drug with potential launch still more than a year away, Fierce Pharma, February 24, 2025. Available at https://www.fiercepharma.com/manufacturing/lilly-banks-500m-stockpile-oral-glp-1-potential-launch-still-more-year-away.

operations to meet launch dates and ensure continuous supply to the market thereafter, while also maintaining supply of existing commercial and clinical biologics.[55]

## V.    OPINION SECTIONS

**D.    Amgen (Wezlana)**

**1.    Company Overview**

79.    Amgen is an American biotechnology company that was established in Thousand Oaks, California in 1980. Since its founding, the company has focused on discovering and developing biologics. Amgen has a long track record of discovering, developing, and launching biologics successfully to the market, obtaining its first FDA approval for a biologic drug, EPOGEN® (epoetin alfa), in 1989.[56]

80.    In the United States, Amgen has 36 approved products in their portfolio and 11 biosimilars either in development or approved.[57][58] Amgen has a very strong track record of success in the biologics space and now in the biosimilar space.

81.    Amgen has both internal and external manufacturing capabilities globally and their footprint continues to grow. On December 5, 2024, Amgen announced construction of a new DS manufacturing facility in Holly Springs, North Carolina,[59] which will be the second such

---

[55] Naravane, A., A Guide To Successful Product Launches For Small And Midsized Biotechs, Life Science Leader, February 19, 2025. Available at https://www.lifescienceleader.com/doc/a-guide-to-successful-product-launches-for-small-and-midsized-biotechs-0001.

[56] Amgen, Amgen History. Available at https://www.amgen.com/about/amgen-history.

[57] Amgen, Our Products. Available at https://www.amgen.com/products.

[58] Amgen, Biosimilars. Available at https://www.amgen.com/science/biosimilars. Available at https://www.amgen.com/science/biosimilars.

[59] Amgen press release, Amgen Announces $1 Billion Manufacturing Expansion in North Carolina, December 5, 2024. Available at https://www.amgen.com/newsroom/press-releases/2024/12/amgen-announces-$1-billion-manufacturing-expansion-in-north-carolina.

facility on the Holly Springs Campus. Amgen also recently opened a new manufacturing site in New Albany, Ohio (Amgen Ohio) where they will assemble, label and package vials and syringes for a number of Amgen medicines. Amgen Ohio was announced in June 2021, and 26 months after its groundbreaking it was approved by the FDA in January 2024, the fastest that Amgen has ever put a manufacturing facility online.[60] [61] This shows that Amgen is able to execute projects efficiently.

82.     Amgen also has a four-part approach for preventing supply chain shortages which consists of Prevention, Technology, Inventory Management, and Redundant Manufacturing.[62]

83.     These are just two examples of Amgen's proven philosophy on manufacturing and supply chain excellence, and how Amgen proactively plans its capacity to ensure readiness to launch and continuously supply patients with its medicines.[63]

### 2.     Ustekinumab BLA

84.     On October 31, 2022, Amgen filed its BLA seeking approval of its biosimilar version of Stelara, named Wezlana.[64]

---

[60] Amgen, Amgen Goes "OH-IO" with Opening of Newest Manufacturing Facility, February 26, 2024. Available at https://www.amgen.com/stories/2024/02/amgen-goes-oh-io-with-opening-of-newest-manufacturing-facility.

[61] Ojha, S., Amgen opens $365m Ohio drug product facility, BioProcess International, March 6, 2024. Available at https://www.bioprocessintl.com/facilities-capacity/amgen-opens-365m-ohio-drug-product-facility-.

[62] Amgen, Reliability. Available at https://www.amgen.com/science/manufacturing/reliability.

[63] Amgen, Reliability. Available at https://www.amgen.com/science/manufacturing/reliability.

[64] October 31, 2022 Amgen BLA. Note that while I had access to the full database of documents produced in this matter, the BLA files for certain biosimilar manufacturers were not produced in one place or in order, and were sometimes spread out across much larger documents (hundreds or thousands of pages long), only a small portion of which was the BLA files.  To

85.     On or about ████████, Amgen entered a settlement with J&J containing a licensed entry date of January 1, 2025.[65]

86.     On October 31, 2023, FDA granted final approval of Amgen's BLA, permitting commercial sale of Wezlana.[66]

87.     On January 1, 2025, the date provided for in its settlement agreement, Amgen launched Wezlana in the U.S.[67]

### 3.     Drug Substance

88.     Amgen's Wezlana DS is ██████████████████████████████

███████████████████████████████████████████.[68]

89.     Amgen's West Greenwich, RI site, which obtained its license from FDA in September 2005, is one of the world's largest mammalian protein manufacturing sites. In April of 2018, Amgen announced that they were building a new state-of-the-art next generation biomanufacturing plant on the same campus, which was selected "based on the historical success of the Amgen West Greenwich manufacturing facility, its capabilities and talented workforce."[69]

---

facilitate my review, I asked counsel to compile into one PDF certain sections of those BLAs. I will produce those PDFs as backup to my report. Where I cite those PDFs in my report, I include cites both to the pages of the PDF, and to the appropriate Bates page numbers.

[65] JNJ-STELARA_003443557 ████████████████████
██████████

[66] FDA approval letter for BLA 761285, 761331 (Wezlana), October 31, 2023. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2023/761285Orig1s000;%20761331Orig1s000ltr.pdf.

[67] Amgen Launches Wezlana™ as the First Stelara® Interchangeable Biosimilar through Optum's Nuvaila — Venable's BiologicsHQ. Available at https://biologicshq.com/amgen-launches-wezlana-as-the-first-stelara-interchangeable-biosimilar-through-optums-nuvaila/

[68] ████████████████████████ (JNJ-STELARA_003435506).

[69] Amgen press release, Amgen Announces Rhode Island Will Be Location Of First US

90. The expansion of the Rhode Island site was completed in 2020, and as of late 2023 had 900 full time employees.[70]

91. The West Greenwich, RI facility also has a long track record with the FDA and is inspected by the FDA regularly. The Amgen Manufacturing Site in Rhode Island has been in FDA compliance since 2022 and the Wezlana BLA was approved October 31, 2023.[71] There is no compliance reason that would have prevented Amgen from launching upon approval and continuously supplying the DS thereafter.

92. Amgen's process for the production of Wezlana DS is a standard process used to produce reference biologics and biosimilars. Amgen has at least three approved biologics on the market going back decades that use a CHO production system: Epogen, Enbrel, and Aranesp/Nesp (darbepoetin α).[72] This shows they have the experience to produce future biologics using a CHO cell line and that their manufacturing facilities and personnel are set-up to produce products in a CHO cell line.

93. Wezlana also uses a CHO cell line ███████████████████. The materials that are used to produce the DS are typical materials that are used in bioprocessing and

---

Next-Generation Biomanufacturing Plant, April 10, 2018. Available at https://www.amgen.com/newsroom/press-releases/2018/04/amgen-announces-rhode-island-will-be-location-of-first-us-next-generation-biomanufacturing-plant.

[70] Kirsch, N., Amgen R.I. is growing its operations to heal the world, Providence Business News, November 10, 2023. Available at https://pbn.com/amgen-r-i-is-growing-its-operations-to-heal-the-world/.

[71] FDA approval letter for BLA 761285, 761331 (Wezlana), October 31, 2023. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2023/761285Orig1s000;%20761331Orig1s000ltr.pdf.

[72] Global Biotech, LSF Magazine, Winter 2015. Available at https://biomanufacturing.org/uploads/files/547998065159985597-cho-history.pdf.

████████████████████████████████████████████ which means the manufacturing process is less likely to have complications and involves less risk. Having defined chemical media components ██████████████ minimizes the "natural" variability that can occur in non-chemically defined components and minimizes any risk of supply chain issues.[73] In addition, the ████████ bioreactor is very common in mammalian bioprocessing, especially in ████████████, as used in Amgen's manufacturing process.

94.     Single use format equipment has disposable components that arrive pre-sterilized, if applicable, and ready to use. Once the single use component is used in the process, it is simply disposed of.[74] Similar to slow cooker liners where one installs the slow cooker plastic liner before adding the ingredients to the vessel, and after cooking and serving the food the liner is removed and disposed of, single use format in biologic manufacturing substantially streamlines manufacturing by avoiding the need for cleaning the inside of the equipment (product contact surfaces) between batches, which avoids the risk that such cleaning will be inadequate and introduce contaminants, etc. There are multiple manufacturers of single-use bioreactors in 2000L capacity, including Sartorius, ThermoFisher, Cytiva, and Merck Millipore.[75]

---

[73] Dimasi, L., Meeting Increased Demands on Cell-Based Processes By Using Defined Media Supplements, BioProcess Technical, September 2011. Available at https://eu-assets.contentstack.com/v3/assets/blt0a48a1f3edca9eb0/bltdfa83e9dd1763014/658d78f6030c290409eba386/BPI_A_110908AR10_O_166230a.pdf.

[74] DeKloe, J., The Use of Single-Use (Disposable) Technologies in Biomanufacturing, Solano College. Available at https://biomanufacturing.org/uploads/files/599369792159417246-whitepaper-on-singleuseinbiomanufacturing-1.pdf.

[75] Cytiva, Xcellerex XDR 50 to 2000 single-use stirred-tank bioreactors. Available at https://www.cytivalifesciences.com/en/us/shop/cell-culture-and-fermentation/single-use-bioreactor-systems/xcellerex-xdr-50-to-2000-single-use-stirred-tank-bioreactors-p-06177; ThermoFisher Scientific, Single Use Bioreactor Vessels. Available at https://www.thermofisher.com/search/browse/category/us/en/90220096?filter=dimCapacityMetri

35

95.     The single use technology is cost effective, minimizes change over time batch-to-batch and product-to-product, and improves flexibility and contaminant control in the manufacturing process, which all contributes to likelihood that batches will be completed consistently, successfully, and on schedule.[76]

96.     Amgen is producing the product ████████████ manufacturing sites where it appears to have adequate capacity, but in the unlikely event Amgen needed to add capacity, they could select to outsource to a CMO (examples: Fuji Diosynth, AGC Biologics, Lonza, etc.),[77] [78] [79] ████████████████████, or could select to add capacity in their existing manufacturing facilities by purchasing single use bioreactors that are "off-the-shelf." Equipment and raw materials that are "off-the-shelf" and provided by more than one vendor derisks supply chains and increases the ability for companies to produce products even when some vendors may have a shortage. This is likely true not just for Amgen, but all Ustekinumab biosimilar manufacturers discussed in this report, because as discussed below, they all use standard equipment readily available at multiple CMOs.

---

c_en_dim_ss%3A2000%20L; MilliporeSigma homepage. Available at https://www.merckmillipore.com/INTL/en/20150603_201512; Sartorius, Single-Use Bioreactors. Available at https://www.sartorius.com/en/products/fermentation-bioreactors/single-use-bioreactors.

[76] Soni, S., Patel, A., Single-use technologies in bio manufacturing: benefits and implementation challenges. Asian Journal of Hospital Pharmacy, 4(4), 1-7. Available at https://doi.org/10.38022/ajhp.v4i4.92.

[77] AGC Biologics, Mammalian Manufacturing. Available at https://www.agcbio.com/capabilities/mammalian.

[78] Lonza, Mammalian Biopharmaceutical Services. Available at https://www.lonza.com/biologics/mammalian.

[79] Fujifilm Diosynth biotechnologies, Your Mammalian Cell Culture CDMO Partner for Life. Available at https://fujifilmdiosynth.com/capabilities/biologics/mammalian-cell-culture/.

97.    Amgen process and equipment for manufacturing Wezlana[80] are considered "platform" within the monoclonal antibody manufacturing space.

98.    Amgen's Wezlana's manufacturing process is robust, and was approved by the FDA via the BLA based on the data presented in section 2.3.S (Quality Overall Summary Drug Substance), and the data from ▮ batches of DS that was produced at the ▮ scale were produced at ▮ different sites during the development of the biosimilar: ███████████

██████████████████████████████████████.[81] ██████████

████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████.[82] The ability to successfully move the process to different sites demonstrates both the robustness of the process and also the expertise behind the design and manufacturing of reference biologics and their biosimilars that Amgen has in their organization. Amgen's expertise in technology transfer and design of biologic manufacturing processers that are robust and approvable shows they were ready to supply the market with Wezlana upon approval and continue to supply the market long term.

99.    As with all biologics, Amgen's DS manufacturing follows a process that begins with seeding a small vessel such as a shake flask with a living organism and then placing the living organism into larger and larger vessels to expand the number of the organism.[83] When the

_____

[80] ███████████████████████████ (JNJ-STELARA_003436810).
[81] ███████████████████████████ (JNJ-STELARA_003436829).
[82] █████████████████████████████ (JNJ-STELARA_003436829-830).
[83] Ho, K., Manufacturing process of biologics, Internation Conference on Harmonisation

density and volume is large enough, the culture (media + organism) is seeded into a larger

volume bioreactor, where the cultures will be allowed to expand and produce the DS (e.g. titer,

or concentration at the end of the bioreactor phase, is typically measured in grams per liter, or

g/L). Once the production of the "molecule" is complete, the contents of the bioreactor is

"harvested" and proceeds through a series of validated purification steps to lower volumes of

material with higher concentration and purity of the DS, until the final DS is achieved for use in

DP manufacturing.

100.    Every approved product by the FDA has defined specifications and process

parameters which often include titer ranges. Amgen's Wezlana manufacturing process has a

minimum titer criteria of ▮▮▮▮ for the harvest step and during process validation PPQ batch

manufacturing that took place from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, the actual range was ▮

▮▮▮▮▮▮[84] The overall downstream/purification yield minimum criteria is ▮▮, but for the

PPQ batches the range far exceeded that minimum, as actual overall downstream yields ranged

from ▮▮▮▮▮▮ with an average downstream yield across all DS PPQ batches of ▮▮.[85]

[86] The amount of DS produced from a single batch is therefore a theoretical minimum of ▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, but

in reality, during PPQ ranged from ▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

of Technical Requirements for Registration of Pharmaceuticals for Human Use, 2011. Available at https://www.ema.europa.eu/en/documents/presentation/presentation-manufacturing-process-biologics-kowid-ho-afssaps_en.pdf.

[84] October 31, 2022 Amgen BLA at page 350 (JNJ-STELARA_003436073).
[85] October 31, 2022 Amgen BLA at page 623 (JNJ-STELARA_003436136).
[86] October 31, 2022 Amgen BLA at page 358 (JNJ-STELARA_003436081).



101.    The PPQ batches or DS as well as Engineering and Development Batches were used to prove that Wezlana was a Biosimilar to Stelara. Note that within the BLA it is stated that Amgen would manufacture ▮ DS batches starting on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, so that the FDA could see the process in action during the pre-approval inspection (PAI).[87] The amount of DS produced from those two batches, assuming average yield, would be ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[88] As discussed above, following successful completion of PPQ, the acceptable, commercial-scale DS and DP batches manufactured during PPQ may be released for commercial distribution,[89] meaning in addition to the ▮▮▮▮▮ DS batches, the ▮▮▮▮▮ DS batches could likely be processed into DP and used for launch of the product.

### 4.    Drug Product

102.    Amgen's process for the production of Wezlana DP is a standard process used to produce reference biologics and biosimilars. The materials that are used to produce the DP are typical materials that are readily available from many suppliers. The Wezlana DS is filled into

---

[87] October 31, 2022 Amgen BLA at page 20 (JNJ-STELARA_003435506).

[88] October 31, 2022 Amgen BLA at page 164 (JNJ-STELARA_003436911).

[89] Sachs, C., Process Validation Sets the Stage for Ongoing Manufacturing Quality, BioPharm International, March 1, 2019, Volume 32, Issue 3. Available at https://www.biopharminternational.com/view/process-validation-sets-stage-ongoing-manufacturing-quality.

either PFSs or into vials. Amgen's DP manufacturing facility in ███████████████
███, performs the filling operations for both the PFSs and vials.

103.    Amgen purchased the ADL site in 2011.[90] It is a 37,000 square meter aseptic operations facility, specializing in secondary manufacturing activities – formulation, fill, lyophilization, and packaging. ADL also includes a bioprocessing suite, laboratories, and warehouse/packaging capabilities.[91] The ADL site has not received any warning letters from the Health Products Regulatory Authority (HPRA) – Ireland. Given the compliance track record at ADL, the PAI for Wezlana was very low risk. Indeed, the fact that the Wezlana BLA referencing that facility has been approved demonstrates there were no compliance challenges at the DP site in Ireland at the relevant time and based on the history of compliance the site remained low risk for future issues, none of which has arisen following Wezlana's approval.

104.    The ████████████████████████████████████████████████
███, which uses isolator technology, specialized equipment that prevents contamination during the filling operations. According to the Amgen Ireland website, the ADL facility can fill 25,000 syringes per hour and can lyophilize 100,000 vials at a time.[92] ADL is a multi-product facility and has multiple filling lines. The vials are filled on ████████████████████████
███████████████████████████████████████████[93] All of this

---

[90] Amgen revolutionizing science through the decades. Available at
https://www.amgen.eu/media/press-releases/2021/01/amgen-revolutionizing-science-through-the-decades.
[91] Amgen, About Amgen. Available at https://www.amgen.ie/about-amgen.
[92] Amgen, About Amgen. Available at https://www.amgen.ie/about-amgen.
[93] October 31, 2022 Amgen BLA at page 303 (JNJ-STELARA_003437135).

technology is state-of-the art and can be expected to operate in a manner that is consistent and reliable.

105.    The pre-filling processing of the DS is slightly different between the PFSs and vials. The DS arrives at the correct concentration for the PFS and is simply direct filled into the PFS. To account for the two different strengths of PFS, the 90 mg formulation is filled with 1 mL, and the 45 mg is filled with 0.5 mL This is a similar approach that is used by biologics manufacturers where the DS is at the same concentration as the DP, which is efficient in that it avoids the need for any dilution prior to filling. Whereas for the vial, the DS must be diluted prior to filling. But both processes for manufacturing DP are industry standard for biologic manufacturing routinely performed by biologic DP manufacturing facilities.

106.    █████ conducted the PPQ batches for both the 45 and 90 mg PFS and the vials (5 mg/26 mL) in ███████.[94]

107.    The FDA was given a date of ████████ when the ADL site would be able to fill Wezlana and this would be a time that they could conduct a PAI while the product was being filled on the lines.[95] Thus, launch material would at a minimum be available from the ███████ manufacturing batches, and likely would be available from ████████. Based on the manufacturing track record of Amgen and their supply chain, and the fact that they did not expand the site when they expanded the Rhode Island Site, the expectation is that there are no capacity constraints filling Wezlana at the time of the patent expiration date.

---

[94] October 31, 2022 Amgen BLA at page 21 (JNJ_STELARA_003435507).
[95] October 31, 2022 Amgen BLA at page 84 (JNJ-STELARA_003436831).

108.   It is clear that Amgen had more than adequate manufacturing capacity to support launch of its Wezlana product upon obtaining approval on October 31, 2023.

109.   Amgen also launched its Wezlana product in the U.S. market on or around the day they were licensed to enter under their settlement agreement, further demonstrating their ability to launch on their target launch date.[96]

### E.   Alvotech / Teva (Selarsdi)

#### 1.   Company Overview: Alvotech

110.   Alvotech is a biosimilar company that was established in Iceland in 2013 and went public on the Nasdaq Stock exchange in 2021.[97][98] The company focuses on developing biosimilars and is vertically integrated, having both development and commercial manufacturing capabilities.[99] Currently, Alvotech has a pipeline of eleven biosimilars, two of which are FDA-approved: AVT02 (biosimilar for Humira) and AVT04 (biosimilar for Stelara).[100] Alvotech's

---

[96] Pearce IP, Amgen's Ustekinumab Biosimilar First to Launch in US, January 1, 2025. Available at https://www.pearceip.law/2025/01/01/amgens-ustekinumab-biosimilar-first-to-launch-in-us/

[97] DCF Modeling, Alvotech: history, ownership, mission, how it works & makes money. Available at https://dcfmodeling.com/blogs/history/alvo-history-mission-ownership.

[98] Alvotech, Our Locations. Available at https://www.alvotech.com/office-locations.

[99] Alvotech, Bringing biosimilars to market. Available at https://www.alvotech.com/development-and-manufacturing.

[100] Alvotech, Pipeline. Available at https://www.alvotech.com/pipeline.

biosimilar version of Stelara is named Selarsdi.[101] AVT02 was approved by the FDA in February

2024 and AVT04 was approved by the FDA on April 16, 2024.[102] [103] [104]

111.    In 2022, Alvotech signed an exclusive strategic partnership with Teva for the

commercialization of five biosimilar product market candidates for the U.S. market and in July

2023 the partnership was further expanded into additional molecules and increased

manufacturing collaboration.[105] The partnership leverages Teva's long-standing commercial

presence and extensive infrastructure in the U.S. market with Alvotech's scientific experience

and biologics manufacturing knowledge.

112.    For its part, Teva also has extensive knowledge with regards to development and

manufacturing of both generics and biosimilars. Teva currently has 53 manufacturing facilities in

more than 33 countries.[106] Alvotech has a history of some compliance challenges, and both the

---

[101] Selarsdi homepage. Available at https://www.selarsdi.com/.

[102] Ferreri, D., The Totality of Evidence Supporting Adalimumab Biosimilar AVT02, AJMC The Center for Biosimilars, March 30, 2024. Available at https://www.centerforbiosimilars.com/view/the-totality-of-evidence-supporting-adalimumab-biosimilar-avt02.

[103] Teva press release, Alvotech and Teva Announce U.S. FDA Approval of SELARSDI (ustekinumab-aekn), biosimilar to Stelara (ustekinumab), April 16, 2024. Available at https://ir.tevapharm.com/news-and-events/press-releases/press-release-details/2024/Alvotech-and-Teva-Announce-U.S.-FDA-Approval-of-SELARSDI-ustekinumab-aekn-biosimilar-to-Stelara-ustekinumab/default.aspx.

[104] FDA Approval letter for BLA 761343 (Selardsi), April 16, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761343Orig1s000ltr.pdf.

[105] Alvotech press release, Teva Pharmaceuticals and Alvotech Provide Update on Strategic Biosimilars Partnership, July 24, 2023. Available at https://investors.alvotech.com/news-releases/news-release-details/teva-pharmaceuticals-and-alvotech-provide-update-strategic.

[106] Teva, Company Info: Teva in Facts and Figures. Available at https://www.tevapharm.com/our-company/teva-facts-figures/.

43

approvals of AVT02 and AVT04 were somewhat delayed as a result.[107] But the manufacturing issues at Alvotech's relevant facility in Iceland were resolved prior to approval of the AVT02 product in February 2024.[108]

**2.        Company Overview: Teva**

113.    Teva is a global company that was established in 1901 and has its global headquarters in Israel. They have a portfolio of over 3,600 medicines and produces approximately 76 billion tablets and capsules a year. The portfolio of products that Teva has is very diverse and include generics, API and over-the-counter products to specialty and biologic treatments. Teva medicines are given to over 200 million people a day worldwide.[109]

114.    Teva has a biologics division with 5 biopharmaceuticals on the market and approximately 20 original biologic and biosimilar programs in various phases of development, from discovery through to clinical and regulatory stages.[110] They have also built a new $500 million state-of-the-art biopharmaceutical plant in Ulm, Germany.[111] Teva has the experience to launch new medications to the global market as they have a fully integrated supply chain and a global footprint. Teva also has experience with manufacturing a number of types of medication

---

[107] Manalac, T., FDA Rejects Alvotech's Stelara Biosimilar as Manufacturing Problems Continue, BioSpace, October 12, 2023. Available at https://www.biospace.com/fda-rejects-alvotech-s-stelara-biosimilar-as-manufacturing-problems-continue.

[108] Alvotech press release, Alvotech Provides Update on Status of Biologics License Applications for AVT02 and AVT04, January 19, 2024. Available at https://www.nasdaq.com/press-release/alvotech-provides-update-on-status-of-biologics-license-applications-for-avt02-and-0.

[109] Teva, Company Info: Teva in Facts and Figures. Available at https://www.tevapharm.com/our-company/teva-facts-figures/.

[110] Teva, Biopharmaceuticals at Teva. Available at https://www.tevapharm.com/product-focus/biopharmaceuticals/biopharmaceuticals-at-teva/.

[111] Teva, Biopharmaceuticals at Teva. Available at https://www.tevapharm.com/product-focus/biopharmaceuticals/biopharmaceuticals-at-teva/.

both internally and externally and adds significant value not only to the sale and distribution of

Selarsdi but also with regards to manufacturing, and was able to deploy its expertise to assist

Alvotech in resolving its manufacturing/PAI readiness issues.[112]

### 3.    Ustekinumab BLA

115.    On October 11, 2022, Alvotech filed its BLA seeking approval of its biosimilar

version of Stelara, named Selarsdi.[113]

116.    On ▮▮▮▮▮▮, Alvotech and Teva entered a settlement with J&J containing a

licensed entry date of February 21, 2025.[114]

117.    On April 16, 2024, FDA granted final approval of Alvotech's BLA, permitting

commercial sale of Selardsi.[115]

118.    On February 21, 2025, the date provided for in its settlement agreement, Alvotech

launched Selarsdi in the U.S.[116]

---

[112] Teva press release, Teva Pharmaceuticals and Alvotech Provide Update on Strategic Biosimilars Partnership, July 24, 2023. Available at https://www.tevapharm.com/news-and-media/latest-news/teva-pharmaceuticals-and-alvotech-provide-update-on-strategic-biosimilars-partnership/.

[113] FDA approval letter for BLA 761343 (Selardsi), April 16, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761343Orig1s000ltr.pdf.

[114] JNJ-STELARA_000699013 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

[115] FDA approval letter for BLA 761343 (Selardsi), April 16, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761343Orig1s000ltr.pdf.

[116] Teva press release, Teva and Alvotech Announce SELARSDI (ustekinumab-aekn) Injection Now Available in the U.S. February 21, 2025. Available at https://www.tevapharm.com/news-and-media/latest-news/teva-and-alvotech-announce-selarsdi-ustekinumab-aekn-injection-now-available-in-the-u.s.

### 4.    Drug Substance

119.    Alvotech has internal manufacturing capabilities in ▮▮▮ for both DS and DP (PFS and vials). The DS is made at the Alvotech site in ▮▮▮▮▮▮.[117] The DS site utilizes single use technologies to produce Selarsdi and other products that are within their product pipeline. The site uses ▮▮ different production organisms for biosimilars, ▮▮▮▮ ▮▮▮▮, and the Stelara biosimilar is produced in ▮▮▮▮.[118] [119] The Alvotech DS site was opened in 2016 to produce development and clinical batches and they received their EMA manufacturing license in September 2018 and FDA approval of the facility (in connection with approval of the AVT02 and AVT04) in February 2024.[120]

120.    The Alvotech DS and DP site are co-located (located in the same facility) and as noted, have had compliance challenges. In March 2022, the Alvotech site received a FDA 483 with 13 observations including Quality Management System Gaps and issues with Stoppers for DP vials.[121]  In 2023, Alvotech had multiple inspections by the FDA and received FDA 483s in January, March, April and October 2023.[122] In January 2024, the FDA issued a 483 with

---

[117] USTE_ALVO_0000000068 ▮▮▮▮▮▮▮▮ ▮▮▮▮.

[118] Jóhannsson, J., Alvotech Iceland Facilities Reykjavik. Available at https://reykjavik.is/sites/default/files/2024-05/alvotech-iceland-facilities-overview-rvk-mai-2024-1.pdf.

[119] USTE_ALVO_0000019957 ▮▮▮▮▮▮▮▮ ▮▮▮▮.

[120] Alvotech press release, Alvotech receives manufacturing license for its Biopharmaceutical facility – Alvotech, September 25, 2018. Available at https://www.alvotech.com/newsroom/alvotech-receives-manufacturing-license-for-its-biopharmaceutical.

[121] FDA Form 483 for Alvotech, March 22, 2022. Available at https://www.fda.gov/media/161553/download.

[122] Kansteiner, F., After repeat Humira biosimilar snubs, FDA turns down Teva and

observations related to insufficient environmental and personnel monitoring for the RABs

system.[123] As with other BLA approvals, we know that all of these issues were fully resolved

(with Teva's support) prior to FDA's approval of Selarsdi's BLA on April 16 2024.[124]

121.    Alvotech's process for the production of Selarsdi DS is a standard process used to

produce reference biologics and biosimilars. Alvotech selected the █████████████████

█████████████ as the living organism to produce Selarsdi, which is the same cell line used by

Johnson & Johnson to produce Stelara.[125] [126] Other biologics produced in a ██████████

include Simulect, Soliris and Erbitux.[127]

122.    Selarsdi is produced at a ████████████████████████████.[128] The

materials that are used to produce the DS are typical materials commonly used in bioprocessing

and ████████████████████████████████████████, which reduces risk in the

manufacturing process. In addition, the media is chemically defined, which reduces variability.

Alvotech's Stelara copycat, Fierce Pharma, October 12, 2023. Available at
https://www.fiercepharma.com/pharma/after-repeat-humira-biosimilar-snubs-fda-turns-down-teva-and-alvotechs-planned-stelara.
    [123] FDA Form 483 for Alvotech, January 19, 2024. Available at
https://www.fda.gov/media/175832/download?attachment.
    [124] Teva press release, Teva Pharmaceuticals and Alvotech Provide Update on Strategic
Biosimilars Partnership, July 24, 2023. Available at https://www.tevapharm.com/news-and-media/latest-news/teva-pharmaceuticals-and-alvotech-provide-update-on-strategic-biosimilars-partnership/.
    [125] USTE_ALVO_0000019957 █████████████████████████████████.
    [126] European Medicines Agency Assessment Report for Stelara. Available at
https://www.ema.europa.eu/en/documents/assessment-report/stelara-epar-public-assessment-report_en.pdf.
    [127] Reichert, J., Marketed therapeutic antibodies compendium, mAbs, April 26, 2021.
Available at https://www.tandfonline.com/doi/pdf/10.4161/mabs.19931 (accessed January 19, 2025).
    [128] USTE_ALVO_0000020012 ████████████████████████████████
████████████████████████.

The base media used to culture the cells is ███████████, which is an off the shelf media from ██████.[129] [130]

123.    Alvotech's selection of equipment and materials are platformed and not expected to have challenges with regards to the supply chain needed to produce the DS. In addition, ████████ ██████████████████████████████████ are not unique to Alvotech nor to Stelara biosimilars. An ██████████████████████████ system was added to ████████████ ████████████████████████████████████████████ ██████████████████████[131] [132] [133]

124.    The single-use technology minimizes changeover time between batches and/or products. Single use manufacturing equipment also simplifies cleaning and minimizes risk of

---

[129]  Cytiva, HyClone CDM4PERMAb cell culture media. Available at https://www.cytivalifesciences.com/en/us/shop/cell-culture-and-fermentation/media-and-feeds/specialty-media/hyclone-cdm4permab-cell-culture-media-p-05501.

[130] USTE_ALVO_0000020028 ████████████████████████ ██████████.

[131] Bioprocess Online, ATF System: Perfusion & Cell Retention. Available at https://www.bioprocessonline.com/doc/atf-system-perfusion-cell-retention-0002#:~:text=The%20ATF%E2%84%A2%20System%20was%20originally%20designed%20for%20perfusion,low%20shear%20and%20allowing%20robust%20large%20scale%20manufacturing.

[132] Repligen, XCell ATF System. Available at https://www.repligen.com/products/upstream-filtration/xcell-atf.

[133] USTE_ALVO_0000019960 ████████████████████ ████████████████████████████.

contamination and cross contamination, thus increasing the likelihood that a manufacturing batch will be able to be successfully produced each time.[134] [135]

125.    Alvotech is producing their DS internally in ████, and since the unit operations (i.e., production process) is standard, additional capacity may be added within their footprint or they could outsource to a CMO (e.g., Fuji Diosynth, AGC Biologics, Lonza, etc.)[136] [137] [138] or to Teva.[139] Alvotech's DS manufacturing process and materials are considered ████████ in the monoclonal antibody manufacturing space.[140] [141]

126.    Alvotech's process is robust and thus was approved by the FDA via the BLA on April 16, 2024. Note that the BLA approval was delayed only due to compliance issues and not any science-related approvability concerns.[142]

---

[134] Medical Design Briefs, Single-Use Systems: The Future of Biopharmaceutical Processing, February 1, 2022. Available at https://www.medicaldesignbriefs.com/component/content/article/40742-single-use-systems-the-future-of-biopharmaceutical-processing.

[135] Soni, S., Patel, A., Single-use technologies in bio manufacturing: benefits and implementation challenges. Asian Journal of Hospital Pharmacy, 4(4), 1-7. Available at https://doi.org/10.38022/ajhp.v4i4.92.

[136] AGC Biologics, Mammalian Manufacturing. Available at https://www.agcbio.com/capabilities/mammalian.

[137] Lonza, Mammalian Biopharmaceutical Services. Available at https://www.lonza.com/biologics/mammalian.

[138] Fujifilm Diosynth biotechnologies, Your Mammalian Cell Culture CDMO Partner for Life. Available at https://fujifilmdiosynth.com/capabilities/biologics/mammalian-cell-culture/.

[139] Teva, Helping to advance biomanufacturing. Available at https://www.tevabiosimilars.com/our-capabilities/biosimilars-manufacturing-efficiency/.

[140] USTE_ALVO_0000019960 ███████████████████████ ██████████████████.

[141] USTE_ALVO_0000019986 ████████████████████████ ██████████.

[142] Pharmaceutical Technology, FDA rejects Alvotech's BLA for Stelara biosimilar, October 13, 2023. Available at https://www.pharmaceutical-technology.com/news/alvotech-stelara-biosimilar-rejected-fda/?cf-view

127.    There were ████████████████ produced for the PPQ activities at the Alvotech Iceland DS site and they were manufactured in ██████████████████[143]

128.    Alvotech's DS manufacturing process that is conducted at their site in ██████ uses industry standard media, equipment, and processes, with which regulatory agencies have extensive prior experience.

129.    As with all monoclonal antibody biologics, Alvotech's DS manufacturing follows a process that begins with seeding of a small vessel such as a shake flask with a living organism and then placing the living organism into larger and larger vessels to expand the number of the organism. When the density and volume is large enough the culture (media + organism) is seeded into a large volume bioreactor where the cultures will be allowed to expand and produce the DS (e.g. titer typically g/L).

130.    For Alvotech's ████████ process, as the cells are producing the product which is secreted in the media/liquid, portions of it are removed from the bioreactor at a specific frequency and then processed through the first chromatography column, which captures the product and then a low pH step is done to inactivate viruses if present, and then collected and frozen until at least the end of the ██████ bioreactor step. The frozen partially purified DS is thawed and then proceeds through a series of validated purification steps to lower volumes of material with higher concentration and purity of the DS, until the final DS formula is complete, and it is filled in containers and stored until it is used to manufacture the DP.

---

[143] USTE_ALVO_0000020086 ████████████████████████
████████████████████████████████████.

131.    Alvotech's process has criteria ranges for the concentration of the perfusate (i.e., the material that is removed from the bioreactor) which is either ███████████████████ depending on the day of the production. In addition, fresh media is added to the bioreactor at a rate of ████ vessel volume per day (vvd), and at least ██████ must be collected in each bag for forward processing.[144] The ██████ bioreactor duration target is ███████████████████ ██████ with perfusate collection beginning on day █ with at a rate of ███████. [145] Assuming no extension of the bioreactor duration means ██ days of perfusate collection totaling ████████ ████████████. Using the mid-point of titer range ████████ results in ██████ from the bioreactor stage. The overall downstream/purification yield minimum criteria is not specified in the produced documents, however, using the conservative assumption that it was ████ like Amgen's (which in my experience and in the literature[146] is much lower than typical for a product of this type), that would still yield ████████ of DS per batch. See Summary and Conclusions section for further discussion. Note that one ████ Bioreactor = 1 DS Batch. This shows that Alvotech is able to make a significant amount of doses per batch for launch. The shelf life for the DS is at least ██ months, potentially extended to ██ months when data became available.[147]

---

[144] USTE_ALVO_0000019960 ████████████████████████████████████ ██████████████████████████████████.
[145] USTE_ALVO_0000019960 ████████████████████████████ ██████████████████████████████████.
[146] Biotechnology and Genetic Engineering Reviews, Vol. 18, July 2001 at page 306, Table 12.1. Available at https://www.nottingham.ac.uk/ncmh/documents/bger/volume-18/bger18-12.pdf (typical overall purification yields for 3-step chromatography antibody recovery process like we have here, ranges 67.7% to 81.2%)
[147] USTE_ALVO_0000023178 at -190 ████████████████████████████ ████████████████████.

132.    The DS PPQ batches were used to produce the DP PPQ batches, which are discussed in the Drug Product section below.[148] [149] [150]

133.    The PPQ DS batches as well as development batches were used to prove that Selarsdi is a biosimilar to Stelara and that the commercial manufacturing process is sufficient to produce the product.

134.    The BLA states that Alvotech planned to manufacture one DS batch in the first quarter of ███, to allow FDA to observe the process in action during the PAI.[151] Between the ████ DS PPQ batches manufactured in ██████████████ , and the planned batch in the ██████████ , and conservatively assuming a batch yield of ████████ of DS per batch (as discussed above), Alvotech/Teva would have █████████ of DS for use in DP PPQ batches and potentially for launch. In addition, the BLA states that Alvotech planned to manufacture at least ██ DS batch in the ██████████ , to allow FDA to observe the process in action during the PAI.[152] Adding this batch brings the total DS to ████████ of DS for use in DP PPQ batches and potentially for launch, and that is without doing any additional production batches. Given the DS shelf life of ████ months and ██ month DP shelf life, a

---

[148] USTE_ALVO_0000003929 ██████████████████████████████████████████ .

[149] USTE_ALVO_0000003880 ██████████████████████████████████████ .

[150] USTE_ALVO_0000000283 ██████████████████████████████ .

[151] USTE_ALVO_0000005711 ██████████████████████████████ .

[152] USTE_ALVO_0000005711 ██████████████████████████████ .

substantial portion of this material would have shelf life remaining as of Alvotech's April 2024 approval date depending on when it was converted to DP.

### 5.    Drug Product

135.    Alvotech in Iceland fills the 45 mg and 90 mg PFSs for Selarsdi, and the vials are filled at ███████████.[153] [154] [155]

136.    The Alvotech site in ██████ is a multi-product site where Selarsdi and other biosimilar DPs are manufactured.

137.    Alvotech's DP site is ████████████████████. The filling line where the 45 mg and the 90 mg PFS uses RABs (Restricted Access Barrier) technology.[156] As discussed further later in this section, the PPQ batches were conducted for both the 45 mg and 90 mg PFS in ██████████. Based on the equipment and the batch sizes, in a single month there is substantial capacity to fill the Selarsdi PFS at this facility. The compliance challenges with the Alvotech Iceland site are described in the DS section and thus will not be repeated in this section.

138.    ██████████████ site fills the 5 mg/mL vials for Selarsdi. The site is a multiproduct site and specializes in numerous sterile manufacturing services for DP. The site has been inspected by a number of regulatory bodies, including the FDA. The site can fill vials as well as cartridges and PFS, but for Selarsdi only ███ vials are filled at the site.[157] [158]

---

[153] USTE_ALVO_0000004385 ████████████████████████████.
[154] USTE_ALVO_0000001734 ████████████████████████████.
[155] USTE_ALVO_0000000116 ████████████████████████████
████████████████.
[156] USTE_ALVO_0000004385 ████████████████████████.
[157] Patheon pharma services, Monza, Italy. Available at https://www.patheon.com/us/en/site-locations/monza-it.html.
[158] USTE_ALVO_0000000116 ████████████████████████
████████████████.

139.    Patheon Monza is owned by Thermo Fisher Scientific and is a part of their Pharma Services Group. Patheon pharma services has supported 128 regulatory approvals (NDAs/BLAs) during the last five years (2019-2023).[159]

140.    There were ████ sets of PPQs executed for the 5 mg/mL vials at the Patheon Monza site. The ██████ of PPQs ████████ were done ██████████████████████████.[160] The ████████████ PPQs ████████ for the 5 mg/mL vials was conducted on ██████████ ██████████████. The ████████ batches were for commercial supply as well as for the PPQ activities. The ██████████ final PPQ batches were manufactured due to an issue with the ████████████████████████████████████.[161] The vials filled for the final PPQ were scheduled to be ████████████████████

141.    The Patheon, Monza site received a 483 from the FDA on May 26, 2023, with 4 observations, including for environmental monitoring, equipment design, and storage conditions of DP.[162] The inspection may have been for the Selarsdi product, as the BLA was submitted in ██████████ and the inspection took place in ████████. The Patheon site had to resolve the 483 observations to the FDA's satisfaction in order for the BLA to be approved for all formats, which it was on April 16, 2024.



---

[159] Patheon pharma services, Our Capabilities. Available at https://www.patheon.com/us/en/our-capabilities.html.
[160] USTE_ALVO_0000000291 at '305 ████████████████████████ ████████████████████████ ).
[161] USTE_ALVO_0000000291 ████████████████████████████████ ████████████████████████.
[162] FDA Form 483 for Patheon Italia S.p.A., May 26, 2023. Available at https://www.fda.gov/media/183884/download.

142.    Alvotech's process for production of Selarsdi DP is a standard process used to produce biologics. The materials that are used are typical materials that are readily available from many suppliers. The PFSs used for Selarsdi are manufactured by ███████████████, and the plungers/stoppers are made by ███████████████████████ ████████████████.[163] PFSs are very common thanks to their use in many biologics and weight loss drugs.[164]

143.    The 45 mg (0.5 mL) and 90 mg (1 mL) PFS are filled on the same filling line, which uses ████████████████████████, currently used in many DP facilities. The filling line is compliant for US manufacturing, which was confirmed by the BLA being approved for Selarsdi. The vials are filled at ████████████ using isolator and closed ████ ████████[165]

144.    The manufacturing process for the DP is ████████████████████ PFS and vials, but both are industry standard for biologics. One of the reasons ████████████████ ████████ is that the concentration of the DP is lower in the vials than for the PFS.[166] [167]

145.    Selarsdi uses a standard manufacturing process which optimizes time to validate it and also leverages the skills and training the operators already have to execute the manufacturing

---

[163] USTE-ALVO_0000004385 ██████████████████████████████
████████████████████████████

[164] Thomas, F., On Point: Biologics Drive Growth in Pre-Filled Syringes, BioPharm International 33 (4) 2020. Available at https://www.biopharminternational.com/view/point-biologics-drive-growth-pre-filled-syringes.

[165] USTE_ALVO_0000000116 ███████████████████████████████████████████
████████████████████.

[166] USTE_ALVO_0000003929 █████████████████████████████████████████████
████████████████████.

[167] USTE_ALVO_0000000291 at '306 ████████████████████████████
████████████████████████████████████.

of the DP as all steps are typical. This minimizes the risk to manufacturing and speeds up training of the operations team.

146.    Alvotech conducted the PPQ batches for both the 45 and 90 mg PFS in ████ ████ [168] The 45 mg PFS batch sizes were ████████████ . The 90 mg PFS batch sizes were ████████████ [169] Since the PPQ were conducted at the previous stated volumes, the commercial PFS batches will be of similar size. A total of ██ PPQ batches for the 5 mg/mL vials were conducted on ████████████████ (initial PPQ activity), and then conducted on ████████████ (final PPQ). For the initial PPQ, the filling operation ████████████████████████████████ ████████████ . The batch sizes after manual visual inspection were ████ vials, ████ vials, and ████ vials for the initial PPQ, and were ████ vials, ████ vials and ████ vials for the final PPQ run.[170] The vials from the final PPQ batch made in ████████ were designated as ████████ Alvotech had approximately ████ vials for launch, minus vials (~100) for testing and stability, if applicable.

147.    Substantial Selarsdi launch supplies were available for a commercial launch once the BLA was approved in April 2024. As shown above, from their PPQ batches alone, Alvotech manufactured ████ vials, ████ units of 45mg PFS, and ████ units of 90mg PFS. Based on the ████ shelf life for Selarsdi PFS DP, these products would be ████████ as of



[168] USTE_ALVO_0000004527 ████████████████████████ ██████████████ .
[169] USTE_ALVO_0000004527 ████████████████████████ ██████████████ .
[170] USTE_ALVO_0000000291 at '305 ████████████████ ████████████████ .

the commercial launch in April 2024.[171] And of course, if needed, they could also manufacture additional batches for launch.

148.    Alvotech also manufactures AVT04 for the EU member countries (under the name Uzpruvo through marketing partner STADA Arzneimittel), where it received marketing authorization from the EMA on January 10, 2024,[172] and executed commercial launch across Europe in July 2024.[173]  This also demonstrates Alvotech's manufacturing capacity in that timeframe.  Alvotech/Teva also launched their product in the U.S. market on the same day they were licensed to enter under their settlement agreement, further demonstrating their ability to launch on their target launch date.[174]

**F.       Samsung Bioepis / Sandoz (Pyzchiva)**

**1.        Company Overview: Samsung Bioepis**

149.    Samsung Bioepis is a biopharmaceutical company headquartered in South Korea founded in 2012 as a joint venture between Samsung Biologics and Biogen. Samsung Bioepis focuses on the development of biosimilars and outsources their clinical and commercial

---

[171] FDA Approval Letter for Selarsdi BLA, April 16, 2024.  Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761343Orig1s000ltr.pdf

[172] Center for Biosimilars, EMA Approves First Ustekinumab Biosimilar, Uzpruvo. Available at https://www.centerforbiosimilars.com/view/ema-approves-first-ustekinumab-biosimilar-uzpruvo.

[173] Alvotech press release, STADA and Alvotech launch Uzpruvo, the first approved ustekinumab biosimilar to Stelara, across Europe, July 22, 2024. Available at https://investors.alvotech.com/news-releases/news-release-details/stada-and-alvotech-launch-uzpruvo-first-approved-ustekinumab.

[174] News Release, Teva and Alvotech Announce SELARSDI™ (ustekinumab-aekn) Injection Now Available in the U.S., February 21, 2025. Available at https://investors.alvotech.com/news-releases/news-release-details/teva-and-alvotech-announce-selarsditm-ustekinumab-aekn-injection

manufacturing on other partners for commercialization. For Pyzchiva (biosimilar for Stelara),

Samsung's commercialization partner for the U.S. and other markets was Sandoz.[175]

150.    Samsung Bioepis focuses on a manufacturing strategy from early development

and has implemented "dual sourcing" strategies, providing redundancy to their supply chain and

even their CDMO capacity. They have in place systems to monitor inventory levels to

accommodate market dynamics and fluctuation and ensure product is available for the patient

when it is needed.[176]

151.    Samsung Bioepis has nine approved biosimilars and at least three biosimilars in

development.[177] In 2017, Samsung Bioepis Infliximab was approved by the FDA. Samsung

Bioepis has a long history of developing biosimilars and thus understands the opportunities and

challenges with the development and manufacturing.

152.    They also selected CDMOs that are considered in the industry to be reputable and

well-established ███████████████████████████████████████████████.[178]

---

[175] Pharmaceutical Technology, Sandoz partners with Samsung Bioepis to license Stelara biosimilar, September 11, 2023. Available at https://www.pharmaceutical-technology.com/news/sandoz-partners-with-samsung-bioepis-to-license-stelara-biosimilar.

[176] Samsung Bioepis, An Introduction to Samsung Bioepis. Available at https://www.samsungbioepis.com/upload/attach/(ENG)%20Samsung_Bioepis_Corporate%20Brochure_A4_Dec%202024.pdf.

[177] Samsung Bioepis, An Introduction to Samsung Bioepis. Available at https://www.samsungbioepis.com/upload/attach/(ENG)%20Samsung_Bioepis_Corporate%20Brochure_A4_Dec%202024.pdf.

[178] CARE-SB_00000162 ████████████████████████████████
██████.

153.   Samsung Bioepis has extensive expertise and knowledge of biosimilars, having launched them previously with commercialization partners, and their supply chain expertise and approach de-risks launches.[179]

### 2.   Company Overview: Sandoz

154.   Sandoz is a global company that focuses on generics and biosimilars. It was started in 1896 in Switzerland and became a part of Novartis in 1996, where it remained until it was spun off in October 2023.[180] [181]

155.   They have ten biosimilars on the market and were the first company to bring a biosimilar to market, in 1996. Their portfolio of biosimilars and generics consists of about 1,500 products taken by 800 million patients a year.[182]

156.   Sandoz is the commercialization partner for Pyzchiva and has extensive expertise launching products. They also have the distribution channels in place and can utilize their existing infrastructure (distribution network, commercial relationships, etc.).

### 3.   Ustekinumab BLA

157.   On ████████, Samsung Bioepis filed its BLA seeking approval of its biosimilar version of Stelara, named Pyzchiva.[183]

---

[179] Samsung Bioepis, An Introduction to Samsung Bioepis. Available at https://www.samsungbioepis.com/upload/attach/(ENG)%20Samsung_Bioepis_Corporate%20Brochure_A4_Dec%202024.pdf.

[180] Sandoz, Pioneers and progress: our heritage. Available at https://www.sandoz.com/about-sandoz/pioneers-and-progress/.

[181] Sandoz, Sandoz spin-off. Available at https://www.novartis.com/news/sandoz-spinoff.

[182] Sandoz, What we do. Available at https://www.sandoz.com/about-sandoz/what-we-do/.

[183] ███████████████████████████████.

158.    On ███████████, Samsung entered a settlement with J&J containing a licensed entry date of February 22, 2025.[184]

159.    On June 28, 2024, FDA granted final approval of Samsung Bioepis's BLA, permitting commercial sale of Pyzchiva.[185]

160.    On February 24, 2025, Sandoz launched Pyzchiva in the U.S. [186]

**4.    Drug Substance**

161.    Samsung Bioepis's Pyzchiva DS will be manufactured at

███████████.[187] ███████████ is a global CDMO, and it is part of the ███████████, ███████, which is part of ███████████████████ based in ████. ████ ███████ has sites in a number of countries including ███████████████. It focuses on both development and manufacturing of mammalian and microbial-based therapeutic proteins, plasmid DNA (pDNA), messenger RNA (mRNA), viral vectors, and genetically

---

[184] JNJ-STELARA_000721474 ███████████████████████.

[185] CARE-SB-00000162 at '163 ███████████████████.

[186] Sandoz press release, Sandoz launches biosimilar Pyzchiva® (ustekinumab-ttwe) in the US, offering new treatment for around 12 million patients[1-4], February 24, 2025. Available at https://finance.yahoo.com/news/sandoz-launches-biosimilar-pyzchiva-ustekinumab-060000201.html?guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbS8&guce_referrer_sig=AQAAAG43Y1f3cuqavHu2HGJ7EZtCy2BeyVUXmvZ6YzXrsd1rDCsr6c3PYkGKltBHfOc9Gl2ApPvPEC3v3RoVnFCgoqlUA3kzpB-YwljEOnjA3oyt5tiFsOkmbnKzMXRO20mcKN8jwQat6h7BOzx1fGLeN4rs268uY79SypT5fuLDumgC&guccounter=2.

[187] CARE-SB-00000162 at '163 ███████████████████████.

60

engineered cells.[188] The AGC site in Denmark has fifteen 2000L bioreactors and three 500L bioreactors, and they also have perfusion capacity, which they recently expanded.[189] [190]

162. AGC announced the groundbreaking for expansion of their Copenhagen site in August 2021, which was completed in June 2024, doubling the size of the site.[191] [192] The expansion included additional perfusion capacity, ███████████████████████████████ ████████████████████████.[193]

163. The site received an FDA 483 in May 2021, but there have been no other FDA warning letters for the Denmark site.[194] The ██████████████ site has not received an FDA 483 since 2021, and a PAI would have taken place and been deemed successful by the FDA at the ██████████ before the BLA approval. The ██████████████ remains in good standing with the FDA.

---

[188] ACG Biologics, About. Available at https://www.agcbio.com/about.

[189] AGC Biologics, Fact Sheet - Copenhagen. Available at https://1924513.fs1.hubspotusercontent-na1.net/hubfs/1924513/Fact%20Sheets/Fact%20Sheet%20-%20Copenhagen.pdf?__hstc=88320452.dd8f4138f96ba2447796d245a46758c5.1737210568840.1737210568840.1737497670626.2&__hssc=88320452.3.1737497670626&__hsfp=2653878165.

[190] AGC Biologics, Copenhagen Campus. Available at https://www.agcbio.com/facilities/copenhagen.

[191] AGC Biologics press release, AGC Biologics Announces the Groundbreaking of its New Facility at its Copenhagen, Denmark Site, August 20, 2021. Available at https://www.agcbio.com/news/agc-biologics-announces-the-groundbreaking-of-its-new-facility-at-its-copenhagen-denmark-site.

[192] AGC Biologics press release, AGC Biologics Completes Copenhagen Campus Expansion, Doubling Single-use Mammalian Bioreactor Capacity at Site, June 4, 2024. Available at https://www.agcbio.com/news/agc-biologics-completes-copenhagen-campus-expansion.

[193] ████████████████████████████████████████████ (CARE-SB-00001405).

[194] FDA Form 483 for AGC Biologics, May 10, 2021. Available at https://redica.com/document-store/documents/view/100123568/agc-biologics-a-s-form-483-2021-05-10.

164.    Samsung Bioepis developed a standard process used to produce reference biologics and biosimilars for Pyzchiva based on ▆▆▆▆.[195] Other biologics that have been produced in ▆▆▆▆ include Epogen, Enbrel, and Aranesp/Nesp (darbepoetin α).[196]

165.    Pyzchiva is produced at the ▆▆ scale using perfusion technology. As noted above, the ▆▆ site had recently been expanded to include additional ▆▆ perfusion capacity, and in any case, ▆▆ itself has other facilities with additional capacity and similar equipment (e.g. in Seattle).

166.    The upstream equipment is single use and much of the downstream equipment is likewise ▆▆▆▆.[197] ▆▆▆▆ maximizes changeover time, between batches and/or products. ▆▆▆▆ also simplifies cleaning and required infrastructure (e.g., no steam in place capabilities needed) and minimizes risk of contamination and cross contamination thus improving operations and likelihood that each batch is releasable.[198] [199]

167.    Samsung Bioepis is producing their DS at ▆▆▆▆, but the process is transferrable, as the unit operations are standard. Thus, additional capacity could be acquired either by expanding their existing footprint or outsourcing to another CMO (e.g., Fuji Diosynth,

---

[195] Annex I: Summary of Product Characteristics (Pyzchiva 130 mg). Available at https://www.ema.europa.eu/en/documents/product-information/pyzchiva-epar-product-information_en.pdf.

[196] Global Biotech, LSF Magazine, Winter 2015. Available at https://biomanufacturing.org/uploads/files/547998065159985597-cho-history.pdf.

[197] ▆▆▆▆ (CARE-SB-00001410).

[198] Medical Design Briefs, Single-Use Systems: The Future of Biopharmaceutical Processing, February 1, 2022. Available at https://www.medicaldesignbriefs.com/component/content/article/40742-single-use-systems-the-future-of-biopharmaceutical-processing

[199] Soni, S., Patel, A., Single-use technologies in bio manufacturing: benefits and implementation challenges. Asian Journal of Hospital Pharmacy, 4(4), 1-7. Available at https://doi.org/10.38022/ajhp.v4i4.92.

AGC Biologics, Lonza, etc.), or to Sandoz.[200] [201] [202] [203]  Samsung Bioepis's process for

manufacturing Pyzchiva DS and the process and materials are considered "platform" in the

monoclonal antibody manufacturing space.[204] [205]

168.    Samsung Bioepis's manufacturing process and manufacturing site was approved

by the FDA via the BLA on July 1, 2024. PPQ batches were conducted at the AGC site and

based on the availability of the 12-month stability data, the batches would have been produced in

the 1st Quarter of 2022.[206] The AGC site produces DS for clinical and commercial use. For

process and operational efficiencies, keeping the processes as similar as possible minimizes

compliance risk and also process risk.[207]

169.    As with all monoclonal antibody biologics, Samsung Bioepis's DS manufacturing

follows a process that begins with seeding of a small vessel such as a shake flask with a living

organism and then placing the living organism into larger and larger vessels to expand the

---

[200] AGC Biologics, Mammalian Manufacturing. Available at
https://www.agcbio.com/capabilities/mammalian.
[201]  Lonza, Mammalian Biopharmaceutical Services. Available at
https://www.lonza.com/biologics/mammalian.
[202] Fujifilm Diosynth biotechnologies, Your Mammalian Cell Culture CDMO Partner for
Life. Available at https://fujifilmdiosynth.com/capabilities/biologics/mammalian-cell-culture/.
[203] Becker, Z., Sandoz breaks ground at $400M biosimilar site in Slovenia, where it'll hire
330, Fierce Pharma, December 13, 2023. Available at
https://www.fiercepharma.com/manufacturing/sandoz-kicks-construction-400m-slovenia-
biosimilar-site.
[204] ██████████████████████████████ (CARE-SB-00001410).
[205] ██████████████████████████████ (CARE-SB-00001469).
[206] ██████████████████████████████ (CARE-SB-00000649).
[207] AGC Biologics, Fact Sheet – Copenhagen. Available at
https://1924513.fs1.hubspotusercontent-
na1.net/hubfs/1924513/Fact%20Sheets/Fact%20Sheet%20-
%20Copenhagen.pdf?__hstc=88320452.dd8f4138f96ba2447796d245a46758c5.1737210568840.
1737648904613.1738157694343.4&__hssc=88320452.2.1738157694343&__hsfp=2653878165.

number of the organism. When the density and volume is large enough the culture (media +

organism) is seeded into a large volume bioreactor where the cultures will be allowed to expand

and produce the DS (e.g. titer typically g/L). For a perfusion process, as the cells are producing

the product, it is secreted into the media, which is removed from the bioreactor at a specific

frequency and then processed through the first chromatography column and the different

purification steps, and then it is filled into containers and stored for use in DP manufacturing.

Samsung Bioepis's process has criteria for the concentration of the perfusate (i.e., the material

that is removed from the bioreactor) is ██████████.[208]

170.    Also, based on process criteria they collect ████ bags of pooled material from the

harvest which has a target weight of ██████ each ████████████████ where █ bags =

████████.[209] For clarity this is not the amount/weight of active drug substance but it is the

weight of the liquid that contains the biosimilar.[210] Note that one ████ Bioreactor = 1 DS Batch.

Assumptions for the DS calculations is that 1 kg of harvest = 1L and the concentration of the

product in the harvest is ██████[211] (which is a very conservative amount as it is based on the

minimum), thus ██████████████ of DS would be produced in the upstream unit

operations.

171.    The overall downstream/purification yield minimum criteria is not specified in the

produced documents, however, using the conservative assumption that it was ████ like Amgen's

(very conservative, as noted in Teva/Alvotech section – in reality yield would probably be about

---

[208] ████████████████████████████████████████████ (CARE-SB-00001456).
[209] ████████████████████████████████████████████ (CARE-SB-00001451).
[210] ████████████████████████████████████████████ (CARE-SB-00001451).
[211] ████████████████████████████████████████████ (CARE-SB-00001456).

20%+ higher than this, i.e., a ~50% increase over this yield), that would still yield ███████ █████ of DS per batch, or an average of ██████. Without any yield lost through drug product filling, this would yield █████ PFS of 90 mg, or twice that number of 45mg PFS. This shows that Samsung Bioepis is able to make a significant number of doses per a batch for launch.

172.    Samsung was seeking ████████ shelf life for drug substance based on preliminary data.[212] Even assuming shelf life for the DS was only approved for ████████, like the DP[213] (for █████████ total), this DS could be used to support launch following Samsung/Sandoz's approval in July 2024, provided the DS was converted into DP prior to its expiry, which could be easily accomplished while still leaving plenty of DP shelf life at launch.

173.    As part of the BLA approval process a Post Approval Inspection (PAI) is conducted by the FDA, during which a full-scale batch of the DS and DP is typically being manufactured, which can be used for launch. The timing of the PAI DS batch would between April 2023 and July 2024 which would allow this material to be used for launch upon approval.

**5.    Drug Product**

174.    ████████████████ site fills both the PFSs (45 mg and 90 mg) and the 5 mg/mL vial Pyzchiva DP. The site is a multiproduct site and specializes in a number of sterile

---

[212] CARE-SB-00000692 at '696 █████████████████████████████████.
[213] FDA approval Letter for BLA 761373, 761425 (Pyzchiva), July 4, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761373Orig1s000;761425Orig1s000correctedltr.pdf. )

65

DP manufacturing services. It has been inspected by a number of regulatory bodies, including the FDA. The site can fill vials as well as cartridges and PFSs.[214] [215] [216]

175.    ████████ is owned by ████████████ and is a part of their ████████████. ████ pharma services has supported 128 regulatory approvals (NDAs/BLAs) during the last five years (2019-2023).[217] The PPQs for the PFS and the vials would be scheduled after the PPQ DS was conducted, which was approximately ████████ BLA filing based on available stability data. Thus, the PQ for DS would have been conducted ██ ████████ based on typical timelines for biological programs. The PPQ batches for DS may have been used for commercial supply as well as for the PPQ activities.

176.    The Patheon Monza site received a 483 from the FDA on May 26, 2023, which included four observations. Examples of the observations were environmental monitoring, equipment design, and storage conditions of DP.[218] The inspection may have been for the Pyzchiva product, as the BLA was submitted in March 2023 and the inspection took place in May 2023.[219] However, because facility compliance is a prerequisite to approval, we know that

---

[214] Patheon pharma services, Monza, Italy. Available at https://www.patheon.com/us/en/site-locations/monza-it.html.
[215] CARE-SB-00000162 ████████████████████ ████████.
[216] Patheon pharma services, Monza, Italy. Available at https://www.patheon.com/us/en/site-locations/monza-it.html.
[217] Patheon pharma services, Our Capabilities. Available at https://www.patheon.com/us/en/our-capabilities.html.
[218] FDA Form 483 for Patheon Italia S.p.A., May 26, 2023. Available at https://www.fda.gov/media/183884/download.
[219] CARE_SB_00000162 ████████████████████ ████████.

66

the ███████ site had to have resolved the 483 observations to the FDAs satisfaction prior to receipt of its BLA approval on June 28, 2024.

177.    Samsung Bioepis's process for the production of Pyzchiva DP is a standard process used to produce reference biologics and biosimilars. The materials that are used to produce the DP are typical materials that are readily available from many suppliers.[220] The Pyzchiva DS is filled into either PFSs or vials ███████.[221] The PFSs are manufactured by ███████ ███████ [222] [223] and are a very common materials given their use in numerous biologics and weight loss drugs.[224] ███████ has increased their manufacturing capabilities to adequately meet industry demand.

178.    The 45 mg (0.5 mL) and 90 mg (1 mL) PFS are filled on the same filling line which uses aseptic filling practices. The vials are filled at ███████████████████████ ███████████████████████ [225]

179.    ███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

---

[220] ███████████████████████████ (CARE-SB-00000888).
[221] CARE_SB_00000162 ███████████████
███████.
[222] ███████████████████████ (CARE-SB-00000538).
[223] ███████████████████████ (CARE-SB-00000558).
[224] Thomas, F., On Point: Biologics Drive Growth in Pre-Filled Syringes, BioPharm International 33 (4) 2020. Available at https://www.biopharminternational.com/view/point-biologics-drive-growth-pre-filled-syringes.
[225] CARE_SB_00000162 ███████████████
███████.

███████████████████████    ████████████████████████████████████

███████████████████████

180.    Pyzchiva uses a standard manufacturing process, which minimizes the time needed to validate it, and also leverages the skills and training that the operators already have performing these routine steps across multiple DPs. This minimizes the risk to manufacturing and speeds up training of the operations team.

181.    Sandoz and Samsung launched biosimilar Pyzchiva in Europe in July 2024, demonstrating their ability to produce this product at commercial scale in that timeframe.[230]

182.    Samsung/Sandoz also launched their product in the U.S. market on or around the day they were licensed to enter under their settlement agreement, further demonstrating their ability to launch on their target launch date.[231]

## G.    Fresenius / Formycon (Otulfi)

### 1.    Company Overview: Formycon

183.    Formycon is a German company that specializes in developing biosimilars that was established in 1999. In December 2024, Formycon was added to the Frankfurt Stock

---

[226] Patheon pharma services, Monza, Italy. Available at
https://www.patheon.com/us/en/site-locations/monza-it.html.

[227] ██████████████████████████████████████ (CARE-SB-00000888).

[228] ██████████████████████████████████████ (CARE-SB-00001410).

[229] ██████████████████████████████████████ (CARE-SB-00001519).

[230] Sandoz press release, Sandoz launches biosimilar Pyzchiva® (ustekinumab) across Europe, to treat chronic inflammatory diseases, July 25, 2024. Available at Sandoz, Sandoz https://www.sandoz.com/sandoz-launches-biosimilar-pyzchivar-ustekinumab-across-europe-treat-chronic-inflammatory-diseases/.

[231] Sandoz launches biosimilar Pyzchiva® (ustekinumab-ttwe) in the US, offering new treatment for around 12 million patients[1-4], February 24, 2025. Available at https://www.sandoz.com/investors/news-and-events/news/

exchange. On January 13, 2023, Formycon was included in the TecDAX, which includes the 30 leading listed technology companies in Germany and provides insight on the strength of their market position and growth strategy among developers of biosimilars.[232]

184.    Formycon selects manufacturers that they believe will be the best match to the biosimilar they are developing, and they also use commercialization partners for the biosimilars they develop. This allows Formycon to focus on the development of biosimilars along with the analytics to prove biosimilarity.

185.    Currently, Formycon has three approved biosimilars, including Otulfi (biosimilar for Stelara), and they have partnered them with commercialization partners.[233]

186.    Their first biosimilar was FYB201 (CIMERLI) a biosimilar for Lucentis in 2022. Thus, Otulfi, approved on September 27, 2024, was not their first developed biosimilar approved, but their third. They do not have any internal manufacturing facilities as they focus on the development internally and outsource manufacturing and commercialization.

187.    In early February 2023, Formycon entered into a license agreement with Fresenius Kabi AG for the global commercialization of Otulfi (FYB202), semi-exclusive commercialization rights for Germany as well as rights for parts of the MENA region (Middle East and North Africa) and Latin America remain with Formycon.[234] They have a proven track record of developing approvable biosimilars for the US market.

---

[232] Formycon press release, Formycon included in TecDAX Index of Deutsche Börse, January 9, 2025. Available at https://www.formycon.com/en/blog/press-release/formycon-included-in-tecdax-index-of-deutsche-borse/.

[233] Formycon, Pipeline. Available at https://www.formycon.com/en/biosimilars/pipeline/.

[234] Fresenius Kabi press release, Fresenius Kabi announces global license agreement with Formycon AG to commercialize proposed Ustekinumab biosimilar, February 2, 2023. Available

188.    The BLA for the biosimilar Otulfi, developed by Formycon, was submitted by

Fresenius Kabu AG (FK) on ████████████ and the BLA was approved September 27,

2024,[235] which is within the expected 10 to 12 months between submission of BLA and approval

of BLA. The approval confirms that FYB202 is similar to the reference biological.

189.    As shown in the graphic below, Formycon has a robust biosimilar pipeline with a

focus on immunology:[236]



2.    **Company Overview: Fresenius Kabi AG**

190.    Fresenius Kabi AG (FK) is a global healthcare company with headquarters in

Germany specializing in life-saving medicines and medical technologies.[237] Fresenius Kabi AG

had over 8 billion Euros in sales. Their portfolio also consists of biopharmaceuticals, clinical

---

at https://www.fresenius-kabi.com/news/global-license-agreement-fresenius-kabi-and-formycon-to-commercialize-ustekinumab-biosimilar.
    [235] FDA Approval letter for BLA 761379 (Otulfi), September 27, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761379Orig1s000ltr.pdf.
    [236] Formycon, Pipeline. Available at https://www.formycon.com/en/biosimilars/pipeline/.
    [237] Fresenius Kabi, About us. Available at https://www.fresenius-kabi.com/company/about-us.

nutrition, medical technologies, and I.V. generic drugs.[238] FK has a biologics division which has over 10 years of experience in developing and commercializing biopharmaceuticals. They also focus on the entire value chain for their biologics portfolio, which includes research and development expertise, production and supply capacities, and commercial acumen and execution. They have a majority stake in mAbxience (CDMO in Spain and Argentina),[239] and they have a diverse biosimilars pipeline, manufacturing capabilities, and B2B contract development and manufacturing (CDMO) business offering.[240] FK continues to expand their portfolio with licensing agreements, as in December 2024 it was announced that they will commercialize South Korea's SamChunDang Pharm (SCD) proposed aflibercept biosimilar (reference biological Eylea) in the US, Brazil, Argentina, Chile, Paraguay, Colombia, and Mexico after successful approval by respective health agencies.[241]

191.    Fresenius Kabi AG has a track record of not only developing and commercializing reference biologics and biosimilars but also other products such as blood bags. 25% of the world's blood donations are collected in Fresenius Kabi's blood bags globally.[242] This further supports Fresenius Kabi's expertise in delivering successful commercialization of

---

[238] Fresenius Kabi, About us. Available at https://www.fresenius-kabi.com/company/about-us.

[239] mAbxience, About Us. Available at https://mabxience.com/about-us/.

[240] Fresenius Kabi, Portfolio. Available at https://www.fresenius-kabi.com/portfolio/biopharma.

[241] Fresenius Kabi press release, Fresenius to Expand Biopharma Portfolio With a New Licensing Agreement to Commercialize a Proposed Aflibercept Biosimilar, December 19, 2024. Available at https://www.fresenius-kabi.com/news/fresenius-expand-biopharma-portfolio-with-new-licensing-agreement.

[242] Fresenius Kabi, Medical Technologies for Nutrition, Infusion, Cell Therapies & Blood Collection. Available at https://www.fresenius-kabi.com/portfolio/medtech.

products globally in addition to a robust supply and distribution network, and they offer this

expertise to Formycon, who developed and outsourced the manufacturing of Otulfi.

### 3.    Ustekinumab BLA

192.    On ██████████, Fresenius and Formycon entered a settlement with J&J

containing a licensed entry date of April 15, 2025.[243]

193.    On ██████████████, Fresenius Kabi filed its BLA seeking approval of its

biosimilar version of Stelara, named Otulfi.[244]

194.    On September 27, 2024, FDA granted final approval of Fresenius Kabi's BLA,

permitting commercial sale of Otulfi.[245]

### 4.    Drug Substance

195.    Formycon's Otulfi DS will be manufactured at ████████████████

████████████.[246] [247]

196.    ████████████████ began its role as a Contract Development and

Manufacturing Organization (CDMO) for biopharmaceuticals in 1997 but the company's origins

date back to 1872 when it started as a pharmacy and then branched into pharmaceutical

---

[243] JNJ-STELARA_003430575 █████████████████████████
███████████████).
[244] FDA Approval letter for BLA 761379 (Otulfi), September 27, 2024. Available at
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761379Orig1s000ltr.pdf.
[245] FDA Approval letter for BLA 761379 (Otulfi), September 27, 2024. Available at
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761379Orig1s000ltr.pdf.
[246] FKUSA_USTE_SUB0000465 at '478 ███████████████████
████████; FKUSA_USTE_SUB0000210 ████████████████████████████████.
[247] FKUSA_USTE_SUB0000746 █████████████████████████
██████████████████.

manufacturing. The company is privately owned and based in ███████████ and does not have the same financial pressures of publicly traded companies.[248]

197.    ████████ is very proud in their contributions to nearly 25% of FDA-approved biopharmaceuticals in 2023.[249] ██████████████████████ site has evolved over the years to include both stainless steel and single use technologies.[250] In 2015, ████████ started manufacturing in ████████ technologies, and they have a long track record of developing and manufacturing biologics. In 1989, they received approval for Recombinant Interferon-γ (polyferon) and in 1997 they started their contract development business.[251]

198.    The ██████████████ facility has ████████ bioreactors up to ██████ and also has stainless steel up to ██████ Bioreactors. The company has also announced expansion projects in the last few years such as building a DS manufacturing facility in ██████████████. In October 2024, they announced the construction of a new state-of-the-art buffer media station in ████████, operational in 2028, which will further increase production efficiency and modernize the site. The focus on maintaining capacity and operational excellence for their clients is shown

---

[248] Rentschler Biopharma press release, Global Excellence in Biomanufacturing fueled by 150 years of creating value sustainably, August 12, 2022. Available at https://www.rentschler-biopharma.com/en-us/news-events/press-releases/global-excellence-in-biomanufacturing-fueled-by-150-years-of-creating-value-sustainably/.

[249] Rentschler Biopharma homepage. Available at https://www.rentschler-biopharma.com/en-us/.

[250] Rentschler Biopharma, cGMP Manufacturing. Available at https://www.rentschler-biopharma.com/en-us/services/en-biotech-cgmp-manufacturing/.

[251] Rentschler Biopharma, History. Available at https://www.rentschler-biopharma.com/en-us/company/history/.

by their forward thinking to add capacity globally and also add infrastructure that allows increased efficiency in current equipment sets.[252]

199.    The ███████████████ site has experience launching commercial products in the biological space. The site has a long track record of successful inspections by the EMA and the FDA but in February 2022 there was an FDA inspection where the site received a 483 with 9 observations, including inadequate validation. The site quickly addressed the issues and the 483 was closed on June 14, 2022.[253]

200.    In February 2023 there was another inspection of the ████████ facility, and the FDA issued a 483 which included observations on Environmental Monitoring and transferring of cell banks. Once again ████████ team resolved the issues by May 2023.[254]

201.    Neither of the challenges with the 483s in 2022 and 2023 would have impacted the launch of Otulfi once the BLA was approved on September 27, 2024, as it was approved 10 months after submission as expected, during a time period when all cGMP observations at the relevant facilities had been resolved to FDA's satisfaction. These examples also show that when a compliance issue was identified, Rentschler quickly responded to the compliance issue and resolved it within two to three months.

---

[252] Rentschler Biopharma press release, Rentschler Biopharma announces largest single investment at its headquarters in Germany, October 24, 2024. Available at https://www.rentschler-biopharma.com/en-us/news-events/press-releases/rentschler-biopharma-announces-largest-single-investment-at-headquarters-in-germany/.

[253] Stanton, D., Rentschler says FDA has closed out 483 at Germany plant, BioProcess Insider, June 15, 2022. Available at https://www.bioprocessintl.com/regulations/rentschler-says-fda-has-closed-out-483-at-germany-plant.

[254] Sagonowsky, E., Manufacturing operations for Eli Lilly, Rentschler reprimanded by FDA, Fierce Pharma, May 4, 2023. Available at https://www.fiercepharma.com/manufacturing/manufacturing-operations-eli-lilly-rentschler-reprimanded-fda-form-483-filings.

202.    Since 2023, the ███████████ facility has not had any FDA compliance issues and the PAI was successful, as the BLA was approved in September 2024.[255]

203.    Formycon's process for the production of Otulfi is a standard process used to produce reference biologics and biosimilars. Formycon (like Amgen and some others) has selected ████████████████████ as the living organism to produce Otulfi. As stated earlier, ████ is used to produce a number of biologics, including Eylea, which Formycon has an approved biosimilar version of.[256]

204.    Otulfi is produced at a █████ bioreactor scale using a fed-batch mode.[257] [258]

205.    The materials that are used to produce the DS are typical materials that are used in bioprocessing and all components are █████████, with the exception of the cell line. In addition, the media is chemical defined which reduces variability in the process due to seasonal variation in agricultural based materials. The base media used to culture the cells in is █████████, which is an off the shelf media from █████.[259] [260] [261]

206.    It is not expected to have issues with the supply chain with regards to the raw materials. In addition, the ██████ scale bioreactor is very common in mammalian bioprocessing,

---

[255] FDA Approval letter for BLA 761379 (Otulfi), September 27, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761379Orig1s000ltr.pdf.
[256] Global Biotech, LSF Magazine, Winter 2015. Available at https://biomanufacturing.org/uploads/files/547998065159985597-cho-history.pdf.
[257] FKUSA_USTE_SUB0024864 at '876, '924 ████████████████████ ████████.
[258] FKUSA_USTE_SUB0000746 ████████████████████ ████████████████.
[259] Lonza, PowerCHO. Available at https://knowledge.lonza.com/media?id=46.
[260] FKUSA_USTESUB00024367 ████████████████████ ████████.
[261] FKUSA_USTESUB00024367 ████████████████████ ████████.

especially in a single use format. The ████████████ minimizes change over time batch to batch and product to product. ████████ also simplifies cleaning and minimizes risk of contamination and cross contamination, thus increasing the likelihood that a manufacturing batch will be able to be successfully produced each time.[262] [263]

207.    Formycon is producing their product at a CDMO and using standard unit operations. Thus, additional capacity may be added within their CDMO footprint, or they could select to outsource to another Contract Manufacturing Organization (e.g. Fuji Diosynth, AGC Biologics, Lonza, etc.)[264] [265] [266] in the future, as these facilities have █████ bioreactors.

208.    Formycon's process, equipment, and materials for manufacturing Otulfi DS are considered "platform" in the monoclonal antibody manufacturing space.[267]

209.    Formycon's process is robust and thus was approved by the FDA via the BLA on September 27, 2024.[268] There were a minimum of ████████ batches produced at █████████ in ███████████████ where ████ of these batches were considered Process Development GMP

---

[262] Medical Design Briefs, Single-Use Systems: The Future of Biopharmaceutical Processing, February 1, 2022. Available at https://www.medicaldesignbriefs.com/component/content/article/40742-single-use-systems-the-future-of-biopharmaceutical-processing.

[263] Soni, S., Patel, A., Single-use technologies in bio manufacturing: benefits and implementation challenges. Asian Journal of Hospital Pharmacy, 4(4), 1-7. Available at https://doi.org/10.38022/ajhp.v4i4.92.

[264] AGC Biologics, Mammalian Manufacturing. Available at https://www.agcbio.com/capabilities/mammalian.

[265] Lonza, Mammalian Biopharmaceutical Services. Available at https://www.lonza.com/biologics/mammalian.

[266] Fujifilm Diosynth biotechnologies, Your Mammalian Cell Culture CDMO Partner for Life. Available at https://fujifilmdiosynth.com/capabilities/biologics/mammalian-cell-culture/.

[267] FKUSA_USTE_SUB0024864 at '876-889 ██████████████████████
████████.

[268] FDA Approval letter for BLA 761379 (Otulfi), September 27, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761379Orig1s000ltr.pdf.

batches and ███████████ were for the Process Performance Qualification (PPQ).[269] This allowed

for the site to have additional manufacturing experience and time to apply operational excellence

principles and optimization to increase the likelihood of on time delivery of current and future

manufacturing batches.

210.    Formycon's experience in developing biosimilars and ██████████ experience in

both the development of reference biologics and biosimilars for their customers, along with an

on-time approval of Otulfi based on submission of BLA shows they were ready to supply the

market with Otulfi upon approval and continue to supply the market long term.

211.    Formycon's DS manufacturing process that is conducted at ████████████

uses industry standard media, equipment, and processes, with which regulatory agencies have

extensive prior experience.[270] [271]

212.    As with all monoclonal antibody biologics, Formycon's DS manufacturing

process begins with seeding of a small vessel such as a shake flask with a living organism and

then placing the living organism into larger vessels to expand the number of the organism.

213.    When the density and volume is large enough, the culture (media + organism) is

seeded into a large volume bioreactor where the cultures will be allowed to expand and produce

the DS (e.g. titer typically g/L). Once the production of the "molecule" is completed, the vessel

is harvested, and the material is purified. The contents of the bioreactor is harvested and

---

[269] FKUSA_USTE_SUB0000465 at '520 ████████████████████
████████ .

[270] FKUSA_USTE_SUB0000465 at '482 ████████████████████
████████ .

[271] FKUSA_USTE_SUB0024864 at '881-884 ████████████████████
████████ .

proceeds through a series of validated purification steps to lower volumes of material with higher concentration and purity of the DS, until the final DS is achieved for use in the next step, which is DP manufacturing.

214.    Every approved product by the FDA has specifications and ranges and Formycon's process has a minimum titer criterion of ███████ [272] for the harvest step. But during process validation (PPQ) in ████████████████ ,[273] [274] the actual range was ████████████ ████████████████████████████ .[275] For PPQ batches █████████ , overall downstream yields were ████████████████████ respectively,[276] for an average of ███████ . The amount of DS produced using the average titer criteria and the average overall PPQ batch purification yield is ████████████████████████████ of Otulfi DS per ███████ batch.   See Summary and Conclusions section for further discussion. This shows that Formycon is able to make a significant amount of doses per batch of DS for launch. The shelf life for the DS is ██████████ .[277]

215.    The PPQ DS batches as well as Engineering and Development batches were used to prove that Otulfi was a biosimilar to Stelara and that the process was under control for manufacturing. Typically, the FDA views a batch of the product that is going through the BLA

---

[272] FKUSA_USTE_SUB0024864 at '905 ███████████████████████████ ████████ .

[273] FKUSA_USTE_SUB0000465 at '523 ███████████████████████████ ██████ .

[274] FKUSA_USTE_SUB0022939 at '948 ████████████████████████████ ████████████████ .

[275] FKUSA_USTE_SUB0022939 at '966 ████████████████████████████ ████████████████ .

[276] FKUSA_USTE_SUB0010746 ████████████████████████ ██████████████████████████ .

[277] FKUSA_USTE_SUB0000465 ████████████████████████████ .

process during the manufacturing and thus, even if only one batch was produced of DS in 2024, that would be a an additional ▮▮▮▮ of Otulfi DS, and that batch alone would yield ▮▮▮▮ ▮▮▮▮ the PFS at 90 mg, assuming no loss in DP filling. The batch made during the PAI inspection could be processed into DP and could have been used for launch of the product following approval.

### 5.    Drug Product

216.     fills the 45 mg and 90 mg Pre-filled Syringes for Otulfi and the vials of Otulfi are filled at ▮▮▮▮ ▮▮▮▮.[278] [279] [280] [281] The ▮▮ site was purchased by the ▮▮▮▮ group in 2013, when it bought ▮▮▮▮ and its manufacturing site in ▮▮▮▮. The site has offered commercial production and scale-up capabilities for biologics starting in 2008.[282]

217.    The ▮▮▮▮ fill finish site has capabilities to fill syringes and vials. In 2021, it was announced that a high-speed filling line was being installed at ▮▮ that could fill 22,000 syringes an hour with up to 200,000 syringes per batch.[283] The PFS filling line using isolator technology and the PPQ batches were approximately ▮▮▮▮ per  batch for 45 mg

---

[278] FKUSA_USTE_SUB0000210 ▮▮▮▮.
[279] FKUSA_USTE_SUB0000727 ▮▮▮▮ ▮▮▮▮.
[280] FKUSA_USTE_SUB0000370 ▮▮▮▮ ▮▮▮▮.
[281] FKUSA_USTE_SUB0000708 ▮▮▮▮ ▮▮▮▮.
[282] Ajinomoto BioPharma Services, History. Available at https://www.ajibio-pharma.com/about/history/.
[283] BioPharm International Editors, Aji Bio-Pharma to Add High Speed Fill/Finish Line to its San Diego Facility, May 25, 2021. Available at https://www.biopharminternational.com/view/aji-bio-pharma-to-add-high-speed-fill-finish-line-to-its-san-diego-facility.

PFS and for 90 mg PFS, approximately ██████████ PFS per batch.[284] Based on the equipment and the batch sizes there is capacity to fill the Otulfi PFS.

218.     In addition, during the PAI, typically the process production process is running. Thus, this would give the commercial launch team PFS for commercial release upon BLA approval. The ██ site received a 483 from the FDA on January 16, 2023, which included observations such as inadequate quality oversight over validation, late review of documentation, etc.[285] The site responded to the 483 and it was closed as of September 2023.[286] The ██ site has been in regulatory compliance and since the Otulfi BLA was approved on September 27, 2024, then the PAI was successful and thus the ██ site from a compliance viewpoint was ready for a commercial launch upon BLA approval of Otulfi.

219.     ████████████████████████ fills the vials for the Otulfi product.[287] ████████████ was founded in 2005 and initially focused on clinical filling for small volumes. They have 4 lines and on June 28, 2021, they received GMP certification for their newly installed large scale filling line from the Dutch Healthcare and Youth Inspectorate (IGJ).[288] The PPQ batches for the vials were conducted in the second half of June 2021.[289]

---

[284] FKUSA_USTE_SUB0000965 ████████████████████████████████████████████████ .

[285] FDA Form 483 for Ajinomoto, January 16, 2023. Available at https://www.fda.gov/media/167466/download.

[286] FiercePharma Staff, Retraction notice, Fierce Pharma, September 22, 2023. Available at https://www.fiercepharma.com/pharma/retraction-notice.

[287] FKUSA_USTE_SUB0000210 ████████████████████████████████ .

[288] BioConnection, GMP certification for new large scale filling line, June 28, 2021. Available at https://bioconnection.eu/news/gmp-certification-for-new-large-scale-filling-line/.

[289] FKUSA_USTE_SUB0001751 ████████████████████████████ .

220.    The ███████ site had an FDA audit in March 2024 and they received a 483 for the FDA. The inspection may have been for the Otulfi Product as the BLA was submitted in Nov 2023 and the inspection took place in March 2024.[290] The ███████ site had to resolve the 483 observations to the FDA's satisfaction in order for the BLA to be approved for all formats on Sept 27, 2024.

221.    Formycon's process for the production of Otulfi DP is a standard process used to produce reference biologics and biosimilars. The materials that are used to produce the DP are typical materials that are readily available from many suppliers.[291]  Prefilled syringes such as the ones used for Otulfi, ██████████████████████████, are very popular in the industry.[292] ███████ announced that they will increase domestic production of syringes by more than 50% and as part of their 2024 strategic plan, they planned to add lines to existing US manufacturing plants which are already operational as of January 16, 2025. [293]

---

[290] FDA Form 483 for BioConnection B.V., March 8, 2024. Available at https://redica.com/document-store/documents/view/100192152/bioconnection-b-v-form-483-2024-03-08.

[291] FKUSA_USTE_SUB0024367 ██████████████ ████.

[292] Thomas, F., On Point: Biologics Drive Growth in Pre-Filled Syringes, BioPharm International 33 (4) 2020. Available at https://www.biopharminternational.com/view/point-biologics-drive-growth-pre-filled-syringes.

[293] Sparrow, N., BD Makes Firm Commitment to Made-in-USA Medtech Manufacturing, Plastics Today, January 16, 2025. Available at https://www.plasticstoday.com/medical/bd-makes-firm-commitment-to-made-in-usa-medtech-manufacturing.

222.    The Otulfi DS is filled into either Pre-filled Syringes (PFSs) or into vials ▮▮▮.[294]

[295] [296]

223.    The 45 mg (0.5 mL) and 90 mg (1 mL) PFS are filled on the same filling line using ▮▮▮▮▮▮, which is currently used in many DP facilities. New installations of fill finish equipment will use isolator technology as the regulations in Europe for Aseptic Processing were updated August 2022.[297] The filling line is compliant for US manufacturing which was confirmed by the BLA being approved for Otulfi. The vials are filled on ▮▮▮▮▮▮ ▮▮▮▮▮▮.[298]

224.    The manufacturing process for the DP is ▮▮▮▮▮▮ between the PFSs[299] and the vials, [300] [301]  but both are industry standard for reference biologics and biosimilars. Otulfi uses a standard manufacturing process which optimizes time to validate it and also leverages the operators' existing skills to execute the manufacturing of the DP, as all steps are typical. This minimizes the risk to manufacturing and speeds up training of the operations team.

---

[294] FKUSA_USTE_SUB0024765 at '854 ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮.

[295] FKUSA_USTE_SUB0000370 ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮).

[296] FKUSA_USTE_SUB0000576 ▮▮▮▮▮▮▮▮ ▮▮▮▮.

[297] Parental Drug Association, EU Annex 1 Revision. Available at https://www.pda.org/resources-by-topic/eu-annex-1-revision.

[298] FKUSA_USTE_SUB0000727 ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮.

[299] FKUSA_USTE_SUB0000965 at '970 ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮.

[300] FKUSA_USTE_SUB0001827 at '830 ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮.

[301] FKUSA_USTE_SUB0020641 at '645 ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮.

225.    ████ conducted the PPQ batches for both the 45 and 90 mg PFS in ████ and ████ of 90 mg PFS and ████ of 45 mg PFS were manufactured.[302] The amount of DP used in each of the PPQ batches and thus the range that will be used during commercial manufacturing was for 45 mg in 0.5 mL: ████ ████.[303] Each commercial batch of 45 mg PFS will be approximately ████ and for 90 mg PFS the batches will be approximately ████ ████.[304] [305] The ████ PPQ batches for the 5 mg/mL vials were conducted in ████ and the number of vials filled after inspection were ████ and the batch size was ████ respectively.[306]

226.    Typically, one batch is processed during a PAI inspection and that material at a minimum would be able to be sold once the BLA is approved. Thus, launch material would at a minimum be available from a PAI batch produced in 2024 manufacturing batches. Based on the manufacturing track record of the manufacturers that were selected to produce Otulfi and the commercialization expertise of Fresenius Kabi, it is expected that there would be product to launch with, and a distribution channel for, the material upon approval of the BLA on September 27, 2024.

---

[302] FKUSA_USTE_SUB0000965 ████ ████.

[303] FKUSA_USTE_SUB0001029 ████ ████.

[304] FKUSA_USTE_SUB0001029 ████ ████.

[305] FKUSA_USTE_SUB0000965 ████ ████.

[306] FKUSA_USTE_SUB00017221 at '513 ████ ████.

227. Fresenius/Formykon also launched their product in the U.S. market on or around the day they were licensed to enter under their settlement agreement, further demonstrating their ability to launch on their target launch date.[307]

## H. Accord/Dong-A-ST (Imuldosa)

### 1. Company Overview: Accord BioPharma

228. Accord BioPharma is a member of the Accord Healthcare group of companies owned by Intas Pharmaceuticals Ltd.[308] [309] Intas Pharmaceuticals is a vertically integrated pharmaceutical formulation, development, manufacturing, and marketing company based in India and was established in 1976.[310] [311] Accord Healthcare focuses on developing, manufacturing, and distributing generics and biosimilars. Their medications are present in over 85 countries.[312] Accord Biopharma/Accord Healthcare has a biosimilar pipeline of seven molecules and have FDA approval of two biosimilars, including Imuldosa (biosimilar for Stelara).[313] Accord, along with their parent company Intas, has a track record of being able to deploy medications to patients globally.

---

[307] Fresenius Kabi, Continuing Biopharma Growth with U.S. and EU Launch of Ustekinumab Biosimilar, March 3, 2025. Available at https://www.fresenius-kabi.com/news/continuing-biopharma-growth-with-us-and-eu-launch-of-ustekinumab-biosimilar.

[308] Intas Pharmaceuticals homepage. Available at https://www.intaspharma.com/.

[309] Accord, Global presence. Available at https://www.accord-healthcare.com/about-accord/global-presence.

[310] Intas Pharmaceuticals, About Us. Available at https://www.intaspharma.com/about-us/.

[311] Accord BioPharma, Beyond Biosimilars. Available at https://www.accordbiopharma.com/beyond-biosimilars/.

[312] Accord homepage. Available at https://www.accord-healthcare.com/.

[313] Accord BioPharma, Immunology. Available at https://www.accordbiopharma.com/immunology/.

229.    Accord did not develop and manufacture Imuldosa, but it was a collaboration between Dong-A-Socio Holdings and Meiji Seika Pharma, which started in 2013. In July 2020, Dong-A-Socio Holdings transferred the commercialization rights to Dong-A ST and the collaboration continued with Meiji Seika Pharma.  In 2021, Dong-A ST signed a global out-licensing agreement with Intas Pharmaceuticals to commercialize Imuldosa where Accord BioPharma would commercialize it in the United States and Accord Healthcare would commercialize in Europe, UK, and Canada.[314]

### 2.    Company Overview: Dong-A-ST

230.    Dong-A-ST is South Korean Company that focuses on the development and manufacture of drugs, medical devices and diagnostic products. The company produces products for domestic use as well as medications for the global market. They do not have the same footprint or the same expertise for a global commercial launch as Accord based on their current experience, which is mainly domestic, i.e. Korea.[315] Note that the manufacturing site used to produce the Imuldosa DS and Pre-filled Syringes is STGEN Bio and is owned by Dong-A-Socio Holdings, which owns Dong-A-ST, but was originally a joint venture between Dong-A-Socio Holdings and Meiji Seika Pharma.[316] [317]

---

[314] Dong-A ST press release, Dong-A ST Secures European Approval for Stelara Biosimilar IMULDOSA, December 19, 2024. Available at https://www.biospace.com/press-releases/dong-a-st-secures-european-approval-for-stelara-biosimilar-imuldosa.
[315] Dong-A ST, Overview. Available at http://en.donga-st.com/Pass.da?viewPath=/b01/overview.
[316] STgen Bio, Introduction. Available at https://stgenbio.com/en/intro.php.
[317] ███████████████████████ at page 456 (ACC-STEL-00340218).

85

### 3.    Company Overview: Meiji Seika Pharma

231.    Meiji Seika Pharma is owned by Meiji, which is a Japanese health and wellness company started in 1916, and they have two main divisions: Food and Pharmaceuticals.[318] In the Pharmaceutical Division they conduct research, development, and manufacturing of vaccines, antibacterial agents, treatments for infectious diseases, and generic drugs. Meiji has a number of products in their pharmaceutical pipeline.[319] The company has a robust distribution infrastructure in Japan, but less infrastructure outside of that market, so it was prudent to partner with a company like Accord to gain greater access to markets and distribution channels globally.

### 4.    Ustekinumab BLA

232.    On ████████████, Accord entered a settlement with J&J containing a licensed entry date of May 15, 2025.[320]

233.    On October 6, 2023, Accord filed its BLA seeking approval of its biosimilar version of Stelara, named Imuldosa.[321]

234.    On October 10, 2024, FDA granted final approval of Accord's BLA, permitting commercial sale of Imuldosa.[322]

---

[318] Meiji, About Meiji. Available at https://www.meiji.com/global/about-meiji/at-a-glance.html.
[319] Meiji, Pipeline. Available at https://www.meiji.com/global/pharmaceuticals/pipeline.html.
[320] JNJ-STELARA_000699001 ████████████████████████
████████████████.
[321] ████████████████████████
[322] FDA Approval letter for BLA 761364 (Imuldosa), October 10, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761364Orig1s000ltr.pdf.

5.    **Drug Substance**

235.    Imuldosa DS is produced in ████████████████, which is owned by ████████████████.[323] [324] ████████ was formally DM Bio and is a Contract Manufacturing Organization (CMO) focused on manufacturing rather than development. The site was established in 2011 as a joint venture between ████████████████ and ████████ ████████ started manufacturing in 2015 and received cGMP approval from the Japanese regulators in 2019. In 2021, the operations of the manufacturing site were consolidated under ████████████████ and the site was renamed from ████████████████ in 2022.[325]

236.    The vision for the site has remained the same over the years, which is to produce DS from mammalian cell culture and fill the DP on site for markets beyond Japan and Korea.[326] The ████████ DS and DP site had a successful FDA cGMP Pre-Approval Inspection (PAI) and received US approval of its Imuldosa BLA on October 10, 2024.[327] The site currently has no FDA 483s and is approved and ready to produce products for the US market.

237.    The ████████ DS manufacturing facility in ████████ has both ████████ ████████████████ The upstream equipment set, where the product is made, consists of ████████████████████████████████

████████████████████████████████

---

[323] STgen Bio, Introduction. Available at https://stgenbio.com/en/intro.php.
[324] ████████████████████████ at page 2065 (ACC-STEL-00338113).
[325] STgen Bio, Introduction. Available at https://stgenbio.com/en/intro.php.
[326] STgen Bio, History. Available at https://stgenbio.com/en/history.php.
[327] Choi, M., STgen Bio's Biopharmaceutical Plant in Korea Receives U.S. cGMP Approval, Business Korea, October 15, 2024. Available at https://www.businesskorea.co.kr/news/articleView.html?idxno=227029.

away.[328] They also have a ▮▮▮▮ stainless steel bioreactor, which requires cleaning qualification and validation to ensure that there is no carry over from batch to batch. The Stelara biosimilar process uses both the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at the site.[329] The ▮▮▮▮▮▮ equipment derisks the process from a cross-contamination viewpoint and increases the speed between batches and between products as there is less clean-up and the processes are closed.

238.    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ are used to make Accord's Imuldosa, which is the same cell type that is used to produce the reference drug, Stelara.[330] The process to make Imuldosa is typical for a monoclonal antibody biologic, which consists of upstream manufacturing where the cells are seeded in a small vessel and are expanded into larger and larger vessels with increased control (e.g., pH, Temperature, and dissolved oxygen). After the cells are expanded (increased in number), they are transferred into a ▮▮▮▮ stirred tank bioreactor (fed-batch mode) where the cells are allowed to multiply and produce the DS.

239.    The ▮▮▮▮ bioreactor is then harvested using a centrifuge and depth filters to separate the DS cells from the media.[331] The harvested material from the bioreactor then proceeds through a series of validated purification steps to decrease the volumes of material, yielding a higher concentration and purity of the DS. The purification process is typical for a monoclonal antibody process and consists of the following unit operations: ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[328] STgen Bio, Manufacturing. Available at https://stgenbio.com//business/manufacturing.php.
[329] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at page 1878 (ACC-STEL-00002564).
[330] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at page 2788 (ACC-STEL-00338479).
[331] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at page 1878 (ACC-STEL-00002564).

██████████████████████████████████████████████.[332] The DS is then

then filled into containers (cryobags), and frozen until it is thawed for use in producing the DP.

240.    The Imuldosa DS process is typical of Mabs production, which derisks the

manufacturing process and reduces the likelihood of having a manufacturing challenge due to

equipment or techniques that are not familiar for the operators or the site. The ██████████

██████ is likewise a well understood cell line and has produced a number of reference

biologics and biosimilars, thus this cell line selection further derisks the production process.

241.    ██████ produced a total of █ full commercial scale batches using the final DS

manufacturing process, which included █ engineering batches, █████ Process Performance

Qualification (PPQ) batches (produced ████████████████████)[333] as part of the validation

of the upstream process, and ██████ post-PPQ batches (████████████).[334] [335]  They also

validated the manufacturing process using two bioreactor trains (upstream) and one purification

train, thus allowing the site to produce more batches in a shorter period while increasing the

utilization of the purification train, which is a shorter process than the upstream manufacturing

process.

242.    PPQ batches can typically be used for commercial sale once the BLA is approved,

in addition to being used to conduct validation of the three different DP formats, which are PFS –

45 mg, PFS – 90 mg and vials (130 mg/26 mL).[336] [337]

---



[332] ██████████████████████████ at page 1894 (ACC-STEL-00002580).
[333] ██████████████████████████ at pages 2075-76 (ACC-STEL-00338123-24).
[334] ██████████████████████████ at page 2870 (ACC-STEL-00338400).
[335] ██████████████████████████ at page 132 (ACC-STEL-00340432).
[336] ██████████████████████████ at page 123 (ACC-STEL-00340439).
[337] ██████████████████████████ at page 107 (ACC-STEL-00340442).

243.    The PPQ batches were produced ▮▮▮▮▮▮▮▮▮▮▮▮▮ and have a shelf life of ▮ ▮▮▮▮▮ but as long as the DS is filled into DP prior to DS expiry, then the DP expiry dating applies, meaning the material would be available for conversion into DP with adequate shelf life remaining to support an October 2024 launch. In addition, they also produced ▮▮▮▮ more DS batches after PPQ, which may be used for commercial launch. Approximately ▮▮▮▮▮▮▮ of DS is produced per ▮▮▮▮ batch, and it is formulated at a concentration of 90 mg/mL, permitting direct fill processing for both PFS products.[338]

244.    Based on this analysis, from a DS manufacturing perspective, Accord had adequate DS manufacturing a capability and a large stockpile ▮▮▮▮▮ of DS material from its PPQ and post-PPQ batches to support commercial launch following approval on October 10, 2024, had there not been a settlement delaying that launch until May 15, 2025.

**6.      Drug Product**

245.    The Imuldosa DP is produced at one of two sites depending on the formulation and format of the DP, either prefilled syringe (PFS) or vial. The DP is filled directly into PFSs in ▮▮▮▮▮▮▮▮▮▮▮▮▮, in the same facility where the DS is produced.[339]

246.    The ▮▮▮▮▮▮ DP site uses ▮▮▮▮▮▮▮▮▮▮▮ in the filling process to reduce the risk between batches and products and they also fill the PFS or vials in an active ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, protecting the product that is being filled from contaminates that may be in the environment.[340] ▮▮▮▮▮▮ has reported that they fill ▮▮▮▮▮

---

[338] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at page 2118 (ACC-STEL-00338166).
[339] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at page 1015 (ACC-STEL-00339426).
[340] STgen Bio, Manufacturing. Available at https://stgenbio.com//business/manufacturing.php.

batches a year for both the domestic market ███████ and international markets for clinical and commercial products. The ████████ DP site was approved by the FDA on October 10, 2024, and currently has no FDA 483s. The site was, and is, ready to produce commercial product for the US Market for Imuldosa in prefilled syringes.

247.    The Imuldosa vial DP is done at ████████████████████, where the DS is shipped from the ████████████████.[341] ██████ is a CDMO. Through October 2024, ██████████████ facility had capabilities for producing DS and DP, and a $350 million expansion was announced at the site in April 2022.[342] The facility was part of ██████ ████████, which was owned by ██████ at the time of the BLA filing and October 2024 approval for Imuldosa. ████████████ is a global leader in development, manufacturing and analytical services for new biological entities, cell and gene therapies, biosimilars, sterile injectables, and antibody-drug conjugates. With over 30 years of proven expertise, ██████ ████████ has worked with more than 600 mAbs and more than 80 proteins, produced 16 biopharmaceutical drugs, and manufactured more than 45 commercially approved products.[343]

248.    In December 2024, Novo Holdings acquired Catalent, and shortly afterwards transferred ownership of Catalent's fill/finish facilities, including Bloomington, Indiana, to its subsidiary Novo Nordisk.[344] Note that the ████████ site was approved to produce DP in vials for

---

[341] ████████████████████████████ at page 2264 (ACC-STEL-00338312).

[342] Catalent press release, Catalent to Invest $350 Million in Integrated Biologics Drug Substance and Drug Product Manufacturing at Bloomington, Indiana, Facility, April 21, 2022. Available at https://www.catalent.com/catalent-news/catalent-to-invest-350-million-in-integrated-biologics-drug-substance-and-drug-product-manufacturing-at-bloomington-indiana-facility/.

[343] Catalent Biologics homepage. Available at biologics.catalent.com.

[344] Catalent press release, Novo Holdings Completes Acquisition of Catalent, December

Imuldosa before the acquisition by Novo Holdings. The ▮▮▮▮▮▮▮ site has capabilities for both DS and DP – vials and prefilled syringes but ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for the Imuldosa product.

249.    Catalent has had compliance challenges over the years at its manufacturing facilities, including the Bloomington site, but those had been resolved prior to October 2024 BLA approval, thus paving the way for a commercial launch of the Imuldosa vial DP in that timeframe.[345]

250.    Accord's Imuldosa PFS 45 mg and PFS 90 mg DPs are manufactured at ▮▮▮▮ ▮▮▮▮▮▮▮▮, co-located with DS, thus decreasing shipping risks. The process to make PFSs of Imuldosa is industry standard and since the DS concentration matches the DP concentration for PFS, the manufacturing risk is decreased as the process is very simple. ▮



18, 2024. Available at https://www.catalent.com/catalent-news/novo-holdings-completes-acquisition-of-catalent/.
[345] Reuters, Catalent flags problems at its manufacturing plants; CFO departs, April 14, 2023. Available at https://www.reuters.com/business/healthcare-pharmaceuticals/contract-drug-manufacturer-catalent-warns-hit-fourth-quarter-results-2023-04-14/.
[346] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at pages 1018-24 (ACC-STEL-00339429-435).
[347] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at page 1025 (ACC-STEL-00339436).
[348] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at page 123 (ACC-STEL-00340439).

251.    The PFS for Imuldosa uses components manufactured by , which produces the syringe and plunger (primary components), and ▮▮▮▮, who manufactures ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (secondary components).[349] [350] [351] [352] [353]

252.    Process Validation was conducted for both the 45 mg and 90 mg PFS between  (PFS fill date) and the PFS DP has a shelf life of ▮▮▮▮, meaning PPQ material would have shelf life remaining upon BLA approval in ▮▮▮▮, and in any case, as discussed above, plenty of DS was on hand for conversion into PFS DP as needed.[354]

253.    One ▮▮▮ bioreactor of DS would produce approximately ▮▮▮ 45 mg PFSs. In addition, there were ▮▮▮ of Post PPQ DS which produces ▮▮▮ of 45 mg PFS and ▮▮ of 90 mg PFS, which could further increase the stockpile for a commercial launch.[355]

254.    Accord's Imuldosa vial format for Imuldosa is at a concentration of 5 mg/mL, and the vial DP manufacturing is performed at ▮▮▮▮▮▮▮▮▮▮▮. The process to make the vial formulation is industry standard but it is not a direct fill as it is for the PFS, as the DS needs to be diluted before filling into the ▮▮ glass vials, which contain ▮▮▮ and have a fill of ▮▮ each.[356] [357] While there are more steps in producing the vials the unit operations are considered routine for drug manufacturing sites that fill vials.

---

[349] Nemera, Safe'n'Sound® 1mL. Available at
https://www.nemera.net/products/parenteral/passive-safety-systems/safensound-1ml/.
[350] ▮▮▮▮▮▮▮▮ at page 877 (ACC-STEL-00339561).
[351] ▮▮▮▮▮▮▮▮ at page 1244 (ACC-STEL-00339355).
[352] ▮▮▮▮▮▮▮▮ at page 1245 (ACC-STEL-00339356).
[353] ▮▮▮▮▮▮▮▮ at page 1025 (ACC-STEL-00339436).
[354] ▮▮▮▮▮▮▮▮ at page 286 (ACC-STEL-00340048).
[355] ▮▮▮▮▮▮▮▮ at page 123 (ACC-STEL-00340439).
[356] ▮▮▮▮▮▮▮▮ at page 107 (ACC-STEL-00340442).
[357] ▮▮▮▮▮▮▮▮ at page 115 (ACC-STEL-00340419).

255.    The manufacturing process for the vials is the following:

[358]

 of Imuldosa.[359]

256.    I note that a deposition was taken of a representative for Accord in this case, who testified that after acquiring ██████████████████████████████████ ██████████████████████████ and as a result, Accord ████████████████ ████████████████████████████████████████ ████████████████[360] However, as noted above, the ██████ facility does not have anything to do with the PFS product. ████████████████████████████████ ████████████████,[361] but in my opinion based on my review of the BLA and my experience with commercial biologic manufacturing and regulatory compliance, the issues at the ████████████████ facility could only impact vial manufacturing as that facility does not touch the PFS product at all.  The Accord witness confirmed this fact.[362] More importantly, the Accord witness also confirmed that the acquisition of ██████ and subsequent closure plans by



[358] ██████████████████████████████ at pages 1018-24 (ACC-STEL-00339429-435).
[359] ██████████████████████████ at page 1025 (ACC-STEL-00339436).
[360] ████████████████████████████████████████████
██████████████████████████████ .
[361] ████████████████████████████████████████████
████████████████████████
[362] ████████████████████████████████████████████
██████████████████████

94

██████████ occurred in late December 2024, over two months after the date that Accord had obtained approval and would have been targeting for launch if it did not have the settlement.[363]

## I.   Biocon (Yesintek)

### 1.   Company Overview

257.   Biocon is a global company that has the following divisions: generics, biosimilars, research services (e.g. Syngene), and novel biologics.[364] [365] Biocon is based in Bengaluru, India and was founded in 1978.[366] The first Biosimilar produced by an Indian Company was approved by the FDA in 2017 and was for Trastuzumab. Previously, Biocon only supplied the Indian market with Biosimilars not the US market.[367] Currently, Biocon markets 8 biosimilars globally and has a portfolio of 20 biosimilars. Biocon also has a presence in the US and 19 European Countries that enables them to be directlyin the regions commercially. [368]

258.   Biocon does have a CDMO division called Syngene, but the manufacturing of Yesintek is at Biocon's Manufacturing facilities in Bengaluru, India.[369] A new DP building (e.g. expansion of existing site) was built on Biocon's campus in Bengaluru to support biologics and biosimilars in 2024.[370]

---

[363] ████████████████████████████████████████████

[364] Biocon, About Us. Available at https://www.biocon.com/about-us/.
[365] Biocon Factsheet. Available at https://www.biocon.com/docs/Biocon-Factsheet.pdf.
[366] Biocon, About Us. Available at https://www.biocon.com/about-us/.
[367] Biocon, Our Legacy. Available at https://www.biocon.com/about-us/our-legacy/.
[368] Biocon Factsheet. Available at https://www.biocon.com/docs/Biocon-Factsheet.pdf.
[369] ███████████████████████████████ (BIOCON(USTEK)_000027).
[370] Ojha, S., Biocon expanded plant approved to make Avastin biosimilar, BioProcess International, July 3, 2024. Available at https://www.bioprocessintl.com/facilities-capacity/biocon-expanded-plant-approved-to-make-avastin-biosimilar.

259.    Biocon has had challenges over the years with their manufacturing facilities and compliance.[371]  In July 2024, the FDA issued a 483 for the Bengaluru, India site which included DS and DP, which was part of a BLA inspection, likely for Yesintek based on timing of the submission of the BLA, which was February 2024.[372] The BLA was approved November 29, 2024, indicating that the inspectional observations had been resolved to FDA's satisfaction by that time.[373]

260.    The BLA approval confirms that Yesintek is similar to Stelara and their manufacturing process and manufacturing facilities were ready and compliant upon approval of the BLA.

## 2.    Ustekinumab BLA

261.    On November 29, 2023, Biocon filed its BLA seeking approval of its biosimilar version of Stelara, named Yesintek.[374]

262.    On ▮▮▮▮▮▮▮▮▮, Biocon entered a settlement with J&J containing a licensed entry date of February 22, 2025.[375]

---

[371] Kansteiner, F., Biocon's proposed Avastin biosim hit with FDA rejection after failed plant inspection, Fierce Pharma, February 13, 2023. Available at https://www.fiercepharma.com/pharma/other-shoe-drops-biocon-and-viatris-after-last-summers-fda-inspection-yields-avastin.

[372] Biocon company statement, FDA Completes Inspection at Biocon Biologics' Facilities at Biocon Park, Bengaluru, India, July 27, 2024. Available at https://www.biocon.com/us-fda-completes-inspection-at-biocon-biologics-facilities-at-biocon-park-bengaluru-india/

[373] FDA Approval letter for BLA 761406 (Yesintek), November 29, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761406Orig1s000correctedltr.pdf.

[374] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[375] JNJ-STELARA_000699061 ▮▮▮▮▮▮▮▮▮▮▮▮ .

263.    On November 29, 2024, FDA granted final approval of Biocon's BLA, permitting commercial sale of Yesintek.[376]

264.    On February 24, 2025, Biocon launched Yesintek in the U.S.[377]

### 3.    Drug Substance

265.    Biocon's Yesintek DS is manufactured in ▮▮▮▮▮▮▮▮



▮▮.[378] [379] The final formulated DP will be manufactured in ▮▮▮▮▮▮▮▮

▮.[380] [381] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮ to produce DS. The area where Yesintek is produced has ▮▮▮▮ bioreactors, ▮

▮▮▮ Bioreactors, and ▮▮▮ bioreactors that are ▮▮▮ thus cleaning validation is streamlined as ▮▮▮▮▮▮▮▮.[382] Note that some of the purification equipment such as the chromatography skid and filter housings are ▮▮▮▮▮▮ ▮▮▮▮▮▮.[383] There are four products that are manufactured at the DS site where Ustekinumab (Yesintek) is produced which includes denosumab, Nivolumab, and

---

[376] FDA Approval letter for BLA 761406 (Yesintek), November 29, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761406Orig1s000correctedltr.pdf.

[377] PR Newswire, Biocon Biologics Launches Yesintek™ (ustekinumab-kfce) Biosimilar to Stelara® in the United States, February 24, 2025. Available at https://www.prnewswire.com/news-releases/biocon-biologics-launches-yesintek-ustekinumab-kfce-biosimilar-to-stelara-in-the-united-states-302382971.html.

[378] ▮▮▮▮▮▮▮▮▮▮▮ at page 11, 391 (BIOCON(USTEK)_000027, '407).

[379] FDA Approval letter for BLA 761406 (Yesintek), November 29, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761406Orig1s000correctedltr.pdf.

[380] FDA Approval letter for BLA 761406 (Yesintek), November 29, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761406Orig1s000correctedltr.pdf.

[381] ▮▮▮▮▮▮▮▮▮ at page 11 (BIOCON(USTEK)_000027).

[382] ▮▮▮▮▮▮▮▮▮ at page 3584 (BIOCON(USTEK)_003600).

[383] ▮▮▮▮▮▮▮▮▮ at pages 3602-18 (BIOCON(USTEK)_003618-34).

Pembrolizumab[384] See Company overview for information on compliance track record and expansion.

266.    An immediate launch after BLA approval would be possible as the site would have had the option to make material before the approval by the FDA and they produced PPQ batches as well as batches made during FDA's PAI visit at a minimum. Ustekinumab-kfce is not approved in India for Biocon based on their website. [385]

267.    Biocon's process for the production of Yesintek is a standard process used to produce monoclonal antibody biologics. Biocon has selected to use ▮▮▮▮▮ to produce Yesintek which is the same cell line as Johnson and Johnson uses to produce Stelara.[386]

268.    Yesintek is produced in a single-use bioreactor at ▮▮▮ using a ▮▮▮▮ mode.[387] [388] [389] The materials that are used to produce the DS are typical materials. It is not expected to have issues with the supply chain with regards to the raw materials as they are typical for the production of biopharmaceuticals and a ▮▮▮ production bioreactor is quite common for ▮▮▮▮▮ processes.[390] [391]

269.    Biocon's DS manufacturing process uses industry standard media, equipment, and processes, which regulatory agencies and manufacturing teams have extensive prior experience with, derisking the filing and the commercialization of the biosimilar.

[384] ▮▮▮▮▮ at page 3591 (BIOCON(USTEK)_003607).
[385] Biocon, Biosimilars. Available at https://www.biocon.com/products/biosimilars/.
[386] ▮▮▮▮▮ at page 37 (BIOCON(USTEK)_000053).
[387] ▮▮▮▮▮ at page 228 (BIOCON(USTEK)_000244).
[388] ▮▮▮▮▮ at page 11,228 (BIOCON(USTEK)_011244).
[389] ▮▮▮▮▮ at page 11,219 (BIOCON(USTEK)_011235).
[390] ▮▮▮▮▮ at pages 242-49 (BIOCON(USTEK)_000258-65).
[391] ▮▮▮▮▮ at page 11,228 (BIOCON(USTEK)_011244).

270.    As with all monoclonal antibody biologics, Biocon's DS manufacturing follows a process that begins with seeding/inoculation of a small vessel such as a shake flask with a living organism (Cell) and then placing the living organism into larger and larger vessels to expand the quantity of the organism. When the density and volume is large enough the culture (media + organism) is seeded/inoculated into a large volume bioreactor where the DS is produced.  Once the production of the "molecule" is completed, the bioreactor is harvested, and the material is purified through a series of validated purification steps which purifies the product and also reduces the volume until the final DS concentration is achieved.

271.    Biocon has a minimum specification on harvest titer which is ▮▮▮▮▮▮[392] Using this number the minimum amount of Yesintek at the end of the production bioreactor step is ▮▮▮▮▮▮▮▮▮▮ which is ▮▮▮▮▮▮. While it was not reviewed what the overall purification yield was, to be very conservative, applying Amgen's ▮▮ minimum overall yield will be used for this calculation, resulting in ▮▮▮▮ at the end of purification, when formulated at 90 mg/mL is ▮▮▮▮▮▮▮▮ of 90 mg/mL of DS. Using water as a close surrogate drug substance, where of 1L =1 Kg, then ▮▮▮▮▮ of formulated DS.  This is an underestimate based on the PPQ and Post PPQ batches described earlier.

272.    Biocon's process and manufacturing facility were deemed sufficient by the FDA upon approval of the BLA in December 2024. There were ▮▮ batches of DS produced in November and December of 2022 that were PPQ batches, and ▮▮ batches were produced in December 2022 and January 2023 that were post-PPQ batches. The amount of DS produced in the PPQ batches were ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for a total of ▮▮▮▮ of DS.

---

[392] ▮▮▮▮▮▮▮▮▮▮▮▮ at page 11,237 (BIOCON(USTEK)_011253).

The amount DS produced in the ▮ Post-PPQ DS batches was ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[393] The DS has a proposed shelf-life of ▮▮▮▮▮ and the

post-PPQ batches (and likely the PPQ batches) could be converted into DP prior to their expiry

and used for launch material, facilitating an immediate launch after the BLA approval.[394]

### 4.    Drug Product

273.    Yesintek DP is produced at Biocon's site in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and

a multiproduct DP facility that has been expected by both the EMA and the FDA.[395] ▮▮▮▮▮▮

has the capability of filling both vials and prefilled syringes. The DP is filled directly into PFSs

as the DS is formulated at 90 mg/mL and the DP site in ▮▮▮ produces either a 45 mg or 90 mg

PFS by filling either 0.5 mL or 1 mL into a PFS.[396] [397]

274.    At the time of the BLA filing there were seven different products being filled on

the same PFS line, where two of those were Yesintek at 45 and 90 mg.[398] The ▮▮▮ vials are filled

with 130 mg of Yesintek at a concentration of 5 mg/mL which requires the DS to be formulated

at a lower concentration before being filled into the vials.[399] The PFS and vials are filled in a

▮▮▮▮▮▮▮▮▮▮▮▮▮ thus protecting the filling process from

contaminants that may be in the environment.[400] The DS and the DP production locations for

---

[393] ▮▮▮▮▮ at page 304 (BIOCON(USTEK)_000320).
[394] ▮▮▮▮▮ at pages 181-82 (BIOCON(USTEK)_000197-98).
[395] ▮▮▮▮▮ at page 16 (BIOCON(USTEK)_000032).
[396] ▮▮▮▮▮ at page 1 (BIOCON(USTEK)_000017).
[397] ▮▮▮▮▮ at page 4,796 (BIOCON(USTEK)_004812).
[398] ▮▮▮▮▮ at page 3,613 (BIOCON(USTEK)_003629).
[399] ▮▮▮▮▮ at page 65 (BIOCON(USTEK)_000081).
[400] ▮▮▮▮▮ at page 3603 (BIOCON(USTEK)_003619).

100

Yesintek are located on the same campus, which reduces timelines and risks due to shipping the DS to another site.

275.    The process to make prefilled syringes of Yesintek is industry standard, and since the DS concentration does not require dilution before filing into the PFS, the manufacturing risk is decreased as the process is very simple. ███████████████████

████████████████████████████████████████████████

███.[401] [402] The DS is directly filled into the syringes as the concentration of DS is 90 mg/mL; the 45 mg PFS contain 0.5 mL of Yesintek and the 90 mg PFS contain 1 mL of Yesintek.[403] The PFS used for Yesintek has components by ████████████████████████

████████████████

276.    The syringe and the plunger are ready to use and have a sterility assurance level ████████ manufactured.[404] [405]

277.    The Process Validation was conducted for both the 45 mg and 90 mg PFS in ████████ for the PFS.[406] The typical DP batch for either the 45 mg or the 90 mg PFS uses ██ ██████ of DS which yields approximately ████████ of 0.45 mg PFS. With a fill volume of ████████.[407] [408]

---

[401] ████████████████ at page 113 (BIOCON(USTEK)_000129).
[402] ████████████████ at page 125 (BIOCON(USTEK)_000141).
[403] ████████████████ at page 122 (BIOCON(USTEK)_000138).
[404] ████████████████ at page 167 (BIOCON(USTEK)_000183).
[405] Steris, Selection of an appropriate Sterility Assurance Level (SAL) for medical devices. Available at https://www.steris-ast.com/techtip/sterility-assurance-levels-sals-irradiation/.
[406] ████████████████ at page 147 (BIOCON(USTEK)_000163); Biocon BLA at page 5,040 (BIOCON(USTEK)_005056).
[407] ████████████████ at page 122 (BIOCON(USTEK)_000138).
[408] ████████████████ at page 5,002 (BIOCON(USTEK_000518)

278.    Biocon's vial format for Yestinek is at a concentration of 5 mg/mL. The process to make the vial formulation is industry standard but it is not a direct fill as it is for the PFS as the DS needs to be diluted before filling into the ▮R glass vials which contain ▮▮▮▮ and have a fill of ▮▮▮ each.[409] While there are more steps in producing the vials, the unit operations are considered routine for drug manufacturing sites that fill vials for instance. The process validation was conducted for the vials in ▮▮▮▮▮[410] At least as of the BLA approval date, the shelf life was ▮▮▮▮ for the 45 mg PFS, ▮▮▮▮ for the 90 mg PFS, and ▮▮▮▮ for the 130 mg/mL vial.[411]

279.    The DP site in ▮▮▮▮ had an FDA 483 and Warning Letter in 2019,[412] but the PPQ and post-PPQ batches were made in 2022 and 2023, and thus not likely impacted.[413] There was another Warning Letter in June 2024, which did not concern Data Integrity or Quality oversight, and apparently did not impact Biocon's commercial manufacturing operations.[414] And in any case this was promptly resolved by the time of Biocon's November 29, 2024 approval. The site was and remains ready to produce commercial product for the U.S. market for Yesintek

---

[409] ▮▮▮▮▮▮▮▮▮▮▮▮ at page 80 (BIOCON(USTEK)_000096).
[410] ▮▮▮▮▮▮▮▮▮▮▮ at page 7,343 (BIOCON(USTEK)_007359); Biocon BLA at page 8,566 (BIOCON(USTEK)_008582).
[411] FDA Approval letter for BLA 761406 (Yesintek), November 29, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761406Orig1s000correctedltr.pdf
[412] FDA Form 483 for Biocon, February 15, 2019. Available at https://www.fda.gov/media/120971/download.
[413] ▮▮▮▮▮▮▮▮▮▮▮ at pages 122, 147 (BIOCON(USTEK)_000138, -163).
[414] Biocon letter to Stock Exchanges attaching July 27, 2024 company statement. Available at  https://www.biocon.com/docs/Intimation-20240727.pdf

in prefilled syringes and in vials following approval, as indicated by Biocon's launch on the date in was permitted to do so under its license agreement.[415]

280.   Biocon has the manufacturing capabilities to produce commercial launch volumes either using PPQ materials with FDA approval, or by using the post-PPQ DS batches, or by making new DS batches if needed.

281.   Biocon also launched their product in the U.S. market on or around the day they were licensed to enter under their settlement agreement, further demonstrating their ability to launch on their target launch date.[416]

## J.   Celltrion

### 1.   Company Overview

282.   Celltrion is a global biopharmaceutical company and CDMO based in South Korea. It was founded in 2002, and its first manufacturing facility was approved by the FDA in 2007.[417] [418] Celltrion manufactures for other companies as well as for themselves, as the first supplier agreement was with Bristol Meyers Squibb in 2005. Celltrion is a publicly traded company and had its IPO in South Korea in 2008. Celltrion has two approved reference biologics (one FDA approved), ten approved biosimilars (six FDA approved) and five biosimilars in their

---

[415] Biocon Biologics Launches Yesintek™ (ustekinumab-kfce) Biosimilar to Stelara® in the United States, Feb. 24, 2024, available at: https://www.biocon.com/biocon-biologics-launches-yesintek-ustekinumab-kfce-biosimilar-to-stelara-in-the-united-states/

[416] Biocon Biologics Launches Yesintek™ (ustekinumab-kfce) Biosimilar to Stelara® in the United States, February 24, 2025. Available at https://www.biocon.com/biocon-biologics-launches-yesintek-ustekinumab-kfce-biosimilar-to-stelara-in-the-united-states/

[417] Celltrion, History. Available at https://celltrion.com/en-us/company/celltrion/history.

[418] Celltrion, CDMO. Available at https://www.celltrion.com/en-us/business/production/cmo-cdmo.

pipeline.[419] Celltrion has their own internal manufacturing capacity for both DS and DP in South

Korea, in addition to distribution capabilities.[420] [421]

283.    They have approximately 250,000 L of bioreactor capacity to produce biologics,

with a specialization in monoclonal antibodies, and they are FDA and EMA compliant.[422]

Celltrion's first biosimilar approved by the FDA was Remsima, which is a biosimilar for

infliximab, in April 2016.[423] Celltrion has a long history of developing and manufacturing

biosimilars. Celltrion has a proven track record of developing approvable biosimilars for the US

market and Steqeyma, its biosimilar for Stelara, was approved December 17, 2024, following

submission of the BLA on June 30, 2024.[424] The BLA approval confirms that Steqeyma is

biosimilar to Stelara, and their manufacturing process and manufacturing facilities were ready

and compliant.

### 2.    Ustekinumab BLA

284.    On June 30, 2023, Celltrion filed its BLA seeking approval of its biosimilar

version of Stelara, named Steqeyma.[425]

---

[419] Celltrion, Products Biopharmaceuticals. Available at https://celltrion.com/en-us/products/approved/biologics.

[420] Celltrion, Business Overview. Available at https://celltrion.com/en-us/business/overview.

[421] Celltrion, Production Facilities. Available at https://www.celltrion.com/en-us/business/production/facilities.

[422] Celltrion, Production Facilities. Available at https://www.celltrion.com/en-us/business/production/facilities.

[423] Celltrion, History. Available at https://www.celltrion.com/en-us/company/celltrion/history.

[424] FDA Approval letter for BLA 761338 (Steqeyma), December 17, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761338Orig1s000ltr.pdf.

[425] FDA Approval letter for BLA 761338 (Steqeyma), December 17, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761338Orig1s000ltr.pdf.

285.   On [REDACTED], Celltrion entered a settlement with J&J containing a licensed entry date of March 7, 2025.[426]

286.   On December 17, 2024, FDA granted final approval of Celltrion's BLA, permitting commercial sale of Steqeyma.[427]

### 3.   Drug Substance

287.   Celltrion's Steqeyma DS will be manufactured at their site in Incheon, South Korea.[428]  Celltrion has had a good compliance track record with the FDA and has had no FDA 483 for the last 5 years but in 2017 there was one in Plant 1.[429] The DS Manufacturing facility must be in compliance to the satisfactory of the FDA before BLA approval, which was December 17, 2024. Note that Celltrion received approval in the EU before the FDA approval and is supplying Steqeyma to the European market as of November 2024.[430] An immediate launch after BLA approval would be possible based on launch in the European Union, expertise of Celltrion to launch biosimilars, and its compliance track record.

288.   Celltrion uses CHO cells to make Steqeyma for the European Market and it would be highly unlikely to change the cell line for the U.S. market (i.e., double the work.)[431] Based on

---

[426] JNJ-STELARA_000699029 [REDACTED].

[427] FDA Approval letter for BLA 761338 (Steqeyma), December 17, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761338Orig1s000ltr.pdf.

[428] FDA Approval letter for BLA 761338 (Steqeyma), December 17, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761338Orig1s000ltr.pdf.

[429] FDA Establishment Inspection Report for Celltrion, February 16, 2018. Available at https://www.fda.gov/media/112478/download.

[430] Pearce IP, Celltrion's Ustekinumab Biosimilar Launched in EU, November 4, 2024. Available at https://www.pearceip.law/2024/11/04/celltrions-ustekinumab-biosimilar-launched-in-eu/.

[431] Annex 1, Summary of Product Characteristics (Steqeyma 130 mg). Available at

the expression system and also the equipment set that is at the Celltrion facilities in South Korea

(i.e., stirred tank bioreactors), the manufacturing process is expected to follow a standard Mab

biologics platform were the process begins with seeding of a small vessel such as a shake flask

with a living organism, and then placing the living organism into larger and larger vessels to

expand the number of the organism. When the density and volume is large enough the culture

(media + organism) is seeded into a large volume bioreactor where the cultures are allowed to

expand and produce the DS (e.g. titer typically g/L). Once the production of the "molecule" is

completed, the vessel is harvested, and the material is purified. The contents of the bioreactor is

harvested and then it proceeds through a series of validated purification steps to lower volumes

of material with higher concentration and purity of the DS, until the final DS is achieved for use

in the next step, which is DP manufacturing. Celltrion also has a number of other biosimilars that

are likely to be manufactured similarly to Steqeyma, thus de-risking the production process and

optimizing manufacturing operations.

### 4.    Drug Product

289.    Celltrion's Steqeyma final formulated product will be manufactured, filled,

labelled, and packaged at Celltrion Pharm, Inc., in Cheongju, South Korea.[432] Celltrion Pharm,

Inc. has had a good compliance track record with the FDA and has had no FDA 483s since

---

https://www.ema.europa.eu/en/documents/product-information/steqeyma-epar-product-information_en.pdf.

[432] FDA Approval letter for BLA 761338 (Steqeyma), December 17, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761338Orig1s000ltr.pdf.

2018.[433] The DP manufacturing facility must be deemed by FDA to be cGMP compliant prior to issuance of BLA approval, which occurred December 17, 2024.

290.    Note that Celltrion received approval in the EU about a month prior to obtaining FDA approval and has been supplying Steqeyma to the European market since November 2024.[434] An immediate launch after BLA approval would be possible based on launch in the European Union, expertise of Celltrion to launch biosimilars, and compliance track record.

291.    Celltrion was approved to produce 3 different formulations of DP: 90 mg PFS, 45 mg PFS, and 5 mg/mL (130mg/26 mL) single dose vials.[435] It is expected that the Celltrion DS for PFS and vials follows standard formulation and filling practices for biologic DSs. The PFS would be thawed, pooled and mixed, and then go through a bioburden filtration and a sterilizing grade filter before being filled into syringes, visually inspected and then stored until labelling. The vials are a different concentration than the PFS and thus an additional step must be added where the DS is diluted in buffer to yield the correct concentration for filling. The PFS and the vials are refrigerated and have a shelf life of ██ months.[436] Celltrion also has a number of other biosimilars that require the same manufacturing processes as Steqeyma, thus de-risking the production process and optimizing manufacturing operations.

---

[433] FDA Form 483 for Celltrion, July 17, 2018. Available at https://www.fda.gov/media/115338/download.

[434] Kim, H., Celltrion expands European reach with anti-imflammatory drug, The Korea Herald, November 4, 2024. Available at https://www.koreaherald.com/article/3846402; Pearce IP, Celltrion's Ustekinumab Biosimilar Launched in EU, November 4, 2024. Available at https://www.pearceip.law/2024/11/04/celltrions-ustekinumab-biosimilar-launched-in-eu/.

[435] FDA Approval letter for BLA 761338 (Steqeyma), December 17, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761338Orig1s000ltr.pdf.

[436] FDA Approval letter for BLA 761338 (Steqeyma), December 17, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761338Orig1s000ltr.pdf.







## VI.    SUMMARY AND CONCLUSIONS

300.    For ease of reference, below is a chart summarizing key dates for the various

BLA filers examined above:

---

[439] GreyB, The Stelara Patent Thicket: Patents Expiring in 2023. Available at https://www.greyb.com/blog/stelara-patent-expiration/.

[440] JNJ-STELARA_003643378 at -474 (Deposition of John Jarosz, April 20, 2023).

| Company | Submission Date | Approval Date[441] | Settlement Date | Licensed Entry[442] | "On Target" Launch?[443] |
|---|---|---|---|---|---|
| Amgen (Wezlana) | Oct. 31, 2022 | Oct. 31, 2023 | ███ | Jan. 1, 2025 | Y |
| Alvotech/Teva (Selarsdi) | Oct.11, 2022 | Apr. 16, 2024 | | Feb. 21, 2025 | Y |
| Samsung/Sandoz (Pyzchiva) | Mar. 30, 2023 Jan. 29, 2024 | June 28, 2024 | | Feb. 22, 2025 | Y |
| Formycon/Fresenius (Otulfi) | Sept. 28, 2023 | Sept. 27, 2024 | | Apr.15, 2025 | Y |
| Accord (Imuldosa) | Oct. 9, 2023 | Oct. 10, 2024 | | May 15, 2025 | N/A |
| Biocon (Yesintek) | Nov. 29, 2023 | Nov. 29, 2024 | | Feb. 22, 2025 | Y |

441

https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2023/761285Orig1s000;%20761331Orig1s000ltr.pdf;
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761343Orig1s000ltr.pdf;
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761373Orig1s000;761425Orig1s000correctedltr.pdf;
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761379Orig1s000ltr.pdf;
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761364Orig1s000ltr.pdf;
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761406Orig1s000correctedltr.pdf; https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761338Orig1s000ltr.pdf

442 JNJ-STELARA_003443557 (Amgen, May 19, 2023); JNJ-STELARA_000699013 (Alvotech/Teva, June 9, 2023).; JNJ-STELARA_000699043 (Samsung, July 25, 2023); JNJ-STELARA_003430575 (Fresenius/Formycon, July 27, 2023); JNJ-STELARA_000699001 (Accord, September 20, 2023); JNJ-STELARA_000699061 (Biocon, February 27, 2024); (JNJ-STELARA_000699029 (Celltrion, July 26, 2023).

443 Pearce IP, Amgen's Ustekinumab Biosimilar First to Launch in US, January 1, 2025. Avilable at https://www.pearceip.law/2025/01/01/amgens-ustekinumab-biosimilar-first-to-launch-in-us/; News Release, Teva and Alvotech Announce SELARSDI™ (ustekinumab-aekn) Injection Now Available in the U.S., February 21, 2025. Available at https://investors.alvotech.com/news-releases/news-release-details/teva-and-alvotech-announce-selarsditm-ustekinumab-aekn-injection; Sandoz launches biosimilar Pyzchiva® (ustekinumab-ttwe) in the US, offering new treatment for around 12 million patients[1-4], February 24, 2025. Available at https://www.sandoz.com/investors/news-and-events/news/; Biocon Biologics Launches Yesintek™ (ustekinumab-kfce) Biosimilar to Stelara® in the United States, February 24, 2025. Available at https://www.biocon.com/biocon-biologics-launches-yesintek-ustekinumab-kfce-biosimilar-to-stelara-in-the-united-states/; Fresenius Kabi, Continuing Biopharma Growth with U.S. and EU Launch of Ustekinumab Biosimilar, March 3, 2025. Available at https://www.fresenius-kabi.com/news/continuing-biopharma-growth-with-us-and-eu-launch-of-ustekinumab-biosimilar

111

| Celltrion (Steqeyma) | June 30, 2023 | Dec. 17, 2024 | ██████ | Mar. 7, 2025 | N/A |
|---|---|---|---|---|---|

301.    A reasonable company in Amgen's position would have been able to supply the market with adequate quantities of Wezlana starting on or about October 31, 2023 and continuing thereafter. For illustration purposes, I will assume that the amount of Wezlana that Amgen would need to supply during its first six months on the market matches what Amgen was projecting internally. An Amgen internal forecasting document created in ███████████

████████████████████████████████████████████████

████████████████████████████████████████

████████████████[444] These forecasts assume Amgen is the ██████████

█████████████████████████████████████, ███████████

█████████████████████████████████████████████[445]

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████

302.    Another Amgen document forecasts the drug substance needed both quarterly and for the full year of 2024, and projects demand for a total of ███████████ of DS for full year 2024, broken down by quarter as shown below.[446]

---

[444] AMG_23CV629_000000027 ████████████████████████████████████.
[445] AMG_23CV629_000000027 at -029 ████████████████████████████
██.
[446] AMG_23CV629_000000207 at tab ████████████████████████████
████████████████████.



The first two quarters total ████████ mgs, or ███████████████.

303.    In another forecasting document, Amgen projects needing █████ for the US market in ████, and ██████ for the US market in 2024 (█████ in 2024 for total global market).[447]

304.    As discussed in the Amgen section above, we know from Amgen's BLA submission that Amgen's Wezlana manufacturing process has a minimum titer criteria of █████ for the harvest step, but that during process validation PPQ batch manufacturing that took place from ██████████████████████, the actual titer range at harvest was ████████████████, and an average titer observed across all PPQ batches of ████████.[448] [449] We also know that the overall downstream/purification yield minimum criteria is █████, but that for the DS PPQ batches actual overall downstream yields ranged from ████████████ with an average yield across all DS PPQ batches of █████.[450] [451]

305.    Taking the average yield at harvest of █████████████████████████ batch at harvest) and applying the average downstream purification yield observed during PPQ (████████) results in an average yield per PPQ batch of ████████████ per batch. Therefore, the total DS available from Amgen's ████ DS PPQ batches manufactured in ████████████ of 2021 was approximately ████████████████████████████. And because the Wezlana DS shelf

[447] AMG_23CV629_000000209 at tab ███████████████████████████████
██████████████.
[448] ████████████████████ at page 350 (JNJ-STELARA_003436073).
[449] ████████████████████ at page 608 (JNJ-STELARA_003436121).
[450] ████████████████████ at page 358 (JNJ-STELARA_003436081).
[451] ████████████████████ at page 623 (JNJ-STELARA_003436136).

113

life is ▮▮▮▮▮,[452] we know that all of the materials would be within its expiry dating by the time of a late 2023 launch opportunity.

306.    In addition, Amgen's BLA advised FDA that it planned to produce ▮ additional batches of DS, the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, so that the FDA could see the process in action during the pre-approval inspection (PAI).[453] Although it is not uncommon for the production batch yields to improve over time compared to the PPQ batches, conservatively assuming the same average yield from these ▮▮▮ production batches as from the ▮▮ PPQ batches, that would add an additional ▮▮▮▮▮ of DS to Amgen's stockpile, for a total of ▮▮▮▮▮ of DS available to support Amgen's launch of Wezlana, which would be adequate to meet demand through the end of 2024 even if it exceeded Amgen's expectations many times over.

307.    Because the DS concentration matches DP concentration, simply dividing the total DS quantity (in mg) by 90 provides an estimate of the 90mg PFSs this DS equates to. For example, ▮▮▮▮▮▮▮▮▮▮▮ units of 90mg PFS, or double that amount, i.e., ▮▮▮▮▮ of 45mg PFS. A small percentage of that material would be used for stability and other testing and/or lost during the DP filling process, but there is no question that even without doing any further manufacturing, Amgen's supplies on hand were sufficient to support launch upon approval.

---

[452] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at page 164 (JNJ-STELARA_003436911).
[453] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at page 20 (JNJ-STELARA_003435506).

114

308.    A similar analysis can be applied to other manufacturers.  For example, we know

that Alvotech manufacturing ███████ PPQ DS batches in ████████████████ at an

estimated ██████████ [454] for a total of ████████ g. In addition, the BLA states that Alvotech

planned to manufacture at least one DS batch in the ████████████, to allow FDA to

observe the process in action during the PAI.[455] Between the three DS PPQ batches

manufactured in ████████████████████, and the planned batch in the ████████████,

and conservatively assuming the same per batch yield of ████████ Alvotech/Teva would have

████████████ of DS available at its final approval date, and that is without doing any additional

production batches.  Considering the DS shelf life of ████████ [456] and a DP shelf life of █

████████ [457] (for a total of ████████), this DS could be used to support Alvotech/Teva's launch

following approval in April 2024, provided the DS was converted into DP prior to its expiry,

which could be easily accomplished while still leaving plenty of DP shelf life at launch.

309.    Turning to Samsung/Sandoz, their DS batch size may conservatively be estimated

to be ████████████████, [458] [459]  which is likely underestimated because it assumes a

downstream yield of just ████ based on Amgen's minimum criteria, which is much lower than



---

[454] USTE_ALVO_0000020086 ████████████████████████████████████████████
████████████████████████████████████████.
[455] USTE_ALVO_0000005711 ████████████████████████████████████████
████████.
[456] USTE_ALVO_0000023178 at -190 ████████████████████████████████████
████████████████████.
[457] FDA Approval letter for BLA 761343 (Selardsi), April 16, 2024. Available at
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761343Orig1s000ltr.pdf
[458] ████████████████████████████████████ at page 781 (CARE-SB-00001456).
[459] ████████████████████████████████████ at page 776 (CARE-SB-00001405 at -1451)

usual in my experience and based on published literature,[460] and which Amgen far surpassed during its own PPQ campaign. From the ▆▆ DS PPQ batches, the total would be ▆▆▆▆▆ or the equivalent of ▆▆▆▆▆▆ of 90mg PFS, or ▆▆▆▆▆▆ of 45mg PFS. Based on the availability of 12-month stability data, PPQ batches would have been produced in the ▆▆▆▆▆ ▆▆▆▆[461] Like with Alvotech/Teva, considering the ▆▆▆▆ shelf life for both the DS and DP,[462] (▆▆▆▆▆▆▆▆) this DS could be used to support launch following Samsung/Sandoz's approval in July 2024, provided the DS was converted into DP prior to its expiry, which could be easily accomplished while still leaving plenty of DP shelf life at launch. In addition, a PAI batch is typically conducted as part of the BLA process so that the FDA can see the process, and that would have been conducted after the BLA filing in ▆▆▆▆▆▆ and before ▆▆▆▆▆▆, bringing the total potential DS available for launch to ▆▆▆▆ g.

310.    With respect Alvotech/Teva's Selarsdi and Samsung/Sandoz's Pyzchiva, in addition to the analysis above and in each of their sections above (§IV.E and § IV.F), there is also another much simpler basis to conclude they, or reasonable companies in their positions, would have adequate manufacturing capacity to capitalize on a mid-2024 launch opportunity. Specifically, in Europe, where there was no settlement delaying their launch until 2025, both of

---

[460] Biotechnology and Genetic Engineering Reviews, Vol. 18, July 2001 at page 306, Table 12.1. Available at https://www.nottingham.ac.uk/ncmh/documents/bger/volume-18/bger18-12.pdf (typical overall purification yields for 3-step chromatography antibody recovery process like we have here, ranges 67.7% to 81.2%)
[461] ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ at page 981 (CARE-SB-00000649).
[462] FDA approval Letter for BLA 761373, 761425 (Pyzchiva), July 4, 2024. Available at https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761373Orig1s000;761425Orig1s000correctedltr.pdf.

those products were launched across Europe in July 2024,[463] [464] and Alvotech's product was launched in Canada in March 2024.[465] Given that the U.S. market is far more valuable than the European market from a commercial perspective, reasonable companies in the position of Alvotech/Teva and Samsung/Sandoz would have ensured adequate supply to capitalize on 2024 U.S. launch opportunities, even assuming they had supply constraints (although there is no reason to think they did) requiring them to prioritize supply to the U.S. market over other ex-U.S. markets.  The same applies to Celltrion, with respect to its November 2024 European launch.[466]

311.    As for Fresenius/Formycon, their process has a minimum titer criterion of ███ ███ for the harvest step,[467] but during process validation (PPQ) in ████████████,[468] [469] the actual range was ████████████████████, for an average of ██████[470] For PPQ

[463] Alvotech press release, STADA and Alvotech Launch Uzpruvo, the first approved ustekinumab biosimilar to Stelara, across Europe, July 22, 2023. Available at https://investors.alvotech.com/news-releases/news-release-details/stada-and-alvotech-launch-uzpruvo-first-approved-ustekinumab

[464] Sandoz press release, Sandoz launches biosimilar Pyzchiva® (ustekinumab) across Europe, to treat chronic inflammatory diseases, July 25, 2024. Available at https://www.sandoz.com/sandoz-launches-biosimilar-pyzchivar-ustekinumab-across-europe-treat-chronic-inflammatory-diseases/.

[465] Lexology, First Biosimilar Launch: JAMP Pharma Launches Alvotech-Developed Jamteki™ (ustekinumab) in Canada, March 1, 2024. Available at https://www.lexology.com/library/detail.aspx?g=dd5e3f74-adbb-4d08-b37f-ef764382dd8f;

[466] Pearce IP, Celltrion's Ustekinumab Biosimilar Launched in EU, November 4, 2024. Available at https://www.pearceip.law/2024/11/04/celltrions-ustekinumab-biosimilar-launched-in-eu/.

[467] FKUSA_USTE_SUB0024864 at '905 ████████████████████ ██████.

[468] FKUSA_USTE_SUB0000465 at '523 ████████████████████ ████.

[469] FKUSA_USTE_SUB0022939 at '948 ████████████████████ ████████.

[470] FKUSA_USTE_SUB0022939 at '966 ████████████████████ ██████.

██████████████ overall downstream yields were ████████████████████ respectively,[471] for an average of ███████. The amount of DS produced using the average titer criteria and the average overall PPQ batch purification yield is ████████████████ ████████████ of Otulfi DS per █████ batch, for a total of ████████████ from the PPQ batches. The shelf life for the DS is ██████████,[472] meaning all of these batches would be well within shelf life at the time of BLA approval. Plus, during the typical production batch between Fresenius's BLA submission in September 2023 and its approval in September 2024 made for the FDA's PAI inspection, the expected ██████████ yield would bring the total to ████████ ██████ available for launch.

312.    Accord/STgen Bio produced a total of ████████ batches ████████████ ████████████)[473] as part of the validation of the upstream process, and ██████ post-PPQ batches ██████).[474] [475] In addition, they also produced ██████ more DS batches after PPQ, all with a shelf life of ██████████,[476] and which could be used for commercial launch. Approximately ████ ██████ meaning Accord had produced approximately ██████ of DS across its ██ PPQ and post-PPQ batches, which based on expiry dating, would be available to support launch upon its October 10, 2024 approval.

---



[471] FKUSA_USTE_SUB0010746 ████████████████████████████████████████

[472] FKUSA_USTE_SUB0000465 ████████████████████████████████████

[473] ████████████████████████████████ at pages 2075-76 (ACC-STEL-00338123-24).

[474] ████████████████████████████████ at page 2870 (ACC-STEL-00338400).

[475] ████████████████████████████████ at page 132 (ACC-STEL-00340432).

[476] ACC-STEL-00344393 ████████████████████████

313. Turning to Biocon, their average DS batch size is approximately ▮▮▮▮ g. This calculation is based on the volume/weight of the DS, which has a concentration of 90 mg/mL. The average is based on the ▮▮ post-PPQ batches of DS produced in ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ (in addition to their four PPQ batches made in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮), which yielded ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, where 1 kg = 1 L of 90 mg/mL DS. The amount of each of the ▮▮ post-PPQ batches converted into grams = ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ respectively, and on average ▮▮▮▮▮▮▮ per batch. From just the ▮▮ post-PPQ batches, the total on hand of DS would be ▮▮▮▮▮▮▮▮▮ of Yesintek, equivalent to ▮▮▮▮▮▮ of 90mg PFS, or ▮▮▮▮▮▮ of 45mg PFS (ignoring loss during DP processing, which would be minimal). Considering the proposed ▮▮▮▮ DS shelf life[477] this post-PPQ DS material (and likely material from the PPQ batches) could be used to support launch following Biocon's approval on November 29, 2024, provided the DS was converted into DP prior to its expiry, which could be easily accomplished while still leaving DP shelf life at launch. In addition, a PAI batch is typically conducted as part of the BLA approval process so that the FDA can see the process, and that would have been conducted after the BLA filing in ▮▮▮▮▮▮▮ and its approval in November 2024, bringing the total available DS just from the post-PPQ batches to ▮▮▮▮▮.

314. Assuming each biosimilar manufacturer did not make *any* additional DS beyond the batches described in their BLAs, below is a chart summarizing the DS manufacturing process and estimated quantities that would have been available for launch as of the dates of each biosimilars' approval. (To convert grams of DS to 90mg PFS, divide by .09)

---

[477] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ at pages 181-82 (BIOCON(USTEK)_000197-98).

| Company | Cell Line | Bioreactor Size/Type | DS Production Process | Grams of DS Available for Launch |
|---|---|---|---|---|
| Amgen (Wezlana) | | | | |
| Alvotech/Teva (Selarsdi) | | | | |
| Samsung/Sandoz (Pyzchiva) | | | | |
| Formycon/Fresenius (Otulfi) | | | | |
| Accord (Imuldosa) | | | | |
| Biocon (Yesintek) | | | | |

315.    In light of the foregoing, and based on my review and analysis of each company's general experience, sophistication, capabilities, and compliance record, as well as my analysis specifically related to each company's ustekinumab DS and DP manufacturing facilities, processes, expertise, compliance record, and batch execution, it is my opinion, to a reasonable degree of professional certainty in the field of biologic drug manufacturing, that the following companies, or reasonable companies in their positions, could and would have been able to manufacture commercial quantities of their biosimilar versions of Stelara and been ready to launch from a manufacturing perspective on or around the following dates:

  a.    Amgen (Wezlana):  October 31, 2023

  b.    Alvotech/Teva (Selarsdi):  April 16, 2024

  c.    Samsung Bioepis/Sandoz (Pyzchiva):  June 28 ,2024

  d.    Fresenius/Formycon (Otulfi):  September 27, 2024

  e.    Accord/Dong A/Meiji Seika (Imuldosa): October 10, 2024

  f.    Biocon (Yestinek):  December 1, 2024

g. Celltrion (Steqeyma): December 17, 2024

316. ██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

████████████████████████████

Dated: March 3, 2025

*Tiffany D Rau*
Dr. Tiffany D. Rau, Ph.D.

## Exhibit A: Materials Considered in Forming My Opinion

### 1. Cited Documents

All documents/articles cited or referenced in my report.

### 2. Documents From This Litigation

Second Amended Class Action Complaint, September 21, 2023

30(b)(6) Deposition of Accord Biopharma Inc., by and through George Esgro, January 10, 2025

30(b)(6) Deposition of Sandoz, Inc., by and through Christine Cannon, January 29, 2025

### 3. Publicly Available Documents

ABEC press release, ABEC Advances Single-Use Bioreactor Volumes to 6,000 Liters, September 10, 2019. Available at https://www.abec.com/2019/09/10/abec-advances-single-use-bioreactor-volumes-to-6000-liters/.

Accord BioPharma, Beyond Biosimilars. Available at https://www.accordbiopharma.com/beyond-biosimilars/.

Accord BioPharma, Immunology. Available at https://www.accordbiopharma.com/immunology/.

Accord homepage. Available at https://www.accord-healthcare.com/.

Accord, Global presence. Available at https://www.accord-healthcare.com/about-accord/global-presence.

ACG Biologics, About. Available at https://www.agcbio.com/about.

Agbogbo, F., Ecker, D., Farrand, A. et al., Current Perspectives on Biosimilars. Journal of Industrial Microbiology and Biotechnology, Volume 46, Issue 9-10, October 1, 2019, Pages 1297–1311. Available at https://doi.org/10.1007/s10295-019-02216-z.

AGC Biologics press release, AGC Biologics Announces the Groundbreaking of its New Facility at its Copenhagen, Denmark Site, August 20, 2021. Available at https://www.agcbio.com/news/agc-biologics-announces-the-groundbreaking-of-its-new-facility-at-its-copenhagen-denmark-site.

AGC Biologics press release, AGC Biologics Completes Copenhagen Campus Expansion, Doubling Single-use Mammalian Bioreactor Capacity at Site, June 4, 2024. Available at https://www.agcbio.com/news/agc-biologics-completes-copenhagen-campus-expansion.

AGC Biologics, Copenhagen Campus. Available at
https://www.agcbio.com/facilities/copenhagen.

AGC Biologics, Fact Sheet - Copenhagen. Available at
https://1924513.fs1.hubspotusercontent-
na1.net/hubfs/1924513/Fact%20Sheets/Fact%20Sheet%20-
%20Copenhagen.pdf?__hstc=88320452.dd8f4138f96ba2447796d245a46758c5.1737210568
840.1737210568840.1737497670626.2&__hssc=88320452.3.1737497670626&__hsfp=2653
878165.

AGC Biologics, Fact Sheet – Copenhagen. Available at
https://1924513.fs1.hubspotusercontent-
na1.net/hubfs/1924513/Fact%20Sheets/Fact%20Sheet%20-
%20Copenhagen.pdf?__hstc=88320452.dd8f4138f96ba2447796d245a46758c5.1737210568
840.1737648904613.1738157694343.4&__hssc=88320452.2.1738157694343&__hsfp=2653
878165.

AGC Biologics, Mammalian Manufacturing. Available at
https://www.agcbio.com/capabilities/mammalian.

Ajinomoto BioPharma Services, History. Available at https://www.ajibio-
pharma.com/about/history/.

Alvotech press release, Alvotech Provides Update on Status of Biologics License
Applications for AVT02 and AVT04, January 19, 2024. Available at
https://www.nasdaq.com/press-release/alvotech-provides-update-on-status-of-biologics-
license-applications-for-avt02-and-0.

Alvotech press release, Alvotech receives manufacturing license for its Biopharmaceutical
facility – Alvotech, September 25, 2018. Available at
https://www.alvotech.com/newsroom/alvotech-receives-manufacturing-license-for-its-
biopharmaceutical.

Alvotech press release, STADA and Alvotech launch Uzpruvo, the first approved
ustekinumab biosimilar to Stelara, across Europe, July 22, 2024. Available at
https://investors.alvotech.com/news-releases/news-release-details/stada-and-alvotech-launch-
uzpruvo-first-approved-ustekinumab.

Alvotech press release, Teva Pharmaceuticals and Alvotech Provide Update on Strategic
Biosimilars Partnership , July 24, 2023. Available at https://investors.alvotech.com/news-
releases/news-release-details/teva-pharmaceuticals-and-alvotech-provide-update-strategic.

Alvotech, Bringing biosimilars to market. Available at
https://www.alvotech.com/development-and-manufacturing.

Alvotech, Our Locations. Available at https://www.alvotech.com/office-locations.

Alvotech, Pipeline. Available at https://www.alvotech.com/pipeline.

Amgen Launches Wezlana™ as the First Stelara® Interchangeable Biosimilar through Optum's Nuvaila — Venable's BiologicsHQ. Available at https://biologicshq.com/amgen-launches-wezlana-as-the-first-stelara-interchangeable-biosimilar-through-optums-nuvaila/

Amgen press release, Amgen Announces $1 Billion Manufacturing Expansion in North Carolina, December 5, 2024. Available at https://www.amgen.com/newsroom/press-releases/2024/12/amgen-announces-$1-billion-manufacturing-expansion-in-north-carolina.

Amgen press release, Amgen Announces Rhode Island Will Be Location Of First US Next-Generation Biomanufacturing Plant, April 10, 2018. Available at https://www.amgen.com/newsroom/press-releases/2018/04/amgen-announces-rhode-island-will-be-location-of-first-us-next-generation-biomanufacturing-plant.

Amgen revolutionizing science through the decades. Available at https://www.amgen.eu/media/press-releases/2021/01/amgen-revolutionizing-science-through-the-decades.

Amgen, About Amgen. Available at https://www.amgen.ie/about-amgen.

Amgen, Amgen Goes "OH-IO" with Opening of Newest Manufacturing Facility, February 26, 2024. Available at https://www.amgen.com/stories/2024/02/amgen-goes-oh-io-with-opening-of-newest-manufacturing-facility.

Amgen, Amgen History. Available at https://www.amgen.com/about/amgen-history.

Amgen, Biosimilars. Available at https://www.amgen.com/science/biosimilars.  Available at https://www.amgen.com/science/biosimilars.

Amgen, Our Products. Available at https://www.amgen.com/products.

Amgen, Reliability. Available at https://www.amgen.com/science/manufacturing/reliability.

Annex 1, Summary of Product Characteristics (Steqeyma 130 mg). Available at https://www.ema.europa.eu/en/documents/product-information/steqeyma-epar-product-information_en.pdf.

Annex I: Summary of Product Characteristics (Pyzchiva 130 mg). Available at https://www.ema.europa.eu/en/documents/product-information/pyzchiva-epar-product-information_en.pdf.

Antibody Society, Antibody therapeutics approved or in regulatory review in the EU or US. Available at https://www.antibodysociety.org/resources/approved-antibodies/.

Becker, Z., Sandoz breaks ground at $400M biosimilar site in Slovenia, where it'll hire 330, Fierce Pharma, December 13, 2023. Available at https://www.fiercepharma.com/manufacturing/sandoz-kicks-construction-400m-slovenia-biosimilar-site.

Biocon Biologics Launches Yesintek™ (ustekinumab-kfce) Biosimilar to Stelara® in the United States, Feb. 24, 2024, available at: https://www.biocon.com/biocon-biologics-launches-yesintek-ustekinumab-kfce-biosimilar-to-stelara-in-the-united-states/

Biocon company statement, FDA Completes Inspection at Biocon Biologics' Facilities at Biocon Park, Bengaluru, India, July 27, 2024. Available at https://www.biocon.com/us-fda-completes-inspection-at-biocon-biologics-facilities-at-biocon-park-bengaluru-india/

Biocon Factsheet. Available at https://www.biocon.com/docs/Biocon-Factsheet.pdf.

Biocon letter to Stock Exchanges attaching July 27, 2024 company statement. Available at https://www.biocon.com/docs/Intimation-20240727.pdf

Biocon, About Us. Available at https://www.biocon.com/about-us/.

Biocon, Biosimilars. Available at https://www.biocon.com/products/biosimilars/.

Biocon, Our Legacy. Available at https://www.biocon.com/about-us/our-legacy/.

BioConnection, GMP certification for new large scale filling line, June 28, 2021. Available at https://bioconnection.eu/news/gmp-certification-for-new-large-scale-filling-line/.

BioPharm International Editors, Aji Bio-Pharma to Add High Speed Fill/Finish Line to its San Diego Facility, May 25, 2021. Available at https://www.biopharminternational.com/view/aji-bio-pharma-to-add-high-speed-fill-finish-line-to-its-san-diego-facility.

Bioprocess Online, ATF System: Perfusion & Cell Retention. Available at https://www.bioprocessonline.com/doc/atf-system-perfusion-cell-retention-0002#:~:text=The%20ATF%E2%84%A2%20System%20was%20originally%20designed%20for%20perfusion,low%20shear%20and%20allowing%20robust%20large%20scale%20manufacturing.

Biotechnology and Genetic Engineering Reviews, Vol. 18, July 2001 at page 306, Table 12.1. Available at https://www.nottingham.ac.uk/ncmh/documents/bger/volume-18/bger18-12.pdf

Brittain, B., Amgen settles patent lawsuit over biosimilar of J&J's big-selling Stelara, Reuters, May 23, 2023. Available at https://www.reuters.com/business/healthcare-pharmaceuticals/amgen-settles-jj-patent-lawsuit-over-drug-similar-blockbuster-stelara-2023-05-23/.

Catalent Biologics homepage. Available at biologics.catalent.com.

Catalent press release, Catalent to Invest $350 Million in Integrated Biologics Drug Substance and Drug Product Manufacturing at Bloomington, Indiana, Facility, April 21, 2022. Available at https://www.catalent.com/catalent-news/catalent-to-invest-350-million-in-integrated-biologics-drug-substance-and-drug-product-manufacturing-at-bloomington-indiana-facility/.

4

Catalent press release, Novo Holdings Completes Acquisition of Catalent, December 18, 2024. Available at https://www.catalent.com/catalent-news/novo-holdings-completes-acquisition-of-catalent/.

Celltrion, Business Overview. Available at https://celltrion.com/en-us/business/overview.

Celltrion, CDMO. Available at https://www.celltrion.com/en-us/business/production/cmo-cdmo.

Celltrion, History. Available at https://celltrion.com/en-us/company/celltrion/history.

Celltrion, Production Facilities. Available at https://www.celltrion.com/en-us/business/production/facilities.

Celltrion, Products Biopharmaceuticals. Available at https://celltrion.com/en-us/products/approved/biologics.

Center for Biosimilars, EMA Approves First Ustekinumab Biosimilar, Uzpruvo. Available at https://www.centerforbiosimilars.com/view/ema-approves-first-ustekinumab-biosimilar-uzpruvo.

Choi, M., STgen Bio's Biopharmaceutical Plant in Korea Receives U.S. cGMP Approval, Business Korea, October 15, 2024. Available at https://www.businesskorea.co.kr/news/articleView.html?idxno=227029.

CVS Specialty, Humira and Biosimilars for Humira Drug List, 2025. Available at https://www.cvsspecialty.com/content/dam/enterprise/specialty/images/resource_center/pdfs/hb_drug_list.pdf.

CVS Specialty, Remicade/Remicade Biosimilars Enrollment Form, 2024. Available at https://www.cvsspecialty.com/content/dam/enterprise/specialty/enrollment_forms/us/US_Remicade.pdf.

Cytiva, HyClone CDM4PERMAb cell culture media. Available at https://www.cytivalifesciences.com/en/us/shop/cell-culture-and-fermentation/media-and-feeds/specialty-media/hyclone-cdm4permab-cell-culture-media-p-05501.

Cytiva, Xcellerex XDR 50 to 2000 single-use stirred-tank bioreactors. Available at https://www.cytivalifesciences.com/en/us/shop/cell-culture-and-fermentation/single-use-bioreactor-systems/xcellerex-xdr-50-to-2000-single-use-stirred-tank-bioreactors-p-06177.

DCF Modeling, Alvotech: history, ownership, mission, how it works & makes money. Available at https://dcfmodeling.com/blogs/history/alvo-history-mission-ownership.

DeKloe, J., The Use of Single-Use (Disposable) Technologies in Biomanufacturing, Solano College. Available at https://biomanufacturing.org/uploads/files/599369792159417246-whitepaper-on-singleuseinbiomanufacturing-1.pdf.

Dimasi, L., Meeting Increased Demands on Cell-Based Processes By Using Defined Media Supplements, BioProcess Technical, September 2011. Available at https://eu-

assets.contentstack.com/v3/assets/blt0a48a1f3edca9eb0/bltdfa83e9dd1763014/658d78f6030c
290409eba386/BPI_A_110908AR10_O_166230a.pdf.

Dong-A ST press release, Dong-A ST Secures European Approval for Stelara Biosimilar
IMULDOSA, December 19, 2024. Available at https://www.biospace.com/press-
releases/dong-a-st-secures-european-approval-for-stelara-biosimilar-imuldosa.

Dong-A ST, Overview. Available at http://en.donga-st.com/Pass.da?viewPath=/b01/overview.

DuPont Tate & Lyle BioProducts, Susterra Propanediol: Product Data Sheet - Fluids.
Available at https://www.cosmoschemicals.com/uploads/products/pdf/technical/susterra-
propanediol-89.pdf

European Medicines Agency Assessment Report for Stelara. Available at
https://www.ema.europa.eu/en/documents/assessment-report/stelara-epar-public-assessment-
report_en.pdf.

FDA approval letter for BLA 125261/0 (Stelara), September 25, 2009. Available at
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2009/125261s000ltr.pdf.

FDA approval letter for BLA 761285, 761331 (Wezlana), October 31, 2023. Available at
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2023/761285Orig1s000;%207613
31Orig1s000ltr.pdf.

FDA Approval letter for BLA 761338 (Steqeyma), December 17, 2024. Available at
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761338Orig1s000ltr.pdf.

FDA Approval letter for BLA 761343 (Selardsi), April 16, 2024. Available at
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761343Orig1s000ltr.pdf.

FDA Approval letter for BLA 761364 (Imuldosa), October 10, 2024. Available at
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761364Orig1s000ltr.pdf.

FDA approval Letter for BLA 761373, 761425 (Pyzchiva), July 4, 2024. Available at
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761373Orig1s000;761425Or
ig1s000correctedltr.pdf.

FDA Approval letter for BLA 761379 (Otulfi), September 27, 2024. Available at
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761379Orig1s000ltr.pdf.

FDA Approval letter for BLA 761406 (Yesintek), November 29, 2024. Available at
https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2024/761406Orig1s000correctedlt
r.pdf.

FDA Establishment Inspection Report for Celltrion, February 16, 2018. Available at
https://www.fda.gov/media/112478/download.

FDA Form 483 for AGC Biologics, May 10, 2021. Available at https://redica.com/document-
store/documents/view/100123568/agc-biologics-a-s-form-483-2021-05-10.

FDA Form 483 for Ajinomoto, January 16, 2023. Available at https://www.fda.gov/media/167466/download.

FDA Form 483 for Alvotech, January 19, 2024. Available at https://www.fda.gov/media/175832/download?attachment.

FDA Form 483 for Alvotech, March 22, 2022. Available at https://www.fda.gov/media/161553/download.

FDA Form 483 for Biocon, February 15, 2019. Available at https://www.fda.gov/media/120971/download.

FDA Form 483 for BioConnection B.V., March 8, 2024. Available at https://redica.com/document-store/documents/view/100192152/bioconnection-b-v-form-483-2024-03-08.

FDA Form 483 for Celltrion, July 17, 2018. Available at https://www.fda.gov/media/115338/download.

FDA Form 483 for Patheon Italia S.p.A., May 26, 2023. Available at https://www.fda.gov/media/183884/download.

FDA Guidance for Industry, Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment, March 2005. Available at https://www.fda.gov/regulatory-information/search-fda-guidance-documents/good-pharmacovigilance-practices-and-pharmacoepidemiologic-assessment.

FDA Guidance for Industry, Process Validation: General Principles and Practices, January 2001. Available at https://www.fda.gov/files/drugs/published/Process-Validation--General-Principles-and-Practices.pdf.

FDA Guidance for Industry, Q8, Q9, & Q10 Questions and Answer, July 2012. Available at https://www.fda.gov/media/83904/download.

FDA presentation, FDA's Overview of the Regulatory Guidance for the Development and Approval of Biosimilar Products in the US. Available at https://www.fda.gov/files/drugs/published/FDA%E2%80%99s-Overview-of-the-Regulatory-Guidance-for-the-Development-and-Approval-of-Biosimilar-Products-in-the-US.pdf.

FDA, 9 Things to Know About Biosimilars and Interchangeable Biosimilars, current as of June 20, 2024. Available at https://www.fda.gov/drugs/things-know-about/9-things-know-about-biosimilars-and-interchangeable-biosimilars.

FDA, Biosimilar Product Information, current as of February 14, 2025. Available at https://www.fda.gov/drugs/biosimilars/biosimilar-product-information.

FDA, Biosimilars Basics for Patients, current as of August 1, 2024. Available at https://www.fda.gov/drugs/biosimilars/biosimilars-basics-patients.

FDA, Biosimilars Info Sheet Level 1: Foundational Concepts. Available at
https://www.fda.gov/media/154913/download?attachment.

FDA, Biosimilars: What Patients Need to Know. Available at
https://www.fda.gov/media/172977/download.

FDA, Development of a Biosimilar 351(k) BLA Clinical Pharmacology Study Database,
current as of August 12, 2021. Available at https://www.fda.gov/science-research/fda-stem-
outreach-education-and-engagement/development-biosimilar-351k-bla-clinical-
pharmacology-study-database.

FDA, Review and Approval, current as of December 13, 2022. Available at
https://www.fda.gov/drugs/biosimilars/review-and-approval#data.

Ferreri, D., The Totality of Evidence Supporting Adalimumab Biosimilar AVT02, AJMC The
Center for Biosimilars, March 30, 2024. Available at
https://www.centerforbiosimilars.com/view/the-totality-of-evidence-supporting-adalimumab-
biosimilar-avt02.

Fierce Pharma, J&J's crown jewel Stelara faces another potential rival as biosim player
Alvotech touts trial win, May 24, 2022. Available at
https://www.fiercepharma.com/pharma/alvotechs-stelara-biosimilar-finds-therapeutic-
equivalence-jjs-crown-jewel.

FiercePharma Staff, Retraction notice, Fierce Pharma, September 22, 2023. Available at
https://www.fiercepharma.com/pharma/retraction-notice.

Formycon press release, Formycon included in TecDAX Index of Deutsche Börse, January 9,
2025. Available at https://www.formycon.com/en/blog/press-release/formycon-included-in-
tecdax-index-of-deutsche-borse/.

Formycon, Pipeline. Available at https://www.formycon.com/en/biosimilars/pipeline/.

Formycon, The Biosimilar Experts, January 2025. Available at
https://www.formycon.com/wp-content/uploads/2025/01/Formycon-
AG_CompanyPresentation_02-2025.pdf

Fresenius Kabi, About us. Available at https://www.fresenius-kabi.com/company/about-us.

Fresenius Kabi, Continuing Biopharma Growth with U.S. and EU Launch of Ustekinumab
Biosimilar, March 3, 2025. Available at https://www.fresenius-kabi.com/news/continuing-
biopharma-growth-with-us-and-eu-launch-of-ustekinumab-biosimilar.

Fresenius Kabi, Portfolio. Available at https://www.fresenius-kabi.com/portfolio/biopharma.

Fresenius Kabi, Medical Technologies for Nutrition, Infusion, Cell Therapies & Blood
Collection. Available at https://www.fresenius-kabi.com/portfolio/medtech.

Fresenius Kabi press release, Fresenius Kabi announces global license agreement with
Formycon AG to commercialize proposed Ustekinumab biosimilar, February 2, 2023.

8

Available at https://www.fresenius-kabi.com/news/global-license-agreement-fresenius-kabi-and-formycon-to-commercialize-ustekinumab-biosimilar.

Fresenius Kabi press release, Fresenius to Expand Biopharma Portfolio With a New Licensing Agreement to Commercialize a Proposed Aflibercept Biosimilar, December 19, 2024. Available at https://www.fresenius-kabi.com/news/fresenius-expand-biopharma-portfolio-with-new-licensing-agreement.

Fujifilm Diosynth biotechnologies, Your Mammalian Cell Culture CDMO Partner for Life. Available at https://fujifilmdiosynth.com/capabilities/biologics/mammalian-cell-culture/.

Gherghescu, I. Delgado-Charro, M.B., The Biosimilar Landscape: An Overview of Regulatory Approvals by the EMA and FDA. Pharmaceutics 2021, 13, 48. Available at https://doi.org/10.3390/ pharmaceutics13010048.

Global Biotech, LSF Magazine, Winter 2015. Available at https://biomanufacturing.org/uploads/files/547998065159985597-cho-history.pdf.

Global Biotech, LSF Magazine, Winter 2015. Available at https://biomanufacturing.org/uploads/files/547998065159985597-cho-history.pdf.

GreyB, The Stelara Patent Thicket: Patents Expiring in 2023. Available at https://www.greyb.com/blog/stelara-patent-expiration/.

Haigney, S., The Case for Stainless Steel, BioPharm International, August 1, 2019. Available at https://www.biopharminternational.com/view/case-stainless-steel.

Hansberry, K., What is pharmacovigilance and why is it important? Proclinical, August 23, 2017. Available at https://www.proclinical.com/blogs/2017-8/what-is-pharmacovigilance-and-why-is-it-important.

Hitchcock, T., A Biotech Revolution, BioProcess International, August 19, 2022. Available at https://www.bioprocessintl.com/sponsored-content/a-biotech-revolution.

Ho, K., Manufacturing process of biologics, Internation Conference on Harmonisation of Technical Requirements for Registration of Pharmaceuticals for Human Use, 2011. Available at https://www.ema.europa.eu/en/documents/presentation/presentation-manufacturing-process-biologics-kowid-ho-afssaps_en.pdf.

Image of Corning® Erlenmeyer cell culture flasks; 250 mL Erlenmeyer Flask w/ Vent Cap, polycarbonate, sterile. Available at https://www.sigmaaldrich.com/US/en/product/sigma/cls431144?srsltid=AfmBOoqoICG09M LXIFTQIvJG9OOhPCfY0UHPSYiRFyyZAh_gKWXpiZKA.

Image of operator installing liner for a single use bioreactor. Available at https://genengnews.com/wp-content/uploads/2018/10/M9907_150313_4381082516417.jpg.

Image of operator installing single use bioreactor liner. Available at https://www.genengnews.com/topics/bioprocessing/supplement-laying-the-foundation-for-viral-safety/.

Image of rocking motion bioreactor. Available at https://www.sartorius.com/resource/image/1137282/16x9/1050/590/a51b7d0e00afb4302e59b c3798931ef8/A6A9A9829D35BB9C39B849EC3CF40CA9/biostat-rm20-pd-b-0001571-sartorius-tif.jpg.

Image of shake flasks in a shaking incubator. Available at https://kuhner.com/wAssets/img/Datenbank-Bilder-PFDs-Dateien/Produkte/Z-Generation/ISF1-Z/weblication/wThumbnails/ISF1-ZC_8870-c9746db7-6e4e3d30@ll.png.

Image of single use bioreactor. Available at https://www.sartorius.com/resource/image/1133900/10x3/2400/720/497ce3a3b03acca5a76c5 18599c403ef/0F153C23E8611F77E558661783B1511F/biostatstr-gen3-50l-2000l-front-essential-b-0000239-black-sa.jpg

Image of stainless-steel bioreactor. Available at https://www.pharmaceutical-networking.com/wp-content/uploads/2019/12/Applikon-stainless-steel-bioreactors-1.png.

Image of Stelara packaging. Available at https://th.bing.com/th/id/R.4884dde006a9d3ec29dcc48de9f8771f?rik=OXa5fD4DbKPQfQ& riu=http%3a%2f%2fwww.multivu.com%2fplayers%2fEnglish%2f7883551-janssen-stelara-crohn-s-fda-approval%2fimage%2fproduct-photo-1-HR.jpg&ehk=scMUvYkCGi%2fkQfJr%2bh1znKb41C4OJX13hfRGNiACr9U%3d&risl=&p id=ImgRaw&r=0.

Intas Pharmaceuticals homepage. Available at https://www.intaspharma.com/.

Intas Pharmaceuticals, About Us. Available at https://www.intaspharma.com/about-us/.

Jóhannsson, J., Alvotech Iceland Facilities Reykjavik. Available at https://reykjavik.is/sites/default/files/2024-05/alvotech-iceland-facilities-overview-rvk-mai-2024-1.pdf.

Kansteiner, F., After repeat Humira biosimilar snubs, FDA turns down Teva and Alvotech's Stelara copycat, Fierce Pharma, October 12, 2023. Available at https://www.fiercepharma.com/pharma/after-repeat-humira-biosimilar-snubs-fda-turns-down-teva-and-alvotechs-planned-stelara.

Kansteiner, F., Biocon's proposed Avastin biosim hit with FDA rejection after failed plant inspection, Fierce Pharma, February 13, 2023. Available at https://www.fiercepharma.com/pharma/other-shoe-drops-biocon-and-viatris-after-last-summers-fda-inspection-yields-avastin.

Kansteiner, F., Lilly banks stockpile of oral GLP-1 drug with potential launch still more than a year away, Fierce Pharma, February 24, 2025. Available at

https://www.fiercepharma.com/manufacturing/lilly-banks-500m-stockpile-oral-glp-1-potential-launch-still-more-year-away.

Kim, H., Celltrion expands European reach with anti-imflammatory drug, The Korea Herald, November 4, 2024. Available at https://www.koreaherald.com/article/3846402.

Lexology, First Biosimilar Launch: JAMP Pharma Launches Alvotech-Developed Jamteki™ (ustekinumab) in Canada, March 1, 2024. Available at https://www.lexology.com/library/detail.aspx?g=dd5e3f74-adbb-4d08-b37f-ef764382dd8f.

Lindskog, E., Navigating in the single-use space – How to find the right cell culture bioreactor, Cell Culture Dish, August 27, 2013. Available at https://cellculturedish.com/navigating-single-use-space-find-right-cell-culture-bioreactor/.

Lonza, Mammalian Biopharmaceutical Services. Available at https://www.lonza.com/biologics/mammalian.

Lonza, PowerCHO. Available at https://knowledge.lonza.com/media?id=46.

mAbxience, About Us. Available at https://mabxience.com/about-us/.

Madsen, B., Spivey, K., Single-use vs. stainless steel: The biopharmaceutical manufacturing debate, ThermoFisher Scientific, 2023. Available at https://assets.thermofisher.com/TFS-Assets/BPD/Reference-Materials/single-use-vs-stainless-steel-white-paper.pdf?cid=sud_bea_beq_r01_co_cp0000_pjt0000_col027083_0so_lnk_da_lgn_vt_s00_ss_vs_su.

Manalac, T., FDA Rejects Alvotech's Stelara Biosimilar as Manufacturing Problems Continue, BioSpace, October 12, 2023. Available at https://www.biospace.com/fda-rejects-alvotech-s-stelara-biosimilar-as-manufacturing-problems-continue.

Medical Design Briefs, Single-Use Systems: The Future of Biopharmaceutical Processing, February 1, 2022. Available at https://www.medicaldesignbriefs.com/component/content/article/40742-single-use-systems-the-future-of-biopharmaceutical-processing.

Meiji, About Meiji. Available at https://www.meiji.com/global/about-meiji/at-a-glance.html.

Meiji, Pipeline. Available at https://www.meiji.com/global/pharmaceuticals/pipeline.html.

MilliporeSigma homepage. Available at https://www.merckmillipore.com/INTL/en/20150603_201512.

Mirasol, F., Evaluating Uses for Both Single-Use and Stainless-Steel Bioreactors, Biopharm International, Volume 37, April 2024, pages 17-20. Available at https://cdn.sanity.io/files/0vv8moc6/biopharn/3c29542d2160ec0401d6ed54a64bdcc3f6769ae9.pdf/BP0424_Ezine_Watermark%20LINKED.pdf.

Naravane, A., A Guide To Successful Product Launches For Small And Midsized Biotechs, Life Science Leader, February 19, 2025. Available at

11

https://www.lifescienceleader.com/doc/a-guide-to-successful-product-launches-for-small-and-midsized-biotechs-0001.

Nasi de Barros, C., Understanding Bioprocessing, Its Applications and the Role of the Bioreactor, Technology Networks, September 30, 2024. Available at https://www.technologynetworks.com/biopharma/articles/understanding-bioprocessing-its-applications-and-the-role-of-a-bioreactor-391510.

Nemera, Safe'n'Sound® 1ml. Available at https://www.nemera.net/products/parenteral/passive-safety-systems/safensound-1ml/.

News Release, Teva and Alvotech Announce SELARSDI™ (ustekinumab-aekn) Injection Now Available in the U.S., February 21, 2025. Available at https://investors.alvotech.com/news-releases/news-release-details/teva-and-alvotech-announce-selarsditm-ustekinumab-aekn-injection.

Nipro, IR Materials, February 7, 2025. Available at https://www.nipro.co.jp/en/assets/document/ir_library/72nd_third/ir_materials.pdf.

Ojha, S., Amgen opens $365m Ohio drug product facility, BioProcess International, March 6, 2024. Available at https://www.bioprocessintl.com/facilities-capacity/amgen-opens-365m-ohio-drug-product-facility-.

Ojha, S., Biocon expanded plant approved to make Avastin biosimilar, BioProcess International, July 3, 2024. Available at https://www.bioprocessintl.com/facilities-capacity/biocon-expanded-plant-approved-to-make-avastin-biosimilar.

Parental Drug Association, EU Annex 1 Revision. Available at https://www.pda.org/resources-by-topic/eu-annex-1-revision.

Park, B., Several Biosimilars to Humira Now Available, Including an Interchangeable Product, MPR, July 5, 2023. Available at https://www.empr.com/home/news/several-biosimilars-to-humira-now-available-including-an-interchangeable-product/.

Parray, H., Shukla, S., et al., Hybridoma technology a versatile method for isolation of monoclonal antibodies, its applicability across species, limitations, advancement and future perspective, International Immunopharmacolgy, Vol 85, August 2020. Available at https://www.sciencedirect.com/science/article/pii/S156757692031105X?via%3Dihub.

Patheon pharma services, Monza, Italy. Available at https://www.patheon.com/us/en/site-locations/monza-it.html.

Patheon pharma services, Monza, Italy. Available at https://www.patheon.com/us/en/site-locations/monza-it.html.

Patheon pharma services, Our Capabilities. Available at https://www.patheon.com/us/en/our-capabilities.html.

Pearce IP, Amgen's Ustekinumab Biosimilar First to Launch in US, January 1, 2025. Avilable at https://www.pearceip.law/2025/01/01/amgens-ustekinumab-biosimilar-first-to-launch-in-us/.

Pearce IP, Celltrion's Ustekinumab Biosimilar Launched in EU, November 4, 2024. Available at https://www.pearceip.law/2024/11/04/celltrions-ustekinumab-biosimilar-launched-in-eu/.

Pharmaceutical Technology, Sandoz partners with Samsung Bioepis to license Stelara biosimilar, September 11, 2023. Available at https://www.pharmaceutical-technology.com/news/sandoz-partners-with-samsung-bioepis-to-license-stelara-biosimilar.

Phrma, Setting Up A Pharmaceutical Manufacturing Process and Supply Chain: A Complex & Lengthy Undertaking. Available at https://cdn.aglty.io/phrma/global/resources/import/pdfs/Setting%20Up%20A%20Pharmaceutical%20Manufacturing%20Process%20and%20Supply%20Chain%20A%20Complex%20and%20Lengthy%20Undertaking.pdf.

PR Newswire, Biocon Biologics Launches Yesintek™ (ustekinumab-kfce) Biosimilar to Stelara® in the United States, February 24, 2025. Available at https://www.prnewswire.com/news-releases/biocon-biologics-launches-yesintek-ustekinumab-kfce-biosimilar-to-stelara-in-the-united-states-302382971.html.

Rathore, A., Kaur, R., and Borgayari, D., Impact of Media Components on CQAs of Monoclonal Antibodies, BioPharm International, 30 (9) 2017. Available at https://www.biopharminternational.com/view/impact-media-components-cqas-monoclonal-antibodies.

Reichert, J., Marketed therapeutic antibodies compendium, mAbs, April 26, 2021. Available at https://www.tandfonline.com/doi/pdf/10.4161/mabs.19931 (accessed January 19, 2025).

Rentschler Biopharma, cGMP Manufacturing. Available at https://www.rentschler-biopharma.com/en-us/services/en-biotech-cgmp-manufacturing/.

Rentschler Biopharma, History. Available at https://www.rentschler-biopharma.com/en-us/company/history/.

Rentschler Biopharma homepage. Available at https://www.rentschler-biopharma.com/en-us/.

Rentschler Biopharma press release, Global Excellence in Biomanufacturing fueled by 150 years of creating value sustainably, August 12, 2022. Available at https://www.rentschler-biopharma.com/en-us/news-events/press-releases/global-excellence-in-biomanufacturing-fueled-by-150-years-of-creating-value-sustainably/.

Rentschler Biopharma press release, Rentschler Biopharma announces largest single investment at its headquarters in Germany, October 24, 2024. Available at https://www.rentschler-biopharma.com/en-us/news-events/press-releases/rentschler-biopharma-announces-largest-single-investment-at-headquarters-in-germany/.

13

Repligen, XCell ATF System. Available at https://www.repligen.com/products/upstream-filtration/xcell-atf.

Reuters, Catalent flags problems at its manufacturing plants; CFO departs, April 14, 2023. Available at https://www.reuters.com/business/healthcare-pharmaceuticals/contract-drug-manufacturer-catalent-warns-hit-fourth-quarter-results-2023-04-14/.

Sachs, C., Process Validation Sets the Stage for Ongoing Manufacturing Quality, BioPharm International, March 1, 2019, Volume 32, Issue 3. Available at https://www.biopharminternational.com/view/process-validation-sets-stage-ongoing-manufacturing-quality.

Sagonowsky, E., Manufacturing operations for Eli Lilly, Rentschler reprimanded by FDA, Fierce Pharma, May 4, 2023. Available at https://www.fiercepharma.com/manufacturing/manufacturing-operations-eli-lilly-rentschler-reprimanded-fda-form-483-filings.

Sampathkumar, K., Kerwin, B., Roadmap for Drug Product Development and Manufacturing of Biologics, Journal of Pharmaceutical Sciences, Volume 113, Issue 2, February 2024, Pages 314-331. Available at https://www.sciencedirect.com/science/article/pii/S002235492300477X#fig0002.

Samsung Bioepis, An Introduction to Samsung Bioepis. Available at https://www.samsungbioepis.com/upload/attach/(ENG)%20Samsung_Bioepis_Corporate%20Brochure_A4_Dec%202024.pdf.

Sandoz launches biosimilar Pyzchiva® (ustekinumab-ttwe) in the US, offering new treatment for around 12 million patients[1-4], February 24, 2025. Available at https://www.sandoz.com/investors/news-and-events/news/.

Sandoz press release, Sandoz launches biosimilar Pyzchiva® (ustekinumab) across Europe, to treat chronic inflammatory diseases, July 25, 2024. Available at https://pipelinereview.com/sandoz-launches-biosimilar-pyzchiva-ustekinumab-across-europe-to-treat-chronic-inflammatory-diseases/.

Sandoz press release, Sandoz launches biosimilar Pyzchiva® (ustekinumab-ttwe) in the US, offering new treatment for around 12 million patients[1-4], February 24, 2025. Available at https://finance.yahoo.com/news/sandoz-launches-biosimilar-pyzchiva-ustekinumab-060000201.html?guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbS8&guce_referrer_sig=AQAAAG43Y1f3cuqavHu2HGJ7EZtCy2BeyVUXmvZ6YzXrsd1rDCsr6c3PYkGKltBHfOc9Gl2ApPvPEC3v3RoVnFCgoqlUA3kzpB-YwljEOnjA3oyt5tiFsOkmbnKzMXRO20mcKN8jwQat6h7BOzx1fGLeN4rs268uY79SypT5fuLDumgC&guccounter=2.

Sandoz, Pioneers and progress: our heritage. Available at https://www.sandoz.com/about-sandoz/pioneers-and-progress/.

Sandoz, Sandoz spin-off. Available at https://www.novartis.com/news/sandoz-spinoff.

Sandoz, What we do. Available at https://www.sandoz.com/about-sandoz/what-we-do/.

Sartorius Science Snippets Blog, Rocking Motion vs. Stirred Tank Bioreactors - Which Technology is Best Suited For My Cells?, November 10, 2022. Available at https://www.sartorius.com/en/knowledge/science-snippets/blog-rocking-motion-vs-stirred-tank-1336774.

Sartorius, Bioreactors & Fermenters. Available at https://www.sartorius.com/en/products/fermentation-bioreactors#id-10198.

Sartorius, Single-Use Bioreactors. Available at https://www.sartorius.com/en/products/fermentation-bioreactors/single-use-bioreactors.

Section 7002(b)(3) of the Affordable Care Act, adding section 351(i)(2) of the PHS Act; FDA Guidance for Industry, Scientific Considerations in Demonstrating Biosimilarity to a Reference Product, April 2015. Available at https://www.fda.gov/media/82647/download.

Selarsdi homepage. Available at https://www.selarsdi.com/.

Shukla, A., Gottschalk, U., Single-use disposable technologies for biopharmaceutical manufacturing, Trends in Biotechnology, Volume 31, Issue 3, 147 – 154.

Singhal, R., Mastering New Product Launch Readiness in the Pharmaceutical Industry: Technical and Operational Perspectives, Progress in Medical Sciences, Vol 7, No. 5, September 20, 2023, Page 1-4. Available at https://promedsci.org/articles/Mastering%20New%20Product%20Launch%20Readiness%20in%20the%20Pharmaceutical%20Industry%20%20Technical%20and%20Operational%20Perspectives.

Soni, S., Patel, A., Single-use technologies in bio manufacturing: benefits and implementation challenges. Asian Journal of Hospital Pharmacy, 4(4), 1-7. Available at https://doi.org/10.38022/ajhp.v4i4.92.

Sparrow, N., BD Makes Firm Commitment to Made-in-USA Medtech Manufacturing, Plastics Today, January 16, 2025. Available at https://www.plasticstoday.com/medical/bd-makes-firm-commitment-to-made-in-usa-medtech-manufacturing.

Stanton, D., Rentschler says FDA has closed out 483 at Germany plant, BioProcess Insider, June 15, 2022. Available at https://www.bioprocessintl.com/regulations/rentschler-says-fda-has-closed-out-483-at-germany-plant.

Steris, Selection of an appropriate Sterility Assurance Level (SAL) for medical devices. Available at https://www.steris-ast.com/techtip/sterility-assurance-levels-sals-irradiation/.

STgen Bio, History. Available at https://stgenbio.com/en/history.php.

STgen Bio, Introduction. Available at https://stgenbio.com/en/intro.php.

STgen Bio, Manufacturing. Available at https://stgenbio.com//business/manufacturing.php.

15

Swiftpak, Pharmaceutical packaging: The difference between primary, secondary & tertiary, December 2, 2022. Available at https://www.swiftpak.co.uk/insights/pharmaceutical-packaging-primary-secondary-tertiary.

Teva press release, Alvotech and Teva Announce U.S. FDA Approval of SELARSDI (ustekinumab-aekn), biosimilar to Stelara (ustekinumab), April 16, 2024. Available at https://ir.tevapharm.com/news-and-events/press-releases/press-release-details/2024/Alvotech-and-Teva-Announce-U.S.-FDA-Approval-of-SELARSDI-ustekinumab-aekn-biosimilar-to-Stelara-ustekinumab/default.aspx.

Teva press release, Teva and Alvotech Announce SELARSDI (ustekinumab-aekn) Injection Now Available in the U.S. February 21, 2025. Available at https://www.tevapharm.com/news-and-media/latest-news/teva-and-alvotech-announce-selarsdi-ustekinumab-aekn-injection-now-available-in-the-u.s.

Teva press release, Teva Pharmaceuticals and Alvotech Provide Update on Strategic Biosimilars Partnership, July 24, 2023. Available at https://www.tevapharm.com/news-and-media/latest-news/teva-pharmaceuticals-and-alvotech-provide-update-on-strategic-biosimilars-partnership/.

Teva, Biopharmaceuticals at Teva. Available at https://www.tevapharm.com/product-focus/biopharmaceuticals/biopharmaceuticals-at-teva/.

Teva, Company Info: Teva in Facts and Figures. Available at https://www.tevapharm.com/our-company/teva-facts-figures/.

Teva, Helping to advance biomanufacturing. Available at https://www.tevabiosimilars.com/our-capabilities/biosimilars-manufacturing-efficiency/.

The Cookbook: Basic Concepts, Recipes, and Strategies for Bioprocesses Involving Cell Cultures and Microorganisms, INFORS HT, April 2024. Available at https://infors-ht.com/getmedia/f3d3d2ae-e01c-4039-a71f-9d75ac617619/INFORS-HT-2024-Cookbook-EN-Web.

ThermoFisher Scientific, Single Use Bioreactor Vessels. Available at https://www.thermofisher.com/search/browse/category/us/en/90220096?filter=dimCapacityMetric_en_dim_ss%3A2000%20L; https://www.merckmillipore.com/INTL/en/20150603_201512.

Thomas, F., On Point: Biologics Drive Growth in Pre-Filled Syringes, BioPharm International 33 (4) 2020. Available at https://www.biopharminternational.com/view/point-biologics-drive-growth-pre-filled-syringes.

Tjoapack, The Drug Packaging Process from Start to Finish. Available at https://www.tjoapack.com/resources/the-drug-packaging-process-from-start-to-finish.

16

Vulto, A., Jaquez, O., The process defines the product: what really matters in biosimilar design and production?, Reheumatology, Vol 56, August 4, 2017, page iv14-iv29. Available at https://academic.oup.com/rheumatology/article/56/suppl_4/iv14/4097922.

Whitford, W., Szafir, P., Hybrid Design Considerations in Biomanufacturing: Leveraging Both Stainless-Steel and Single-Use Systems, BioProcess International, May 23, 2023. Available at https://www.bioprocessintl.com/facility-design-engineering/hybrid-design-considerations-in-biomanufacturing-leveraging-both-stainless-steel-and-single-use-systems.

### 4.  Composite BLA Files

Accord BioPharma BLA

Amgen BLA

Biocon BLA

Samsung Bioepis BLA

### 5.  Documents Produced in This Litigation

| | | |
|---|---|---|
| ACC-STEL-00000523 | ACC-STEL-00342672 | FKUSA_USTE_SUB0000727 |
| ACC-STEL-00000641 | ACC-STEL-00344393 | FKUSA_USTE_SUB0000746 |
| ACC-STEL-00002230 | AMG_23CV629_000000027 | FKUSA_USTE_SUB0000772 |
| ACC-STEL-00002324 | AMG_23CV629_000000207 | FKUSA_USTE_SUB0000779 |
| ACC-STEL-00004115 | CARE-SB_00000162 | FKUSA_USTE_SUB0000860 |
| ACC-STEL-00004161 | CARE-SB-00000109 | FKUSA_USTE_SUB0000863 |
| ACC-STEL-00004213 | CARE-SB-00000162 | FKUSA_USTE_SUB0000867 |
| ACC-STEL-00004266 | CARE-SB-00000264 | FKUSA_USTE_SUB0000965 |
| ACC-STEL-00004355 | CARE-SB-00000265 | FKUSA_USTE_SUB0001009 |
| ACC-STEL-00004538 | CARE-SB-00000692 | FKUSA_USTE_SUB0001021 |
| ACC-STEL-00004540 | CARE-SB-00001405 | FKUSA_USTE_SUB0001027 |
| ACC-STEL-00004598 | FKUSA_USTE_SUB0000210 | FKUSA_USTE_SUB0001029 |
| ACC-STEL-00004601 | FKUSA_USTE_SUB0000244 | FKUSA_USTE_SUB0001032 |
| ACC-STEL-00004760 | FKUSA_USTE_SUB0000370 | FKUSA_USTE_SUB0001040 |
| ACC-STEL-00338718 | FKUSA_USTE_SUB0000465 | FKUSA_USTE_SUB0001045 |
| ACC-STEL-00339417 | FKUSA_USTE_SUB0000573 | FKUSA_USTE_SUB0001058 |
| ACC-STEL-00341040 | FKUSA_USTE_SUB0000576 | FKUSA_USTE_SUB0001178 |
| ACC-STEL-00342119 | FKUSA_USTE_SUB0000708 | FKUSA_USTE_SUB0001180 |

| | | |
|---|---|---|
| FKUSA_USTE_SUB0001182 | FKUSA_USTE_SUB0001301 | FKUSA_USTE_SUB0001953 |
| FKUSA_USTE_SUB0001195 | FKUSA_USTE_SUB0001305 | FKUSA_USTE_SUB0001955 |
| FKUSA_USTE_SUB0001198 | FKUSA_USTE_SUB0001307 | FKUSA_USTE_SUB0001957 |
| FKUSA_USTE_SUB0001200 | FKUSA_USTE_SUB0001309 | FKUSA_USTE_SUB0001959 |
| FKUSA_USTE_SUB0001205 | FKUSA_USTE_SUB0001315 | FKUSA_USTE_SUB0001964 |
| FKUSA_USTE_SUB0001207 | FKUSA_USTE_SUB0001319 | FKUSA_USTE_SUB0001966 |
| FKUSA_USTE_SUB0001211 | FKUSA_USTE_SUB0001321 | FKUSA_USTE_SUB0001968 |
| FKUSA_USTE_SUB0001213 | FKUSA_USTE_SUB0001341 | FKUSA_USTE_SUB0001980 |
| FKUSA_USTE_SUB0001215 | FKUSA_USTE_SUB0001353 | FKUSA_USTE_SUB0001982 |
| FKUSA_USTE_SUB0001219 | FKUSA_USTE_SUB0001434 | FKUSA_USTE_SUB0001984 |
| FKUSA_USTE_SUB0001221 | FKUSA_USTE_SUB0001436 | FKUSA_USTE_SUB0001986 |
| FKUSA_USTE_SUB0001223 | FKUSA_USTE_SUB0001450 | FKUSA_USTE_SUB0001988 |
| FKUSA_USTE_SUB0001225 | FKUSA_USTE_SUB0001454 | FKUSA_USTE_SUB0001990 |
| FKUSA_USTE_SUB0001227 | FKUSA_USTE_SUB0001558 | FKUSA_USTE_SUB0001992 |
| FKUSA_USTE_SUB0001229 | FKUSA_USTE_SUB0001696 | FKUSA_USTE_SUB0001994 |
| FKUSA_USTE_SUB0001231 | FKUSA_USTE_SUB0001699 | FKUSA_USTE_SUB0001996 |
| FKUSA_USTE_SUB0001233 | FKUSA_USTE_SUB0001703 | FKUSA_USTE_SUB0002018 |
| FKUSA_USTE_SUB0001235 | FKUSA_USTE_SUB0001751 | FKUSA_USTE_SUB0002020 |
| FKUSA_USTE_SUB0001237 | FKUSA_USTE_SUB0001790 | FKUSA_USTE_SUB0002022 |
| FKUSA_USTE_SUB0001239 | FKUSA_USTE_SUB0001800 | FKUSA_USTE_SUB0002055 |
| FKUSA_USTE_SUB0001241 | FKUSA_USTE_SUB0001805 | FKUSA_USTE_SUB0002062 |
| FKUSA_USTE_SUB0001243 | FKUSA_USTE_SUB0001810 | FKUSA_USTE_SUB0002064 |
| FKUSA_USTE_SUB0001247 | FKUSA_USTE_SUB0001814 | FKUSA_USTE_SUB0002066 |
| FKUSA_USTE_SUB0001249 | FKUSA_USTE_SUB0001823 | FKUSA_USTE_SUB0002078 |
| FKUSA_USTE_SUB0001253 | FKUSA_USTE_SUB0001827 | FKUSA_USTE_SUB0002092 |
| FKUSA_USTE_SUB0001255 | FKUSA_USTE_SUB0001842 | FKUSA_USTE_SUB0002165 |
| FKUSA_USTE_SUB0001257 | FKUSA_USTE_SUB0001916 | FKUSA_USTE_SUB0002189 |
| FKUSA_USTE_SUB0001266 | FKUSA_USTE_SUB0001918 | FKUSA_USTE_SUB0002193 |
| FKUSA_USTE_SUB0001284 | FKUSA_USTE_SUB0001920 | FKUSA_USTE_SUB0002263 |
| FKUSA_USTE_SUB0001288 | FKUSA_USTE_SUB0001940 | FKUSA_USTE_SUB0002379 |
| FKUSA_USTE_SUB0001290 | FKUSA_USTE_SUB0001943 | FKUSA_USTE_SUB0002474 |
| FKUSA_USTE_SUB0001292 | FKUSA_USTE_SUB0001945 | FKUSA_USTE_SUB0002495 |
| FKUSA_USTE_SUB0001294 | FKUSA_USTE_SUB0001949 | FKUSA_USTE_SUB0002651 |
| FKUSA_USTE_SUB0001299 | FKUSA_USTE_SUB0001951 | FKUSA_USTE_SUB0003153 |

18

| | | |
|---|---|---|
| FKUSA_USTE_SUB0003431 | FKUSA_USTE_SUB0004521 | FKUSA_USTE_SUB0005467 |
| FKUSA_USTE_SUB0003598 | FKUSA_USTE_SUB0004532 | FKUSA_USTE_SUB0005479 |
| FKUSA_USTE_SUB0003778 | FKUSA_USTE_SUB0004550 | FKUSA_USTE_SUB0005503 |
| FKUSA_USTE_SUB0003824 | FKUSA_USTE_SUB0004553 | FKUSA_USTE_SUB0005541 |
| FKUSA_USTE_SUB0003868 | FKUSA_USTE_SUB0004572 | FKUSA_USTE_SUB0005673 |
| FKUSA_USTE_SUB0003874 | FKUSA_USTE_SUB0004608 | FKUSA_USTE_SUB0005700 |
| FKUSA_USTE_SUB0003884 | FKUSA_USTE_SUB0004627 | FKUSA_USTE_SUB0005785 |
| FKUSA_USTE_SUB0003934 | FKUSA_USTE_SUB0004646 | FKUSA_USTE_SUB0005858 |
| FKUSA_USTE_SUB0003940 | FKUSA_USTE_SUB0004681 | FKUSA_USTE_SUB0005868 |
| FKUSA_USTE_SUB0003955 | FKUSA_USTE_SUB0004700 | FKUSA_USTE_SUB0005875 |
| FKUSA_USTE_SUB0004003 | FKUSA_USTE_SUB0004731 | FKUSA_USTE_SUB0005892 |
| FKUSA_USTE_SUB0004025 | FKUSA_USTE_SUB0004756 | FKUSA_USTE_SUB0005919 |
| FKUSA_USTE_SUB0004044 | FKUSA_USTE_SUB0004803 | FKUSA_USTE_SUB0005977 |
| FKUSA_USTE_SUB0004118 | FKUSA_USTE_SUB0004806 | FKUSA_USTE_SUB0006012 |
| FKUSA_USTE_SUB0004131 | FKUSA_USTE_SUB0004819 | FKUSA_USTE_SUB0006073 |
| FKUSA_USTE_SUB0004141 | FKUSA_USTE_SUB0004833 | FKUSA_USTE_SUB0006077 |
| FKUSA_USTE_SUB0004144 | FKUSA_USTE_SUB0004837 | FKUSA_USTE_SUB0006172 |
| FKUSA_USTE_SUB0004156 | FKUSA_USTE_SUB0004849 | FKUSA_USTE_SUB0006189 |
| FKUSA_USTE_SUB0004172 | FKUSA_USTE_SUB0004918 | FKUSA_USTE_SUB0006210 |
| FKUSA_USTE_SUB0004182 | FKUSA_USTE_SUB0004951 | FKUSA_USTE_SUB0006242 |
| FKUSA_USTE_SUB0004198 | FKUSA_USTE_SUB0004965 | FKUSA_USTE_SUB0006251 |
| FKUSA_USTE_SUB0004214 | FKUSA_USTE_SUB0005005 | FKUSA_USTE_SUB0006272 |
| FKUSA_USTE_SUB0004256 | FKUSA_USTE_SUB0005032 | FKUSA_USTE_SUB0006292 |
| FKUSA_USTE_SUB0004272 | FKUSA_USTE_SUB0005045 | FKUSA_USTE_SUB0006310 |
| FKUSA_USTE_SUB0004275 | FKUSA_USTE_SUB0005056 | FKUSA_USTE_SUB0006330 |
| FKUSA_USTE_SUB0004292 | FKUSA_USTE_SUB0005070 | FKUSA_USTE_SUB0006356 |
| FKUSA_USTE_SUB0004295 | FKUSA_USTE_SUB0005110 | FKUSA_USTE_SUB0006379 |
| FKUSA_USTE_SUB0004309 | FKUSA_USTE_SUB0005144 | FKUSA_USTE_SUB0006393 |
| FKUSA_USTE_SUB0004333 | FKUSA_USTE_SUB0005164 | FKUSA_USTE_SUB0006409 |
| FKUSA_USTE_SUB0004358 | FKUSA_USTE_SUB0005292 | FKUSA_USTE_SUB0006413 |
| FKUSA_USTE_SUB0004395 | FKUSA_USTE_SUB0005320 | FKUSA_USTE_SUB0006422 |
| FKUSA_USTE_SUB0004416 | FKUSA_USTE_SUB0005328 | FKUSA_USTE_SUB0006431 |
| FKUSA_USTE_SUB0004495 | FKUSA_USTE_SUB0005353 | FKUSA_USTE_SUB0006441 |
| FKUSA_USTE_SUB0004518 | FKUSA_USTE_SUB0005375 | FKUSA_USTE_SUB0006459 |

| | | |
|---|---|---|
| FKUSA_USTE_SUB0006477 | FKUSA_USTE_SUB0008294 | FKUSA_USTE_SUB0010746 |
| FKUSA_USTE_SUB0006485 | FKUSA_USTE_SUB0008452 | FKUSA_USTE_SUB0010746 |
| FKUSA_USTE_SUB0006493 | FKUSA_USTE_SUB0008610 | FKUSA_USTE_SUB0010813 |
| FKUSA_USTE_SUB0006500 | FKUSA_USTE_SUB0008699 | FKUSA_USTE_SUB0010838 |
| FKUSA_USTE_SUB0006507 | FKUSA_USTE_SUB0008708 | FKUSA_USTE_SUB0010886 |
| FKUSA_USTE_SUB0006521 | FKUSA_USTE_SUB0008797 | FKUSA_USTE_SUB0010961 |
| FKUSA_USTE_SUB0006535 | FKUSA_USTE_SUB0008806 | FKUSA_USTE_SUB0011021 |
| FKUSA_USTE_SUB0006536 | FKUSA_USTE_SUB0008891 | FKUSA_USTE_SUB0011037 |
| FKUSA_USTE_SUB0006537 | FKUSA_USTE_SUB0009035 | FKUSA_USTE_SUB0011044 |
| FKUSA_USTE_SUB0006542 | FKUSA_USTE_SUB0009179 | FKUSA_USTE_SUB0011177 |
| FKUSA_USTE_SUB0006547 | FKUSA_USTE_SUB0009303 | FKUSA_USTE_SUB0011228 |
| FKUSA_USTE_SUB0006552 | FKUSA_USTE_SUB0009427 | FKUSA_USTE_SUB0011232 |
| FKUSA_USTE_SUB0006557 | FKUSA_USTE_SUB0009479 | FKUSA_USTE_SUB0011240 |
| FKUSA_USTE_SUB0006566 | FKUSA_USTE_SUB0009531 | FKUSA_USTE_SUB0011242 |
| FKUSA_USTE_SUB0006575 | FKUSA_USTE_SUB0009584 | FKUSA_USTE_SUB0011244 |
| FKUSA_USTE_SUB0006578 | FKUSA_USTE_SUB0009637 | FKUSA_USTE_SUB0011246 |
| FKUSA_USTE_SUB0006581 | FKUSA_USTE_SUB0009724 | FKUSA_USTE_SUB0011257 |
| FKUSA_USTE_SUB0006682 | FKUSA_USTE_SUB0009811 | FKUSA_USTE_SUB0011265 |
| FKUSA_USTE_SUB0006783 | FKUSA_USTE_SUB0009845 | FKUSA_USTE_SUB0011274 |
| FKUSA_USTE_SUB0006886 | FKUSA_USTE_SUB0009879 | FKUSA_USTE_SUB0011276 |
| FKUSA_USTE_SUB0006890 | FKUSA_USTE_SUB0009931 | FKUSA_USTE_SUB0011286 |
| FKUSA_USTE_SUB0006993 | FKUSA_USTE_SUB0009983 | FKUSA_USTE_SUB0011288 |
| FKUSA_USTE_SUB0006997 | FKUSA_USTE_SUB0009996 | FKUSA_USTE_SUB0011303 |
| FKUSA_USTE_SUB0007138 | FKUSA_USTE_SUB0009999 | FKUSA_USTE_SUB0011309 |
| FKUSA_USTE_SUB0007280 | FKUSA_USTE_SUB0010095 | FKUSA_USTE_SUB0011331 |
| FKUSA_USTE_SUB0007381 | FKUSA_USTE_SUB0010097 | FKUSA_USTE_SUB0011336 |
| FKUSA_USTE_SUB0007482 | FKUSA_USTE_SUB0010099 | FKUSA_USTE_SUB0011398 |
| FKUSA_USTE_SUB0007639 | FKUSA_USTE_SUB0010105 | FKUSA_USTE_SUB0011546 |
| FKUSA_USTE_SUB0007796 | FKUSA_USTE_SUB0010166 | FKUSA_USTE_SUB0011606 |
| FKUSA_USTE_SUB0007915 | FKUSA_USTE_SUB0010324 | FKUSA_USTE_SUB0011673 |
| FKUSA_USTE_SUB0007919 | FKUSA_USTE_SUB0010328 | FKUSA_USTE_SUB0011703 |
| FKUSA_USTE_SUB0008038 | FKUSA_USTE_SUB0010371 | FKUSA_USTE_SUB0011705 |
| FKUSA_USTE_SUB0008042 | FKUSA_USTE_SUB0010726 | FKUSA_USTE_SUB0011707 |
| FKUSA_USTE_SUB0008168 | FKUSA_USTE_SUB0010731 | FKUSA_USTE_SUB0011753 |

20

| | | |
|---|---|---|
| FKUSA_USTE_SUB0011835 | FKUSA_USTE_SUB0019217 | FKUSA_USTE_SUB0020656 |
| FKUSA_USTE_SUB0011869 | FKUSA_USTE_SUB0019279 | FKUSA_USTE_SUB0020737 |
| FKUSA_USTE_SUB0011871 | FKUSA_USTE_SUB0019456 | FKUSA_USTE_SUB0020741 |
| FKUSA_USTE_SUB0011873 | FKUSA_USTE_SUB0019464 | FKUSA_USTE_SUB0020746 |
| FKUSA_USTE_SUB0011915 | FKUSA_USTE_SUB0019509 | FKUSA_USTE_SUB0020750 |
| FKUSA_USTE_SUB0012002 | FKUSA_USTE_SUB0019626 | FKUSA_USTE_SUB0020762 |
| FKUSA_USTE_SUB0012016 | FKUSA_USTE_SUB0019636 | FKUSA_USTE_SUB0020836 |
| FKUSA_USTE_SUB0012092 | FKUSA_USTE_SUB0019637 | FKUSA_USTE_SUB0020840 |
| FKUSA_USTE_SUB0012207 | FKUSA_USTE_SUB0019638 | FKUSA_USTE_SUB0020841 |
| FKUSA_USTE_SUB0012214 | FKUSA_USTE_SUB0019639 | FKUSA_USTE_SUB0020842 |
| FKUSA_USTE_SUB0012217 | FKUSA_USTE_SUB0019644 | FKUSA_USTE_SUB0020843 |
| FKUSA_USTE_SUB0012248 | FKUSA_USTE_SUB0019645 | FKUSA_USTE_SUB0020848 |
| FKUSA_USTE_SUB0016123 | FKUSA_USTE_SUB0019689 | FKUSA_USTE_SUB0020849 |
| FKUSA_USTE_SUB0016252 | FKUSA_USTE_SUB0019750 | FKUSA_USTE_SUB0020895 |
| FKUSA_USTE_SUB0016313 | FKUSA_USTE_SUB0019755 | FKUSA_USTE_SUB0020903 |
| FKUSA_USTE_SUB0017221 | FKUSA_USTE_SUB0019760 | FKUSA_USTE_SUB0020917 |
| FKUSA_USTE_SUB0018476 | FKUSA_USTE_SUB0019761 | FKUSA_USTE_SUB0021039 |
| FKUSA_USTE_SUB0018651 | FKUSA_USTE_SUB0019762 | FKUSA_USTE_SUB0021079 |
| FKUSA_USTE_SUB0018695 | FKUSA_USTE_SUB0019763 | FKUSA_USTE_SUB0021089 |
| FKUSA_USTE_SUB0019051 | FKUSA_USTE_SUB0019768 | FKUSA_USTE_SUB0021104 |
| FKUSA_USTE_SUB0019117 | FKUSA_USTE_SUB0019769 | FKUSA_USTE_SUB0021187 |
| FKUSA_USTE_SUB0019142 | FKUSA_USTE_SUB0019934 | FKUSA_USTE_SUB0021258 |
| FKUSA_USTE_SUB0019156 | FKUSA_USTE_SUB0020464 | FKUSA_USTE_SUB0021380 |
| FKUSA_USTE_SUB0019165 | FKUSA_USTE_SUB0020465 | FKUSA_USTE_SUB0021381 |
| FKUSA_USTE_SUB0019173 | FKUSA_USTE_SUB0020466 | FKUSA_USTE_SUB0021382 |
| FKUSA_USTE_SUB0019182 | FKUSA_USTE_SUB0020467 | FKUSA_USTE_SUB0021383 |
| FKUSA_USTE_SUB0019189 | FKUSA_USTE_SUB0020487 | FKUSA_USTE_SUB0021403 |
| FKUSA_USTE_SUB0019198 | FKUSA_USTE_SUB0020488 | FKUSA_USTE_SUB0021404 |
| FKUSA_USTE_SUB0019203 | FKUSA_USTE_SUB0020496 | FKUSA_USTE_SUB0021410 |
| FKUSA_USTE_SUB0019204 | FKUSA_USTE_SUB0020509 | FKUSA_USTE_SUB0021415 |
| FKUSA_USTE_SUB0019205 | FKUSA_USTE_SUB0020629 | FKUSA_USTE_SUB0021417 |
| FKUSA_USTE_SUB0019206 | FKUSA_USTE_SUB0020633 | FKUSA_USTE_SUB0021419 |
| FKUSA_USTE_SUB0019211 | FKUSA_USTE_SUB0020637 | FKUSA_USTE_SUB0021502 |
| FKUSA_USTE_SUB0019212 | FKUSA_USTE_SUB0020641 | FKUSA_USTE_SUB0021607 |

21

| | | |
|---|---|---|
| FKUSA_USTE_SUB0021748 | FKUSA_USTE_SUB0022591 | FKUSA_USTE_SUB0023594 |
| FKUSA_USTE_SUB0021763 | FKUSA_USTE_SUB0022594 | FKUSA_USTE_SUB0023658 |
| FKUSA_USTE_SUB0021830 | FKUSA_USTE_SUB0022625 | FKUSA_USTE_SUB0023836 |
| FKUSA_USTE_SUB0021834 | FKUSA_USTE_SUB0022699 | FKUSA_USTE_SUB0023903 |
| FKUSA_USTE_SUB0021910 | FKUSA_USTE_SUB0022700 | FKUSA_USTE_SUB0023907 |
| FKUSA_USTE_SUB0021911 | FKUSA_USTE_SUB0022701 | FKUSA_USTE_SUB0023981 |
| FKUSA_USTE_SUB0021912 | FKUSA_USTE_SUB0022702 | FKUSA_USTE_SUB0023982 |
| FKUSA_USTE_SUB0021913 | FKUSA_USTE_SUB0022722 | FKUSA_USTE_SUB0023983 |
| FKUSA_USTE_SUB0021933 | FKUSA_USTE_SUB0022723 | FKUSA_USTE_SUB0023984 |
| FKUSA_USTE_SUB0021934 | FKUSA_USTE_SUB0022728 | FKUSA_USTE_SUB0024004 |
| FKUSA_USTE_SUB0021943 | FKUSA_USTE_SUB0022825 | FKUSA_USTE_SUB0024005 |
| FKUSA_USTE_SUB0021957 | FKUSA_USTE_SUB0022830 | FKUSA_USTE_SUB0024128 |
| FKUSA_USTE_SUB0022080 | FKUSA_USTE_SUB0022894 | FKUSA_USTE_SUB0024144 |
| FKUSA_USTE_SUB0022084 | FKUSA_USTE_SUB0022939 | FKUSA_USTE_SUB0024228 |
| FKUSA_USTE_SUB0022094 | FKUSA_USTE_SUB0023006 | FKUSA_USTE_SUB0024292 |
| FKUSA_USTE_SUB0022109 | FKUSA_USTE_SUB0023054 | FKUSA_USTE_SUB0024338 |
| FKUSA_USTE_SUB0022114 | FKUSA_USTE_SUB0023129 | FKUSA_USTE_SUB0024343 |
| FKUSA_USTE_SUB0022115 | FKUSA_USTE_SUB0023196 | FKUSA_USTE_SUB0024344 |
| FKUSA_USTE_SUB0022116 | FKUSA_USTE_SUB0023213 | FKUSA_USTE_SUB0024345 |
| FKUSA_USTE_SUB0022117 | FKUSA_USTE_SUB0023217 | FKUSA_USTE_SUB0024346 |
| FKUSA_USTE_SUB0022137 | FKUSA_USTE_SUB0023295 | FKUSA_USTE_SUB0024366 |
| FKUSA_USTE_SUB0022138 | FKUSA_USTE_SUB0023412 | FKUSA_USTE_SUB0024367 |
| FKUSA_USTE_SUB0022220 | FKUSA_USTE_SUB0023413 | FKUSA_USTE_SUB0024542 |
| FKUSA_USTE_SUB0022270 | FKUSA_USTE_SUB0023414 | FKUSA_USTE_SUB0024548 |
| FKUSA_USTE_SUB0022279 | FKUSA_USTE_SUB0023415 | FKUSA_USTE_SUB0024549 |
| FKUSA_USTE_SUB0022293 | FKUSA_USTE_SUB0023435 | FKUSA_USTE_SUB0024550 |
| FKUSA_USTE_SUB0022295 | FKUSA_USTE_SUB0023436 | FKUSA_USTE_SUB0024551 |
| FKUSA_USTE_SUB0022297 | FKUSA_USTE_SUB0023445 | FKUSA_USTE_SUB0024571 |
| FKUSA_USTE_SUB0022308 | FKUSA_USTE_SUB0023460 | FKUSA_USTE_SUB0024572 |
| FKUSA_USTE_SUB0022313 | FKUSA_USTE_SUB0023465 | FKUSA_USTE_SUB0024576 |
| FKUSA_USTE_SUB0022329 | FKUSA_USTE_SUB0023559 | FKUSA_USTE_SUB0024577 |
| FKUSA_USTE_SUB0022333 | FKUSA_USTE_SUB0023564 | FKUSA_USTE_SUB0024578 |
| FKUSA_USTE_SUB0022410 | FKUSA_USTE_SUB0023575 | FKUSA_USTE_SUB0024579 |
| FKUSA_USTE_SUB0022414 | FKUSA_USTE_SUB0023591 | FKUSA_USTE_SUB0024599 |

| | | |
|---|---|---|
| FKUSA_USTE_SUB0024600 | JNJ-STELARA_000004987 | USTE_ALVO_0000000079 |
| FKUSA_USTE_SUB0024634 | JNJ-STELARA_000004989 | USTE_ALVO_0000000080 |
| FKUSA_USTE_SUB0024765 | JNJ-STELARA_000004990 | USTE_ALVO_0000000081 |
| FKUSA_USTE_SUB0024864 | JNJ-STELARA_000004991 | USTE_ALVO_0000000082 |
| FKUSA_USTE_SUB0024978 | JNJ-STELARA_000004992 | USTE_ALVO_0000000083 |
| FKUSA_USTE_SUB0025118 | JNJ-STELARA_000004993 | USTE_ALVO_0000000084 |
| FKUSA_USTE_SUB0025119 | JNJ-STELARA_000004994 | USTE_ALVO_0000000085 |
| JNJ-STELARA_000000084 | JNJ-STELARA_000004995 | USTE_ALVO_0000000086 |
| JNJ-STELARA_000000116 | JNJ-STELARA_000004996 | USTE_ALVO_0000000087 |
| JNJ-STELARA_000000232 | JNJ-STELARA_000004997 | USTE_ALVO_0000000088 |
| JNJ-STELARA_000000727 | JNJ-STELARA_000004998 | USTE_ALVO_0000000089 |
| JNJ-STELARA_000001083 | JNJ-STELARA_000004999 | USTE_ALVO_0000000090 |
| JNJ-STELARA_000001318 | JNJ-STELARA_000005015 | USTE_ALVO_0000000091 |
| JNJ-STELARA_000001892 | JNJ-STELARA_000010003 | USTE_ALVO_0000000092 |
| JNJ-STELARA_000002141 | JNJ-STELARA_000030815 | USTE_ALVO_0000000096 |
| JNJ-STELARA_000002674 | JNJ-STELARA_000699001 | USTE_ALVO_0000000097 |
| JNJ-STELARA_000003123 | JNJ-STELARA_000699013 | USTE_ALVO_0000000098 |
| JNJ-STELARA_000003233 | JNJ-STELARA_000699029 | USTE_ALVO_0000000116 |
| JNJ-STELARA_000003492 | JNJ-STELARA_000699043 | USTE_ALVO_0000000130 |
| JNJ-STELARA_000004369 | JNJ-STELARA_000699061 | USTE_ALVO_0000000131 |
| JNJ-STELARA_000004409 | JNJ-STELARA_000721474 | USTE_ALVO_0000000132 |
| JNJ-STELARA_000004542 | JNJ-STELARA_001121360 | USTE_ALVO_0000000135 |
| JNJ-STELARA_000004552 | JNJ-STELARA_003430575 | USTE_ALVO_0000000149 |
| JNJ-STELARA_000004595 | JNJ-STELARA_003434937 | USTE_ALVO_0000000150 |
| JNJ-STELARA_000004638 | JNJ-STELARA_003436136 | USTE_ALVO_0000000151 |
| JNJ-STELARA_000004694 | JNJ-STELARA_003443557 | USTE_ALVO_0000000152 |
| JNJ-STELARA_000004793 | JNJ-STELARA_003643378 | USTE_ALVO_0000000153 |
| JNJ-STELARA_000004810 | SANDOZ_USTEK_0000839 | USTE_ALVO_0000000154 |
| JNJ-STELARA_000004813 | USTE_ALVO_0000000068 | USTE_ALVO_0000000169 |
| JNJ-STELARA_000004826 | USTE_ALVO_0000000074 | USTE_ALVO_0000000171 |
| JNJ-STELARA_000004892 | USTE_ALVO_0000000075 | USTE_ALVO_0000000175 |
| JNJ-STELARA_000004897 | USTE_ALVO_0000000076 | USTE_ALVO_0000000180 |
| JNJ-STELARA_000004917 | USTE_ALVO_0000000077 | USTE_ALVO_0000000184 |
| JNJ-STELARA_000004982 | USTE_ALVO_0000000078 | USTE_ALVO_0000000186 |

23

| | | |
|---|---|---|
| USTE_ALVO_0000000188 | USTE_ALVO_0000000407 | USTE_ALVO_0000002181 |
| USTE_ALVO_0000000190 | USTE_ALVO_0000000419 | USTE_ALVO_0000002311 |
| USTE_ALVO_0000000193 | USTE_ALVO_0000000421 | USTE_ALVO_0000002321 |
| USTE_ALVO_0000000195 | USTE_ALVO_0000000438 | USTE_ALVO_0000002529 |
| USTE_ALVO_0000000197 | USTE_ALVO_0000000450 | USTE_ALVO_0000002532 |
| USTE_ALVO_0000000199 | USTE_ALVO_0000000464 | USTE_ALVO_0000002535 |
| USTE_ALVO_0000000201 | USTE_ALVO_0000000522 | USTE_ALVO_0000002536 |
| USTE_ALVO_0000000204 | USTE_ALVO_0000000529 | USTE_ALVO_0000002537 |
| USTE_ALVO_0000000206 | USTE_ALVO_0000000544 | USTE_ALVO_0000002538 |
| USTE_ALVO_0000000208 | USTE_ALVO_0000000587 | USTE_ALVO_0000002539 |
| USTE_ALVO_0000000211 | USTE_ALVO_0000000916 | USTE_ALVO_0000002540 |
| USTE_ALVO_0000000214 | USTE_ALVO_0000000991 | USTE_ALVO_0000002541 |
| USTE_ALVO_0000000216 | USTE_ALVO_0000001308 | USTE_ALVO_0000002543 |
| USTE_ALVO_0000000229 | USTE_ALVO_0000001579 | USTE_ALVO_0000002544 |
| USTE_ALVO_0000000230 | USTE_ALVO_0000001605 | USTE_ALVO_0000002549 |
| USTE_ALVO_0000000232 | USTE_ALVO_0000001668 | USTE_ALVO_0000002550 |
| USTE_ALVO_0000000242 | USTE_ALVO_0000001674 | USTE_ALVO_0000002555 |
| USTE_ALVO_0000000244 | USTE_ALVO_0000001733 | USTE_ALVO_0000002560 |
| USTE_ALVO_0000000245 | USTE_ALVO_0000001734 | USTE_ALVO_0000002563 |
| USTE_ALVO_0000000246 | USTE_ALVO_0000001735 | USTE_ALVO_0000002565 |
| USTE_ALVO_0000000247 | USTE_ALVO_0000001747 | USTE_ALVO_0000002567 |
| USTE_ALVO_0000000248 | USTE_ALVO_0000001751 | USTE_ALVO_0000002569 |
| USTE_ALVO_0000000249 | USTE_ALVO_0000001955 | USTE_ALVO_0000002570 |
| USTE_ALVO_0000000251 | USTE_ALVO_0000001957 | USTE_ALVO_0000002572 |
| USTE_ALVO_0000000252 | USTE_ALVO_0000001959 | USTE_ALVO_0000002574 |
| USTE_ALVO_0000000253 | USTE_ALVO_0000002055 | USTE_ALVO_0000002575 |
| USTE_ALVO_0000000254 | USTE_ALVO_0000002057 | USTE_ALVO_0000002579 |
| USTE_ALVO_0000000256 | USTE_ALVO_0000002079 | USTE_ALVO_0000002581 |
| USTE_ALVO_0000000281 | USTE_ALVO_0000002125 | USTE_ALVO_0000002583 |
| USTE_ALVO_0000000282 | USTE_ALVO_0000002128 | USTE_ALVO_0000002585 |
| USTE_ALVO_0000000283 | USTE_ALVO_0000002131 | USTE_ALVO_0000002586 |
| USTE_ALVO_0000000291 | USTE_ALVO_0000002134 | USTE_ALVO_0000002587 |
| USTE_ALVO_0000000309 | USTE_ALVO_0000002137 | USTE_ALVO_0000002588 |
| USTE_ALVO_0000000358 | USTE_ALVO_0000002157 | USTE_ALVO_0000002589 |

| | | |
|---|---|---|
| USTE_ALVO_0000002646 | USTE_ALVO_0000003562 | USTE_ALVO_0000004227 |
| USTE_ALVO_0000002703 | USTE_ALVO_0000003564 | USTE_ALVO_0000004365 |
| USTE_ALVO_0000002786 | USTE_ALVO_0000003567 | USTE_ALVO_0000004385 |
| USTE_ALVO_0000002827 | USTE_ALVO_0000003572 | USTE_ALVO_0000004392 |
| USTE_ALVO_0000002868 | USTE_ALVO_0000003580 | USTE_ALVO_0000004393 |
| USTE_ALVO_0000002920 | USTE_ALVO_0000003586 | USTE_ALVO_0000004404 |
| USTE_ALVO_0000002951 | USTE_ALVO_0000003632 | USTE_ALVO_0000004414 |
| USTE_ALVO_0000002988 | USTE_ALVO_0000003633 | USTE_ALVO_0000004421 |
| USTE_ALVO_0000003042 | USTE_ALVO_0000003663 | USTE_ALVO_0000004429 |
| USTE_ALVO_0000003056 | USTE_ALVO_0000003685 | USTE_ALVO_0000004494 |
| USTE_ALVO_0000003096 | USTE_ALVO_0000003686 | USTE_ALVO_0000004498 |
| USTE_ALVO_0000003121 | USTE_ALVO_0000003846 | USTE_ALVO_0000004507 |
| USTE_ALVO_0000003147 | USTE_ALVO_0000003847 | USTE_ALVO_0000004518 |
| USTE_ALVO_0000003165 | USTE_ALVO_0000003848 | USTE_ALVO_0000004527 |
| USTE_ALVO_0000003192 | USTE_ALVO_0000003877 | USTE_ALVO_0000004530 |
| USTE_ALVO_0000003204 | USTE_ALVO_0000003878 | USTE_ALVO_0000004593 |
| USTE_ALVO_0000003274 | USTE_ALVO_0000003879 | USTE_ALVO_0000004624 |
| USTE_ALVO_0000003332 | USTE_ALVO_0000003880 | USTE_ALVO_0000004625 |
| USTE_ALVO_0000003352 | USTE_ALVO_0000003887 | USTE_ALVO_0000004626 |
| USTE_ALVO_0000003369 | USTE_ALVO_0000003900 | USTE_ALVO_0000004633 |
| USTE_ALVO_0000003390 | USTE_ALVO_0000003929 | USTE_ALVO_0000004660 |
| USTE_ALVO_0000003395 | USTE_ALVO_0000003949 | USTE_ALVO_0000004686 |
| USTE_ALVO_0000003397 | USTE_ALVO_0000004031 | USTE_ALVO_0000004713 |
| USTE_ALVO_0000003399 | USTE_ALVO_0000004037 | USTE_ALVO_0000004729 |
| USTE_ALVO_0000003401 | USTE_ALVO_0000004040 | USTE_ALVO_0000004764 |
| USTE_ALVO_0000003403 | USTE_ALVO_0000004054 | USTE_ALVO_0000004804 |
| USTE_ALVO_0000003405 | USTE_ALVO_0000004056 | USTE_ALVO_0000004868 |
| USTE_ALVO_0000003407 | USTE_ALVO_0000004065 | USTE_ALVO_0000004890 |
| USTE_ALVO_0000003409 | USTE_ALVO_0000004066 | USTE_ALVO_0000004908 |
| USTE_ALVO_0000003453 | USTE_ALVO_0000004078 | USTE_ALVO_0000004936 |
| USTE_ALVO_0000003507 | USTE_ALVO_0000004085 | USTE_ALVO_0000004984 |
| USTE_ALVO_0000003547 | USTE_ALVO_0000004109 | USTE_ALVO_0000005006 |
| USTE_ALVO_0000003548 | USTE_ALVO_0000004133 | USTE_ALVO_0000005229 |
| USTE_ALVO_0000003556 | USTE_ALVO_0000004167 | USTE_ALVO_0000005251 |

25

| | | |
|---|---|---|
| USTE_ALVO_0000005272 | USTE_ALVO_0000005471 | USTE_ALVO_0000005972 |
| USTE_ALVO_0000005288 | USTE_ALVO_0000005473 | USTE_ALVO_0000005973 |
| USTE_ALVO_0000005311 | USTE_ALVO_0000005475 | USTE_ALVO_0000006054 |
| USTE_ALVO_0000005312 | USTE_ALVO_0000005477 | USTE_ALVO_0000006109 |
| USTE_ALVO_0000005315 | USTE_ALVO_0000005479 | USTE_ALVO_0000006148 |
| USTE_ALVO_0000005316 | USTE_ALVO_0000005480 | USTE_ALVO_0000006333 |
| USTE_ALVO_0000005317 | USTE_ALVO_0000005481 | USTE_ALVO_0000006334 |
| USTE_ALVO_0000005318 | USTE_ALVO_0000005482 | USTE_ALVO_0000006354 |
| USTE_ALVO_0000005319 | USTE_ALVO_0000005483 | USTE_ALVO_0000006355 |
| USTE_ALVO_0000005325 | USTE_ALVO_0000005484 | USTE_ALVO_0000006371 |
| USTE_ALVO_0000005326 | USTE_ALVO_0000005489 | USTE_ALVO_0000006372 |
| USTE_ALVO_0000005328 | USTE_ALVO_0000005531 | USTE_ALVO_0000006456 |
| USTE_ALVO_0000005329 | USTE_ALVO_0000005532 | USTE_ALVO_0000006457 |
| USTE_ALVO_0000005331 | USTE_ALVO_0000005550 | USTE_ALVO_0000006493 |
| USTE_ALVO_0000005333 | USTE_ALVO_0000005559 | USTE_ALVO_0000006511 |
| USTE_ALVO_0000005334 | USTE_ALVO_0000005569 | USTE_ALVO_0000006532 |
| USTE_ALVO_0000005341 | USTE_ALVO_0000005599 | USTE_ALVO_0000006574 |
| USTE_ALVO_0000005342 | USTE_ALVO_0000005617 | USTE_ALVO_0000006593 |
| USTE_ALVO_0000005343 | USTE_ALVO_0000005618 | USTE_ALVO_0000006617 |
| USTE_ALVO_0000005344 | USTE_ALVO_0000005685 | USTE_ALVO_0000006667 |
| USTE_ALVO_0000005345 | USTE_ALVO_0000005711 | USTE_ALVO_0000006864 |
| USTE_ALVO_0000005353 | USTE_ALVO_0000005712 | USTE_ALVO_0000007442 |
| USTE_ALVO_0000005362 | USTE_ALVO_0000005733 | USTE_ALVO_0000008020 |
| USTE_ALVO_0000005369 | USTE_ALVO_0000005798 | USTE_ALVO_0000008055 |
| USTE_ALVO_0000005372 | USTE_ALVO_0000005855 | USTE_ALVO_0000008058 |
| USTE_ALVO_0000005374 | USTE_ALVO_0000005893 | USTE_ALVO_0000008059 |
| USTE_ALVO_0000005376 | USTE_ALVO_0000005894 | USTE_ALVO_0000008060 |
| USTE_ALVO_0000005386 | USTE_ALVO_0000005897 | USTE_ALVO_0000008061 |
| USTE_ALVO_0000005390 | USTE_ALVO_0000005901 | USTE_ALVO_0000008063 |
| USTE_ALVO_0000005408 | USTE_ALVO_0000005902 | USTE_ALVO_0000008064 |
| USTE_ALVO_0000005445 | USTE_ALVO_0000005903 | USTE_ALVO_0000008065 |
| USTE_ALVO_0000005460 | USTE_ALVO_0000005905 | USTE_ALVO_0000008067 |
| USTE_ALVO_0000005467 | USTE_ALVO_0000005921 | USTE_ALVO_0000008068 |
| USTE_ALVO_0000005469 | USTE_ALVO_0000005940 | USTE_ALVO_0000008069 |

26

| | | |
|---|---|---|
| USTE_ALVO_0000008415 | USTE_ALVO_0000013060 | USTE_ALVO_0000015013 |
| USTE_ALVO_0000008519 | USTE_ALVO_0000013098 | USTE_ALVO_0000015133 |
| USTE_ALVO_0000008787 | USTE_ALVO_0000013156 | USTE_ALVO_0000015209 |
| USTE_ALVO_0000008854 | USTE_ALVO_0000013195 | USTE_ALVO_0000015325 |
| USTE_ALVO_0000009180 | USTE_ALVO_0000013238 | USTE_ALVO_0000015382 |
| USTE_ALVO_0000009272 | USTE_ALVO_0000013342 | USTE_ALVO_0000015450 |
| USTE_ALVO_0000009598 | USTE_ALVO_0000013410 | USTE_ALVO_0000015591 |
| USTE_ALVO_0000009690 | USTE_ALVO_0000013492 | USTE_ALVO_0000015647 |
| USTE_ALVO_0000009945 | USTE_ALVO_0000013574 | USTE_ALVO_0000015685 |
| USTE_ALVO_0000010015 | USTE_ALVO_0000013662 | USTE_ALVO_0000015706 |
| USTE_ALVO_0000010362 | USTE_ALVO_0000014184 | USTE_ALVO_0000015741 |
| USTE_ALVO_0000010462 | USTE_ALVO_0000014202 | USTE_ALVO_0000015766 |
| USTE_ALVO_0000010572 | USTE_ALVO_0000014232 | USTE_ALVO_0000015784 |
| USTE_ALVO_0000010672 | USTE_ALVO_0000014253 | USTE_ALVO_0000015815 |
| USTE_ALVO_0000011014 | USTE_ALVO_0000014275 | USTE_ALVO_0000015941 |
| USTE_ALVO_0000011114 | USTE_ALVO_0000014293 | USTE_ALVO_0000015976 |
| USTE_ALVO_0000011214 | USTE_ALVO_0000014311 | USTE_ALVO_0000016009 |
| USTE_ALVO_0000011556 | USTE_ALVO_0000014329 | USTE_ALVO_0000016027 |
| USTE_ALVO_0000011656 | USTE_ALVO_0000014347 | USTE_ALVO_0000016045 |
| USTE_ALVO_0000011755 | USTE_ALVO_0000014366 | USTE_ALVO_0000016125 |
| USTE_ALVO_0000011795 | USTE_ALVO_0000014390 | USTE_ALVO_0000016148 |
| USTE_ALVO_0000011868 | USTE_ALVO_0000014409 | USTE_ALVO_0000016171 |
| USTE_ALVO_0000011871 | USTE_ALVO_0000014441 | USTE_ALVO_0000016220 |
| USTE_ALVO_0000011893 | USTE_ALVO_0000014484 | USTE_ALVO_0000016252 |
| USTE_ALVO_0000011982 | USTE_ALVO_0000014535 | USTE_ALVO_0000016288 |
| USTE_ALVO_0000012055 | USTE_ALVO_0000014577 | USTE_ALVO_0000016383 |
| USTE_ALVO_0000012097 | USTE_ALVO_0000014615 | USTE_ALVO_0000016458 |
| USTE_ALVO_0000012132 | USTE_ALVO_0000014649 | USTE_ALVO_0000016533 |
| USTE_ALVO_0000012341 | USTE_ALVO_0000014684 | USTE_ALVO_0000016613 |
| USTE_ALVO_0000012911 | USTE_ALVO_0000014719 | USTE_ALVO_0000017136 |
| USTE_ALVO_0000012961 | USTE_ALVO_0000014760 | USTE_ALVO_0000017149 |
| USTE_ALVO_0000012985 | USTE_ALVO_0000014794 | USTE_ALVO_0000017172 |
| USTE_ALVO_0000013004 | USTE_ALVO_0000014849 | USTE_ALVO_0000017188 |
| USTE_ALVO_0000013032 | USTE_ALVO_0000014921 | USTE_ALVO_0000017205 |

27

| | | |
|---|---|---|
| USTE_ALVO_0000017218 | USTE_ALVO_0000018408 | USTE_ALVO_0000020028 |
| USTE_ALVO_0000017231 | USTE_ALVO_0000018687 | USTE_ALVO_0000020036 |
| USTE_ALVO_0000017244 | USTE_ALVO_0000018803 | USTE_ALVO_0000020052 |
| USTE_ALVO_0000017271 | USTE_ALVO_0000018834 | USTE_ALVO_0000020060 |
| USTE_ALVO_0000017302 | USTE_ALVO_0000018850 | USTE_ALVO_0000020073 |
| USTE_ALVO_0000017330 | USTE_ALVO_0000018893 | USTE_ALVO_0000020086 |
| USTE_ALVO_0000017349 | USTE_ALVO_0000018912 | USTE_ALVO_0000020140 |
| USTE_ALVO_0000017373 | USTE_ALVO_0000018925 | USTE_ALVO_0000020142 |
| USTE_ALVO_0000017415 | USTE_ALVO_0000018993 | USTE_ALVO_0000020169 |
| USTE_ALVO_0000017481 | USTE_ALVO_0000019277 | USTE_ALVO_0000020203 |
| USTE_ALVO_0000017513 | USTE_ALVO_0000019393 | USTE_ALVO_0000020259 |
| USTE_ALVO_0000017526 | USTE_ALVO_0000019424 | USTE_ALVO_0000020281 |
| USTE_ALVO_0000017540 | USTE_ALVO_0000019438 | USTE_ALVO_0000020324 |
| USTE_ALVO_0000017559 | USTE_ALVO_0000019465 | USTE_ALVO_0000020354 |
| USTE_ALVO_0000017573 | USTE_ALVO_0000019491 | USTE_ALVO_0000020440 |
| USTE_ALVO_0000017609 | USTE_ALVO_0000019504 | USTE_ALVO_0000020571 |
| USTE_ALVO_0000017653 | USTE_ALVO_0000019517 | USTE_ALVO_0000020723 |
| USTE_ALVO_0000017688 | USTE_ALVO_0000019566 | USTE_ALVO_0000020731 |
| USTE_ALVO_0000017721 | USTE_ALVO_0000019587 | USTE_ALVO_0000020751 |
| USTE_ALVO_0000017751 | USTE_ALVO_0000019660 | USTE_ALVO_0000020770 |
| USTE_ALVO_0000017778 | USTE_ALVO_0000019682 | USTE_ALVO_0000020795 |
| USTE_ALVO_0000017806 | USTE_ALVO_0000019714 | USTE_ALVO_0000020808 |
| USTE_ALVO_0000017834 | USTE_ALVO_0000019857 | USTE_ALVO_0000020847 |
| USTE_ALVO_0000017868 | USTE_ALVO_0000019890 | USTE_ALVO_0000020902 |
| USTE_ALVO_0000017895 | USTE_ALVO_0000019921 | USTE_ALVO_0000020928 |
| USTE_ALVO_0000017943 | USTE_ALVO_0000019952 | USTE_ALVO_0000020969 |
| USTE_ALVO_0000018001 | USTE_ALVO_0000019953 | USTE_ALVO_0000021046 |
| USTE_ALVO_0000018059 | USTE_ALVO_0000019955 | USTE_ALVO_0000021114 |
| USTE_ALVO_0000018132 | USTE_ALVO_0000019957 | USTE_ALVO_0000021127 |
| USTE_ALVO_0000018178 | USTE_ALVO_0000019960 | USTE_ALVO_0000021477 |
| USTE_ALVO_0000018253 | USTE_ALVO_0000019986 | USTE_ALVO_0000021806 |
| USTE_ALVO_0000018293 | USTE_ALVO_00000199957 | USTE_ALVO_0000021826 |
| USTE_ALVO_0000018324 | USTE_ALVO_00000199960 | USTE_ALVO_0000022047 |
| USTE_ALVO_0000018372 | USTE_ALVO_0000020012 | USTE_ALVO_0000022075 |

28

| | | |
|---|---|---|
| USTE_ALVO_0000022129 | USTE_ALVO_0000022573 | USTE_ALVO_0000023119 |
| USTE_ALVO_0000022147 | USTE_ALVO_0000022576 | USTE_ALVO_0000023120 |
| USTE_ALVO_0000022220 | USTE_ALVO_0000022582 | USTE_ALVO_0000023121 |
| USTE_ALVO_0000022227 | USTE_ALVO_0000022585 | USTE_ALVO_0000023150 |
| USTE_ALVO_0000022253 | USTE_ALVO_0000022589 | USTE_ALVO_0000023168 |
| USTE_ALVO_0000022259 | USTE_ALVO_0000022592 | USTE_ALVO_0000023178 |
| USTE_ALVO_0000022263 | USTE_ALVO_0000022593 | USTE_ALVO_0000023178 |
| USTE_ALVO_0000022270 | USTE_ALVO_0000022597 | USTE_ALVO_0000023191 |
| USTE_ALVO_0000022292 | USTE_ALVO_0000022602 | USTE_ALVO_0000023192 |
| USTE_ALVO_0000022312 | USTE_ALVO_0000022604 | USTE_ALVO_0000023228 |
| USTE_ALVO_0000022334 | USTE_ALVO_0000022607 | USTE_ALVO_0000023277 |
| USTE_ALVO_0000022378 | USTE_ALVO_0000022633 | USTE_ALVO_0000023323 |
| USTE_ALVO_0000022396 | USTE_ALVO_0000022665 | USTE_ALVO_0000023429 |
| USTE_ALVO_0000022397 | USTE_ALVO_0000022671 | USTE_ALVO_0000023430 |
| USTE_ALVO_0000022398 | USTE_ALVO_0000022680 | USTE_TEVA_0000000001 |
| USTE_ALVO_0000022399 | USTE_ALVO_0000022721 | USTE_TEVA_0000000035 |
| USTE_ALVO_0000022403 | USTE_ALVO_0000022722 | USTE_TEVA_0000000056 |
| USTE_ALVO_0000022405 | USTE_ALVO_0000022754 | USTE_TEVA_0000000064 |
| USTE_ALVO_0000022410 | USTE_ALVO_0000022766 | USTE_TEVA_0000000073 |
| USTE_ALVO_0000022413 | USTE_ALVO_0000022818 | USTE_TEVA_0000000285 |
| USTE_ALVO_0000022414 | USTE_ALVO_0000022844 | |
| USTE_ALVO_0000022418 | USTE_ALVO_0000022875 | |
| USTE_ALVO_0000022423 | USTE_ALVO_0000022929 | |
| USTE_ALVO_0000022430 | USTE_ALVO_0000022972 | |
| USTE_ALVO_0000022434 | USTE_ALVO_0000023021 | |
| USTE_ALVO_0000022439 | USTE_ALVO_0000023031 | |
| USTE_ALVO_0000022445 | USTE_ALVO_0000023041 | |
| USTE_ALVO_0000022451 | USTE_ALVO_0000023054 | |
| USTE_ALVO_0000022462 | USTE_ALVO_0000023072 | |
| USTE_ALVO_0000022475 | USTE_ALVO_0000023085 | |
| USTE_ALVO_0000022483 | USTE_ALVO_0000023101 | |
| USTE_ALVO_0000022565 | USTE_ALVO_0000023114 | |
| USTE_ALVO_0000022569 | USTE_ALVO_0000023117 | |
| USTE_ALVO_0000022571 | USTE_ALVO_0000023118 | |

# EXHIBIT B

**Tiffany D. Rau, PhD,  Six Sigma Master Black Belt**                                          page 1 of 15

• • tiffany@raubiotech.com +1-615-364-3063

## SUMMARY

➢ Global expertise in research and development (R&D), manufacturing and chemistry, manufacturing and control (CMC) strategy, in the areas of mammalian and microbial systems for production of biopharmaceuticals and industrial biotechnology products (cell therapies, MAbs, AAV and Lentivirus,  therapeutic proteins, enzymes, vaccines, food, and biochemicals).

➢ Successful establishment of Centers of Excellence where manufacturing and research and development come together to deliver life-improving and life-saving medicines to patients.

➢ Expertise in designing facilities that meet current development and manufacturing needs and future site and product requirements for a variety of types of products – Biologics including MAbs, cell therapies, gene therapies, vaccines, therapeutic proteins.

➢ Expertise in Global Technical/Technology Management from integration of an acquisition to technically supporting and managing a diverse group of "stakeholders," process development, and manufacturing globally.

➢ Global Leadership and Delivery of International Technology Transfers, Process Scale-up, Process Characterization, Process Validation (PPQ) and PAI readiness.

➢ Global expertise and leadership in facility start-up and manufacturing to ensure that a holistic approach is taken with regards to Operational Excellence where Operations and Quality Partner to deliver high quality medicines to the clinic and marketplace.

➢ Expertise in developing and "designing" cell lines and processes that are "ready for manufacturing" to meet the demands of clinical trials and commercial launches while decreasing timelines.

➢ Process development, manufacturing operations, and CMC strategy consulting and execution.

➢ Developed new ways to impact operations positively from R&D to manufacturing.

➢ Established research and development activities and infrastructure in multiple manufacturing facilities.

➢ Delivered manufacturing improvements at multiple manufacturing scales within regulatory boundaries.

➢ Scientifically responsible for over four commercial products and over thirty pipeline products.

➢ Expertise in managing and working with Contract Development & Manufacturing Organizations

# EXHIBIT B

**Tiffany D. Rau, PhD, Six Sigma Master Black Belt**                                        page 2 of 15

• • tiffany@raubiotech.com +1-615-364-3063

(CDMO) and Contract Manufacturing Organizations (CMOs) on a global scale.

➢ Regulatory filings for reference  biologics as well as for biosimilars. Leading PAI (Post Approval Inspection) readiness activities and general GMP inspections. Example: product approved by EU and FDA and it is the first "biosimilar" insulin approved.

➢ Developed a small scale scalable bioreactor system for mammalian cell culture. Technology was sought out by multiple stakeholders and aspects of development impacting microbial processes including biofuels. Today small scale bioreactors are leading the way for process development teams in both the mammalian and microbial development space.

➢ International technology transfers and scale-ups of a number of molecules.

➢ International process development and manufacturing consulting in vaccines, biopharmaceutical, and industrial biotechnology in microbial and mammalian systems – process improvements/optimization and process robustness.

➢ Quality management systems support, vendor qualification, audits, and ensuring compliance.

➢ Managed multiple IT projects including automation of data entry and analysis for new high throughput bioreactor system and new bioreactor/process control software.

➢ Global scientific and business relationship management.

➢ Integration of a "new" technology into multiple organizations.

➢ Identification of opportunities within and outside of organizations to yield synergies.

➢ INNOVATION from discovery to commercialization and beyond.

# EXHIBIT B

**Tiffany D. Rau, PhD, Six Sigma Master Black Belt**                              page 3 of 15

• • tiffany@raubiotech.com +1-615-364-3063

## AREAS OF EXPERTISE (Selected)

**Process Development and Manufacturing**
Bioreactors, MicroReactors, Miniature bioreactors, single use bioreactors (SUBS), SIP bioreactors
Hollow-fiber bioreactors, perfusion
Downstream Operations-Chromatography, TFF, etc.
Well plates, T-flasks, shake flasks, cell stacks
Screening cell lines, conditions, and additives
Process Development and Scalability
Process Development at Manufacturing Scale
Process Characterization and Validation
Development of Commercial Products and Clinical Trial products
Technology transfer-internal and external (CMO)
Large Scale Commercial Manufacturing
Sterile Manufacturing

**Platforms**
Chinese Hamster Ovary (CHO)
Biologics
Cell Therapies (Autologous and Allogeneic)
AAV and Lentivirus
Exosomes
Vaccines
Microbial-Ecoli, Pichea, Streptomyces, Proprietary bacteria, etc
Stem Cells
HEK293
Mouse hybridoma cells
Serum-free media, hydrolysates
Chemically Defined Media
Batch culture, Perfusion and Fed Batch
High throughput cell culture/process development in small scale bioreactors
Clinical and Commercial Products (DS and DP)

**Development and Manufacturing "Tools"**
FMEA – Failure Mode and Effects Analysis
Kaizen
DoE – Design of Experiments
OpEx – Operational Excellence
Variety of Analytical tools
Person in Plant

Six Sigma
Quality and Technical Review/Audits

**R&D/Technology Development/Manufacturing**
Bioreactor Development
"High-Throughput" Bioreactor Development
Pilot and manufacturing scale DOE
Enzymatic assay design/development
MAb production enhancing additives
MAb production pathway analysis
Growth, death, metabolic rates
Analysis of inhibitor/activator effects
New tool evaluation and development
Biologic & vaccine development & manufacturing
Cell & gene therapy develop & Manufacturing
Industrial biotechnology including foods
Cell Free Expression Systems
Combinational products

**Theoretical/Computational Techniques**
Hypothesis testing and data analysis
Design of Experiments (DOE)
Statistical analysis (t-test, ANOVA, regression)
Advanced/Modern DoE
Metabolic flux analysis
Kinetic modeling
Bioprocess design and analysis
Excel, JMP (SAS statistical package), SuperPro Designer, Aspen

**Management and Communication**
Lab and research project management
Commercialization Activities – DS and DP
CMO/CDMO Management
Capital Project Management
Change Management
Lab, pilot plant, & manufacturing design & set-up
Scientific and Operational Management
Regulatory – Regulatory Interactions & Filings
FDA and EMEA
cGMP - Manufacturing
CMC strategy
QbD – Quality by Design
International technology transfer management

# EXHIBIT B

**Tiffany D. Rau, PhD,  Six Sigma Master Black Belt**                                      page 4 of 15

• • tiffany@raubiotech.com +1-615-364-3063

| | |
|---|---|
| Integration of a start-up into a  large company | Quality Management Systems |
| Due Diligence and investment activities | Supplier/Vendor Management |
| IT project management | |

## PROFESSIONAL EXPERIENCE

**Managing  Director**
**Bio Pharma Technical Consulting**                                              **2022-current**
**Ireland, US, and International – EU and Asia**

➢ CMC Consulting Firm based in Ireland delivering innovation, development, manufacturing, and regulatory expertise in the Bio and Pharma Space
➢ Technology Transfer and Scale-up
➢ CDMO Management
➢ Facility Design and Start-up
➢ Quality Management Systems
➢ Regulatory Filings and interactions with the EMA and US FDA
➢ See Rau Consulting Session for additional information

**Principal Consultant and Owner**
**Rau Consulting – Biotech**                                                    **2020-current**
**West Lafayette, Indiana**
**US and International - Europe and Asia**

➢ Process Development to Commercial Manufacturing Consulting – Large Molecule and Cell and Gene Therapy
  o Science, Scale-up,  Tech Transfer, Process and manufacturing troubleshooting, Manufacturing
  o Solution orientated and ready to solve a challenge
➢ Aseptic Processing – Drug Substance and Drug Product
➢ Person in Plant and Operational Execution Optimization
➢ CMC Strategy and execution on strategy
➢ Manufacturing Strategy
➢ Development and Operations leadership and support
  o Training and transitioning teams from early stage (phase I and II) to late stage (phase III) and later to commercial organizations
➢ CMO and CDMO Management
➢ New Technology Development and Strategy
  o Transitioning processes and equipment from "research" to GMP environments
➢ Facility Design, Qualification, and Start-up
➢ Large Molecule-  MAbs, Fc Fusion, complex therapeutics – hard to express, etc.
➢ Cell and Gene Therapy includes Allogeneic & Autologous Cell Therapies, AAV and Lentivirus, etc.

# EXHIBIT B

**Tiffany D. Rau, PhD,  Six Sigma Master Black Belt**                                                page 5 of 15

• • tiffany@raubiotech.com +1-615-364-3063

- o Process Development - how to grow the cells/make product and scale up
- o Design of manufacturing facilities
- o Identify CMOs and then partner with them to deliver manufacturing campaigns from early stage to late stage
- o Identify equipment and methods to produce therapies that are compliant with regulatory expectations and if not develop a strategy for compliance
- o Develop Strategies to go from Bench-top to cGMP
- ➢ Technical Due Diligences and Investment Support
- ➢ Quality Management Systems including vendor management, qualification, CAPA, etc.

**Senior Consultant**
**BioProcess Technology Consultants-Acquired by (BDO)**                      **2017-2019**
**West Lafayette, Indiana-Woburn, Massachusetts (Remote)**
**US and International-Global Europe, Asia, and India**

- ➢ Global CMC Strategy and Execution  – Phase 1 to Commercial
    - o FDA, EU, and Japanese Regulatory
    - o IND and BLA
- ➢ Optimization of processes and manufacturing operations to meet current demands as well as future demands
    - o Scale-up and scale-down
    - o Technology Transfer
- ➢ Process Characterization
- ➢ FMEA
- ➢ Process Validation
- ➢ Management of Contract Manufacturing Organization (CMO) and Contract Development and Manufacturing Organization (CDMO) management including onsite work
    - o Batch record review
    - o Person in Plant (PIP)
    - o Management of interactions between Product Owner and CMO
- ➢ Identification of development and manufacturing sites for a wide variety of biopharmaceutical and industrial biotechnology products both mammalian and microbial based including Cell Therapies
- ➢ Due Diligence for fixed assets and future products/molecules
- ➢ Cost Reduction and Budgets
- ➢ Delivery of global projects on time in the CMC and manufacturing space
- ➢ Partner with multiple stakeholders to deliver successful project outcomes
- ➢ Outside of the box thinker and strategist
- ➢ People and project facilitator

**Head of Large Molecule/Fermented Products-Innovation Management**
**Evonik-Degussa**                                                              **2015-2017**
**Lafayette, Indiana**

# EXHIBIT B

**Tiffany D. Rau, PhD,  Six Sigma Master Black Belt** page 6 of 15

• • tiffany@raubiotech.com +1-615-364-3063

➤ Led the technical and scientific teams within Large Molecules/Fermented Products
   - Productivity Improvement and COG initiatives
   - Pilot to commercial scale
   - cGMP
   - Operational Excellence and Continuous Improvement Initiatives
➤ Responsible for strategic direction, technical, and operational planning for Large Molecules/Fermented Products (GMP)
   - Multiproduct Initiative
   - Next Generation Upstream and Downstream
   - New organisms
   - Transitioned site from non-recombinant to recombinant organisms for fermentation
➤ Responsible for a global consolidation and Tech Transfer/Relocation of a manufacturing and R&D site for a large biotech product for a Joint Venture Partner
   - Tight timelines – Less than 6 months
   - Complex Regulatory – Global Filings
   - Complex Supply Chain
➤ Guide and deliver quality, regulatory, and scientific initiatives
➤ Initiated a new paradigm - Manufacturing and R& D alignment – Delivering Today and Tomorrow Together
➤ Special Project Advisor – Pharma and Food, Medical Devices, and Next Generation Opportunities

**Associate Director/Head of Technical Operations-Berkeley**
**CMC Biologics-Start-up** 2015-2015
**Berkeley, CA**
➤ Creating and expanding capabilities of CMC Biologics in the Bay Area
   - Clinical Manufacturing Start-up
   - Responsible for Technical Operations from Vial Thaw to Bulk Drug Substance
     - Operations Team, Process Engineering, "Manufacturing Science", Supply Chain
   - Responsible for identifying both upstream and downstream immediate process and equipment needs as well as planning for future technologies and staffing needs

**Scientific Lead for Fermentation and Isolation and Molecule Steward**
**Eli Lilly** 2012-2015
**Carolina, PR**
➤ Created the Center of Fermentation Excellence
   - Research and Development Initiatives
     - Process development - new and existing products
       - Process robustness, Productivity, etc.
   - Design, expansion, and start-up of "R&D" facilities including a pilot plant for fermentation and primary recover ($7.5 million project)
   - Creation of new technologies for monitoring and later controlling processes for R&D as well as for manufacturing

# EXHIBIT B

**Tiffany D. Rau, PhD,  Six Sigma Master Black Belt**        page 7 of 15

• • tiffany@raubiotech.com +1-615-364-3063

- ➢ Responsible for upstream activities for three commercial products in manufacturing
  - o Identification and delivery of process improvements within regulatory constraints
    - ▪ Large Scale Design of Experiments (40,000L) to improve productivity by xx%
      - • Led the scientific, operations, quality and regulatory teams on the journey
    - ▪ Design for Manufacturing from Pilot to Commercial
      - • Improving small scale models and understanding of large scale equipment
  - o Identification of operational improvements and leading teams to implement
    - ▪ Operational Excellence initiatives
      - • 12 hr. task that was highly variable decreased to 15 minutes which was not only scientifically and operationally critical/sound but also a win for ergonomics, health, and safety
    - ▪ Scientific and Engineering Excellence Initiatives
    - ▪ Routine Process Monitoring
    - ▪ COGs and cycle time initiatives
- ➢ Responsible for upstream activities for a Non-Commercial Product - Approved in EU Fall 2014 and approved in US in 2015
  - o Produced Clinical Material and Launch Material
  - o Decreased variability of production process and increased productivity which led to a decreased number of lots to make business plan and speed product to patient faster
    - ▪ All stakeholders were impacted positively
  - o Successful Preapproval Inspection (PAI) – Scientific/Process Lead
- ➢ Technology Transfer of processes from Development to Manufacturing
- ➢ Development of people in scientific, operations and business knowledge to further objectives of the company and individuals for critical thinking beyond SOPs

**Global Technical and Technology Manager/Leader**
**Pall Corporation**        **2010-2012**
**New York, NY**
- ➢ Process development "consulting" in North America, Europe, and Asia highly proprietary
  - o Identification of critical process parameters that impacted process and scalability
  - o Developed methods to screen cell lines to increase the likelihood of obtaining commercial cell line
  - o Troubleshooting and solving growth, pH, oxygen transfer rate issues
  - o Design of Experiment expertise
  - o Developed a method to select cell lines and processes that are able to be cultured microaerobically
    - ▪ Decrease in COGs
- ➢ Developed a new bioreactor configuration to improve scalability for biofuel and biochemical applications i.e., microbial systems
- ➢ Developed "scalable" bioreactor processes at 10 mL scale for profusion systems (Industrial Site)
- ➢ Delivered scalable processes on many continents in mammalian and microbial systems

# EXHIBIT B

**Tiffany D. Rau, PhD,  Six Sigma Master Black Belt**                                        page 8 of 15

• • tiffany@raubiotech.com +1-615-364-3063

➢ Work with downstream groups to ensure that upstream process and product meets their requirements
  - o Increase in productivity does not necessarily give an increase in product to patient or profitability
➢ Consulted on processes for primary cell lines
➢ Global project management - Application team and day to day activities
➢ Built and managed an international team
  - o Scientific team in Europe, Asia, and US
➢ Identifying, developing, and accessing new opportunities that includes new technologies as well as new application areas
  - o Bioreactor designed for low pH applications (Not released)
    - ▪ Allows fungi and yeast strains to be screened controlled decreasing timelines and gaining information for scale-up earlier
➢ Simultaneous global scientific management
  - o Approx. 100 projects from Industrial Biotechnology to Vaccines and MAbs
➢ Manufacturing support
  - o Troubleshooting issues in manufacturing
    - ▪ Raw material components
    - ▪ Operations flow
    - ▪ Scalability issues
  - o Identification of areas of improvements
    - ▪ Design for Manufacturing
      - • Manufacturing needs to be able to produce what R&D develops
        - o pH, oxygen transfer, temperature
      - • Next generation products
        - o Higher titer processes
        - o Optimized downstream
➢ Globally released a product when a start-up was acquired by a Fortune 1000 company. Redefined Process development by  developing the science and the global team to support the technology  i.e. infrastructure. Small scale bioreactors was the new big for process development


**Principal Scientist/Investigator, Microbial and Cell Culture Development**
**Biopharmaceutical Development-**
**Process Development and Cell Line Selection**                                        **2007-2010**
**GlaxoSmithKline  King of Prussia,  PA**
➢ Developed a small scale (miniature/micro) bioreactor system for mammalian cell culture applications
  - o Designed the methodology for screening mammalian cell lines (cell line selection) to identify cell lines that are "Bioreactor" ready as compared to "Shake Flask" ready
  - o Developed and implemented a methodology for screening mammalian cell lines (Process development) which identified conditions (Fed-batch, pH, temperature shifts) that yielded improved titers

# EXHIBIT B

**Tiffany D. Rau, PhD,  Six Sigma Master Black Belt**                                    page 9 of 15

• • tiffany@raubiotech.com +1-615-364-3063

- o Successfully designed and conducted DoEs using the bioreactor system developed
- o System is scalable to larger bioreactors (3L vessels and beyond)
- o The "high-throughput" bioreactor system has been designed to save at least 4 to 6 full time employees based on current practices
- o The "high-throughput" bioreactor system and applications yield a cost savings as well as a time savings
- o 10 mL bioreactor system and applications that were developed were successfully transferred internationally
- o Total solution from sampling to downstream processing was developed
- ➤ Managed a data analysis and data management project for the "high-throughput" miniature/micro bioreactor system
    - o A solution was developed and implemented to address the increase in the amount of data being collected per investigator by using miniature bioreactors
    - o Data solution is expandable to other systems and sites as it is flexible as well as user friendly
- ➤ Worked with analytical group to streamline process for submitting samples for analysis
    - o Value added: time savings for all groups. Decrease the likelihood that samples would be accidentally mixed up
- ➤ Expertise in technology development
- ➤ Designed and managed own laboratory


**Principal Investigator/Graduate Student**                                          **2003-2007**
**Vanderbilt University, Nashville, TN**
**Department of Chemical Engineering**
- ➤ Designed a high-throughput assay for relative MAb titers to efficiently screen for MAb enhancements and to monitor metabolic changes and growth in well-plates
- ➤ Devised cost-effective, high-throughput cell culture assay methodology for metabolism and growth inhibition
- ➤ Discovered that rapamycin was inhibiting the mTOR pathway and down regulating total cellular protein production while increasing the production of monoclonal antibodies
    - o Increased MAb titer by 247% while total cellular protein was decreased by 35%
- ➤ Created network models and then conducted metabolic flux analysis on a variety of systems which included determined systems (direct solution) and overdetermined systems
- ➤ Numerous optimization and validation studies for laboratory equipment and experimental design
- ➤ Managed as well as ran a mammalian cell culture research laboratory


**Teaching Assistant**
**Vanderbilt University, Nashville, TN**
**Department of Chemical Engineering**
- ➤ Engineering Economy, Chemical Process Principles (Energy and Mass Balances), Chemical Engineering Thermodynamic, Introduction to Engineering
    - o Developed innovative methods to explain concepts as well as benchmark learning

# EXHIBIT B

**Tiffany D. Rau, PhD,  Six Sigma Master Black Belt**                                         page 10 of 15

• • tiffany@raubiotech.com +1-615-364-3063

## OTHER EXPERIENCE- TECHNICAL/INDUSTRY FOCUS

- ➢ ESBES (European Society for Biochemical Engineering Sciences Advisory Board  2019-present
- ➢ Society for Industrial Microbiology and Biotechnology Board Member  2018-2021
- ➢ Organizing Committee - 2025, 2020/2021 & 2018 Microbial & Process Eng. Meeting  2016-present
- ➢ 2019, 2017, 2015 Program Chair for Recent Advances in Fermentation Technology  2013-2020
- ➢ Session Chair RAFT (Recent Advances of Fermentation Technology) Meeting  2013
- ➢ Organizing Committee for Workshops: Cell Culture Engineering Conference  2015-2016
- ➢ Workshop Organizer and Facilitator: Cell Culture Engineering Conference  2014
- ➢ Session Chair: SIMB (Society for Industrial Microbiology and Biotechnology)  2012-present
  - o National Meeting
- ➢ Organizing Committee - IFPAC Puerto Rico: QbD and PAT Summit  2014-2015
- ➢ International Maintenance Conference, Institute of Industrial Engineers  1999-2001
  - o Coordinated conference sessions and materials.

## OTHER EXPERIENCE- ACADEMIC FOCUS

- ➢ Adjunct Professor University College Cork Biochemistry and Cell Biology  2024-present
- ➢ Lecturer University College Cork – Advanced Cell & Gene Therapy Diploma  2023
- ➢ External Chemical and Biomolecular Advisory Board- Vanderbilt University  2012-present
- ➢ External Chemical and Biomedical Engineering Advisory Board-FAMU-FL State  2016-present
- ➢ BIOMADE Project – Bioreactor Education Setup and Training (BEST)  2021-2023
- ➢ Creator of the AICHE 2010, 2014, 2017, 2019  National Student Design Problem  2009-2020
  - o Problem: Manufacturing Facility for a Biopharmaceutical: Monoclonal Antibody
  - o Problem: Non-egg Based Flu Vaccine Manufacturing Facility
  - o Problem: Cell Therapy for Spinal Cord Injuries: Commercial Manufacturing Facility
- ➢ Co-Chair of the AICHE National Student Design Committee  2015-2020
- ➢ BioGenius Competition Judge – At Large - BIO Meeting  2014-2023
- ➢ ACS and ESBES International Design Competition – Industry Member  2016-present
- ➢ Industrial Consultant: University of Colorado  2022-present
  - o Design Biopharmaceutical  Design Problems for Senior Chemical and Biomolecular Engineering Students
  - o Advise Students - Senior Design and designing problem statements
- ➢ Industrial Consultant: FAMU-Florida State  2022-present
  - o Advise Students - Senior Design and designing problem statements
- ➢ Industrial Consultant: Vanderbilt University  2013-2016
  - o Design Biopharmaceutical  Design Problems for Senior Chemical and Biomolecular Engineering Students
  - o Advise students with regards to their Senior Design Projects
- ➢ Industrial Consultant: University of Pennsylvania  2008-2014
  - o Design Biopharmaceutical Manufacturing Design Problems for Senior Chemical and Biomolecular Engineering Students

# EXHIBIT B

**Tiffany D. Rau, PhD,  Six Sigma Master Black Belt**                                    page 11 of 15

• • tiffany@raubiotech.com +1-615-364-3063
- o  Advise students with regards to their Senior Design Projects
- ➤ Fermentation module instructor – San Diego City College  Biotechnology Course   2012-2017
- ➤ University of Puerto Rico – Biotechnology Program -Pilot Design Program          2014

## EDUCATION

**Ph.D. in Chemical Engineering, Vanderbilt University**                                **2007**
Dissertation: Biochemical Effects of Rapamycin and Sodium Butyrate in the Enhancement of MAb
Production in the CRL 1606 Hybridoma Cell Line. Advisor: R. Robert Balcarcel and Scott Guelcher

**B.S.E. in Chemical and Biomolecular Engineering, University of Pennsylvania**          **2003**
Minors: Chemistry and Mathematics
Senior Thesis: New Route to 1,3-propanediol. Advisor: Warren Seider.

## AWARDS AND MEDIA COVERAGE

- ➤ Site Ergonomic Award – Evonik-Degussa
  Operational solution to minimize repetitive motion stress and decrease activity time       2016

- ➤ University of Pennsylvania's Molstad Prize for Engineering Design (Advisor)           2014

- ➤ Eli Lilly Excellence Award                                                          2013

- ➤ Technical Application of the Decade Upstream Processing, BPI Finalist                2009

- ➤ Presidential Award: Given by Pall Life Science President for Organizational Excellence   2011

- ➤ Exceptional Scientist Award: Awarded by GSK's R and D Executive Team                2009
  for exceptional and innovative science

- ➤ DePalma, Angelo. Optimizing Cells and Cultures for Better Productivity. Genetic Engineering and
  Biotechnology News Vol 32, No 3, 01 February 2012.

- ➤ Aldridge, Susan. Assessment of Cell Line Performance: Crucial Step in Process Development Can
  be Aided with Smaller Scale Technologies. Genetic Engineering and Biotechnology News Vol 29,
  No 21, 01 December 2009.

# EXHIBIT B

**Tiffany D. Rau, PhD,  Six Sigma Master Black Belt**                                    page 12 of 15

• • tiffany@raubiotech.com +1-615-364-3063

## CONTINUING EDUCATION

| | |
|---|---|
| Root Cause Analysis Training and Certification – ABS Consulting | 2016 |
| Six Sigma: Master Black Belt | 2014 |
| Kaizen Training, Eli Lilly | 2013 |
| Six Sigma: Black Belt | 2012 |
| Six Sigma: Green Belt with certification in Lean and DFSS (Design for Six Sigma) | 2010 |
| Due Diligence Training, GlaxoSmithKline | 2008 |

Translational Research Course: Translating life science discoveries into clinical practice: Research techniques, technologies, and tools, GenNext Technologies, New Brunswick, NJ, June 18-22, 2007.

## PRESENTATIONS (Chronological Order, Selected; *Presentations from 2005 -2012 available on request*)

Rau, TD, "Understanding the Biomanufacturing Ecosystem - The Role of Associations and Other Government Agencies in Supporting Biomanufacturing- Panel," Commercial Biomanufacturing Ireland Informa Conference, Dublin, Ireland December 2024. (Invited)

Rau, TD and P Ramsey, "Efficient Media and Buffer Formulation Development with Mixture Experiments using Space Filling Designs and Machine Learning."  ESBES Meeting, Copenhagen Denmark, October 2024.

Rau, TD. " Overcoming the OT/Automation Challenges Across Cell & Gene Therapy Manufacturing Diversities," ISPE GAMP Meeting, Cork Ireland September 2024. (Invited)

Rau, TD. "Regulatory Updates and Guidance on Downstream Processing and Viral Safety" CHI Bioprocessing Conference, Boston June 2024.

Rau,  TD. and M. Hurley, " Introduction to Bioprocessing - Discovery to Commercialization Workshop" CHI Bioprocessing Conference, Boston June 2024.

Rau, TD., P Ramsey, and M. Hurley, "Delivering Chemistry Manufacturing and Control (CMC) Initiatives using Design for Manufacturing, Modern Design of Experiments, Prediction, and Machine

# EXHIBIT B

**Tiffany D. Rau, PhD,  Six Sigma Master Black Belt**                                                    page 13 of 15

• • tiffany@raubiotech.com +1-615-364-3063

Learning" ESACT Meeting Edinburgh, Scotland, June 2024.

Rau, TD. "Connecting Academia with Biopharma," NIBRT and UCC Partnership Announcement, Cork, Ireland May 2024. (Invited)

Rau, TD and M Hurley. "Process and Equipment: Ensuring Manufacturability from the Development Lab to the Manufacturing Suite,"  American Chemical Society (ACS) National Meeting, New Orleans, LA, March 2024.

Rau, TD. "Opportunities in Cell Therapies: CMC- Process and Equipment" Visiting Scholars  NIBRT 15 January 2024. (Invited)

Rau, TD., P Ramsey. "Characterization and Modeling: Biomanufacturing Processes," 2023 ISPE Biotechnology Conference, Dublin Ireland June 2023.

Rau, TD. "Panel Discussion: Are you Ready for the Acceleration of Cell Therapies?" ASFA National Meeting, Philadelphia May 2022. (Invited)

Rau, TD. "Unlocking the Potential of Advanced Therapies Through Collaborations." Phacilitate Advanced Therapies Week, Miami Florida January 2022. (Invited)

Rau, TD., P Ramsey. "Characterization, Simulation, Modeling of a Biomanufacturing Process Using Definitive Screening Designs and Machine Learning" ESBES 2020 Annual Meeting, Slovenia May 2020. (Virtual due to Covid)

Rau, TD., W. Levin, and P Ramsey. "New Tools and JMP(R) 15 to Facilitate Quality by Design From Development to Commercialization" Discovery Summit 2020, Munich, Germany March 2020.

Rau, TD., W. Levin, and P Ramsey. "New Tools and JMP(R) 15 to Facilitate Quality by Design From Development to Commercialization" Discovery Summit 2020, Munich, Germany March 2020. (Accepted)

Rau, TD and R Stock. "Empowering Manufacturing Decisions through Process Simulation Models," Engineering Conference International: Cell Culture Engineering XVI, Tampa, Florida, May 2018.

Rau, TD and R Stock. Pre-Conference Symposium. "Innovations Leading to Simplification, Cost Reduction, and Cost Modeling" Bioprocess International Conference West, San Francisco, CA March 2018.

Sanchez-Kopper A, M Becker, J Pfizenmaier, T Rau, et al. The fate of dipeptides in CHO cultures and their impact on product quality and cell growth, Japanese Association for Animal Cell Technology (JAACT): Animal Technology, Something New, Kobe, Japan November 2016.

# EXHIBIT B

**Tiffany D. Rau, PhD,  Six Sigma Master Black Belt**                                    page 14 of 15

• • tiffany@raubiotech.com +1-615-364-3063

Rau, TD and TR Bruck, "Biotechnology Program at San Diego City College in San Diego, CA: Industry and Academia Partnering to Deliver Rewarding and Informative Educational Experiences in the Biotechnology Field Recent Advances in Fermentation Technology (RAFT), Clearwater Beach, FL, November 2015.

Rau, TD. "Delivering the Pipeline a Global Perspective of Process Development and Design for Manufacturing. Bioprocessing Summit, Boston, MA August 2015. ( Keynote and Roundtable Host)

Rau, TD, "Fulfilling and Going Beyond QbD and PAT Concepts: A People Perspective." IFPAC – PAT and QbD, San Juan, Puerto Rico, June 2015.

Mahir, Luqman Ahmad, Elaine Qian, Madeline Williams, Rau, TD, et al. "Design of a Large Scale Manufacturing Process and Site for Neural Stem Cells for a Spinal Cord Injury Treatment," American Institute of Chemical Engineering (AICHE) National Meeting, Atlanta, Georgia, November 2014.

Mahir, Luqman Ahmad, Elaine Qian, Madeline Williams, Rau, TD, et al. "Large Scale Production of Neural Stem Cells for Spinal Cord Injury Treatment," Society of Industrial Microbiology (SIM) National Meeting, St Louis, Missouri, July 2014.

Rau, TD. "Oxygen, KLA, Gas Hold-up, and Antifoam in Biopharmaceutical Processes."  IFPAC – PAT and QbD, San Juan, Puerto Rico, June 2014.

Rau, TD, "Cell Culture and Fermentation: From Discovery to Commercialization." University of Puerto Rico Chemical Engineering and Biotechnology Seminar Series, Puerto Rico, February 2014.

Kinnevy, E, I Penkala, A Soohoo, J Vogel, M Wattenberger, T Rau. "Non-Traditional Flu Vaccine Manufacturing Facility," Recent Advances in Fermentation Technology (RAFT), Marco Island, FL, November 2013.

Rau, TD, "Industrial participation in engineering capstone projects," Recent Advances in Fermentation Technology (RAFT), Marco Island, FL, November 2013.

Rau, TD. "Delivering Innovation from Microbes to Stem Cells." IFPAC – PAT and QbD, San Juan, Puerto Rico, June 2013.

Rau, TD, "Fermentation: It's Ancient but Innovative," Lilly Academy 2013, San Juan Puerto Rico, May 2013.


**PUBLICATIONS**

# EXHIBIT B

**Tiffany D. Rau, PhD,  Six Sigma Master Black Belt**                                        page 15 of 15

• • tiffany@raubiotech.com +1-615-364-3063

Baltz, R.H., Greasham, R, Schwartz, R,  Rau, T. et al.  *Introduction to the Special Issue on "Recent Advances in Fermentation Technology 2020,"* J Ind Microbiol Biotechnol (2020) 47: 909-911. https://doi.org/10.1007/s10295-020-02332-1

Agbogbo, F.K., Ecker, D.M., Farrand, A., Rau, T.D et al.  *Current Perspectives on Biosimilars*, J Ind Microbiol Biotechnol (2019) 46: 1297. https://doi.org/10.1007/s10295-019-02216-z

Rau, T.D. RAFT 2019:  *"Delivering Innovative Fermentation Products: Organism and Process,"* SIMB News. Fall 2019 (July, August, September).

Rau, T.D. *Recent Advances in Fermentation Technology – Bench to Commercialization*, SIMB News.  Summer 2017 (April, May, June).

Rau, T.D. *Review: Cell Culture and Fermentation: Delivering Innovation and Quality Session at SIMB 2016 Annual Meeting*, SIMB News. Winter 2016 (Oct, Nov, Dec).

Rau, T.D. *High-throughput small scale bioreactors, Micro-24 Microbioreactors: a tool to develop the next generation of mammalian and microbial biopharmaceuticals and industrial biotechnology products.* Drug Discovery Today Vol 16, Issues 23-24,1062, December 2011.

Roy, B.M., T.D. Rau, and R.R. Balcarcel. *Toxic concentrations of exogenously supplied methylglyoxal in hybridoma cell culture*. Cytotechnology 46, 97-107, 2004.

Rau, T.D. and R.R. Balcarcel. *A 96-well plate assay for relative monoclonal antibody titers*. BioProcess International 4, 43-48, 2006.

Capstone Projects/Senior Design Projects with students from the University of Pennsylvania and Vanderbilt University - Available upon request.

Editor – Special Issue of JIMB (Journal of Industrial Microbiology and Biotechnology) – Focus on Fermentation Engineering (November 2020)

## PROFESSIONAL SOCIETIES AND ACTIVITIES (SELECTED)

American Institute of Chemical Engineering (AIChE), American Chemical Society (BIOT), Society for Biological Engineering, European Society for Animal Cell Technology (ESACT), ISPE, Society of Industrial Microbiology and Biotechnology (SIMB), Engineering Conferences International, Sigma Xi, The Scientific Research Society, and BIO.