# EXHIBIT 46-A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN BIOTECH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. _____ |
| AMGEN INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## COMPLAINT

## INTRODUCTION

1. Janssen's scientists and clinicians spent decades developing STELARA® (ustekinumab), a complex biological product and a first-in-kind anti-IL-12/IL-23 fully human antibody medicine. Janssen invested many millions of dollars and countless research hours, and sponsored over 100 clinical trials to expand STELARA®'s use into a variety of diseases and patient populations. Hundreds of thousands of patients have benefited from Janssen's innovative work to date. Currently, STELARA® is prescribed in the United States to treat plaque psoriasis, psoriatic arthritis, Crohn's disease, and ulcerative colitis ("UC").

2. Amgen Inc. ("Amgen" or "Defendant") is preparing to commercialize ABP 654, a "biosimilar" copy of STELARA®—that is, a copy designed to have the same amino acid sequence as the active ingredient (ustekinumab) and highly similar physical and biological properties, so it can be sold as a substitute for STELARA®.

3. The Biosimilar Price Competition and Innovation Act of 2009 ("BPCIA") established an abbreviated regulatory pathway for biosimilar applicants to seek FDA approval. 42 U.S.C. § 262 *et seq*. Importantly however, the BPCIA does *not* give biosimilar applicants like

ME1 43489395v.1

**Exhibit**

**PX00312**

JNJ-STELARA_003456294

Amgen license to infringe Janssen's patents; rather, it sets forth an intricate process, colloquially called the "patent dance," by which the parties can identify relevant patents and, if need be, litigate their infringement and validity in Court *before* the biosimilar launches.

4.      On November 7, 2022, Amgen informed Janssen of its intention, pursuant to 42 U.S.C. § 262(l)(8)(A), to begin marketing its biosimilar version of STELARA® in 180 days (i.e., on May 6, 2023) or immediately upon receiving FDA approval thereafter. Ex. A. Amgen further stated that it intends to market ABP 654 for all indications for which STELARA® is approved. *Id.*

5.      If Amgen carries through with its stated plan, it will infringe at least two Janssen patents that cover STELARA®. Specifically, Amgen's launch of ABP 654 will infringe at least U.S. Patent No. 6,902,734 ("the '734 patent") covering ustekinumab (the active compound in STELARA®), and U.S. Patent No. 10,961,307 ("the '307 patent") covering methods of treating ulcerative colitis with this medicine.

6.      Janssen files this action seeking a declaratory judgment of infringement, and to preliminarily and permanently enjoin Amgen from infringing at least the '734 and '307 patents.

**NATURE OF THE ACTION**

7.      Janssen Biotech, Inc. ("Janssen" or "Plaintiff"), for its Complaint against Amgen, further alleges as follows:

8.      This civil action arises under the Patent Laws of the United States, 35 U.S.C. §§ 1, *et seq.*, including 35 U.S.C. § 271(a)-(c) & (e), the BPCIA, including 42 U.S.C. § 262(l), and the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202.

9.      This lawsuit results from Amgen's planned and/or ongoing manufacture, use, offer to sell, sale, and import/export of its biosimilar to STELARA® (ustekinumab), called ABP 654—

2

ME1 43489395v.1

JNJ-STELARA_003456295

Case 2:23-cv-00629-JKW-LRL    Document 458-30    Filed 08/06/25    Page 4 of 204
PageID# 24181
Case 1:22-cv-01549-UNA   Document 1   Filed 11/29/22   Page 3 of 27 PageID #: 3

which will infringe Janssen's patents concerning its innovative biologic drug, STELARA®, including at least the '734 and '307 patents.

## PARTIES

10.     Janssen is a Pennsylvania corporation with its principal place of business at 800 Ridgeview Road, Horsham, Pennsylvania, 19044.

11.     Upon information and belief, Amgen is a Delaware corporation with a principal place of business at One Amgen Center Drive, Thousand Oaks, California, 91320.

12.     Upon information and belief, Amgen is a biopharmaceutical company in the business of developing, manufacturing, marketing, and selling both biologic and biosimilar drugs, including the proposed biosimilar version of Janssen's STELARA® (ustekinumab) product, ABP 654.

## JURISDICTION AND VENUE

13.     This is an action for patent infringement under the Patent Laws of the United States, 35 U.S.C. §§ 1, *et seq.*, including 35 U.S.C. § 271(a)-(c) & (e), the BPCIA, including 42 U.S.C. § 262(*l*), and the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201(a), and 2202.

14.     The Court has personal jurisdiction over Amgen because Amgen is a corporation organized and existing under the laws of Delaware, and has availed itself of the rights and benefits of Delaware law, including by engaging in patent litigation in this District. *See, e.g., Amgen Inc. v. USV Private Ltd.*, No. 22-387-MN (D. Del.); *Amgen Inc. v. Aurobindo Pharm. Ltd.*, No. 22-227-MN (D. Del.); *Amgen Inc. v. MSN Lab'ys Private Ltd.*, 21-662-MN (D. Del.); *Amgen Inc. v. Alembic Pharm. Ltd.*, No. 21-61-CFC (D. Del.); *Amgen Inc. v. Hospira*, Inc., No. 20-561-CFC (D. Del.). Furthermore, on information and belief, Amgen has regularly and systematically transacted

3

JNJ-STELARA®_003456296

business in Delaware, has engaged in substantial and continuing contacts with Delaware, and through its intended launch will commit acts of patent infringement in Delaware.

15.   Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)-(c) and 28 U.S.C. § 1400 because Amgen, a Delaware corporation subject to personal jurisdiction in the judicial district of Delaware, resides in the District. Furthermore, on information and belief, Amgen has regularly and systematically transacted business in Delaware and through its intended launch will commit acts of patent infringement in Delaware.

## STELARA®

16.   STELARA® is a fully human antibody biologic medicine with the active ingredient ustekinumab, which is a fully human isolated anti-IL-12 antibody.[1]

17.   STELARA® was first approved by the FDA in September 2009 for the treatment of adults with moderate to severe plaque psoriasis. Today, STELARA® is approved to treat a number of different conditions and patient populations: both adult patients and pediatric patients six years and older with moderate to severe plaque psoriasis who are candidates for phototherapy or systemic therapy; both adult patients and pediatric patients six years and older with active psoriatic arthritis; adult patients with moderately to severely active Crohn's disease; and adult patients with moderately to severely active UC.

18.   The FDA approved STELARA®'s use to treat UC, the most recent indication, in October 2019. For this indication, STELARA® is prescribed, recommended, or suggested in its label for administration to subjects with moderately to severely active ulcerative colitis as a

---

[1] Ustekinumab, the antibody that is the active ingredient in STELARA®, binds both IL-12 and IL-23 in the body; it can thus be characterized as an anti-IL-12 antibody, as well as an anti-IL-12/IL-23 antibody.

4

ME1 43489395v.1

JNJ-STELARA_003456297

Case 2:23-cv-00629-JKW-LRL     Document 458-30     Filed 08/06/25     Page 6 of 204
PageID# 24183
Case 1:22-cv-01549-UNA   Document 1   Filed 11/29/22   Page 5 of 27 PageID #: 5

pharmaceutical composition comprising a clinically proven safe and clinically proven effective amount of ustekinumab.

### ABP 654, THE AMGEN BIOSIMILAR PRODUCT

19.     Amgen has developed a proposed biosimilar to Janssen's STELARA® product, called ABP 654. Amgen has publicly announced that "ABP 654 is being developed as a biosimilar candidate to STELARA," and further that "ABP 654 has the same pharmaceutical form, dosage strength, route of administration and dosing regimen as" STELARA®. Ex. B at 2-3.

20.     On November 11, 2020, Amgen initiated a Phase 3 study evaluating the efficacy and safety of ABP 654 compared with STELARA®. *See* Ex. C. Amgen has publicly stated that this Phase 3 study "evaluating the efficacy and safety of ABP 654 compared to STELARA® … demonstrat[ed] no clinically meaningful differences between ABP 654 and STELARA." *See* Ex. B at 1; *see also* Ex. D at 41 ("Preliminary results from a Phase 3 study evaluating the efficacy and safety compared to STELARA® in adult patients with moderate to severe plaque psoriasis met the primary efficacy endpoint.").

21.     Amgen is also conducting a separate Phase 3 study to investigate interchangeability of ABP 654 for STELARA®. *See* Ex. E; *see also* Ex. F at 40 ("A Phase 3 study to support an interchangeability designation in the U.S. is ongoing.").

22.     Amgen has made several public statements regarding the development of ABP 654 at numerous scientific and healthcare investor conferences. *See, e.g.*, Exs. G-I.

23.     The FDA has not yet approved Amgen's proposed ABP 654 biosimilar product.

### AMGEN'S aBLA

24.     On information and belief, on or before November 3, 2022, Amgen submitted an aBLA to the FDA seeking approval to market in the United States a biosimilar version of Janssen's

ME1 43489395v.1

JNJ-STELARA_003456298

STELARA® product. On November 3, 2022, Amgen publicly announced that Phase 3 data had been "submitted to the FDA to support U.S. approval" of its biosimilar copy of STELARA® (ustekinumab). *See* Ex. J at 42. Amgen's aBLA submission to the FDA[2] constitutes an act of infringement under the BPCIA. *See* 42 U.S.C. § 271(e)(2)(C)(ii).

25.    On November 11, 2022, counsel for Janssen asked Amgen's counsel whether Amgen had filed its aBLA with FDA, whether and when FDA had accepted Amgen's aBLA application, whether Amgen intends to participate in the BPCIA "patent dance," and whether Amgen would provide its aBLA to Janssen. *See* Ex. K. Amgen refused to disclose when it filed its aBLA, whether the FDA has accepted it, whether Amgen intends to participate in the BPCIA "patent dance," or whether the BPCIA's deadline by which Amgen must provide Janssen with a copy of its aBLA has passed. Amgen also refused to provide Janssen with either a copy of its aBLA or any other requested information.

26.    Amgen's submission of an aBLA is an act of artificial infringement. 35 U.S.C. § 271(e)(2)(C). Because Amgen has refused to provide its aBLA, Janssen has identified patents that "could be identified pursuant to section 351(l)(3)(A)(i)." 35 U.S.C. § 271(e)(2)(C)(ii); *Sandoz Inc. v. Amgen Inc.*, 137 S. Ct. 1664, 1674–75 (2017) (failure to provide aBLA "does not define the act of artificial infringement itself" but "merely assists in identifying which patents will be the subject of the artificial infringement suit").

---

[2] Amgen's Notice of Commercial Marketing further supports that Amgen has already submitted its aBLA, since Amgen informed Janssen that it provided that notice "[p]ursuant to 42 U.S.C. § 262(l)(8)(A)." Ex. A. The cited statutory section, 42 U.S.C. § 262(*l*)(8)(A), provides that "[t]he *subsection (k) applicant shall provide notice* to the reference product sponsor not later than 180 days before the date of the first commercial marketing…" (emphasis added). By providing notice "pursuant to" § 262(*l*)(8)(A), Amgen confirms it is a "subsection (k) applicant"—an aBLA submitter under 42 U.S.C. § 262(k).

ME1 43489395v.1

JNJ-STELARA_003456299

Case 2:23-cv-00629-JKW-LRL   Document 458-30   Filed 08/06/25   Page 8 of 204
PageID# 24185
Case 1:22-cv-01549-UNA   Document 1   Filed 11/29/22   Page 7 of 27 PageID #: 7

27.     Based on Amgen's failure to disclose its aBLA, the BPCIA also authorizes Janssen to "bring an action under section 2201 of title 28 for a declaration of infringement, validity, or enforceability of *any patent that claims the biological product or a use of the biological product*." 42 U.S.C. § 262(l)(9)(C) (emphasis added).

## AMGEN'S NOTICE OF COMMERCIAL MARKETING

28.     On November 7, 2022, Amgen provided its 180-day notice of commercial marketing to Janssen, stating:

> Pursuant to 42 U.S.C. § 262(*l*)(8)(A), Amgen hereby provides this notice of commercial marketing not later than 180 days before the date of the first commercial marketing of Amgen's ABP 654 drug products that are biosimilar candidates to the drug products covered by Biologics License Application Nos. 125261 and 761044 ("Stelara® drug products"). Amgen intends to commercially market its ABP 654 drug products with a full label that includes all the FDA approved indications for the Stelara® drug products. Amgen will decide on a specific date to commence U.S. commercial marketing of its ABP 654 drug products and intends to be ready to commence commercial marketing upon receiving FDA approval.

Ex. A.

29.     This notice signals Amgen's stated intent to begin selling its infringing biosimilar product after 180 days, i.e., on May 6, 2023 (or as soon thereafter as it receives FDA approval to do so). Ex. A (Amgen "intends to be ready to commence commercial marketing upon receiving FDA approval"). Amgen informed Janssen it intends to market ABP 654 for all indications and patient groups for which STELARA® is approved. Ex. A ("Amgen intends to commercially market its ABP 654 drug products with a full label that includes all the FDA approved indications for the Stelara® drug products.").

30.     Further, Amgen's stated intention to launch its ABP 654 biosimilar product as soon as possible presents a controversy of sufficient immediacy to support declaratory judgment of patent infringement under 35 U.S.C. § 271(a)-(c) and (e).

ME1 43489395v.1

JNJ-STELARA_003456300

Case 2:23-cv-00629-JKW-LRL    Document 458-30    Filed 08/06/25    Page 9 of 204
PageID# 24186
Case 1:22-cv-01549-UNA    Document 1    Filed 11/29/22    Page 8 of 27 PageID #: 8

31.    On information and belief, the FDA's approval of Amgen's aBLA is imminent.[3] The FDA has expressed its intention to "[r]eview and act on 90 percent of original biosimilar biological product application submissions within 10 months of the 60 day filing date." Ex. L at 4. Although Amgen has refused to disclose its aBLA filing date, the fact that Amgen has filed its aBLA indicates that it could gain FDA approval of ABP 654 in the second or third quarter of 2023.

32.    Amgen's submission of its aBLA, combined with its stated intention to begin commercial manufacture, use, sale, offers for sale, and/or importation of ABP 654 in 180 days or immediately upon FDA approval thereafter, creates an actual, immediate, and real controversy within the Declaratory Judgment Act that Amgen will infringe one or more of the claims of the '734 patent and/or the '307 patent, literally or under the doctrine of equivalents.

33.    As set forth below, Amgen's ABP 654 biosimilar product will infringe Janssen's patents, including at least the '734 and '307 patents, either literally or under the doctrine of equivalents. *See* 35 U.S.C. §§ 271(a)-(c) & (e).

34.    These facts show that there is a substantial controversy, between parties having adverse legal interests, of sufficient immediacy and reality to warrant the issuance of a declaratory judgment.

## JANSSEN'S ASSERTED PATENTS

35.    In the course of developing STELARA®, Janssen obtained patents related to ustekinumab (the fully human monoclonal anti-IL-12 antibody that is the active compound in STELARA®), as well as its administration to treat UC.

---

[3] Unlike the Hatch-Waxman Act, filing a lawsuit under the BPCIA does not trigger an automatic 30-month stay of FDA approval for the biosimilar. Instead, the FDA approval process continues regardless of any patent infringement.

8

ME1 43489395v.1

JNJ-STELARA_003456301

36.    Janssen asserts the '734 and '307 patents in this suit (together, the "Asserted Patents").

### The '734 Patent

37.    The '734 patent is titled "Anti-IL-12 antibodies and compositions thereof," and was duly and legally issued on June 7, 2005. A true and correct copy of the '734 patent is attached hereto as Ex. M. Janssen is the owner by assignment of the '734 patent. Broadly speaking, the '734 patent is directed to and claims compositions of ustekinumab, the antibody that is the active ingredient in STELARA®. The '734 patent includes four claims, two of which are independent. Claim 1 recites:

> 1. An isolated anti-IL-12 antibody, comprising a heavy chain variable region ($V_H$) of the amino acid sequence set forth in SEQ ID NO:7 and a light chain variable region ($V_L$) of the amino acid sequence set forth in SEQ ID NO:8.

### The '307 Patent

38.    The '307 patent is titled "Methods of Treating Moderately to Severely Active Ulcerative Colitis by Administering an Anti-IL12/IL23 Antibody," and was duly and legally issued on March 30, 2021. A true and correct copy of the '307 patent is attached hereto as Ex. N. Janssen is the owner by assignment of the '307 patent. In general, the '307 patent is directed to and claims methods of treating ulcerative colitis with ustekinumab, the antibody that is the active ingredient in STELARA®. The '307 patent includes 34 claims, four of which are independent. Claim 3 (which depends from Claim 1) recites:

> 1. A method of treating moderately to severely active ulcerative colitis (UC) in a subject in need thereof, comprising administering to the subject a pharmaceutical composition comprising a clinically proven safe and clinically proven effective amount of an anti-IL-12/IL-23p40 antibody, wherein the antibody comprises a heavy chain variable region and a light chain variable region, the heavy chain variable region comprising: a complementarity determining region heavy chain 1 (CDRH1) amino acid sequence of SEQ ID NO:1; a CDRH2 amino acid sequence of SEQ ID

9

ME1 43489395v.1

JNJ-STELARA_003456302

Case 2:23-cv-00629-JKW-LRL    Document 458-30    Filed 08/06/25    Page 11 of 204
PageID# 24188
Case 1:22-cv-01549-UNA    Document 1    Filed 11/29/22    Page 10 of 27 PageID #: 10

NO:2; and a CDRH3 amino acid sequence of SEQ ID NO:3; and the light chain variable region comprising: a complementarity determining region light chain 1 (CDRL1) amino acid sequence of SEQ ID NO:4; a CDRL2 amino acid sequence of SEQ ID NO:5; and a CDRL3 amino acid sequence of SEQ ID NO:6, wherein after treating with the antibody, the subject is a responder to treatment by at least one measure of response to treatment selected from the group consisting of: (i) clinical remission based on at least one of the global definition of clinical remission with Mayo score ≤2 points with no individual subscore >1 and the US definition of clinical remission with absolute stool number ≤3, rectal bleeding subscore of 0 and Mayo endoscopy subscore of 0 or 1, (ii) endoscopic healing with a Mayo endoscopy subscore of 0 or 1, (iii) clinical response based on the Mayo endoscopy subscore, (iv) improvements from baseline in Inflammatory Bowel Disease Questionnaire (IBDQ) score, (v) mucosal healing, (vi) decrease from baseline in Mayo score, and (vii) clinical response as determined by a decrease from baseline in the Mayo score by ≥30% and ≥3 points and a decrease from baseline in the rectal bleeding subscore ≥1 points or a rectal bleeding subscore of 0 or 1.

3. … wherein the antibody comprises a heavy chain of the amino acid sequence of SEQ ID NO:10 and a light chain of the amino acid sequence of SEQ ID NO:11.

## COUNT I
### Infringement of the '734 Patent Under 35 U.S.C. § 271(e)(2)(C)(ii)

39.    Janssen incorporates by reference the allegations set forth in paragraphs 1 through 38 as though fully set forth herein.

40.    On information and belief, on or before November 3, 2022, Amgen submitted an aBLA to the FDA seeking approval for the commercial manufacture, use, offer for sale, sale, and/or importation of ABP 654, its biosimilar version of STELARA® (ustekinumab). Ex. J at 42. The reference products for ustekinumab are BLA Nos. 125261 and 761044. Janssen is the holder of BLA Nos. 125261 and 761044.

41.    Amgen has not provided Janssen a copy of its aBLA. But to be marketed as biosimilar to STELARA® pursuant to 42 U.S.C. § 262(i)(2) & (k)(2)(A)(i), ABP 654 must be highly similar to STELARA® with only minor differences in clinically inactive components, and with no clinically meaningful difference between ABP 654 and STELARA® in terms of safety,

10

ME1 43489395v.1

JNJ-STELARA_003456303

Case 2:23-cv-00629-JKW-LRL    Document 458-30    Filed 08/06/25    Page 12 of 204
PageID# 24189
Case 1:22-cv-01549-UNA    Document 1    Filed 11/29/22    Page 11 of 27 PageID #: 11

purity, and potency. Ustekinumab is the active ingredient in STELARA®. Accordingly, ABP 654 must contain either ustekinumab or a human monoclonal antibody identical or highly similar in amino acid sequence to ustekinumab, and also highly similar in other characteristics (*e.g.*, post-translational modifications, carbohydrate profile, etc.).

42.    On information and belief, the active ingredient in ABP 654 is an isolated anti-IL-12 antibody having an amino acid sequence identical to ustekinumab. Such an antibody meets multiple claims of the '734 patent. For example, Claim 1 recites:

> 1. An isolated anti-IL-12 antibody, comprising a heavy chain variable region ($V_H$) of the amino acid sequence set forth in SEQ ID NO:7 and a light chain variable region ($V_L$) of the amino acid sequence set forth in SEQ ID NO:8.

43.    On information and belief, as a biosimilar to STELARA®, the active ingredient in ABP 654 is an isolated anti-IL-12 antibody.

44.    The heavy chain variable region ($V_H$) of SEQ ID NO:7 recited in Claim 1 is the heavy chain variable region sequence of ustekinumab. The light chain variable region ($V_L$) of SEQ ID NO:8 is the light chain variable region sequence of ustekinumab. On information and belief, as a biosimilar to STELARA®, the active ingredient in ABP 654 has the same heavy chain variable region sequence as ustekinumab and SEQ ID NO:7, and the same light chain variable region sequence as ustekinumab and SEQ ID NO:8.

45.    Moreover, pursuant to 42 U.S.C. § 262(k)(2)(A)(i), the active ingredient in ABP 654 and ustekinumab must utilize the same mechanism or mechanisms of action for the condition or conditions of use. Amgen has publicly stated that its Phase 3 study "evaluating the efficacy and safety of ABP 654 compared to STELARA® … demonstrat[ed] no clinically meaningful differences between ABP 654 and STELARA." *See* Ex. B at 1.

11

ME1 43489395v.1

JNJ-STELARA_003456304

46. Thus, on information and belief, Amgen's submission of its aBLA to obtain approval to engage in the commercial manufacture, use, sale, offer to sell, and/or importation of ABP 654 prior to the expiration of the '734 patent is an act of infringement of one or more of the claims of the '734 patent under 35 U.S.C. § 271(e)(2)(C)(ii), either literally or under the doctrine of equivalents.

47. On information and belief, Amgen is aware, has knowledge, and/or is willfully blind to the fact that the commercial manufacture, use, sale, offer to sell, and/or importation of ABP 654 directly infringes at least one claim of the '734 patent, either literally or under the doctrine of equivalents.

48. On information and belief, Amgen will knowingly or with willful blindness induce or contribute to another's direct infringement of at least one claim of the '734 patent, either literally or under the doctrine of equivalents.

49. Amgen has knowledge of and is aware of the '734 patent, including due to both Janssen's counsel's November 11, 2022 email, *see* Ex. K, and the filing of this Complaint, and on information and belief, has been aware of the '734 patent for months, if not years, before then.

50. Janssen will suffer irreparable injury for which damages are an inadequate remedy unless Amgen is enjoined from infringing the claims of the '734 patent.

51. Janssen seeks an injunction preventing Amgen from the commercial manufacture, use, sale, offer for sale within and/or importation into the United States of ABP 654.

**COUNT II**
**Declaratory Judgment of Infringement of the '734 Patent**

52. Janssen incorporates by reference the allegations set forth in paragraphs 1 through 38 as though fully set forth herein.

12

ME1 43489395v.1

JNJ-STELARA_003456305

Case 2:23-cv-00629-JKW-LRL   Document 458-30   Filed 08/06/25   Page 14 of 204
PageID# 24191
Case 1:22-cv-01549-UNA   Document 1   Filed 11/29/22   Page 13 of 27 PageID #: 13

53.     This declaratory judgment action is authorized by, *inter alia*, the BPCIA due to Amgen's provision of a notice of commercial marketing, and by the Declaratory Judgment Act. *See* 42 U.S.C. §§ 262(*l*)(8)(A-B), 262(*l*)(9)(C); 35 U.S.C. § 271(e); 28 U.S.C. §§ 2201, 2202. A judicial determination of infringement is necessary and appropriate to resolve this controversy.

54.     On information and belief, on or before November 3, 2022, Amgen submitted an aBLA to the FDA seeking approval for the commercial manufacture, use, offer for sale, sale, and/or importation of ABP 654, its biosimilar version of STELARA® (ustekinumab). Ex. J at 42. The reference products for ustekinumab are BLA Nos. 125261 and 761044. Janssen is the holder of BLA Nos. 125261 and 761044.

55.     On November 7, 2022, Amgen provided Janssen a notice of commercial marketing pursuant to 42 U.S.C. § 262(*l*)(8)(A). Ex. A.

56.     On information and belief, Amgen has made substantial preparations and intends to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of ABP 654 after 180 days, i.e., on May 6, 2023 (or as soon thereafter as it receives FDA approval to do so). Ex. A (Amgen "intends to be ready to commence commercial marketing upon receiving FDA approval"). Amgen informed Janssen it intends to market ABP 654 for all indications and patient groups for which STELARA® is approved. Ex. A ("Amgen intends to commercially market its ABP 654 drug products with a full label that includes all the FDA approved indications for the Stelara® drug products."). Amgen's stated intention to launch its ABP 654 biosimilar product as soon as possible presents a controversy of sufficient immediacy to support declaratory judgment of patent infringement under 35 U.S.C. § 271(a)-(c) and (e).

57.     Amgen's submission of its aBLA, combined with its stated intention in its Notice of Commercial Marketing to begin commercial manufacture, use, sale, offers for sale, and/or

ME1 43489395v.1

JNJ-STELARA_003456306

Case 2:23-cv-00629-JKW-LRL    Document 458-30    Filed 08/06/25    Page 15 of 204
PageID# 24192
Case 1:22-cv-01549-UNA    Document 1    Filed 11/29/22    Page 14 of 27 PageID #: 14

importation of ABP 654 prior to the expiration of the '734 patent (i.e., on May 6, 2023 or immediately upon FDA approval thereafter), creates an actual, immediate, and real controversy within the Declaratory Judgment Act that Amgen will infringe one or more of the claims of the '734 patent, literally or under the doctrine of equivalents.

58.     Amgen has not provided Janssen a copy of its aBLA. But to be marketed as biosimilar to STELARA® pursuant to 42 U.S.C. § 262(i)(2) & (k)(2)(A)(i), ABP 654 must be highly similar to STELARA® with only minor differences in clinically inactive components, and with no clinically meaningful difference between ABP 654 and STELARA® in terms of safety, purity, and potency. Ustekinumab is the active ingredient in STELARA®. Accordingly, ABP 654 must contain either ustekinumab or a human monoclonal antibody identical or highly similar in amino acid sequence to ustekinumab, and also highly similar in other characteristics (*e.g.*, post-translational modifications, carbohydrate profile, etc.).

59.     On information and belief, the active ingredient in ABP 654 is an isolated anti-IL-12 antibody and has an amino acid sequence identical to ustekinumab. Such an antibody meets multiple claims of the '734 patent. For example, Claim 1 recites:

> 1. An isolated anti-IL-12 antibody, comprising a heavy chain variable region ($V_H$) of the amino acid sequence set forth in SEQ ID NO:7 and a light chain variable region ($V_L$) of the amino acid sequence set forth in SEQ ID NO:8.

60.     On information and belief, as a biosimilar to STELARA®, the active ingredient in ABP 654 is an isolated anti-IL-12 antibody.

61.     The heavy chain variable region ($V_H$) of SEQ ID NO:7 recited in Claim 1 is the heavy chain variable region sequence of ustekinumab. The light chain variable region ($V_L$) of SEQ ID NO:8 is the light chain variable region sequence of ustekinumab. On information and belief, as a biosimilar to STELARA®, the active ingredient in ABP 654 has the same heavy chain variable

ME1 43489395v.1

JNJ-STELARA_003456307

Case 2:23-cv-00629-JKW-LRL   Document 458-30   Filed 08/06/25   Page 16 of 204
PageID# 24193
Case 1:22-cv-01549-UNA   Document 1   Filed 11/29/22   Page 15 of 27 PageID #: 15

region sequence as ustekinumab and SEQ ID NO:7, and the same light chain variable region sequence as ustekinumab and SEQ ID NO:8.

62.     Moreover, pursuant to 42 U.S.C. § 262(k)(2)(A)(i), the active ingredient in ABP 654 and ustekinumab must utilize the same mechanism or mechanisms of action for the condition or conditions of use. Amgen has publicly stated that its Phase 3 study "evaluating the efficacy and safety of ABP 654 compared to STELARA® … demonstrat[ed] no clinically meaningful differences between ABP 654 and STELARA." *See* Ex. B at 1.

63.     On information and belief, Amgen has directly infringed or will directly infringe at least one claim of the '734 patent by making, using, offering for sale, selling within and/or importing into the United States ABP 654, either literally or under the doctrine of equivalents, under 35 U.S.C. § 271(a).

64.     On information and belief, Amgen has an affirmative intent to actively induce or contribute to infringement by others of at least one claim of the '734 patent, either literally or under the doctrine of equivalents, under 35 U.S.C. § 271(b)-(c).

65.     On information and belief, through submitting its aBLA to FDA, Amgen has infringed or will infringe at least one claim of the '734 patent, either literally or under the doctrine of equivalents, under 35 U.S.C. § 271(e).

66.     On information and belief, Amgen is aware, has knowledge, and/or is willfully blind to the fact that the commercial manufacture, use, sale, offer to sell, and/or importation of ABP 654 directly infringes at least one claim of the '734 patent, either literally or under the doctrine of equivalents.

15

ME1 43489395v.1

JNJ-STELARA_003456308

67.      On information and belief, Amgen will knowingly or with willful blindness induce or contribute to another's direct infringement of at least one claim of the '734 patent, either literally or under the doctrine of equivalents.

68.      Amgen has knowledge of and is aware of the '734 patent, including due to both Janssen's counsel's November 11, 2022 email, *see* Ex. K, and the filing of this Complaint, and on information and belief, has been aware of the '734 patent for months, if not years, before then.

69.      Janssen will suffer irreparable injury for which damages are an inadequate remedy unless Amgen is enjoined from infringing the claims of the '734 patent.

70.      Janssen seeks a declaratory judgment that future commercial manufacture, use, sale, offer for sale, and/or importation of ABP 654 will infringe the '734 patent.

71.      Janssen seeks an injunction preventing Amgen from the commercial manufacture, use, sale, offer for sale within and/or importation into the United States of ABP 654.

## COUNT III
### Infringement of the '307 Patent Under 35 U.S.C. § 271(e)(2)(C)(ii)

72.      Janssen incorporates by reference the allegations set forth in paragraphs 1 through 38 as though fully set forth herein.

73.      On information and belief, on or before November 3, 2022, Amgen submitted an aBLA to the FDA seeking approval for the commercial manufacture, use, offer for sale, sale, and/or importation of ABP 654, its biosimilar version of STELARA® (ustekinumab). Ex. J at 42. The reference products for ustekinumab are BLA Nos. 125261 and 761044. Janssen is the holder of BLA Nos. 125261 and 761044.

74.      Amgen has not provided Janssen a copy of its aBLA. But to be marketed as biosimilar to STELARA® pursuant to 42 U.S.C. § 262(i)(2) & (k)(2)(A)(i), ABP 654 must be highly similar to STELARA® with only minor differences in clinically inactive components, and

16

ME1 43489395v.1

JNJ-STELARA_003456309

with no clinically meaningful difference between ABP 654 and STELARA® in terms of safety, purity, and potency. Ustekinumab is the active ingredient in STELARA®. Accordingly, ABP 654 must contain either ustekinumab or a human monoclonal antibody identical or highly similar in amino acid sequence to ustekinumab, and also highly similar in other characteristics (*e.g.*, post-translational modifications, carbohydrate profile, etc.).

75.     Moreover, pursuant to 42 U.S.C. § 262(k)(2)(A)(i), the active ingredient in ABP 654 and ustekinumab must utilize the same mechanism or mechanisms of action for the condition or conditions of use. Amgen has publicly stated that its Phase 3 study "evaluating the efficacy and safety of ABP 654 compared to STELARA® … demonstrat[ed] no clinically meaningful differences between ABP 654 and STELARA." *See* Ex. B at 1.

76.     Furthermore, ABP 654 must be prescribed, recommended, or suggested for the condition or conditions previously approved for STELARA® with the same route of administration, dosage form, and strength as STELARA®. STELARA® is approved for treatment of, among other things, moderately to severely active ulcerative colitis, with recommended dosing comprising: (1) a single intravenous infusion using weight-based dosing of 260 mg for patients up to 55 kg, 390 mg for patients greater than 55 kg to 85 kg, and 520 mg for patients greater than 85 kg, followed by (2) a subcutaneous 90 mg dose 8 weeks after the initial intravenous dose, and every 8 weeks thereafter. Accordingly, on information and belief, ABP 654 will be prescribed, recommended, or suggested in its labeling for treatment of moderately to severely active ulcerative colitis, with recommended dosing the same as STELARA®.

77.     Use of ABP 654 as directed on its label for the treatment of moderately to severely active ulcerative colitis meets each limitation of representative Claim 3 of the '307 patent, which depends from Claim 1 and recites:

ME1 43489395v.1

JNJ-STELARA_003456310

Case 2:23-cv-00629-JKW-LRL    Document 458-30    Filed 08/06/25    Page 19 of 204
PageID# 24196
Case 1:22-cv-01549-UNA   Document 1   Filed 11/29/22   Page 18 of 27 PageID #: 18

1. A method of treating moderately to severely active ulcerative colitis (UC) in a subject in need thereof, comprising administering to the subject a pharmaceutical composition comprising a clinically proven safe and clinically proven effective amount of an anti-IL-12/IL-23p40 antibody, wherein the antibody comprises a heavy chain variable region and a light chain variable region, the heavy chain variable region comprising: a complementarity determining region heavy chain 1 (CDRH1) amino acid sequence of SEQ ID NO:1; a CDRH2 amino acid sequence of SEQ ID NO:2; and a CDRH3 amino acid sequence of SEQ ID NO:3; and the light chain variable region comprising: a complementarity determining region light chain 1 (CDRL1) amino acid sequence of SEQ ID NO:4; a CDRL2 amino acid sequence of SEQ ID NO:5; and a CDRL3 amino acid sequence of SEQ ID NO:6, wherein after treating with the antibody, the subject is a responder to treatment by at least one measure of response to treatment selected from the group consisting of: (i) clinical remission based on at least one of the global definition of clinical remission with Mayo score ≤2 points with no individual subscore >1 and the US definition of clinical remission with absolute stool number ≤3, rectal bleeding subscore of 0 and Mayo endoscopy subscore of 0 or 1, (ii) endoscopic healing with a Mayo endoscopy subscore of 0 or 1, (iii) clinical response based on the Mayo endoscopy subscore, (iv) improvements from baseline in Inflammatory Bowel Disease Questionnaire (IBDQ) score, (v) mucosal healing, (vi) decrease from baseline in Mayo score, and (vii) clinical response as determined by a decrease from baseline in the Mayo score by ≥30% and ≥3 points and a decrease from baseline in the rectal bleeding subscore ≥1 points or a rectal bleeding subscore of 0 or 1.

3. … wherein the antibody comprises a heavy chain of the amino acid sequence of SEQ ID NO:10 and a light chain of the amino acid sequence of SEQ ID NO:11.

78.    As a biosimilar to STELARA®, the active ingredient in ABP 654 is an anti-IL-12/IL-23p40 antibody. The heavy chain of SEQ ID NO:10 is the heavy chain sequence of ustekinumab. The light chain of SEQ ID NO:11 is the light chain sequence of ustekinumab. As a biosimilar to STELARA®, and on information and belief, the active ingredient in ABP 654 has the same heavy chain sequence as ustekinumab and SEQ ID NO:10 and the same light chain sequence as ustekinumab and SEQ ID NO:11.

79.    As a biosimilar to STELARA®, and on information and belief, ABP 654 will be prescribed, recommended, or suggested in its label for administration to subjects with moderately

18

ME1 43489395v.1

JNJ-STELARA_003456311

to severely active ulcerative colitis as a pharmaceutical composition comprising a clinically proven safe and clinically proven effective amount of a biosimilar to ustekinumab.

80.   As a biosimilar to STELARA®, and on information and belief, ABP 654 will be prescribed, recommended, or suggested in its label that UC patients receiving ABP 654 will be responders achieving the same or highly similar clinical responses as those for STELARA®.

81.   The STELARA® label indicates that UC patients receiving STELARA® include patients that achieved clinical remission defined as a Mayo stool frequency subscore of 0 or 1, Mayo rectal bleeding subscore of 0, and Mayo endoscopy subscore of 0 or 1 (modified so that 1 does not include friability; endoscopic improvement defined as a Mayo endoscopy subscore of 0 or 1 (modified so that 1 does not include friability); clinical response defined as a decrease from baseline in the modified Mayo score by >30% and > 2 points, with either a decrease from bassline in the rectal bleeding subscore >1 or a rectal bleeding subscore of 0 or 1; and/or mucosal improvement defined as a combined endoscopic improvement (Mayo endoscopy subscore of 0 or 1) and histologic improvement of the colon tissue (neutrophil infiltration of <5% of crypts, no crypt destruction, and no erosions, ulcerations, or granulations of tissue). Accordingly, UC patients receiving STELARA® include responders that at least demonstrate "(i) clinical remission based on at least one of the global definition of clinical remission with Mayo score ≤2 points with no individual subscore >1 and the US definition of clinical remission with absolute stool number ≤3, rectal bleeding subscore of 0 and Mayo endoscopy subscore of 0 or 1," "(ii) endoscopic healing with a Mayo endoscopy subscore of 0 or 1, (iii) clinical response based on the Mayo endoscopy subscore," "(v) mucosal healing," or "(vi) decrease from baseline in Mayo score."

82.   Thus, on information and belief, Amgen's submission of its aBLA to obtain approval to engage in the commercial manufacture, use, sale, offer to sell, and/or importation of

19

ME1 43489395v.1

JNJ-STELARA_003456312

Case 2:23-cv-00629-JKW-LRL   Document 458-30   Filed 08/06/25   Page 21 of 204
PageID# 24198
Case 1:22-cv-01549-UNA   Document 1   Filed 11/29/22   Page 20 of 27 PageID #: 20

ABP 654 prior to the expiration of the '307 patent is an act of infringement of one or more of the claims of the '307 patent under 35 U.S.C. § 271(e)(2)(C)(ii), either literally or under the doctrine of equivalents.

83. On information and belief, Amgen is aware, has knowledge, and/or is willfully blind to the fact that the prescription, recommendation, or suggestion of ABP 654 to subjects with moderately to severely active ulcerative colitis directly infringes at least one claim of the '307 patent, either literally or under the doctrine of equivalents.

84. On information and belief, Amgen will knowingly or with willful blindness induce or contribute to another's direct infringement of at least one claim of the '307 patent, either literally or under the doctrine of equivalents.

85. Amgen has knowledge of and is aware of the '307 patent, including due to both Janssen's counsel's November 11, 2022 email, *see* E. K, and the filing of this Complaint, and on information and belief, has been aware of the '307 patent for months, if not years, before then.

86. Janssen will suffer irreparable injury for which damages are an inadequate remedy unless Amgen is enjoined from infringing the claims of the '307 patent.

87. Janssen seeks an injunction preventing Amgen from the commercial manufacture, use, sale, offer for sale within and/or importation into the United States of ABP 654.

### COUNT IV
### Declaratory Judgment of Infringement of the '307 Patent

88. Janssen incorporates by reference the allegations set forth in paragraphs 1 through 38 as though fully set forth herein.

89. This declaratory judgment action is authorized by, *inter alia*, the BPCIA due to Amgen's provision of a notice of commercial marketing, and by the Declaratory Judgment Act.

ME1 43489395v.1

JNJ-STELARA_003456313

*See* 42 U.S.C. §§ 262(*l*)(8)(A-B), 262(*l*)(9)(C); 35 U.S.C. § 271(e); 28 U.S.C. §§ 2201, 2202. A judicial determination of infringement is necessary and appropriate to resolve this controversy.

90. On information and belief, on or before November 3, 2022, Amgen submitted an aBLA to the FDA seeking approval for the commercial manufacture, use, offer for sale, sale, and/or importation of ABP 654, its biosimilar version of STELARA® (ustekinumab). Ex. J at 42. The reference products for ustekinumab are BLA Nos. 125261 and 761044. Janssen is the holder of BLA Nos. 125261 and 761044.

91. On November 7, 2022, Amgen provided Janssen a notice of commercial marketing pursuant to 42 U.S.C. § 262(*l*)(8)(A). Ex. A.

92. On information and belief, Amgen has made substantial preparations and intends to engage in the commercial manufacture, use, sale, offer for sale, and/or importation of ABP 654 after 180 days, i.e., on May 6, 2023 (or as soon thereafter as it receives FDA approval to do so). Ex. A (Amgen "intends to be ready to commence commercial marketing upon receiving FDA approval"). Amgen informed Janssen it intends to market ABP 654 for all indications and patient groups for which STELARA® is approved. Ex. A ("Amgen intends to commercially market its ABP 654 drug products with a full label that includes all the FDA approved indications for the Stelara® drug products."). Amgen's stated intention to launch its ABP 654 biosimilar product as soon as possible presents a controversy of sufficient immediacy to support declaratory judgment of patent infringement under 35 U.S.C. § 271(b)-(c) and (e).

93. Amgen's submission of its aBLA, combined with its stated intention in its Notice of Commercial Marketing to begin commercial manufacture, use, sale, offers for sale, and/or importation of ABP 654 prior to the expiration of the '307 patent (i.e., on May 6, 2023 or immediately upon FDA approval thereafter), creates an actual, immediate, and real controversy

JNJ-STELARA_003456314

Case 2:23-cv-00629-JKW-LRL    Document 458-30    Filed 08/06/25    Page 23 of 204
PageID# 24200
Case 1:22-cv-01549-UNA   Document 1   Filed 11/29/22   Page 22 of 27 PageID #: 22

within the Declaratory Judgment Act that Amgen will infringe one or more of the claims of the '307 patent, literally or under the doctrine of equivalents.

94.    Amgen has not provided Janssen a copy of its aBLA. But to be marketed as biosimilar to STELARA® pursuant to 42 U.S.C. § 262(i)(2) & (k)(2)(A)(i), ABP 654 must be highly similar to STELARA® with only minor differences in clinically inactive components, and with no clinically meaningful difference between ABP 654 and STELARA® in terms of safety, purity, and potency. Ustekinumab is the active ingredient in STELARA®. Accordingly, ABP 654 must contain either ustekinumab or a human monoclonal antibody identical or highly similar in amino acid sequence to ustekinumab, and also highly similar in other characteristics (*e.g.*, post-translational modifications, carbohydrate profile, etc.).

95.    Moreover, pursuant to 42 U.S.C. § 262(k)(2)(A)(i), the active ingredient in ABP 654 and ustekinumab must utilize the same mechanism or mechanisms of action for the condition or conditions of use. Amgen has publicly stated that its Phase 3 study "evaluating the efficacy and safety of ABP 654 compared to STELARA® … demonstrat[ed] no clinically meaningful differences between ABP 654 and STELARA." *See* Ex. B at 1.

96.    Furthermore, ABP 654 must be prescribed, recommended, or suggested for the condition or conditions previously approved for STELARA® with the same route of administration, dosage form, and strength as STELARA®. STELARA® is approved for treatment of, among other things, moderately to severely active ulcerative colitis, with recommended dosing comprising: (1) a single intravenous infusion using weight-based dosing of 260 mg for patients up to 55 kg, 390 mg for patients greater than 55 kg to 85 kg, and 520 mg for patients greater than 85 kg, followed by (2) a subcutaneous 90 mg dose 8 weeks after the initial intravenous dose, and every 8 weeks thereafter. Accordingly, on information and belief, ABP 654 will be prescribed,

ME1 43489395v.1

JNJ-STELARA_003456315

recommended, or suggested in its labeling for treatment of moderately to severely active ulcerative colitis, with recommended dosing the same as STELARA®.

97.     Use of ABP 654 as directed on its label for the treatment of moderately to severely active ulcerative colitis meets each limitation of representative Claim 3 of the '307 patent, which depends from Claim 1 and recites:

> 1. A method of treating moderately to severely active ulcerative colitis (UC) in a subject in need thereof, comprising administering to the subject a pharmaceutical composition comprising a clinically proven safe and clinically proven effective amount of an anti-IL-12/IL-23p40 antibody, wherein the antibody comprises a heavy chain variable region and a light chain variable region, the heavy chain variable region comprising: a complementarity determining region heavy chain 1 (CDRH1) amino acid sequence of SEQ ID NO:1; a CDRH2 amino acid sequence of SEQ ID NO:2; and a CDRH3 amino acid sequence of SEQ ID NO:3; and the light chain variable region comprising: a complementarity determining region light chain 1 (CDRL1) amino acid sequence of SEQ ID NO:4; a CDRL2 amino acid sequence of SEQ ID NO:5; and a CDRL3 amino acid sequence of SEQ ID NO:6, wherein after treating with the antibody, the subject is a responder to treatment by at least one measure of response to treatment selected from the group consisting of: (i) clinical remission based on at least one of the global definition of clinical remission with Mayo score ≤2 points with no individual subscore >1 and the US definition of clinical remission with absolute stool number ≤3, rectal bleeding subscore of 0 and Mayo endoscopy subscore of 0 or 1, (ii) endoscopic healing with a Mayo endoscopy subscore of 0 or 1, (iii) clinical response based on the Mayo endoscopy subscore, (iv) improvements from baseline in Inflammatory Bowel Disease Questionnaire (IBDQ) score, (v) mucosal healing, (vi) decrease from baseline in Mayo score, and (vii) clinical response as determined by a decrease from baseline in the Mayo score by ≥30% and ≥3 points and a decrease from baseline in the rectal bleeding subscore ≥1 points or a rectal bleeding subscore of 0 or 1.

> 3. … wherein the antibody comprises a heavy chain of the amino acid sequence of SEQ ID NO:10 and a light chain of the amino acid sequence of SEQ ID NO:11.

98.     As a biosimilar to STELARA®, the active ingredient in ABP 654 is an anti-IL-12/IL-23p40 antibody. The heavy chain of SEQ ID NO:10 is the heavy chain sequence of ustekinumab. The light chain of SEQ ID NO:11 is the light chain sequence of ustekinumab. As a

23

ME1 43489395v.1

JNJ-STELARA_003456316

biosimilar to STELARA®, and on information and belief, the active ingredient in ABP 654 has the same heavy chain sequence as ustekinumab and SEQ ID NO:10 and the same light chain sequence as ustekinumab and SEQ ID NO:11.

99.    As a biosimilar to STELARA®, and on information and belief, ABP 654 will be prescribed, recommended, or suggested in its label for administration to subjects with moderately to severely active ulcerative colitis as a pharmaceutical composition comprising a clinically proven safe and clinically proven effective amount of a biosimilar to ustekinumab.

100.    As a biosimilar to STELARA®, and on information and belief, ABP 654 will be prescribed, recommended, or suggested in its label that UC patients receiving ABP 654 will be responders achieving the same or highly similar clinical responses as those for STELARA®.

101.    The STELARA® label indicates that UC patients receiving STELARA® include patients that achieved clinical remission defined as a Mayo stool frequency subscore of 0 or 1, Mayo rectal bleeding subscore of 0, and Mayo endoscopy subscore of 0 or 1 (modified so that 1 does not include friability; endoscopic improvement defined as a Mayo endoscopy subscore of 0 or 1 (modified so that 1 does not include friability); clinical response defined as a decrease from baseline in the modified Mayo score by >30% and > 2 points, with either a decrease from bassline in the rectal bleeding subscore >1 or a rectal bleeding subscore of 0 or 1; and/or mucosal improvement defined as a combined endoscopic improvement (Mayo endoscopy subscore of 0 or 1) and histologic improvement of the colon tissue (neutrophil infiltration of <5% of crypts, no crypt destruction, and no erosions, ulcerations, or granulations of tissue). Accordingly, UC patients receiving STELARA® include responders that at least demonstrate "(i) clinical remission based on at least one of the global definition of clinical remission with Mayo score ≤2 points with no individual subscore >1 and the US definition of clinical remission with absolute stool number ≤3,

ME1 43489395v.1

JNJ-STELARA_003456317

Case 2:23-cv-00629-JKW-LRL    Document 458-30    Filed 08/06/25    Page 26 of 204
PageID# 24203
Case 1:22-cv-01549-UNA    Document 1    Filed 11/29/22    Page 25 of 27 PageID #: 25

rectal bleeding subscore of 0 and Mayo endoscopy subscore of 0 or 1," "(ii) endoscopic healing with a Mayo endoscopy subscore of 0 or 1, (iii) clinical response based on the Mayo endoscopy subscore," "(v) mucosal healing," or "(vi) decrease from baseline in Mayo score."

102.    On information and belief, Amgen has an affirmative intent to actively induce or contribute to infringement by others of at least one claim of the '307 patent, either literally or under the doctrine of equivalents, under 35 U.S.C. § 271(b)-(c).

103.    On information and belief, through submitting its aBLA to FDA, Amgen has infringed or will infringe at least one claim of the '307 patent, either literally or under the doctrine of equivalents, under 35 U.S.C. § 271(e).

104.    On information and belief, Amgen is aware, has knowledge, and/or is willfully blind to the fact that the prescription, recommendation, or suggestion of ABP 654 to subjects with moderately to severely active ulcerative colitis directly infringes at least one claim of the '307 patent, either literally or under the doctrine of equivalents.

105.    On information and belief, Amgen will knowingly or with willful blindness induce or contribute to another's direct infringement of at least one claim of the '307 patent, either literally or under the doctrine of equivalents.

106.    Amgen has knowledge of and is aware of the '307 patent, including due to both Janssen's counsel's November 11, 2022 email, *see* Ex. K, and the filing of this Complaint, and on information and belief, has been aware of the '307 patent for months, if not years, before then.

107.    Janssen will suffer irreparable injury for which damages are an inadequate remedy unless Amgen is enjoined from infringing the claims of the '307 patent.

108.    Janssen seeks a declaratory judgment that future commercial manufacture, use, sale, offer for sale, and/or importation of ABP 654 will infringe the '307 patent.

25

JNJ-STELARA_003456318

109.    Janssen seeks an injunction preventing Amgen from the commercial manufacture, use, sale, offer for sale within and/or importation into the United States of ABP 654.

## PRAYER FOR RELIEF

WHEREFORE, Janssen respectfully requests that this Court enter judgment in its favor against Amgen and grant the following relief:

A.    a judgment and declaration that Amgen has or will infringe or has or will induce or contribute to infringement of one or more claims of the Asserted Patents by engaging in the manufacture, import, offer for sale, sale, or use within the United States of the Amgen aBLA Product before the expirations of the Asserted Patents;

B.    preliminary and permanent equitable relief, including but not limited to a preliminary and permanent injunction that enjoins Amgen, its officers, partners, agents, servants, employees, parents, subsidiaries, affiliate corporations, other related business entities, and all other persons acting in concert, participation, or in privity with them and/or their successors or assigns from infringing the Asserted Patents, or contributing to or inducing anyone to do the same, by acts including the manufacture, use, offer to sell, sale, or distribution within the United States, or importation into the United States, of any current or future versions of the Amgen aBLA Product, the use or manufacturing of which infringes the Asserted Patents;

C.    a declaration that this is an exceptional case and an award to Plaintiff of its attorneys' fees, costs, and expenses pursuant to 35 U.S.C. § 271(e)(4) and 35 U.S.C. § 285;

D.    any available damages pursuant to 35 U.S.C. § 284; and

E.    such other relief as this Court may deem just and proper.

26

ME1 43489395v.1

JNJ-STELARA_003456319

Case 2:23-cv-00629-JKW-LRL    Document 458-30    Filed 08/06/25    Page 28 of 204
PageID# 24205
Case 1:22-cv-01549-UNA   Document 1   Filed 11/29/22   Page 27 of 27 PageID #: 27

November 29, 2022

OF COUNSEL:

Michael A. Morin
David P. Frazier
Inge A. Osman
Cecilia Sanabria
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Michael Seringhaus
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

Gabrielle LaHatte
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 491-0600

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King St.
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff*
*Janssen Biotech, Inc.*

27

ME1 43489395v.1

JNJ-STELARA_003456320

Case 2:23-cv-00629-JKW-LRL   Document 458-30   Filed 08/06/25   Page 29 of 204
Case 1:22-cv-01549-UNA   Document 1-1   Filed 11/29/22   Page 1 of 203 PageID #: 28
PageID# 24206

# EXHIBIT A

JNJ-STELARA_003456321

  Proskauer Rose LLP   2029 Century Park East, Suite 2400   Los Angeles, CA 90067-3010

November 7, 2022

By Overnight Courier and Email

Elizabeth Forminard, Esq.
General Counsel
Office of the General Counsel
1 Johnson and Johnson Plz.
New Brunswick, New Jersey  08933-0001
(Email: eformina@its.jnj.com)

Janssen Biotech, Inc.
Centocor Ortho Biotech Inc. c/o Janssen Biotech, Inc.
Welsh & McKean Roads; P.O. Box 776
Spring House, PA  19477

Re: Notice of Commercial Marketing for Amgen's ABP 654 Drug Products

Dear Ms. Forminard, Janssen Biotech, Inc. ("Janssen"), and Centocor Ortho Biotech Inc. ("Centocor"):

We represent Amgen Inc. ("Amgen").

Pursuant to 42 U.S.C. § 262(*l*)(8)(A), Amgen hereby provides this notice of commercial marketing not later than 180 days before the date of the first commercial marketing of Amgen's ABP 654 drug products that are biosimilar candidates to the drug products covered by Biologics License Application Nos. 125261 and 761044 ("Stelara® drug products").  Amgen intends to commercially market its ABP 654 drug products with a full label that includes all the FDA-approved indications for the Stelara® drug products.  Amgen will decide on a specific date to commence U.S. commercial marketing of its ABP 654 drug products and intends to be ready to commence commercial marketing upon receiving FDA approval.

We appreciate that Janssen and Centocor might be represented by outside counsel in connection with this matter.  If so, please provide us with their contact information and we will be happy to direct any future communications to their attention.

Sincerely,

*/s/ Siegmund Y. Gutman*

Siegmund Y. Gutman

Siegmund Y. Gutman
Member of the Firm
d +1.310.284.4533
f 310.557.2193
sgutman@proskauer.com
www.proskauer.com

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Paris | São Paulo | Washington, DC

JNJ-STELARA_003456322

Case 2:23-cv-00629-JKW-LRL   Document 458-30   Filed 08/06/25   Page 31 of 204
Case 1:22-cv-01549-UNA   Document 1-1   Filed 11/29/22   Page 3 of 203 PageID #: 30
PageID# 24208

# EXHIBIT B

JNJ-STELARA_003456323

# AMGEN ANNOUNCES POSITIVE TOP-LINE RESULTS FROM PHASE 3 STUDY OF ABP 654, BIOSIMILAR CANDIDATE TO STELARA® (USTEKINUMAB)



NEWS PROVIDED BY

**Amgen** →
Apr 18, 2022, 16:00 ET

**Primary Efficacy Analysis Demonstrates no Clinically Meaningful Differences Compared to STELARA**

THOUSAND OAKS, Calif., April 18, 2022 /PRNewswire/ -- Amgen (NASDAQ:AMGN) today announced preliminary results from a Phase 3 study evaluating the efficacy and safety of ABP 654 compared to STELARA® (ustekinumab) in adult patients with moderate to severe plaque psoriasis. The study met the primary efficacy endpoint, demonstrating no clinically meaningful differences between ABP 654 and STELARA.

The primary analysis evaluated the percentage improvement from baseline to week 12 of psoriasis area severity index (PASI), which showed a mean difference of percentage improvement between ABP 654 and STELARA of 0.14, which was within the prespecified margins. The safety profile of ABP 654 was comparable to STELARA.

JNJ-STELARA_003456324

Case 1:22-cv-01549-UNA    Document 1-1    Filed 11/29/22    Page 5 of 203 PageID #: 32

"Amgen remains committed to providing patients who live with inflammatory diseases access to high-quality biosimilar medicines," said David M. Reese, M.D., executive vice president of Research and Development at Amgen. "We look forward to continuing to expand our inflammation portfolio to offer patients a variety of treatment options."

ABP 654 is being developed as a biosimilar candidate to STELARA, an approved human interleukin-12 and interleukin-23 antagonist indicated for the treatment of moderate to severe plaque psoriasis in adults and pediatric patients (6 years or older) who are candidates for phototherapy or systemic therapy, active psoriatic arthritis in adults, as well as for adult patients with moderately to severely active Crohn's disease and moderately to severely active ulcerative colitis.

Amgen has a total of 11 biosimilars in its portfolio, including five that have been approved by the U.S. Food and Drug Administration (FDA) and three that are approved in the EU.

**About Psoriasis**
Psoriasis is a serious, chronic inflammatory disease that causes raised, red, scaly patches to appear on the skin, typically affecting the outside of the elbows, knees, or scalp, though it can appear on any location.[1] Approximately 125 million people worldwide have psoriasis, including around 14 million people in Europe and more than 7.5 million people in the United States.[2,3] About 80% of those patients have plaque psoriasis.[4]

**About the ABP 654 Comparative Clinical Study (20190232)**
The Phase 3 study was a multicenter, randomized, double-blinded, comparative clinical study (study number 04607980) that evaluated the efficacy and safety of ABP 654 compared to STELARA® (ustekinumab) in adult patients with moderate to severe plaque psoriasis. There were 563 patients randomized, with 281 patients in the ABP 654 group and 282 patients in the ustekinumab group.

**About ABP 654**
ABP 654 is being developed as a biosimilar candidate to STELARA® (ustekinumab), an approved human interleukin-12 and interleukin-23 antagonist indicated for the treatment of moderate to severe plaque psoriasis in adults and pediatric patients (6 years or older) who are candidates for phototherapy or systemic therapy, active psoriatic arthritis in adults, as well as

JNJ-STELARA_003456325

for adult patients with moderately to severely active Crohn's disease and moderately to severely active ulcerative colitis. ABP 654 has the same pharmaceutical form, dosage strength, route of administration and dosing regimen as United States-licensed and European Union (EU)-approved ustekinumab.

**About Amgen Biosimilars**

Amgen is committed to building upon Amgen's experience in the development and manufacturing of innovative human therapeutics to expand Amgen's reach to patients with serious illnesses. Biosimilars help to maintain Amgen's commitment to connect patients with vital medicines, and Amgen is well positioned to leverage its over four decades of experience in biotechnology to create high-quality biosimilars and reliably supply them to patients worldwide.

For more information, visit www.amgenbiosimilars.com.

**About Amgen**

Amgen is committed to unlocking the potential of biology for patients suffering from serious illnesses by discovering, developing, manufacturing and delivering innovative human therapeutics. This approach begins by using tools like advanced human genetics to unravel the complexities of disease and understand the fundamentals of human biology.

Amgen focuses on areas of high unmet medical need and leverages its expertise to strive for solutions that improve health outcomes and dramatically improve people's lives. A biotechnology pioneer since 1980, Amgen has grown to be one of the world's leading independent biotechnology companies, has reached millions of patients around the world and is developing a pipeline of medicines with breakaway potential.

Amgen is one of the 30 companies that comprise the Dow Jones Industrial Average and is also part of the Nasdaq-100 index.  In 2021, Amgen was named one of the 25 World's Best Workplaces™ by Fortune and Great Place to Work™ and one of the 100 most sustainable companies in the world by Barron's.

For more information, visit www.amgen.com and follow us on www.twitter.com/amgen.

JNJ-STELARA_003456326

Case 2:23-cv-00629-JKW-LRL   Document 458-30   Filed 08/06/25   Page 35 of 204
Case 1:22-cv-01549-JNA   Document 1-1   Filed 11/29/22   Page 7 of 203 PageID #: 34
PageID# 24212

**Amgen Forward-Looking Statements**

This news release contains forward-looking statements that are based on the current expectations and beliefs of Amgen. All statements, other than statements of historical fact, are statements that could be deemed forward-looking statements, including any statements on the outcome, benefits and synergies of collaborations, or potential collaborations, with any other company (including BeiGene, Ltd., Kyowa-Kirin Co., Ltd., or any collaboration to manufacture therapeutic antibodies against COVID-19), the performance of Otezla® (apremilast) (including anticipated Otezla sales growth and the timing of non-GAAP EPS accretion), the Five Prime Therapeutics, Inc. acquisition, or the Teneobio, Inc. acquisition, as well as estimates of revenues, operating margins, capital expenditures, cash, other financial metrics, expected legal, arbitration, political, regulatory or clinical results or practices, customer and prescriber patterns or practices, reimbursement activities and outcomes, effects of pandemics or other widespread health problems such as the ongoing COVID-19 pandemic on our business, and other such estimates and results. Forward-looking statements involve significant risks and uncertainties, including those discussed below and more fully described in the Securities and Exchange Commission reports filed by Amgen, including our most recent annual report on Form 10-K and any subsequent periodic reports on Form 10-Q and current reports on Form 8-K. Unless otherwise noted, Amgen is providing this information as of the date of this news release and does not undertake any obligation to update any forward-looking statements contained in this document as a result of new information, future events or otherwise.

No forward-looking statement can be guaranteed and actual results may differ materially from those we project. Discovery or identification of new product candidates or development of new indications for existing products cannot be guaranteed and movement from concept to product is uncertain; consequently, there can be no guarantee that any particular product candidate or development of a new indication for an existing product will be successful and become a commercial product. Further, preclinical results do not guarantee safe and effective performance of product candidates in humans. The complexity of the human body cannot be perfectly, or sometimes, even adequately modeled by computer or cell culture systems or animal models. The length of time that it takes for us to complete clinical trials and obtain regulatory approval for product marketing has in the past varied and we expect similar variability in the future. Even when clinical trials are successful, regulatory authorities may question the sufficiency for approval of the trial endpoints we have selected. We develop product candidates internally and through licensing collaborations, partnerships and joint

JNJ-STELARA_003456327

ventures. Product candidates that are derived from relationships may be subject to disputes between the parties or may prove to be not as effective or as safe as we may have believed at the time of entering into such relationship. Also, we or others could identify safety, side effects or manufacturing problems with our products, including our devices, after they are on the market.

Our results may be affected by our ability to successfully market both new and existing products domestically and internationally, clinical and regulatory developments involving current and future products, sales growth of recently launched products, competition from other products including biosimilars, difficulties or delays in manufacturing our products and global economic conditions. In addition, sales of our products are affected by pricing pressure, political and public scrutiny and reimbursement policies imposed by third-party payers, including governments, private insurance plans and managed care providers and may be affected by regulatory, clinical and guideline developments and domestic and international trends toward managed care and healthcare cost containment. Furthermore, our research, testing, pricing, marketing and other operations are subject to extensive regulation by domestic and foreign government regulatory authorities. Our business may be impacted by government investigations, litigation and product liability claims. In addition, our business may be impacted by the adoption of new tax legislation or exposure to additional tax liabilities. If we fail to meet the compliance obligations in the corporate integrity agreement between us and the U.S. government, we could become subject to significant sanctions. Further, while we routinely obtain patents for our products and technology, the protection offered by our patents and patent applications may be challenged, invalidated or circumvented by our competitors, or we may fail to prevail in present and future intellectual property litigation. We perform a substantial amount of our commercial manufacturing activities at a few key facilities, including in Puerto Rico, and also depend on third parties for a portion of our manufacturing activities, and limits on supply may constrain sales of certain of our current products and product candidate development. An outbreak of disease or similar public health threat, such as COVID-19, and the public and governmental effort to mitigate against the spread of such disease, could have a significant adverse effect on the supply of materials for our manufacturing activities, the distribution of our products, the commercialization of our product candidates, and our clinical trial operations, and any such events may have a material adverse effect on our product development, product sales, business and results of operations. We rely on collaborations with third parties for the development of some of our product candidates and for the commercialization and sales of some of our commercial products. In addition, we

JNJ-STELARA_003456328

Case 1:22-cv-01549-JNA    Document 1-1    Filed 11/29/22    Page 9 of 203 PageID #: 36

compete with other companies with respect to many of our marketed products as well as for the discovery and development of new products. Further, some raw materials, medical devices and component parts for our products are supplied by sole third-party suppliers. Certain of our distributors, customers and payers have substantial purchasing leverage in their dealings with us. The discovery of significant problems with a product similar to one of our products that implicate an entire class of products could have a material adverse effect on sales of the affected products and on our business and results of operations. Our efforts to collaborate with or acquire other companies, products or technology, and to integrate the operations of companies or to support the products or technology we have acquired, may not be successful. A breakdown, cyberattack or information security breach could compromise the confidentiality, integrity and availability of our systems and our data. Our stock price is volatile and may be affected by a number of events. Our business and operations may be negatively affected by the failure, or perceived failure, of achieving our environmental, social and governance objectives. The effects of global climate change and related natural disasters could negatively affect our business and operations. Global economic conditions may magnify certain risks that affect our business. Our business performance could affect or limit the ability of our Board of Directors to declare a dividend or our ability to pay a dividend or repurchase our common stock. We may not be able to access the capital and credit markets on terms that are favorable to us, or at all.

The scientific information discussed in this news release related to our product candidates is preliminary and investigative. Such product candidates are not approved by the U.S. Food and Drug Administration, and no conclusions can or should be drawn regarding the safety or effectiveness of the product candidates. Further, any scientific information discussed in this news release relating to new indications for our products is preliminary and investigative and is not part of the labeling approved by the U.S. Food and Drug Administration for the products. The products are not approved for the investigational use(s) discussed in this news release, and no conclusions can or should be drawn regarding the safety or effectiveness of the products for these uses.

CONTACT: Amgen, Thousand Oaks

Kelley Davenport, 202-585-9637 (media)

Michael Strapazon, 805-313-5553 (media)

JNJ-STELARA_003456329

Jessica Akopyan, 805-447-0974 (media)

Arvind Sood, 805-447-1060 (investors)

1. National Psoriasis Foundation. About Psoriasis. Available at: https://www.psoriasis.org/about-psoriasis. Accessed September 22, 2020.

2. National Psoriasis Foundation. Statistics. Available at: https://www.psoriasis.org/content/statistics. Accessed September 22, 2020.

3. Ortonne JP, Prinz JC. Alefacept: a novel and selective biologic agent for the treatment of chronic plaque psoriasis. Eur J Dermatol. 2004;14(1):41–45.

4. National Psoriasis Foundation. Plaque Psoriasis. Available at: https://www.psoriasis.org/about-psoriasis/types/plaque. Accessed September 22, 2020.

SOURCE Amgen

JNJ-STELARA_003456330

Case 2:23-cv-00629-JKW-LRL    Document 458-30    Filed 08/06/25    Page 39 of 204
Case 1:22-cv-01549-UNA   Document 1-1   Filed 11/29/22   Page 11 of 203 PageID #: 38
PageID# 24216

# EXHIBIT C

JNJ-STELARA_003456331

We're building a better **ClinicalTrials.gov**. Check it out and tell us what you think!

**NIH** U.S. National Library of Medicine

# ClinicalTrials.gov

Find Studies ▾      About Studies ▾      Submit Studies ▾      Resources ▾      About Site ▾      PRS Login

Home >     Search Results >     Study Record Detail                          ☐ Save this study

# A Study to Investigate ABP 654 for the Treatment of Participants With Moderate to Severe Plaque Psoriasis

The safety and scientific validity of this study is the responsibility of the study sponsor and investigators.
⚠ Listing a study does not mean it has been evaluated by the U.S. Federal Government. Read our disclaimer for details.

ClinicalTrials.gov Identifier: NCT04607980

Recruitment Status ☐ : Completed
First Posted ☐ : October 29, 2020
Last Update Posted ☐ : November 22, 2022

View this study on Beta.ClinicalTrials.gov

**Sponsor:**
Amgen

**Information provided by (Responsible Party):**
Amgen

| Study Details | Tabular View | No Results Posted |
| --- | --- | --- |

Disclaimer

🔲 How to Read a Study Record

## Study Description          Go to [ ]

Brief Summary:
The purpose of the study is to evaluate the efficacy, safety, and immunogenicity of ABP 654 compared with

JNJ-STELARA_003456332

A Study to Investigate ABP 654 for the Treatment of Participants With Moderate to Severe Plaque Psoriasis - Full Text View - ClinicalTrials.gov

Case 1:22-cv-01549-UNA   Document 1-1   Filed 11/29/22   Page 13 of 203 PageID #: 40

ustekinumab in participants with moderate to severe plaque psoriasis.

| Condition or disease ⬚ | Intervention/treatment ⬚ | Phase ⬚ |
|---|---|---|
| Plaque Psoriasis | Drug: ABP 654<br>Drug: Ustekinumab | Phase 3 |

Detailed Description:

This is a multicenter study and will enroll approximately 542 participants.

The total duration of study participation for each participant will be 56 weeks, with up to 4 weeks for screening, and for 52 weeks after the first administration of either ABP 654 or ustekinumab.

After confirmation of eligibility, all participants will be randomized in a 1:1 ratio into 2 treatment groups (Group A will receive ABP 654, and Group B will receive ustekinumab) stratified by prior biologic use for psoriasis (yes versus [vs] no), geographic region, and baseline body weight (BW).

Based on the psoriasis area and severity index (PASI) score (to determine better improvement or partial improvement) at week 28, the participants in the study will proceed as follows:

1. Participants who do not achieve PASI 50 response or better improvement at Week 28 will be considered to have completed the study and will complete end of study procedures (ie, week 52 procedures), and those unable to complete week 28 visit, or did not have a PASI assessment completed, will be discontinued from the study.

2. Participants who achieve PASI 75 response or better improvement will continue on the study and will be re-randomized in a blinded fashion such that participants initially randomized to Group A (ABP 654) will continue to receive ABP 654 and those in Group B (ustekinumab) will re-randomized, to either continue on ustekinumab (Treatment Group B1) or switch to ABP 654 (Treatment Group B2).

3. Participants with PASI 50 response or better but less than PASI 75 response and on the Investigator's decision, participants will continue on the originally assigned treatment with dose intensification and will not be re-randomized. However, participants that do not dose intensify will be re-randomized.

## Study Design          Go to ▢

Study Type ⬚ :          Interventional  (Clinical Trial)

Actual Enrollment ⬚ :   563 participants

Allocation:             Randomized

Intervention Model:     Parallel Assignment

Masking:                Quadruple (Participant, Care Provider, Investigator, Outcomes Assessor)

Masking Description:    The Investigators, study personnel with the exception of the clinical research organization's unblinded biostatistician and unblinded programmers; and the data monitoring committee, and the study participants will remain blinded to treatment allocation.

JNJ-STELARA_003456333

A Study to Investigate ABP 654 for the Treatment of Participants With Moderate to Severe Plaque Psoriasis - Full Text View - ClinicalTrials.gov

Case 2:23-cv-00629-JKW-LRL Document 458-30 Filed 08/06/25 Page 42 of 204 PageID# 24219

Case 1:22-cv-01549-UNA   Document 1-1   Filed 11/29/22   Page 14 of 203 PageID #: 41

Primary Purpose:   Treatment

Official Title:   A Phase 3, Multicenter, Randomized, Double-Blind Study Evaluating the Efficacy and Safety of ABP 654 Compared With Ustekinumab in Subjects With Moderate to Severe Plaque Psoriasis

Actual Study Start Date ⬚ :   November 11, 2020

Actual Primary Completion Date ⬚ :   January 13, 2022

Actual Study Completion Date ⬚ :   June 3, 2022

---

### Resource links provided by the National Library of Medicine

NIH⟩NLM

MedlinePlus related topics:   Psoriasis

Drug Information available for:   Ustekinumab

U.S. FDA Resources

---

## Arms and Interventions

Go to

| Arm ⬚ | Intervention/treatment ⬚ |
|---|---|
| Experimental: Treatment Group A (ABP 654)<br><br>Participants will receive subcutaneous (SC) injection of ABP 654, 45 mg (baseline BW less than equal to [<=] 100 kg) or 90 mg (baseline BW greater than [>] 100 kg) at weeks 0, 4, and 16. Further from week 28 participants will receive ABP 654 (same dose) every 12 weeks (Q12W) at weeks 28 and 40 or may receive dose intensification Q8W at weeks 28, 36, and 44, depending on PASI score. | Drug: ABP 654<br><br>Participants will receive SC injection of ABP 654. |
| Experimental: Treatment Group B (Ustekinumab - ABP 654)<br><br>Participants will receive SC injection of ustekinumab,45 mg (baseline BW <= 100 kg) or 90 mg (baseline BW > 100 kg) at weeks 0, 4, and 16. At week 28, participants will be re-randomized to continue on ustekinumab (Treatment group B1), or to receive ABP 654 (Treatment group B2) on weeks 28 and 40. Depending on PASI score, some participants may not be re-randomized and | Drug: ABP 654<br><br>Participants will receive SC injection of ABP 654.<br><br>Drug: Ustekinumab<br><br>Participants will receive SC injection of ustekinumab.<br>Other Name: Stelara® |

JNJ-STELARA_003456334

A Study to Investigate the Treatment of Participants With Moderate to Severe Plaque Psoriasis - Full Text View - ClinicalTrials.gov

Case 1:22-cv-01549-UNA   Document 1-1   Filed 11/29/22   Page 15 of 203 PageID #: 42

may receive dose intensification with ustekinumab Q8W at weeks 28, 36, and 44.

## Outcome Measures
Go to

---

Primary Outcome Measures ☐ :

1. Percent Improvement in PASI From Baseline to Week 12 [ Time Frame: Baseline (Day 1 [Week 0]) until Week 12 ]

   The PASI is a measure of the average redness (erythema), thickness (induration), and scaliness (scaling; each graded on a 0-4 scale (0 = clear; 1-4= increasing severity) of the lesions, weighted by the area of involvement in the four main body areas (i.e., head, arms, trunk to groin, and legs to top of buttocks). The PASI score ranges from 0 to 72. The higher score represents the worse symptom severity.

Secondary Outcome Measures ☐ :

1. Percent Improvement in PASI at Other Timepoints [ Time Frame: Baseline (Day 1 [Week 0]), weeks 4, 12, 16, 28, 36, 40, 44 and Week 52 (end of study [EOS]) ]

   The PASI is a measure of the average redness (erythema), thickness (induration), and scaliness (scaling; each graded on a 0-4 scale (0 = clear; 1-4= increasing severity) of the lesions, weighted by the area of involvement in the four main body areas (i.e., head, arms, trunk to groin, and legs to top of buttocks). The PASI score ranges from 0 to 72. The higher score represents the worse symptom severity.

2. Percentage of Participants with PASI 75 Response Throughout the Study [ Time Frame: Baseline (Day 1 [Week 0]), weeks 4, 12, 16, 28, 36, 40, 44 and Week 52 (EOS) ]

   Reduction in disease as measured by PASI score. The PASI 75 response is a 75% or greater improvement (reduction in disease [PASI 75]) from baseline in PASI score. The PASI is a measure of the average redness (erythema), thickness (induration), and scaliness (scaling; each graded on a 0-4 scale (0 = clear; 1-4= increasing severity) of the lesions, weighted by the area of involvement in the four main body areas (i.e., head, arms, trunk to groin, and legs to top of buttocks). The PASI score ranges from 0 to 72. The higher score represents the worse symptom severity.

3. Percentage of Participants with PASI 100 Response Throughout the Study [ Time Frame: Baseline (Day 1 [Week 0]), weeks 4, 12, 16, 28, 36, 40, 44 and Week 52 (EOS) ]

   Reduction in disease as measured by PASI score. The PASI 100 response is a 100% improvement (reduction in disease [PASI 100]) from baseline in PASI score. The PASI is a measure of the average redness (erythema), thickness (induration), and scaliness (scaling; each graded on a 0-4 scale (0 =

JNJ-STELARA_003456335

A Study to Investigate ABP 654 for the Treatment of Participants With Moderate to Severe Plaque Psoriasis - Full Text View - ClinicalTrials.gov

Case 2:23-cv-00629-JKW-LRL   Document 458-30   Filed 08/06/25   Page 44 of 204 PageID# 24221

clear; 1-4= increasing severity) of the lesions, weighted by the area of involvement in the four main body areas (i.e., head, arms, trunk to groin, and legs to top of buttocks). The PASI score ranges from 0 to 72. The higher score represents the worse symptom severity.

4. Percentage of Participants With Static Physician's Global Assessment (sPGA) Responses (0/1) at Week 12 and Week 52 [ Time Frame: Week 12 and Week 52 ]

    The sPGA is a 6-point scale ranging from 0 (clear) to 5 (very severe) used to measure the severity of disease (induration, scaling, and erythema). A sPGA response is defined as a sPGA value of clear (score 0) or almost clear (score 1). The higher score represents the worse symptom severity.

5. Change From Baseline in Percentage of Body Surface Area (BSA) Affected with Psoriasis at Week 12 and Week 52 [ Time Frame: Week 12 and Week 52 ]

    The percent of BSA affected (%BSA) is estimated by assuming that the participant's palm, excluding the fingers and thumb, represents roughly 1% of the body's surface.

6. Number of participants With Treatment Emergent Adverse Events and Serious Adverse Events [ Time Frame: From Screening Day until Week 52 (EOS) ]

    Assessment of the safety of ABP 654 compared with ustekinumab.

7. Events of Interests (EOIs) [ Time Frame: From Screening Day until Week 52 (EOS) ]

    Assessment of the safety of ABP 654 compared with ustekinumab.

8. Number of Participants With Anti-drug Antibodies (ADAs) to ABP 654 [ Time Frame: Pre-dose on weeks 0 (day 1), 4, 12, 28, 32, 40, and on Week 52 (EOS) ]

    The detection and characterization of antibodies to ABP 654 will be performed.

**Eligibility Criteria**                         Go to

**Information from the National Library of Medicine**

*Choosing to participate in a study is an important personal decision. Talk with your doctor and family members or friends about deciding to join a study. To learn more about this study, you or your doctor may contact the study research staff using the contacts provided below. For general information, Learn About Clinical Studies.*

JNJ-STELARA_003456336

Ages Eligible for Study:     18 Years to 75 Years   (Adult, Older Adult)

Sexes Eligible for Study:     All

Accepts Healthy Volunteers:     No

**Criteria**

Inclusion Criteria:

Participants are eligible to be included in the study only if all of the following criteria apply:

- Stable moderate to severe plaque psoriasis for at least 6 months
- Baseline score of PASI >= 12, involvement of >= 10% BSA, and sPGA >= 3 at screening and at baseline
- Candidate for phototherapy or systemic therapy
- Previous failure, inadequate response, intolerance, or contraindication to at least 1 conventional anti-psoriatic systemic therapy
- Female participants should have negative serum pregnancy test during screening and a negative urine pregnancy test at baseline
- No known history of latent or active tuberculosis (TB), and has a negative test for TB during screening (with negative purified protein derivative (PPD), and Negative Quantiferon®/T-spot test)
- Participants with a positive purified protein derivative and a history of Bacillus Calmette-Guérin (BCG) vaccination are allowed with a negative Quantiferon®/T-spot®
- Participants with a positive PPD test (without history of BCG vaccination) or participants with a positive or indeterminate Quantiferon®/T-spot test are allowed if they have all of the following:
  - No symptoms per TB worksheet provided by the sponsor
  - Documented history of adequate prophylaxis initiation prior to receiving investigational product (IP) in accordance with local recommendations
  - No known exposure to a case of active TB after most recent prophylaxis
  - No evidence of active TB on chest radiograph within 3 months prior to the first dose of IP

Exclusion Criteria:

Participants are excluded from the study if any of the following criteria apply:

- Skin disease related conditions such as, Erythrodermic psoriasis (PsO), pustular PsO, guttate PsO, medication induced PsO, or other skin conditions at the time of the screening visit (eg, eczema) that would interfere with evaluations of the effect of IP on PsO
- Participant has an active infection, recurrent or chronic infections, serious infection or history of infections
- Known history of human immunodeficiency virus
- Hepatitis B surface antigen or hepatitis C virus antibody positivity at screening
- Uncontrolled, clinically significant systemic disease such as uncontrolled diabetes mellitus, cardiovascular disease, renal disease, liver disease, or hypertension

JNJ-STELARA_003456337

- Moderate to severe heart failure (New York Heart Associate class III/IV)

- Known hypersensitivity to the IP or to any of the excipients

- Any abnormal laboratory parameters at screening, as defined in protocol

- Previous treatment with any agent specifically targeting interleukin (IL)-12 or IL-23

- Received biologic treatment for psoriasis within the previous month or 5 drug half-lives prior to randomization

- Received non-biologic systemic psoriasis therapy within 4 weeks prior to randomization

- Received Ultra-violet A (UVA) phototherapy (with or without psoralen) or excimer laser within 4 weeks prior to randomization, or ultra-violet B (UVB) phototherapy within 2 weeks prior to randomization

- Received topical psoriasis treatment within 2 weeks prior to randomization (exception: upper mid-strength to least potent [class III to VII] topical steroids permitted on the palms, soles, face, and intertriginous areas; bland emollients)

- Received live viral or live bacterial vaccination within 2 weeks prior to randomization

- Received BCG vaccination within 1 year prior to randomization

- Other investigational procedures within 4 weeks prior to randomization and during the study

- Participants not agreeing to follow protocol defined contraceptives procedures

- Participants likely not to be available to complete all protocol-required study visits or procedures, and/or to comply with all required study procedures

## Contacts and Locations

Go to

**Information from the National Library of Medicine**



*To learn more about this study, you or your doctor may contact the study research staff using the contact information provided by the sponsor.*

*Please refer to this study by its ClinicalTrials.gov identifier (NCT number):*
**NCT04607980**

**Locations**

▶ Show 84 study locations

**Sponsors and Collaborators**

Amgen

**Investigators**

JNJ-STELARA_003456338

A Study to Investigate... for the Treatment of Participants With Moderate to Severe Plaque Psoriasis - Full Text View - ClinicalTrials.gov

Case 2:33-cv-00623-JKW-LRL   Document 458-30   Filed 08/06/25   Page 47 of 204 PageID# 24224

Study Director:   MD   Amgen

## More Information                    Go to

**Additional Information:**

AgmenTrials clinical trials website  [EXIT]

| | |
|---|---|
| Responsible Party: | Amgen |
| ClinicalTrials.gov Identifier: | NCT04607980      History of Changes |
| Other Study ID Numbers: | 20190232 |
| | 2020-003184-25 ( EudraCT Number ) |
| First Posted: | October 29, 2020   Key Record Dates |
| Last Update Posted: | November 22, 2022 |
| Last Verified: | November 2022 |

Individual Participant Data (IPD) Sharing Statement:

| | |
|---|---|
| Plan to Share IPD: | Yes |
| Plan Description: | De-identified individual patient data for variables necessary to address the specific research question in an approved data sharing request |
| Supporting Materials: | Study Protocol |
| | Statistical Analysis Plan (SAP) |
| | Informed Consent Form (ICF) |
| | Clinical Study Report (CSR) |
| Time Frame: | Data sharing requests relating to this study will be considered beginning 18 months after the study has ended and either 1) the product and indication have been granted marketing authorization in both the US and Europe or 2) clinical development for the product and/or indication discontinues and the data will not be submitted to regulatory authorities. There is no end date for eligibility to submit a data sharing request for this study. |
| Access Criteria: | Qualified researchers may submit a request containing the research objectives, the Amgen product(s) and Amgen study/studies in scope, endpoints/outcomes of interest, statistical analysis plan, data requirements, publication plan, and qualifications of the researcher(s). In general, Amgen does not grant external requests for individual patient data for the purpose of re-evaluating safety and efficacy issues already addressed in the product labelling. Requests are reviewed by a committee of internal advisors. If not approved, a Data Sharing Independent Review Panel will arbitrate and make the final decision. Upon approval, information necessary to address the research question will be provided under the terms of a data sharing agreement. This may include anonymized individual patient data |

JNJ-STELARA_003456339

and/or available supporting documents, containing fragments of analysis code where provided in analysis specifications. Further details are available at the URL below.

URL:                      http://www.amgen.com/datasharing


Studies a U.S. FDA-regulated Drug Product:      Yes
Studies a U.S. FDA-regulated Device Product:    No


Keywords provided by Amgen:
    Psoriasis
    Biosimilar
    Psoriasis area and severity index


Additional relevant MeSH terms:
    Psoriasis
    Skin Diseases, Papulosquamous
    Skin Diseases
    Ustekinumab
    Dermatologic Agents

JNJ-STELARA_003456340

Case 2:23-cv-00629-JKW-LRL   Document 458-30   Filed 08/06/25   Page 49 of 204
Case 1:22-cv-01549-UNA   Document 1-1   Filed 11/29/22   Page 21 of 203 PageID #: 48
PageID# 24226

# EXHIBIT D

JNJ-STELARA_003456341

Case 2:23-cv-01029-JKW-LRL   Document 4158-30   PageID # 24287

# Q1 '22 EARNINGS CALL



APRIL 27, 2022

JNJ-STELARA_003456342

# SAFE HARBOR STATEMENT

This presentation contains forward-looking statements that are based on management's current expectations and beliefs and are subject to a number of risks, uncertainties and assumptions that could cause actual results to differ materially from those described. All statements, other than statements of historical fact, are statements that could be deemed forward-looking statements, including any statements on the outcome, benefits and synergies of collaborations, or potential collaborations, with any other company, (including BeiGene, Ltd., Kyowa-Kirin Co., Ltd., or any collaboration to manufacture therapeutic antibodies against COVID-19), the performance of Otezla® (apremilast) (including anticipated Otezla sales growth and the timing of non-GAAP EPS accretion), the Five Prime Therapeutics, Inc. acquisition, or the Teneobio, Inc. acquisition, as well as estimates of revenues, operating margins, capital expenditures, cash, other financial metrics, expected legal, arbitration, political, regulatory or clinical results or practices, customer and prescriber patterns or practices, reimbursement activities and outcomes, effects of pandemics or other widespread health problems such as the ongoing COVID-19 pandemic on our business, outcomes progress, and other such estimates and results. Forward-looking statements involve significant risks and uncertainties, including those discussed below and more fully described in Amgen's Securities and Exchange Commission (SEC) reports filed by Amgen, including Amgen's most recent annual report on Form 10-K and any subsequent periodic reports on Form 10-Q and current reports on Form 8-K. Please refer to Amgen's most recent Forms 10-K, 10-Q and 8-K for additional information on the uncertainties and risk factors related to our business. Unless otherwise noted, Amgen is providing this information as of April 27, 2022 and expressly disclaims any duty to update information contained in this presentation.

No forward-looking statement can be guaranteed and actual results may differ materially from those we project. Our results may be affected by our ability to successfully market both new and existing products domestically and internationally, clinical and regulatory developments involving current and future products, sales growth of recently launched products, competition from other products including biosimilars, difficulties or delays in manufacturing our products and global economic conditions. In addition, sales of our products are affected by pricing pressure, political and public scrutiny and reimbursement policies imposed by third-party payers, including governments, private insurance plans and managed care providers and may be affected by regulatory, clinical and guideline developments and domestic and international trends toward managed care and healthcare cost containment. Furthermore, our research, testing, pricing, marketing and other operations are subject to extensive regulation by domestic and foreign government regulatory authorities. We or others could identify safety, side effects or manufacturing problems with our products, including our devices, after they are on the market. Our business may be impacted by government investigations, litigation and product liability claims. In addition, our business may be impacted by the adoption of new tax legislation or exposure to additional tax liabilities. If we fail to meet the compliance obligations in the corporate integrity agreement between us and the U.S. government, we could become subject to significant sanctions. Further, while we routinely obtain patents for our products and technology, the protection offered by our patents and patent applications may be challenged, invalidated or circumvented by our competitors, or we may fail to prevail in present and future intellectual property litigation. We perform a substantial amount of our commercial manufacturing activities at a few key facilities, including in Puerto Rico, and also depend on third parties for a portion of our manufacturing activities, and limits on supply may constrain sales of certain of our current products and product candidate development. An outbreak of disease or similar public health threat, such as COVID-19, and the public and governmental effort to mitigate against the spread of such disease, could have a significant adverse effect on the supply of materials for our manufacturing activities, the distribution of our products, the commercialization of our product candidates, and our clinical trial operations, and any such events may have a material adverse effect on our product development, product sales, business and results of operations. We rely on collaborations with third parties for the development of some of our product candidates and for the commercialization and sales of some of our commercial products. In addition, we compete with other companies with respect to many of our marketed products as well as for the discovery and development of new products. Discovery or identification of new product candidates or development of new indications for existing products cannot be guaranteed and movement from concept to product is uncertain; consequently, there can be no guarantee that any particular product candidate or development of a new indication for an existing product will be successful and become a commercial product. Further, some raw materials, medical devices and component parts for our products are supplied by sole third-party suppliers. Certain of our distributors, customers and payers have substantial purchasing leverage in their dealings with us. The discovery of significant problems with a product similar to one of our products that implicate an entire class of products could have a material adverse effect on sales of the affected products and on our business and results of operations. Our efforts to collaborate with or acquire other companies, products or technology, and to integrate the operations of companies or to support the products or technology we have acquired, may not be successful. A breakdown, cyberattack or information security breach could compromise the confidentiality, integrity and availability of our systems and our data. Our stock price is volatile and may be affected by a number of events. Our business and operations may be negatively affected by the failure, or perceived failure, of achieving our environmental, social and governance objectives. The effects of global climate change and related natural disasters could negatively affect our business and operations. Global economic conditions may magnify certain risks that affect our business. Our business performance could affect or limit the ability of our Board of Directors to declare a dividend or our ability to pay a dividend or repurchase our common stock. We may not be able to access the capital and credit markets on terms that are favorable to us, or at all.

The information relating to our Q1 results is expressly limited to information through March 31, 2022, and future results are subject to the effects of the ongoing COVID-19 pandemic on our business, including disruptions and effects on our product sales, and extrapolation on such results should include the timing and effects of the COVID-19 pandemic discussed in our oral presentation and our Form 10-Q for the period ended March 31, 2022.

This presentation includes GAAP and non-GAAP financial measures. In accordance with the requirements of SEC Regulation G, reconciliations between these two measures, if these slides are in hard copy, accompany the hard copy presentation or, if these slides are delivered electronically, are available on the Company's website at www.amgen.com within the Investors section.

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

2

**AMGEN®**

JNJ-STELARA_003456343

Case 2:23-cv-00629-JKW-LRL  Document 458-30  Filed 08/06/25  Page 51 of 204  PageID# 24228

# AGENDA

| Introduction | Arvind Sood |
|---|---|
| Opening Remarks | Bob Bradway |
| Q1 '22 Business Results and Outlook | Peter Griffith |
| Global Commercial Update | Murdo Gordon |
| Research & Development Update | David Reese |
| Q&A | All |

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

3

AMGEN

JNJ-STELARA_003456344

# WE EXECUTED EFFECTIVELY IN Q1 2022

- **Continued volume-driven growth from innovative products**

- **LUMAKRAS® and TEZSPIRE™ launches off to a successful start**

- **Effectively managed operating expenses while advancing pipeline and product launches**

- **Pipeline continues to advance first-in-class opportunities, with multiple data read-outs expected this year**

- **Strong balance sheet and significant cash flow generation provide flexibility to evaluate business development landscape**

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

4

AMGEN®

JNJ-STELARA_003456345

Case 2:23-cv-00629-JKW-LRL   Document 458-30   PageID# 24230   Filed 08/06/25   Page 53 of 204



JNJ-STELARA_003456346

# Q1 2022 FINANCIAL RESULTS DEMONSTRATE STRONG EXECUTION AND GROWTH

## $ Millions, Except Non-GAAP EPS

| Item | Q1 '22 | | Q1 '21 | | B/(W) % |
|---|---|---|---|---|---|
| Revenue | $6,238 | | $5,901 | | 6% |
| Product Sales | 5,731 | | 5,592 | | 2% |
| Other Revenues | 507 | | 309 | | 64% |
| Non-GAAP Operating Expenses | 3,098 | | 3,037 | | (2%) |
| Cost of Sales % of product sales | 951 | 16.6% | 867 | 15.5% | (10%) |
| R&D % of product sales | 934 | 16.3% | 944 | 16.9% | 1% |
| SG&A % of product sales | 1,213 | 21.2% | 1,226 | 21.9% | 1% |
| Non-GAAP Operating Income % of product sales | 3,140 | 54.8% | 2,864 | 51.2% | 10% |
| Other Income/(Expense) | (413) | | (375) | | (10%) |
| Non-GAAP Net Income | $2,343 | | $2,150 | | 9% |
| Non-GAAP EPS | $4.25 | | $3.70 | | 15% |
| Average Shares (millions) | 551 | | 581 | | 5% |
| Non-GAAP Tax Rate | 14.1% | | 13.6% | | (0.5) pts. |

All income statement items for Q1 '22 and/or Q1 '21, except revenue and average shares, are non-GAAP financial measures—if this slide is in hard copy, see reconciliations accompanying the presentation, or if this slide is delivered electronically, see reconciliations available at: www.amgen.com within the Investors section.

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

6

AMGEN

JNJ-STELARA_003456347

# STRONG BALANCE SHEET WITH FREE CASH FLOW OF $2.0B IN Q1 2022

## $ Billions, Except Dividends Paid Per Share

| Cash Flow Data | Q1 '22 | Q1 '21 |
|---|---|---|
| Capital Expenditures | $0.2 | $0.2 |
| Free Cash Flow* | 2.0 | 1.9 |
| Share Repurchases | 6.3 | 0.9 |
| YoY Dividend Increase | 10% | 10% |
| Dividends Paid Per Share | $1.94 | $1.76 |
| Balance Sheet Data | 3/31/22 | 12/31/21 |
| Cash and Investments | $6.5 | $8.0 |
| Debt Outstanding | 36.9 | 33.3 |

**\*Non-GAAP financial measure—if this slide is in hard copy, see reconciliations accompanying the presentation, or if this slide is delivered electronically, see reconciliations available at: www.amgen.com within the Investors section.**

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

7

AMGEN®

Case 2:23-cv-00629-JKW-LRL Document 458-30 PageID# 24233 Filed 08/06/25 Page 56 of 204

JNJ-STELARA_003456348

# 2022 GUIDANCE

| | Guidance | Comments |
|---|---|---|
| Revenue | $25.4B–$26.5B | Unchanged |
| Non-GAAP EPS* | $17.00–$18.00 | Unchanged |
| Non-GAAP Tax Rate* | 13.5%–14.5% | Revised from 13.0%–14.0% |
| Capital Expenditures | ~$950M | Unchanged |

**\*Non-GAAP financial measure—if this slide is in hard copy, see reconciliations accompanying the presentation, or if this slide is delivered electronically, or amounts pertain to previously issued financial guidance, see reconciliations available at: www.amgen.com within the Investors section**

Provided April 27, 2022, as part of an oral presentation and is qualified by
such, contains forward-looking statements, actual results may vary
materially; Amgen disclaims any duty to update.

8

AMGEN®

JNJ-STELARA_003456349



JNJ-STELARA_003456350

# Q1 '22 GLOBAL COMMERCIAL UPDATE

| $ Millions, Net Sales | Q1 '22 | | | Q1 '21 | YoY |
|---|---|---|---|---|---|
| | U.S. | ROW | Total | Total | Total |
| Prolia® | 582 | 270 | 852 | 758 | 12% |
| EVENITY® | 110 | 60 | 170 | 107 | 59% |
| Repatha® | 165 | 164 | 329 | 286 | 15% |
| Aimovig® | 98 | 3 | 101 | 66 | 53% |
| TEZSPIRE™ | 7 | — | 7 | — | NM |
| Otezla® | 350 | 101 | 451 | 476 | (5%) |
| Enbrel® | 843 | 19 | 862 | 924 | (7%) |
| AMGEVITA™ | — | 108 | 108 | 106 | 2% |
| LUMAKRAS®/LUMYKRAS™ | 48 | 14 | 62 | — | NM |
| KYPROLIS® | 196 | 61 | 257 | 251 | 14% |
| XGEVA® | 368 | 134 | 502 | 468 | 7% |
| Vectibix® | 85 | 116 | 201 | 191 | 5% |
| Nplate® | 156 | 110 | 266 | 227 | 17% |
| BLINCYTO® | 79 | 59 | 138 | 107 | 29% |
| MVASI® | 168 | 76 | 244 | 294 | (17%) |
| KANJINTI® | 80 | 16 | 96 | 161 | (40%) |
| Neulasta® | 304 | 44 | 348 | 482 | (28%) |
| NEUPOGEN® | 23 | 15 | 38 | 34 | 12% |
| EPOGEN® | 120 | — | 120 | 125 | (4%) |
| Aranesp® | 137 | 221 | 358 | 355 | 1% |
| Parsabiv® | 57 | 29 | 86 | 79 | 9% |
| Sensipar®/Mimpara™ | 4 | 16 | 20 | 23 | (13%) |
| Other products* | 57 | 28 | 85 | 72 | 18% |
| Total Product Sales | $4,037 | $1,694 | $5,731 | $5,592 | 2% |
| Total Revenue | | | $6,238 | $5,901 | 6% |

*Other products includes GENSENTA, IMLYGIC®, Corlanor®, Bergamo, AVSOLA® and RIABNI™
NM = changes in excess of 100%
Provided April 27, 2022, as part of an oral presentation and is qualified by
such, contains forward-looking statements, actual results may vary
materially; Amgen disclaims any duty to update.

10

AMGEN®

JNJ-STELARA_003456351

# Q1 '22 PRODUCT SALES INCREASED 2% YOY, WITH 9% VOLUME GROWTH

## $ Millions, Net Sales



| | Q1 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | 2% | | (9%) |
| Units | 9% | | (2%) |
| Inventory | 0% | | (4%) |

## Q1 '22 Highlights

- Continued to execute our volume-driven growth strategy

- Delivered double-digit volume growth for Repatha®, Prolia®, EVENITY®, KYPROLIS®, BLINCYTO®, and AMGEVITA™

- COVID-19 continued to affect our business around the world in Q1; we saw impact of pandemic recede in U.S. in March and April

Note: Inventory represents wholesaler and, based on prescription data for Otezla® and Enbrel®, end-user inventories

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

11

**AMGEN®**

JNJ-STELARA_003456352

# PROLIA® DELIVERED 12% YOY GROWTH

**prolia**
(denosumab) injection

## $ Millions, Net Sales

| | Q1 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | 12% | (2%) |
| Units | 10% | (1%) |
| Inventory | 1% | (4%) |

- ROW
- U.S.



## Q1 '22 Highlights

- **YoY sales increased 12%, driven by 10% volume growth and higher net selling price***

*Net selling price represents the impact of list price changes as well as contracting and access changes
**Note:** Inventory represents wholesaler inventories
Provided April 27, 2022, as part of an oral presentation and is qualified by
such, contains forward-looking statements, actual results may vary
materially; Amgen disclaims any duty to update.

12

**AMGEN**

JNJ-STELARA_003456353

Case 2:23-cv-00629-JKW-LRL   Document 458-30   Filed 08/06/25   Page 61 of 204 PageID# 24238

# EVENITY® HAD RECORD QUARTERLY SALES IN Q1

**EVENITY®**
(romosozumab-aqqg)
Injection 105 mg/1.17 mL

## $ Millions, Net Sales

ROW
U.S.

| | Q1 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | 59% | 19% |
| Units | 59% | 25% |
| Inventory | (1%) | (5%) |

Chart data ($ Millions, Net Sales):

| Quarter | ROW | U.S. | Total |
|---|---|---|---|
| Q1 '21 | 50 | 57 | 107 |
| Q2 '21 | 52 | 79 | 131 |
| Q3 '21 | 55 | 94 | 149 |
| Q4 '21 | 42 | 101 | 143 |
| Q1 '22 | 60 | 110 | 170 |

## Q1 '22 Highlights

- **YoY sales increased 59%, driven by volume growth**

- **U.S. sales increased 93% YoY, driven by 79% volume growth**

**Note: Inventory represents wholesaler inventories**
**EVENITY® is developed and commercialized in collaboration with UCB globally, as well as our collaboration partner Astellas in Japan**

Provided April 27, 2022, as part of an oral presentation and is qualified by
such, contains forward-looking statements, actual results may vary
materially; Amgen disclaims any duty to update.

13



JNJ-STELARA_003456354

# REPATHA® HAD RECORD QUARTERLY SALES, WITH 49% VOLUME GROWTH


Repatha (evolocumab) injection 140 mg/mL

## $ Millions, Net Sales

|  | Q1 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | 15% | 21% |
| Units | 49% | 7% |
| Inventory | 1% | 2% |

ROW
U.S.

| Q1 '21 | Q2 '21 | Q3 '21 | Q4 '21 | Q1 '22 |
|---|---|---|---|---|
| 286 | 286 | 272 | 273 | 329 |
| 147 | 143 | 133 | 137 | 164 |
| 139 | 143 | 139 | 136 | 165 |

## Q1 '22 Highlights

- **YoY sales increased 15%, driven by 49% volume growth, partially offset by lower net selling price***
- **U.S. volumes grew 41% YoY; ROW volumes grew 57% YoY**

*Net selling price represents the impact of list price changes as well as contracting and access changes
Note: Inventory represents wholesaler inventories

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

14

AMGEN®

JNJ-STELARA_003456355

# AIMOVIG® SALES INCREASED 53% YOY



aimovig
(erenumab-aooe) injection
75 mg/ml • 140 mg/ml

## $ Millions, Net Sales

| | Q1 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | 53% | 12% |
| Units | (4%) | (13%) |
| Inventory | 3% | 2% |

ROW
U.S.

**66** | **82** | **79** / 2 | **90** / 2 | **101** / 3

Q1 '21 | Q2 '21 | Q3 '21 | Q4 '21 | Q1 '22

## Q1 '22 Highlights

- YoY sales increased 53%, driven by favorable changes to estimated sales deductions and higher net selling price*, partially offset by a 4% decline in volume

*Net selling price represents the impact of list price changes as well as contracting and access changes
Note: Inventory represents wholesaler inventories
Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

15

**AMGEN**

JNJ-STELARA_003456356

# TEZSPIRE™, THE FIRST AND ONLY BIOLOGIC WITHOUT PHENOTYPIC AND BIOMARKER LIMITATIONS

**TEZSPIRE™**
(tezepelumab-ekko) Subcutaneous Injection 210 mg



NDC 55513-112-01   Rx only

## TEZSPIRE™
(tezepelumab-ekko)
Injection

210 mg / 1.91 mL
(110 mg/mL)

**For Subcutaneous Injection Only**

Store the pre-filled syringe refrigerated at 36°F to 46°F
(2°C to 8°C) in original carton to protect from light.
DO NOT SHAKE, FREEZE, OR EXPOSE TO HEAT.
**1 Single-dose pre-filled syringe. Discard unused portion.**

AMGEN® AstraZeneca

## Q1 '22 Highlights

- **FDA approved in December 2021, with Q1 sales of $7M**

- **TEZSPIRE™ well-positioned to treat approximately 2.5 million worldwide patients with severe asthma who are uncontrolled or biologic eligible**

- **Positive feedback received from both allergists and pulmonologists**

- **Permanent reimbursement coding will be effective as of July 1, 2022**

**TEZSPIRE™ is developed in collaboration with AstraZeneca**

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

16

**AMGEN®**

JNJ-STELARA_003456357

# OTEZLA® VOLUME GREW 7% YOY



**Otezla**
(apremilast) 30mg tablets

Case 2:23-cv-00629-JKW-LRL   Document 458-30   PageID# 24243   Filed 08/06/25   Page 66 of 204

## $ Millions, Net Sales

| | Q1 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | (5%) | (28%) |
| Units | 7% | (1%) |
| Inventory | (7%) | (16%) |

ROW
U.S.



## Q1 '22 Highlights

- In the U.S., Otezla® remained the market share leader among patients who are new to systemic agents for psoriasis

- The launch of Otezla® in the mild to moderate psoriasis indication has been well-received

- YoY sales decreased 5%, primarily driven by lower net selling price* and lower inventory levels, partially offset by 7% volume growth

*Net selling price represents the impact of list price changes as well as contracting and access changes
Note: Inventory represents wholesaler and, based on prescription data, end-user inventories
Provided April 27, 2022, as part of an oral presentation and is qualified by
such, contains forward-looking statements, actual results may vary
materially; Amgen disclaims any duty to update.

17



JNJ-STELARA_003456358

# ENBREL® HAS AN ESTABLISHED RECORD OF SAFETY AND EFFICACY



## $ Millions, Net Sales



|  | Q1 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | | (7%) | (22%) |
| Units | | 0% | (3%) |
| Inventory | | (2%) | (10%) |

Legend:
- ROW
- U.S.

Bar chart values:
- Q1 '21: 924, 30, 894
- Q2 '21: 1,144, 31, 1,113
- Q3 '21: 1,289, 26, 1,263
- Q4 '21: 1,108, 26, 1,082
- Q1 '22: 862, 19, 843

## Q1 '22 Highlights

- **YoY volume remained flat in the first quarter**

- **YoY sales decreased 7%, driven by declines in net selling price\* and inventory levels**

\*Net selling price represents the impact of list price changes as well as contracting and access changes
Note: Inventory represents wholesaler and, based on prescription data, end-user inventories
Provided April 27, 2022, as part of an oral presentation and is qualified by
such, contains forward-looking statements, actual results may vary
materially; Amgen disclaims any duty to update.

18

AMGEN®

JNJ-STELARA_003456359

Case 1:22-cv-01549-JWH-HH   Document 1-1   Filed 5/29/22   Page 40 of 203   PageID #: 67



# AMGEVITA
(adalimumab) injection

# ADALIMUMAB BIOSIMILAR IN EUROPE

## $ Millions, Net Sales

| | Q1 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | 2% | (5%) |
| Units | 16% | (2%) |
| Inventory | 0% | 0% |

ROW

| | Q1 '21 | Q2 '21 | Q3 '21 | Q4 '21 | Q1 '22 |
|---|---|---|---|---|---|
| | 106 | 107 | 111 | 115 | 103 |

## Q1 '22 Highlights

- YoY sales increased 2%, driven by 16% volume growth, partially offset by foreign exchange impact and lower net selling price* resulting from increased competition

*Net selling price represents the impact of list price changes as well as contracting and access changes
Note: Inventory represents wholesaler inventories
Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

19

**AMGEN**®

JNJ-STELARA_003456360

# LUMAKRAS®/LUMYKRAS™ NOW APPROVED IN NEARLY 40 COUNTRIES

ONCE-DAILY ORAL

**LUMAKRAS**
(sotorasib) 120 mg tablets

## Q1 '22 Highlights



| | Q1 '22 | Q-o-Q |
|---|---|---|
| Total Change | | 38% |
| Units | | 44% |
| Inventory | | (11%) |

ROW
U.S.

- In the U.S., LUMAKRAS® has been prescribed to approximately 2,500 patients by over 1,500 physicians in both academic and community settings

- Recent reimbursement approvals in the United Kingdom and Japan

**Note: Inventory represents wholesaler inventories**

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

20

**AMGEN®**

JNJ-STELARA_003456361



# KYPROLIS® VOLUME GREW 13% IN Q1

## $ Millions, Net Sales

| | Q1 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | 14% | 1% |
| Units | 13% | 1% |
| Inventory | 3% | 1% |

ROW
U.S.



## Q1 '22 Highlights

- **YoY sales increased 14%, driven by 13% volume growth**

Note: Inventory represents wholesaler inventories

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

21

AMGEN®

JNJ-STELARA_003456362

Case 2:23-cv-00629-JKW-LRL  Document 458-30  Filed 08/06/25  Page 70 of 204  PageID# 24247

# XGEVA® SALES GREW 7% IN Q1

XGEVA®
(denosumab)

## $ Millions, Net Sales

|  | Q1 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | 7% | (8%) |
| Units | (2%) | (4%) |
| Inventory | 2% | (2%) |

ROW
U.S.

| | Q1 '21 | Q2 '21 | Q3 '21 | Q4 '21 | Q1 '22 |
|---|---|---|---|---|---|
| ROW | 134 | 133 | 145 | 172 | 134 |
| U.S. | 331 | 355 | 372 | 373 | 368 |
| Total | 468 | 488 | 517 | 545 | 502 |

## Q1 '22 Highlights

- **YoY sales increased 7%, driven by favorable changes to estimated sales deductions and higher net selling price\*, partially offset by a 2% decline in volume**

\*Net selling price represents the impact of list price changes as well as contracting and access changes
**Note: Inventory represents wholesaler inventories**

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

22

AMGEN®

JNJ-STELARA_003456363

# VECTIBIX® SALES GREW 5% in Q1



Vectibix®
(panitumumab)
Injection for IV Infusion

## $ Millions, Net Sales

| | Q1 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | 5% | (17%) |
| Units | 4% | (18%) |
| Inventory | 1% | 0% |

ROW
U.S.

239
243
191
200
201
147
151
116
116
112
79
92
84
92
85

Q1 '21   Q2 '21   Q3 '21   Q4 '21   Q1 '22

## Q1 '22 Highlights

- **YoY sales increased 5%, driven by volume growth in ex-U.S. markets**
- **Vectibix® remained the leading EGFR inhibitor across all lines of therapy**

Note: Inventory represents wholesaler inventories
EGFR = epidermal growth factor receptor

Provided April 27, 2022, as part of an oral presentation and is qualified by
such, contains forward-looking statements, actual results may vary
materially; Amgen disclaims any duty to update.

23

AMGEN®

JNJ-STELARA_003456364

# NPLATE® SALES GREW 17% IN Q1

**Nplate®**
romiplostim

## $ Millions, Net Sales

ROW
U.S.

| | Q1 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | 17% | (6%) |
| Units | 7% | (4%) |
| Inventory | 4% | (1%) |

Chart data ($ Millions, Net Sales):

| | Q1 '21 | Q2 '21 | Q3 '21 | Q4 '21 | Q1 '22 |
|---|---|---|---|---|---|
| ROW | 115 | 109 | 117 | 120 | 110 |
| U.S. | 112 | 136 | 156 | 162 | 156 |
| Total | 227 | 245 | 273 | 282 | 266 |

## Q1 '22 Highlights

- **YoY sales increased 17%, driven by 7% volume growth and favorable changes to estimated sales deductions**

**Note: Inventory represents wholesaler inventories**

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

24

**AMGEN®**

JNJ-STELARA_003456365

# BLINCYTO® HAD RECORD QUARTERLY SALES IN Q1, WITH 29% VOLUME GROWTH

**BLINCYTO**
(blinatumomab) for injection
35 mcg single-dose vial

## $ Millions, Net Sales

ROW
U.S.

| | Q1 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | 29% | 5% |
| Units | 29% | (1%) |
| Inventory | 0% | 0% |

Q1 '21: 107 (42 ROW, 65 U.S.)
Q2 '21: 108 (46 ROW, 62 U.S.)
Q3 '21: 125 (51 ROW, 74 U.S.)
Q4 '21: 132 (55 ROW, 77 U.S.)
Q1 '22: 138 (59 ROW, 79 U.S.)

## Q1 '22 Highlights

- YoY sales increased 29%, driven by volume growth
- Only approved bispecific T-cell engager (BiTE®) immunotherapy

**Note: Inventory represents wholesaler inventories**

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

25

**AMGEN®**

JNJ-STELARA_003456366

Case 2:23-cv-00629-JKW-LRL Document 458-30 PageID# 24252 Filed 08/06/25 Page 75 of 204

# MVASI® REMAINED THE MARKET LEADER WITHIN BEVACIZUMAB SEGMENT IN THE U.S.



MVASI™ (bevacizumab-awwb) injection 100mg/vial & 400mg/vial

## $ Millions, Net Sales



| | Q1 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | | (17%) | (20%) |
| Units | | 13% | (8%) |
| Inventory | | 0% | 1% |

ROW
U.S.

| Q1 '21 | Q2 '21 | Q3 '21 | Q4 '21 | Q1 '22 |
|---|---|---|---|---|
| 294 | 294 | 274 | 304 | 244 |
| 70 | 88 | 87 | 95 | 76 |
| 224 | 206 | 187 | 209 | 168 |

## Q1 '22 Highlights

- YoY sales decreased 17%, driven by lower net selling price*, partially offset by 13% volume growth

- For the full-year, we expect continued net selling price* erosion and volume declines driven by increased competition and Average Selling Price (ASP) erosion

*Net selling price represents the impact of list price changes as well as contracting and access changes
Note: Inventory represents wholesaler inventories
Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

26

AMGEN®

JNJ-STELARA_003456367

# KANJINTI® REMAINED THE MARKET LEADER WITHIN TRASTUZUMAB SEGMENT IN THE U.S.

**KANJINTI**
(trastuzumab-anns)
For Injection 420mg/vial multiple dose

## $ Millions, Net Sales

| | Q1 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | | (40%) | (31%) |
| Units | | (10%) | (3%) |
| Inventory | | 0% | 0% |

ROW
U.S.

Chart: Net Sales by quarter
- Q1 '21: 161 (ROW 31, U.S. 130)
- Q2 '21: 156 (ROW 24, U.S. 132)
- Q3 '21: 116 (ROW 24, U.S. 92)
- Q4 '21: 139 (ROW 14, U.S. 125)
- Q1 '22: 96 (ROW 16, U.S. 80)

## Q1 '22 Highlights

- **YoY sales decreased 40%, driven by lower net selling price\* and volume**

- **Going forward, we expect continued net selling price\* deterioration and volume declines driven by increased competition and ASP erosion**

\*Net selling price represents the impact of list price changes as well as contracting and access changes
Note: Inventory represents wholesaler inventories
Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

27



JNJ-STELARA_003456368

# ESTABLISHED PRODUCTS GENERATED $970M OF SALES IN Q1

## $ Millions, Net Sales

ROW
U.S.

| | Q1 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | (12%) | 1% |
| Units | (3%) | (3%) |
| Inventory | 0% | 1% |



| | 1,098 | 1,129 | 1,081 | 959 | 970 |
|---|---|---|---|---|---|
| ROW | 363 | 353 | 378 | 344 | 325 |
| U.S. | 735 | 776 | 703 | 615 | 645 |

Q1 '21  Q2 '21  Q3 '21  Q4 '21  Q1 '22

## Q1 '22 Highlights

- Includes Neulasta®, NEUPOGEN®, EPOGEN®, Aranesp®, Parsabiv®, and Sensipar®/Mimpara™

- YoY sales decreased 12%, primarily driven by lower net selling price* and volume declines

- In the aggregate, we expect the year-over-year net price and volume erosion for this portfolio of products to continue

*Net selling price represents the impact of list price changes as well as contracting and access changes.
Note: Inventory represents wholesaler inventories
Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

28

AMGEN®

JNJ-STELARA_003456369

Case 2:23-cv-00629-JKW-LRL   Document 458-30   PageID# 24254   Filed 08/06/25   Page 77 of 204



RESEARCH & DEVELOPMENT UPDATE

JNJ-STELARA_003456370

# Q1 '22 EARNINGS CALL—R&D UPDATE

## Inflammation

- **TEZSPIRE™ (tezepelumab-ekko) – monoclonal antibody targeting TSLP**
  - In February, TEZSPIRE™ data were presented at the AAAAI meeting demonstrating reductions in AAER across biomarker subgroups and consistent efficacy throughout the year, regardless of season.
  - The WAYFINDER Phase 3b study, designed to demonstrate reduction in oral corticosteroid use in adult participants with severe asthma on long-term oral corticosteroid therapy, was initiated.
  - The PASSAGE Phase 4 real-world effectiveness study in adult and adolescent participants with severe asthma, including underrepresented populations such as Black Americans, smokers, and patients with asthma-COPD overlap, was initiated.
  - A Phase 3 study continues to enroll patients with chronic rhinosinusitis with nasal polyps.
  - Planning is underway for a Phase 3 study in patients with eosinophilic esophagitis.
  - A Phase 2b study continues to enroll patients with chronic spontaneous urticaria.
  - A Phase 2 study continues to enroll patients with COPD.

TSLP = thymic stromal lymphopoietin; AAAAI = American Academy of Allergy, Asthma, and Immunology; AAER = annualized asthma exacerbation rate; COPD = chronic obstructive pulmonary disease; TEZSPIRE™ is being developed in collaboration with AstraZeneca.

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

30

AMGEN®

JNJ-STELARA_003456371

# Q1 '22 EARNINGS CALL—R&D UPDATE

## Inflammation (continued)

- **Otezla® (apremilast)**
  - In March, Otezla® data were presented at the AAD meeting
    - Results from the ADVANCE and PROMINENT Phase 3 studies reinforced the efficacy of Otezla® in patients with mild to moderate plaque psoriasis.
    - Results from the Phase 2 Japanese trial (PPP-001) in PPP demonstrated statistically significant improvements in the primary and all secondary endpoints vs. placebo.
  - In March, a Phase 3 study for the treatment of Japanese patients with PPP was initiated.

- **Rocatinlimab (AMG 451 / KHK4083) – monoclonal antibody targeting OX40**
  - Rocatinlimab inhibits and prevents the expansion of activated pathogenic T-cells and reduces their number.
  - ROCKET Phase 3 planning continues in moderate to severe AD; anticipated initiation mid-2022.

AAD = American Academy of Dermatology Association;  PPP = palmoplantar pustulosis; AD = atopic dermatitis;
Rocatinlimab is being developed in collaboration with Kyowa Kirin.

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

31

**AMGEN®**

JNJ-STELARA_003456372

# Q1 '22 EARNINGS CALL—R&D UPDATE

## Inflammation (continued)

- **Rozibafusp alfa (AMG 570) antibody-peptide conjugate that blocks ICOSL and BAFF**
  - A Phase 2b study continues to enroll patients with SLE.

- **Efavaleukin alfa (AMG 592) – IL-2 mutein Fc fusion protein**
  - A Phase 2b study continues to enroll patients with SLE.
  - A Phase 2 study continues to enroll patients with ulcerative colitis.

- **Ordesekimab (AMG 714 / PRV-015) – monoclonal antibody targeting IL-15**
  - A Phase 2b study continues to enroll patients with nonresponsive celiac disease.

ICOSL = inducible T-cell costimulatory ligand; BAFF = B-cell activating factor; SLE = systemic lupus erythematosus; IL-2 = interleukin-2; IL-15 = interleukin-15; Ordesekimab is being developed in collaboration with Provention Bio.

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

32

**AMGEN**

JNJ-STELARA_003456373

# Q1 '22 EARNINGS CALL—R&D UPDATE

## Oncology / Hematology

- **LUMAKRAS® / LUMYKRAS™ (sotorasib)**
  - Approved in nearly 40 countries in second-line NSCLC; additional regulatory reviews underway.
  - In April, CodeBreak 100 long-term (2-year) outcomes data in patients with KRAS G12C-mutated advanced NSCLC were presented at AACR.
    - 32.5% of patients were still alive at two years.
    - 40.7% objective response rate by central review.
    - No new safety signals.
  - In February, data in advanced pancreatic cancer were presented at the ASCO plenary series.
    - Objective response rate of 21%; disease control rate of 84%.
    - The Company continues to explore the benefit of LUMAKRAS® in this setting.

NSCLC = non-small cell lung cancer; KRAS = Kirsten Rat Sarcoma; AACR = American Association for Cancer Research; ASCO = American Society of Clinical Oncology.
Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

33

**AMGEN®**

JNJ-STELARA_003456374

# Q1 '22 EARNINGS CALL—R&D UPDATE

## Oncology / Hematology (continued)

- **LUMAKRAS® / LUMYKRAS™ (sotorasib)** (continued)
  - **Data anticipated in 2022**
    - **PD-1 (pembrolizumab) and SHP2 (Revolution Medicines' RMC-4630) combination cohorts, submitted for presentation at a medical congress in late summer.**
    - **Confirmatory Phase 3 advanced NSCLC study vs. docetaxel, Q3-2022.**
    - **Dose comparison of 960 mg/day vs. 240 mg/day in advanced NSCLC, Q4-2022.**
  - **A Phase 2 first-line NSCLC study in patients with STK11 mutations and/or less than 1% programmed death-ligand 1 continues to enroll.**
  - **A Phase 3 study in combination with Vectibix® in third-line KRAS G12C-mutated colorectal cancer is enrolling patients.**

PD-1 = programmed death protein 1; SHP2 = Src homology region 2-containing protein tyrosine phosphatase 2; NSCLC = non-small cell lung cancer;
STK11 = serine/threonine kinase 11.

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

34

AMGEN®

JNJ-STELARA_003456375

# Q1 '22 EARNINGS CALL—R&D UPDATE

## Oncology / Hematology (continued)

- **Bemarituzumab – monoclonal antibody targeting FGFR2b**
  - A Phase 3 study (FORTITUDE-101) of bemarituzumab plus chemotherapy versus placebo plus chemotherapy in first-line gastric cancer with FGFR2b overexpression continues to enroll patients.
  - A Phase 1b/3 study (FORTITUDE-102) of bemarituzumab plus chemotherapy and nivolumab versus chemotherapy and nivolumab in first-line gastric cancer with FGFR2b overexpression continues to enroll patients.
  - A Phase 1b study (FORTITUDE-103) of bemarituzumab plus oral chemotherapy regimens in first-line gastric cancer with FGFR2b overexpression was initiated.
  - A Phase 1b study (FORTITUDE-201) of bemarituzumab monotherapy and in combination with docetaxel is enrolling patients with squamous NSCLC with FGFR2b overexpression.
  - Planning is underway for a signal-seeking basket study in other solid tumors.

FGFR2B = fibroblast growth factor receptor 2b; NSCLC = non-small cell lung cancer.

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

35

AMGEN

JNJ-STELARA_003456376

# Q1 '22 EARNINGS CALL—R&D UPDATE

## Oncology/Hematology (continued)

- **Tarlatamab (AMG 757) – HLE BiTE® molecule targeting DLL3**
  - **DeLLphi-301, a potentially registrational Phase 2 study for the treatment of relapsed/refractory SCLC after two or more prior lines of treatment continues to enroll patients.**
  - **A Phase 1b combination study with AMG 404 continues to enroll patients with second-line or later SCLC.**
  - **DeLLphi-303, a Phase 1b study, testing tarlatamab in combination with standard of care in first-line SCLC, is on track to start enrolling patients this quarter.**
  - **Updated exploration and first expansion Phase 1 data in relapsed/refractory SCLC were submitted to a medical congress taking place in late summer.**
  - **A Phase 1b study continues to enroll patients with de novo or treatment emergent neuroendocrine prostate cancer.**

HLE = half-life extended; BiTE® = bispecific T-cell engager; DLL3 = delta-like ligand 3; SCLC = small cell lung cancer.

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

36

AMGEN®

JNJ-STELARA_003456377

# Q1 '22 EARNINGS CALL—R&D UPDATE

## Oncology/Hematology (continued)

- **Acapatamab (AMG 160) – HLE BiTE® molecule targeting PSMA**
  - Data continue to mature in a dose-expansion cohort for the treatment of patients with mCRPC; decision-enabling data are expected in H1 2022.
  - A master protocol evaluating combinations continues to enroll patients with earlier-line mCRPC.

- **AMG 340 – lower T-cell affinity BiTE® molecule targeting PSMA**
  - A Phase 1 dose-escalation study is enrolling patients with mCRPC.

- **AMG 509 – a bi-specific molecule targeting STEAP1**
  - A Phase 1 dose-escalation study, continues to enroll patients with mCRPC.

HLE = half-life extended; BiTE® = bispecific T-cell engager; PSMA = prostate-specific membrane antigen; mCRPC = metastatic castrate-resistant prostate cancer; STEAP1 = six-transmembrane epithelial antigen of prostate 1; AMG 509 is being developed in collaboration with Xencor.

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

37

AMGEN®

JNJ-STELARA_003456378

# Q1 '22 EARNINGS CALL—R&D UPDATE

## Oncology/Hematology (continued)

- **AMG 193 – small-molecule MTA cooperative PRMT5 molecular glue**
  - A Phase 1/1b/2 study continues to enroll patients with advanced MTAP-null solid tumors.

- **AMG 330 - BiTE® molecule targeting anti-CD33**
  - Development of AMG 330 in AML has been discontinued based on the overall benefit:risk profile observed and prioritization of programs with the greatest potential benefit to AML patients.
  - Ongoing programs in AML include AMG 176, a small-molecule MCL-1 inhibitor and AMG 427, an HLE BiTE® molecule targeting FLT3.

MTA = methylthioadenosine; PRMT5= protein arginine methyltransferase 5; MTAP = methylthioadenosine phosphorylase; BiTE® = bispecific T-cell engager; AML = acute myeloid leukemia; HLE = half-life extended; MCL-1 = myeloid cell leukemia 1; FLT3 = anti-fms-like tyrosine kinase 3.

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

38

**AMGEN®**

JNJ-STELARA_003456379

# Q1 '22 EARNINGS CALL—R&D UPDATE

## General Medicine

- ### Repatha®
  - In April, the Company announced results from two Repatha OLE studies (FOURIER-OLE) designed to assess the long-term safety and tolerability of Repatha in more than 6,600 high-risk adults with clinically evident atherosclerotic cardiovascular disease.
  - In the OLE studies, patients received Repatha for approximately 5 years, with some patients receiving Repatha for up to 8.5 years in aggregate across the FOURIER and OLE studies.
  - No new long-term safety findings were observed.
  - Medically significant and sustained reduction in LDL-C levels were observed, with more than 85 percent of patients achieving an LDL-C level of <40 mg/dL during the OLE period.
  - The results of these studies will be presented at an upcoming medical congress later this year.

OLE = open label extension; LDL-C = low-density lipoprotein cholesterol.

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

39



JNJ-STELARA_003456380

# Q1 '22 EARNINGS CALL—R&D UPDATE

## General Medicine (continued)

- ## Olpasiran (AMG 890) – Lipoprotein(a) siRNA
  - Results from a Phase 2 study in patients with elevated lipoprotein(a) are expected in H1-2022 with presentation at a medical congress expected in H2-2022.

- ## AMG 133 – multispecific GIPR inhibitor and GLP-1 receptor agonist
  - A phase 1 study continues to enroll patients in the multidose portion of the study.

**siRNA = small interfering ribonucleic acid; GIPR= Gastric Inhibitory Polypeptide Receptor; GLP-1= Glucagon-like peptide-1.**

Provided April 27, 2022, as part of an oral presentation and is qualified by
such, contains forward-looking statements, actual results may vary
materially; Amgen disclaims any duty to update.

40

AMGEN®

JNJ-STELARA_003456381

# Q1 '22 EARNINGS CALL—R&D UPDATE

## Biosimilars

- **ABP 654 – investigational biosimilar to STELARA® (ustekinumab)**
  - Preliminary results from a Phase 3 study evaluating the efficacy and safety compared to STELARA® in adult patients with moderate to severe plaque psoriasis met the primary efficacy endpoint.
  - A Phase 3 study to support an interchangeability designation in the U.S. is ongoing.
- **Phase 3 studies of ABP 938, an investigational biosimilar to EYLEA® (aflibercept), and ABP 959, an investigational biosimilar to SOLIRIS® (eculizumab), are on track, with data expected in 2022.**
- **A Phase 3 study to support an interchangeability designation in the U.S. for AMJEVITA™ (adalimumab-atto) is enrolling patients.**

STELARA® is a registered trademark of Janssen Pharmaceutica, NV; EYLEA® is a registered trademark of Regeneron Pharmaceuticals, Inc.; SOLIRIS® is a registered trademark of Alexion Pharmaceuticals, Inc.

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

41



JNJ-STELARA_003456382




APRIL 27, 2022

JNJ-STELARA_003456383

# RECONCILIATIONS



JNJ-STELARA_003456384

**Amgen Inc.**
**Consolidated Statements of Income - GAAP**
**(In millions, except per - share data)**
**(Unaudited)**

Case 2:23-cv-00629-JKW-LRL   Document 458-30   Filed 08/06/25   Page 93 of 204 PageID# 24270

| | Three months ended March 31, | |
| --- | --- | --- |
| | 2022 | 2021 |
| Revenues: | | |
| Product sales | $ 5,731 | $ 5,592 |
| Other revenues | 507 | 309 |
| Total revenues | 6,238 | 5,901 |
| | | |
| Operating expenses: | | |
| Cost of sales | 1,561 | 1,490 |
| Research and development | 959 | 967 |
| Acquired in-process research and development | — | — |
| Selling, general and administrative | 1,228 | 1,254 |
| Other | (10) | 61 |
| Total operating expenses | 3,738 | 3,772 |
| | | |
| Operating income | 2,500 | 2,129 |
| | | |
| Other income (expense): | | |
| Interest expense, net | (295) | (285) |
| Other (expense) income, net | (530) | 13 |
| | | |
| Income before income taxes | 1,675 | 1,857 |
| | | |
| Provision for income taxes | 199 | 211 |
| | | |
| Net income | $ 1,476 | $ 1,646 |
| | | |
| Earnings per share: | | |
| Basic | $ 2.69 | $ 2.85 |
| Diluted | $ 2.68 | $ 2.83 |
| | | |
| Shares used in calculation of earnings per share: | | |
| Basic | 548 | 577 |
| Diluted | 551 | 581 |

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

44

AMGEN®

JNJ-STELARA_003456385

**Amgen Inc.**
**Consolidated Balance Sheets - GAAP**
**(In millions)**

|  | March 31, 2022 (Unaudited) | December 31, 2021 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash, cash equivalents and marketable securities | $ 6,544 | $ 8,037 |
| Trade receivables, net | 5,077 | 4,895 |
| Inventories | 4,411 | 4,086 |
| Other current assets | 2,488 | 2,367 |
| Total current assets | 18,520 | 19,385 |
| Property, plant and equipment, net | 5,142 | 5,184 |
| Intangible assets, net | 14,567 | 15,182 |
| Goodwill | 14,897 | 14,890 |
| Other noncurrent assets | 6,070 | 6,524 |
| Total assets | $ 59,196 | $ 61,165 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable and accrued liabilities | $ 12,042 | $ 12,097 |
| Current portion of long-term debt | 844 | 87 |
| Total current liabilities | 12,886 | 12,184 |
| Long-term debt | 36,010 | 33,222 |
| Long-term tax liabilities | 6,652 | 6,594 |
| Other noncurrent liabilities | 2,732 | 2,465 |
| Total stockholders' equity | 916 | 6,700 |
| Total liabilities and stockholders' equity | $ 59,196 | $ 61,165 |
| Shares outstanding | 534 | 558 |

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

45

AMGEN®

JNJ-STELARA_003456386

**Amgen Inc.**
**GAAP to Non-GAAP Reconciliations**
**(Dollars In millions)**
**(Unaudited)**

| | Three months ended March 31, | |
|---|---|---|
| | 2022 | 2021 |
| GAAP cost of sales | $ 1,561 | $ 1,490 |
| Adjustments to cost of sales: | | |
| Acquisition-related expenses (a) | (610) | (623) |
| Total adjustments to cost of sales | (610) | (623) |
| Non-GAAP cost of sales | $ 951 | $ 867 |
| GAAP cost of sales as a percentage of product sales | 27.2 % | 26.6 % |
| Acquisition-related expenses (a) | (10.6) | (11.1) |
| Non-GAAP cost of sales as a percentage of product sales | 16.6 % | 15.5 % |
| GAAP research and development expenses | $ 959 | $ 967 |
| Adjustments to research and development expenses: | | |
| Acquisition-related expenses (a) | (25) | (23) |
| Total adjustments to research and development expenses | (25) | (23) |
| Non-GAAP research and development expenses | $ 934 | $ 944 |
| GAAP research and development expenses as a percentage of product sales | 16.7 % | 17.3 % |
| Acquisition-related expenses (a) | (0.4) | (0.4) |
| Non-GAAP research and development expenses as a percentage of product sales | 16.3 % | 16.9 % |
| GAAP selling, general and administrative expenses | $ 1,228 | $ 1,254 |
| Adjustments to selling, general and administrative expenses: | | |
| Acquisition-related expenses (a) | (15) | (12) |
| Other | — | (16) |
| Total adjustments to selling, general and administrative expenses | (15) | (28) |
| Non-GAAP selling, general and administrative expenses | $ 1,213 | $ 1,226 |
| GAAP selling, general and administrative expenses as a percentage of product sales | 21.4 % | 22.4 % |
| Acquisition-related expenses (a) | (0.2) | (0.2) |
| Other | 0.0 | (0.3) |
| Non-GAAP selling, general and administrative expenses as a percentage of product sales | 21.2 % | 21.9 % |
| GAAP operating expenses | $ 3,738 | $ 3,772 |
| Adjustments to operating expenses: | | |
| Adjustments to cost of sales | (610) | (623) |
| Adjustments to research and development expenses | (25) | (23) |
| Adjustments to selling, general and administrative expenses | (15) | (28) |
| Certain charges pursuant to our cost savings initiatives | (2) | (52) |
| Certain other expenses (b) | 12 | (9) |
| Total adjustments to operating expenses | (640) | (735) |
| Non-GAAP operating expenses | $ 3,098 | $ 3,037 |

| | Three months ended March 31, | |
|---|---|---|
| | 2022 | 2021 |
| GAAP operating income | $ 2,500 | $ 2,129 |
| Adjustments to operating expenses | 640 | 735 |
| Non-GAAP operating income | $ 3,140 | $ 2,864 |
| GAAP operating income as a percentage of product sales | 43.6 % | 38.1 % |
| Adjustments to cost of sales | 10.6 | 11.1 |
| Adjustments to research and development expenses | 0.4 | 0.4 |
| Adjustments to selling, general and administrative expenses | 0.2 | 0.5 |
| Certain charges pursuant to our cost savings initiatives | 0.1 | 0.9 |
| Certain other expenses (b) | (0.1) | 0.2 |
| Non-GAAP operating income as a percentage of product sales | 54.8 % | 51.2 % |
| GAAP other income (expense), net | $ (530) | $ 13 |
| Adjustments to other income (expense), net: | | |
| Equity method investment basis difference amortization | 47 | 42 |
| Net gains from equity investments | 365 | (145) |
| Total adjustments to other income (expense), net | 412 | (103) |
| Non-GAAP other income (expense), net | $ (118) | $ (90) |
| GAAP income before income taxes | $ 1,675 | $ 1,857 |
| Adjustments to income before income taxes: | | |
| Adjustments to operating expenses | 640 | 735 |
| Adjustments to other income, net | 412 | (103) |
| Total adjustments to income before income taxes | 1,052 | 632 |
| Non-GAAP income before income taxes | $ 2,727 | $ 2,489 |
| GAAP provision for income taxes | $ 199 | $ 211 |
| Adjustments to provision for income taxes: | | |
| Income tax effect of the above adjustments (c) | 189 | 131 |
| Other income tax adjustments (d) | (4) | (3) |
| Total adjustments to provision for income taxes | 185 | 128 |
| Non-GAAP provision for income taxes | $ 384 | $ 339 |
| GAAP tax as a percentage of income before taxes | 11.9 % | 11.4 % |
| Adjustments to provision for income taxes: | | |
| Income tax effect of the above adjustments (c) | 2.3 | 2.3 |
| Other income tax adjustments (d) | (0.1) | (0.1) |
| Total adjustments to provision for income taxes | 2.2 | 2.2 |
| Non-GAAP tax as a percentage of income before taxes | 14.1 % | 13.6 % |
| GAAP net income | $ 1,476 | $ 1,646 |
| Adjustments to net income: | | |
| Adjustments to income before income taxes, net of the income tax effect | 863 | 501 |
| Other income tax adjustments (d) | 4 | 3 |
| Total adjustments to net income | 867 | 504 |
| Non-GAAP net income | $ 2,343 | $ 2,150 |

Note: Numbers may not add due to rounding

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

46

**AMGEN**®

JNJ-STELARA_003456387

**Amgen Inc.**
**GAAP to Non-GAAP Reconciliations**
**(In millions, except per-share data)**
**(Unaudited)**
**(Continued from previous slide)**

The following table presents the computations for GAAP and non-GAAP diluted earnings per share:

|  | Three months ended March 31, 2022 | | Three months ended March 31, 2021 | |
| --- | --- | --- | --- | --- |
|  | GAAP | Non-GAAP | GAAP | Non-GAAP |
| Net income | $ 1,476 | $ 2,343 | $ 1,646 | $ 2,150 |
| Weighted-average shares for diluted EPS | 551 | 551 | 581 | 581 |
| Diluted EPS | $ 2.68 | $ 4.25 | $ 2.83 | $ 3.70 |

a.   The adjustments related primarily to noncash amortization of intangible assets from business acquisitions.
b.   For the three months ended March 31, 2022, the adjustments related primarily to an in-process research and development asset adjustment.
c.   The tax effect of the adjustments between our GAAP and non-GAAP results takes into account the tax treatment and related tax rate(s) that apply to each adjustment in the applicable tax jurisdiction(s). Generally, this results in a tax impact at the U.S. marginal tax rate for certain adjustments, including the majority of amortization of intangible assets, whereas the tax impact of other adjustments, including restructuring initiatives, depends on whether the amounts are deductible in the respective tax jurisdictions and the applicable tax rate(s) in those jurisdictions. Due to these factors, the effective tax rate for the adjustments to our GAAP income before income taxes, for the three months ended March 31, 2022, was 18.0%, compared to 20.7% for the corresponding period of the prior year.
d.   The adjustments related to certain acquisition items, prior period and other items excluded from GAAP earnings.

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

47

AMGEN®

JNJ-STELARA_003456388

**Amgen Inc.**
**Reconciliations of Cash Flows**
**(In millions)**
**(Unaudited)**

|  | Three months ended March 31, | |
| --- | --- | --- |
|  | **2022** | **2021** |
| Net cash provided by operating activities | $ 2,164 | $ 2,104 |
| Net cash used in investing activities | (111) | (319) |
| Net cash used in financing activities | (3,514) | (1,939) |
| (Decrease) increase in cash and cash equivalents | (1,461) | (154) |
| Cash and cash equivalents at beginning of period | 7,989 | 6,266 |
| Cash and cash equivalents at end of period | $ 6,528 | $ 6,112 |

|  | Three months ended March 31, | |
| --- | --- | --- |
|  | **2022** | **2021** |
| Net cash provided by operating activities | $ 2,164 | $ 2,104 |
| Capital expenditures | (190) | (166) |
| Free cash flow | $ 1,974 | $ 1,938 |

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

48

AMGEN®

JNJ-STELARA_003456389

**Amgen Inc.**
**Reconciliation of GAAP EPS Guidance to Non-GAAP**
**EPS Guidance for the Year Ending December 31, 2022**
**(Unaudited)**

| | | | |
|---|---|---|---|
| **GAAP diluted EPS guidance** | $12.53 | — | $13.58 |
| **Known adjustments to arrive at non-GAAP*:** | | | |
| Acquisition-related expenses (a) | 3.89 | — | 3.94 |
| Net (gains)/losses from equity investments | | 0.53 | |
| **Non-GAAP diluted EPS guidance** | $17.00 | — | $18.00 |

\* The known adjustments are presented net of their related tax impact, which amount to approximately $1.19 per share.

(a) The adjustments relate primarily to noncash amortization of intangible assets acquired in business acquisitions.

Our GAAP diluted EPS guidance does not include the effect of GAAP adjustments triggered by events that may occur subsequent to this press release such as acquisitions, asset impairments, litigation, changes in fair value of our contingent consideration obligations and changes in fair value of our equity investments.

**Reconciliation of GAAP Tax Rate Guidance to Non-GAAP**
**Tax Rate Guidance for the Year Ending December 31, 2022**
**(Unaudited)**

| | | | |
|---|---|---|---|
| GAAP tax rate guidance | 10.5 % | — | 12.0 % |
| Tax rate of known adjustments discussed above | 2.5% | — | 3.0% |
| Non-GAAP tax rate guidance | 13.5 % | — | 14.5 % |

Provided April 27, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

49

AMGEN

JNJ-STELARA_003456390

# Q1 '22 EARNINGS CALL

APRIL 27, 2022



JNJ-STELARA_003456391

Case 2:23-cv-00629-JKW-LRL   Document 458-30   Filed 08/06/25   Page 100 of 204
Case 1:22-cv-01549-UNA   Document 1-1   Filed 11/29/22   Page 72 of 203 PageID #: 99
PageID# 24277

# EXHIBIT E

JNJ-STELARA_003456392

A Study to Investigate Interchangeability of ABP 654 for the Treatment of Participants With Moderate to Severe Plaque Psoriasis — ClinicalTrials.g...

Case 2:23-cv-00629-JKW-LRL Document 458-30 Filed 08/06/25 Page 101 of 204 PageID# 24278

Case 1:22-cv-01549-UNA Document 1-1 Filed 11/29/22 Page 73 of 203 PageID #: 100

⚠

**We're building a better ClinicalTrials.gov. Check it out and tell us what you think!**

NIH U.S. National Library of Medicine

# *ClinicalTrials.gov*

Find Studies ▾    About Studies ▾    Submit Studies ▾    Resources ▾    About Site ▾    **PRS Login**

Home >    Search Results >    Study Record Detail                                ☐ Save this study

## A Study to Investigate Interchangeability of ABP 654 for the Treatment of Participants With Moderate to Severe Plaque Psoriasis

The safety and scientific validity of this study is the responsibility of the study sponsor and investigators.
⚠ Listing a study does not mean it has been evaluated by the U.S. Federal Government. Read our disclaimer for details.

ClinicalTrials.gov Identifier: NCT04761627

Recruitment Status ⓘ : Active, not recruiting
First Posted ⓘ : February 21, 2021
Last Update Posted ⓘ : November 7, 2022

View this study on Beta.ClinicalTrials.gov

**Sponsor:**
  Amgen

**Information provided by (Responsible Party):**
  Amgen

| Study Details | Tabular View | No Results Posted |
|---|---|---|

Disclaimer

ⓘ How to Read a Study Record

## Study Description           Go to

Brief Summary:
  The purpose of the study is to evaluate pharmacokinetic similarity, efficacy, safety and immunogenicity of multiple

JNJ-STELARA_003456393

switches between ustekinumab and ABP 654 compared with continued use of ustekinumab in participants with moderate to severe plaque psoriasis.

| Condition or disease 🔽 | Intervention/treatment 🔽 | Phase 🔽 |
|---|---|---|
| Psoriasis | Drug: Ustekinumab<br>Drug: ABP 654 | Phase 3 |

Detailed Description:

This is a multi-center study and will enroll approximately 480 participants.

After eligibility confirmation, all participants will be randomized in a 1:1 ratio into 2 treatment arms: continued use of ustekinumab or multiple switches between ustekinumab and ABP 654 at Week 28. The randomization will be stratified by prior biologic use for psoriasis (yes versus [vs] no) at baseline (Week 0), geographic region, and baseline (Week 0) body weight.

All participants will receive an initial 3 doses of ustekinumab on Day 1 (Week 0), Week 4 and Week 16. At Week 28, participants will be randomized to continue on ustekinumab or switching between ABP 654 and ustekinumab every 12 weeks.

At Week 28, efficacy assessments will be conducted including evaluation of Psoriasis and Area Severity Index (PASI). Participants who do not achieve PASI 50 response or better improvement at Week 28 will be considered as run-in failures and will not be randomized at Week 28; these participants will complete End of Study procedures at Week 28. The run-in period will occur from Day 1 until randomization at Week 28. Those unable to complete the Week 28 visit or did not have a PASI assessment completed at Week 28 will be discontinued from the study.

The total duration of study participation for each participant will be 68 weeks, with up to 4 weeks for screening and 64 weeks after the first investigational product administration.

## Study Design        Go to

| | |
|---|---|
| Study Type 🔽 : | Interventional  (Clinical Trial) |
| Actual Enrollment 🔽 : | 494 participants |
| Allocation: | Randomized |
| Intervention Model: | Parallel Assignment |
| Masking: | Double (Participant, Investigator) |
| Masking Description: | The investigators, study personnel (with the exception of the Data Monitoring Committee (DMC), and unblinded Parexel staff supporting DMC activities and randomization list activities) and the study participants will remain blinded to treatment allocation. ABP 654 and ustekinumab will be coded and labeled in a manner that protects blinding. |
| Primary Purpose: | Treatment |
| Official Title: | A Multicenter, Randomized, Double-blinded Study Evaluating the |

JNJ-STELARA_003456394

A Study to Investigate Interchangeability of ABP 654 for the Treatment of Participants With Moderate to Severe Plaque Psoriasis - Full Text View - ClinicalTrials.g...

Case 1:22-cv-01549-UNA   Document 1-1   Filed 11/29/22   Page 75 of 203 PageID #: 102

Pharmacokinetics, Efficacy and Safety of Multiple Switches Between Ustekinumab and ABP 654 Compared With Continued Use of Ustekinumab in Subjects With Moderate to Severe Plaque Psoriasis

Actual Study Start Date ⓘ :   March 24, 2021
Estimated Primary Completion Date ⓘ :   March 9, 2023
Estimated Study Completion Date ⓘ :   March 9, 2023

---

**Resource links provided by the National Library of Medicine**   NIH⟩NLM

MedlinePlus related topics:   Psoriasis

Drug Information available for:   Ustekinumab

U.S. FDA Resources

---

## Arms and Interventions                 Go to

| Arm ⓘ | Intervention/treatment ⓘ |
|---|---|
| Active Comparator: Continued-use Group (Ustekinumab)<br><br>Participants will receive subcutaneous injection of ustekinumab up to Week 52. | Drug: Ustekinumab<br><br>Participants will receive subcutaneous (SC) injection of ustekinumab.<br>Other Name: Stelara® |
| Experimental: Switching Group (Ustekinumab - ABP 654)<br><br>Participants will initially receive injection of ustekinumab up to Week 16. Thereafter, starting from Week 28, participants will switch between ABP 654 and ustekinumab every 12 weeks up to Week 52. | Drug: Ustekinumab<br><br>Participants will receive subcutaneous (SC) injection of ustekinumab.<br>Other Name: Stelara®<br><br>Drug: ABP 654<br><br>Participants will receive SC injection of ABP 654. |

---

## Outcome Measures                 Go to

Primary Outcome Measures ⓘ :

1. Area Under the Curve from Time 0 over the Dosing Interval (AUCtau) [ Time Frame: Week 52 (pre-dose and post-dose) until Week 64 ]

JNJ-STELARA_003456395

A Study to Investigate the Interchangeability of ABP 654 With the Treatment of Participants With Moderate to Severe Plaque Psoriasis - Full Text View - ClinicalTrials.g...

Case 1:22-cv-01549-UNA   Document 1-1   Filed 11/29/22   Page 76 of 203 PageID #: 103

Case 2:23-cv-00629-JKW-LRL   Document 458-30   Filed 08/06/25   Page 104 of 204 PageID# 24281

To evaluate AUCtau in participants with multiple switches between ustekinumab and ABP 654 compared to participants receiving continued use of ustekinumab.

2. Maximum Concentration (Cmax) [ Time Frame: Week 52 (pre-dose and post-dose) until Week 64 ]

To evaluate Cmax in participants with multiple switches between ustekinumab and ABP 654 compared to participants receiving continued use of ustekinumab.

Secondary Outcome Measures ⓘ :

1. Time of Maximum Concentration (tmax) [ Time Frame: Week 52 (pre-dose and post-dose) until Week 64 ]

To assess the tmax in participants with multiple switches between ABP 654 and ustekinumab compared with participants receiving continued use of ustekinumab.

2. Trough Concentration at Steady State (Ctrough,ss) [ Time Frame: Week 28 (pre-dose and post-dose) until Week 52 (pre-dose and post-dose) ]

To assess the Ctrough,ss in participants with multiple switches between ABP 654 and ustekinumab compared with participants receiving continued use of ustekinumab.

3. Percent Improvement in PASI From Baseline to Week 64 [ Time Frame: Baseline (Day 1) until Week 64 ]

The PASI is a measure of the average redness (erythema), thickness (induration), and scaliness (scaling); each graded on a 0-4 scale (0 = clear; 1-4= increasing severity) of the lesions, weighted by the area of involvement in the four main body areas (i.e., head, arms, trunk to groin, and legs to top of buttocks). The PASI score ranges from 0 to 72. The higher score represents the worse symptom severity.

4. Percentage of Participants with PASI 75 Response at Week 64 [ Time Frame: Week 64 ]

Reduction in disease as measured by PASI score. The PASI 75 response is a 75% or greater improvement (reduction in disease [PASI 75]) from baseline in PASI score. The PASI is a measure of the average redness (erythema), thickness (induration), and scaliness (scaling; each graded on a 0-4 scale (0 = clear; 1-4= increasing severity) of the lesions, weighted by the area of involvement in the four main body areas (i.e., head, arms, trunk to groin, and legs to top of buttocks). The PASI score ranges from 0 to 72. The higher score represents the worse symptom severity.

5. Percentage of Participants with PASI 100 Response at Week 64 [ Time Frame: Week 64 ]

Reduction in disease as measured by PASI score. The PASI 100 response is a 100% improvement (reduction in disease [PASI 100]) from baseline in PASI score. The PASI is a measure of the average redness (erythema), thickness (induration), and scaliness (scaling; each graded on a 0-4 scale (0 =

JNJ-STELARA_003456396

A Study to Investigate Interchangeability of ABP 654 World the Treatment of Participants With Moderate to Severe Plaque Psoriasis - Full Text View - ClinicalTrials.g...

Case 1:22-cv-01549-UNA   Document 1-1   Filed 11/29/22   Page 77 of 203 PageID #: 104

clear; 1-4= increasing severity) of the lesions, weighted by the area of involvement in the four main body areas (i.e., head, arms, trunk to groin, and legs to top of buttocks). The PASI score ranges from 0 to 72. The higher score represents the worse symptom severity.

6. Number of Participants With Treatment Emergent Adverse Events and Serious Adverse Events [ Time Frame: Week 28 until Week 64 ]

   To assess the safety in participants with multiple switches between ABP 654 and ustekinumab compared with participants receiving continued use of ustekinumab.

7. Number of Participants With Events of Interest [ Time Frame: Week 28 until Week 64 ]

   To assess the safety in participants with multiple switches between ABP 654 and ustekinumab compared with participants receiving continued use of ustekinumab.

8. Number of Participants With Positive Anti-drug Antibodies to ABP 654 [ Time Frame: Week 28 until Week 64 (Pre-dose) ]

   To assess the immunogenicity in participants with multiple switches between ABP 654 and ustekinumab compared with participants receiving continued use of ustekinumab.

## Eligibility Criteria                    Go to

---



**Information from the National Library of Medicine**

*Choosing to participate in a study is an important personal decision. Talk with your doctor and family members or friends about deciding to join a study. To learn more about this study, you or your doctor may contact the study research staff using the contacts provided below. For general information, Learn About Clinical Studies.*

|  |  |
|---|---|
| Ages Eligible for Study: | 18 Years to 75 Years   (Adult, Older Adult) |
| Sexes Eligible for Study: | All |
| Accepts Healthy Volunteers: | No |

**Criteria**

Inclusion Criteria:

- Participant has stable moderate to severe plaque psoriasis for at least 6 months

JNJ-STELARA_003456397

A Study to Investigate the Interchangeability of ABP 654 for the Treatment of Participants With Moderate to Severe Plaque Psoriasis - Full Text View - ClinicalTrials.g...

Case 1:22-cv-01549-UNA   Document 1-1   Filed 11/29/22   Page 78 of 203 PageID #: 105

Case 2:23-cv-00629-JKW-LRL   Document 458-30   Filed 08/06/25   Page 106 of 204 PageID# 24283

- Participant has a score of PASI ≥ 12, involvement of ≥ 10% body surface area and static Physician Global Assessment ≥ 3 at screening and at baseline

- Participant is a candidate for phototherapy or systemic therapy

- Participant has previous failure, inadequate response, intolerance, or contraindication to at least 1 conventional antipsoriatic systemic therapy

- Female participant should have a negative serum pregnancy test during screening and a negative urine pregnancy test at baseline

- Participant or legally acceptable representative is capable of giving signed Institutional Review Board (IRB)/Independent Ethics Committee (IEC) informed consent

- Participant has no known history of latent or active tuberculosis

- Participant with a positive purified protein derivative (PPD) test and a history of Bacillus Calmette-Guérin (BCG) vaccination is allowed with a negative Quantiferon/T-spot test

- Participant with a positive PPD test or participant with a positive or indeterminate Quantiferon/T-spot test is allowed if he/she has all the following:

  - No symptoms per tuberculosis worksheet provided by the sponsor, Amgen Inc.

  - Documented history of adequate prophylaxis initiation prior to receiving investigational product in accordance with local recommendations

  - No known exposure to a case of active tuberculosis after most recent prophylaxis

  - No evidence of active tuberculosis on chest radiograph within 3 months prior to the first dose of investigational product

Exclusion Criteria:

- Participant has erythrodermic psoriasis, pustular psoriasis, guttate psoriasis, medication induced psoriasis, or other skin conditions at the time of screening (eg, eczema) that would interfere with evaluations of the effect of investigational product of psoriasis

- Participant has an active infection or history of infections

- Participant has uncontrolled, clinically significant systemic disease, such as uncontrolled diabetes mellitus, cardiovascular disease, renal disease, liver disease, or hypertension

- Participant has a mean QT internal or abnormal long QT syndrome corrected using Fridericia's formula (QTcF) of > 450 msec (for male participant) or > 470 msec (for female participant) at baseline that, in the opinion of the Investigator, is abnormal or clinically significant

- Participant has moderate to severe heart failure (New York Heart Associate class III/IV)

- Participant has known hypersensitivity to the investigational product or to any of the excipients

- Participant has laboratory abnormalities at screening

- Participant has had previous treatment with any agent specifically targeting interleukin (IL)-12 or IL-23 within 1 year prior to enrollment

- Participant has received biologic treatment for psoriasis within the previous month or 5 drug half-lives

JNJ-STELARA_003456398

A Study to Investigate Interchangeability of ABP 654 World Treatment of Participants with Moderate to Severe Plaque Psoriasis - Full Text View - ClinicalTrials.g...

Case 1:22-cv-01549-UNA   Document 1-1   Filed 11/29/22   Page 79 of 203 PageID #: 106

(whichever is longer) prior to enrollment

- Participant has received any investigational agents within the previous month or 5 half-lives (whichever is longer) prior to enrollment

- Participant has received non-biologic systemic psoriasis therapy within 4 weeks prior to enrollment

- Participant has received ultraviolet A phototherapy (with or without psoralen) or excimer laser within 4 weeks prior to enrollment, or ultraviolet B phototherapy within 2 weeks prior to enrollment

- Participant has received topical psoriasis treatment within 2 weeks prior to enrollment

- Participant has received other investigational procedures within 4 weeks prior to enrollment and during the course of the study

- Female participant is pregnant or breastfeeding or planning to become pregnant while participating in the study and for at least 5 months after the last dose of investigational product

- Sexually active participants and their partners who are of childbearing potential and not agreeing to use adequate protocol defined contraception methods while participating in the study and for 5 months after the last dose of investigational product

## Contacts and Locations            Go to

---

### Information from the National Library of Medicine

*To learn more about this study, you or your doctor may contact the study research staff using the contact information provided by the sponsor.*

*Please refer to this study by its ClinicalTrials.gov identifier (NCT number): **NCT04761627***

**Locations**

▶ Show 88 study locations

**Sponsors and Collaborators**

Amgen

**Investigators**

Study Director:   MD   Amgen

## More Information              Go to

---

**Additional Information:**

JNJ-STELARA_003456399

A Study to Investigate Interchangeability of ABP 654 for the Treatment of Patients With Moderate to Severe Plaque Psoriasis - Full Text View - ClinicalTrials.g...

Case 1:22-cv-01549-UNA   Document 1-1   Filed 11/29/22   Page 80 of 203 PageID #: 107

AmgenTrials clinical trials website  EXIT

| | |
|---|---|
| Responsible Party: | Amgen |
| ClinicalTrials.gov Identifier: | NCT04761627   History of Changes |
| Other Study ID Numbers: | 20200417 |
| | 2020-005205-42 ( EudraCT Number ) |
| First Posted: | February 21, 2021   Key Record Dates |
| Last Update Posted: | November 7, 2022 |
| Last Verified: | November 2022 |

Individual Participant Data (IPD) Sharing Statement:

| | |
|---|---|
| Plan to Share IPD: | Yes |
| Plan Description: | De-identified individual patient data for variables necessary to address the specific research question in an approved data sharing request |
| Supporting Materials: | Study Protocol |
| | Statistical Analysis Plan (SAP) |
| | Informed Consent Form (ICF) |
| | Clinical Study Report (CSR) |
| Time Frame: | Data sharing requests relating to this study will be considered beginning 18 months after the study has ended and either 1) the product and indication have been granted marketing authorization in both the US and Europe or 2) clinical development for the product and/or indication discontinues and the data will not be submitted to regulatory authorities. There is no end date for eligibility to submit a data sharing request for this study. |
| Access Criteria: | Qualified researchers may submit a request containing the research objectives, the Amgen product(s) and Amgen study/studies in scope, endpoints/outcomes of interest, statistical analysis plan, data requirements, publication plan, and qualifications of the researcher(s). In general, Amgen does not grant external requests for individual patient data for the purpose of re-evaluating safety and efficacy issues already addressed in the product labelling. Requests are reviewed by a committee of internal advisors. If not approved, a Data Sharing Independent Review Panel will arbitrate and make the final decision. Upon approval, information necessary to address the research question will be provided under the terms of a data sharing agreement. This may include anonymized individual patient data and/or available supporting documents, containing fragments of analysis code where provided in analysis specifications. Further details are available at the URL below. |
| URL: | http://www.amgen.com/datasharing |

Studies a U.S. FDA-regulated Drug Product:     Yes

JNJ-STELARA_003456400

A Study to Investigate Interchangeability of ABP 654 for the Treatment of Patients with Moderate to Severe Plaque Psoriasis - Full Text View - ClinicalTrials.g...

Case 1:22-cv-01549-UNA   Document 1-1   Filed 11/29/22   Page 81 of 203 PageID #: 108

Studies a U.S. FDA-regulated Device Product:    No

Keywords provided by Amgen:

Psoriasis

Skin Diseases

Biosimilar

Dermatologic Agents

Psoriasis area and severity index

Papulosquamous

Ustekinumab

Additional relevant MeSH terms:

Psoriasis

Skin Diseases, Papulosquamous

Skin Diseases

Ustekinumab

Dermatologic Agents

⌃ TO TOP

JNJ-STELARA_003456401

Case 2:23-cv-00629-JKW-LRL    Document 458-30    Filed 08/06/25    Page 110 of 204
Case 1:22-cv-01549-UNA   Document 1-1   Filed 11/29/22   Page 82 of 203 PageID #: 109
PageID# 24287

# EXHIBIT F

JNJ-STELARA_003456402




August 4, 2022

JNJ-STELARA_003456403

# SAFE HARBOR STATEMENT

This presentation contains forward-looking statements that are based on management's current expectations and beliefs and are subject to a number of risks, uncertainties and assumptions that could cause actual results to differ materially from those described.  All statements, other than statements of historical fact, are statements that could be deemed forward-looking statements, including any statements on the outcome, benefits and synergies of collaborations, or potential collaborations, with any other company, (including BeiGene, Ltd., Kyowa-Kirin Co., Ltd., or any collaboration to manufacture therapeutic antibodies against COVID-19), the performance of Otezla® (apremilast) (including anticipated Otezla sales growth and the timing of non-GAAP EPS accretion), the Five Prime Therapeutics, Inc. acquisition, or the Teneobio, Inc. acquisition, or the recently announced proposed acquisition of ChemoCentryx, Inc., as well as estimates of revenues, operating margins, capital expenditures, cash, other financial metrics, expected legal, arbitration, political, regulatory or clinical results or practices, customer and prescriber patterns or practices, reimbursement activities and outcomes, effects of pandemics or other widespread health problems such as the ongoing COVID-19 pandemic on our business, outcomes progress, and other such estimates and results.  Forward-looking statements involve significant risks and uncertainties, including those discussed below and more fully described in the Securities and Exchange Commission (SEC) reports filed by Amgen, including Amgen's most recent annual report on Form 10-K and any subsequent periodic reports on Form 10-Q and current reports on Form 8-K.  Please refer to Amgen's most recent Forms 10-K, 10-Q and 8-K for additional information on the uncertainties and risk factors related to our business.  Unless otherwise noted, Amgen is providing this information as of  August 4, 2022 and expressly disclaims any duty to update information contained in this presentation.

No forward-looking statement can be guaranteed and actual results may differ materially from those we project. Our results may be affected by our ability to successfully market both new and existing products domestically and internationally, clinical and regulatory developments involving current and future products, sales growth of recently launched products, competition from other products including biosimilars, difficulties or delays in manufacturing our products and global economic conditions. In addition, sales of our products are affected by pricing pressure, political and public scrutiny and reimbursement policies imposed by third-party payers, including governments, private insurance plans and managed care providers and may be affected by regulatory, clinical and guideline developments and domestic and international trends toward managed care and healthcare cost containment. Furthermore, our research, testing, pricing, marketing and other operations are subject to extensive regulation by domestic and foreign government regulatory authorities. We or others could identify safety, side effects or manufacturing problems with our products, including our devices, after they are on the market. Our business may be impacted by government investigations, litigation and product liability claims. In addition, our business may be impacted by the adoption of new tax legislation or exposure to additional tax liabilities. If we fail to meet the compliance obligations in the corporate integrity agreement between us and the U.S. government, we could become subject to significant sanctions. Further, while we routinely obtain patents for our products and technology, the protection offered by our patents and patent applications may be challenged, invalidated or circumvented by our competitors, or we may fail to prevail in present and future intellectual property litigation. We perform a substantial amount of our commercial manufacturing activities at a few key facilities, including in Puerto Rico, and also depend on third parties for a portion of our manufacturing activities, and limits on supply may constrain sales of certain of our current products and product candidate development. An outbreak of disease or similar public health threat, such as COVID-19, and the public and governmental effort to mitigate against the spread of such disease, could have a significant adverse effect on the supply of materials for our manufacturing activities, the distribution of our products, the commercialization of our product candidates, and our clinical trial operations, and any such events may have a material adverse effect on our product development, product sales, business and results of operations. We rely on collaborations with third parties for the development of some of our product candidates and for the commercialization and sales of some of our commercial products. In addition, we compete with other companies with respect to many of our marketed products as well as for the discovery and development of new products. Discovery or identification of new product candidates or development of new indications for existing products cannot be guaranteed and movement from concept to product is uncertain; consequently, there can be no guarantee that any particular product candidate or development of a new indication for an existing product will be successful and become a commercial product. Further, some raw materials, medical devices and component parts for our products are supplied by sole third-party suppliers. Certain of our distributors, customers and payers have substantial purchasing leverage in their dealings with us. The discovery of significant problems with a product similar to one of our products that implicate an entire class of products could have a material adverse effect on sales of the affected products and on our business and results of operations. Our efforts to collaborate with or acquire other companies, products or technology, and to integrate the operations of companies or to support the products or technology we have acquired, may not be successful. A breakdown, cyberattack or information security breach could compromise the confidentiality, integrity and availability of our systems and our data. Our stock price is volatile and may be affected by a number of events. Our business and operations may be negatively affected by the failure, or perceived failure, of achieving our environmental, social and governance objectives. The effects of global climate change and related natural disasters could negatively affect our business and operations. Global economic conditions may magnify certain risks that affect our business. Our business performance could affect or limit the ability of our Board of Directors to declare a dividend or the ability to pay a dividend or repurchase our common stock. We may not be able to access the capital and credit markets on terms that are favorable to us, or at all.

The information relating to our Q2 results is expressly limited to information through June 30, 2022, and future results are subject to the effects of the ongoing COVID-19 pandemic on our business, including disruptions and effects on our product sales, and extrapolation on such results should include the timing and effects of the COVID-19 pandemic discussed in our oral presentation and our Form 10-Q for the period ended June 30, 2022.

This presentation includes GAAP and non-GAAP financial measures.  In accordance with the requirements of SEC Regulation G, reconciliations between these two measures, if these slides are in hard copy, accompany the hard copy presentation or, if these slides are delivered electronically, are available on the Company's website at www.amgen.com within the Investors section.

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

2

**AMGEN®**

JNJ-STELARA_003456404

# AGENDA

| | |
|---|---|
| Introduction | Arvind Sood |
| Opening Remarks | Bob Bradway |
| Q2 '22 Business Results and Outlook | Peter Griffith |
| Global Commercial Update | Murdo Gordon |
| Research & Development Update | David Reese |
| Q&A | All |

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

3

AMGEN®

JNJ-STELARA_003456405

# WE CONTINUED TO EXECUTE EFFECTIVELY IN Q2 2022

- **Ongoing strong execution of our volume-driven growth strategy**

- **Robust launches continue, with growing global LUMAKRAS® presence and accelerating TEZSPIRE® uptake**

- **Tight operating expense control while investing in growth opportunities**

- **Robust pipeline of advancing first-in-class opportunities, with multiple data read-outs expected this year**

- **Strong balance sheet and significant cash flow generation provides flexibility for investment in external innovation**

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

4

**AMGEN®**

JNJ-STELARA_003456406

# Q2 '22 BUSINESS RESULTS AND OUTLOOK



JNJ-STELARA_003456407

# Q2 2022 FINANCIAL RESULTS

## $ Millions. Except Non-GAAP EPS

| Item | Q2 '22 | | Q2 '21 | | B/(W) % |
|---|---|---|---|---|---|
| Revenue | $6,594 | | $6,526 | | 1% |
| Product Sales | 6,281 | | 6,114 | | 3% |
| Other Revenues | 313 | | 412 | | (24%) |
| Non-GAAP Operating Expenses | 3,259 | | 4,920 | | 34% |
| Cost of Sales % of product sales | 926 | 14.7% | 1,034 | 16.9% | 10% |
| R&D % of product sales | 1,020 | 16.2% | 1,036 | 16.9% | 2% |
| SG&A % of product sales | 1,313 | 20.9% | 1,345 | 22.0% | 2% |
| IPR&D % of product sales | — | —% | 1,505 | 24.6% | NM |
| Non-GAAP Operating Income % of product sales | 3,335 | 53.1% | 1,606 | 26.3% | * |
| Other Income/(Expense) | (410) | | (227) | | (81%) |
| Non-GAAP Net Income | $2,495 | | $1,017 | | * |
| Non-GAAP EPS | $4.65 | | $1.77 | | * |
| Average Shares (millions) | 537 | | 576 | | 7% |
| Non-GAAP Tax Rate | 14.7% | | 26.3% | | 11.6 pts. |

\* Change in excess of 100%
NM – Not meaningful

All income statement items for Q2 '22 and/or Q2 '21, except revenue and average shares, are non-GAAP financial measures—if this slide is in hard copy, see reconciliations accompanying the presentation, or if this slide is delivered electronically, see reconciliations available at: www.amgen.com within the Investors section. Beginning January 1, 2022, the Company's non-GAAP financial measures no longer exclude adjustments for upfront license fees, development milestones and IPR&D expenses of pre-approval programs related to licensing, collaboration and asset acquisition transactions. For purposes of comparability, the non-GAAP financial results for the second quarter of 2021 have been updated to reflect this change.

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

6

**AMGEN**

JNJ-STELARA_003456408

# STRONG BALANCE SHEET WITH FREE CASH FLOW OF $1.7B IN Q2 2022

## $ Billions, Except Dividends Paid Per Share

| Cash Flow Data | Q2 '22 | Q2 '21 |
|---|---|---|
| Capital Expenditures | $0.2 | $0.2 |
| Free Cash Flow* | 1.7 | 1.7 |
| Share Repurchases | — | 1.6 |
| YoY Dividend Increase | 10% | 10% |
| Dividends Paid Per Share | $1.94 | $1.76 |
| **Balance Sheet Data** | **6/30/22** | **12/31/21** |
| Cash and Investments | $7.2 | $8.0 |
| Debt Outstanding | 36.5 | 33.3 |

**\*Non-GAAP financial measure—if this slide is in hard copy, see reconciliations accompanying the presentation, or if this slide is delivered electronically, see reconciliations available at: www.amgen.com within the Investors section.**

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

7

**AMGEN®**

JNJ-STELARA_003456409

# 2022 GUIDANCE

| | Guidance | Comments |
|---|---|---|
| Revenue | $25.5B–$26.4B | Revised from $25.4B–$26.5B |
| Non-GAAP EPS* | $17.00–$18.00 | Unchanged |
| Non-GAAP Tax Rate* | 14.0%–15.0% | Revised from 13.5%–14.5% |
| Capital Expenditures | ~$950M | Unchanged |

*Non-GAAP financial measure—if this slide is in hard copy, see reconciliations accompanying the presentation, or if this slide is delivered electronically, or amounts pertain to previously issued financial guidance, see reconciliations available at: www.amgen.com within the Investors section

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

8

AMGEN

JNJ-STELARA_003456410

Case 2:22-cv-01549-SNA    Document 11    Filed 11/29/22    Page 91 of 203 PageID # 119



# GLOBAL COMMERCIAL UPDATE

JNJ-STELARA_003456411

# Q2 '22 GLOBAL COMMERCIAL UPDATE

| $ Millions, Net Sales | Q2 '22 | | | Q2 '21 | YoY |
|---|---|---|---|---|---|
| | U.S. | ROW | Total | Total | Total |
| Prolia® | 611 | 311 | 922 | 814 | 13% |
| EVENITY® | 130 | 61 | 191 | 131 | 46% |
| Repatha® | 154 | 171 | 325 | 286 | 14% |
| Aimovig® | 88 | 4 | 92 | 82 | 12% |
| TEZSPIRE® | 29 | — | 29 | — | NM |
| Otezla® | 487 | 107 | 594 | 534 | 11% |
| Enbrel® | 1,036 | 15 | 1,051 | 1,144 | (8%) |
| AMGEVITA™ | — | 116 | 116 | 107 | 8% |
| LUMAKRAS®/LUMYKRAS™ | 51 | 26 | 77 | 9 | * |
| KYPROLIS® | 213 | 104 | 317 | 280 | 13% |
| XGEVA® | 391 | 142 | 533 | 488 | 9% |
| Vectibix® | 96 | 111 | 207 | 239 | (13%) |
| Nplate® | 156 | 128 | 284 | 245 | 16% |
| BLINCYTO® | 77 | 62 | 139 | 108 | 29% |
| MVASI® | 161 | 82 | 243 | 294 | (17%) |
| KANJINTI® | 69 | 16 | 85 | 156 | (46%) |
| Neulasta® | 263 | 47 | 310 | 486 | (36%) |
| NEUPOGEN® | 21 | 16 | 37 | 51 | (27%) |
| EPOGEN® | 136 | — | 136 | 130 | 5% |
| Aranesp® | 132 | 225 | 357 | 367 | (3%) |
| Parsabiv® | 71 | 32 | 103 | 71 | 45% |
| Sensipar®/Mimpara™ | 5 | 15 | 20 | 24 | (17%) |
| Other products** | 69 | 44 | 113 | 68 | 66% |
| Total Product Sales | $4,446 | $1,835 | $6,281 | $6,114 | 3% |
| Total Revenue | | | $6,594 | $6,526 | 1% |

\* Change in excess of 100%
\*\*Other products includes Corlanor®, AVSOLA®, IMLYGIC® and RIABNI™ , as well as sales by GENSENTA and Bergamo subsidiaries.
NM – Not meaningful
Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

10

AMGEN®

JNJ-STELARA_003456412

# Q2 '22 PRODUCT SALES INCREASED 3%, WITH STRONG VOLUME GROWTH OF 10%

## $ Millions, Net Sales



| | Q2 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | | 3% | 10% |
| Units | | 10% | 8% |
| Inventory | | 0% | 3% |

ROW
U.S.

6,114    6,320    6,271    5,731    6,281

1,740    1,762    1,820    1,694    1,835

4,374    4,558    4,451    4,037    4,446

Q2 '21    Q3 '21    Q4 '21    Q1 '22    Q2 '22

## Q2 '22 Highlights

- Foreign exchange unfavorably impacted product sales by 2% YoY

- Continued to execute our volume driven growth strategy

- Delivered double-digit volume growth for a number of products, including Repatha®, Prolia®, LUMAKRAS®/LUMYKRAS™, EVENITY®, KYPROLIS®, AMGEVITA™, BLINCYTO®, MVASI® and Nplate®

**Note: Inventory represents wholesaler and, based on prescription data for Otezla® and Enbrel®, end-user inventories**

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

11

**AMGEN®**

JNJ-STELARA_003456413

# PROLIA® HAD RECORD QUARTERLY SALES IN Q2



## $ Millions, Net Sales

| | Q2 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | 13% | 8% |
| Units | 12% | 8% |
| Inventory | (1%) | 0% |

ROW
U.S.

| Q2 '21 | Q3 '21 | Q4 '21 | Q1 '22 | Q2 '22 |
|---|---|---|---|---|
| 814 | 803 | 873 | 852 | 922 |
| 276 | 273 | 292 | 270 | 311 |
| 538 | 530 | 581 | 582 | 611 |

## Q2 '22 Highlights

- **YoY sales increased 13%, primarily driven by 12% volume growth**

**Note: Inventory represents wholesaler inventories**

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

12



JNJ-STELARA_003456414

# EVENITY® HAD RECORD QUARTERLY SALES IN Q2

**EVENITY®**
(romosozumab-aqqg)
Injection 105 mg/1.17 mL

## $ Millions, Net Sales



| | Q2 '22 YoY | QoQ |
|---|---|---|
| Total Change | 46% | 12% |
| Units | 51% | 16% |
| Inventory | 0% | 1% |

ROW
U.S.

## Q2 '22 Highlights

- **YoY sales increased 46%, driven by volume growth**

- **U.S. sales increased 65% YoY, driven by 60% volume growth**

- **Ex-U.S. sales grew 17%, driven by 37% volume growth, partially offset by foreign exchange impact**

**Note: Inventory represents wholesaler inventories**
**EVENITY® is developed and commercialized in collaboration with UCB globally, as well as our collaboration partner Astellas in Japan**

Provided August 4, 2022, as part of an oral presentation and is qualified by
such, contains forward-looking statements, actual results may vary
materially; Amgen disclaims any duty to update.

13

**AMGEN®**

JNJ-STELARA_003456415



# REPATHA® VOLUME GREW 55% YOY

## $ Millions, Net Sales

|  | Q2 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | 14% | (1%) |
| Units | 55% | 10% |
| Inventory | 0% | 0% |

ROW
U.S.

| | Q2 '21 | Q3 '21 | Q4 '21 | Q1 '22 | Q2 '22 |
|---|---|---|---|---|---|
| Total | 286 | 272 | 273 | 329 | 325 |
| ROW | 143 | 133 | 137 | 164 | 171 |
| U.S. | 143 | 139 | 136 | 165 | 154 |

## Q2 '22 Highlights

- **YoY sales increased 14%, driven by 55% volume growth, partially offset by lower net selling price***

- **U.S. sales grew 8%, driven by 38% volume growth, partially offset by lower net selling price***

- **Ex-U.S. sales grew 20%**

**\*Net selling price represents the impact of list price changes as well as contracting and access changes**
**Note: Inventory represents wholesaler inventories**
Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

14

**AMGEN®**

JNJ-STELARA_003456416

# AIMOVIG® SALES INCREASED 12% YOY

**aimovig**
(erenumab-aooe) injection 70 mg/ml • 140 mg/ml

## $ Millions, Net Sales

| | Q2 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | 12% | (9%) |
| Units | (11%) | 0% |
| Inventory | (5%) | (4%) |

ROW
U.S.



| Q2 '21 | Q3 '21 | Q4 '21 | Q1 '22 | Q2 '22 |

## Q2 '22 Highlights

- YoY sales increased 12%, primarily driven by higher net selling price*, partially offset by a 11% decline in volume

**\*Net selling price represents the impact of list price changes as well as contracting and access changes**
**Note: Inventory represents wholesaler inventories**

Provided August 4, 2022, as part of an oral presentation and is qualified by
such, contains forward-looking statements, actual results may vary
materially; Amgen disclaims any duty to update.

15

**AMGEN®**

JNJ-STELARA_003456417

# STRONG LAUNCH OF TEZSPIRE® CONTINUED IN Q2

**TEZSPIRE®**
(tezepelumab-ekko) Subcutaneous Injection 210 mg

## Q2 '22 Highlights

ROW
U.S.

| | Q2 '22 | QoQ |
|---|---|---|
| Total Change | | 314% |
| Units | | 297% |
| Inventory | | 16% |

29

7

7

Q1 '22

Q2 '22

- **Strong adoption by both allergists and pulmonologists**
- **Healthcare providers acknowledge the unique, differentiated profile of TEZSPIRE® and its potential to treat 2.5 million patients worldwide with severe asthma who are uncontrolled or biologic eligible, without any phenotypic and biomarker limitation**

Note: Inventory represents wholesaler inventories
TEZSPIRE® is developed in collaboration with AstraZeneca
Provided August 4, 2022, as part of an oral presentation and is qualified by
such, contains forward-looking statements, actual results may vary
materially; Amgen disclaims any duty to update.

16

**AMGEN®**

JNJ-STELARA_003456418



# OTEZLA® SALES INCREASED 11% YOY

**Otezla**
(apremilast) 30mg tablets

## $ Millions, Net Sales

| | Q2 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | 11% | 32% |
| Units | 8% | 8% |
| Inventory | 0% | 9% |

ROW
U.S.

534
111
423

609
114
495

630
110
520

451
101
350

594
107
487

Q2 '21   Q3 '21   Q4 '21   Q1 '22   Q2 '22

## Q2 '22 Highlights

- YoY sales increased 11%, driven by 8% volume growth and favorable changes to estimated sales deductions, partially offset by lower net selling price*

- In the U.S., total prescription (TRx) volumes grew 12% YoY and new-to-brand prescriptions (NBRx) grew 18% YoY, supported by broader adoption of Otezla® among patients with mild-to-moderate psoriasis

*Net selling price represents the impact of list price changes as well as contracting and access changes
Note: Inventory represents wholesaler inventories
Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

17



JNJ-STELARA_003456419

# ENBREL®'S ESTABLISHED RECORD OF SAFETY AND EFFICACY CONTINUED TO SERVE PATIENTS



## $ Millions, Net Sales

| | Q2 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | (8%) | 22% |
| Units | (3%) | 3% |
| Inventory | 2% | 8% |

ROW
U.S.



## Q2 '22 Highlights

- **YoY sales decreased 8%, primarily driven by lower net selling price\* and 3% volume decline**

- **Continued YoY net selling price\* decline is expected, driven by increased competition**

\*Net selling price represents the impact of list price changes as well as contracting and access changes
Note: Inventory represents wholesaler inventories
Provided August 4, 2022, as part of an oral presentation and is qualified by
such, contains forward-looking statements, actual results may vary
materially; Amgen disclaims any duty to update.

18

**AMGEN®**

JNJ-STELARA_003456420

# AMGEVITA™ CONTINUED TO BE THE MOST PRESCRIBED ADALIMUMAB BIOSIMILAR IN EUROPE



## $ Millions, Net Sales

### Q2 '22 Highlights

| | Q2 '22 YoY | QoQ |
|---|---|---|
| Total Change | 8% | 7% |
| Units | 32% | 14% |
| Inventory | 0% | 0% |

ROW (ex U.S.)

- YoY sales increased 8%, driven by 32% volume growth, partially offset by foreign exchange impact and lower net selling price* resulting from increased competition

| 107 | 111 | 115 | 108 | 116 |
|---|---|---|---|---|
| Q2 '21 | Q3 '21 | Q4 '21 | Q1 '22 | Q2 '22 |

*Net selling price represents the impact of list price changes as well as contracting and access changes
Note: Inventory represents wholesaler inventories
Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

19

AMGEN®

JNJ-STELARA_003456421

# LUMAKRAS® /LUMYKRAS™ NOW APPROVED IN OVER 40 COUNTRIES

ONCE-DAILY ORAL

**LUMAKRAS®**
(sotorasib) 120 mg tablets

## Q2 '22 Highlights

| | Q2 '22 | QoQ |
|---|---|---|
| Total Change | | 24% |
| Units | | 22% |
| Inventory | | 4% |

ROW
U.S.

Bar chart:
- Q2 '21: 9 (U.S. 9)
- Q3 '21: 36 (3, 33)
- Q4 '21: 45 (5, 40)
- Q1 '22: 62 (14, 48)
- Q2 '22: 77 (26, 51)

* In the U.S., LUMAKRAS® has been prescribed to over 3,000 patients by over 1,900 physicians in both academic and community settings

* Outside the U.S., LUMYKRAS™ is now approved in over 40 countries; we are actively launching in 25 markets and pursuing reimbursement in the remaining countries

**Note: Inventory represents wholesaler inventories**

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

20

**AMGEN®**

JNJ-STELARA_003456422

Case 2:23-cv-00629-JKW-LRL Document 458-30 Filed 08/06/25 Page 130 of 204 PageID #: 24307

# KYPROLIS® HAD RECORD QUARTERLY SALES IN Q2

Kyprolis® (carfilzomib) for Injection

## $ Millions, Net Sales

| | Q2 '22 YoY | QoQ |
|---|---|---|
| Total Change | 13% | 10% |
| Units | 19% | 7% |
| Inventory | 0% | 2% |

ROW
U.S.



## Q2 '22 Highlights

- **YoY sales increased 13%, driven by 19% volume growth, partially offset by lower net selling price***

**\*Net selling price represents the impact of list price changes as well as contracting and access changes**
**Note: Inventory represents wholesaler inventories**
Provided August 4, 2022, as part of an oral presentation and is qualified by
such, contains forward-looking statements, actual results may vary
materially; Amgen disclaims any duty to update.

21

AMGEN®

JNJ-STELARA_003456423

# XGEVA® SALES GREW 9% IN Q2

**XGEVA**
(denosumab)

## $ Millions, Net Sales



| | Q2 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | | 9% | 6% |
| Units | | 0% | 4% |
| Inventory | | 0% | 3% |

ROW
U.S.



## Q2 '22 Highlights

- YoY sales increased 9%, driven by higher net selling price* and favorable changes to estimated sales deductions

- Volume remained flat YoY in the second quarter

*Net selling price represents the impact of list price changes as well as contracting and access changes
Note: Inventory represents wholesaler inventories

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

22

**AMGEN**

Case 2:23-cv-00629-JKW-LRL   Document 458-30   Filed 08/06/25   Page 132 of 204 PageID# 24309

JNJ-STELARA_003456424



**Vectibix®**
**(panitumumab)**
Injection for IV Infusion

# VECTIBIX® SALES DECREASED 13% IN Q2

## $ Millions, Net Sales



| | Q2 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | (13%) | 3% |
| Units | (11%) | 4% |
| Inventory | 0% | 2% |

ROW
U.S.

## Q2 '22 Highlights

- In the U.S., sales grew 4% YoY, driven by volume growth

- YoY sales decreased 13%, driven by timing of shipments to Takeda, our partner in Japan, in the second quarter of 2021

Note: Inventory represents wholesaler inventories

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

23

**AMGEN®**

JNJ-STELARA_003456425

# NPLATE® HAD RECORD QUARTERLY SALES IN Q2



**Nplate®**
romiplostim

## $ Millions, Net Sales

| | Q2 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | 16% | 7% |
| Units | 11% | 7% |
| Inventory | (2%) | 0% |

ROW
U.S.

| | Q2 '21 | Q3 '21 | Q4 '21 | Q1 '22 | Q2 '22 |
|---|---|---|---|---|---|
| Total | 245 | 273 | 282 | 266 | 284 |
| ROW | 109 | 117 | 120 | 110 | 128 |
| U.S. | 136 | 156 | 162 | 156 | 156 |

## Q2 '22 Highlights

- **YoY sales increased 16%, primarily driven by 11% volume growth and higher net selling price***

**\*Net selling price represents the impact of list price changes as well as contracting and access changes**
**Note: Inventory represents wholesaler inventories**
Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

24

**AMGEN®**

JNJ-STELARA_003456426

# BLINCYTO® HAD RECORD QUARTERLY SALES IN Q2



**BLINCYTO**
(blinatumomab) for injection
35 mcg single-dose vial

## $ Millions, Net Sales

ROW
U.S.

| | Q2 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | 29% | 1% |
| Units | 30% | 6% |
| Inventory | (1%) | (2%) |

Chart data — stacked bars (ROW top, U.S. bottom):

| Quarter | ROW | U.S. | Total |
|---|---|---|---|
| Q2 '21 | 46 | 62 | 108 |
| Q3 '21 | 51 | 74 | 125 |
| Q4 '21 | 55 | 77 | 132 |
| Q1 '22 | 59 | 79 | 138 |
| Q2 '22 | 62 | 77 | 139 |

## Q2 '22 Highlights

- **YoY sales increased 29%, driven by volume growth**

- **Only approved bispecific T-cell engager (BiTE®) immunotherapy**

**Note: Inventory represents wholesaler inventories**

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

25

**AMGEN®**

JNJ-STELARA_003456427

Case 2:23-cv-00629-JKW-LRL   Document 458-30   PageID# 24312   Filed 08/06/25   Page 135 of 204

Case 2:23-cv-00629-JKW-LRL Document 458-30 PageID# 24313 Filed 08/06/25 Page 136 of 204

# MVASI® CONTINUED TO BE THE MARKET LEADER WITHIN THE U.S. BEVACIZUMAB SEGMENT



MVASI™
(bevacizumab-awwb)
injection 100mg/vial & 400mg/vial

## $ Millions, Net Sales

ROW
U.S.

| | Q2 '22 | YoY | QoQ |
|---|---|---|---|
| Total Change | (17%) | 0% |
| Units | 10% | 9% |
| Inventory | 1% | 2% |



## Q2 '22 Highlights

- YoY sales decreased 17%, driven by lower net selling price*, partially offset by 10% volume growth

- Continued net selling price* erosion and declining volume expected due to increased competition and continued Average Selling Price (ASP) erosion

*Net selling price represents the impact of list price changes as well as contracting and access changes
Note: Inventory represents wholesaler inventories

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

26

AMGEN®

JNJ-STELARA_003456428



KANJINTI™
[trastuzumab-anns]
For injection 420mg/vial multiple dose

KANJINTI
[trastuzumab-anns]
For injection 420mg/vial multiple dose

# WITHIN THE U.S. TRASTUZUMAB SEGMENT

$ Millions, Net Sales

| Q2 '22 | YoY | QoQ |
|---|---|---|
| Total Change | (46%) | (11%) |
| Units | (7%) | 7% |
| Inventory | (1%) | 0% |

ROW
U.S.

| | Q2 '21 | Q3 '21 | Q4 '21 | Q1 '22 | Q2 '22 |
|---|---|---|---|---|---|
| ROW | 24 | 24 | 14 | 16 | 16 |
| U.S. | 132 | 92 | 125 | 80 | 69 |
| Total | 156 | 116 | 139 | 96 | 85 |

## Q2 '22 Highlights

- **YoY sales decreased 46%, primarily driven by declines in net selling price\* and volume**

- **Continued net selling price\* deterioration and volume declines expected due to increased competition and continued Average Selling Price (ASP) erosion**

\*Net selling price represents the impact of list price changes as well as contracting and access changes
**Note: Inventory represents wholesaler inventories**

Provided August 4, 2022, as part of an oral presentation and is qualified by such; contains forward-looking statements; actual results may vary materially; Amgen disclaims any duty to update.

27



JNJ-STELARA_003456429

AMGEN_003456429

# ESTABLISHED PRODUCTS GENERATED $963M OF Q2 SALES AND CONTINUED TO DELIVER STRONG CASH FLOWS

## $ Millions, Net Sales



| | Q2 '22 YoY | QoQ |
|---|---|---|
| Total Change | (15%) | (1%) |
| Units | (1%) | 6% |
| Inventory | 1% | 1% |

ROW
U.S.

1,129 — 353 / 776 — Q2 '21
1,081 — 378 / 703 — Q3 '21
959 — 344 / 615 — Q4 '21
970 — 325 / 645 — Q1 '22
963 — 335 / 628 — Q2 '22

## Q2 '22 Highlights

- Includes Neulasta®, NEUPOGEN®, EPOGEN®, Aranesp®, Parsabiv®, and Sensipar®/Mimpara™

- YoY sales decreased 15%, primarily driven by lower net selling price*

- In the aggregate, expect the year-over-year net selling price* and volume erosion for this portfolio of products to continue

*Net selling price represents the impact of list price changes as well as contracting and access changes
Note: Inventory represents wholesaler inventories

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

28

**AMGEN®**

JNJ-STELARA_003456430



JNJ-STELARA_003456431

# RESEARCH & DEVELOPMENT UPDATE

# Q2 '22 EARNINGS CALL—R&D UPDATE

## Inflammation

- **Otezla® (apremilast)**
  - The primary and secondary endpoints of the SPROUT study, an international Phase 3, multi-center, randomized, double-blind, placebo-controlled study evaluating Otezla® in pediatric patients (ages 6 through 17) with moderate to severe pediatric plaque psoriasis, have been successfully met.
  - No new safety signals were identified and the overall treatment-emergent adverse event profile during the placebo-controlled phase of the study was consistent with the known safety profile of Otezla®.
  - The trial will continue to completion and final analysis, expected in 2023.

- **TEZSPIRE® (Tezepelumab-ekko) – monoclonal antibody targeting TSLP**
  - In July, TEZSPIRE® was recommended for approval in the European Union by the Committee for Medicinal Products for Human Use for severe asthma.
  - In July, Health Canada approved TEZSPIRE® for the add-on maintenance treatment of adult and adolescents 12 years and older with severe asthma.
  - In July, the Brazilian National Health Surveillance Agency (ANVISA) approved TEZSPIRE® as an add-on maintenance treatment in patients with severe asthma aged 12 years and older.
  - Regulatory reviews continue in other jurisdictions.

TSLP = thymic stromal lymphopoietin; TEZSPIRE® is being developed in collaboration with AstraZeneca

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

30

**AMGEN®**

JNJ-STELARA_003456432

# Q2 '22 EARNINGS CALL—R&D UPDATE

## Inflammation (continued)

### TEZSPIRE® (Tezepelumab-ekko) – monoclonal antibody targeting TSLP (continued)

- The PASSAGE Phase 4 real-world effectiveness study and the WAYFINDER Phase 3b study are enrolling patients with severe asthma.
- The SUNRISE Phase 3 study, designed to assess the efficacy and safety of TEZSPIRE® in reducing oral corticosteroid use in adults with oral corticosteroid dependent asthma, was initiated.
- A Phase 3 study continues to enroll patients with chronic rhinosinusitis with nasal polyps.
- Planning is underway for a Phase 3 study in patients with eosinophilic esophagitis.
- A Phase 2b study in patients with chronic spontaneous urticaria is fully enrolled with data readout anticipated in H1-2023.
- A Phase 2 study continues to enroll patients with chronic obstructive pulmonary disease.

TSLP = thymic stromal lymphopoietin; TEZSPIRE® is being developed in collaboration with AstraZeneca

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

31



JNJ-STELARA_003456433

# Q2 '22 EARNINGS CALL—R&D UPDATE

## Inflammation (continued)

- **Rocatinlimab (AMG 451 / KHK4083) – monoclonal antibody targeting OX40**
  - The ROCKET Phase 3 program evaluating rocatinlimab in patients with moderate to severe atopic dermatitis was initiated in June. Following additional discussions with regulators and our partner, we are amending the studies to further improve patient convenience and investigate a range of doses. No safety or efficacy issues have arisen.

- **Rozibafusp alfa (AMG 570) – antibody-peptide conjugate that blocks ICOSL and BAFF**
  - A Phase 2b study continues to enroll patients with SLE.

- **Efavaleukin alfa (AMG 592) – IL-2 mutein Fc fusion protein**
  - A Phase 2b study continues to enroll patients with SLE.
  - A Phase 2b study continues to enroll patients with ulcerative colitis.

- **Ordesekimab (AMG 714 / PRV-015) – monoclonal antibody targeting IL-15**
  - A Phase 2b study continues to enroll patients with non-responsive celiac disease.

ICOSL = inducible T-cell costimulatory ligand; BAFF = B-cell activating factor; SLE = systemic lupus erythematosus; IL-2 = interleukin-2; IL-15 = interleukin-15
Rocatinlimab is being developed in collaboration with Kyowa Kirin; Ordesekimab is being developed in collaboration with Provention Bio

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

32

AMGEN®

JNJ-STELARA_003456434

# Q2 '22 EARNINGS CALL—R&D UPDATE

## Oncology / Hematology

- ### LUMAKRAS® / LUMYKRAS™ (sotorasib)

  - In June, data were presented at ASCO where investigators evaluated patterns of resistance to LUMAKRAS® in patients with NSCLC and CRC at disease progression. These and other data continue to guide the LUMAKRAS® clinical development program.

  - Planning to initiate a Phase 3 study of LUMAKRAS® plus chemotherapy in first-line KRAS G12C mutant and PD-L1 negative advanced / metastatic NSCLC.

  - Initial data exploring LUMAKRAS® in combination with immunotherapy in patients with KRAS G12C-mutated NSCLC will be presented on August 7th at WCLC.

  - Initial data exploring LUMAKRAS® in combination with the SHP2 inhibitor RMC-4630 from Revolution Medicines in patients with KRAS G12C-mutated NSCLC will be presented on August 7th at WCLC. This combination was safe and well tolerated, with promising and durable clinical activity in patients with NSCLC, most notably in those who were KRAS G12C inhibitor-naïve.

ASCO = American Society of Clinical Oncology; NSCLC = non-small cell lung cancer; CRC = colorectal cancer; KRAS = Kirsten Rat Sarcoma; PD-L1 = programmed death-ligand 1; WCLC= International Association for the Study of Lung Cancer World Conference on Lung Cancer; SHP2 = Src homology region 2-containing protein tyrosine phosphatase 2

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

33

AMGEN®

JNJ-STELARA_003456435

# Q2 '22 EARNINGS CALL—R&D UPDATE

## Oncology / Hematology (continued)

- ## LUMAKRAS® / LUMYKRAS™ (sotorasib) (continued)

  - Top-line results from the event-driven, confirmatory Phase 3 study comparing LUMAKRAS® to docetaxel in patients with KRAS G12C-mutated advanced NSCLC are expected in Q3-2022.
  - Top-line results from a study comparing the 960 mg/day dose of LUMAKRAS® with a lower dose of 240 mg/day in patients with KRAS G12C-mutated advanced NSCLC are expected in Q4-2022.
  - A Phase 2 study in first-line patients with KRAS G12C-mutated NSCLC whose tumors express STK11 mutations and/or less than 1% PD-L1 is ongoing.
  - A Phase 3 study of LUMAKRAS® in combination with Vectibix® in third-line KRAS G12C-mutated CRC continues to enroll.
  - Data from the full dose expansion Phase 1b study of LUMAKRAS® in combination with Vectibix® in refractory KRAS G12C-mutated CRC were accepted for presentation at the European Society for Medical Oncology Congress taking place in September.

KRAS = Kirsten Rat Sarcoma; NSCLC = non-small cell lung cancer; STK11 = serine/threonine kinase 11; PD-L1 = programmed death-ligand 1; CRC = colorectal cancer

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

34

**AMGEN®**

Case 2:23-cv-00629-JKW-LRL   Document 458-30   Filed 08/06/25   Page 144 of 204 PageID# 24321

JNJ-STELARA_003456436

# Q2 '22 EARNINGS CALL—R&D UPDATE

## Oncology / Hematology (continued)

- **Vectibix® – monoclonal antibody targeting EGFR**

  - In June, the Company and its partner Takeda Pharmaceutical Company presented data from the Phase 3 PARADIGM clinical trial of Vectibix® in Japanese patients with previously untreated unresectable wild-type RAS metastatic CRC at the ASCO annual meeting.

  - The mFOLFOX6 + Vectibix® combination provides a statistically significant improvement in overall survival over the mFOLFOX6 + bevacizumab combination in patients with a left-sided primary tumor or regardless of tumor locations.

- **Bemarituzumab – monoclonal antibody targeting FGFR2b**

  - The final analysis of the FIGHT study, a Phase 2 randomized, double-blind, controlled study evaluating bemarituzumab and mFOLFOX6 in patients with previously untreated advanced gastric and gastroesophageal junction cancer was completed.

    - Results continued to demonstrate that bemarituzumab + mFOLFOX6 improves the clinical outcome of patients with FGFR2b expressing tumors with no new safety concerns.

    - A greater survival benefit was observed with increasing FGFR2b expression levels.

EGFR = epidermal growth factor receptor; CRC = colorectal cancer; ASCO = American Society of Clinical Oncology; mFOLFOX6 = Levofolinic acid, 5-Fluorouracil [5-FU] and oxaliplatin; FGFR2b = fibroblast growth factor receptor 2b

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

35

**AMGEN®**

JNJ-STELARA_003456437

# Q2 '22 EARNINGS CALL—R&D UPDATE

## Oncology / Hematology (continued)

- **Bemarituzumab – monoclonal antibody targeting FGFR2b (continued)**
  - A Phase 3 study (FORTITUDE-101) of bemarituzumab plus chemotherapy, versus placebo plus chemotherapy in first-line gastric cancer with FGFR2b overexpression continues to enroll patients.
  - A Phase 1b/3 study (FORTITUDE-102) of bemarituzumab plus chemotherapy and nivolumab versus chemotherapy and nivolumab in first-line gastric cancer with FGFR2b overexpression is enrolling patients in the Phase 3 portion of the study.
  - A Phase 1b study (FORTITUDE-103) of bemarituzumab plus oral chemotherapy regimens in first-line gastric cancer with FGFR2b overexpression is enrolling patients.
  - A Phase 1b study (FORTITUDE-201) of bemarituzumab monotherapy and in combination with docetaxel continues to enroll patients with squamous NSCLC with FGFR2b overexpression.
  - A Phase 1b/2 study (FORTITUDE-301), evaluating the safety and efficacy of bemarituzumab monotherapy in solid tumors with FGFR2b overexpression, was initiated.

**FGFR2B = fibroblast growth factor receptor 2b; NSCLC = non-small cell lung cancer**

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

36

**AMGEN®**

JNJ-STELARA_003456438

# Q2 '22 EARNINGS CALL—R&D UPDATE

## Oncology/Hematology (continued)

- **Tarlatamab (AMG 757) – HLE BiTE® molecule targeting DLL3**
  - Updated exploration and first expansion Phase 1 data in heavily pretreated patients with relapsed/refractory SCLC will be presented on Aug 8th at WCLC.
    - Tarlatamab demonstrated promising antitumor activity with notable response durability.
  - DeLLphi-301, a potentially registrational Phase 2 study of tarlatamab for the treatment of relapsed/refractory SCLC after two or more prior lines of treatment, continues to enroll patients.
  - DeLLphi-302, a Phase 1b study of tarlatamab in combination with AMG 404, an anti PD-1 monoclonal antibody, continues to enroll patients with second-line or later SCLC.
  - DeLLphi-303, a Phase 1b study of tarlatamab in combination with standard of care in first-line SCLC, is open for enrollment.
  - DelLphi-300, a Phase 1b study of tarlatamab, continues to enroll patients with de novo or treatment emergent neuroendocrine prostate cancer.

HLE = half-life extended; BiTE® = bispecific T-cell engager; DLL3 = delta-like ligand 3; SCLC = small cell lung cancer; WCLC= International Association for the Study of Lung Cancer World Conference on Lung Cancer; PD-1 = programmed cell death protein 1

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

37

AMGEN®

JNJ-STELARA_003456439

# Q2 '22 EARNINGS CALL—R&D UPDATE

## Oncology/Hematology (continued)

- ### AMG 509 – bispecific molecule targeting STEAP1
  - A Phase 1 dose escalation study continues to enroll patients with mCRPC.

- ### AMG 340 – lower T-cell affinity BiTE® molecule targeting PSMA
  - A Phase 1 dose-escalation study continues to enroll patients with mCRPC.

- ### Acapatamab (AMG 160) – HLE BiTE® molecule targeting PSMA
  - Deprioritized in favor of AMG 340.

- ### Pavurutamab (AMG 701) – HLE BiTE® molecule targeting BCMA
  - Clinical development has been discontinued for strategic reasons.

- ### AMG 193 – small molecule MTA cooperative PRMT5 molecular glue
  - A Phase 1/1b/2 study continues to enroll patients with advanced MTAP-null solid tumors.

STEAP1 = Six-transmembrane epithelial antigen of prostate 1; mCRPC = metastatic castrate resistant prostate cancer; BiTE® = bispecific T-cell engager; PSMA = prostate-specific membrane antigen; HLE = half-life extended; BCMA= B-cell maturation antigen; MTA = methylthioadenosine; PRMT5= protein arginine methyltransferase 5; MTAP = methylthioadenosine phosphorylase; AMG 509 is being developed in collaboration with Xencor

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

38

AMGEN®

JNJ-STELARA_003456440

# Q2 '22 EARNINGS CALL—R&D UPDATE

## General Medicine

- **Repatha® - monoclonal antibody targeting PCSK9**
  - An abstract based on data from the Repatha® OLE studies (FOURIER OLE) has been accepted as a late-breaking presentation for the European Society of Cardiology annual conference in August.

- **Olpasiran (AMG 890) – Lipoprotein(a) siRNA molecule**
  - In May, the Company announced positive top-line data from a Phase 2 study of olpasiran in subjects with elevated Lp(a).
  - Significant reduction from baseline in Lp(a) of up to or greater than 90 percent at week 36 (primary endpoint) and week 48 (end of treatment period) for the majority of doses.
    - No new safety concerns were identified during this treatment period.
    - Presentation of these results is expected at a medical congress in 2022.

- **AMG 133 – multispecific GIPR inhibitor and GLP-1 receptor agonist**
  - A Phase 1 study has completed enrollment.
  - Data from the initial cohorts of this Phase 1 study will be submitted to a medical congress occurring in Q4-2022.

PCSK9 = proprotein convertase subtilisin/kexin type 9; OLE = open label extension; siRNA = small interfering ribonucleic acid; Lp(a)= Lipoprotein(a); GIPR= Gastric Inhibitory Polypeptide Receptor; GLP-1= Glucagon-like peptide-1

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

39



JNJ-STELARA_003456441

# Q2 '22 EARNINGS CALL—R&D UPDATE

## Biosimilars

- ### ABP 654 –investigational biosimilar to STELARA®(ustekinumab)
  - Final analysis from a Phase 3 study evaluating the efficacy and safety of ABP 654 compared to STELARA® (ustekinumab) in adult patients with moderate to severe plaque psoriasis expected in 2022.
  - A Phase 3 study to support an interchangeability designation in the U.S. is ongoing.

- ### Phase 3 studies of ABP 938, an investigational biosimilar to EYLEA® (aflibercept), and ABP 959, an investigational biosimilar to SOLIRIS® (eculizumab), are on track, with data expected in 2022.

- ### A Phase 3 study to support an interchangeability designation in the U.S. for AMJEVITA™ (adalimumab-atto) is ongoing.

- ### The U.S. label for AMJEVITA™ (adalimumab-atto) has been modified to include pediatric Crohn's disease (ages 6+) and juvenile idiopathic arthritis (ages 2-3).

STELARA® is a registered trademark of Janssen Pharmaceutica NV; EYLEA® is a registered trademark of Regeneron Pharmaceuticals, Inc.; SOLIRIS® is a registered trademark of Alexion Pharmaceuticals, Inc.

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

40

AMGEN®

JNJ-STELARA_003456442



JNJ-STELARA_003456443

# Q2 '22 EARNINGS CALL

August 4, 2022

# RECONCILIATIONS



JNJ-STELARA_003456444

**Consolidated Statements of Income - GAAP**
**(In millions, except per - share data)**
**(Unaudited)**

Case 2:23-cv-00629-JKW-LRL   Document 458-30   Filed 08/06/25   Page 153 of 204 PageID# 24330

| | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| | 2022 | 2021 | 2022 | 2021 |
| Revenues: | | | | |
| Product sales | $ 6,281 | $ 6,114 | $ 12,012 | $ 11,706 |
| Other revenues | 313 | 412 | 820 | 721 |
| Total revenues | 6,594 | 6,526 | 12,832 | 12,427 |
| | | | | |
| Operating expenses: | | | | |
| Cost of sales | 1,510 | 1,637 | 3,071 | 3,127 |
| Research and development | 1,039 | 1,082 | 1,998 | 2,049 |
| Acquired in-process research and development | — | 1,505 | — | 1,505 |
| Selling, general and administrative | 1,327 | 1,384 | 2,555 | 2,638 |
| Other | 542 | 90 | 532 | 151 |
| Total operating expenses | 4,418 | 5,698 | 8,156 | 9,470 |
| | | | | |
| Operating income | 2,176 | 828 | 4,676 | 2,957 |
| | | | | |
| Other income (expense): | | | | |
| Interest expense, net | (328) | (281) | (623) | (566) |
| Other (expense) income, net | (317) | 11 | (847) | 24 |
| | | | | |
| Income before income taxes | 1,531 | 558 | 3,206 | 2,415 |
| | | | | |
| Provision for income taxes | 214 | 94 | 413 | 305 |
| | | | | |
| Net income | $ 1,317 | $ 464 | $ 2,793 | $ 2,110 |
| | | | | |
| Earnings per share: | | | | |
| Basic | $ 2.46 | $ 0.81 | $ 5.16 | $ 3.67 |
| Diluted | $ 2.45 | $ 0.81 | $ 5.13 | $ 3.65 |
| | | | | |
| Weighted-average shares used in calculation of earnings per share: | | | | |
| Basic | 535 | 573 | 541 | 575 |
| Diluted | 537 | 576 | 544 | 578 |

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

43

AMGEN®

JNJ-STELARA_003456445

**Amgen Inc.**
**Consolidated Balance Sheets - GAAP**
**(In millions)**

| | June 30, | December 31, |
|---|---|---|
| | 2022 | 2021 |
| | (Unaudited) | |
| **Assets** | | |
| Current assets: | | |
| Cash, cash equivalents and marketable securities | $ 7,183 | $ 8,037 |
| Trade receivables, net | 5,327 | 4,895 |
| Inventories | 4,554 | 4,086 |
| Other current assets | 2,258 | 2,367 |
| Total current assets | 19,322 | 19,385 |
| Property, plant and equipment, net | 5,158 | 5,184 |
| Intangible assets, net | 13,927 | 15,182 |
| Goodwill | 14,865 | 14,890 |
| Other noncurrent assets | 6,022 | 6,524 |
| Total assets | $ 59,294 | $ 61,165 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable and accrued liabilities | $ 11,801 | $ 12,097 |
| Current portion of long-term debt | 817 | 87 |
| Total current liabilities | 12,618 | 12,184 |
| Long-term debt | 35,705 | 33,222 |
| Long-term tax liabilities | 5,603 | 6,594 |
| Other noncurrent liabilities | 2,949 | 2,465 |
| Total stockholders' equity | 2,419 | 6,700 |
| Total liabilities and stockholders' equity | $ 59,294 | $ 61,165 |
| Shares outstanding | 535 | 558 |

Provided August 4, 2022, as part of an oral presentation and is qualified by
such, contains forward-looking statements, actual results may vary
materially; Amgen disclaims any duty to update.

44

AMGEN®

JNJ-STELARA_003456446

**Amgen Inc.**
**GAAP to Non-GAAP Reconciliations**
(Dollars In millions)
(Unaudited)

| | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| | 2022 | 2021 | 2022 | 2021 |
| GAAP cost of sales | $ 1,510 | $ 1,637 | $ 3,071 | $ 3,127 |
| Adjustments to cost of sales: | | | | |
| Acquisition-related expenses (a) | (584) | (598) | (1,194) | (1,221) |
| Other | --- | (5) | --- | (5) |
| Total adjustments to cost of sales | (584) | (603) | (1,194) | (1,226) |
| Non-GAAP cost of sales | $ 926 | $ 1,034 | $ 1,877 | $ 1,901 |
| GAAP cost of sales as a percentage of product sales | 24.0 % | 26.8 % | 25.6 % | 26.7 % |
| Acquisition-related expenses (a) | (9.3) | (9.8) | (10.0) | (10.4) |
| Other | 0.0 | (0.1) | 0.0 | (0.1) |
| Non-GAAP cost of sales as a percentage of product sales | 14.7 % | 16.9 % | 15.6 % | 16.2 % |
| GAAP research and development expenses | $ 1,039 | $ 1,082 | $ 1,998 | $ 2,049 |
| Adjustments to research and development expenses: | | | | |
| Acquisition-related expenses (a) | (19) | (46) | (44) | (69) |
| Non-GAAP research and development expenses | $ 1,020 | $ 1,036 | $ 1,954 | $ 1,980 |
| GAAP research and development expenses as a percentage of product sales | 16.5 % | 17.7 % | 16.6 % | 17.5 % |
| Acquisition-related expenses (a) | (0.3) | (0.8) | (0.3) | (0.6) |
| Non-GAAP research and development expenses as a percentage of product sales | 16.2 % | 16.9 % | 16.3 % | 16.9 % |
| GAAP selling, general and administrative expenses | $ 1,327 | $ 1,384 | $ 2,555 | $ 2,638 |
| Adjustments to selling, general and administrative expenses: | | | | |
| Acquisition-related expenses (a) | (14) | (39) | (29) | (51) |
| Other | --- | --- | --- | (16) |
| Total adjustments to selling, general and administrative expenses | (14) | (39) | (29) | (67) |
| Non-GAAP selling, general and administrative expenses | $ 1,313 | $ 1,345 | $ 2,526 | $ 2,571 |
| GAAP selling, general and administrative expenses as a percentage of product sales | 21.1 % | 22.6 % | 21.3 % | 22.5 % |
| Acquisition-related expenses (a) | (0.2) | (0.6) | (0.3) | (0.4) |
| Other | 0.0 | 0.0 | 0.0 | (0.1) |
| Non-GAAP selling, general and administrative expenses as a percentage of product sales | 20.9 % | 22.0 % | 21.0 % | 22.0 % |
| GAAP operating expenses | $ 4,418 | $ 5,698 | $ 8,155 | $ 9,470 |
| Adjustments to operating expenses: | | | | |
| Adjustments to cost of sales | (584) | (603) | (1,194) | (1,226) |
| Adjustments to research and development expenses | (19) | (46) | (44) | (69) |
| Adjustments to selling, general and administrative expenses | (14) | (39) | (29) | (67) |
| Certain charges pursuant to our cost savings initiatives | 1 | (76) | (1) | (128) |
| Certain other expenses (b) | (543) | (14) | (531) | (23) |
| Total adjustments to operating expenses | (1,159) | (778) | (1,799) | (1,513) |
| Non-GAAP operating expenses | $ 3,259 | $ 4,920 | $ 6,357 | $ 7,957 |

| | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| | 2022 | 2021 | 2022 | 2021 |
| GAAP operating income | $ 2,176 | $ 828 | $ 4,676 | $ 2,957 |
| Adjustments to operating expenses | 1,159 | 778 | 1,799 | 1,513 |
| Non-GAAP operating income | $ 3,335 | $ 1,606 | $ 6,475 | $ 4,470 |
| GAAP operating income as a percentage of product sales | 34.6 % | 13.5 % | 38.9 % | 25.3 % |
| Adjustments to cost of sales | 9.3 | 9.9 | 10.0 | 10.5 |
| Adjustments to research and development expenses | 0.3 | 0.8 | 0.3 | 0.6 |
| Adjustments to selling, general and administrative expenses | 0.2 | 0.6 | 0.3 | 0.5 |
| Certain charges pursuant to our cost savings initiatives | 0.0 | 1.2 | 0.0 | 1.1 |
| Certain other expenses (b) | 8.7 | 0.3 | 4.4 | 0.2 |
| Non-GAAP operating income as a percentage of product sales | 53.1 % | 26.3 % | 53.9 % | 38.2 % |
| GAAP other (expense) income, net | $ (317) | $ 11 | $ (847) | $ 24 |
| Adjustments to other (expense) income, net: | | | | |
| Equity method investment basis difference amortization | 49 | 42 | 96 | 84 |
| Net losses/(gains) from equity investments | 186 | 1 | 551 | (144) |
| Total adjustments to other (expense) income, net | 235 | 43 | 647 | (60) |
| Non-GAAP other (expense) income, net | $ (82) | $ 54 | $ (200) | $ (36) |
| GAAP income before income taxes | $ 1,531 | $ 558 | $ 3,208 | $ 2,415 |
| Adjustments to income before income taxes: | | | | |
| Adjustments to operating expenses | 1,159 | 778 | 1,799 | 1,513 |
| Adjustments to other (expense) income, net | 235 | 43 | 647 | (60) |
| Total adjustments to income before income taxes | 1,394 | 821 | 2,446 | 1,453 |
| Non-GAAP income before income taxes | $ 2,925 | $ 1,379 | $ 5,652 | $ 3,868 |
| GAAP provision for income taxes | $ 214 | $ 94 | $ 413 | $ 305 |
| Adjustments to provision for income taxes: | | | | |
| Income tax effect of the above adjustments (c) | 216 | 277 | 405 | 408 |
| Other income tax adjustments (d) | --- | (9) | (4) | (12) |
| Total adjustments to provision for income taxes | 216 | 268 | 401 | 396 |
| Non-GAAP provision for income taxes | $ 430 | $ 362 | $ 814 | $ 701 |
| GAAP tax as a percentage of income before taxes | 14.0 % | 16.8 % | 12.9 % | 12.6 % |
| Adjustments to provision for income taxes: | | | | |
| Income tax effect of the above adjustments (c) | 0.7 | 10.1 | 1.6 | 5.8 |
| Other income tax adjustments (d) | 0.0 | (0.6) | (0.1) | (0.3) |
| Total adjustments to provision for income taxes | 0.7 | 9.5 | 1.5 | 5.5 |
| Non-GAAP tax as a percentage of income before taxes | 14.7 % | 26.3 % | 14.4 % | 18.1 % |
| GAAP net income | $ 1,317 | $ 464 | $ 2,793 | $ 2,110 |
| Adjustments to net income: | | | | |
| Adjustments to income before income taxes, net of the income tax effect | 1,178 | 544 | 2,041 | 1,045 |
| Other income tax adjustments (d) | --- | 9 | 4 | 12 |
| Total adjustments to net income | 1,178 | 553 | 2,045 | 1,057 |
| Non-GAAP net income | $ 2,495 | $ 1,017 | $ 4,838 | $ 3,167 |

Note: Numbers may not add due to rounding

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

45

**AMGEN**

JNJ-STELARA_003456447

**Amgen Inc.**
**GAAP to Non-GAAP Reconciliations**
**(In millions, except per-share data)**
**(Unaudited)**
**(Continued from previous slide)**

The following table presents the computations for GAAP and non-GAAP diluted earnings per share:

| | Three months ended June 30, 2022 | | Three months ended June 30, 2021 | |
|---|---|---|---|---|
| | GAAP | Non-GAAP | GAAP | Non-GAAP |
| Net income | $ 1,317 | $ 2,495 | $ 464 | $ 1,017 |
| Weighted-average shares for diluted EPS | 537 | 537 | 576 | 576 |
| Diluted EPS | $ 2.45 | $ 4.65 | $ 0.81 | $ 1.77 |

| | Six months ended June 30, 2022 | | Six months ended June 30, 2021 | |
|---|---|---|---|---|
| | GAAP | Non-GAAP | GAAP | Non-GAAP |
| Net income | $ 2,793 | $ 4,838 | $ 2,110 | $ 3,167 |
| Weighted-average shares for diluted EPS | 544 | 544 | 578 | 578 |
| Diluted EPS | $ 5.13 | $ 8.89 | $ 3.65 | $ 5.48 |

a.   The adjustments related primarily to noncash amortization of intangible assets from business acquisitions.
b.   For the three and six months ended June 30, 2022, the adjustments primarily related to cumulative foreign currency translation adjustments from a nonstrategic divestiture. For the three and six months ended June 30, 2021, the adjustments related primarily to the change in fair values of contingent consideration liabilities.
c.   The tax effect of the adjustments between our GAAP and non-GAAP results takes into account the tax treatment and related tax rate(s) that apply to each adjustment in the applicable tax jurisdiction(s). Generally, this results in a tax impact at the U.S. marginal tax rate for certain adjustments, including the majority of amortization of intangible assets, whereas the tax impact of other adjustments, including restructuring initiatives, depends on whether the amounts are deductible in the respective tax jurisdictions and the applicable tax rate(s) in those jurisdictions. Due to these factors, the effective tax rate for the adjustments to our GAAP income before income taxes, for the three and six months ended June 30, 2022, were 15.5% and 16.6%, respectively, compared to 33.7% and 28.1% for the corresponding period of the prior year.
d.   The adjustments related to certain acquisition items, prior period and other items excluded from GAAP earnings.

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

46

**AMGEN**

JNJ-STELARA_003456448

**Amgen Inc.**
**Reconciliations of Cash Flows**
**(In millions)**
**(Unaudited)**

| | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| | 2022 | 2021 | 2022 | 2021 |
| Net cash provided by operating activities | $ 1,930 | $ 1,931 | $ 4,094 | $ 4,035 |
| Net cash (used in) provided by investing activities | (2,193) | 1,209 | (2,304) | 890 |
| Net cash used in financing activities | (1,062) | (2,622) | (4,576) | (4,561) |
| (Decrease) increase in cash and cash equivalents | (1,325) | 518 | (2,786) | 364 |
| Cash and cash equivalents at beginning of period | 6,528 | 6,112 | 7,989 | 6,266 |
| Cash and cash equivalents at end of period | $ 5,203 | $ 6,630 | $ 5,203 | $ 6,630 |

| | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| | 2022 | 2021 | 2022 | 2021 |
| Net cash provided by operating activities | $ 1,930 | $ 1,931 | $ 4,094 | $ 4,035 |
| Capital expenditures | (246) | (185) | (436) | (351) |
| Free cash flow | $ 1,684 | $ 1,746 | $ 3,658 | $ 3,684 |

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

47

AMGEN®

JNJ-STELARA_003456449

**Amgen Inc.**
**Reconciliation of GAAP EPS Guidance to Non-GAAP**
**EPS Guidance for the Year Ending December 31, 2022**
**(Unaudited)**

| | | | | |
|---|---|---|---|---|
| **GAAP diluted EPS guidance** | $ 11.01 | — | $ | 12.15 |
| **Known adjustments to arrive at non-GAAP*:** | | | | |
| Acquisition-related expenses (a) | 4.02 | — | | 4.11 |
| Loss on divestiture (b) | 1.02 | — | | 1.07 |
| Net losses from equity investments | | 0.80 | | |
| Other | | 0.01 | | |
| **Non-GAAP diluted EPS guidance** | $ 17.00 | — | $ | 18.00 |

\* The known adjustments are presented net of their related tax impact, which amount to approximately $1.30 - $1.31 per share.

(a) The adjustments relate primarily to noncash amortization of intangible assets acquired in business acquisitions.
(b) The adjustment primarily relates to a cumulative foreign currency translation adjustment from a nonstrategic divestiture.

Our GAAP diluted EPS guidance does not include the effect of GAAP adjustments triggered by events that may occur subsequent to this press release such as acquisitions, divestitures, asset impairments, litigation, changes in fair value of our contingent consideration obligations and changes in fair value of our equity investments. The GAAP adjustments from the recently announced proposed acquisition of ChemoCentryx, Inc. (expected to close in the fourth quarter of 2022) are included in the GAAP diluted EPS guidance.

**Reconciliation of GAAP Tax Rate Guidance to Non-GAAP**
**Tax Rate Guidance for the Year Ending December 31, 2022**
**(Unaudited)**

| | | | |
|---|---|---|---|
| GAAP tax rate guidance | 11.5 % | — | 13.0 % |
| Tax rate of known adjustments discussed above | 2.0% | — | 2.5% |
| Non-GAAP tax rate guidance | 14.0 % | — | 15.0 % |

Provided August 4, 2022, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

48

**AMGEN**

JNJ-STELARA_003456450

# Q2 '22 EARNINGS CALL

August 4, 2022



JNJ-STELARA_003456451

Case 2:23-cv-00629-JKW-LRL    Document 458-30    Filed 08/06/25    Page 160 of 204
Case 1:22-cv-01549-UNA   Document 1-1   Filed 11/29/22   Page 132 of 203 PageID #: 159
PageID# 24337

# EXHIBIT G

JNJ-STELARA_003456452



**GROWING OUR LEADERSHIP IN INFLAMMATION**

**OCTOBER 4, 2021**

JNJ-STELARA_003456453

# SAFE HARBOR STATEMENT

This presentation contains forward-looking statements that are based on the current expectations and beliefs of Amgen. All statements, other than statements of historical fact, are statements that could be deemed forward-looking statements, including any statements on the outcome, benefits and synergies of collaborations, or potential collaborations, with any other company (including BeiGene, Ltd., Kyowa Kirin Co., Ltd., or any collaboration to manufacture therapeutic antibodies against COVID-19), the performance of Otezla® (apremilast) (including anticipated Otezla sales growth and the timing of non-GAAP EPS accretion), or the Five Prime Therapeutics, Inc. acquisition, as well as estimates of revenues, operating margins, capital expenditures, cash, other financial metrics, expected legal, arbitration, political, regulatory or clinical results or practices, customer and prescriber patterns or practices, reimbursement activities and outcomes, effects of pandemics or other widespread health problems such as the ongoing COVID-19 pandemic on our business, outcomes, progress, or effects relating to studies of Otezla as a potential treatment for COVID-19, and other such estimates and results. Forward-looking statements involve significant risks and uncertainties, including those discussed below and more fully described in the Securities and Exchange Commission reports filed by Amgen, including our most recent annual report on Form 10-K and any subsequent periodic reports on Form 10-Q and current reports on Form 8-K. Unless otherwise noted, Amgen is providing this information as of the date of this presentation and does not undertake any obligation to update any forward-looking statements contained in this document as a result of new information, future events or otherwise.

No forward-looking statement can be guaranteed and actual results may differ materially from those we project. Our results may be affected by our ability to successfully market both new and existing products domestically and internationally, clinical and regulatory developments involving current and future products, sales growth of recently launched products, competition from other products including biosimilars, difficulties or delays in manufacturing our products and global economic conditions. In addition, sales of our products are affected by pricing pressure, political and public scrutiny and reimbursement policies imposed by third-party payers, including governments, private insurance plans and managed care providers and may be affected by regulatory, clinical and guideline developments and domestic and international trends toward managed care and healthcare cost containment. Furthermore, our research, testing, pricing, marketing and other operations are subject to extensive regulation by domestic and foreign government regulatory authorities. We or others could identify safety, side effects or manufacturing problems with our products, including our devices, after they are on the market. Our business may be impacted by government investigations, litigation and product liability claims. In addition, our business may be impacted by the adoption of new tax legislation or exposure to additional tax liabilities. If we fail to meet the compliance obligations in the corporate integrity agreement between us and the U.S. government, we could become subject to significant sanctions. Further, while we routinely obtain patents for our products and technology, the protection offered by our patents and patent applications may be challenged, invalidated or circumvented by our competitors, or we may fail to prevail in present and future intellectual property litigation. We perform a substantial amount of our commercial manufacturing activities at a few key facilities, including in Puerto Rico, and also depend on third parties for a portion of our manufacturing activities, and limits on supply may constrain sales of certain of our current products and product candidate development. An outbreak of disease or similar public health threat, such as COVID-19, and the public and governmental effort to mitigate against the spread of such disease, could have a significant adverse effect on the supply of materials for our manufacturing activities, the distribution of our products, the commercialization of our product candidates, and our clinical trial operations, and any such events may have a material adverse effect on our product development, product sales, business and results of operations. We rely on collaborations with third parties for the development of some of our product candidates and for the commercialization and sales of some of our commercial products. In addition, we compete with other companies with respect to many of our marketed products as well as for the discovery and development of new products. Discovery or identification of new product candidates or development of new indications for existing products cannot be guaranteed and movement from concept to product is uncertain; consequently, there can be no guarantee that any particular product candidate or development of a new indication for an existing product will be successful and become a commercial product. Further, some raw materials, medical devices and component parts for our products are supplied by sole third-party suppliers. Certain of our distributors, customers and payers have substantial purchasing leverage in their dealings with us. The discovery of significant problems with a product similar to one of our products that implicate an entire class of products could have a material adverse effect on sales of the affected products and on our business and results of operations. Our efforts to collaborate with or acquire other companies, products or technology, and to integrate the operations of companies or to support the products or technology we have acquired, may not be successful. A breakdown, cyberattack or information security breach could compromise the confidentiality, integrity and availability of our systems and our data. Our stock price is volatile and may be affected by a number of events. Global economic conditions may magnify certain risks that affect our business. Our business performance could affect or limit the ability of our Board of Directors to declare a dividend or our ability to pay a dividend or repurchase our common stock. We may not be able to access the capital and credit markets on terms that are favorable to us, or at all.

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

2

AMGEN®

JNJ-STELARA_003456454

# AGENDA

| | |
|---|---|
| Introduction | David Reese, M.D.—Executive Vice President, Research and Development |
| Data Review | Rob Lenz, M.D., Ph.D.—Senior Vice President, Global Development |
| Commercial Landscape | Murdo Gordon—Executive Vice President, Global Commercial Operations |
| Q&A | All |

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

3

**AMGEN**

JNJ-STELARA_003456455



# INTRODUCTION

## DAVID REESE, M.D.
### EXECUTIVE VICE PRESIDENT, RESEARCH AND DEVELOPMENT

JNJ-STELARA_003456456

# WE EXPECT INFLAMMATION TO BE A MEANINGFUL GROWTH DRIVER

- **Building on decades of established research, development, and commercial expertise**
- **Pursuing under-served markets with significant growth potential**
- **Launching first-in-class molecules, new indications and quality biosimilars in each of the next several years**
- **Leveraging human genetics — approximately half of our inflammation portfolio has human genetic validation**
- **Achieving significant near-term milestones for our late-stage programs**

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

5



JNJ-STELARA_003456457

# STEADY FLOW OF INFLAMMATION LAUNCHES AND LATE STAGE CLINICAL DATA THROUGH 2025

| 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|
| **December 2021** Otezla® U.S. approval Mild-to-moderate Psoriasis | **Q1 2022** Tezepelumab U.S. approval Asthma | **January 31, 2023** AMJEVITA™ U.S. launch* | **H1 2024** Tezepelumab Phase 3 completion* Chronic Rhinosinusitis with Nasal Polyps | **March 1, 2025** ABP 959 U.S. launch |
| | **H1 2022** AMG 451 / KHK4083 Phase 3 initiation Atopic Dermatitis | **H1 2023** Tezepelumab Phase 2 completion* Chronic Spontaneous Urticaria Chronic Obstructive Pulmonary Disease | **H1 2024** Efavaleukin alfa Phase2 completion* Systemic Lupus Erythematosus Ulcerative Colitis | |
| | **H2 2022** AMG 714 / PRV-015 Phase 2b completion Celiac Disease | **H2 2023** Rozibafusp alfa Phase 2 completion* Systemic Lupus Erythematosus | | |
| | **2022** ABP 654, ABP 938, ABP 959 Phase 3 completion* | | | |

Anticipated approval/launch denoted in green
**AMJEVITA™ (adalimumab-atto) is a biosimilar candidate to HUMIRA®**
**ABP 654 is a biosimilar candidate to STELARA®**
**ABP 938 is a biosimilar candidate to EYLEA®**
**ABP 959 is a biosimilar candidate to SOLIRIS®**

*Estimated Study Completion Date per clinicaltrials.gov; HUMIRA® is a registered trademark of AbbVie Biotechnology Ltd; STELARA® is a registered trademark of Janssen Pharmaceutica NV; EYLEA® is a registered trademark of Regeneron Pharmaceuticals, Inc.; SOLIRIS® is a registered trademark of Alexion Pharmaceuticals, Inc.; Tezepelumab is developed in collaboration with AstraZeneca; AMG 714 is developed in collaboration with Provention Bio.

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

6

AMGEN®

JNJ-STELARA_003456458

# STEADY FLOW OF INFLAMMATION LAUNCHES AND LATE STAGE CLINICAL DATA THROUGH 2025

| 2021 | 2022 | 2023 | 2024 | 2025 |
|------|------|------|------|------|
| **December 2021** Otezla® U.S. approval Mild-to-moderate Psoriasis | **Q1 2022** Tezepelumab U.S. approval Asthma | **January 31, 2023** AMJEVITA™ U.S. launch* | **H1 2024** **Tezepelumab** **Phase 3 completion*** Chronic Rhinosinusitis with Nasal Polyps | **March 1, 2025** ABP 959 U.S. launch |
| | **H1 2022** **AMG 451 / KHK4083** **Phase 3 initiation** Atopic Dermatitis | **H1 2023** **Tezepelumab** **Phase 2 completion*** Chronic Spontaneous Urticaria Chronic Obstructive Pulmonary Disease | **H1 2024** **Efavaleukin alfa** **Phase 2 completion*** Systemic Lupus Erythematosus Ulcerative Colitis | |
| | **H2 2022** **AMG 714 / PRV-015** **Phase 2b completion** Celiac Disease | **H2 2023** **Rozibafusp alfa** **Phase 2 completion*** Systemic Lupus Erythematosus | | |
| | **2022** **ABP 654, ABP 938, ABP 959** **Phase 3 completion*** | | Anticipated approval/launch denoted in green AMJEVITA™ (adalimumab-atto) is a biosimilar candidate to HUMIRA® ABP 654 is a biosimilar candidate to STELARA® ABP 938 is a biosimilar candidate to EYLEA® ABP 959 is a biosimilar candidate to SOLIRIS® | |

*Estimated Study Completion Date per clinicaltrials.gov; HUMIRA® is a registered trademark of AbbVie Biotechnology Ltd; STELARA® is a registered trademark of Janssen Pharmaceutica NV; EYLEA® is a registered trademark of Regeneron Pharmaceuticals, Inc.; SOLIRIS® is a registered trademark of Alexion Pharmaceuticals, Inc.; Tezepelumab is developed in collaboration with AstraZeneca; AMG 714 is developed in collaboration with Provention Bio.
Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

7

AMGEN®

JNJ-STELARA_003456459

# WE ARE PURSUING DIFFERENTIATED APPROACHES TO THE TREATMENT LANDSCAPE

## Rebalancing the immune system

| Block | Deplete | Tolerize | Repair |
|---|---|---|---|
| Inhibit well-validated targets using innovative modalities | Remove cells or molecules that cause disease | Enhance population of antigen-specific regulatory T cells | Regenerate cells that are damaged due to disease |

**We are leveraging our industry leading human genetics platform to advance innovative new therapies**

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

8

**AMGEN®**

JNJ-STELARA_003456460

# WE ARE LEVERAGING OUR INDUSTRY-LEADING HUMAN GENETICS PLATFORM TO ADVANCE INNOVATIVE NEW THERAPIES



WGS = whole genome sequencing; eQTL = expression quantitative trait loci; sQTL = splicing quantitative trait loci; pQTL = protein quantitative trait loci

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

9

**AMGEN®**

JNJ-STELARA_003456461

# BROAD PORTFOLIO OF INFLAMMATION PRODUCTS*



| Respiratory and Allergy | Gastrointestinal | Dermatology | Rheumatology |
|---|---|---|---|
| **Tezepelumab**<br>– Asthma<br>– Chronic obstructive pulmonary disease<br>– Chronic rhinosinusitis with nasal polyps<br><br>**AMG 714 / PRV015**<br>– Celiac disease | **AMGEVITA™†**<br>**AVSOLA™**<br>**Biosimilar to Remicade®\***<br>**Efavaleukin alfa (AMG 592)**<br>– Ulcerative colitis<br>**ABP 654** | **Enbrel®**<br>**Otezla®**<br>– Psoriasis<br>– Psoriatic arthritis<br>– Palmoplantar pustulosis<br>**AMGEVITA™†**<br>**AVSOLA™**<br>**Tezepelumab**<br>– Chronic spontaneous urticaria<br>**AMG 451 / KHK4083**<br>– Atopic dermatitis<br>**ABP 654** | **Enbrel®**<br>**Otezla®**<br>– Psoriatic arthritis<br>**AMGEVITA™†**<br>**AVSOLA™**<br>**Efavaleukin alfa**<br>– Systemic lupus erythematosus (SLE)<br>– Graft vs. host disease<br>**Rozibafusp alfa (AMG 570)**<br>– Systemic lupus erythematosus<br>**ABP 654** |

*Phase 1 through marketed; †Approved in U.S. as AMJEVITA™; AVSOLA™ (infliximab-axxq) is a biosimilar to REMICADE®, a registered trademark of Janssen Biotech, Inc.

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

10

**AMGEN®**

JNJ-STELARA_003456462

Case 2:25-cv-06680-JKW-LRL   Document 45-31   Filed 08/06/25   Page 171 of 204 PageID #: 13048

# INFLAMMATION PORTFOLIO REVIEW

**ROB LENZ, M.D., PH.D.**
SENIOR VICE PRESIDENT, GLOBAL DEVELOPMENT

**MURDO GORDON**
EXECUTIVE VICE PRESIDENT, GLOBAL COMMERCIAL OPERATIONS



JNJ-STELARA_003456463

# AMG 451 / KHK4083

## A FIRST-IN-CLASS ANTI-OX40 MONOCLONAL ANTIBODY WITH POTENTIAL ACROSS INFLAMMATORY DISEASES

**AMGEN**®

JNJ-STELARA_003456464

# ATOPIC DERMATITIS IS A PREVALENT DISEASE WITH SIGNIFICANT UNMET NEED

- **Atopic dermatitis (AD) affects > 30 million people in major global markets, with particular unmet need in patients with moderate to severe disease**
  - **~ 15%-30% of children and up to 3% of adults**
  - **~ 1/3 have moderate to severe AD**
  - **~ 1/3 develop allergic rhinitis and ~ 1/3 develop asthma**
  - **Environmental triggers for flare-ups are highly unpredictable**
- **Symptoms include dry, scaly skin, pruritus (itching)**
- **New, effective therapies are needed in the current treatment paradigm**
  - **Topical corticosteroids and topical calcineurin inhibitors**
  - **Systemic immunosuppressant and biologics**

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

13

**AMGEN®**

JNJ-STELARA_003456465

# AMG 451 / KHK4083: PHASE 3-READY FOR ATOPIC DERMATITIS

- **Activation of Th2 and other T cell subsets is central in atopic dermatitis**
- **The OX40–OX40L axis plays a critical role in long-lasting T cell responses**
  - OX-40 ligand binding drives expression of pro-survival molecules and elevated cytokine production
- **AMG 451 / KHK4083 is a fully human, afucosylated antibody with a dual mechanism of action**
  - Blocks OX40 signaling
  - Depletes OX40 T cells
- **T cell depletion reflected in clinical response**
- **Phase 3 initiation expected in H1 2022**
- **Amgen and Kyowa Kirin have a long history of successful collaboration on groundbreaking therapies**

CD28 = cluster of differentiation 28; IgG = immunoglobulin G; MHC = major histocompatibility complex; mAb = monoclonal antibody; TCR = T cell receptor; Th2 = T-helper 2.
[1]Nakagawa H et al. J Dermatol Sci. 2020; 99(2):82–89; [2]Papp KA et al. J Eur Acad Dermatol Venereol. 2017, 31(8):1324–1332.

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

14

**AMGEN®**

Case 2:23-cv-00629-JKW-LRL Document 458-30 Filed 08/06/25 Page 174 of 204 PageID# 24351

JNJ-STELARA_003456466

# Efficacy and Safety Results of KHK4083/AMG 451 (Anti-OX40 mAb) in Subjects With Moderate to Severe Atopic Dermatitis: A Phase 2, Multicentre, Randomized, Double-blind, Parallel-Group, Placebo-Controlled Study

Emma Guttman-Yassky,[1] Eric Simpson,[2] Kristian Reich,[3] Kenji Kabashima,[4] Ken Igawa,[5] Hidetoshi Takahashi,[6] Keizo Matsuo,[7] Yoshihiko Katahira,[8] Kazutomo Toyofuku,[9] Masatoshi Abe,[10] Margrit Simon,[11] Oliver Weirich,[12] Tetsuya Suzuki,[13] Shunichiro Orihara,[13] Takeshi Matsui,[13] Ehsanollah Esfandiari,[14] Masutaka Furue[15]

[1]Icahn School of Medicine at Mount Sinai, New York, USA; [2]Oregon Health & Science University, Portland, USA; [3]Translational Research in Inflammatory Skin Diseases, Institute for Health Services Research in Dermatology and Nursing, University Medical Center Hamburg-Eppendorf, Hamburg, Germany; [4]Kyoto University, Kyoto, Japan; [5]Dokkyo Medical University Hospital, Tochigi, Japan; [6]Takagi Dermatological Clinic, Hokkaido, Japan; [7]Matsuo Clinic, Fukuoka, Japan; [8]Katahira Dermatology Clinic, Kagoshima, Japan; [9]Yamate Dermatological Clinic, Tokyo, Japan; [10]Sapporo Skin Clinic, Hokkaido, Japan; [11]Interdisciplinary Study Association GmbH, Berlin, Germany; [12]Rosenpark Research GmbH, Darmstadt, Germany; [13]Kyowa Kirin Co., Ltd., Tokyo, Japan; [14]Kyowa Kirin International Plc, London, UK; [15]Kyushu University, Fukuoka, Japan

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

15

AMGEN

JNJ-STELARA_003456467

# PHASE 2 STUDY DESIGN (NCT03703102)

Case 2:23-cv-00629-JKW-LRL   Document 458-30   Filed 08/06/25   Page 176 of 204



**Primary efficacy endpoint**
- Percentage change in EASI score from baseline to Week 16

**Secondary efficacy endpoints**
- Reduction of ≥50%, ≥75%, and ≥90% in EASI score (EASI 50/75/90) from baseline
- Achievement of an IGA score of 0/1 and a reduction of ≥2 points from baseline (IGA0/1)
- Achievement of a reduction of ≥4 points in Pruritus-NRS score from baseline

**Safety evaluations**
- Adverse events

BSA =body surface area; EASI = Eczema Area and Severity Index; IGA = Investigator's Global Assessment; IP = Investigational product; NRS = Numerical Rating Scale; Q2W = every 2 weeks; Q4W = every 4 weeks; SC = subcutaneous; W = Week; Patients receiving rescue treatment before W36 assessment discontinued the IP and underwent end-of-study assessment.

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

16

AMGEN

JNJ-STELARA_003456468

# BASELINE DEMOGRAPHICS AND DISEASE CHARACTERISTICS (SAFETY ANALYSIS SET)

| All baseline parameters were generally well-balanced among the treatment groups | | | | | | |
|---|---|---|---|---|---|---|
| **Characteristics*** | | **KHK4083 150 mg Q4W N=54** | **KHK4083 600 mg Q4W N=53** | **KHK4083 300 mg Q2W N=55** | **KHK4083 600 mg Q2W N=54** | **Placebo/ KHK4083 600 mg Q2W N=57** | **Total N=273** |
| Age, years | | 37.4 ± 13.6 | 38.9 ± 14.6 | 37.5 ± 14.1 | 37.3 ± 16.3 | 38.7 ± 14.4 | 38.0 ± 14.5 |
| Sex, male, n (%) | | 37 (68.5) | 31 (58.5) | 31 (56.4) | 30 (55.6) | 31 (54.4) | 160 (58.6) |
| Race, n (%) | Asian: Japanese | 30 (55.6) | 28 (52.8) | 32 (58.2) | 30 (55.6) | 30 (52.6) | 150 (54.9) |
| | Asian: Other | 6 (11.1) | 4 (7.5) | 5 (9.1) | 3 (5.6) | 7 (12.3) | 25 (9.2) |
| | Black or African American | 3 (5.6) | 1 (1.9) | 2 (3.6) | 1 (1.9) | 6 (10.5) | 13 (4.8) |
| | White | 14 (25.9) | 20 (37.7) | 16 (29.1) | 20 (37.0) | 14 (24.6) | 84 (30.8) |
| | Other | 1 (1.9) | 0 | 0 | 0 | 0 | 1 (0.4) |
| Body mass index at screening, kg/m² | | 24.99 ± 4.81 | 24.69 ± 5.69 | 26.69 ± 7.24 | 25.19 ± 6.49 | 24.26 ± 5.23 | 25.16 ± 5.97 |
| Duration from diagnosis of AD to randomization, years | | 6.47 ± 6.59 | 8.40 ± 8.32 | 8.59 ± 9.58 | 6.42 ± 5.69 | 6.41 ± 5.98 | 7.26 ± 7.32 |
| Severity of AD - IGA, n (%) | 3 | 30 (55.6) | 28 (52.8) | 30 (54.5) | 29 (53.7) | 31 (54.4) | 148 (54.2) |
| | 4 | 24 (44.4) | 25 (47.2) | 25 (45.5) | 25 (46.3) | 26 (45.6) | 125 (45.8) |
| Pruritus-NRS score | | 7.8 ± 1.6 | 7.5 ± 2.3 | 7.5 ± 1.6 | 7.6 ± 1.9 | 7.2 ± 2.3 | 7.5 ± 2.0 |
| EASI score | | 32.8 ± 13.1 | 32.5 ± 12.7 | 32.2 ± 13.4 | 31.1 ± 11.8 | 29.2 ± 13.3 | 31.5 ± 12.8 |
| SCORAD score | | 68.75 ± 12.57 | 69.44 ± 13.64 | 68.52 ± 14.36 | 68.79 ± 14.36 | 66.35 ± 14.05 | 68.34 ± 13.76 |
| Percent BSA | | 59.5 ± 23.7 | 59.1 ± 25.2 | 56.8 ± 21.8 | 55.3 ± 23.4 | 54.3 ± 23.5 | 56.9 ± 23.5 |
| Previous use of biological products for treatment of AD, n (%) | | 7 (13.0) | 5 (9.4) | 8 (14.5) | 8 (14.8) | 9 (15.8) | 37 (13.6) |

*Data presented as mean ± SD, unless specified otherwise. Data presented from safety analysis set, which included patients who received at least 1 dose of KHK4083; 273 of the 274 randomized patients were included in the safety analysis set. SCORAD, Severity scoring of atopic dermatitis.
Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

17

**AMGEN®**

JNJ-STELARA_003456469

# PRIMARY ENDPOINT: % CHANGE IN EASI SCORES (WEEK 16) FROM BASELINE (LAST OBSERVATION CARRIED FORWARD, FULL ANALYSIS SET)

Case 2:23-cv-00629-JKW-LRL   Document 458-30   Filed 08/06/25   Page 178 of 204 PageID# 24355

All KHK4083-treated groups achieved the primary endpoint

| KHK4083 150 mg Q4W n=52 | KHK4083 600 mg Q4W n=52 | KHK4083 300 mg Q2W n=52 | KHK4083 600 mg Q2W n=54 | Placebo n=57 |
|---|---|---|---|---|

LS mean % change (95% CI)

-48.33% (-62.62, -34.04)

-49.72% (-64.27, -35.17)

-61.07% (-75.19, -46.96)

-57.35% (-71.27, -43.43)

-15.01% (-28.60, -1.43)

**p<0.001 for difference versus placebo; LS = least square.
Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

18

AMGEN®

JNJ-STELARA_003456470

# PROPORTION OF PATIENTS WHO ACHIEVED EASI-75
# (NON-RESPONDER IMPUTATION, FULL ANALYSIS SET)



Note: Patients in the placebo group were switched to KHK4083 600 mg Q2W after Treatment A period. These data are based on non-responder imputations and the patients who used rescue therapy (either topical or systemic) were treated as non-responders after the use of rescue therapy.
Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

19

AMGEN®

JNJ-STELARA_003456471

# PROPORTIONS OF PATIENTS WHO ACHIEVED AN IGA SCORE OF 0/1 AND A REDUCTION OF ≥2 POINTS FROM BASELINE (NON-RESPONDER IMPUTATION, FULL ANALYSIS SET)



In all KHK4083 groups, the proportion of subjects who achieved IGA score 0/1 gradually increased up to Week 36

| | Week 16 | Week 24 | Week 36 |
|---|---|---|---|
| KHK4083 150 mg Q4W, % | 19.2* | 26.9 | 34.6 |
| KHK4083 600 mg Q4W, % | 15.4* | 19.2 | 26.9 |
| KHK4083 300 mg Q2W, % | | | |
| KHK4083 600 mg Q2W, % | 18.5* | 22.2 | 35.2 |
| Placebo/KHK4083 600 mg Q2W, % | 1.8 | 5.3 | 14.0 |

KHK4083 150 mg Q4W — KHK4083 600 mg Q4W — KHK4083 300 mg Q2W — KHK4083 600 mg Q2W — / Placebo/KHK4083 600 mg Q2W

Note: Patients in the placebo group were switched to KHK4083 600 mg Q2W after Treatment A period. These data are based on non-responder imputations and the patients who used rescue therapy (either topical or systemic) were treated as non-responders after the use of rescue therapy.

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

20

AMGEN®

JNJ-STELARA_003456472

# DURABILITY OF EASI-75 RESPONSE AFTER TREATMENT DISCONTINUATION IN SUBJECTS WHO ACHIEVED EASI-75 AT WEEK 36



EASI-75 response was durable even after discontinuation of KHK4083 at Week 36

| | 0 | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KHK4083 150 mg Q4W | 27 | 26 | 26 | 22 | 19 | 17 | 17 | 15 | 15 | 13 | 9 | 0 | 0 | 0 |
| KHK4083 600 mg Q4W | 30 | 29 | 29 | 27 | 27 | 26 | 26 | 26 | 24 | 22 | 16 | 0 | 0 | 0 |
| KHK4083 300 mg Q2W | 33 | 30 | 29 | 25 | 25 | 25 | 24 | 22 | 21 | 18 | 13 | 2 | 1 | 0 |
| KHK4083 600 mg Q2W | 31 | 27 | 27 | 25 | 25 | 21 | 21 | 21 | 20 | 19 | 17 | 1 | 0 | 0 |
| Placebo/KHK4083 600 mg Q2W | 20 | 18 | 18 | 16 | 16 | 13 | 13 | 13 | 13 | 11 | 7 | 0 | 0 | 0 |

+: censored; Note: Subjects in the placebo group were switched to KHK4083 600 mg Q2W after Treatment A period. The numbers below the figure represent the number of remaining subjects at each visit.  Note: Relapse is the loss of EASI-75 after achieving EASI-75 at Week 36. Note: Censored cases are prohibited concomitant medications and/or therapies including rescue treatment started before the event confirmed, study completion without the event confirmed, and early termination of the study without the event confirmed.

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

21

**AMGEN®**

JNJ-STELARA_003456473

# TEAES – TREATMENT A PERIOD (SAFETY ANALYSIS SET)

| Category | KHK4083 150 mg Q4W N=54 | KHK4083 600 mg Q4W N=53 | KHK4083 300 mg Q2W N=55 | KHK4083 600 mg Q2W N=54 | KHK4083 Total N=216 | Placebo N=57 |
|---|---|---|---|---|---|---|
| **In Treatment A period, 81% TEAEs occurred in KHK4083 groups versus 72% in the placebo group** | | | | | | |
| Any TEAEs | 37 (68.5) | 45 (84.9) | 47 (85.5) | 46 (85.2) | 175 (81.0) | 41 (71.9) |
| Serious TEAEs | 3 (5.6) | 1 (1.9) | 3 (5.5) | 1 (1.9) | 8 (3.7) | 1 (1.8) |
| TEAEs leading to treatment discontinuation | 5 (9.3) | 3 (5.7) | 7 (12.7) | 4 (7.4) | 19 (8.8) | 12 (21.1) |
| All deaths | 0 | 0 | 0 | 0 | 0 | 0 |
| TEAEs with severity grade of ≥3 | 6 (11.1) | 1 (1.9) | 5 (9.1) | 4 (7.4) | 16 (7.4) | 2 (3.5) |

TEAE = treatment-emergent adverse event; Note: n=number of patients reporting at least 1 TEAE in that category except for all deaths. Data are presented as n (%).
Data presented from safety analysis set, which included patients who received at least 1 dose of investigational product; 273 of the 274 randomized patients were included in the safety analysis set.
Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

22

**AMGEN®**

JNJ-STELARA_003456474

# TEAES IN >5% OF SUBJECTS IN THE TOTAL KHK4083 GROUP BY PREFERRED TERM - TREATMENT A PERIOD (SAFETY ANALYSIS SET)

- The most frequent TEAEs in KHK4083 groups were pyrexia, nasopharyngitis, worsening of AD, and chills
- Events of pyrexia and chills were mild to moderate in intensity and were mostly observed only after the first administration of KHK4083 and were not associated with any consequent treatment discontinuation
- No hypersensitivity reactions were observed

| Preferred Term | KHK4083 150 mg Q4W N=54 | KHK4083 600 mg Q4W N=53 | KHK4083 300 mg Q2W N=55 | KHK4083 600 mg Q2W N=54 | KHK4083 Total N=216 | Placebo N=57 |
|---|---|---|---|---|---|---|
| Pyrexia | 7 (13.0) | 10 (18.9) | 9 (16.4) | 10 (18.5) | 36 (16.7) | 2 (3.5) |
| Nasopharyngitis | 8 (14.8) | 7 (13.2) | 7 (12.7) | 8 (14.8) | 30 (13.9) | 9 (15.8) |
| Dermatitis atopic | 8 (14.8) | 5 (9.4) | 8 (14.5) | 7 (13.0) | 28 (13.0) | 17 (29.8) |
| Chills | 2 (3.7) | 3 (5.7) | 7 (12.7) | 12 (22.2) | 24 (11.1) | 0 |
| Headache | 4 (7.4) | 6 (11.3) | 4 (7.3) | 5 (9.3) | 19 (8.8) | 1 (1.8) |
| Aphthous ulcer | 3 (5.6) | 8 (15.1) | 3 (5.5) | 1 (1.9) | 15 (6.9) | 0 |
| Nausea | 3 (5.6) | 2 (3.8) | 1 (1.8) | 7 (13.0) | 13 (6.0) | 1 (1.8) |

PT = Preferred Term; Note: Adverse events were coded using MedDRA version 23.0. Data are presented as n (%).

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

23

AMGEN®

JNJ-STELARA_003456475

# AMG 451/KHK4083: A FIRST-IN-CLASS ANTI OX40 ANTIBODY WITH POTENTIAL ACROSS INFLAMMATORY DISEASES

- **Novel mechanism of action blocks OX40 signaling and depletes OX40-expressing T cells**
- **Significant improvements in signs and symptoms of AD compared with placebo, across primary and secondary efficacy parameters at Week 16**
- **Progressive improvement in efficacy parameters beyond Week 16**
- **Sustained efficacy 20 weeks after treatment discontinuation**
- **May be a novel treatment option for patients with moderate-to-severe AD**
- **Given OX40 expression and proprietary human genetic data, we are exploring the potential in other inflammatory conditions**

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

24



JNJ-STELARA_003456476

# OTEZLA®

## POTENTIAL TO BE FIRST AND ONLY SYSTEMIC ORAL TREATMENT FOR ACTIVE PSORIATIC ARTHRITIS AND MILD TO SEVERE PSORIASIS

**AMGEN**®

JNJ-STELARA_003456477

# BURDEN OF DISEASE IN MILD-TO-MODERATE PSORIASIS PATIENTS IS PERCEIVED TO BE THE SAME AS IN SEVERE PSORIASIS



- **Systemic therapy-naïve patients with mild-to-moderate psoriasis were associated with**
  - **Bothersome symptoms, such as fatigue and psoriasis in special areas**
  - **Substantial quality-of-life burden**
  - **Overall burden of disease similarly high as severe psoriasis**

*Genital morphology data were available for 951 patients with mild to moderate IGA and 268 patients with severe IGA.
*d* = standardized difference between groups; *d* > 0.1 considered a potentially meaningful difference.

## Data highlight the need for systemic oral therapies for mild to moderate psoriasis

**Strober, et al. Abstract P1409 presented at EADV 30th Congress; 29 September–2 October 2021; IGA = investigator's global assessment.**

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

26

**AMGEN®**

JNJ-STELARA_003456478

# EFFICACY OF OTEZLA® IN MILD-TO-MODERATE PSORIASIS PATIENTS REGARDLESS OF DISEASE EXTENT AT BASELINE



BSA ≤3%[†]

PBO  APR

71.7%

54.6%

66.9%

53.1%

35.8%

14.9%

31.0%

12.8%

Response Rates

| BSA ≤5% | BSA >5% | PASI ≤7 | PASI >7 |
| --- | --- | --- | --- |

n =   98   91   157   154   140   142   113   105

- **More than half of patients achieved target of BSA<3 at Week 16**
- **No new safety signals were identified**

ADVANCE study inclusion: Adults with mild-to-moderate plaque psoriasis (static Physician Global Assessment [sPGA] score of 2-3, with BSA of 2%-15% and PASI score of 2-15) who were biologic-naive and inadequately controlled with or intolerant to ≥1 topical therapy

Gold et al. Abstract P1334 presented at EADV 30th Congress; 29 September–2 October 2021; ITT population, multiple imputation was used for missing data. Error bars represent 95% CI.
*$p \leq 0.0001$ vs PBO by CMH test. †In patients with BSA >3% at baseline. PBO = placebo; APR = apremilast; BSA = body surface area; PASI = psoriasis area and severity index.
Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

27

AMGEN®

JNJ-STELARA_003456479

# MILD-TO-MODERATE PSORIASIS INDICATION COULD HELP OTEZLA® MOVE INTO EARLIER LINES OF TREATMENT

## Otezla® Has Potential to Address Patients Across the Psoriasis Continuum

Mild          Moderate          Severe

• **Topicals**

**Otezla®**
(apremilast) 30mg tablets

Oral PDE4 Inhibitor

• **Biologics**
• **Biosimilars**
• **JAK / TYK2 inhibitors**

Based on current moderate – severe indication.

PDE4 = phosphodiesterase 4; JAK = janus kinase

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

28

**AMGEN®**

JNJ-STELARA_003456480

# OTEZLA® IS WELL-POSITIONED FOR CONTINUED GROWTH

- **Potential to be the first and only systemic oral treatment indicated for active psoriatic arthritis (PsA) as well as mild-to-severe psoriasis (PsO)**
- **Long-term safety profile, with no required lab monitoring or prescreening**
- **Over 90% of commercially insured lives have biologic step-free coverage for Otezla® in both PsA and PsO**
- **More than 700,000 patients have been treated across over 40 countries**
- **Approved in China—anticipated launch in 2022**

**Approximately 1.5M additional patients to address in the mild-to-moderate psoriasis setting**

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

29

**AMGEN®**

JNJ-STELARA_003456481

# TEZEPELUMAB

## A FIRST-IN-CLASS INVESTIGATIONAL ANTI-TSLP MONOCLONAL ANTIBODY WITH DEMONSTRATED EFFICACY ACROSS A BROAD POPULATION OF PATIENTS WITH SEVERE UNCONTROLLED ASTHMA

**AMGEN**®

JNJ-STELARA_003456482

# SIGNIFICANT UNMET MEDICAL NEEDS REMAINS IN TREATING SEVERE ASTHMA



of patients started on biologic therapy continue to experience ≥ 1 exacerbations per year[1]

have multiple drivers of inflammation[2,3]



have EOS < 300 in which current biologics have sub-optimal efficacy[4]

EOS = eosinophils; 1. Llanos et al. *J Asthma Allergy* 2020; 13:77-87. 2. Lambrecht BN, Hammad H. *Nat Immunol*. 2015;16(1):45-56. 3. Tran TN, Zeiger RS, Peters SP, et.al. *Ann Allergy Asthma Immunol*. 2016;116(1):37-42. 4. Symptom burden of severe uncontrolled asthma and its impact on patient qualify of life and productivity loss - a NOVELTY analysis of baseline data.

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

31

**AMGEN®**

JNJ-STELARA_003456483

# SIGNIFICANT UNMET NEED IN PATIENTS WITH SEVERE UNCONTROLLED ASTHMA

- ## Patients with severe uncontrolled asthma experience significant symptoms that impact their quality-of-life
  - ### Frequent exacerbations requiring systemic/oral corticosteroids[1]
  - ### Serious exacerbations requiring 1.6M emergency room visits and 180K hospitalizations per year in the U.S.[2]
- ## Severe uncontrolled asthma accounts for 50% of asthma-related costs[3]

1. American Lung Association. www.lung.org/lung-health-diseases/lung-disease-lookup/asthma/learn-about-asthma/what-is-asthma. Accessed February 3, 2021; 2. Most Recent National Asthma Data, Centers for Disease Control and Prevention. Available at: https://www.cdc.gov/asthma/most_recent_national_asthma_data.htm; accessed September 24, 2021; 3. Nunes C, et al. *Asthma Res Pract.* 2017;3:2-11.

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

32

AMGEN®

JNJ-STELARA_003456484

# TEZEPELUMAB: A DIFFERENTIATED, FIRST-IN-CLASS INVESTIGATIONAL THERAPY FOR SEVERE ASTHMA

- Tezepelumab is the first human monoclonal antibody that specifically blocks TSLP, a key epithelial cytokine at the top of the inflammatory cascade

- In response to insults, the airway epithelium releases alarmins, including TSLP, which can play a key role in driving allergic, eosinophilic, and non-T2 inflammation[1-4]

- Asthma is an epithelial-driven disease: the airway epithelium is a key source of an overreactive immune response[1-3]

- The airway epithelium is the first point of contact for viruses, allergens, pollutants, and other environmental insults[1-3]

- This immune response can lead to increased inflammation, causing continued asthma symptoms and exacerbations[1-6]



TSLP = Thymic stromal lymphopoietin; 1. Gauvreau GM et al. *Expert Opin Ther Targets*. 2020;24:777–792. 2. Lambrecht BN, Hammad H. *Immunity*. 2019;50(4):975–991. 3. Lambrecht BN, Hammad H. *Nat Immunol*. 2015;16(1):45-56. 4. Brusselle G et al. *Nat Med*. 2013;19:977–979. 5. Brusselle G, Bracke K. *Ann Am Thorac Soc*. 2014;11(suppl 5):S322–S328. 6. Kaur D et al. *Chest*. 2012; 142(1):76-85. Tezepelumab is developed in collaboration with AstraZeneca.

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

33

**AMGEN**

JNJ-STELARA_003456485

# TEZEPELUMAB REDUCED EXACERBATIONS IRRESPECTIVE OF BASELINE EOSINOPHIL COUNTS AND ALLERGIC STATUS



*p<0.001 compared with placebo group; AAER = Annualized Asthma Exacerbation Rate

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

34

**AMGEN**®

JNJ-STELARA_003456486

# TEZEPELUMAB SIGNIFICANTLY REDUCED EXACERBATIONS REQUIRING HOSPITALIZATIONS OR ER VISITS



**\*\*\*p<0.001 compared with placebo group; AAER = Annualized Asthma Exacerbation Rate; ER = Emergency Room**

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

35

**AMGEN®**

JNJ-STELARA_003456487

Case 2:23-cv-00629-JKW-LRL   Document 458-30   Filed 08/06/25   Page 195 of 204 PageID# 24372

# TEZEPELUMAB HAS THE POTENTIAL TO TRANSFORM CARE FOR PATIENTS WITH SEVERE ASTHMA

- **First and only biologic to demonstrate significant and clinically meaningful reductions in exacerbations irrespective of:**
  - **Eosinophil counts**
  - **Fractional exhaled nitric oxide levels**
  - **Allergic status**
- **No clinically meaningful differences in safety results vs. placebo**
- **Potential first-line biologic in broad population**
- **U.S. asthma submission under priority review, with PDUFA date in Q1 2022**

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

36

AMGEN®

JNJ-STELARA_003456488

# APPROXIMATELY 1 MILLION PATIENTS WITH SEVERE ASTHMA MAY BE ELIGIBLE FOR TEZEPELUMAB IN THE U.S.



**Potential eligible patient pool includes both low-EOS (< 300 cells/ul, 50-60% of population)[1] and high-EOS patients**

**1.** Symptom burden of severe uncontrolled asthma and its impact on patient qualify of life and productivity loss: a NOVELTY analysis of baseline data;
**2.** https://www.cdc.gov/asthma/most_recent_national_asthma_data.htm accessed September 24, 2021; **3.** IQVIA Longitudinal Access and Adjudication Data.
Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

37

**AMGEN®**

JNJ-STELARA_003456489

Case 1:22-cv-01549-UNA Document 1-1 Filed 11/29/22 Page 17O of 203 PageID # 197

# TEZEPELUMAB LAUNCH WILL BENEFIT FROM AMGEN AND ASTRAZENECA'S SHARED CAPABILITIES

- **Commercialization of tezepelumab will reflect a "best of both" approach from Amgen and AstraZeneca**
  - **20 years of Amgen contracting and access in inflammation**
  - **50 years of AstraZeneca expertise in respiratory disease**
  - **Broad patient-support programs**
  - **Co-commercialization in U.S. and Canada, with coverage of both allergists and pulmonologists**
  - **Fully staffed respiratory sales force across Amgen & AstraZeneca**

**The combined expertise of Amgen and AstraZeneca will be used to maximize the potential of tezepelumab to serve asthma patients**

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

38

AMGEN®

JNJ-STELARA_003456490

# EXPLORING TEZEPELUMAB IN MULTIPLE INDICATIONS BEYOND SEVERE ASTHMA

- **Phase 3 study enrolling patients with chronic rhinosinusitis with nasal polyps**
- **Phase 2b study enrolling patients with chronic spontaneous urticaria**
- **Phase 2 study enrolling patients with COPD**

**COPD = chronic obstructive pulmonary disease.**
Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

39

**AMGEN®**

JNJ-STELARA_003456491

# AMG 714 / PRV-015

## FIRST-IN-CLASS INVESTIGATIONAL ANTI IL-15 MONOCLONAL ANTIBODY FOR THE TREATMENT OF CELIAC DISEASE

**AMGEN**®

JNJ-STELARA_003456492

# AMG 714 / PRV-015 — NOVEL APPROACH TO TREATING CELIAC DISEASE

- **Celiac disease is a serious autoimmune disease in genetically predisposed people where ingestion of gluten leads to small intestine damage**
  - **Affects ~ 0.7% of adults worldwide—up to 30% of patients have nonresponsive celiac disease (NRCD)[1,2]**
  - **There are no approved therapies for NRCD, and patients' quality-of-life can be significantly impaired**
- **IL-15 is upregulated in celiac disease and triggers an anti-apoptotic pathway, leading to accumulation of inflammatory lymphocytes**
- **AMG 714 is a human monoclonal antibody that binds to IL-15 and may restore intestinal lymphocyte apoptosis and reduce lymphocyte accumulation in the gut**
- **AMG 714 was well tolerated in 6 prior clinical trials with ~ 300 patients**
- **Proof of concept demonstrated in Phase 2a studies with no dose-limiting toxicities**
- **Phase 2b study is currently enrolling patients with NRCD**

1. Singh, et al. Clin *Gastroenterol Hepatol* 2018 ; 2. Rubio-Tapia, et al. *Am J Gastroenterol* 2013; IL-15 = interleukin 15; QoL = quality-of-life.

Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

41

**AMGEN®**

JNJ-STELARA_003456493

# EFAVALEUKIN ALFA
## A NOVEL IL-2 MUTEIN DESIGNED TO SELECTIVELY INCREASE REGULATORY T CELLS

# ROZIBAFUSP ALFA
## A FIRST-IN-CLASS MULTISPECIFIC BIOLOGIC THAT TARGETS BAFF AND ICOSL SIMULTANEOUSLY

**AMGEN**®

JNJ-STELARA_003456494

# SYSTEMIC LUPUS ERYTHEMATOSUS IS AN AUTOIMMUNE DISEASE IN NEED OF NEW EFFECTIVE THERAPIES

- **Diagnosed prevalence estimate for SLE is ~ 250K in the U.S., ~ 500K in 7 major worldwide markets—expected to grow at 0.5% annually**

- **SLE is > 2X as prevalent in African Americans than other racial groups in the U.S.**

- **Females account for ~ 90% of the diagnosed prevalent cases; ~50% are of child-bearing age**

- **Fatigue and pain often result in missed work, job loss, and challenges with parenting and social relationships**

- **Only 2 therapies approved in the last 40 years**

Sources: Barr et al. Patterns of disease activity in SLE, *Arth & Rheum.* 1999.;2. Harrison's Principles of Intern. Med. XII, p1922, 2009. Leerink Swann analysis, Adelphi 2015 SLE report.
Provided October 4, 2021, as part of an oral presentation and is qualified by such, contains forward-looking statements, actual results may vary materially; Amgen disclaims any duty to update.

43

**AMGEN**

JNJ-STELARA_003456495

# EFAVALEUKIN ALFA

## A NOVEL IL-2 MUTEIN DESIGNED TO SELECTIVELY INCREASE REGULATORY T CELLS

AMGEN®

JNJ-STELARA_003456496