## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| CAREFIRST OF MARYLAND, INC., GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., and CAREFIRST BLUECHOICE, INC., on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>      v.<br><br>JOHNSON & JOHNSON and JANSSEN BIOTECH, INC.<br><br>       Defendants. | Civil Action No. 2:23-cv-00629-JKW-LRL |

## OPENING EXPERT REPORT OF ARUNA DONTABHAKTUNI[1]

---

[1] Some material referenced or quoted in this report refers to material that has been designated as Confidential Information and Highly Confidential—Attorneys' Eyes Only Information. It is the responsibility of each party to confirm that all such material has been properly redacted before sharing it with parties to this litigation who would not be able to view such materials under the governing Confidentiality Order entered in this action.

**TABLE OF CONTENTS**

<u>**Page**</u>

I.      QUALIFICATIONS ..................................................................................................1

II.     ASSIGNMENT.........................................................................................................3

III.    OVERVIEW OF DRUG DEVELOPMENT ............................................................4

        What is a Clinical Trial? .........................................................................................6

        What is Phase 1 Clinical Trial?...............................................................................7

        What is a Phase 2 Clinical Trial?............................................................................8

        What is Phase 3 Clinical Trial?...............................................................................9

        What are the costs associated with each phase? ...................................................11

        What is a clinical trial protocol? ...........................................................................13

        What are clinical endpoints?.................................................................................15

        What does it mean for a clinical trial to succeed? ................................................17

        What is a Direct to Phase 3 Clinical Trial?...........................................................18

        Considerations Before Going Direct-To-Phase 3: ................................................20

        What is required for regulatory approval after a successful phase 3 trial?.....................21

IV.     FACTUAL BACKGROUND...................................................................................25

        Development of Stelara: ........................................................................................25

        Stelara Approval and Indications:.........................................................................26

V.      OPINION ................................................................................................................32

        A.      QUESTION 1: What is the general likelihood of success a
                reasonable pharmaceutical company would expect for a direct-to-
                phase 3 clinical trial studying an additional indication for an
                already-approved drug where safety and efficacy are known?..........................32

        B.      QUESTION 2: What is the specific likelihood, from the
                perspective of a reasonable pharmaceutical company in Janssen's

position at the time they published the trial details, that NCT 236 would succeed in achieving its specified endpoints?.........................................35

C.  QUESTION 3: Is there is any meaningful difference between what the HOPE Study teaches about the use of ramipril in treating stroke and what NCT 236 teaches about the use of Stelara in treating UC?.................40

## I.    QUALIFICATIONS

1.    My name is Dr. Aruna Dontabhaktuni. I am the Founder and CEO of PharmaPro Consulting Inc., a specialized consulting firm in Clinical Pharmacology and Regulatory Affairs. Prior to founding PharmaPro, I held leadership roles in global pharmaceutical companies, including Novartis, AstraZeneca, Forest Laboratories, and Eli Lilly. My most recent industry role was as a Clinical Pharmacology Lead at Eli Lilly, where I oversaw 90+ global clinical trial protocols and supported 11 clinical compounds.

2.    With 30 years of experience, I have worked with leading pharmaceutical and biotech companies such as Genentech, Roche, Daiichi Sankyo, Novartis, and Moderna to advance drug development and regulatory strategies. In addition to my consulting work, I serve as an Adjunct Professor at the University of the Pacific, Thomas J. Long School of Pharmacy, where I teach clinical pharmacology and regulatory sciences while mentoring graduate students.

3.    I hold a Ph.D. in Pharmaceutical Sciences from Long Island University, a certificate from the Babson College Entrepreneurship Program, and a Bachelor of Pharmacy from Karnataka Pharmacy College, Gulbarga University. My expertise includes clinical pharmacology, Regulatory Affairs, and model-informed drug development (MIDD). I have extensive experience in regulatory interactions with global health authorities, including the FDA, EMA, PMDA, and SFDA, and have successfully led Biologics License Applications (BLA), New Drug Applications (NDA), Investigational New Drug (IND) applications, and pediatric study plans.

4.    My work has played a pivotal role in securing regulatory approvals across multiple therapeutic areas, including immuno-oncology, oncology, infectious diseases, and rare diseases. I was instrumental in the approvals of Eli Lilly's CYRAMZA® (ramucirumab) and

- 1 -

PORTRAZZA™ (necitumumab), as well as the Breakthrough Therapy Designation for Olaratumab (LARTRUVO™). Additionally, I led regulatory submissions for GSK's Tafenoquine, Daiichi Sankyo's Mirogabalin and Edoxaban, and SK Life Sciences' Cenobamate.

5. My expertise in adaptive trial designs, modeling, and simulation has contributed to enhancing clinical trial efficiency while minimizing patient burden.

6. I have held leadership positions in professional organizations, including serving as Chair of the International Society of Pharmacometrics (ISoP) local group and Chair of the American Society of Clinical Pharmacology and Therapeutics (ASCPT) Biologics Community. Additionally, I am a reviewer for the *British Journal of Clinical Pharmacology* and *Clinical Pharmacology and Therapeutics Journal*.

7. My research focuses on expedited FDA approvals, pediatric clinical pharmacology, and the application of mathematical modeling tools to optimize drug development. My contributions to the field have been widely recognized, including receiving The Pharma Ratna Award for scientific achievement and the Stem Forward Award at the 2021 MIDD+ conference. I have also received multiple honors from AstraZeneca, Eli Lilly, and ImClone Systems for contributions to pharmaceutical innovation and regulatory science.

8. As a thought leader in Clinical Pharmacology and Regulatory Affairs, I have delivered plenary and keynote speeches at over ten national and international conferences and have published more than 45 peer-reviewed manuscripts and abstracts.

9. In the past four years, I have not testified as an expert witness by deposition or at trial. I am being compensated for my time in this proceeding at my customary rate of $550 per hour, in addition to reimbursement for reasonable expenses related to my work on this case. My compensation is not contingent upon the outcome of this case.

10.　　　I reserve the right to amend or supplement my opinions in light of additional evidence, court orders, newly provided information, or arguments presented by the defendants, their experts, or other testimony introduced at a later stage.

1. My curriculum vitae is attached as Exhibit A.

2. A list of materials on which I considered is attached as Exhibit B.

## II.　ASSIGNMENT

11.　　　In this case, counsel for the plaintiffs have presented me with the following assignment and questions:

Based on your experience, education, and training, and based on your review of the materials considered that you have identified in this report, do you have an opinion, to a reasonable degree of certainty in the field of pharmaceutical clinical study design, implementation and analysis, as to:

a. The general likelihood from the perspective of a reasonable pharmaceutical company that when a pharmaceutical product has previously been approved for the treatment of one or more other indications, a direct-to-Phase 3 study of the use of the same pharmaceutical product for a new indication, using safety and efficacy data from the previously approved indication, will meet the applicable defined endpoints.

b. The specific likelihood from the perspective of a reasonable pharmaceutical company in the position of Johnson & Johnson and Janssen Biotech, Inc. ("Janssen") in 2015 (i.e., when enrollment began for the UNIFI Phase 3 study of ustekinumab in ulcerative colitis) that the UNIFI study would succeed, i.e., that both the induction and maintenance phases would meet the specified endpoints.

- 3 -

c.  Whether a comparison of the circumstances in *In re Montgomery*, 677 F.3d 1375 (Fed. Cir. 2012) (relating to the publication of the ongoing HOPE study regarding the use of ramipril to treat high blood pressure) to the circumstances of Janssen as of September 2018 (relating to the publication of Janssen's ongoing UNIFI Phase 3 study of ustekinumab for ulcerative colitis) shows any material differences in terms of the detail of the protocols, the stage of the testing, or the purpose of being conducted to secure regulatory approvals.

### III.    OVERVIEW OF DRUG DEVELOPMENT

12.    As an expert in clinical research and regulatory affairs, my objective is to provide the jury with a clear, evidence-based understanding of clinical trials. Using my background, education, and experience, I will explain key concepts related to drug development, clinical testing, and regulatory evaluation to facilitate informed decision-making in this case.

13.    The drug development process is a highly complex and regulated journey that typically spans over 10 years and can cost approximately 3 billion dollars. It begins with screening 10,000–15,000 potential compounds in the Discovery & Development phase, which lasts 3–6 years. Of these, only about 250 compounds advance to Preclinical Testing, where laboratory and animal studies assess safety and biological activity.



**Figure 1: The Drug Development Process: From Screening to Approval – Success Rates, Approximate Time Spent in Each Phase and Clinical Trails Phases - Number of Volunteers per-Phase.**

14.      If promising, the drug sponsor submits an Investigational New Drug (IND) application to regulatory agencies like the FDA, seeking approval to begin clinical trials in humans. Clinical trials occur in three phases over 6–7 years:

- Phase 1: Tests safety in 20–100 volunteers. Safety refers to how free a treatment is from causing harmful side effects or risks. It is assessed by monitoring adverse events during a trial, ensuring that the benefits of the treatment outweigh any potential harm to patients.

- Phase 2: Evaluates efficacy and dosing in 100–500 patients. Efficacy is the ability of a treatment to produce the intended beneficial effect. It is measured by comparing improvements in patient outcomes between those receiving the treatment and those receiving a placebo or standard therapy.

- Phase 3: Confirms efficacy and monitors side effects in 1,000–5,000 patients.

- 5 -

**What is a Clinical Trial?**

15.	A clinical trial is a research study conducted in humans to test the safety and effectiveness of a new drug, vaccine, medical device, or treatment. Before a clinical trial can begin, extensive laboratory (preclinical) testing must be done to evaluate the potential benefits and risks of the new product. This testing includes studies in cells and animals to understand how the drug works, how it is processed in the body, and whether it causes harm.[2]

16.	Once preclinical research shows promising results, researchers must submit an Investigational New Drug (IND) application to the U.S. Food and Drug Administration (FDA). The IND includes data on how the drug was developed, its safety profile, and plans for testing in humans. If the FDA approves the IND, the drug can move into clinical trials.[3]

17.	Clinical trials occur in four phases:

- Phase 1 tests safety in a small group of healthy volunteers.

- Phase 2 evaluates effectiveness and side effects in patients.

- Phase 3 involves large-scale testing to confirm benefits and monitor safety.

- Phase 4 occurs after FDA approval to assess long-term effects.[4]

---

[2] U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *Clinical Development Programs for Drugs, Devices, and Biological Products for the Treatment of Rheumatoid Arthritis (RA)* (Feb. 1999), https://www.fda.gov/media/71145/download.

[3] U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *E2F Development Safety Update Report* (Aug. 2011), https://www.fda.gov/media/71255/download

[4] U.S. Department of Health and Human Services Food & Drug Administration, guidance for sponsors, investigators, and institutional review boards *Questions and Answers on Informed Consent Elements, 21 C.F.R. § 50.25(c) (Small Entity Compliance Guide)* (Feb. 2012), https://www.fda.gov/media/82634/download#page=1

18.     These trials follow strict Good Clinical Practice (GCP) guidelines to ensure ethical treatment of participants and reliable results.[5]

**What is Phase 1 Clinical Trial?**

19.     A Phase 1 clinical trial is the first stage of testing a new drug or treatment in humans. Before initiating a Phase 1 clinical trial, a sponsor must submit an Investigational New Drug (IND) application to the FDA. This application is essential for gaining approval to test a new drug in humans. The IND must include:

- Preclinical Data: Results from animal studies, including safety and toxicity data, to demonstrate that the drug is safe to test in humans.

- Clinical Protocol: A detailed plan outlining the trial's design, including objectives, participant selection, dosage, and monitoring procedures.

- Chemistry, Manufacturing, and Control (CMC) Information: Data on how the drug is produced, its composition, and quality controls.

- Investigator's Brochure: A document providing detailed safety and preclinical data, along with instructions for trial conduct and risk mitigation.

20.     Phase 1 studies, which often involve healthy volunteers or select patients with the target condition, aim to assess initial safety and tolerability and pharmacokinetics (absorption, distribution, metabolism, and excretion of the drug). These studies determine the safe dose range,

---

[5] U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *E6(R2) Good Clinical Practice: Integrated Addendum to ICH E6(R1)* (Mar. 2018), https://www.fda.gov/media/93884/download ; Int'l Council for Harmonisation of Tech. Req. for Pharm. for Hum. Use, E6(R3) Good Clinical Practice (GCP) (Draft Guideline) (May 19, 2023), https://www.fda.gov/media/169090/download#page=1.

the drug's adverse reactions, and how it behaves in the body, using single- and multiple-dose administrations.[6]

21.     If the FDA does not object within 30 days of receiving the IND, the sponsor can proceed with the trial. However, the FDA can issue a clinical hold if there are concerns about safety or study design. This approval is crucial for advancing from preclinical studies to human trials.[7]

**What is a Phase 2 Clinical Trial?**

22.     A Phase 2 clinical trial evaluates a drug's efficacy and safety in 100–300 patients with the target condition. It determines the optimal dose, therapeutic effect, and short-term side effects. Phase 2 is often divided into Phase 2a (dosing, pharmacodynamics) and Phase 2b (efficacy).[8]

23.     FDA Approval is Required to Move to Phase 2 during which the FDA looks for the following information:

- Successful Phase 1 Completion: Data must confirm safety and tolerability at tested doses.

---

[6] U.S. Department of Health and Human Services Food & Drug Administration,guidance for industry *Expansion Cohorts: Use in First-in-Human Clinical Trials to Expedite Development of Oncology Drugs and Biologics* (Mar. 2022), https://www.fda.gov/media/115172/download.

[7] U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *E8(R1) General Considerations for Clinical Studies* (Apr. 2022), https://www.fda.gov/media/157560/download#page=1; U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *Clinical Development Programs for Drugs, Devices, and Biological Products for the Treatment of Rheumatoid Arthritis (RA)* (Feb. 1999), https://www.fda.gov/media/71145/download#page=1.

[8] U.S. Department of Health and Human Services Food & Drug Administration,guidance for industry *End-of-Phase 2A Meetings* (Sept. 2009), https://www.fda.gov/media/72211/download#page=1.

- Investigational New Drug (IND) Amendment: The sponsor submits a protocol amendment to the FDA, updating the IND with Phase 1 results and Phase 2 study design.

- FDA Review and Clearance: The FDA evaluates the data to ensure the drug is safe to proceed to Phase 2. If there are concerns, the FDA may impose a clinical hold.

- Institutional Review Board (IRB) Approval: An IRB ensures the trial meets ethical and patient safety standards.

- Good Manufacturing Practice (GMP) Compliance: The drug must be produced under GMP standards to ensure quality and consistency.

24.     Once all approvals are in place, the Phase 2 trial can begin, potentially leading to Phase 3 if results are positive. They also solidify a total drug development strategy to ensure that all necessary information for registration is gathered, including an appropriate safety database and clinical pharmacology data.[9]

**What is Phase 3 Clinical Trial?**

25.     A Phase 3 clinical trial is conducted to confirm a drug's efficacy, safety, and long-term side effects in a large patient population. The primary objective is to demonstrate that the

---

[9] U.S. Dep't of Health & Human Servs. Food & Drug Admin., guidance for industry *Clinical Development for Drugs, Devices, and Biological Products for the Treatment of Rheumatoid Arthritis (RA), supra* note 1, at 15;

U.S. Department of Health and Human Services Food & Drug Administration, *Recurrent Herpes Labialis:Developing Drugs for Treatment and Prevention Guidance for Industry* (Nov. 2017), https://www.fda.gov/media/99233/download#page=1.

drug is both effective and safe compared to a placebo or standard treatment. These trials are often multinational, randomized, and double-blinded to ensure reliability.

26.     Once approved, Phase 3 trials begin, with successful results leading to a New Drug Application (NDA) submission for market approval. Advancing to a Phase 3 clinical trial requires extensive data sharing and regulatory approval from the FDA. These large-scale studies are designed to confirm a drug's efficacy, safety, and long-term side effects in a broad patient population, often through multinational, randomized, and double-blinded trials to ensure reliability.

28.     Before a Phase 3 trial can begin, sponsors must obtain FDA approval by meeting several key requirements. *First*, successful completion of Phase 2 is essential, with data demonstrating statistically significant efficacy and an acceptable safety profile. *Next*, an Investigational New Drug (IND) amendment must be submitted, followed by an End-of-Phase 2 (EOP2) meeting with the FDA to discuss the trial's design, endpoints, and safety measures.

29.     A comprehensive Phase 3 trial protocol must also be provided, detailing the study design, patient population, dosing regimen, expected duration, and statistical analysis plan. The FDA then reviews this submission, often requesting modifications before granting clearance. Additionally, Institutional Review Board (IRB) approval is required to ensure ethical compliance and patient safety.

30.        Given these rigorous requirements, moving to Phase 3 involves a significant exchange of information with the FDA, ensuring that the trial is well-structured, scientifically sound, and ethically conducted before proceeding.[10]

**What are the costs associated with each phase?**

31.        As seen in Table 1 (below), as clinical trials progress through different phases, the number of subjects, cost, and duration increase significantly. Phase 1 trials involve a small group of participants and lower costs, while Phase 3 trials require thousands of patients and hundreds of millions of dollars, often taking several years to complete. Despite the high investment, the failure rate remains substantial. The majority of drugs fail Phase 1 due to safety concerns (~85%) in Phase 2 (~60%), primarily due to a lack of efficacy, while Phase 3 failures are relatively fewer.

32.        The total cost of a failed phase 3 trial consists of three subparts: (1) the cost associated with the trial itself; (2) the cost of all prior trials; and (3) the cost of lost time, which might otherwise have been spent pursuing a potentially viable alternative.[11] So while the costs of trials represented in Table 1 (below) are substantial, the total cost to a company like Janssen of a failure at any phase, but particularly at phase 3, is substantially higher.

---

[10] U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *Developing Medical Imaging Drug and Biological Products Part 3: Design, Analysis, and Interpretation of Clinical Studies* (June 2004), https://www.fda.gov/media/71237/download#page=1.

[11] Fogel DB. Factors associated with clinical trials that fail and opportunities for improving the likelihood of success: A review. *Contemporary Clinical Trials Communications*, 2018 Aug 7;11:156-164. https://doi.org/10.1016/j.conctc.2018.08.001.

**Table 1: Comparison of Clinical Trial Phases: Number of Subjects, Approximate Cost Range, and Duration**

| Phase | Objective | Number of Subjects | Approximate Cost Range | Duration |
|---|---|---|---|---|
| Phase 1 | Assess safety, dosage, and side effects in humans for the first time. | 20–100 healthy volunteers or patients (depending on the drug type). | $2M–$5M | Several months to 1 year |
| Phase 2 | Evaluate efficacy and further assess safety in a larger patient population. | 100–500 patients with the target disease. | $10M–$50M | 1–2 years |
| Phase 3 | Confirm effectiveness, monitor side effects, compare with standard treatments, and collect safety data for regulatory approval. | 1,000–5,000 patients across multiple sites. | $100M–$500M+ | 3–5 years |

33.    This makes the later stages particularly risky and costly for pharmaceutical companies. Additionally, the regulatory hurdles are steep—only about 10–15% of drugs that enter Phase 1 eventually receive FDA approval. While this structured progression ensures that only the safest and most effective treatments reach the market, the process remains a high-risk, high-cost endeavor.

34.    When examining all Phase 2 and Phase 3 clinical trials with a protocol initiated by Janssen over the past decade (January 1, 2016 – January 1, 2025), I found that the number of Phase 3 trials was approximately half (29) the number of Phase 2 trials (60).[12] This aligns with industry trends, where many drugs do not progress beyond Phase 2 due to a lack of efficacy or

---

[12] These studies were collected by running a search on www.clinicaltrials.gov for all protocols initiated by Janssen.

- 12 -

safety concerns. Based on my experience, it is my view that Janssen's pattern of clinical trial progression reflects the company's strategic prioritization, focusing its Phase 3 investments only on candidates with the highest probability of success.

**What is a clinical trial protocol?**

35.    A clinical trial protocol is a detailed, written plan that outlines the objectives, design, methodology, statistical considerations, and organization of a clinical trial. According to the FDA, the protocol ensures that the trial is conducted in a scientifically valid and ethically sound manner. It serves as the blueprint for the entire study and provides a framework for the consistent implementation of the trial, including the recruitment of participants, the dosage of treatments, the monitoring of safety, and the evaluation of the trial's outcomes.

36.    The protocol typically includes the following key components:

a) Trial Objectives: Clear descriptions of the purpose of the trial, whether it's to assess safety, efficacy, or both.

b) Study Design: Information about the type of trial (e.g., randomized, double-blind, placebo-controlled) and how it will be structured.

c) Inclusion and Exclusion Criteria: Detailed criteria for selecting participants, ensuring the right population is studied.

d) Treatment Regimen: A description of the intervention(s), including dosing schedules and duration of treatment.

e) End Points: Clearly defined primary and secondary endpoints to evaluate the drug or treatment's effectiveness and safety.

f) Data Collection and Analysis: Methods for collecting data and conducting statistical analyses to assess the trial outcomes.

- 13 -

g) Safety Monitoring: Protocols for monitoring adverse events, ensuring patient safety throughout the trial.

h) Rationale: A detailed explanation of the scientific and clinical rationale for the study, including why the selected population, endpoints, and study design are appropriate for achieving the trial's objectives.

i) Sample Size and Statistical Justification: Information on the estimated number of participants needed, along with a statistical rationale for how this sample size will provide sufficient power to detect meaningful outcomes.

j) Randomization and Blinding Methods: Description of how participants will be assigned to treatment groups (e.g., randomization) and whether blinding will be used to reduce bias (e.g., double-blind, single-blind).

k) Ethical Considerations: Details on informed consent processes, compliance with ethical guidelines, and approval from Institutional Review Boards (IRBs) or Ethics Committees (ECs).

l) Risk Management: Identification of potential risks to participants, along with mitigation strategies and safety measures to minimize those risks.

m) Compliance and Quality Control: Procedures to ensure adherence to the protocol, regulatory requirements, and quality standards, including monitoring and auditing processes.

n) Regulatory and Administrative Information: Documentation of approvals, trial registration, and the roles and responsibilities of the study team, including data management and reporting timelines.

37.        The FDA requires that the protocol be submitted as part of the Investigational

New Drug (IND) application or clinical trial application for approval before the trial can begin.

This ensures regulatory oversight and adherence to the required ethical standards for conducting

human clinical research.[13]

**What are clinical endpoints?**

38.        Clinical endpoints are specific, measurable outcomes used to assess the

effectiveness of a treatment or intervention in a clinical trial.[14] They serve as the primary

indicators of whether a therapy is achieving its intended goals, such as improving a patient's

health or reducing the risk of disease progression. Clinical endpoints are carefully selected based

on the objectives of the trial and should provide reliable evidence to answer the key research

questions.[15]

---

[13] International Council for Harmonisation of Technical Requirements for Pharmaceuticals for Human Use,
guideline for industry *E3 Structure and Content of Clinical Study Reports* (July 1996),
https://www.fda.gov/media/71271/download.

[14] International Council for Harmonisation of Technical Requirements for Pharmaceuticals for Human Use, ICH
harmonised guideline *Good Clinical Practice (GCP) E6(R3)* (Draft Version) (May 19, 2023),
*https://www.fda.gov/media/169090/download#page=1*;

U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *Master
Protocols: Efficient Clinical Trial Design Strategies to Expedite Development of Oncology Drugs and Biologics*
(Mar. 2022), https://www.fda.gov/media/120721/download#page=1;

U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry, clinical
investigators, institutional review boards and food and drug administration staff *Design Considerations for Pivotal
Clinical Investigations for Medical Devices* (Nov. 7, 2023),  https://www.fda.gov/media/87363/download#page=1.

[15] U.S. Department of Health and Human Services Food & Drug Administration, *E8(R1) General Considerations
for Clinical Studies Guidance for Industry* (Apr. 2022), https://www.fda.gov/media/157560/download#page=1;

U.S. Department of Health and Human Services Food & Drug Administration, *Design Considerations for Pivotal
Clinical Investigations for Medical Devices Guidance for Industry, Clinical Investigators, Institutional Review
Boards and Food and Drug Administration Staff* (Nov. 7, 2023),
https://www.fda.gov/media/87363/download#page=1;

39.     There are two main types of clinical endpoints:

- Primary Endpoints: These are the most important outcomes that the trial is designed to assess. The primary endpoint directly evaluates the main objective of the study, such as the improvement in survival rates, symptom relief, or disease progression. For example, in a cancer trial, the primary endpoint might be overall survival or progression-free survival.

- Secondary Endpoints: These are additional outcomes that are of interest but not the main focus of the trial. They help provide a more comprehensive picture of the treatment's effect. Secondary endpoints might include measures of quality of life, time to disease progression, or biomarker changes. While secondary endpoints are not the trial's primary focus, they can provide valuable insights into the treatment's broader impact.

40.     Clinical endpoints must be clearly defined in the clinical trial protocol and chosen to align with the trial's objectives, ensuring they are relevant, measurable, and capable of providing meaningful evidence. The FDA and other regulatory agencies often require that endpoints be validated and supported by scientific evidence to ensure the trial's findings are robust and applicable.[16]

---

U.S. Department of Health and Human Services Food & Drug Administration, *Multiple Endpoints in Clinical Trials Guidance for Industry* (Oct. 2022), https://www.fda.gov/media/162416/download#page=1; U.S. Department of Health and Human Services Food & Drug Administration, *Patient-Reported Outcome Measures: Use in Medical Product Development to Support Labeling Claims Guidance for Industry* (Dec. 2009), https://www.fda.gov/media/77832/download#page=1.

[16] U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry and food and drug administration staff *Non-Clinical and Clinical Investigation of Devices Used for the Treatment of Benign Prostatic Hyperplasia (BPH)* (Dec. 27, 2021), https://www.fda.gov/media/79397/download#page=1.

**What does it mean for a clinical trial to succeed?**

41.         For a clinical trial to succeed, it means that the trial achieves its predefined objectives, as outlined in the study protocol, and provides credible evidence about the safety and effectiveness of the treatment being tested. Success can be evaluated based on several factors, including the following:

- **Achievement of Primary Endpoints**: The treatment should meet the primary objectives of the trial, typically related to its effectiveness, such as demonstrating improved outcomes like survival rates, symptom relief, or disease progression compared to the control or placebo group.

- **Safety and Tolerability**: The treatment should have an acceptable safety profile, meaning that any adverse effects should be manageable and not severe enough to outweigh the benefits of the intervention. If the treatment leads to severe or unacceptable side effects, the trial may be deemed unsuccessful.

- **Statistical Significance**: The trial should generate statistically significant results, meaning that the observed effects of the treatment are unlikely to have occurred by chance. The results must meet the required thresholds for significance, ensuring the findings are reliable and meaningful.

- **Clinical Relevance**: The endpoints must be clinically relevant, reflecting how a patient feels, functions, or survives. Clinical benefit endpoints are considered the most credible response measurements.

- **Secondary Endpoints**: While secondary endpoints are not the primary focus of the trial, achieving positive outcomes for these additional measures—such as

- 17 -

improved quality of life, reduced hospitalizations, or biomarker changes—can further support the success of the trial.

- **Regulatory Approval**: The endpoints and results must be acceptable to regulatory authorities, ensuring that the interpretation of the trial's success is consistent across regions and among regulatory bodies.

42.    In summary, a clinical trial is considered successful when it demonstrates that the treatment is both effective and safe, meets the primary and sometimes secondary objectives, and produces statistically significant data that could lead to further development or regulatory approval.[17] Success is often defined by the goals of those conducting the test. For example, in this case, Janssen's clear goal was speed to market and therefore regulatory approval.[18]

**What is a Direct-To-Phase 3 Clinical Trial?**

43.    The U.S. Food and Drug Administration (FDA) may accept a Direct-To-Phase 3 clinical trial design under specific circumstances, particularly when early-phase studies provide compelling evidence of a drug's safety and efficacy. This approach is often considered for drugs intended to treat serious or life-threatening conditions where existing treatments are inadequate. The FDA's guidance on "INDs for Phase 2 and Phase 3 Studies" outlines that the decision to proceed directly to Phase 3 should be based on robust preclinical data and early clinical trial

---

[17] U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *Clinical Trial Endpoints for the Approval of Cancer Drugs and Biologics* (Dec. 2018), https://www.fda.gov/media/71195/download#page=1; U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *E17 General Principles for Planning and Design of Multiregional Clinical Trials* (July 2018), https://www.fda.gov/media/99974/download#page=1; U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *Exposure-Response Relationships¾Study Design, Data Analysis, and Regulatory Applications* (Apr. 2003), https://www.fda.gov/media/71277/download#page=1.

[18] *See e.g.* JNJ-STELARA_002476258 at Slides 20, 31, 38, 40-41.

results demonstrating substantial evidence of effectiveness and safety.[19] Additionally, the FDA's

"New Drug Application" guidelines emphasize the necessity for substantial evidence from

adequate and well-controlled investigations to support the approval of new drugs.[20] Therefore,

while the FDA does not have a formal policy for Direct-To-Phase 3 trials, it may accept such

designs when the available data justify the approach.

44.     The FDA may allow Direct-To-Phase 3 in the following scenarios:

a) Repurposed Drugs with Established Safety Profiles: Drugs that have already been

approved for another indication, like Stelara, and where safety, dosing, and

pharmacokinetics are well understood may be eligible for Direct-To-Phase 3. For

example, hydroxychloroquine was considered for Direct-To-Phase 3 trials in COVID-

19 because of its prior approval for malaria and lupus. And, in this case, Stelara was

considered for direct-to-phase 3 trials based on the robust safety and efficacy data

from Stelara's other indications and from the CD study data given the shared biology

between CD and UC.

b) Emergency Situations (Pandemics, Public Health Crises): In cases of urgent unmet

medical needs such as COVID-19 or Ebola, the FDA may fast-track the drug

development process and allow companies to proceed directly to Phase 3. Certain

---

[19] U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *INDs for Phase 2 and Phase 3 Studies Chemistry, Manufacturing, and Controls Information* (May 2003), https://www.fda.gov/media/70822/download#page=1.

[20] U.S. Department of Health and Human Services Food & Drug Administration, guidance for clinical investigators, sponsors, and IRBs *Investigational New Drug Applications (INDs) - Determining Whether Human Research Studies Can Be Conducted Without an IND* (Sept. 2013), https://www.fda.gov/media/79386/download#page=1.

COVID-19 vaccine candidates, including some mRNA vaccines, received approval to start large-scale trials rapidly based on prior preclinical and early human data.

c) Rare or Life-Threatening Diseases (Orphan Drugs): For rare diseases with no existing treatments, or diseases where patient populations are small, the FDA may waive early-phase trials if strong preclinical data supports efficacy. For instance, certain gene therapies for spinal muscular atrophy (SMA) moved directly into Phase 3 based on compelling preclinical models demonstrating potential efficacy.

**Considerations Before Going Direct-To-Phase 3:**

45.      Major pharmaceutical companies, like Janssen, are highly risk-averse when it comes to seeking FDA approval, particularly when considering the Direct-To-Phase 3 route for clinical trials. This cautious approach is due to the significant challenges and high costs associated with advancing a drug through the later stages of development.

46.      Before pursuing a Direct-To-Phase 3 strategy, pharmaceutical companies weigh several critical factors. These include the drug's safety profile, which could be informed by previous approvals for different indications or through thorough preclinical studies. They also evaluate the availability of biomarkers to predict therapeutic response, the feasibility of large-scale trials without prior dose-ranging studies, and whether the disease being targeted has a high unmet need that would justify an expedited approach. In this context, regulatory precedent—such as prior FDA approvals of similar drugs under Direct-To-Phase 3 conditions—becomes a key consideration.

47.      Although Direct-To-Phase 3 offers a quicker path to market, it carries inherent risks, particularly as early-phase data on dosing, efficacy, and safety are often limited. The success rate for Phase 3 trials is around 50-60% on average, but it can be lower for certain

disease areas like oncology (~40%) or higher for others like infectious diseases (~70%). Risks of failure often stem from lack of efficacy, unexpected safety concerns, or difficulty in showing a meaningful clinical benefit. Given the potential for delays or even program termination if safety issues arise, companies like Janssen carefully calculate these risks, ensuring they have strong scientific justification and regulatory alignment to increase the likelihood of success. This strategic planning and risk mitigation have been essential in their long-term development goals.[21]

48.



**What is required for regulatory approval after a successful phase 3 trial?**

49.    After a successful phase 3 clinical trial, a New Drug Application (NDA) or Biologics License Application (BLA) is submitted for regulatory review. NDAs are filed for small-molecule

---

[21] U.S. Department of Health and Human Services Food & Drug Administration, guidance for industry *INDs for Phase 2 and Phase 3 Studies Chemistry, Manufacturing, and Controls Information* (May 2003), https://www.fda.gov/media/70822/download#page=1 ; U.S. Department of Health and Human Services Food & Drug Administration, guidance for clinical investigators, sponsors, and IRBs *Investigational New Drug Applications (INDs) - Determining Whether Human Research Studies Can Be Conducted Without an IND* (Sept. 2013), https://www.fda.gov/media/79386/download#page=1; U.S. Department of Health and Human Services Food & Drug Administration, *Content and Format of Investigational New Drug Applications (INDs) for Phase 1 Studies of Drugs, Including Well-Characterized, Therapeutic, Biotechnology-derived Products* (Nov. 1995), https://www.fda.gov/media/71203/download#page=1.

[22] ██████████████████████████████████████████████ (JNJ-STELARA_002725083).

drugs or for chemically synthesized drugs, while BLAs are required for biologic products such as vaccines, monoclonal antibodies, and gene therapies. For the purpose of this report, because Stelara is a small-molecule biologic, I will focus on the approval process through a BLA submission to the FDA.

50.      To obtain FDA approval for additional indications of an already-approved biologic product, like Stelara, companies must submit a Supplemental Biologics License Application (sBLA). This submission proposes changes to the original Biologics License Application (BLA), which may include:

- Expanding the drug's approved indications (e.g., treating additional diseases or patient populations).

- Modifications to labeling, dosing, or administration guidelines.

- Updates to the manufacturing process to ensure continued compliance and efficiency.

51.      A Biologics License Application (BLA) for a new biologic product typically requires 10-15 years of research and clinical trials before FDA approval. In contrast, a supplemental Biologics License Application (sBLA) builds upon existing data from the original BLA, significantly reducing the development timeline. The total time saved can range from several months to a few years, depending on the extent of new clinical data required.

52.      An sBLA (Supplemental Biologics License Application) generally has a higher chance of approval than a full BLA (Biologics License Application) because it builds upon existing data from the original BLA. While a BLA requires a comprehensive set of data demonstrating safety and efficacy from scratch, an sBLA only needs additional data to support a new indication or a change to an existing approved biologic. This approach significantly reduces both the time and risk associated with the regulatory approval process.

53.    One of the main advantages of the sBLA process is that it typically requires less data than a full BLA. Since the core safety profile of the biologic has already been evaluated and accepted, the FDA's review during an sBLA submission primarily focuses on the safety and efficacy of the new indication. Additionally, depending on the nature of the new indication, an sBLA may qualify for priority review or accelerated approval, offering the potential for significantly reduced review times.

54.    The sBLA process is not without its challenges. If the proposed changes involve major modifications, such as a new dosage form or treatment for a significantly different patient population, the approval process can become more rigorous, sometimes approaching the complexity of a full BLA. Furthermore, while less data is required, the quality and robustness of the additional data submitted remain crucial for approval. The FDA maintains high standards of data integrity and scientific evidence, ensuring that even supplemental applications meet strict regulatory requirements.[23]

55.    However, where the dosage is the same and the patient population is similar, and where no major modifications are needed, approval is much less rigorous and a pharmaceutical com

56.    Overall, the sBLA pathway offers a strategic advantage for biopharmaceutical companies, enabling them to expand indications and maximize the clinical potential of existing biologics while maintaining regulatory compliance.

---

[23] Cox EM, Edmund AV, Kratz E, Lockwood SH, Shankar A. Regulatory Affairs 101: Introduction to Expedited Regulatory Pathways, *Clin Transl Sci*. 2020 May;13(3):451-461, doi:10.1111/cts.12745.

57.    As discussed, I worked on Ramucirumab (Cyramza) during my time at Eli Lilly, where I

witnessed firsthand how additional FDA approvals are commonly pursued to expand a drug's

impact. Cyramza initially received FDA approval on April 21, 2014, for advanced gastric

cancer, but like many biologics, it later secured approvals for additional cancer indications

through the supplemental Biologics License Application (sBLA) process:[24]

- Metastatic non-small cell lung cancer (NSCLC) – December 12, 2014

- Metastatic colorectal cancer – April 24, 2015

- Hepatocellular carcinoma (HCC) – May 10, 2019

- First-line metastatic NSCLC with EGFR mutations – May 29, 2020

58.    Similarly, Herceptin (trastuzumab), developed by Genentech, exemplifies how additional

approvals are a natural progression for breakthrough biologics. It first received FDA

approval on September 25, 1998, for HER2-positive metastatic breast cancer,[25] followed by

subsequent approvals for expanded indications:

- HER2-positive early breast cancer – May 22, 2008

- HER2-positive metastatic gastric cancer – October 20, 2010

- Subcutaneous formulation for HER2-positive breast cancer – February 28, 2019

59.    These cases highlight how biologic therapies often evolve beyond their initial approval, with

additional indications broadening their reach and enhancing treatment options for patients.

---

[24] Eli Lilly and Company, CYRAMZA (ramucirumab), U.S. Food and Drug Administration website,
https://www.accessdata.fda.gov/drugsatfda_docs/label/2014/125477lbl.pdf, revised Apr. 2014.

[25] Genentech, Inc., HERCEPTIN (Trastuzumab), U.S. Food and Drug Administration website,
https://www.accessdata.fda.gov/drugsatfda_docs/label/1998/trasgen092598lb.pdf, issued Sept. 1998.

The sBLA process plays a critical role in ensuring that promising biologics continue to provide lifesaving benefits across multiple disease areas.

## IV.     FACTUAL BACKGROUND

**Development of Stelara:**

60.     Stelara (ustekinumab) is a monoclonal antibody developed by Janssen Biotech, Inc., it is a fully human monoclonal antibody that targets the p40 subunit shared by the cytokines interleukin-12 and interleukin-23.[26]

61.     Autoimmune diseases occur when the immune system mistakenly attacks the body, causing chronic inflammation. Psoriasis affects the skin and joints, while Crohn's disease (CD) and ulcerative colitis (UC), referred to collectively as inflammatory bowel diseases or IBD, cause digestive tract inflammation. These conditions share symptoms and treatments. If untreated, they can severely damage the digestive system.

62.     Ustekinumab, a monoclonal antibody, treats these diseases by blocking inflammation-causing proteins—Interleukin 12 (IL-12) and Interleukin 23 (IL-23).[27] It attaches to their common p40 subunit, preventing them from binding to immune receptors and stopping harmful inflammatory responses.[28]

---

[26] Colleen Marano, Email from Colleen Marano to Christopher O'Brien (Nov. 23, 2015, 10:12 PM) (JNJ-STELARA_002258134, at 274–275).

[27] *Id.*

[28] Janssen Research & Development, LLC, *Clinical Protocol: A Phase 3, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Protocol to Evaluate the Safety and Efficacy of Ustekinumab Induction and Maintenance Therapy in Subjects with Moderately to Severely Active Ulcerative Colitis Protocol CNTO1275UCO3001; Phase 3 AMENDMENT 2* (Apr. 20, 2016), https://cdn.clinicaltrials.gov/large-docs/36/NCT02407236/Prot_000.pdf.

63.      In the 2000s, scientists, including those at Janssen, discovered ustekinumab's potential to treat autoimmune diseases linked to IL-12 and IL-23, such as ulcerative colitis (UC). By the early 2000s, monoclonal antibodies like ustekinumab were being used to treat inflammatory bowel diseases (IBD).

64.      Research in the 2000s and 2010s confirmed IL-12 and IL-23 played key roles in IBD, including in Crohn's and UC. A 2004 human study found that targeting IL-12 with a monoclonal antibody could trigger clinical responses and remission in patients with active CD.[29]

65.      In 2010, research demonstrated that blocking IL-23 significantly improved and even cured colitis in multiple mouse models of inflammatory bowel disease (IBD).[30]

66.      Given the overlap in treatment approaches for both CD and UC, Janssen and researchers worldwide began exploring ustekinumab as a therapy for UC.

67.      By November 2014, researchers in South Africa had already identified UC as an off-label indication for ustekinumab (Stelara), recognizing its potential benefits beyond approved uses.[31]

**Stelara Approval and Indications:**

68.      As shown in Error! Reference source not found., on September 25, 2009, the FDA approved Janssen's Biologic License Application (BLA) No. 125261, granting permission to

---

[29] Mannon PJ, *et al*. Anti-Interleukin-12 Antibody for Active Crohn's Disease, *N Engl J Med*. 2004 Nov 11;351(20):2069-79. https://doi.org/10.1056/NEJMoa033402.

[30] Ahern PP, *et al*. Interleukin-23 Drives Intestinal Inflammation Through Direct Activity on T Cells, *Immunity*. 2010 Aug 27;33(2):279-88. https://doi.org/10.1016/j.immuni.2010.08.010.

[31] Tarr G, Hodkinson B, Reuter H. Superheroes in autoimmune warfare: biologic therapies in current South African practice. *S Afr Med J*. 2014 Nov;104(11):787-91. https://doi.org/10.7196/samj.8947.

market and sell ustekinumab under the brand name Stelara for the treatment of adults with

moderate to severe plaque psoriasis.

69.    Once approved, Janssen sought additional indications for the use of Stelara. On

September 20, 2013, the FDA approved Stelara to treat psoriatic arthritis and then on September

23, 2016, the FDA approved Stelara to treat moderately to severely active CD.

70.    Below is a summary of Stelara FDA approval history and corresponding labels:

**Table 2: Summarizing Stelara's FDA Approval History: Corresponding Labels,
Including Dose and Formulation Details for Each Indication.**

| Indication | Approval Date | Dose & Formulation | FDA Label |
|---|---|---|---|
| Moderate to Severe Plaque Psoriasis | September 25, 2009 | Adults (≥18 years): 45 mg at Weeks 0 and 4, then every 12 weeks. For patients ≥100 kg, 90 mg at the same schedule. Formulation: Subcutaneous injection (45 mg/0.5 mL, 90 mg/mL). | Initial Approval Label[32] |
| Active Psoriatic Arthritis | September 2013 | With or without methotrexate: 45 mg at Weeks 0 and 4, then every 12 weeks. For patients ≥100 kg, 90 mg at the same schedule. Formulation: Subcutaneous injection (45 mg/0.5 mL, 90 mg/mL). | Psoriatic Arthritis Label[33] |
| Moderately to Severely Active Crohn's Disease | September 26, 2016 | Induction: IV infusion based on weight (≤55 kg: 260 mg, 55–85 kg: 390 mg, >85 kg: 520 mg). Maintenance: 90 mg subcutaneous every 8 weeks. Formulation: IV infusion (130 mg/26 mL vial) & SC injection (90 mg/mL). | Crohn's Disease Label[34] |

[32] Janssen, STELARA (Ustekinumab), U.S. Food and Drug Administration website, https://www.accessdata.fda.gov/drugsatfda_docs/label/2009/125261lbl.pdf., Sept 2009.

[33] Janssen, STELARA (Ustekinumab), U.S. Food and Drug Administration website, https://www.accessdata.fda.gov/drugsatfda_docs/label/2013/125261s103lbl.pdf., Sept. 2013.

[34] Janssen, STELARA (Ustekinumab), U.S. Food and Drug Administration website, https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/761044lbl.pdf., Sept 2016.

| Indication | Approval Date | Dose & Formulation | FDA Label |
|---|---|---|---|
| Moderately to Severely Active Ulcerative Colitis | October 21, 2019 | Induction: IV infusion based on weight (≤55 kg: 260 mg, 55–85 kg: 390 mg, >85 kg: 520 mg). Maintenance: 90 mg subcutaneous every 8 weeks. Formulation: IV infusion (130 mg/26 mL vial) & SC injection (90 mg/mL). | Ulcerative Colitis Label[35] |



71.

72.

73.

---

[35] Janssen, STELARA (Ustekinumab), U.S. Food and Drug Administration website, https://www.accessdata.fda.gov/drugsatfda_docs/label/2019/761044s003lbl.pdf., Oct. 2019.

[36] ████████████████████████████████████████████ (JNJ-STELARA_002718563).

[37] ████████████████████████████████ (JNJ-STELARA_002457308) (native file).

[38] ██████████████████████████████████ (JNJ-STELARA_002476258) (native file).



75.

[39] *Id*.

[40] *Id*. at Slides 20, 31, 39-40.

[41] ██████████████████████████████████████████████████████████
██ (JNJ-STELARA_002725084).

**Negotiations with the FDA on a Direct-To-Phase 3 Study for the Use of Stelara for UC:**

76.    On November 20, 2014, Janssen requested a "Type B Pre-IND/pre-Phase 3 meeting with the FDA" to discuss developing "STELARA (ustekinumab) for the treatment of patients with moderately to severely active Ulcerative Colitis" and its plan to "initiate a phase 3 development program in UC."[42]

77.    On December 18, 2014, in anticipation of its Pre-IND meeting, Janssen submitted a "Briefing Document for Pre-IND/Pre-Phase 3 Meeting" in which Janssen provided its rationale for the direct-to-phase 3 approach, arguing that extensive data and successful results in clinical trials testing the use of Stelara to treat CD warranted such an approach.[43] Janssen detailed the success of those trials, noting ███████████████████████████

████████████████████████████  ████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

███████

---

[42] ████████████████████████████████████████████
████  (JNJ-STELARA_001404726)

[43] ████████████████████████████████████████████████████
(JNJ-STELARA_002258134, at -268).

[44] *Id.* at -276

[45] *Id.* at -279

[46] *Id.* at -282.

78.    On January 7, 2015 Janssen submitted to the FDA a, "Scientific Advice Briefing Document," which represented that █████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████  ████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████

79.    On January 21, 2015, Janssen and the FDA held a telephonic Pre-IND meeting. The meeting minutes show that Janssen argued that it should be permitted to leverage its CD trial data to go Direct-To-Phase 3 and ████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████

80.    Janssen's clinical protocol offers additional scientific rationale for the direct-to-phase 3 study of Stelara for UC based on the safety and efficacy data obtained in the CD studies.

---

[47] *Id.* at -343.

[48] *Id.* at -350.

[49] *Id.* at -319 (emphasis added).

The protocol repeats many, if not all, of the claims Janssen made to the FDA, illustrating Janssen's near-certainty that Stelara would be effective in treating UC given its efficacy in treating CD, the shared biology of CD and UC, the inflammatory mechanisms of the two diseases being "largely the same", and the role of IL 12/23 in both diseases.[50] Janssen's confidence was such that it assured the FDA that "considering the similarities in the genetics and biology of UC and Crohn's disease, it is reasonable to assume that ustekinumab will also be effective in UC."[51]

## V.    OPINION

**A.    QUESTION 1: What is the general likelihood of success a reasonable pharmaceutical company would expect for a direct-to-phase 3 clinical trial studying an additional indication for an already-approved drug where safety and efficacy are known?**

81.    I am of the opinion, to a reasonable degree of certainty in the field of Clinical Pharmacology, and based on my experience, education, training, and review of the materials considered, that a reasonable pharmaceutical company would expect success for a Direct-To-Phase 3 clinical trial evaluating an additional indication for an already-approved biologic.

82.    This expectation of success increases where the trial is based on the well-established safety and efficacy profile of the drug based on an already approved indication, where the mechanism of action and target are the same, where there is a **shared pathophysiology** providing a strong scientific rationale for expecting efficacy, and where there are strong regulatory precedents showing that competing drugs have already been approved to treat both

---

[50] *Id.* at -165

[51] Janssen Research & Development, LLC, Clinical Protocol CNTO1275UCO3001, Amendment 1 (July 14, 2015) (JNJ-STELARA_001406291, at -336).

diseases. For example, in the case of Crohn's disease and UC, other drugs approved for the treatment of Crohn's had received approval for an additional indication to treat UC. Infliximab (Remicade)[52] and adalimumab (Humira)[53] are both approved for treating inflammatory bowel diseases, including Crohn's disease and UC. Infliximab received its initial FDA approval for Crohn's disease on August 24, 1998, and was subsequently approved for ulcerative colitis on September 15, 2005. Adalimumab was approved for Crohn's disease on February 27, 2007, and later for ulcerative colitis on September 28, 2012. A reasonable company in Janssen's position would therefore have a heightened expectation that the trial would succeed based on the success of other drugs in seeking approval for the same indications.

83. A sBLA allows companies to expand the use of an already-approved biologic for new indications, labeling modifications, or manufacturing updates. Compared to a full BLA, an sBLA has a significantly higher likelihood of success because it builds on existing safety and efficacy data, reducing the regulatory burden and review timeline. Several key factors contribute to this high probability of success:

- Established Safety & Efficacy Profile – Since the drug has already been approved for another condition, for the same dose and dosing regimen, its pharmacokinetics and safety are well understood. The FDA's primary focus in an sBLA review is verifying

---

[52] Centocor, Inc., REMICADE (infliximab), U.S. Food and Drug Administration website, https://www.accessdata.fda.gov/drugsatfda_docs/label/1998/inflcen082498lb.pdf, Aug. 1998.

[53] Abbott Laboratories, HUMIRA (adalimumab), U.S. Food and Drug Administration website, https://www.accessdata.fda.gov/drugsatfda_docs/label/2002/adalabb123102LB.htm, Dec. 2002.

whether the same safety and efficacy profile extends to the new indication, rather than reassessing its general risks.

- Mechanistic Similarities Between Diseases – If the new indication shares a common biological pathway with the original disease, the likelihood of approval increases. For example, both Cyramza and Herceptin successfully expanded their approved indications through the sBLA process by leveraging their mechanism of action and prior efficacy data. Similarly, inflammatory diseases like Crohn's Disease and Ulcerative Colitis share key cytokine pathways, allowing for scientific justification when applying an approved therapy to a related condition.

- Regulatory Precedents for Similar Biologics – Many monoclonal antibodies and targeted therapies have successfully expanded indications through the sBLA process. The FDA has previously approved biologics for multiple inflammatory or autoimmune conditions when they share similar mechanisms of action, reinforcing the likelihood of success for additional approvals.

- Prior Clinical and Real-World Evidence – When a biologic has been used off-label for the new indication with positive real-world evidence, or if previous trials in a related disease have shown efficacy, these factors further strengthen the case for a Direct-To-Phase 3 trial and regulatory approval.

- FDA's willingness to Accept Direct-to-Phase 3 trials – The FDA allows companies to bypass Phase 2 under certain circumstances, particularly when robust data from prior clinical trials support a predictable response in the new indication. If the drug's dosing regimen remains unchanged, this further reduces regulatory risk and the need for early-phase studies.

- 34 -

- Likelihood of Approval Through sBLA – Industry data indicates that sBLAs have approval rates between 75-90%, significantly higher than full BLAs.[54] This is because existing safety and efficacy data reduce uncertainty, and the FDA is already familiar with the drug's overall risk-benefit profile.

84.    In conclusion, a reasonable pharmaceutical company would anticipate success when submitting an sBLA for an additional indication, particularly if the drug's mechanism is well understood, prior clinical data supports its expanded use, and regulatory precedents exist for similar biologics. The ability to leverage existing approval data, align with regulatory expectations, and demonstrate strong scientific rationale makes it reasonable to expect that a Direct-To-Phase 3 trial for an additional indication would meet its endpoints and lead to regulatory approval.

B.    **QUESTION 2: What is the specific likelihood, from the perspective of a reasonable pharmaceutical company in Janssen's position at the time they published the trial details, that NCT 236 would succeed in achieving its specified endpoints?**

85.    I am of the opinion, to a reasonable degree of certainty in the field of Clinical Pharmacology, and based on my experience, education, and training, and my review of the materials considered, that a reasonable company in Janssen's position would have expected its NCT 236 phase 3 clinical trial to succeed.

---

[54] Cox, E. M., Edmund, A. V., Kratz, E., Lockwood, S. H., & Shankar, A., Regulatory Affairs 101: Introduction to Expedited Regulatory Pathways, 13 Clin. Transl. Sci. 451 (2020), doi:10.1111/cts.12745; M. Dhodapkar et al., Characteristics of Clinical Studies Used for US Food and Drug Administration Supplemental Indication Approvals of Drugs and Biologics, 2017 to 2019, JAMA Netw Open. 2021 Jun 10;4(6):e2113224. doi: 10.1001/jamanetworkopen.2021.13224.

86.     This opinion is informed by my review of Janssen's clinical protocol, scientific briefing documents, and statements made by Janssen to the FDA justifying its Direct-To-Phase 3 approach to the UNIFI study as well as internal Janssen communications and presentations illustrating its position that there is shared biology between CD and UC and that treatments that work for CD also work for UC.

87.     Janssen's confidence that its NCT 236 trial would succeed in achieving clinical endpoints is reflected in these internal communications, presentations, and representations made to the FDA. ███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████

88.     ███████████████████████████████████████████

█████████████████████████████████████████

███████████

89.     Based on my experience, education, and training in Clinical Pharmacology, and my review of relevant materials, ████████████████████████

███████████████████████████████████████

███████████████████████████████

---

[55] ████████████████████████████████████████████
███████████████ (JNJ-STELARA_002725083).

[56] ██████████████████████████████████████████████ (JNJ-STELARA_002457306, at -308) (native file).

90.        Janssen opted to bypass Phase 2 trials and proceed Direct-To-Phase 3, largely due

to the significant genetic overlap between CD and UC and because ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

91.        The decision to pursue a Direct-To-Phase 3 approach was motivated by ▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

92.        The decision was also ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮ These precedents provided a compelling rationale for seeking a

UC indication for Stelara.

93.        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[57] *Id.* at Slide 3.

[58] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (JNJ-
STELARA_002457308) (native file); ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮ (JNJ-STELARA_002476258) (native file).

[59] *Id.* at Slide 38.

[REDACTED]

- [REDACTED]

- [REDACTED]

- [REDACTED]

- [REDACTED]

---

[60] *Id.* at 8, 23.

[61] *Id.* at 13.

[62] [REDACTED] (JNJ-STELARA_002476257, at JNJ-STELARA_002476258, slide 30) (native file).

[63] *Id.* at Slide 68.

[64] [REDACTED] (JNJ-STELARA_002476257, at JNJ-STELARA_002476258, slides 8, 39) (native file).



94.    Between ███████████████████ Janssen repeatedly represented to the FDA that a direct-to-phase 3 approach was appropriate ████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████ and in the CT 236 clinical protocol ("*considering the similarities in the genetics and biology of UC and Crohn's disease, it is reasonable to assume that ustekinumab will also be effective in UC*").

95.    Furthermore, the Overall Rational for the Study (Section 1.2) of the same protocol disclosed that "*Data from completed Phase 2 studies of ustekinumab in Crohn's disease, along with the shared biology and the similar response to current treatments between Crohn's disease*

---

[65] *Id.* at 13.

*and UC, provide a substantial scientific and clinical rationale to justify a direct-to-Phase-3*

*approach to the study of ustekinumab in UC.*"

96.     Janssen applied the same dosage for NCT 236 in UC as it had used in its Phase 3

study for Crohn's disease (CD).[66]

97.     Given the data from Janssen's clinical trial studying the use of Stelara for patients

with moderately to severely active CD, its recognition of the shared biology of the two diseases,

its assessment of a ████████████████████████████████████████████████

████ its numerous representations to the FDA that it assumed Stelara would be effective in

treating UC and that treatments that work in CD work in UC, and my years of experience

working on clinical trials—including direct-to-phase 3 trials for new indications for already

approved drugs—it is my opinion that Janssen would have been nearly certain that NCT 236

would succeed in achieving its endpoints.

C.    **QUESTION 3: Is there is any meaningful difference between what the HOPE Study teaches about the use of ramipril in treating stroke and what NCT 236 teaches about the use of Stelara in treating UC?**

Counsel has asked me to review the 1996 HOPE study, which was the subject of the court's

analysis in *In re Montgomery*, 677 F.3d 1375 (Fed. Cir. 2012)[67] and to offer an opinion based

on my experience, education, and training, to a reasonable degree of certainty in the field of

pharmaceutical clinical study design, implementation and analysis, as to whether there are

---

[66] Janssen Research & Development, LLC, Clinical Protocol: A Phase 3, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Protocol to Evaluate the Safety and Efficacy of Ustekinumab Induction and Maintenance Therapy in Subjects with Moderately to Severely Active Ulcerative Colitis, Protocol CNTO1275UCO3001, Amendment 2 (Apr. 20, 2016), https://cdn.clinicaltrials.gov/large-docs/36/NCT02407236/Prot_000.pdf.

[67] The HOPE (Heart Outcomes Prevention Evaluation) Study: the design of a large, simple randomized trial of an angiotensin-converting enzyme inhibitor (ramipril) and vitamin E in patients at high risk of cardiovascular events. The HOPE study investigators. *Can J Cardiol.* 1996 Feb;12(2):127-37. PMID: 8605634.

any meaningful differences between the HOPE study and Janssen's NCT 236 study (posted to clinicaltrials.gov as of September 2018). Specifically, I have been asked to assess differences in:

1) Study design and level of detail;

2) Stage of clinical development;

3) Purpose of the study in relation to securing regulatory approval.

98.    The HOPE study reference outlines "*key methodological and practical steps in the ongoing HOPE (Heart Outcomes Prevention Evaluation) Study*."[68] The study describes the use of an angiotensin-converting enzyme inhibitor (ramipril) along with vitamin E "*in the prevention of myocardial infarction, stroke or cardiovascular death.*" It further describes the target patient population as "*[o]ver 9000 women and men aged 55 years and above at high risk for cardiovascular events such as myocardial infarction and stroke…recruited over 18 months.*"[69]

99.    NCT 236 describes the use of ustekinumab (Stelara) to treat "*participants with moderately to severely active Ulcerative Colitis.*"[70] Just as with the HOPE study, the NCT 236 description discloses the treatment, disease, and target patient population. NCT 236 additionally discloses the precise dose and dosing regimen.[71]

---

[68] *Id*. at 128.

[69] *Id*. at 127.

[70] *See* www.clinicaltrials.gov/NCT02407236 (Janssen first posted the study description on March 30, 2015. It then published 38 separate updates to the NCT 236 study description between March 30, 2015 and August 13, 2018 (prior to the '307 patent priority date) each time disclosing the steps, dosing, and dosing regimen for the use of Stelara to treat patients with moderately to severely active UC. Each of these postings is available in the "Record History" section of the NCT02407236 study on clinicaltrials.gov).

[71] *Id*.

100.    Based on my review of both studies and my expertise in clinical trial design and regulatory strategy, I conclude that there is no material difference between what the HOPE study and NCT 236 disclose in terms of the use of an already approved drug to treat a new indication. However, NCT 236 provides more detailed disclosures, particularly regarding dose, administration, and regulatory objectives. Unlike HOPE, which aimed to assess secondary benefits of an already approved drug, NCT 236 was conducted specifically to support an sBLA for a new indication of ustekinumab. Given this distinction, NCT 236 represents a more detailed and structured regulatory study than the HOPE trial.

Dated:  March 3, 2025

_____
Aruna Dontabhaktuni

# EXHIBIT A:
# CV

# Curriculum Vitae

---

**Aruna Dontabhaktuni Ph.D.**
aruna@pharmaproconsulting.com
(Cell) 646-645-0172;
https://www.linkedin.com/in/aruna-d/
https://pharmaproconsulting.com/

## EXECUTIVE SUMMARY

- Accomplished thought leader in Clinical Pharmacology and Regulatory Submissions, with invitations as a Keynote and Plenary Speaker at 10+ national and international conferences. Recipient of The Pharma Ratna Award (2019) for Extraordinary Scientific Achievement, recognized as the Youngest Female Scientist by *Rab Di Meher*, an India-based NGO.
- 30 years of experience in the pharmaceutical industry, serving on Scientific Boards & Data Safety Monitoring Boards (DSMBs) for pharmaceutical and biotech companies as a Regulatory and Clinical Pharmacology subject matter expert.
- Extensive regulatory expertise, having supported 80+ assets across various therapeutic areas. Deep experience in authoring and reviewing regulatory submissions, including eCTD modules, Biologics License Applications (BLA), Question-Based Reviews (QbR), Clinical Study Protocols, Clinical Study Reports (CSR), Investigational New Drugs (IND), New Drug Applications (NDA), Pediatric Investigation Plans (PIP), Pediatric Study Plans (PSP), Orphan Drug Designation Applications (ODD), Breakthrough Therapy Designation Applications, and briefing books.
- Proven track record in regulatory interactions with major global health authorities, including FDA, EMA, PMDA, SFDA, KFDA, and others, with experience in face-to-face agency meetings and formal written responses.
- Broad expertise in clinical drug development for biologics, small molecules, and antibody-drug conjugates (ADCs), both as an individual contributor and in leadership roles, across immuno-oncology, oncology, infectious diseases, and rare diseases.
- Supported FDA/EMA submissions for high-profile assets, including:
  - Eli Lilly – Ramucirumab (CYRAMZA®), Necitumumab (PORTRAZZA™), and Breakthrough Therapy Designation for Olaratumab (LARTRUVO™)
  - GSK – Tafenoquine
  - Daiichi Sankyo – Mirogabalin and Edoxaban
  - SK Life Sciences – Cenobamate
  - Mabion S.A. – Biosimilar application for MabionCD20
- Experienced in adaptive trial designs and innovative problem-solving, utilizing modeling and simulation techniques to optimize clinical trial size, sampling times, and patient compliance, significantly reducing costs and timelines.
- Published 45+ peer-reviewed articles and delivered Keynote presentations at leading national and international scientific conferences on clinical pharmacology and regulatory submissions.

1

## EDUCATION

**Ph.D., Pharmacokinetics**
Long Island University, Arnold & Marie Schwartz College of Pharmacy

**Entrepreneurship Program**
Babson College

**Bachelor of Science, Pharmacy**
Karnataka Pharmacy College, Gulbarga University

## PROFESSIONAL APPOINTMENTS

**Founder & CEO**                                           **01/15    –    Present**
PharmaPro Consulting Inc., 4 Cruser CT, Hillsborough, NJ

*Responsibilities:*
Working with clients like Novartis, Genentech, Roche, Daiichi Sankyo, Mabion S.A. (Poland), ContraFect Corporation, SK Life Sciences, Rafael Pharmaceuticals, etc.
• Responsible for overseeing all aspects of Business development and growth.
• Setting up a team of SME's ground up to work on various projects and working in a cross-disciplinary team overseeing client deliverables.
• Serve as a Scientific Board Member in an inter-disciplinary team for Pharmaceutical and Biotech companies, as a subject matter expert in Clinical Pharmacology.
• Serve as Clinical Pharmacology and pharmacometrics project leader and provide scientific leadership working in cross-disciplinary clinical Teams.
• Conduct hands-on data analysis, develop and apply PK, PBPK, and PKPD models, and/or review/oversee the analysis.
• Critically evaluate the Clinical Study designs using modeling and simulation or model-informed drug development approaches (MIDD) to ensure that each study is optimally designed to answer the relevant questions aimed at increasing the data output with minimal subjects and minimal samples collected. • Research literature on proposed therapeutic moieties for known risks and unresolved scientific questions. • Based on clients' needs, author or review technical documents for submission to FDA, PMDA, SFDA, EMA, KFDA, etc,. which include but are not limited to IBs, CSR's, health authority submission documents, including BLA/NDA, PK/PD modeling, and POP PK reports.
• Some of the assists where I have supported the FDA/EMA submission include Daiichi Sankyo's Mirogabalin and Edoxaban, SK Life Sciences's Cenobamate; Biosimilar application of Mabion S.A., GSK's Tafenoquine, MabionCD20.

Aruna Dontabhaktuni, PhD.                                                    2

**<u>Founder and Scientific Director</u>**                                      **06/19 – Present**
**Project Dontabhaktuni**, 4 Cruser CT, Hillsborough, NJ

*Mission:*
"Project Dontabhaktuni", is a nonprofit organization. "Project Dontabhaktuni" mission is to empower scientists all around the world with free workshops, training, and mentoring in quantitative clinical pharmacology and pharmacometrics. Our mission is to guide and support budding scientists worldwide, fostering their career goals through affordable workshops and mentoring programs. We aim to accelerate drug development, enhance drug therapy, and improve patient outcomes on a global scale.

*Key accomplishments:*
• In just five years "Project Dontabhaktuni" team of volunteers organized on-site and online workshops and trained 3,500 PhD. Pharm D students and scientists from 40 countries.

**<u>Adjunct Professor</u> 03/21 – Present** University of the Pacific Thomas J. Long School of Pharmacy, CA
*Responsibilities:*
• Delivering lectures on clinical pharmacology and regulatory sciences to Ph.D. and MS students • Mentoring students, evaluating performance, and staying updated on industry advancements for effective teaching.

**<u>Director, Clinical PK, Data Management</u>**                              **03/13 – 08/14**
Eli Lilly and Company, 440 Route 22 East, Bridgewater, NJ

*Responsibilities:*
• Serve as project leader for seven Biologics and ADCs in oncology & immuno oncology, provide scientific leadership, and also conduct hands-on data analysis based on project needs.
• Author and/or review clinical plans, study protocol, study reports and health authority documents (IND, IB, PIP, CTD modules 2.7.1, 2.7.2) which included breakthrough therapy application and 2 simultaneous BLA submissions.
• Clinical Pharmacology leader for 9 clinical compounds simultaneously, and responsible for providing scientific leadership and guidance to these global product teams from discovery to registration.
• Developed strategy and executed clinical pharmacology plans and allocated resources and priorities.
• Overseeing 11 Clinical Compounds, and 90+ protocols across the world, including three BLA Submissions.
• Mentor junior scientists in the group and Data Management and Clinical PK, both on the technical and professional aspects, and identifying developmental opportunities for them.

Aruna Dontabhaktuni, PhD.                                                          3

*Key accomplishments:*
• Approval of CYRAMZA (ramucirumab) advanced gastric cancer after prior chemotherapy; and to treat  patients with metastatic non-small cell lung cancer (NSCLC) in the United States
• Served as scientific project leader for the ramucirumab and necitumumab programs and was responsible for recommending the clinical doses of these compounds which are used in their BLA applications.
• Successful integration of ImClone clinical and Data Management groups, with Eli Lilly, our parent company, realigning our resources and reducing cost.
• Streamlining data cleaning, implementing CDISC, and STDM standards for the mapping
PK databases, accelerating timelines, and reducing cost and sample attrition.

**Director, Head of Clinical PK, and Data Management**                    **01/12 – 03/13**
ImClone System (a wholly owned subsidary of Eli Lilly and Co.), 33 ImClone Drive, Branchburg, NJ

*Responsibilities:*
• Responsible for identifying the business needs and setting up clinical pharmacology and Data Management teams, ground-up.
• Led a group of eight (8) scientists, four Ph.D. clinical PK scientists and four SAS programmers/data management responsible for the Oncology portfolio.
• Responsible for implementing the CDIC standards, for the mapping of SDTM, and creation of ADaM standards for all clinical pharmacology databases.
• Overseeing 11 Clinical Compounds with 90+ protocols across the world, including three BLA Submissions, and being responsible for all activities of the Clinical PK and Data Management groups. • Allocate resources and priorities within the clinical pharmacology team.
• Provide representation for Health Authorities' interactions and negotiate effectively in clinical pharmacology, and PK/PD matters.

• Provide strategic and scientific advice regarding PK to Peer Review Committees and Senior Leadership and drive scientific and technical innovation.

**Associate Director, Clinical PK**                    **01/10 – 01/12**
ImClone System (a wholly owned subsidiary of Eli Lilly and Co.), 33 ImClone Drive, Branchburg, NJ

*Responsibilities:*
• Head the Clinical Pharmacokinetic team and Clinical Pharmacology Data Management team. Responsible for directing performance and reporting of all aspects of pharmacokinetic data analysis of clinical trial samples, including pharmacokinetic (PK) and pharmacometrics data analysis. Design pharmacokinetic plans  for oncology clinical trials using modeling and simulation to predict the appropriate dose for first-in-man
oncology clinical trials based on data obtained from various in-vitro and/or animal studies.
• Perform a critical analysis of data from various oncology clinical studies and recommend the

dose and dosing regimen for future clinical studies.

• Serves as Clinical Pharmacology & pharmacometrics Project leader on multiple studies simultaneously and contributes PK/PD insights into multiple projects. Simultaneously supported 10 Clinical compounds and 80+ protocols across the world.

• Applied clinical pharmacologic investigation coupled with modeling and simulation strategies; to develop rational dosing guidance in various pediatric populations for both marketed and exploratory compounds.

• Perform as well as oversee population pharmacokinetic analysis of clinical trial data from various studies for critical regulatory submissions.

• Review and author reports for submission to various health authorities across the world.

• Managed a team of 8 scientists and SAS programmers and mentored them in both technical and professional aspects.

### Senior Scientist, Clinical PK                                            09/08 - 01/10
ImClone System (a wholly owned subsidary of Eli Lilly and Co.), 33 ImClone Drive, Branchburg, NJ

*Responsibilities:*
• Responsible for the design, data analysis, and reporting of clinical pharmacokinetics and drug disposition  studies for assigned projects.
• Perform critical analysis of data and contribute to data-driven decisions.
• Reviewed assigned clinical protocols to provide a pharmacokinetic methodology section. • Review and author reports for submission to various health authorities across the world.

### Senior Scientist, Pharmacokinetics                                       06/08 - 09/08
MetaSense, Inc., Mount Laurel, NJ.

*Responsibilities:*
• Responsible for the design, data analysis, and reporting of pre-clinical pharmacokinetics/toxicokinetic, and/or clinical pharmacokinetics and drug disposition studies for assigned projects.
• Perform critical data analysis and contribute to data-driven decisions.
• Reviewed assigned pre-clinical/clinical protocols to provide a pharmacokinetic methodology section.
• Author pharmacokinetic reports for submission to various health authorities across the world.

### Scientist, DMPK                                                          02/07 - 05/08
AstraZeneca Pharmaceutical, 1800 Concord Pike, Wilmington, DE.
*Responsibilities:*
• Represent the DMPK department in interdisciplinary teams developing new molecules in

Aruna Dontabhaktuni, PhD.                                                                    5

Neuroscience.

• Design pre-clinical pharmacokinetic studies, including PK/PD plans, to investigate the suitability of molecules to progress to clinical trials.

• Design experiments to characterize the determinants of in vivo CNS exposure.

• Help Discovery teams by providing PK/PD support for predicting human dose and calculating safety margins.

• Participate in cross-functional project team meetings and activities providing scientific expertise on data analysis, interpretation, and reporting, and leading the PK/PD program for the assigned projects.

**Senior Scientist, Clinical Pharmacokinetics**                                    **03/06 - 10/06**

SFBCI Clinical Pharmacology Services, Inc. (part of Pharmanet), 415 McFarlan Rd # 201 Kennett Square, PA.

*Responsibilities:*

• Reviewed assigned clinical protocols to provide a pharmacokinetic methodology section. • Developed pharmacokinetic plans for assigned clinical studies

• Analyzed pharmacokinetic data from various clinical studies.

• Assisted in the writing of pharmacokinetic reports

• Validated the pharmacokinetic software WinNonlin®

**Teaching Assistant**                                                            **01/00 - 02/06**

Long Island University, 1 University Plaza, Brooklyn, NY.

*Responsibilities*:

• Supervised and helped entry-level graduate and undergraduate students with pharmacokinetic modeling  using compartmental and non-compartmental analysis with WinNonlin.

• Instructed fourth and fifth-year PhamD. students on preparing assorted dosage forms including capsules,  intravenous solutions, ointments, suppositories, and topical preparations.

**Research Fellow**                                                              **04/03 - 06/05**

Dr. D. R. Taft, Department of Pharmaceutics

Long Island University, 1 University Plaza, Brooklyn, NY.

*Responsibilities:*

• Research grants from Shire Lab Inc. "The effect of various chemotherapeutic drugs on the Renal Excretion of the drug under study"

• Involved in pre-clinical pharmacokinetic studies, involving integration modeling and data analysis.

**Research Fellow**                                                              **01/03 - 03/03**

Forest Laboratories Inc, 330 Prospect Street, Inwood, NY.

*Responsibilities:*

• Project: "Formulation of the solid dosage form of low melting, a water-insoluble drug under

study".
• Developed various types of formulations to enhance the oral bioavailability of the compound under study.

### Research Fellow                                                                06/02 - 10/02
Novartis Pharmaceuticals Corporation, 1 Health Plaza, East Hanover, NJ.

*Responsibilities:*
• Conducted studies on various methods of measuring the micro-environmental pH of solids.

### Research Rotation                                                              05/01 - 10/01
Dr. S.D. Ray, Department of Pharmacology
Long Island University, 1 University Plaza, Brooklyn, NY.
*Responsibilities:*
• Project: "Reversal of acetaminophen (AAP) induced caspase-activated Dnase and oxidative stress mediated apoptotic and necrotic liver cell death by Momordica Charantia.l. bioflavonoids".

### Marketing Research Analyst                                                     09/97 - 06/99
Golden Streak Drugs and Pharmaceuticals, Secunderabad, India
*Responsibilities:*
• Managed the sales of specialized drugs in India as well as London UK.
• Recruited and trained a team of business development representatives.

### Product Specialist                                                             01/95 - 10/97
Natco Pharma Limited, Hyderabad, India.
*Responsibilities:*
• Part of a team responsible for launching and marketing Diltiazem in a controlled release form and  Sumatriptone Succinate, both of which were launched for the first time in the Indian market.

### Student Intern                                                                 06/93 - 10/93
Hindustan Antibiotics Limited, Pune, India.
*Responsibilities:*
• Trained in the formulation department, involving all aspects of drug manufacture including tablet press,  dissolution testing, and assorted coating techniques.

### Reviewer
Manuscript reviewer for scientific journals, *Journal of Pharmacokinetics & Pharmacodynamics (JOPA)*,  *Drug Development and Industrial Pharmacy*.
Reviewer of articles and abstracts for the PK/PD and Pharmacometrics Section of the *American Society of Clinical Pharmacology & Therapeutics, 2020 Annual Meeting and Exposition*.
Reviewer of articles and abstracts for the Pharmacometrics Section of the *American Association*

Aruna Dontabhaktuni, PhD.                                                          7

*of Pharmaceutical Scientists (AAPS) Annual Meeting and Exposition.*
Manuscript reviewer for scientific journals the *British Journal of Clinical Pharmacology.* Manuscript reviewer for scientific journals the *Clinical Pharmacology and Therapeutics Journal.*

## HONORS & AWARDS

• *Top finalist in "Pitch Competition" by Women's Business Enterprise National Council (WBENC) Metro NY Aug 13- Sep 15, 2023.*

• *Winner of "Entrepreneurship Program Grant" from the Goldman Sachs 10000 Small Businesses program 2021.*

• *Invited as a Keynote Speaker* at **13th World Congress of Regenerative Medicine & Stem Cell-2019** *Title: "FDA's Expedited Testing and Approval: How to Fast Track the Drug Approval" November 1-3, 2019, Dalian, China.*

• *Invited as a Keynote Speaker* at the **17th Annual Congress of International Drug Discovery Science and Technology** *Title: "FDA's Expedited Testing and Approval: How to Fast Track the Drug Approval" July 25-27, 2019, Kyoto, Japan.*

• *Invited as a Plenary Speaker* at the 4th World Congress & Expo on **Pharmaceutics and Drug Delivery Systems,** *Title: "FDA's Expedited Testing and Approval: How to Fast Track the Drug Approval" March 25th-26th 2019 in Milan, Italy.*

• *Invited as a Keynote Speaker* at the **13th International Conference on Biopharma & Biotherapeutics,** *Title: "FDA's Expedited Testing and Approval: How to Fast Track the Drug Approval" October 24-25, Boston, USA.*

• *Invited as a Keynote Speaker* at the **International Colloquium on Medical, Pharma & Clinical Trials** *Title: "Modern and Novel Methods of Adaptive Clinical Trial Designs" to be held on September 19th-20th 2018 in Dubai, UAE.*

• *Invited as a Keynote speaker* at the **2nd World Congress on Clinical Research &Biomarkers,** *Title: "Biomarker Guided Adaptive Clinical Trial Design" September 17th-18th, 2018 Toronto, Canada.*

• **Chair** for the International Society of Pharmacometrics (ISoP) Chapter since October 2017.

• *Invited speaker* at the **World NSCLS Summit**, topic *"Role of Clinical Pharmacology in Innovative Drug Development"* in Boston, January 2015.

Aruna Dontabhaktuni, PhD.                                                                 8

• **Co-chair** for the International Society of Pharmacometrics (ISoP) Chapter since January 2015-October 2017

• *Meeting Chair and Meeting Host* for the International Society of Pharmacometrics (ISoP) meeting in  September 2013. The topic "What an SVP Needs to Know About PMx" & "Recycle/Present Your Posters  Night: at Bridgewater, New Jersey, November 20, 2014.

• *Invited speaker* at the Oncology Lecture Series at Eli Lilly and Company, organized by the Oncology  Business unit, the topic *"Role of Pharmacokinetics and Pharmacometrics in Innovative Oncology Drug  Development"* at Branchburg, NJ. July, 2014.

• Invited as **Keynote Speaker**, the topic *"Application of PK and PKPD modeling in Oncology drug development"*, Gulbarga University, Bidar, India. October 2013.

• Invited as a **Keynote Speaker**, Kakatiya University, Warangal, Andhra Pradesh. *October 2013.* The topic is  "Pharmacometrics, its Application in Oncology drug development".

• *Meeting Chair and Meeting Host* for the International Society of Pharmacometrics (ISoP) meeting in  September 2013. The topic is "Pharmacodynamic Modeling of Drug Combinations in Cancer and  Diabetes".

• Recipient of **Spotlight Recognition Award 2013** for your efforts to complete the A12 legacy CSRs. While these projects may not be the most exciting projects, they are critical to ensure we meet our regulatory commitments & completion of the study. Anne White & the OBU Leadership Team

• Recipient of **Spotlight Recognition Award 2013** for Actions and role played in the realignment of the  ImClone Lilly PKPD teams.

• Recipient of **Extraordinary Effort Award 2011** for identifying the business needs, and single-handedly setting up PK data management/ SAS and PK scientist teams ground up.

• Recipient of **Extraordinary Effort Award 2010** for identifying the clinical Team needs and inciting the scientific collaboration between ImClone Systems and Eli Lilly PKPD groups.

• Invited as a **Keynote Speaker in 2009** to Gulbarga University, Bidar, India to
talk about "Pharmacometrics and its current role in the current pharmaceutical
industry".

• Recipient of the **Above and Beyond Award for outstanding work** in 2007 in the Drug Metabolism and  Pharmacokinetics Department, AstraZeneca Pharmaceuticals

• *Honored by the AAPS with an Appreciation Certificate* for my outstanding work as AAPS chapter chair in 2005.

• ***AAPS Chapter Chair-Elect*** at Long Island University 2004

• ***AAPS Chapter Chair-Elect*** at Long Island University- 2003.

• Recipient of the ***Long Island University Travel Ship Award*** From 2002 to 2006

• Recipient of ***TAP Graduate Assistantship*** in Pharmaceutics, 2005-2006.

• Recipient of ***Research Assistantship in Pharmacokinetics*** laboratory, 2003- 2005.

• Recipient of ***Forest Fellowship*** in Pharmaceutics, spring 2003.

• Recipient of ***Novartis internship*** in Pharmaceutics summer 2002.

• Recipient of ***TAP Graduate Assistantship*** in Pharmaceutics, 2001-2002.

• Recipient of Long Island University ***Teaching Fellowship***, 2000-2001.

• Recipient of ***Post Graduate Diploma in Computer Applications*** from Datamatics, 1997

•Recipient of ***Best Marketing Research Team Leader*** at Golden Streak Drugs and Pharmaceuticals – 1997

• Honored with the ***Third prize Award*** at the *Inter-college State Science Exhibition- 1993*

• Recipient of ***Deans Scholarship*** *1990 – 1994* ***for pursuing a Bachelor of Pharmacy degree*** at Gulbarga  University, India.

• Recipient of ***Best Student Award,*** Kendriya Vidyalaya, Ranikhat, UP, India 1989

• Honored with the ***First Prize Award*** in a poetry competition (in English) at all school levels. 1988

• Honored with the ***First Prize Award*** in Science Quiz In 1987, I was part of a team and a school-level competition.

• Honored with the ***First Prize Award*** in a Skit writing competition in 1986, This was a high school-level competition to recognize remarkable talent

Aruna Dontabhaktuni, PhD.                                                                    10

## MEMBERSHIP IN PROFESSIONAL-RELATED SOCIETIES

• Chair for the International Society of Pharmacometrics (ISoP) Chapter.

• Past Chair Biologics Community Steering Committee for the American Society of Clinical Pharmacology and Therapeutics.

• Past Introduction Leader with Landmark Worldwide, which is a personal and professional growth, training, and development company.

• Organizing committee member for the International Society of Pharmacometrics (ISoP) Chapter

• Programming Committee member for AAPS NBC national conference 2015.

• Member of the International Society of Pharmacometrics (ISoP).

• Member of the American Society for Clinical Pharmacology and Therapeutics (ASCPT).

• Member of Modeling and Simulations Applications in Clinical Pharmacology (MoSAiC).

• Member of NONMEM users group (NMusers).

• Member of the American Association of Pharmaceutical Scientists (AAPS).

•AAPS Modeling & Simulation Focus Group Member of Indian Pharmaceutical Association (IPA).

• Member of the American Conference on Pharmacometrics (ACoP)

• Member of Philadelphia Pharmaceutical Forum.

• Member of Drug Information Association - Biopharmaceutical Professionals (DIA)

## PUBLICATIONS, CONFERENCE PRESENTATIONS, & KEYNOTE ADDRESSES

1. **A. Dontabhaktuni.** Invited as **Keynote Speaker** at 13th World Congress of Regenerative Medicine & Stem Cell-2019 Title: "FDA's Expedited Testing and Approval: How to Fast Track the Drug Approval" November 1-3, 2019, Dalian, China.

2. **A. Dontabhaktuni.** Invited **Keynote Speaker** at 17th Annual Congress of International Drug Discovery Science and Technology Title: "FDA's Expedited Testing and Approval: How to Fast Track the Drug Approval" July 25-27, 2019, Kyoto, Japan.

3. **A. Dontabhaktuni.** Invited as a **Plenary Speaker** at the 4th World Congress & Expo on Pharmaceutics and Drug Delivery Systems, Title: "FDA's Expedited Testing and Approval: How to Fast Track the Drug Approval" March 25th -26th 2019 in Milan, Italy.

4. **A. Dontabhaktuni** Invited as a **Keynote Speaker** at 13th International Conference on Biopharma & Biotherapeutics Title: "FDA's Expedited Testing and Approval: How to Fast Track the Drug Approval" October 24-25, Boston, USA.

5. **A. Dontabhaktuni** Invited as a **Keynote Speaker** at International Colloquium on Medical, Pharma & Clinical Trials Title: "Modern and Novel Methods of Adaptive Clinical Trial Designs" to be held on September 19th -20th 2018 in Dubai, UAE.

6. **A. Dontabhaktuni** Invited as a **Keynote Speaker** at 2nd World Congress on Clinical Research &Biomarkers Title: "Biomarker Guided Adaptive Clinical Trial Design" September 17th -18th 2018 Toronto, Canada.

7. **A. Dontabhaktuni,** D. R. Taft and M. Patel. Gentamicin Renal Excretion in Rats: Probing Strategies to Mitigate Drug-Induced Nephrotoxicity. *Pharmacology & Pharmacy Vol.7 No.1, January 21, 2016.*

8. **A. Dontabhaktuni.** Invited speaker at the **World Non-Small Cell Lung Cancer (WSCLS) Summit**, topic "Role of Clinical Pharmacology in Innovative Drug Development" at Boston, January 2015. **A. Dontabhaktuni.** Invited speaker at the *Oncology Lecture Series at Eli Lilly and Company*, topic "Role of Pharmacokinetics and Pharmacometrics in Innovative Oncology Drug Development" at Branchburg, NJ. July, 2014.

9. **A. Dontabhaktuni.** Invited as *Keynote Speaker,* the topic "Application of PK and PKPD modeling in Oncology drug development", *Gulbarga University, Bidar, India. October 2013.*

10. **A. Dontabhaktuni.** Invited as *Keynote Speaker,* the topic "Pharmacometrics, its application in Oncology drug development" *Kakatiya University, Warangal, Andhra Pradesh, India. October 2013.*

11. **A. Dontabhaktuni.** "Pharmacometrics, the state-of-the-art science and importance in the current pharmaceutical industry" *Keynote Speaker, Gulbarga University, Bidar, India. December 2009.*

12. **A. Dontabhaktuni.** Characterization of gentamicin renal disposition using isolated perfused rat kidney model. *Dissertation Abstracts International.* Vol. 68, no. 10. 2008.

13. **A. Dontabhaktuni,** Y. Li, and K. Bui. Revisit AZXX CD1 human dose prediction and develop strategies to improve the human dose predictability for AZYY (a possible CD2). *Presented at the 2007 DMPK poster day, AstraZeneca Pharmaceuticals, Wilmington, DE.*

14. **A. Dontabhaktuni** and D.R. Taft. Effect of urinary alkalinization and cimetidine co-administration on gentamicin excretion in the isolated perfused rat kidney: strategies to limit

kidney accumulation of a nephrotoxic compound. *Presented at the 2006 AAPS annual meeting at San Antonio, Texas.*

15. **A. Dontabhaktuni**, M. Sidhom and D. R. Taft. An alternative HPLC assay for gentamicin. *Presented at the 2005 AAPS annual meeting in Nashville, Tennessee.*

16. **A Dontabhaktuni** and D.R. Taft. Renal excretion of gentamicin in isolated perfused rat kidney. *Presented at the 2005 AAPS annual meeting in Nashville, Tennessee.*

17. **A. Dontabhaktuni,** M. Sidhom and D. R. Taft. An alternative HPLC assay for gentamicin. *Invited Podium Presentation at the 2005 GRASP annual meeting at Long Island University, New York.* **A. Dontabhaktuni.** Develop a Novel controlled formulation of Rubitecan and study the anti-angiogenic activity of the optimized liposomal formulation on human colon and breast cancer xenograft models in mice. *NIH qualifying exams Ph.D., Department of Pharmaceutical Sciences, Arnold and Marie Schwartz College of Pharmacy & Health Sciences, Long Island University, Brooklyn, NY 11201, USA* **A. Dontabhaktuni**, M. Sidhom and D. R. Taft. An alternative HPLC assay for gentamicin. *Invited Podium Presentation at the 2004 PITTCON annual meeting in Orlando, Florida*

18. Elmeliegy M, Chen J, **Dontabhaktuni A**, Gaudy A, Kapitanov GI, Li J, Mim SR, Sharma S, Sun Q, Ait-Oudhia S. Dosing Strategies and Quantitative Clinical Pharmacology for Bispecific T-Cell Engagers Development in Oncology. Clin Pharmacol Ther. 2024 Sep;116(3):637-646. doi: 10.1002/cpt.3361. Epub 2024 Jul 4. PMID: 38962850.

19. S. K Chowdhury, **A. Dontabhaktuni**, T. Odrljin, A. Clawson, E. Dumont, V. Bhargava, E. Svensson, and S. Guzy. Population Pharmacokinetic/Pharmacodynamic Modeling of Hepatic Fat Fraction, ALT and Pro-C3 Suggests Equivalent Efficacy Between Once Monthly and Biweekly Dosing BOS-580 in Phenotypic NASH Patients. *Presentation at the 2023 AASLD Annual Meeting in Boston, MA*

20. Doi T, Shitara K, Kojima T, Yoshino T, **Dontabhaktuni A**, Rebscher H, Tang S, Cosaert J, Ohtsu A. A phase I study evaluating cixutumumab, a type 1 insulin-like growth factor receptor inhibitor, given every 2 or 3 weeks in Japanese patients with advanced solid tumors. *Cancer Chemother Pharmacol*. 2016 Jun;77(6):1253-62. doi: 10.1007/s00280-016-3041-7. Epub 2016 Apr 30.

21. C. S. Higano1, J. Berlin, M. Gordon, P. LoRusso, S. Tang, **A. Dontabhaktuni**, J.D. Schwartz, J. Cosaert, J.M. Mehnert. Safety, tolerability, and pharmacokinetics of single and multiple doses of intravenous cixutumumab (IMC-A12), an inhibitor of the insulin-like growth factor-I receptor, administered weekly or every 2 weeks in patients with advanced solid tumors. *Investigational New Drugs. 2015 Apr;33(2):450-62. doi: 10.1007/s10637-015-0217-7. Epub 2015 Mar 7.*

22. T. Doi1, Y. Ma, **A. Dontabhaktuni**, C. Nippgen, J. Nippgen, A. Ohtsu. A Phase I Study of Olaratumab in Japanese Patients with Advanced Solid Tumors. *Cancer Sci 105 (2014) 862–869.* E. G. Chiorean, C. Sweeney, H. Youssoufian, A. Qin, **A. Dontabhaktuni**, N. Loizos, J. Nippgen, R. Amato. A Phase I Study of Olaratumab, an Anti-Platelet–Derived Growth Factor Receptor alpha (PDGFRα) Monoclonal Antibody, in Patients with Advanced Solid Tumors. Cancer Chemother Pharmacol. 2014 Mar;73(3):595-604.

23. Lorusso PM, Krishnamurthi S, Youssoufian H, Hall N, Fox F, **Dontabhaktuni A**, Grebennik D, Remick S. Icrucumab, a fully human monoclonal antibody against the vascular endothelial growth factor receptor 1, in the treatment of patients with advanced solid malignancies: a Phase 1 study. *Invest New Drugs.* 2013 Aug 1. [Epub ahead of print] PMID: 23903897 [PubMed - as

Aruna Dontabhaktuni, PhD.                                                                                  13

supplied by publisher]

24. L. T. Vahdat, K. Miller, J. A. Sparano, H. Youssoufian, J. D. Schwartz, S. Nanda, W. Wang, L. Abad, **A. Dontabhaktuni**, M. D. Rutstein. Randomized phase 2 study of capecitabine with or without ramucirumab (IMC-1121B) or IMC-18F1 in patients with unresectable, locally advanced or metastatic breast cancer (mBC) previously treated with anthracycline and taxane therapy (CP20- 0903/NCT01234402). *Presented at ASCO annual meeting 2011.*

25. R. E. Martell, E. G. Chiorean, H. Youssoufian, M. D. Rutstein, B. Pytowski, L. Benjamin, L. Abad, J. Patel, T. Steele, M. Dowd, A. Qin, C. F. Kukel, F. E. Fox, **A. Dontabhaktuni**, A. Morozov. Phase I study of

26. the anti-VEGFR-3 monoclonal antibody IMC-3C5 in subjects with advanced solid tumors refractory to standard therapy or for which no standard therapy is available. *J Clin Oncol 29: 2011 (suppl; abstr TPS150)*

27. Reidy DL, Vakiani E, Fakih MG, Saif MW, Hecht JR, Goodman-Davis N, Hollywood E, Shia J, Schwartz J, Chandrawansa K, **Dontabhaktuni A**, Youssoufian H, Solit DB, Saltz LB. Randomized, Phase II Study of the Insulin-Like Growth Factor-1 Receptor Inhibitor IMC-A12, With or Without Cetuximab, in Patients with Cetuximab- or Panitumumab-Refractory Metastatic Colorectal Cancer. *J Clin Oncol. 2010 Sep 20;28(27):4240-6. Epub 2010 Aug 16.*

28. A. X. Zhu, R. S. Finn, M. F. Mulcahy, J. S. Gurtler, W. Sun, J. D. Schwartz, P. Rojas, **A. Dontabhaktuni**, H. Youssoufian, K. E. Stuart. A phase 2 study of ramucirumab as first-line monotherapy in patients (pts) with advanced hepatocellular carcinoma (HCC). *J Clin Oncol 28:15s, 2010 (suppl; abstr 4083)*

29. Higano CS, Alumkal J, Ryan CJ, Yu EY, Beer TM, Fox F, **Dontabhaktuni A**, Youssoufian H, Schwartz J. A Phase 2 Study Evaluating Cixutumumab (IMC-A12), a Monoclonal Antibody (MAb) Against the Insulin-Like Growth Factor-I Receptor (IGF-IR), as Monotherapy in Patients with Metastatic, Asymptomatic Castrate Resistant Prostate Cancer (CRPC): Feasibility of Every Three week Dose Schedule and Updated Results of Every Two Week Dose Schedule conducted by the Department of Defense Prostate Cancer Clinical Trials Consortium. *Presented at Genitourinary Cancers Symposium by ASCO 2010.*

30. B. Kuenen, P.O. Witteveen, E E. Voest, **A. Dontabhaktuni**, F. Fox, T. Katz, H. Youssoufian, and E. K. Rowinsky. A Phase 1 and Pharmacologic Study of IMC-11F8, a Fully-Human IgG1 Monoclonal Antibody Directed Against the Epidermal Growth Factor Receptor in Patients with Advanced Solid Malignancies. *Clin Cancer Res.* 2010 Mar 15;16(6):1915-23

31. J. L. Spratlin, R. B. Cohen, M. Eadens, L. Gore, D. Camidge, S. Diab, S. Leong, C. O'Bryant, L. QM Chow, S. Hariharan, J. Call, N. J. Serkova, N. J. Meropol, N. L. Lewis, E. G. Chiorean, E. K. Rowinsky, D. Yu, **A. Dontabhaktuni**, F. Fox, H. Youssoufian, S. G. Eckhardt. A Phase I, Pharmacological and Biological Study of IMC-1121B, a Recombinant Human IgG1 Monoclonal Antibody, Targeting Vascular Endothelial Growth Factor Receptor- 2, in Patients with Advanced Solid Malignancies. *Journal of Clinical Oncology (Submitted, in review).*

32. S. Malempati, B. Weigel, A. M. Ingle, C. H. Ahern, J. M. Carroll, C. T. Roberts, **A. Dontabhaktuni**, F. Fox, H. Youssoufian, S. Voss, P. C. Adamson and S. M. Blaney. Phase I Trial and Pharmacokinetic Study of IMC-A12 in Pediatric Patients with Refractory Solid Tumors: A Report from the Children's Oncology Group (Manuscript in progress).

33. M. Pudipeddi E. Zannou, M. Vasanthavada, **A. Dontabhaktuni**, Y. Joshi and A. T. Serajuddin. Measurement of Surface pH of Pharmaceutical Solids: A Critical Evaluation of Indicator Dyed

Adsorption Method and its Comparison with Slurry-pH Method. *Journal of Pharmaceutical Sciences. 2007 Sep 18;97(5):1831-184.*

34. D. R. Taft, **A. Dontabhaktuni**, M. Babayeva T. Freshwater, and I. A. Savant. Application of isolated perfused Rat kidney model to access gender effects on drug excretion. *Drug Development and Industrial Pharmacy. 2006 Sep;32(8):919-28.*

35. T. Freshwater, M. Babayeva **A. Dontabhaktuni** and D. R. Taft. Effects of trimethoprim on the clearance of apricitabine, a novel deoxycytidine analog reverse transcriptase inhibitor, and lamivudine in the isolated perfused rat kidney. *J Pharmacol Exp Ther. 2006 Nov;319(2):941-7. Epub 2006 Aug 22.*

36. S.D.Ray, T.S. Lam, J.A. Rotollo, S. Phadke, C. Patel, **A. Dontabhaktuni**, S. Mohammmad, H. Lee and S. Strika. Oxidative stress is the master operator of drug and chemically induced programmed and unprogrammed cell death: Implications of natural antioxidants in vivo. *Biofactors. 2004; 21(1-4):223- 32.*

37. Herb Barslo, **A. Dontabhaktuni**, and K. Bui Comparison of two intravenous administration methods in a monophasic action potential model. *Presented at the 2007 internal poster day, AstraZeneca Pharmaceuticals, Södertälje, Sweden.*

38. E. Zannou, M. Pudipeddi, **A. Dontabhaktuni**, A. T. Serajuddin. Determination of microenvironmental pH of pharmaceutical solids. *Presented at the 2003 AAPS annual meeting at Salt Lake City, Utah.* S. R. Ortiz, I. A. Savant, **A. Dontabhaktuni**, D. R. Taft. Effects of hypoalbuminemia and protein binding displacement on furosemide excretion in the isolated perfused rat Kidney. *Presented at the 2002 AAPS annual meeting in Toronto, Canada.*

39. **A. Dontabhaktuni,** M. Vasanthavada, E. Zannou, M. Pudipeddi and A. T. Serajuddin. Determination of microenvironmental pH of pharmaceutical solids. *Presented at the TRD meeting, Novartis Pharmaceuticals Corporation, East Hanover, New Jersey.*

40. S. D. Ray, T. S. Lam, **A. Dontabhaktuni**, J. A. Rotolo, S. Phadke, R. R. Raje, and D. Bagchi. Reversal of acetaminophen (AAP) and thioacetamide (TAM) induced caspase-activated Dnase and oxidative stress mediated apoptotic and necrotic liver cell death by *momordica charantia* bioflavonids. *Presented at the 2002 Society of Toxicology annual meeting.*

41. **A. Dontabhaktuni.** Dosage form design, biopharmaceutical consideration. *Presented at the 1993 Annual Indian Pharmacy Council, Gulbarga University, India.*

42. **A. Dontabhaktuni.** New extraction technique for Hyoscyamus muticus alkaloid. *Inter-collage Statewide Science Exhibition, Gulbarga University, India.*

# EXHIBIT B:

# MATERIALS CONSIDERED

**DR. ARUNA DONTABHAKTUNI MATERIALS CONSIDERED**

1. **Bates Labeled Documents (by Begin Bates)**

   a. **Documents Cited**

   JNJ-STELARA_002476257

   JNJ-STELARA_002457306

   JNJ-STELARA_002725083

   JNJ-STELARA_002725084

   JNJ-STELARA_001406291

   JNJ-STELARA_002258134

   JNJ-STELARA_001404726

   JNJ-STELARA_002476258

   JNJ-STELARA_002457308

   JNJ-STELARA_002718563

   b. **Documents Considered But Not Cited**

   JNJ-STELARA_000222991

   JNJ-STELARA_000227250

   JNJ-STELARA_001332751

   JNJ-STELARA_002028615

   JNJ-STELARA_002250574

   JNJ-STELARA_002270780

   JNJ-STELARA_002275321

   JNJ-STELARA_002428527

   JNJ-STELARA_002471484

JNJ-STELARA_002717878

JNJ-STELARA_002723360

JNJ-STELARA_002725059

JNJ-STELARA_002725067

JNJ-STELARA_003043263

JNJ-STELARA_002275323

JNJ-STELARA_002412663

JNJ-STELARA_002452429

JNJ-STELARA_002535383

JNJ-STELARA_002537075

JNJ-STELARA_002723363

## 2. Publicly Available Materials

### a. Articles/Online Materials

B. Sahragardjoonegani et al., Repurposing Existing Drugs for New Uses: A Cohort Study of the Frequency of FDA-Granted New Indication Exclusivities Since 1997, 14 J. Pharm. Pol'y & Prac. 3 (2021), https://doi.org/10.1186/s40545-020-00282-8.

Byrom J. Hoogwerf & James B. Young, *The HOPE Study Ramipril lowered cardiovascular risk, but vitamin E did not*, 67 Clev. Clinic J. Med. 287 (2000).

Cox, E. M., Edmund, A. V., Kratz, E., Lockwood, S. H., & Shankar, A., Regulatory Affairs 101: Introduction to Expedited Regulatory Pathways, 13 Clin. Transl. Sci. 451 (2020), doi:10.1111/cts.12745.

Fogel D.B., Factors associated with clinical trials that fail and opportunities for improving the likelihood of success: A review, Contemporary Clinical Trials Communications, Volume 11, Pages 156-164, ISSN 2451-8654, (Aug. 2018) https://doi.org/10.1016/j.conctc.2018.08.001.

G. Tarr, B. Hodkinson & H. Reuter, Superheroes in Autoimmune Warfare: Biologic Therapies in Current South African Practice, 104 S. Afr. Med. J. 787 (2014), https://doi.org/10.7196/samj.8947.

Hoogwerf, B, Young, J, Ramipril Lowered Cardiovascular Risk, But Vitamin E Did Not, 67 Clev. Clinic J. Med. 4, Apr. 2000.

Int'l Council for Harmonisation of Tech. Req. for Pharm. for Hum. Use, E6(R3) Good Clinical Practice (GCP) (Draft Guideline) (May 19, 2023), https://www.fda.gov/media/169090/download#page=1

International Council for Harmonisation of Technical Requirements for Pharmaceuticals for Human Use, ICH:Harmonised Guideline: Good Clinical Practice (GCP) E6(R3) (Draft Version) (May 19, 2023), https://www.fda.gov/media/169090/download#page=1

Janssen Research & Development, LLC, Clinical Protocol: A Phase 3, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Protocol to Evaluate the Safety and Efficacy of Ustekinumab Induction and Maintenance Therapy in Subjects with

M. Dhodapkar et al., Characteristics of Clinical Studies Used for US Food and Drug Administration Supplemental Indication Approvals of Drugs and Biologics, 2017 to 2019, JAMA Netw Open. 2021 Jun 10;4(6):e2113224. doi: 10.1001/jamanetworkopen.2021.13224.

Moderately to Severely Active Ulcerative Colitis, Protocol CNTO1275UCO3001, Amendment 2 (Apr. 20, 2016), https://cdn.clinicaltrials.gov/large-docs/36/NCT02407236/Prot_000.pdf.

P.J. Mannon et al., Anti-Interleukin-12 Antibody for Active Crohn's Disease, 351 N. Engl. J. Med. 2069 (2004), https://doi.org/10.1056/NEJMoa033402.

P.P. Ahern et al., Interleukin-23 Drives Intestinal Inflammation Through Direct Activity on T Cells, 33 Immunity 279 (2010), https://doi.org/10.1016/j.immuni.2010.08.010.

The Heart Outcomes Prevention Evaluation Study Investigators, *Vitamin E Supplementation and Cardiovascular Events in High-Risk Patients*, 342 N. Engl. J. Med. 154 (2000), https://www.nejm.org/doi/full/10.1056/NEJM200001203420302.

The HOPE Study Investigators, *The HOPE (Heart Outcomes Prevention Evaluation) Study: The Design of a Large, Simple Randomized Trial of an Angiotensin–Converting Enzyme Inhibitor (Ramipril) and Vitamin E in Patients at High Risk of Cardiovascular Events*, 12 Can. J. Cardiology 127 (1996) ("HOPE").

b. **Guidance**

U.S. Department of Health and Human Services Food & Drug Administration, Clinical Development Programs for Drugs, Devices, and Biological Products for the Treatment of Rheumatoid Arthritis (RA) (Feb. 1999), https://www.fda.gov/media/71145/download

U.S. Department of Health and Human Services Food & Drug Administration, Clinical Trial Endpoints for the Approval of Cancer Drugs and Biologics Guidance for Industry (Dec. 2018), https://www.fda.gov/media/71195/download#page=1

U.S. Department of Health and Human Services Food & Drug Administration, Communications From Firms to Health Care Providers Regarding Scientific Information on Unapproved Uses of Approved/Cleared Medical Products Questions and Answers Guidance for Industry (Draft Guidance) (Oct. 2023), https://www.fda.gov/media/173172/download#page=1

U.S. Department of Health and Human Services Food & Drug Administration, Content and Format of Investigational New Drug Applications (INDs) for Phase 1 Studies of Drugs, Including Well-Characterized, Therapeutic, Biotechnology-derived Products (Nov. 1995), https://www.fda.gov/media/71203/download#page=1

U.S. Department of Health and Human Services Food & Drug Administration, Design Considerations for Pivotal Clinical Investigations for Medical Devices Guidance for Industry, Clinical Investigators, Institutional Review Boards and Food and Drug Administration Staff (Nov. 7, 2023), https://www.fda.gov/media/87363/download#page=1

U.S. Department of Health and Human Services Food & Drug Administration, Developing Medical Imaging Drug and Biological Products Part 3: Design, Analysis, and Interpretation of Clinical Studies Guidance for Industry (June 2004), https://www.fda.gov/media/71237/download#page=1

U.S. Department of Health and Human Services Food & Drug Administration, E17 General Principles for Planning and Design of Multiregional Clinical Trials Guidance for Industry (July 2018), https://www.fda.gov/media/99974/download#page=1

U.S. Department of Health and Human Services Food & Drug Administration, E2F Development Safety Update Report Guidance for Industry (Aug. 2011), https://www.fda.gov/media/71255/download

U.S. Department of Health and Human Services Food & Drug Administration, E3 Structure and Content of Clinical Study Reports (July 1996), https://www.fda.gov/media/71271/download

U.S. Department of Health and Human Services Food & Drug Administration, E6(R2) Good Clinical Practice: Integrated Addendum to ICH E6(R1) Guidance for Industry (Mar. 2018), https://www.fda.gov/media/93884/download

U.S. Department of Health and Human Services Food & Drug Administration, E8(R1) General Considerations for Clinical Studies Guidance for Industry (Apr. 2022), https://www.fda.gov/media/157560/download#page=1

U.S. Department of Health and Human Services Food & Drug Administration, End-of-Phase 2A Meetings Guidance for Industry (Sept. 2009), https://www.fda.gov/media/72211/download#page=1

U.S. Department of Health and Human Services Food & Drug Administration, Expansion Cohorts: Use in First-in-Human Clinical Trials to Expedite Development of Oncology Drugs and Biologics Guidance for Industry (Mar. 2022), https://www.fda.gov/media/115172/download

U.S. Department of Health and Human Services Food & Drug Administration, Exposure-Response Relationships¾Study Design, Data Analysis, and Regulatory Applications Guidance for Industry (Apr. 2003), https://www.fda.gov/media/71277/download#page=1

U.S. Department of Health and Human Services Food & Drug Administration, INDs for Phase 2 and Phase 3 Studies Chemistry, Manufacturing, and Controls Information Guidance for Industry (May 2003), https://www.fda.gov/media/70822/download#page=1

U.S. Department of Health and Human Services Food & Drug Administration, Investigational New Drug Applications (INDs)¾Determining Whether Human Research Studies Can Be Conducted Without an IND (Sept. 2013), https://www.fda.gov/media/79386/download#page=1

U.S. Department of Health and Human Services Food & Drug Administration, Master Protocols: Efficient Clinical Trial Design Strategies to Expedite Development of Oncology Drugs and Biologics Guidance for Industry (Mar. 2022), https://www.fda.gov/media/120721/download#page=1

U.S. Department of Health and Human Services Food & Drug Administration, Multiple Endpoints in Clinical Trials Guidance for Industry (Oct. 2022), https://www.fda.gov/media/162416/download#page=1

U.S. Department of Health and Human Services Food & Drug Administration, Non-Clinical and Clinical Investigation of Devices Used for the Treatment of Benign Prostatic Hyperplasia (BPH) Guidance for Industry and Food and Drug Administration Staff (Dec. 27, 2021), https://www.fda.gov/media/79397/download#page=1

U.S. Department of Health and Human Services Food & Drug Administration, Patient-Reported Outcome Measures: Use in Medical Product Development to Support Labeling Claims Guidance for Industry (Dec. 2009), https://www.fda.gov/media/77832/download#page=1

U.S. Department of Health and Human Services Food & Drug Administration, Preparation of IDEs and INDs for Products Intended to Repair or Replace Knee Cartilage (Dec. 2011), https://www.fda.gov/media/82562/download#page=1

U.S. Department of Health and Human Services Food & Drug Administration, Questions and Answers on Informed Consent Elements, 21 C.F.R. § 50.25(c): Guidance for Sponsors, Investigators, and Institutional Review Boards (Small Entity Compliance Guide) (Feb. 2012), https://www.fda.gov/media/82634/download#page=1

U.S. Department of Health and Human Services Food & Drug Administration, Recurrent Herpes Labialis:Developing Drugs for Treatment and Prevention Guidance for Industry (Nov. 2017), https://www.fda.gov/media/99233/download#page=1

c.  **FDA Drug Labels:**

Eli Lilly and Company, CYRAMZA (ramucirumab), U.S. Food and Drug Administration website, https://www.accessdata.fda.gov/drugsatfda_docs/label/2014/125477lbl.pdf, revised Apr. 2014.

Genentech, Inc., HERCEPTIN (Trastuzumab), U.S. Food and Drug Administration website,
https://www.accessdata.fda.gov/drugsatfda_docs/label/1998/trasgen092598lb.pdf, issued Sept. 1998.

Janssen, STELARA (Ustekinumab), U.S. Food and Drug Administration website, https://www.accessdata.fda.gov/drugsatfda_docs/label/2009/125261lbl.pdf., Sept 2009.

Janssen, STELARA (Ustekinumab), U.S. Food and Drug Administration website, https://www.accessdata.fda.gov/drugsatfda_docs/label/2013/125261s103lbl.pdf., Sept. 2013.

Janssen, STELARA (Ustekinumab), U.S. Food and Drug Administration website, https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/761044lbl.pdf., Sept 2016.

Janssen, STELARA (Ustekinumab), U.S. Food and Drug Administration website, https://www.accessdata.fda.gov/drugsatfda_docs/label/2019/761044s003lbl.pdf., Oct. 2019.