**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| CAREFIRST OF MARYLAND, INC., GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., and CAREFIRST BLUECHOICE, INC., on behalf of themselves and all others similarly situated, | Civil Action No. 2:23-cv-00629-JKW-LRL |
| Plaintiffs, | |
| v. | |
| JOHNSON & JOHNSON and JANSSEN BIOTECH, INC., | |
| Defendants. | |

**DECLARATION OF ABBYE R. K. OGNIBENE IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND
OPPOSITIONS TO MOTIONS TO EXCLUDE CERTAIN EXPERT TESTIMONY**

I, Abbye R. K. Ognibene, hereby declare as follows:

I am a partner at the law firm of Hagens Berman Sobol Shapiro LLP, attorneys for

plaintiffs CareFirst of Maryland, Inc., Group Hospitalization and Medical Services, Inc., and

CareFirst BlueChoice, Inc. (collectively, the plaintiffs) and Court-appointed interim co-lead

counsel. ECF No. 168. I submit this declaration in Support of Plaintiffs' Opposition to

Defendants' Motion for Summary Judgment and Plaintiffs' Oppositions to Motions to Exclude

Certain Expert Testimony. I have personal knowledge of the facts asserted herein and could

testify to those facts if called to do so.

1.      Attached as **Exhibit 94** is a true and accurate copy of

JNJ_STELARA_002258317-37 as produced in this litigation (designated plaintiffs' exhibit

PX00113), meeting minutes for a Pre-IND Meeting - Stelara in Adult Ulcerative Colitis with attachments (January 21, 2015).

2.    Attached as **Exhibit 95** is a true and accurate copy of excerpts from the transcript of the deposition of Philippe Szapary (January 28, 2025).

3.    Attached as **Exhibit 96** is a true and accurate copy of an excerpt of JNJ-STELARA_000701633-37 as produced in this litigation (designated plaintiffs' exhibit PX00188), an email from C. Marano to M. Vetter re UC templates with attachments (March 1, 2019).

4.    Attached as **Exhibit 97** is a true and accurate copy of JNJ-STELARA_002471484-86 as produced in this litigation (designated plaintiffs' exhibit PX00116), an email from S. Plevy to P. Szapary, et al., re Stelara slides for IC with attachment (November 5, 2014). The attachment associated with this cover email is Exhibit 128.

5.    Attached as **Exhibit 98** is a true and accurate copy of excerpts from the transcript of the deposition of Colleen Marano (February 13, 2025).

6.    Attached as **Exhibit 99** is a true and accurate copy of an excerpt of JNJ-STELARA_003285452-6001 as produced in this litigation, an email from S. Naureckas to S. Volger, et al., re UST PBRER (01Jan2018-31Dec2018): Sections/Appendices due 24Jan2019 with attachments (January 18, 2019).

7.    Attached as **Exhibit 100** is a true and accurate copy of excerpts from the transcript of the deposition of Eric Dichter (February 20, 2025).

8.    Attached as **Exhibit 101** is a true and accurate copy of JNJ-STELARA_003650915-41 as produced in this litigation, a parent document marked "withheld for privilege" with attachments, attaching U.S Patent No. 9,663,810 (B2).

9.      Attached as **Exhibit 102** is a true and accurate copy of excerpts of Defendants'

Privilege Logs 004 and 005 (dated February 13, 2025) as produced in this litigation (designated

plaintiffs' exhibit PX00342).

10.      Attached as **Exhibit 103** is a true and accurate copy of excerpts from the

transcript of the deposition of Denise DeFranco (February 25, 2025).

11.      Attached as **Exhibit 104** is a true and accurate copy of excerpts from the

transcript of the deposition of Jeffrey Way (June 17, 2025).

12.      Attached as **Exhibit 105** is a true and accurate copy of excerpts from the

transcript of the deposition of Luis Ralat (May 14, 2025).

13.      Attached as **Exhibit 106** is a true and accurate copy of the U.S. Patent and

Trademark Office's certified file wrapper for U.S. Patent Application No. 16/580,509 (issued as

U.S. Patent No. 10,962,307) (January 26, 2024).

14.      Attached as **Exhibit 107** is a true and accurate copy of excerpts from the

transcript of the deposition of Kimberly Shields-Tuttle (March 7, 2025).

15.      Attached as **Exhibit 108** is a true and accurate copy of excerpts from the

transcript of the deposition of Beth Wallace (June 25, 2025).

16.      Attached as **Exhibit 109** is a true and accurate copy of JNJ-

STELARA_002723360-63 as produced in this litigation (designated plaintiffs' exhibit

PX00186), an email from C. Marano to S. Keeney, et al., re Stelara UC Decision at Today's IRB

with attachments (August 14, 2014).

17.      Attached as **Exhibit 110** is a true and accurate copy of JNJ-

STELARA_000207948-51 as produced in this litigation (designated plaintiffs' exhibit

PX00158), an email from P. Marty-Ethgen to N. Yeilding, et al., re Stelara UC submission –

request for KPA status – For your review with attachment (March 9, 2018).

18.     Attached as **Exhibit 111** is a true and accurate copy of JNJ-

STELARA_001687817-18 as produced in this litigation (designated plaintiffs' exhibit PX0058),

an email from P. Marty-Ethgen to O. Adedokun, et al., re Stelara Biosimilar Strategy Kick Off

(December 12, 2016).

19.     Attached as **Exhibit 112** is a true and accurate copy of JNJ-

STELARA_001684822-25 as produced in this litigation, Meeting Minutes from the Stelara

Compound Development Team (December 6, 2017).

20.     Attached as **Exhibit 113** is a true and accurate copy of JNJ-

STELARA_002050690-91 as produced in this litigation, Draft Meeting Agenda for the Stelara

Compound Development Team (September 12, 2017).

21.     Attached as **Exhibit 114** is a true and accurate copy of a comparison between the

Background of Invention sections of Patent Application Nos. 62/735,501 and 16/580,509

(designated as plaintiffs' exhibit PX00411).

22.     Attached as **Exhibit 115** is a true and accurate copy of JNJ-

STELARA_002664263-64 as produced in this litigation, an email from R. Nishimura to

STELARA CDT, et al., re Minutes re: Stelara CDT May 12th with attachment (May 14, 2021).

23.     Attached as **Exhibit 116** is a true and accurate copy of excerpts from the

transcript of the deposition of Richard Strauss (January 16, 2025).

24.     Attached as **Exhibit 117** is a true and accurate copy of JNJ-

STELARA_002553116 as produced in this litigation (designated plaintiffs' exhibit PX00191),

an email from P. Marty-Ethgen to O. Adedokun, et al., re Stelara Biosimilar Strategy Kick Off (December 5, 2016).

25.    Attached as **Exhibit 118** is a true and accurate copy of Luke Jostins, et al., *Host-Microbe Interactions Have Shaped the Genetic Architecture Of Inflammatory Bowel Disease*, 491 Nature 119-124 (November 1, 2012).

26.    Attached as **Exhibit 119** is a true and accurate copy of Atle van Beelen Granlund, et al., *Whole Genome Gene Expression Meta-Analysis of Inflammatory Bowel Disease Colon Mucosa Demonstrates Lack of Major Differences between Crohn's Disease and Ulcerative Colitis*, 8 Plos ONE 2 (February 13, 2013).

27.    Attached as **Exhibit 120** is a true and accurate copy of JNJ-STELARA_001829858 as produced in this litigation, L. Senra Afonso, et al., *Ustekinumab Treatment in Refractory Inflammatory Bowel Disease*, 24 Eur. J. Hosp. Pharmacy (2017).

28.    Attached as **Exhibit 121** is a true and accurate copy of JNJ-STELARA_002480494-98 as produced in this litigation (designated plaintiffs' exhibit PX00129), Antonios G. A. Kolios, et al., *Paradoxical Ulcerative Colitis During Adalimumab Treatment of Psoriasis Resolved By Switch to Ustekinumab*, 178 Brit. J. Dermatology 551 (2018).

29.    Attached as **Exhibit 122** is a true and accurate copy of JNJ-STELARA_002457436-37 as produced in this litigation (designated plaintiffs' exhibit PX00380), an email from L. Greenbaum to R. Strauss re UC Stelara Discussion (April 30, 2014).

30.    Attached as **Exhibit 123** is a true and accurate copy of JNJ-STELARA_002457338 as produced in this litigation (designated plaintiffs' exhibit PX00382), an email from L. Greenbaum to R. Strauss re PTRS for Stelara Phase III (May 5, 2014).

31.    Attached as **Exhibit 124** is a true and accurate copy of JNJ-STELARA_002457303-05 as produced in this litigation (designated plaintiffs' exhibit PX00383), an email from T. Rubenstein to L. Greenbaum, et al., re Draft Stelara "Direct to Phase 3" UC Slides for Monday Meeting with Sue (May 7, 2014).

32.    Attached as **Exhibit 125** is a true and accurate copy of JNJ-STELARA_003595457-58 as produced in this litigation (designated plaintiffs' exhibit PX00291), an email from P. Marty-Ethgen to M. Cunningham, et al., re Final Stelara slides for IMB review with Teri tomorrow with attachment (February 1, 2017).

33.    Attached as **Exhibit 126** is a true and accurate copy of JNJ-STELARA_002468517-19 as produced in this litigation (designated plaintiffs' exhibit PX00384), an email from B. Pascucci to C. Marano, et al., re PTRS for Stelara UC-Reference Slide with attachment (July 17, 2014). Page four of the PDF appears to have been inadvertently placed out of order when marked during deposition. It is the attachment to the email, and it should have been placed last.

34.    Attached as **Exhibit 127** is a true and accurate copy of JNJ-STELARA_002723994-96 as produced in this litigation (designated plaintiffs' exhibit PX00190), an email from P. Szapary to C. Marano, et al., re DC Minutes STELARA UC 29SEP2014 Final with attachment (October 23, 2014).

35.    Attached as **Exhibit 128** is a true and accurate copy of JNJ-STELARA_002471486 as produced in this litigation (designated plaintiffs' exhibit PX00117), a presentation titled Stelara Lifecyle Opportunities Investment Committee Presentation (November 10, 2014). This is the attachment to Exhibit 97.

36.    Attached as **Exhibit 129** is a true and accurate copy of JNJ-STELARA_002449253-55 as produced in this litigation (designated plaintiffs' exhibit PX00189), an email from K. Mingione to R. Strauss re Stelara UC BB follow-up questions for approval version (November 25, 2014).

37.    Attached as **Exhibit 130** is a true and accurate copy of JNJ-STELARA_002258134-396 as produced in this litigation (designated plaintiffs' exhibit PX00151), an email from C. Marano to C. O'Brien re Some light reading material with attachments (November 23, 2025). The plaintiffs are filing this exhibit because J&J did not file the full version of PX00151 on August 6, 2025.

38.    Attached as **Exhibit 131** is a true and accurate copy of JNJ-STELARA_002718563-68 as produced in this litigation (designated plaintiffs' exhibit PX0045), an email from H. Needleman to S. Plevy, et al., re Unfunded list prioritization (March 9, 2014).

39.    Attached as **Exhibit 132** is a true and accurate copy JNJ-STELARA_002456217-18 as produced in this litigation (designated plaintiffs' exhibit PX00185), a meeting invite from T. Rubenstein to C. McNeal, et al., re Time Sensitive: Gather Regional Feedback on Stelara "direct to phase 3" ulcerative colitis clinical program (June 24, 2014).

40.    Attached as **Exhibit 133** is a true and accurate copy of JNJ-STELARA_002347653-56 as produced in this litigation (designated plaintiffs' exhibit PX00344), an email from A. Otten to K. Shields re Stelara UC Direct to Phase III - Briefing with attachment (July 8, 2014).

41.    Attached as **Exhibit 134** is a true and accurate copy of JNJ-STELARA_002475771-74 as produced in this litigation (designated plaintiffs' exhibit

PX00351), an email from P. Szapary to B. Pascucci re STELARA DC Minutes with attachment (October 11, 2014).

42.   Attached as **Exhibit 135** is a true and accurate copy of JNJ-STELARA_02697328-86 as produced in this litigation (designated plaintiffs' exhibit PX00367), an email from K. Shields to P. Marty-Ethgen, et al., re STELARA Pediatric Ulcerative Colitis with attachment (June 1, 2016).

43.   Attached as **Exhibit 136** is a true and accurate copy of excerpts from the transcript of the deposition of Christopher O'Brien (February 7, 2025).

44.   Attached as **Exhibit 137** is a true and accurate copy of JNJ-STELARA_002054821-24 (designated plaintiffs' exhibit PX00222), an email from C. Marano to A. Hundscheid, et al., re UNIFI EC Translation Netherlands with attachment (August 18, 2015).

45.   Attached as **Exhibit 138** is a true and accurate copy of JNJ-STELARA_003705490-633 as produced in this litigation (designated plaintiffs' exhibit PX00410), a cover document marked "withheld for privilege" with attachment Janssen Research and Development's Clinical Study Report for Protocol CNTO1275UCO3001; Phase 3 Induction Study (July 13, 2018).

46.   Attached as **Exhibit 139** is a true and accurate copy of JNJ-STELARA_002410786-97 as produced in this litigation (designated plaintiffs' exhibit PX00354), an email from V. Reddy to C. Marano, et al., re URGENT ACTION REQUIRED: CNTO1275UCO3001 (CR106920): Request to Review the Protocol Registration Form for Registry with attachments (March 23, 2015).

47.   Attached as **Exhibit 140** is a true and accurate copy of JNJ-STELARA_003705334-481 as produced in this litigation (designated plaintiffs' exhibit

PX00405), a cover email marked "withheld for privilege" with attachment Janssen Research and Development's Clinical Protocol for CNTO1275UCO3001; Phase 3 (Amendment 2) (April 20, 2016).

48.     Attached as **Exhibit 141** is a true and accurate copy of excerpts of the U.S. Patent and Trademark Office's certified file wrapper for U.S. Patent Application No. 62/735,501 (designated plaintiffs' exhibit PX00197) (December 4, 2024).

49.     Attached as **Exhibit 142** is a true and accurate copy of excerpted entries from J&J's Privilege Log 004 & 005 (dated February 13, 2025) and J&J's Privilege Log 007 (dated May 8, 2025).

50.     Attached as **Exhibit 143** is a true and accurate copy of excerpts from the transcript of the deposition of Katherine Li (February 14, 2025).

51.     Attached as **Exhibit 144** is a true and accurate copy of excerpts from the transcript of the deposition of Dr. Thomas Ochsenkühn (February 6, 2025).

52.     Attached as **Exhibit 145** is a true and accurate copy of the German and English translation of an email from Dr. T. Ochsenkühn to M. Taberhilte re Your Application to the DDW 2018 and attachment (designated plaintiffs' exhibit PX00141) (March 20, 2018).

53.     Attached as **Exhibit 146** is a true and accurate copy of the German and English translation of Dr. T. Ochsenkühn's Agreement on Participation in an Advanced Training Course with J&J (designated plaintiffs' exhibit PX00142) (January 24, 2018).

54.     Attached as **Exhibit 147** is a true and accurate copy of JNJ-STELARA_002107076-116 as produced in this litigation, an email from Janssen Immunology re ECCO 2018 Grid Booklet with attachment (February 8, 2018). Defendants filed this document as Exhibit 35 (designated plaintiffs' exhibit PX00153) with their Summary Judgment motion on

August 6, 2025. The plaintiffs submit a new copy of this document that includes the document's metadata. Previously, the document and its metadata were marked as separate exhibits (PX00153 and PX00154, respectively).

55.    Attached as **Exhibit 148** is a true and accurate copy of JNJ-STELARA_000279366-74 as produced in this litigation, an email from Janssen Immunology re ECCO 2018 Highlights with attachment (March 1, 2018). Defendants filed this document as Exhibit 36 (designated plaintiffs' exhibit PX00155) with their Summary Judgment motion on August 6, 2025. The plaintiffs submit a new copy of this document that includes the document's metadata. Previously, the document and its metadata were marked as separate exhibits (PX00155 and PX00156, respectively).

56.    Attached as **Exhibit 149** is a true and accurate copy of JNJ-STELARA_002459101-13 as produced in this litigation (designated plaintiffs' exhibit PX0052), an email from I. Gourley to T. Ort, et al., re Q1 2018 Publications, Posters & Presentations with attachments (April 10, 2018).

57.    Attached as **Exhibit 150** is a true and accurate copy of JNJ-STELARA_002049296-308 as produced in this litigation, an email from J. Friedman re Q1 2018 Publications, Posters & Presentations with attachments (April 10, 2018).

58.    Attached as **Exhibit 151** is a true and accurate copy of JNJ-STELARA_003181340-82 as produced in this litigation, an email from Janssen Immunology re DDW 2018 Grid Booklet with attachment and associated metadata (May 29, 2018). The Bates stamped document was previously designated as plaintiffs' exhibit PX00159 and its metadata was designated as plaintiffs' exhibit PX00160.

59.    Attached as **Exhibit 152** is a true and accurate copy of JNJ-STELARA_003585557-66 as produced in this litigation (designated plaintiffs' exhibit PX00195), an email from D. Dungee to L. El Arfaoui, et al., re DDW 2019 Information Packet with attachment (May 30, 2018).

60.    Attached as **Exhibit 153** is a true and accurate copy of JNJ-STELARA_002458809-11 as produced in this litigation (designated plaintiffs' exhibit PX0054), an email from Jaime Mertz re DDW 2018 Information Packet with attachment (May 31, 2018). Defendants filed this document as Exhibit 37 (designated plaintiffs' exhibit PX00162) with their Summary Judgment motion on August 6, 2025. JNJ-STELARA_002458809-11 was marked twice as PX0054 and PX00162. The plaintiffs are filing PX0054 because it includes an attached native excel file that PX00162 does not.

61.    Attached as **Exhibit 154** is a true and accurate copy of JNJ-STELARA_002663198-99 as produced in this litigation, an email from M. Vetter to C. Marano and N. Umeweni re Introductory Slide deck on UVC with attachment (July 18, 2021).

62.    Attached as **Exhibit 155** is a true and accurate copy of Defendants' Objections & Responses to Plaintiffs' Third Set of Requests for Production, *Carefirst of Maryland, Inc., et al. v. Johnson & Johnson, et al.*, No. 2:23-cv-00629-JKW-LRL (September 30, 2024).

63.    Attached as **Exhibit 156** is a true and accurate copy of excerpts of the U.S Patent and Trademark Office's certified file wrapper for U.S Patent Application No. 17/174,201 (January 27, 2025).

64.    Attached as **Exhibit 157** is a true and accurate copy of JNJ-STELARA_003663889-90 as produced in this litigation (designated plaintiffs' exhibit

PX00299), an email from K. Abouzahr to T. Rubenstein, et al., re LOE Dose workshop and next steps (June 25, 2020).

65.    Attached as **Exhibit 158** is a true and accurate copy of the LinkedIn profile of Luis Ralat (designated plaintiffs' exhibit PX00408).

66.    Attached as **Exhibit 159** is a true and accurate copy of excerpts of the U.S. Patent and Trademark Office's certified file wrapper for U.S. Patent Application No. 18/383,310.

67.    Attached as **Exhibit 160** is a true and accurate copy of excerpts from the transcript of the deposition of Michael Genus (February 13, 2025).

68.    Attached as **Exhibit 161** is a true and accurate copy of excerpts from the transcript of the deposition of Melissa Miller (February 12, 2025). Other excerpts of this transcript are included in Defendants' Exhibit 44 to their Motion for Summary Judgment.

69.    Attached as **Exhibit 162** is a true and accurate copy of an excerpt of Defendants' Objections & Responses to Plaintiffs' First Set of Requests for Production, *Carefirst of Maryland, Inc., et al. v. Johnson & Johnson, et al.*, No. 2:23-cv-00629-JKW-LRL (April 15, 2024).

70.    Attached as **Exhibit 163** is a true and accurate copy of JNJ-STELARA_001827468-69 (designated plaintiffs' exhibit PX0015), a letter from A. Clayton to E. Adamcik and Ascent Health Services LLC re Notice of Janssen Patents Related to Ustekinumab (January 31, 2023).

71.    Attached as **Exhibit 164** is a true and accurate copy of JNJ-STELARA_001827472-73 as produced in this litigation, a letter from A. Clayton to Caremark PCS Health, et al., re Notice of Janssen Patents Related to Ustekinumab (January 31, 2023).

72.     Attached as **Exhibit 165** is a true and accurate copy of JNJ-STELARA_001827476-77 as produced in this litigation, a letter from A. Clayton to H. Carter and Express Scripts, Inc. re Notice of Janssen Patents Related to Ustekinumab (January 31, 2023).

73.     Attached as **Exhibit 166** is a true and accurate copy of JNJ-STELARA_001827480-81 as produced in this litigation, a letter from A. Clayton to J. Millar and OptumRX, Inc. re Notice of Janssen Patents Related to Ustekinumab (January 31, 2023).

74.     Attached as **Exhibit 167** is a true and accurate copy of JNJ-STELARA_001827558-59 as produced in this litigation, a letter from A. Clayton to Zinc Health Services, LLC re Notice of Janssen Patents Related to Ustekinumab (January 31, 2023).

75.     Attached as **Exhibit 168** is a true and accurate copy of JNJ-STELARA_001827403 (designated plaintiffs' exhibit PX0014), a presentation titled Stelara® (ustekinumab) Patent Notification to Payer Customers Communication Plan and SAM Training (January 6, 2023).

76.     Attached as **Exhibit 169** is a true and accurate copy of JNJ-STELARA_003662714-15 as produced in this litigation (designated plaintiffs' exhibit PX00298), an email from J. Hou to J. Swindell, et al., re Stelara LOE Summit - Materials Review with Legal with attachments (June 1, 2020).

77.     Attached as **Exhibit 170** is a true and accurate copy of excerpts from the transcript of the deposition of Robert Bahr (June 25, 2025).

78.     Attached as **Exhibit 171** is a true and accurate copy of excerpts from the transcript of the deposition of Todd Clark (June 16, 2025).

79.    Attached as **Exhibit 172** is a true and accurate copy of excerpts from the transcript of the deposition of Aruna Dontabhaktuni (June 17, 2025).

80.    Attached as **Exhibit 173** is a true and accurate copy of excerpts from the transcript of the deposition of Lisa Matovcik (July 2, 2025).

81.    Attached as **Exhibit 174** is a true and accurate copy of excerpts from the transcript of the deposition of Anthony Gaspari (July 11, 2025).

82.    Attached as **Exhibit 175** is a true and accurate copy of excerpts from the transcript of Paul Warfield (June 20, 2025).

83.    Attached as **Exhibit 176** is a document summarizing true and accurate quotations from the following documents as produced in this litigation: JNJ-STELARA_002258134-396 (designated as plaintiffs' exhibit PX00151) (Ex. 130); JNJ-STELARA_002697328-86 (designated as plaintiffs' exhibit PX00367) (Ex. 135); JNJ-STELARA_002054821-24 (designated as plaintiffs' exhibit PX00222) (Ex. 137); JNJ-STELARA_002410786-97 (designated as plaintiffs' exhibit PX00354) (Ex. 139); JNJ-STELARA_003705334-481 (designated as plaintiffs' exhibit PX00405) (Ex. 140); JNJ-STELARA_003705739-6075 (designated as plaintiffs' exhibit PX00406) (Ex. 13 to J&J's Motion for Summary Judgment); and the U.S. Patent and Trademark Office's certified file wrapper for U.S. Patent Application No. 16/580,509 (issued as U.S. Patent No. 10,962,307) (January 26, 2024) (Ex. 106).

84.    Attached as **Exhibit 177** is a document comprised of true and accurate excerpts from the following documents as produced in this litigation: JNJ-STELARA_003705739-6075 (designated as plaintiffs' exhibit PX00406) (Ex. 13 to J&J's Motion for Summary Judgment); JNJ-STELARA_003705334-481 (designated as plaintiffs' exhibit PX00405) (Ex. 140); the Background section of the U.S. Patent and Trademark Office's certified file wrapper for U.S.

Patent Application No. 62/735,501 (designated plaintiffs' exhibit PX00197) (Ex. 141); the

Background section of U.S. Patent and Trademark Office's certified file wrapper for U.S. Patent

Application No. 16/580,509 (issued as U.S. Patent No. 10,962,307) (Ex. 106); and a comparison

of the Background of Invention sections of Patent Application Nos. 62/735,501 and 16/580,509,

designated as plaintiffs' exhibit PX00411 (Ex. 114).

      I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 17, 2025           Respectfully submitted,

                                         _____

Abbye R. K. Ognibene *(admitted pro hac vice)*
**HAGENS BERMAN SOBOL SHAPIRO LLP**
One Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel: (617) 475-1975
Fax: (617) 482-3003
abbyeo@hbsslaw.com

Dated: September 17, 2025

*/s/ William H. Monroe, Jr.*
William H. Monroe, Jr. (VSB No. 27441)
Marc C. Greco (VSB No. 41496)
Kip A. Harbison (VSB No. 38648)
Michael A. Glasser (VSB No. 17651)
**GLASSER AND GLASSER, P.L.C.**
Crown Center, Suite 600
580 East Main Street
Norfolk, VA 23510
Telephone: (757) 625-6787
bill@glasserlaw.com
marcg@glasserlaw.com
kip@glasserlaw.com
michael@glasserlaw.com

Thomas M. Sobol (*pro hac vice*)
Abbye R. K. Ognibene (*pro hac vice*)
Whitney E. Street (*pro hac vice*)

Rebekah Glickman-Simon (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
One Faneuil Hall Square, 5th Floor
Boston, MA 02109
Telephone: (617) 482-3700
tom@hbsslaw.com
abbyeo@hbsslaw.com
whitneyst@hbsslaw.com
rebekahgs@hbsslaw.com

Peter D. St. Phillip (*pro hac vice*)
Uriel Rabinovitz (*pro hac vice*)
Raymond Girnys (*pro hac vice*)
Noelle Ruggiero (*pro hac vice*)
Alexis Castillo (*pro hac vice*)
Thomas Griffith *(pro hac vice)*
Peyton A. Woodward *(pro hac vice)*
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
PStPhillip@lowey.com
URabinovitz@lowey.com
RGirnys@lowey.com
NRuggiero@lowey.com
ACastillo@lowey.com
tgriffith@lowey.com
pwoodward@lowey.com

John Radice (*pro hac vice*)
April Lambert (*pro hac vice*)
Kenneth Pickle (*pro hac vice*)
Charles Kopel (*pro hac vice*)
**RADICE LAW FIRM, P.C.**
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
jradice@radicelawfirm.com
alambert@radicelawfirm.com
kpickle@radicelawfirm.com
ckopel@radicelawfirm.com

*Counsel for Plaintiffs CareFirst of Maryland, Inc.,*
*Group Hospitalization and Medical Services, Inc.,*
*and CareFirst BlueChoice, Inc.*

-16-

**CERTIFICATE OF SERVICE**

I, William H. Monroe, Jr., certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record, and parties may access the filing through the Court's system.

Dated: September 17, 2025

/s/ *William H. Monroe, Jr.*
William H. Monroe, Jr.