# Exhibit 102

# (Sealed)