# Exhibit 109

# (Sealed)