# Exhibit 115

Message

---

**From:**       Nishimura, Rachel [JRDUS] [RNishim3@its.jnj.com]
**Sent:**        5/14/2021 5:01:51 PM
**To:**           STELARA CDT [DL-CNTUS-STELARA-CDT-Core@ITS.JNJ.COM]
**CC:**           Stelara PMT [DL-RNDUS-Stelara-PMT@ITS.JNJ.com]; Katakura, Ayumi [JANJP] [AKATAKUR@its.jnj.com]; Sheng, Jiayun [JRDCN] [JSheng12@its.jnj.com]; Le bars, Manuela [JACFR] [mlebars@its.jnj.com]; Simonson, Daiana [JANUS] [DSimonso@its.jnj.com]; Lenoir, Christelle [JACFR] [CLENOIR1@ITS.JNJ.com]
**Subject:**    Minutes Re: Stelara CDT May 12th
**Attachments:** 12May2021 Stelara CDT - Minutes.docx

Dear team,

The minutes from the CDT meeting are attached and also in the CDT OneNote accessible via the SharePoint homepage (LINK). Please let me know if you have any edits or comments.



Best,
Rachel

CONFIDENTIAL                                                                                JNJ-STELARA_002664263

# STELARA® Compound Development Team Meeting Minutes
## Wednesday, May 12, 2021
## 9:30am-11:30pm EST, 6:30-8:30pm PST, 3:30-5:30pm CET
## Virtual meeting – Zoom

| Core | | Extended – Agenda Driven | | | | Ad Hoc | | |
|---|---|---|---|---|---|---|---|---|
| Karyekar, Chetan | x | Adedokun, Joseph | x | Pincus, Yulia | x | | | |
| Baker, Tom | x | Brintnall, Marc | | Peterson, Steve | | | | |
| Daniel, Jasper | | Conklin, Laurie | x | Reber, Adrian | x | | | |
| Dichter, Eric | | Dieltiens, Tim | x | Rubenstein, Teresa | | | | |
| Lopez, Manny | x | Di, Jianing | | Tedino, Criselda | x | | | |
| Marano, Colleen | x | Fakharzadeh, Steve | | Volger, Sheri | x | | | |
| Naessens, Dominik | x | Heile, Jens | x | Yoshizawa, Katsunori | | | | |
| Nishimura, Rachel | x | Lomax, Kathleen | x | Zhang, Hong | | | | |
| Rowan, Camilla | x | Lynch, John | x | | | | | |
| Shields, Kim | | Muñoz, Ernesto | | | | | | |
| Tikhonov, Ilia | | Murai, Masako | x | | | | | |
| Zuraw, Qing | | Patel, Shivani | | | | | | |

**Endorse minutes (Rachel Nishimura)**
- The April minutes were endorsed by the CDT

**People, Accomplishments & Communications (Chetan Karyekar)**
- People: Sheri Volger - Stelara Pediatric IBD program Team Lead
- POWER (Ph3b IV re-induction in CD): 50% enrollment achieved on Apr 15th
- One-Press (Ph1 BE self-injection device): FPD achieved on May 4th
- China CD PAC study: Apr 27th IPC resulted in request to re-evaluate the business case. Positive business case is expected and follow-up to IPC targeted May 26th
- UNITI Jr (Ph3 pediatric CD): FPD achieved on Apr 28th
- REALITI (RWE pediatric CD): FDA feedback on SAP and use of ICN registry received May 5th. FDA continues to have concerns and team is discussing next steps
- jPsA: Positive pre-sBLA meeting with the FDA held on Apr 20th. US submission based on extrapolation of adult PsA and pediatric PsO targeted in early Oct

**DDW preview (Camilla Rowan)** [ HYPERLINK "https://jnj.sharepoint.com/:b:/r/teams/PMO/Prodtx/Stelara/CDT/CDT%20Meetings/2021%20CDT%20Meetings/May%2012,%202021%20Stelara%20CDT%20Meeting/Congress%20presence%20CDT%2013.5.21.pdf?csf=1&web=1" ]
- 20 abstracts accepted, 9 orals, 7 posters of distinction
- Links to resources will be shared with CDT
- Full CDT invited to Pre-Congress on May 19th

**CDT survey results (Rachel Nishimura)** [ HYPERLINK "https://jnj.sharepoint.com/:b:/r/teams/PMO/Prodtx/Stelara/CDT/CDT%20Meetings/2021%20CDT%20Meetings/May%2012,%202021%20Stelara%20CDT%20Meeting/Survey%20results%20STELARA%20CDT%20MAY%2012%202021.pdf?csf=1&web=1" ]
- Overall great results, intent to do survey every 6 months as a team health check
- Please contact Rachel if you would like to meet 1:1 to go over Roles & Responsibilities, anything CDT related, or have other questions/feedback/suggestions that you'd like to cover

**PVI update**

JNJ-STELARA_002664264

- Several biosimilars planning to enter the market after Stelara Loss of Exclusivity (planned US Sept 2023). Amgen is pursuing interchangeability which if granted will give them 1 year exclusivity on interchangeability
- Many PVI ideas have been considered. Four recommended ideas are 1. evidence generation on glycosylation and indication extrapolation, 2. payer strategy, 3. One-Press (device), and 4. POWER (secondary re-induction)

**One-Press CMC (Manny Lopez)** [ HYPERLINK
"https://jnj.sharepoint.com/:b:/r/teams/PMO/Prodtx/Stelara/CDT/CDT%20Meetings/2021%20CDT%20Meetings/May%2012,%202021%20Stelara%20CDT%20Meeting/STELARA%20One%20Press%20CDT%20Update%2012May2021.pdf?csf=1&web=1" ]

- Device overview, development activities and timeline shared
- BLA ready March 11, 2022 and MAA ready May 2, 2022. Stability data may be an area to save additional time (but won't know until end of year or early next year)
- Masako also shared challenges for the BE study that could impact timeline, including recruitment and bioanalysis.
- *Post-meeting note:* request for additional funds to support recruitment are within CDT freedom-to-operate and approved

**Get-to-know CDT members**

- Team spent some time getting to know a little more about Tim, Collen, and Yulia!

CONFIDENTIAL