# Exhibit 123

## (Redacted)

Message

---

**From:** Greenbaum, Linda [JRDUS] [lgreenba@ITS.JNJ.com]
**Sent:** 5/5/2014 8:05:14 PM
**To:** Strauss, Richard S. [JRDUS] [RStrauss@its.jnj.com]
**Subject:** RE: PTRS for Stelara PHase III

Ok. Sounds good.
Linda

---

**From:** Strauss, Richard S. [JRDUS]
**Sent:** Monday, May 05, 2014 3:00 PM
**To:** Greenbaum, Linda [JRDUS]
**Subject:** Re: PTRS for Stelara PHase III

Sean is at DDW.   Let's meet him in the marriot lobby at 545

On May 5, 2014, at 2:56 PM, "Greenbaum, Linda [JRDUS]" <lgreenba@ITS.JNJ.com> wrote:

Thanks Teresa,
Keep us posted!
Regards,
Linda

---

**From:** Rubenstein, Teresa [GCSOUS]
**Sent:** Monday, May 05, 2014 2:06 PM
**To:** Greenbaum, Linda [JRDUS]; Szapary, Philippe [JRDUS]; Strauss, Richard S. [JRDUS]
**Cc:** Silverman, Michael (GCSOUS)
**Subject:** RE: PTRS for Stelara PHase III

Terrific.  Thanks for taking the time to do this while you were at DDW.  As a heads up, this paired with the launch acceleration will likely make this a very attractive option financially…Safe travels!

CONFIDENTIAL