**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

|  |  |
|---|---|
| CAREFIRST OF MARYLAND, INC., GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., and CAREFIRST BLUECHOICE, INC., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>JOHNSON & JOHNSON and JANSSEN BIOTECH, INC.,<br><br>        Defendants. | Case No. 2:23-cv-00629-JKW-LRL |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL
(1) EXHIBITS TO THE DECLARATION OF ABBYE R. K. OGNIBENE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION SUMMARY JUDGMENT AND OPPOSITIONS TO DEFENDANTS' MOTIONS TO EXCLUDE CERTAIN EXPERT TESTIMONY,
(2) REDACTED PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT,
(3) REDACTED PORTIONS OF PLAINTIFFS' OPPOSITION TO J&J'S MOTION TO EXCLUDE PARTIALLY THE PROPOSED EXPERT TESTIMONY OF ROBERT BAHR,
(4) REDACTED PORTIONS PLAINTIFFS' OPPOSITION TO J&J'S MOTION TO EXCLUDE THE PROPOSED EXPERT TESTIMONY OF TODD CLARK,
(5) REDACTED PORTIONS OF PLAINTIFFS' OPPOSITION TO J&J'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. ARUNA DONTABHAKTUNI, AND
(6) REDACTED PORTIONS OF PLAINTIFFS' OPPOSITION TO J&J'S MOTION TO EXCLUDE PARTIALLY THE PROPOSED EXPERT TESTIMONY OF DR. NICOLE MAESTAS**

Plaintiffs CareFirst of Maryland, Inc., Group Hospitalization and Medical Services, Inc.,

and CareFirst BlueChoice, Inc., have filed a memorandum in opposition to J&J's motion for

summary judgment and eight memoranda in opposition to J&J's motions to exclude expert

testimony, all supported by one declaration (Declaration of Abbye R. K. Ognibene in Support of Plaintiffs' Opposition to Defendants' Motion Summary Judgment and Oppositions to Defendants' Motions to Exclude Certain Expert Testimony) and accompanying exhibits.  Plaintiffs file this motion seeking leave to file under seal exhibits from the declaration, as individually identified in the memorandum in support of this motion, redacted portions of the memorandum in opposition to J&J's motion for summary judgment, and redacted portions of four of the eight memoranda in opposition to J&J's motions to exclude expert testimony, as listed in the title above.

Pursuant to the Court's Order to Streamline the Sealing Process (ECF Doc. 390), the parties have conferred regarding whether to place documents and information designated as confidential under seal.  The parties have agreed to file a number of these exhibits under seal, file other documents on the public docket with redactions, and file other documents previously designated confidential on the public docket.

As referred to above, Plaintiffs will file a memorandum in support of this motion, wherein Plaintiffs will describe the information to be placed under seal and the grounds by which this motion is filed.  Plaintiffs will also file a separate Notice and Proposed Order.

WHEREFORE, the Plaintiffs respectfully ask the Court to maintain under seal:

(1) Exhibits 96-7, 99, 102, 109-13, 117, 124, 126, 128-9, 131-2, 137, 142, 153, 157, and 163-8 and the redacted portions of Exhibits 95, 98, 100, 103-5, 107, 122-3, 130, 133-6, 154, 160-1, 169, 171 and 176 to the Declaration of Abbye R. K. Ognibene in Support of Plaintiffs' Opposition to Defendants' Motion Summary Judgment and Oppositions to Defendants' Motions to Exclude Certain Expert Testimony;

(2) Redacted Portions of Plaintiffs' Opposition to Defendants' Motion Summary Judgment;

(3) Redacted Portions of Plaintiffs' Opposition to J&J's Motion to Exclude Partially the Proposed Expert Testimony of Robert Bahr;

(4) Redacted Portions of Plaintiffs' Opposition to J&J's Motion to Exclude the Proposed Expert Testimony of Todd Clark;

(5) Redacted Portions of Plaintiffs' Opposition to J&J's Motion to Exclude the Proposed Expert Testimony of Dr. Aruna Dontabhaktauni; and

(6) Redacted Portions of Plaintiffs' Opposition to J&J's Motion to Exclude the Proposed Expert Testimony of Dr. Nicole Maestas.

Dated: September 17, 2025                    Respectfully submitted,

                                             */s/ William H. Monroe, Jr.*
                                             William H. Monroe, Jr. (VSB No. 27441)
                                             Marc C. Greco (VSB No. 41496)
                                             Kip A. Harbison (VSB No. 38648)
                                             Michael A. Glasser (VSB No. 17651)
                                             **GLASSER AND GLASSER, P.L.C.**
                                             Crown Center, Suite 600
                                             580 East Main Street
                                             Norfolk, VA 23510
                                             Telephone: (757) 625-6787
                                             bill@glasserlaw.com
                                             marcg@glasserlaw.com
                                             kip@glasserlaw.com
                                             michael@glasserlaw.com

                                             Thomas M. Sobol (*pro hac vice*)
                                             Abbye R. K. Ognibene (*pro hac vice*)
                                             Whitney E. Street (*pro hac vice*)
                                             Rebekah Glickman-Simon (*pro hac vice*)
                                             **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                             One Faneuil Hall Square, 5th Floor
                                             Boston, MA 02109
                                             Telephone: (617) 482-3700
                                             tom@hbsslaw.com
                                             abbyeo@hbsslaw.com
                                             whitneyst@hbsslaw.com
                                             rebekahgs@hbsslaw.com

                                             Peter D. St. Phillip (*pro hac vice*)
                                             Uriel Rabinovitz (*pro hac vice*)
                                             Raymond Girnys (*pro hac vice*)
                                             Noelle Ruggiero (*pro hac vice*)
                                             Alexis Castillo (*pro hac vice*)
                                             Thomas Griffith *(pro hac vice)*
                                             Peyton A. Woodward *(pro hac vice)*

3

**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
PStPhillip@lowey.com
URabinovitz@lowey.com
RGirnys@lowey.com
NRuggiero@lowey.com
ACastillo@lowey.com
tgriffith@lowey.com
pwoodward@lowey.com

John Radice (*pro hac vice*)
April Lambert (*pro hac vice*)
Kenneth Pickle (*pro hac vice*)
Charles Kopel (*pro hac vice*)
**RADICE LAW FIRM, P.C.**
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
jradice@radicelawfirm.com
alambert@radicelawfirm.com
kpickle@radicelawfirm.com
ckopel@radicelawfirm.com

*Counsel for Plaintiffs CareFirst of Maryland, Inc.,
Group Hospitalization and Medical Services, Inc.,
and CareFirst BlueChoice, Inc.*

4

## CERTIFICATE OF SERVICE

I, William H. Monroe, Jr., certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record, and parties may access the filing through the Court's system.

Dated: September 17, 2025                    */s/ William H. Monroe, Jr.*
                                             William H. Monroe, Jr.