**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| CAREFIRST OF MARYLAND, INC., GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., and CAREFIRST BLUECHOICE, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON and JANSSEN BIOTECH, INC.,<br><br>Defendants. | Case No. 2:23-cv-00629-JKW-LRL<br><br>Judge Jamar K. Walker<br><br>Magistrate Judge Lawrence R. Leonard |

**DECLARATION OF KATHERINE UNGER DAVIS IN SUPPORT OF DEFENDANTS JOHNSON & JOHNSON AND JANSSEN BIOTECH, INC.'S REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

KATHERINE UNGER DAVIS hereby declares pursuant to 28 U.S.C. § 1746 as follows:

I am a partner at the law firm Dechert LLP ("Dechert") and counsel to Johnson & Johnson and Janssen Biotech, Inc. (collectively, "J&J"). I am a member of the bar of the State of Pennsylvania and have been admitted *pro hac vice* to this Court. I submit this Declaration in support of J&J's Reply Memorandum of Law in Support of Their Motion for Summary Judgment. I have personal knowledge of the facts asserted herein and could testify to those facts if called to do so.

1. Attached as Exhibit 73 is a true and correct copy of an excerpt from the transcript of the May 14, 2025 deposition of Luis Ralat in this litigation.

2. Attached as Exhibit 74 is a true and correct copy of highlighted excerpts from U.S. Patent Application No. 16/580,509 and U.S. Patent No. 10.961,307.

3. Attached as Exhibit 75 is a true and correct copy of Appendix A regarding search terms to a letter from Hannah Brennan to Katherine Unger Davis and Julia Chapman dated September 4, 2024.

4. Attached as Exhibit 76 is a true and correct copy of a letter from Katherine Unger Davis to Abbye R. Ognibene dated November 26, 2024.

5. Attached as Exhibit 77 is a true and correct copy of an excerpt from the transcript of the March 20, 2025 deposition of Breanna Burkes in this litigation.

6. Attached as Exhibit 78 is a true and correct copy of the production of Dr. Thomas Ochsenkühn received by J&J February 5, 2025 bates labelled Dr.Ochsenkühn000001-Dr.Ochsenkühn000065.

7. Attached as Exhibit 79 is a true and correct copy of an email chain between Judah Bellin and Hannah Brennan regarding J&J 30(b)(6) testimony dated April 30, 2025 and attaching a revised draft of the joint stipulation.

8. Attached as Exhibit 80 is a true and correct copy of an excerpt from the transcript of the February 25, 2025 deposition of Denise DeFranco in this litigation.

9. Attached as Exhibit 81 is a true and correct copy of excerpts from J&J Privilege Logs 4 & 5 dated December 6, 2024.

10. Attached as Exhibit 82 is a true and correct copy of a letter from Hannah Brennan to Julia Chapman and Katherine Unger Davis dated June 11, 2024.

Dated: October 13, 2025

Respectfully submitted,

*/s/ Katherine Unger Davis*
Katherine Unger Davis *(pro hac vice)*
**DECHERT LLP**
Cira Centre, 2929 Arch Street

Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax: (215) 994-2222
katherine.ungerdavis@dechert.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2025, I caused to be served a copy of the foregoing Declaration in Support of J&J's Reply Memorandum of Law in Support of Their Motion for Summary Judgment on all counsel of record via the Court's CM/ECF system.

*/s/ Christina Guerola Sarchio*
Christina Guerola Sarchio, Esq.
VSB No. 87166
**DECHERT LLP**
1900 K Street, NW
Washington, DC 20006
Tel.: (202) 261-3300
Fax: (202) 261-3333
christina.sarchio@dechert.com

*Counsel for Defendants Johnson & Johnson and Janssen Biotech, Inc.*