UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| CAREFIRST OF MARYLAND, INC., GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., and CAREFIRST BLUECHOICE, INC., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHNSON & JOHNSON and JANSSEN BIOTECH, INC.,<br><br>    Defendants. | Case No. 2:23-cv-00629-JKW-LRL<br><br>Judge Jamar K. Walker<br><br>Magistrate Judge Lawrence R. Leonard |

**DECLARATION OF AMANDA K. ANTONS IN SUPPORT OF DEFENDANTS JOHNSON & JOHNSON AND JANSSEN BIOTECH, INC.'S MOTION IN LIMINE NO. 7 TO PRECLUDE EVIDENCE RELATING TO THE INVENTORS' PATH TO THE INVENTION AND J&J'S AND THE INVENTORS' <u>SUBJECTIVE EXPECTATIONS</u>**

AMANDA K. ANTONS hereby declares pursuant to 28 U.S.C. § 1746 as follows:

I am a partner at the law firm Dechert LLP ("Dechert") and counsel to Johnson & Johnson and Janssen Biotech, Inc. (collectively, "J&J"). I am a member of the bar of the State of Illinois and have been admitted *pro hac vice* to this Court. I submit this Declaration in support of J&J's Motion in Limine No. 7 to Preclude Evidence Relating to the Inventors' Path to the Invention and J&J's and the Inventors' Subjective Expectations. I have personal knowledge of the facts asserted herein and could testify to those facts if called to do so.

    1.    Attached as Exhibit 1 is a true and correct copy of excerpts of the April 24, 2025 Expert Report of Byron Cryer, M.D.

    2.    Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 10,961,307.

3. Attached as Exhibit 3 is a true and correct copy of a clinical trial protocol for NCT02407236, publicly available at:

https://cdn.clinicaltrials.gov/large-docs/36/NCT02407236/Prot_000.pdf.

4. Attached as Exhibit 4 is a true and correct copy of excerpts of the transcript of the February 13, 2025 deposition of Colleen Marano, Ph.D.

5. Attached as Exhibit 5 is a true and correct copy of a Notices of References Cited document from the file history of U.S. Patent No. 10,961,307.

6. Attached as Exhibit 6 is a true and correct copy of record version 50, dated December 20, 2019, of ClinicalTrials.gov NCT02407236, available at https://clinicaltrials.gov/study/NCT02407236?tab=history&a=50#document-section-card.

7. Attached as Exhibit 7 is a true and correct copy of excerpts of the transcript of the January 16, 2025 deposition of Richard Strauss, M.D.

8. Attached as Exhibit 8 is a true and correct copy of a document produced with a Bates beginning JNJ-STELARA_002448281.

9. Attached as Exhibit 9 is a true and correct copy of an October 2020 response to an examiner's rejection, which is a document from the file history of U.S. Patent No. 10,961,307.

10. Attached as Exhibit 10 is a true and correct copy of excerpts of the transcript of the February 20, 2025 deposition of Eric Dichter.

11. Attached as Exhibit 11 is a true and correct copy of excerpts of the April 28, 2025 Rebuttal Expert Report of Dr. Sue Lim.

12. Attached as Exhibit 12 is a true and correct copy of excerpts of the March 3, 2025 Opening Expert Report of Paul Warfield, M.D.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of November, 2025, in Lake Forest, IL.

                                                 */s/ Amanda K. Antons*

                                                 Amanda K. Antons *(pro hac vice)*
                                                 **DECHERT LLP**
                                                 Tel.: (312) 646 5822
                                                 Amanda.antons@dechert.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2025, I caused to be served a copy of the foregoing Declaration in Support of J&J's Motion in Limine No. 7 to Preclude Evidence Relating to the Inventors' Path to the Invention and the Inventors' Subjective Expectations on all counsel of record via the Court's CM/ECF system.

*/s/ Christina Guerola Sarchio*
Christina Guerola Sarchio, Esq.
VSB No. 87166
**DECHERT LLP**
1900 K Street, NW
Washington, DC 20006
Tel.: (202) 261-3300
Fax: (202) 261-3333
christina.sarchio@dechert.com

*Counsel for Defendants Johnson & Johnson and Janssen Biotech, Inc.*