# EXHIBIT 5

| | | Application/Control No. 16/580,509 | Applicant(s)/Patent Under Reexamination Johans et al. |
|---|---|---|---|
| *Notice of References Cited* | | Examiner ROBERT S LANDSMAN | Art Unit 1647 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| | A | | | | | |
| | B | | | | | |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| * | U | https://www.ema.europa.eu/en/medicines/human/EPAR/stelara. Accessed from the internet 7/13/20. Date provided by GOOGLE search - Jan 15. 2009 |
| * | V | https://clinicaltrials.gov/ct2/show/NCT02407236. Accessed from the internet 7/13/20 |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)  **Notice of References Cited**  Part of Paper No. 20200710