# EXHIBIT 9

JBI6010USNP1
Application No.: 16/580,509

## REMARKS

Claims 1-33 stand rejected. Claims 1, 4-8, 10, 19, 24-31 and 33 have been amended and claim 35 has been added. The claim amendments are supported by the specification and original claims and no new matter has been added. Claims 1-33 and 35 are pending in the application.

## Interview Summary

Applicant acknowledges with appreciation the courtesy shown its representative during telephone interview with Examiner Landsman on October 5 and 13, 2020. During those interviews, Examiner Landsman and Applicant's representative discussed what subject matter would likely be allowable in this application.

## Objection to Claims

Claims 8 and 19 were objected to for minor informalities. In response, Applicant submits that claims 8 and 19 have been amended to more clearly define the invention and the informalities have been corrected, rendering moot the grounds for objection.

## Rejection Under 35 U.S.C. § 112(b) or 35 U.S.C. § 112 (pre-AIA), Second Paragraph

Claims 4-6, 10, 19 and 24-31 stand rejected under 35 U.S.C. § 112(b) or 35 U.S.C. § 112 (pre-AIA), second paragraph, for alleged indefiniteness. In response, Applicant submits that claims 1, 4-8, 10, 19, 24-31 and 33 have been amended to more clearly define the invention. The claim amendments are supported by the specification and original claims and no new matter has been added. The claim amendments render moot the grounds for rejection and in view of the foregoing, Applicant respectfully requests withdrawal of this rejection.

## Rejection Under 35 U.S.C. § 102/103

Claims 1-33 stand rejected under 35 U.S.C. § 102(a)(1) for allegedly being anticipated by or, in the alternative, under 35 U.S.C. § 103 as obvious in view of ClinicalTrails.gov entry NCT02407236 ("hereinafter referred to as "CT"). In response, Applicant submits that the claims 1-33 and 35 are not anticipated or rendered obvious by the CT reference. In particular, claim 1, as amended, recites:

> A method of treating moderately to severely active ulcerative colitis (UC) in a subject in need thereof, comprising administering to the subject a pharmaceutical composition comprising a clinically proven safe and clinically proven effective amount of an anti-IL-12/IL-23p40 antibody, wherein the antibody comprises a heavy chain variable region and a light chain variable region, the heavy chain variable region comprising: a complementarity determining region heavy chain 1 (CDRH1) amino acid sequence of SEQ ID NO:1; a CDRH2 amino acid sequence of SEQ ID

JBI6010USNP1
Application No.: 16/580,509

> NO:2; and a CDRH3 amino acid sequence of SEQ ID NO:3; and the light chain variable region comprising: a complementarity determining region light chain 1 (CDRL1) amino acid sequence of SEQ ID NO:4; a CDRL2 amino acid sequence of SEQ ID NO:5; and a CDRL3 amino acid sequence of SEQ ID NO:6, wherein after treating with the antibody, <u>the subject is a responder to treatment by at least one measure of response to treatment selected from the group consisting of: (i) having a clinical remission based on at least one of the global definition of clinical remission with Mayo score ≤ 2 points with no individual subscore > 1 and the US definition of clinical remission with absolute stool number ≤ 3, rectal bleeding subscore of 0 and Mayo endoscopy subscore of 0 or 1, (ii) having an endoscopic healing with a Mayo endoscopy subscore of 0 or 1, (iii) achieving a clinical response based on the Mayo endoscopy subscore, (iv) having a change from baseline in Inflammatory Bowel Disease Questionnaire (IBDQ) score, (v) having a mucosal healing, (vi) having a decrease from baseline in Mayo score, and (vii) in clinical response as determined by a decrease from baseline in the Mayo score by ≥30% and ≥3 points and a decrease from baseline in the rectal bleeding subscore ≥1 points or a rectal bleeding subscore of 0 or 1</u>. (emphasis added)

The initial posting of the CT reference (April 2, 2015 according to the www.clinicaltrials.gov record) is limited to certain elements describing the clinical trial to be performed; it does not disclose or suggest the subject matter of the claims, i.e., treating moderately to severely active ulcerative colitis in a subject with the recited antibody, wherein the subject is a responder to treatment based on achieving a measure of response as recited in the claims.

As of the September 24, 2018 filing date of U.S. Provisional Application No. 62/735,501 to which the present application claims priority, the CT reference did not include any clinical trial results. The CT reference indicates that the results of the clinical trial were first posted December 23, 2019, after the filing date of the present application and the priority dates to which it is entitled. Due to the uncertainty of clinical outcomes and the failure of numerous medicines to satisfy designated clinical trial endpoints, the posting of elements of a clinical trial in advance of conduct of the trial do not anticipate or render obvious the subject matter of the claims. In view of the foregoing, Applicant respectfully requests withdrawal of this rejection.

Applicant would like to clarify that the Prior Art of Interest Not Relied Upon consisting of the Stelara – European Medicines Agency (EMA) website record does not disclose or suggest the claimed subject matter. The January 15, 2009 date listed for the EMA website record corresponds to the initial approval of Stelara in the psoriasis indication and, as of that date, did not disclose or suggest the subject matter of the claims for treatment of moderately to severely active ulcerative colitis. The EMA website Stelara record appears to have been updated to include information on the approval of Stelara (ustekinumab) in moderately to severely active ulcerative colitis in September, 2019, after the priority dates to which the present application is entitled.

9

JBI6010USNP1
Application No.: 16/580,509

    Applicant respectfully submits that application is in condition for allowance and invites the Examiner to confer with Applicant's undersigned attorney for an interview on the merits prior to issuing any further rejections or objections or should any further information be required.

    Respectfully submitted,

    /Eric Dichter/

**Eric Dichter**
**Attorney for Applicant**
**Reg. No. 41,708**

One Johnson & Johnson Plaza
New Brunswick, NJ 08933-7003
Telephone: 215-628-7966
Date: 16 October 2020

10