# EXHIBIT 11

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| CAREFIRST OF MARYLAND, INC., GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., CAREFIRST BLUECHOICE, INC., and CFA, LLC d/b/a CAREFIRST ADMINISTRATORS, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>JOHNSON & JOHNSON and JANSSEN BIOTECH, INC.,<br><br>　　　　Defendants. | Case No. 2:23-cv-00629-JKW-LRL<br><br>**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY** |

## REBUTTAL EXPERT REPORT OF DR. SUE LIM

April 28, 2025

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

113. It is reported that the general likelihood of a Phase 3 clinical trial succeeding was around 58-59% across all drugs in the mid-late 2010s, the same timeframe during which the ustekinumab Phase 3 trial occurred.[76] The Phase 3 success rate for biologics, which include antibody treatments such as ustekinumab, similarly ranges from roughly 56% to 68%.[77] In addition, for autoimmune diseases, which would include ulcerative colitis, the Phase 3 success rate is 68.4%.[78] Thus, in general, there is a significant proportion of Phase 3 clinical trials that do not succeed, and consequently, there is risk when undertaking a Phase 3 clinical trial. To mitigate some of this risk, most drug developers conduct a Phase 2 clinical trial in advance of conducting a Phase 3 clinical trial.

114. In my opinion, the risks of bypassing Phase 2 and going straight to Phase 3 are substantial, even when the drug has previously been approved for a different indication. This is because each disease is different. Just because a drug is safe and effective for one condition does not mean it will be safe and effective for another. Skipping Phase 2 means missing a key step where dosing is typically refined, early signs of effectiveness are tested, and potential safety issues are identified. Without this step, a Phase 3 trial carries an even greater risk of failing to meet primary efficacy endpoints, unexpected side effects, and regulatory challenges.[79] It is my opinion that a reasonable pharmaceutical company would anticipate uncertainty with a Direct-to-Phase 3 clinical trial studying an additional indication for an already-approved drug.

115. My opinion is supported by examples of Applicants who have undertaken a Direct-to-Phase 3 strategy after having their product approved for one indication only to see their product fail in the Phase 3 trial for the subsequent indication, even when preliminary data indicated a promising result in Phase 3. I describe these examples below:

---

[76] *See* Takebe et al., *The Current Status of Drug Discovery and Development as Originated in United States Academia: The Influence of Industrial and Academic Collaboration on Drug Discovery and Development*, Clin. Transl. Sci. (2018) 11, 597-606 (observing a "59%" success rate "at Phase III"); Mullard, A., *Parsing clinical success rates*, 15 Nature Reviews Drug Discovery 447 (2016) (noting a probability of success of "58% in Phase III trials").

[77] *Clinical Development Success Rates 2006-2015*, BIO Report 2016 at 20 (noting that "57.2%" of biologic Phase 3 trials proceed to BLA); *see also Clinical Development Success Rates and Contributing Factors 2011-2020*, BIO 2021 Report at 15 (stating a "56.7%" rate for biologics from Phase 3 to BLA); *id.* at 17 (68.1% success rate for monoclonal antibodies from Phase 3 to BLA); Hay et al., *Clinical development success rates for investigational drugs*, 32 Nature Biotechnology 40, 45-46 (2014) ("63.2%" success rate for Phase 3 to BLA for "Biologics" for "All indications").

[78] Hay et al., *Clinical development success rates for investigational drugs*, 32 Nature Biotechnology at 46.

[79] I note that this conclusion is in contrast with J&J's PTRS values, which, as I discuss further below, are an unreliable measure of the probability of phase 3 success or of obtaining FDA approval.

I affirm that the foregoing statement is true and correct to the best of my knowledge and belief.

Dated: April 28, 2025

_____
Dr. Sue Lim