# EXHIBIT 12

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| CAREFIRST OF MARYLAND, INC., GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., and CAREFIRST BLUECHOICE, INC., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>JOHNSON & JOHNSON and JANSSEN BIOTECH, INC.<br><br>        Defendants. | Civil Action No. 2:23-cv-00629-JKW-LRL |

**OPENING EXPERT REPORT OF PAUL WARFIELD, M.D.**

**Submitted March 3, 2025**

**HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY INFORMATION**

### XIV. GIVEN THE LANGUAGE OF NCT-236, IT WAS PROBABLE THAT USTEKINUMAB WOULD HAVE TREATED U.C. BASED ON THE SEVEN ENDPOINTS SPECIFIED IN THE CLAIMS OF THE '307 PATENT.

#### 1. NCT-236

149. NCT-236 is a clinical study undertaken by Janssen Research and Development, entitled "A Study to Evaluate the Safety and Efficacy of Ustekinumab Induction and Maintenance Therapy in Participants with Moderately to Severely Active Ulcerative Colitis (UNIFI)."[96]

150. I understand based on my review of the clinicaltrials.gov website, that the full phase 3 protocol for NCT-236 was not publicly available as of September 24, 2018. The clinicaltrials.gov posting did include a number of primary and secondary outcome measures (endpoints).

151. The posting includes the following outcome measures:

    a) Induction Study - Number of Participants With Clinical Remission

152. The global definition of Clinical remission is defined as Mayo score less than or equal to (<=) 2 points, with no individual subscore greater than (>) 1, for countries outside the United States (US). For the US, clinical remission is defined as absolute stool number <=3, a rectal bleeding subscore of 0, and a Mayo endoscopy subscore of 0 or 1. The Mayo score is a tool designed to measure disease activity for ulcerative colitis. The Mayo score ranges from 0 to 12 points and consists of 4 subscores (stool frequency, rectal bleeding, findings on flexible sigmoidoscopy and physician's global assessment), each subscore is graded from 0 to 3 with the higher score indicating more severe disease activity.

    b) Maintenance Study - Number of Participants with Clinical Remission Among Participants in Clinical Response to IV Ustekinumab Induction Treatment

---

[96] *See* Note 2 *supra*.

March 3, 2025

Paul B. Warfield, MD, AGAF