UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| CAREFIRST OF MARYLAND, INC., GROUP HOSPITALIZATION AND MEDICAL SERVICES, INC., and CAREFIRST BLUECHOICE, INC., on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>JOHNSON & JOHNSON and JANSSEN BIOTECH, INC.<br><br>       Defendants. | Case No. 2:23-cv-00629-JKW-LRL |

**[PROPOSED] ORDER GRANTING DEFENDANTS JOHNSON & JOHNSON AND JANSSEN BIOTECH, INC.'S MOTION IN LIMINE NO. 7 TO PRECLUDE EVIDENCE RELATING TO THE INVENTORS' PATH TO THE INVENTION AND J&J'S AND THE INVENTORS' SUBJECTIVE EXPECTATIONS**

Upon consideration of Defendants' Motion in Limine No. 7 to Preclude Evidence Relating to the Inventors' Path to the Invention and J&J's and the Inventors' Subjective Expectations, all pleadings relating to the Motion, the declaration of Amanda K. Antons and the exhibits thereto, all other briefing and materials submitted in connection with this Motion, and any argument made in connection with this Motion, IT IS HEREBY ORDERED that the Motion is GRANTED and, pursuant to Federal Rules of Evidence 402 and 403, Plaintiffs are precluded from offering any testimony, evidence, or argument relating to (1) the path the inventors took to develop the invention described and claimed in U.S. Patent No. 10,961,307 (the "'307 Patent"), (2) J&J's and the inventors' expectations concerning whether the claimed invention of the '307 Patent would

succeed, including J&J's and the inventors' expectations concerning the UNIFI Phase III clinical trial.

**SO ORDERED.**

Dated: _____, 2025

_____
District Judge/Magistrate Judge
United States District Court
Eastern District of Virginia