**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

CAREFIRST OF MARYLAND, INC.,
GROUP HOSPITALIZATION AND
MEDICAL SERVICES, INC., and
CAREFIRST BLUECHOICE, INC., on
behalf of themselves and all others similarly
situated,

                    Plaintiffs,

         v.

JOHNSON & JOHNSON and JANSSEN
BIOTECH, INC.,

                    Defendants.

Civil Action No. 2:23-cv-00629

District Judge Jamar K. Walker

Magistrate Judge Lawrence R. Leonard

**PLAINTIFFS' MOTION *IN LIMINE* NO. 1**
**TO PRECLUDE J&J FROM OFFERING CERTAIN ARGUMENT AND EVIDENCE ON**
**TOPICS FOR WHICH J&J WITHHELD DISCOVERY BASED ON THE ATTORNEY-**
**CLIENT PRIVILEGE**

For the reasons set forth in the accompanying memorandum of law in support of this

motion, the plaintiffs request that Johnson & Johnson and Janssen Biotech, Inc. (collectively,

J&J) be precluded from presenting argument or evidence at trial about the following topics based

on J&J's assertion of attorney-client privilege during discovery:

1.      The views and/or beliefs of any inventor, patent agent, or patent prosecutor

associated with U.S. Patent No. 10,961,307 (the '307 patent) regarding the materiality of

documents not provided to the U.S. Patent and Trademark Office during prosecution of the '307

patent. For clarity, the '307 patent inventors, patent agents, and/or patent prosecutors include

Eric Dichter (patent prosecutor), Luis Ralat (patent agent), Kimberly Shields-Tuttle (inventor),

Katherine Li (inventor), Richard Strauss (inventor), Jewel Johanns (inventor), Colleen Marano

- 1 -

(inventor), Hongyan Zhang (inventor), Christopher O'Brien (inventor), and Omoniyi Adedokun (inventor). As used in this motion, "materiality" includes its meaning under both 37 C.F.R. § 1.56(b) and *Walker Process Equipment., Inc. v. Food Machinery Corp.*, 382 U.S. 172 (1965). "Documents not provided to the U.S. Patent and Trademark Office" means any materials submitted to the FDA regarding J&J's Phase III clinical trial of ustekinumab to treat ulcerative colitis (NCT 236) and any version (including posters, abstracts, summaries, or later versions of or updates to the same study) of the following:

a. Thomas Ochsenkühn, et al., *P759 Ustekinumab as Rescue Treatment in Therapy-Refractory or -Intolerant Ulcerative Colitis*, 12 J. Crohn's & Colitis S495 (2018) (the Ochsenkühn Study);

b. Antonios G.A. Kolios, et al., *Paradoxical Ulcerative Colitis During Adalimumab Treatment of Psoriasis Resolved by Switch to Ustekinumab*, 178 Brit. J. Dermatology 551 (2018) (the Kolios Study);

c. L. Senra Afonso, et al., *CP-202 Ustekinumab Treatment in Refractory Inflammatory Bowel Disease*, 24 Eur. J. Hosp. Pharmacy (2017) (the Afonso Study);

d. L. Jostins, et al., *Host-Microbe Interactions Have Shaped the Genetic Architecture of Inflammatory Bowel Disease*, 491 Nature 7422 (2012) (the Jostins Study); and/or

e. A. Granlund., et al., *Whole Genome Gene Expression Meta-Analysis of Inflammatory Bowel Disease Colon Mucosa Demonstrates Lack of Major Differences between Crohn's Disease and Ulcerative Colitis*, 8 PloS One 2 (2013) (the Granlund Study).

2. Any conversations between the '307 patent inventors and the patent agents and/or patent prosecutors, as defined above, regarding any of the "documents not provided to the U.S. Patent and Trademark Office" as defined above.

3. Whether any J&J patent agent, patent prosecutor, attorney, outside counsel, or outside consultant searched for, found, knew of, and/or withheld any version of (including

posters, abstracts, summaries, or later versions of or updates to the same study) the Ochsenkühn Study, the Kolios Study, and the Afonso Study.

4.      The subjective views and/or beliefs of any J&J employee, and/or any attorney representing J&J or providing J&J legal advice, concerning: (1) the strengths and/or weaknesses of the '307 patent; and (2) the likelihood that the '307 patent would be upheld or invalidated in *inter partes* review petitions before the U.S. Patent and Trademark Office or litigation.

5.      When J&J employees or attorneys first became aware of: (1) the fact that J&J acquired U.S. Patent No. 8,852,889 (the '899 Patent), U.S. Patent No. 9,217,168 (the '168 Patent), U.S. Patent No. 9,475,858 (the '858 Patent), and U.S. Patent No. 9,663,810 (the '810 Patent) (collectively, the "Momenta Patents"); (2) the content of any of the Momenta Patents; and/or (3) the potential use of the Momenta Patents to sue or threaten to sue any biosimilar manufacturers.

Dated: November 4, 2025                              Respectfully submitted,

/s/ *Marc C. Greco*
Marc C. Greco (VSB No. 41496)
William H. Monroe, Jr. (VSB No. 27441)
Kip A. Harbison (VSB No. 38648)
Michael A. Glasser (VSB No. 17651)
**GLASSER AND GLASSER, P.L.C.**
Crown Center, Suite 600
580 East Main Street
Norfolk, VA 23510
Telephone: (757) 625-6787
bill@glasserlaw.com
marcg@glasserlaw.com
kip@glasserlaw.com
michael@glasserlaw.com

Thomas M. Sobol (*pro hac vice*)
Hannah W. Brennan (*pro hac vice*)
Abbye R. K. Ognibene (*pro hac vice*)
Whitney E. Street (*pro hac vice*)

Rebekah Glickman-Simon (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
One Faneuil Hall Square, 5th Floor
Boston, MA 02109
Telephone: (617) 482-3700
tom@hbsslaw.com
hannahb@hbsslaw.com
abbyeo@hbsslaw.com
whitneyst@hbsslaw.com
rebekahgs@hbsslaw.com

Peter D. St. Phillip (*pro hac vice*)
Uriel Rabinovitz (*pro hac vice*)
Raymond Girnys (*pro hac vice*)
Noelle Ruggiero (*pro hac vice*)
Alexis Castillo (*pro hac vice*)
Thomas Griffith *(pro hac vice)*
Peyton A. Woodward (*pro hac vice)*
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
PStPhillip@lowey.com
URabinovitz@lowey.com
RGirnys@lowey.com
NRuggiero@lowey.com
ACastillo@lowey.com
tgriffith@lowey.com
pwoodward@lowey.com

John Radice (*pro hac vice*)
April Lambert (*pro hac vice*)
Kenneth Pickle (*pro hac vice*)
Charles Kopel (*pro hac vice*)
**RADICE LAW FIRM, P.C.**
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
jradice@radicelawfirm.com
alambert@radicelawfirm.com
kpickle@radicelawfirm.com
ckopel@radicelawfirm.com

*Counsel for Plaintiffs CareFirst of Maryland, Inc.,
Group Hospitalization and Medical Services, Inc.,
and CareFirst BlueChoice, Inc.*

- 4 -

- 5 -

**CERTIFICATE OF SERVICE**

I, Marc C. Greco, certify that, on this date, the foregoing document was filed

electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel

of record, and parties may access the filing through the Court's system.

Dated: November 4, 2025                    */s/ Marc C. Greco*
                                           Marc C. Greco