# Civil Minutes

**Time Set:**        9:30 a.m.

**Start Time:**      9:30-10:53
                     11:18- 11:50
                     11:55-1:03

**End Time:**        2:08 – 3:18

| | | |
|---|---|---|
| Carefirst of Maryland, Inc., et al | Civil Case Number: | 2:23cv629 |
| ( X ) Plaintiff  (   ) Government | Date: | 12/16/25 |
| vs. | Presiding Judge: | Lawrence R. Leonard |
| | Court Reporter | Jody Stewart, OCR |
| Johnson & Johnson, et al | Courtroom Deputy: | L. Woodcock |
| Defendant(s) | | |

**Proceedings:**

This matter came before the Court for multiple Motions to Exclude Expert Testimony (ECF 425, 427, 429, 431, 433, 437, 439, 445, 447 and 452). Abbye Ognibene, William Monroe, Hannah Brennan, Peter St. Phillip, Thomas Sobol and Uriel Rabinovitz and appeared on behalf of Plaintiffs. George Gordon, Christina Sarchio, Amanda Antons, Julia Chapman and Katherine Davis appeared on behalf of Defendants.

The Motion for Partial Summary Judgment was ruled on by Judge Walker on 12/15/25. The Court offers to continue this hearing until after the settlement conference if the parties would like the extra time and both sides are willing to proceed today.

The Court begins with questions as to Dr. Warfield (ECF 433). Responses by Ms. Ognibene and Mr. Gordon heard.

(A recess was taken 10:53-11:18.)

The Court continues with questions as to Dr. Cryer (ECF 445) with argument by Mr. Gordon and Ms. Ognibene.

(A brief recess was taken. 11:50-11:55)

Continued argument by the parties.

The Court questions why Dr. Dontabhaktuni's opinions are relevant anymore. Ms. Brennan and Mr. Gordon respond to comments and questions by the Court.

(A lunch recess was taken 1:03-2:08)

After the break, the Court addresses Motion 437 and Dr. Matocvik with argument by Ms. Ognibene and Ms. Antons as well as Motion 439 and Mr. Bahr.

The Court to issue Order shortly.

Court in recess.