**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

CAREFIRST OF MARYLAND, INC.,
GROUP HOSPITALIZATION AND
MEDICAL SERVICES, INC., and
CAREFIRST BLUECHOICE, INC., on
behalf of themselves and all others similarly
situated,

        Plaintiffs,

        v.

JOHNSON & JOHNSON and JANSSEN
BIOTECH, INC.,

        Defendants.

Case No. 2:23-cv-00629-JKW-LRL

Judge Jamar K. Walker

Magistrate Judge Lawrence R. Leonard

**JOINT MOTION FOR ENTRY OF FINAL JUDGMENT UNDER
<u>FEDERAL RULE OF CIVIL PROCEDURE 58</u>**

Plaintiffs CareFirst of Maryland, Inc., Group Hospitalization and Medical Services, Inc.,

and CareFirst BlueChoice, Inc., on behalf of themselves and the certified class they represent

(collectively, "CareFirst"), and Defendants Johnson & Johnson and Janssen Biotech, Inc.

(collectively, "J&J") respectfully submit this joint motion for entry of final judgment under

Federal Rule of Civil Procedure 58. The parties seek entry of final judgment because, as a

practical matter, the December 15, 2025 order on summary judgment (ECF No. 794) and the

January 14, 2026 order on J&J's motion for reconsideration (ECF No. 887) dispose of Plaintiffs'

claims in their entirety.

CareFirst's claims that J&J unlawfully delayed the entry of biosimilar versions of Stelara

are based on allegations relating to (1) J&J's acquisition of U.S. Patent No. 8,852,889, U.S.

2

Patent No. 9,217,168, U.S. Patent No. 9,475,858, and U.S. Patent No. 9,663,810 (collectively, the "Momenta Patents"), (2) J&J's alleged fraudulent acquisition of U.S. Patent No. 10,961,307 (the "'307 Patent"), and (3) J&J's alleged use of those patents to delay biosimilar entry into the U.S. market for ustekinumab. *See* Plaintiffs' Third Amended Complaint, ECF No. 641. The Third Amended Complaint alleges four claims for relief.  *Id.* at 109-149.

The December 15, 2025 order on summary judgment allowed in part and denied in part J&J's motion for summary judgment. *See* ECF No. 794. The January 14, 2026 order on J&J's motion for reconsideration vacated in part the denial of J&J's motion for summary judgment as to the Momenta Patents and granted summary judgment in favor of J&J as to the Momenta Patents acquisition theory of monopolization. *See* ECF No. 887. The Court has since denied CareFirst's motion for reconsideration. *See* ECF No. 921.

Although the Court's orders did not dispose of all issues related to the '307 Patent, the parties agree that, as a practical matter, because the Court's order left for trial only certain issues related to the '307 Patent alone, "given the evidence, [it] adjudicates the case adversely to the plaintiff." *See, e.g.*, Tr. of Jan. 15, 2026 Final Pretrial Conference at 4:19-24 (CareFirst's counsel stating "as a practical matter, in light of this Court's order of last night, the parties are in agreement that it makes no sense to go forward with the trial; that, as a practical matter, the Court's order, given the evidence, adjudicates the case adversely to the plaintiff"); *id.* at 10:17-19 (J&J's counsel stating trial of "the issues related to the '307 patent . . . we think [is] unnecessary given the current state of the record."); Plaintiffs' Opp. to J&J's MSJ, ECF No. 549, at 38 ("[T]he evidence shows that if J&J *only* had the '307 patent, that patent, standing alone, would not have delayed biosimilar entry."). As a result, the Court's orders effectively adjudicate all of the claims in this case adversely to Plaintiffs and Rule 54(b) does not apply in this context.

*See* Fed. R. Civ. P. 54(b) ("[T]he court may direct entry of a final judgment as to one or more, but fewer than all, *claims* . . . .") (emphasis added).

The parties therefore agree that the Court's December 2025 and January 2026 orders have, as a practical matter, disposed of all four counts of the Third Amended Complaint in their entirety and, therefore, respectfully request that the Court enter final judgment for J&J on all of CareFirst's claims.

In filing this motion, the parties have agreed to the form of judgment because of the Court's rulings. No party waives or otherwise relinquishes any of its rights, and all parties reserve their appellate rights.

Dated: February 9, 2026                          Respectfully submitted,

*/s/ Christina Guerola Sarchio*                  */s/ William H. Monroe, Jr.*
George G. Gordon *(pro hac vice)*                William H. Monroe, Jr. (VSB No. 27441)
Julia E. Chapman *(pro hac vice)*                Marc C. Greco (VSB No. 41496)
Kate Unger Davis *(pro hac vice)*                Kip A. Harbison (VSB No. 38648)
Forrest E. Lovett *(pro hac vice)*               Michael A. Glasser (VSB No. 17651)
Judah Bellin *(pro hac vice)*                    **GLASSER AND GLASSER, P.L.C.**
David Costigan *(pro hac vice)*                  Crown Center, Suite 600
Agnese Whitt *(pro hac vice)*                    580 East Main Street
Madeline Holler *(pro hac vice)*                 Norfolk, VA 23510
**DECHERT LLP**                                  Telephone: (757) 625-6787
Cira Centre, 2929 Arch Street                    Fax: (757) 625-5959
Philadelphia, PA 19104                           bill@glasserlaw.com
Tel.: (215) 994-4000                             marcg@glasserlaw.com
Fax: (215) 994-2222                              kip@glasserlaw.com
george.gordon@dechert.com                        michael@glasserlaw.com
julia.chapman@dechert.com
katherine.ungerdavis@dechert.com                 Thomas M. Sobol *(pro hac vice)*
forrest.lovett@dechert.com                       Hannah W. Brennan *(pro hac vice)*
judah.bellin@dechert.com                         Abbye R. K. Ognibene *(pro hac vice)*
david.costigan@dechert.com                       Whitney E. Street *(pro hac vice)*
agnese.whitt@dechert.com                         Rebekah Glickman-Simon *(pro hac vice)*
madeline.holler@dechert.com                      **HAGENS BERMAN SOBOL SHAPIRO LLP**

3

Christina Guerola Sarchio (VSB No. 87166)
**DECHERT LLP**
1900 K Street, NW
Washington, DC 20006
Tel.: (202) 261-3300
Fax: (202) 261-3333
christina.sarchio@dechert.com

Katherine A. Helm (*pro hac vice*)
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel.: (212) 698-3500
Fax: (212) 698-3599
khelm@dechert.com

Amanda K. Antons (*pro hac vice*)
**DECHERT LLP**
230 Northgate Street #209
Lake Forest, IL 60045
Tel.: (312) 656-5800
Fax: (312) 646-5858
amanda.antons@dechert.com

Shyam Shanker (pro hac vice)
**DECHERT LLP**
300 South Tryon Street
Suite 800
Charlotte, NC 28202
Tel.: (704) 339-3100
Fax: (704) 339-3101
shyam.shanker@dechert.com

*Counsel for Defendants Johnson & Johnson and Janssen Biotech, Inc.*

One Faneuil Hall Square, 5th Floor
Boston, MA 02109
Telephone: (617) 482-3700
tom@hbsslaw.com
hannahb@hbsslaw.com
abbyeo@hbsslaw.com
whitneyst@hbsslaw.com
rebekahgs@hbsslaw.com

Peter D. St. Phillip (*pro hac vice*)
Uriel Rabinovitz (*pro hac vice*)
Raymond Girnys (*pro hac vice*)
Noelle Ruggiero (*pro hac vice*)
Alexis Castillo (*pro hac vice*)
Thomas Griffith (*pro hac vice*)
Peyton A. Woodward (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
PStPhillip@lowey.com
URabinovitz@lowey.com
RGirnys@lowey.com
NRuggiero@lowey.com
ACastillo@lowey.com
tgriffith@lowey.com
pwoodward@lowey.com

John Radice (*pro hac vice*)
April Lambert (*pro hac vice*)
Kenneth Pickle (*pro hac vice*)
Charles Kopel (*pro hac vice*)
**RADICE LAW FIRM, P.C.**
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
jradice@radicelawfirm.com
alambert@radicelawfirm.com
kpickle@radicelawfirm.com
ckopel@radicelawfirm.com

*Counsel for Plaintiffs CareFirst of Maryland, Inc., Group Hospitalization and Medical Services, Inc., and CareFirst BlueChoice, Inc.*

4

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2026, I caused to be served a copy of the foregoing document on all counsel of record via the Court's CM/ECF system.

*/s/ Christina Guerola Sarchio*
Christina Guerola Sarchio, Esq.
VSB No. 87166
**DECHERT LLP**
1900 K Street, NW
Washington, DC 20006
Tel.: (202) 261-3300
Fax: (202) 261-3333
christina.sarchio@dechert.com

*Counsel for Defendants Johnson & Johnson and Janssen Biotech, Inc.*